United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE JR., *et al*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-270 |
| | § | |
| CITY OF HOUSTON, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Motions to Stay (Docs. #11, #21, #23, #24, #25, #26, #34, #43, #52, #57, #62, #93, #94, #96, #97, #98, and #99); Defendants' Rule 12(b)(6) Motions to Dismiss Plaintiffs' First Amended Complaints (Docs. #93, #94, #96, #97, #98, and #99); the Tuttle Plaintiffs' Response (Doc. #110); the Nicholas Plaintiffs' Response (Doc. #111); Defendants' Reply (Doc. #113); Defendants' Notice of Conferral (Doc. #113); and the Tuttle Plaintiffs' and Nicholas Plaintiffs' Joint Supplemental Filing of Response (Doc. #115). Defendants seek a stay of this civil action pending the resolution of the criminal proceedings against Defendants Gerald Goines, Steven Bryant, Clemente Reyna, Thomas Wood, Oscar Pardo, Cedell Lovings, Nadeem Ashraf, Frank Medina, Robert Gonzalez, and Felipe Gallegos (collectively the "Indicted Defendants"). The Court had previously reserved its ruling on the Motions to Stay, instead ordering the parties to confer as to a narrowly tailored stay to preserve the Indicted Defendants' Fifth Amendment right against self-incrimination. The Court finds that the parties have since conferred but are unable to reach an agreement.

Now, having considered the arguments in the pleadings and applicable law, as well as the reasons expressed in the Court's June 9, 2021 Order for denying the Motion to Stay filed by Nonparty Harris County District Attorney (Doc. #107), which are incorporated herein, the Court

issues the following stay.  In exercising its discretionary authority to do so, the Court determines that narrowing the range of civil discovery in this manner protects the Indicted Defendants' interest in asserting their Fifth Amendment privileges, while also balancing Plaintiffs' interest in obtaining and preserving evidence, along with the public's interest in seeing a just and efficient resolution of this case.  It is therefore ORDERED that

(1) no depositions will be conducted of any party to this matter or third party until further order of this Court;

(2) no written discovery will be served on the Indicted Defendants until further order of this Court; and

(3) no additional dispositive motions, including motions to dismiss or motions for summary judgment, will be filed by any party until further order of this Court.

It is further ORDERED that a status conference will be set within 120 days of the entry of this Order during which the parties shall present a status report as to the pending criminal proceedings against the Indicted Defendants.

Accordingly, the Motions to Stay are hereby GRANTED IN PART.  All pending Motions to Dismiss are DENIED AS MOOT, without prejudice to refiling once the Court determines that sufficient discovery has been completed.

It is so ORDERED.

7/1/21
Date

The Honorable Alfred H. Bennett
United States District Judge