IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., et al. <br> Consolidated with <br> JOHN NICHOLAS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, et al. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 4:21-CV-00270 <br><br> JURY DEMANDED |

## OFFICER FELIPE GALLEGOS'S STIPULATION REGARDING FIFTH AMENDMENT

Pursuant to this Court's Amended Order, Doc. #134, Officer Felipe Gallegos hereby stipulates that, if required to answer the allegations in plaintiffs' complaints, or respond to discovery in this matter, he would decline to do so and assert the privilege against self-incrimination under the Fifth Amendment to the U.S. Constitution based upon pending criminal charges. Officer Gallegos reserves the right to amend or withdraw this stipulation when these criminal charges are resolved.

Respectfully submitted,

 */s/ Russell Hardin, Jr.*
Russell Hardin, Jr.
*Attorney-in-Charge*
Texas State Bar No. 08972800
Southern District of Texas No. 19424
Email:  rhardin@rustyhardin.com

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
Marshall Douglas Murphy (Of Counsel to the Firm)
State Bar No. 24013215
Federal I.D. No. 24254
Letitia D. Quinones (Of Counsel to the Firm)
State Bar No. 24008433
Federal I.D. No. 23722
John MacVane
State Bar No. 24085444
Federal I.D. No. 2209776
Naomi Howard
State Bar No. 24092541
Federal I.D. No. 3059447
Rachel Lewis
State Bar No. 24120762
Federal I.D. No. 3618856
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  dmurphy@rustyhardin.com
Email:  lquinones@rustyhardin.com
Email:  jmacvane@rustyhardin.com
Email:  nhoward@rustyhardin.com
Email:  rlewis@rustyhardin.com

**ATTORNEYS FOR DEFENDANT**
**FELIPE GALLEGOS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

 _/s/ John MacVane_
John MacVane