IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, <br><br>　　　Plaintiffs <br><br>v. <br><br>CITY OF HOUSTON, et. al <br><br>　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00270 |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, <br><br>　　　Plaintiffs <br><br>v. <br><br>CITY OF HOUSTON; et. al <br>　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00272 |

## CITY OF HOUSTON'S REPORT ON STATUS OF CRIMINAL PROCEEDINGS

In accordance with the Court's directive, Defendant the City of Houston files the attached Harding Street Criminal Case Status Report.

Dated: November 3, 2021.　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　BECK REDDEN LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Alistair B. Dawson*
　　　　　　　　　　　　　　　　　　　　　Alistair B. Dawson
　　　　　　　　　　　　　　　　　　　　　State Bar No. 05596100
　　　　　　　　　　　　　　　　　　　　　Federal Bar I.D. 12864
　　　　　　　　　　　　　　　　　　　　　adawson@beckredden.com

       Garrett S. Brawley
       State Bar No. 24095812
       Federal Bar I.D. 3311277
       gbrawley@beckredden.com
       Lena E. Silva
       State Bar No. 24104993
       Federal Bar I.D. 3608019
       lsilva@beckredden.com

       1221 McKinney St., Suite 4500
       Houston, Texas 77010-2010
       Telephone: (713) 951-3700
       Facsimile: (713) 951-3720


       */s/ Al Odom*
       Al Odom
       State Bar No. 15201100
       Federal Bar I.D. 12913
       The Odom Law Firm
       601 Sawyer Street, Suite 225
       Houston, Texas 77007
       Telephone: (713) 357-5153
       E-mail: aodom@aodomlawfirm.com

       ATTORNEYS FOR DEFENDANTS
       CITY OF HOUSTON AND ART ACEVEDO, IN HIS OFFICIAL CAPACITY AS THE CHIEF OF POLICE OF THE HOUSTON POLICE DEPARTMENT

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was forwarded to all counsel of record on this the 3rd day of November 2021 via email, pursuant to the Federal Rules of Civil Procedure.

       */s/ Al Odom*
       Al Odom

2

**HARDING STREET CRIMINAL CASE STATUS REPORT**

| Case # | Charge | Defendant | Status |
|---|---|---|---|
| 164352001010- 3 | Murder (F) | **Gerald M. Goines** | **No trial date. Status conf 12/3/21** |
| 164351901010- 3 | Murder (F) | | " |
| 166076401010- 3 | Tamper Govt. Record - Harm (F) | | " |
| 168089601010-3 | Theft $2500-30K Pub Serv (F) | | " |
| 168088501010- 3 | Tamper Govt. Record - Harm (F) | | " |
| 168088401010- 3 | Tamper Govt. Record - Harm (F) | | " |
| 168088301010- 3 | Tamper Govt. Record - Harm (F) | | " |
| 172844001010- 3 | Engaging in Org Crim Activity (F) | | " |
| | | | |
| 4:19-cr-00832/ -1 | Deprivation of Rights Under Color of Law | **Gerald M. Goines** | **No trial date. Status conf 12/14/21** |
| | Destruction/Alteration/Falsif. Of Records | | " |
| | Tampering w/Witness, Victim or Informant | | " |
| | | | |
| 168089801010- 3 | Theft $2500-30K Pub Serv (F) | **Thomas Wood** | **No trial date. Status conf 12/3/21** |
| 168089001010- 3 | Tampering with Record (F) | | " |
| 170809001010- 3 | Engaging in Org Crim Activity (F) | | " |
| | | | |
| 170808901010- 3 | Engaging in Org Crim Activity (F) | **Oscar Pardo** | **No trial date. Status conf 12/3/21** |
| | | | |
| 170808601010- 3 | Engaging in Org Crim Activity (F) | **Frank Medina** | **No trial date. Status conf 12/3/21** |
| | | | |
| 168089701010- 3 | Tampering with Record (F) | **Clemente Reyna** | **No trial date. Status conf 12/3/21** |
| 168088801010- 3 | Theft $2500-30K Pub Serv (F) | | " |
| 168088701010- 3 | Tampering with Record (F) | | " |
| 168088601010- 3 | Tampering with Record (F) | | " |
| 170809101010- 3 | Engaging in Org Crim Activity (F) | | " |
| | | | |
| 170808501010- 3 | Engaging in Org Crim Activity (F) | **Cedell Lovings** | **No trial date. Status conf 12/3/21** |
| | | | |
| 170808801010- 3 | Engaging in Org Crim Activity (F) | **Nadeem Ashraf** | **No trial date. Status conf 12/3/21** |
| | | | |
| 168089501010- 3 | Tampering with Record (F) | **Steven Bryant** | **Dismissed** |
| 168088201010- 3 | Theft $2500-30K Pub Serv (F) | | " |
| 168088101010- 3 | Tampering with Record (F) | | " |
| 164352101010- 3 | Tampering with Record (F) | | " |
| | | | |
| 4:19-cr-00832 | Destruction/Alteration/Falsif. Of Records | **Steven Bryant** | **Guilty Plea. Sentencing 2/22/22.** |
| | | | |
| 170808401010- 3 | Murder (F) | **Felipe Gallegos** | **Dismissed** |
| 172844101010-3 | Engaging in Org Crim Activity (F) | | **No trial date. Status conf 12/3/21** |
| | | | |
| 168089401010-3 | Misapp Fiduc/Finan Prop >= $2500 <$30K ( | **Robert Gonzales** | **March 4, 2022** |
| | | | |
| | No Charges Pending | **Eric Sepolio** | |
| | No Charges Pending | **Marsha Todd** | |
| | No Charges Pending | **Manuel Salazar** | |