UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Clifford F. Tuttle, Jr, et al.

v.                                    Case Number: 4:21−cv−00270

City Of Houston, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**  Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/15/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    November 17, 2021

Nathan Ochsner, Clerk