

**HOUSTON FORENSIC
SCIENCE CENTER**
500 Jefferson Street, 13th Floor
Houston, Texas 77002
(713) 929-6760

December 13, 2021

The Honorable Alfred H. Bennett
United States District Judge
Southern District of Texas, Houston Division
Bob Casey United States Courthouse
515 Rusk, Room 8624
Houston, Texas 77002

Re: Civil Action No. 4:21-cv-00270, *Clifford Tuttle, Jr., et al. v. City of Houston, et al.*;
In the United States District Court, Southern District of Texas, consolidated
with No. 4:21-cv-272, *John Nicholas, et al. v. City of Houston, et al.*

Dear Judge Bennett:

This correspondence is sent on behalf of Houston Forensic Science Center, Inc. (HFSC), a non-party to this suit who has been subpoenaed by Plaintiff to produce documents, information or objects. In a previous correspondence to the Court dated May 27, 2021, and at the Court's instruction, HFSC provided a summary of records responsive to Plaintiff's subpoena issued April 26, 2021. After an *in camera* review by the Court, HFSC released the records to the parties, through Plaintiff. HFSC was further instructed by the Court, to withheld certain categories of information from initial release pending resolution of other matters before the Court.

To assist the Court in its review of additional discovery matters, attached hereto as **Exhibit A,** please find a description of the remaining responsive records in HFSC's possession, which have not been released to Plaintiff. Should the Court require any additional information or clarification, I will make myself available at the December 15, 2021 Status Hearing.

Civil Action No. 4:21-cv-00270
HFSC Log of Remaining Responsive Documents
December 13, 2021
Page **2** of **2**

        Respectfully Submitted,

        */s/ Akilah Mance*
        **Akilah Mance**
        General Counsel
        500 Jefferson Street, 13th Floor
        Houston, Texas 77002
        Office: (281) 810-2013
        State Bar No. 24065668
        amance@houstonforensicscience.org

        Attorney, Houston Forensic Science Center