

**The Trial and Appellate Law Firm**

1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700   Fax: 713.951.3720
www.beckredden.com

Alistair Dawson
+1 713.951.6225
adawson@beckredden.com

December 16, 2021

The Honorable Alfred H. Bennett                    *Via E-File and Email*
U.S. District Judge
515 Rusk St., Room 6202
Houston, Texas 77002
c/o Lisa_Edwards@txs.uscourts.gov

Re:     Civil Action No. 4:21-cv-270, *Clifford Tuttle, et al. v. City of Houston, et al.*; In the United States
         District Court, Southern District of Texas

         Civil Action No. 4:21-cv-272, *John Nicholas, et al. v. City of Houston, et al.*; In the United States
         District Court, Southern District of Texas

Dear Judge Bennett:

        As we discussed during the status conference on December 15, 2021, I have now reconfirmed
with former Chief Acevedo directly that he drove an unmarked city vehicle (Chevrolet Tahoe) to the
scene on the day of the incident at Harding Street and his vehicle did not have an MDT terminal.

        I will be happy to address any further questions the Court may have on this subject.

                            Respectfully submitted,

                            */s/ Alistair B. Dawson*
                            Alistair B. Dawson
                            State Bar No. 05596100
                            Federal Bar I.D. 12864
                            BECK REDDEN LLP
                            1221 McKinney St., Suite 4500
                            Houston, Texas 77010-2010
                            Telephone: (713) 951-3700
                            Facsimile: (713) 951-3720
                            Email: adawson@beckredden.com



The Trial and Appellate Law Firm

/s/ Al Odom
Al Odom
State Bar No. 15201100
Federal Bar I.D. 12913
THE ODOM LAW FIRM
601 Sawyer Street, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
E-mail: aodom@aodomlawfirm.com

ATTORNEYS FOR DEFENDANTS
CITY OF HOUSTON AND ART ACEVEDO, IN HIS OFFICIAL
CAPACITY AS THE CHIEF OF POLICE OF THE HOUSTON
POLICE DEPARTMENT

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via electronic mail.

/s/ Alistair B. Dawson
Alistair B. Dawson