

# CITY OF HOUSTON
Legal Department

**Sylvester Turner**
Mayor

Arturo G. Michel
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

December 20, 2021

The Honorable Alfred H. Bennett
United States District Judge
Southern District of Texas, Houston Division
Bob Casey United States Courthouse
515 Rusk, Room 8624
Houston, Texas 77002

Re:   Civil Action No. 4:21-cv-270, *Clifford F. Tuttle, Jr., et al. v. City of Houston, et al.*; In the United States District Court, Southern District of Texas.  Consolidated with:  Civil Action No. 4:21-cv-272, *John Nicholas, et al. v. City of Houston, et al.*; In the United States District Court, Southern District of Texas.

Dear Judge Bennett,

During the December 15, 2021, the Court provided oral guidance on the four depositions it would allow for purposes of narrowly tailored discovery under *Backe*. The Court instructed the parties to attempt to agree on this order, and if agreement could not be reached the Court would issue its own narrowly tailored order.  Today, the indicted and non-indicted individual defendant officers who are represented by the City of Houston Legal Department (the "City Officers")[1] report the parties' inability to submit an agreed proposed order.

The City Officers submitted two proposed orders for Plaintiffs' consideration, and they are attached hereto as exhibits **A** and **B**, respectively. Plaintiffs rejected both of these proposed orders, requested additional time and today submitted their proposed order.  See the parties' correspondences attached hereto as exhibit **C**.

Rather than comply with the Court's instructions at the December 15, 2021 hearing and draft orders that adhered to the Court's oral instructions, Plaintiffs now seek to relitigate the Court's order, Doc. # 134.

---

[1] Eric Sepolio, Manuel Salazar, Thomas Wood, Oscar Pardo, Frank Medina, Clemente Reyna, Cedell Lovings, Nadeem Ashraf, Marsha Todd, Robert Gonzalez.

Council Members:  Amy Peck   Tarsha Jackson   Abbie Kamin   Carolyn Evans-Shabazz   Dave Martin   Tiffany Thomas    Greg Travis  Karla Cisneros   Robert Gallegos    Edward Pollard    Martha Castex-Tatum    Mike Knox    David W. Robinson    Michael Kubosh    Letitia Plummer    Sallie Alcorn
Controller:  Chris Brown

Tuttle/Nicholas Consolidated Case
December 20, 2021

Tuttle/Nicholas Consolidated Case
December 20, 2021

In conclusion, City Officers, respectfully request the Court enter one of the two proposed orders attached hereto, which memorializes the Court's December 15, 2021 instructions and previous rulings.

Respectfully submitted,

/s/ Kelly Dempsey
KELLY DEMPSEY
Chief, Torts & Civil Rights Section
SBN: 00789253
FBN: 17969

MELISSA AZADEH
Senior Assistant City Attorney
SBN: 24064851

CHRISTY L. MARTIN
Senior Assistant City Attorney
SBN: 24041336
FBN: 754168

BRADLEY A. MOREFIELD
Senior Assistant City Attorney
SBN: 24051079
FBN: 567899

City of Houston Legal Department
P.O. Box 368
Houston, Texas 77002
Fax (832) 393-6259

**ATTORNEYS FOR DEFENDANT OFFICERS**

Tuttle/Nicholas Consolidated Case
December 20, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF and served via electronic filing manager to the following:

Michael Patrick Doyle
Patrick M. Dennis
Jeffrey I. Avery
Doyle LLP
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Charles C. Bourque, Jr
St. Martin & Bourque, LLC
315 Barrow St.
Houma, Louisiana 70360
cbourque@stmblaw.com
**Counsel for Plaintiffs**
**John Nicholas, et al.**

David A. Nachtigall
George A. Nachtigall
1545 Heights Blvd.
Houston, Texas 77008
david@dnttriallaw.com
**Counsel for Defendant**
**Steven Bryant**

Alistair B. Dawson
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
adawson@beckredden.com
Al Odom
The Odom Law Firm
601 Sawyer Street, Suite 225
Houston, Texas 7707
aodom@aodomlawfirm.com
**Counsel for Defendants City of**
**Houston and Art Acevedo**

Michael T. Gallagher
L. Boyd Smith, Jr.
Pamela R. McLemore
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
mike@gld-law.com
bsmith@gld-law.com
pamm@gld-law.com
**Counsel for Plaintiffs**
**Clifford F. Tuttle, Jr., et al.**

Dwayne R. Day
3401 Allen Parkway, Suite 100
Houston, Texas 77019
dday@ddaylaw.com
**Counsel for Defendant,**
**Gerald Goines**

      /s/ Kelly Dempsey
      KELLY DEMPSEY