## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Clifford F. Tuttle, Jr, et al.

v.                          Case Number: 4:21−cv−00270

City Of Houston, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**     Courtroom 8C
                United States District Court
                515 Rusk Avenue
                Houston, Texas 77002

**DATE:** 9/2/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    August 4, 2022

                                                                Nathan Ochsner, Clerk