

# Houston Forensic Science Center
500 Jefferson Street, 13th Floor
Houston, Texas 77002
(713) 929-6760



Firearms Section

Laboratory Report #: 0057

**Forensic Case Number (FCN):** 2019-03760

**Case Agency:** Houston Police Department

**Agency Case Number (ACN):** 012133719

**Offense:** Officer Firearm Discharge

**Offense Date:** 01/29/2019

**Report Date:** 04/03/2019

**Requestor Information:**

Houston Police Department
Mayra Seay - JUV
1200 Travis St.
Houston, TX 77002

**Related Item(s) of Evidence:**

| FCN 2019-03760 | Houston Police Department ACN 012133719 | |
| --- | --- | --- |
| Lab Item # | Agency Item # | |
| 005 | 19 | 357 Magnum Colt Model King Cobra Revolver, Serial #KK4133 |
| 005-01 | 156 | Test fires from Lab Item 005 created using (3) 357 Magnum cartridges from stock |
| 044 | 56 | Package containing (2) bullet items said to be from Officer C. Lovings |
| 044-01 | | (1) Fired Bullet Jacket In A Container Bearing MRN 47318256-9367 |
| 044-02 | | (1) Bullet Core In A Container Bearing MRN 47318256-9367 |
| 045 | 57 | Package containing (2) bullet items said to be from Officer Goines |
| 045-01 | | (1) Fragment In A Container Bearing MRN 46631344-7500 |
| 045-02 | | (1) Possible Fired Bullet Jacket Fragment In A Container Bearing MRN 46631344-7500 |

**Results and Interpretations:**

The conclusions in this section are the opinions of Firearms Examiner, Jill Dupre. When a conclusion is verified, it is also the opinion of the Second Examiner.

The results of analysis completed on 04/02/2019 are as follows:
Item 044-01 was fired from Item 005-01 (identification). This is also the opinion of Firearms Examiner K. Zeller.

Item 044-02 has a lack of discernible characteristics (insufficient). As a result, no further examination of Item 044-02 will occur. This is also the opinion of Firearms Examiner K. Zeller.

Items 045-01 and 045-02 are unsuitable for microscopic identification. This is also the opinion of Firearms Examiner K. Zeller.

For additional clarification regarding conclusion statements, please contact the Firearms Section or go to http://www.houstonforensicscience.org/sop/Range-of-Conclusions-Firearms-Analysis.pdf.

**Houston Forensic Science Center**

Requesting Agency Case #: 012133719     Laboratory Report #: 0057
Forensic Case #: 2019-03760     Report Date: 04/03/2019

---

Due to the condition of Items 044-02, 045-01 and 045-02, a list of firearm manufacturers was not generated.

Item 005 is capable of discharging a cartridge in the condition submitted. Item 005 was examined and test fired using (3) cartridges from stock on 03/28/2019. This set of test fires is designated Lab Item 005-01. Item 005 functioned as expected.

**Approximate Trigger Pull(s):**

Item 005     Single Action: 3.88 ± 0.52 pounds at a coverage probability of approximately 95% (k=2)
Item 005     Double Action: 14.38 ± 0.25 pounds at a coverage probability of approximately 95% (k=2)

**Disposition:**

The above described evidence has been, or will be, released to the submitting agency.

One or more reports with details of additional analysis of the evidence in Houston Police Department Incident #012133719 are available. If you cannot locate the report(s), contact HFSC for assistance.

*[signature]*

Jill Dupre

Testing associated with the results and interpretations described in this report was conducted by the Firearms Section located at 1200 Travis Street, Houston, TX 77002.

The prosecutor and defense counsel may obtain additional documents related to this case by submitting a request to Triage@HoustonForensicScience.org. Requests should state the requestor's connection to the case and include full contact information.

**Houston Forensic Science Center**

Requesting Agency Case #: 012133719                                   Laboratory Report #: 0057
Forensic Case #: 2019-03760                                                       Report Date: 04/03/2019