# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*August 09, 2023*

Nathan Ochsner, Clerk of Court

No. 22-20279
CONSOLIDATED WITH
No. 23-20013

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2023

Lyle W. Cayce
Clerk

CLIFFORD F. TUTTLE, JR., *as Representative of* THE ESTATE OF
DENNIS W. TUTTLE, *Deceased*; ROBERT TUTTLE; RYAN TUTTLE;
JO ANN NICHOLAS; JOHN NICHOLAS,

*Plaintiffs—Appellees,*

*versus*

ERIC SEPOLIO; MANUEL SALAZAR; THOMAS WOOD; OSCAR
PARDO; FRANK MEDINA; CLEMENTE REYNA; CEDELL LOVINGS;
NADEEM ASHRAF; MARSHA TODD; ROBERT GONZALES,

*Defendants—Appellants.*

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-270
USDC No. 4:21-CV-272

Before RICHMAN, *Chief Judge*, and ELROD and OLDHAM, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 22-20279
c/w No. 23-20013

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART, VACATED IN PART and is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on **Aug 09, 2023**

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 09, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

        No. 22-20279,  Consolidated with 23-20013
                       Tuttle v. Sepolio
                       USDC No. 4:21-CV-270
                       USDC No. 4:21-CV-272

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Dartrell Johnson*

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
        Mr. Jeffrey I. Avery
        Ms. Melissa Azadeh
        Ms. Margaret Ewing Johnson Bryant
        Mr. Michael Timothy Gallagher
        Mr. Robert William Higgason
        Ms. Christy Lynn Martin