IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-270 |
| CITY OF HOUSTON; GERALD GOINES, in his individual capacity; STEVEN BRYANT, in his individual capacity; FELIPE GALLEGOS, in his individual capacity; ERIC SEPOLIO, in his individual capacity; MANUEL SALAZAR, in his individual capacity; THOMAS WOOD, in his individual capacity; OSCAR PARDO, in his individual capacity; FRANK MEDINA, in his individual capacity; CLEMENTE REYNA, in his individual capacity; CEDELL LOVINGS, in his individual capacity; NADEEM ASHRAF, in his individual capacity; MARSHA TODD, in her individual capacity; and ROBERT GONZALEZ in his individual Capacity, | § § § § § § § § § § § § § § § § § § | |
| Defendants[1]. | § § | |

## NOTIFICATION REGARDING DEATH OF ROBERT TUTTLE

The Tuttle Plaintiffs hereby advise the Court and all parties that Robert Tuttle died on January 30, 2023. Robert Tuttle was Dennis Tuttle's father and was a Plaintiff in the above captioned matter.

---

[1] Consolidated with *Nicholas, et al, v. City of Houston, et al,* No. 4:21-cv-272.

Respectfully submitted,

**THE GALLAGHER LAW FIRM, PLLC**

*/s/ L. Boyd Smith, Jr.*
_____
Michael T. Gallagher
Federal Id. No.:  5895
SBOT:  007586000
L. Boyd Smith, Jr.
Federal Id. No.:  8203
SBOT: 18638400
Pamela R. McLemore
Federal Id. No.:  317412
SBOT: 24099711
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 238-7705
Facsimile: (713) 238-7852
mike@gld-law.com
bsmith@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFFS**
Clifford F. Tuttle, Jr. as Representative of the
Estate of Dennis W. Tuttle, Deceased, Robert
Tuttle, and Ryan Tuttle

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to all counsel of record on this the 14 day of August, 2023 via ECF, pursuant to the Federal Rules of Civil Procedure.

<u>*/s/ L. Boyd Smith, Jr.*</u>
L. Boyd Smith, Jr.