United States District Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Clifford F. Tuttle, Jr, et al. | § § | |
| versus | § § | Civil Action 4:21-cv-00270 |
| City Of Houston, et al. | § | |

## SCHEDULING ORDER

1. September 29, 2023 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. December 15, 2023 — **EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. January 15, 2024 — Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).3.

3. January 31, 2024 — **FACT DISCOVERY**
Fact discovery must be completed by this date. Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery

4. March 31, 2024 — **EXPERT DISCOVERY**
Expert discovery must be completed by this date. Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery

| | |
|---|---|
| 5. May 31, 2024 | **MOTIONS DEADLINE**<br>Motions for Summary Judgement and any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date) must be filed by this date. The motion deadline may not be changed by agreement. |
| 6a. August 16, 2024 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 6b. August 30, 2024 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 7. September 13, 2024 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 8. September 16, 2024 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on   August 31, 2023 , at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge