IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-270 |
| CITY OF HOUSTON; GERALD GOINES, in his individual capacity; STEVEN BRYANT, in his individual capacity; FELIPE GALLEGOS, in his individual capacity; ERIC SEPOLIO, in his individual capacity; MANUEL SALAZAR, in his individual capacity; THOMAS WOOD, in his individual capacity; OSCAR PARDO, in his individual capacity; FRANK MEDINA, in his individual capacity; CLEMENTE REYNA, in his individual capacity; CEDELL LOVINGS, in his individual capacity; NADEEM ASHRAF, in his individual capacity; MARSHA TODD, in her individual capacity; and ROBERT GONZALEZ in his individual Capacity, | § § § § § § § § § § § § § § § § § | |
| Defendants[1]. | § § | |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

On this the 13th day of October, 2023 the Court considered Plaintiffs' Unopposed Motion to Extend Scheduling Order Deadlines. The Court hereby GRANTS the unopposed motion and ORDERS Plaintiffs to submit a proposed amended scheduling order within 30 days.

SIGNED this 13th day of October, 2023.

_____
JUDGE ALFRED H. BENNETT

---

[1] Consolidated with *Nicholas, et al, v. City of Houston, et al,* No. 4:21-cv-272.

1