

# Civil Unit - Return of Service

# SHERIFF'S NON EST RETURN

13101 E. Broncos Parkway | Centennial, Colorado 80112

ACCIV2308332
Docket Number: 4:21-CV-00270

STATE OF COLORADO )
) ss
COUNTY OF ARAPAHOE )

TYLER S. BROWN, Sheriff in and for the County of Arapahoe, State of Colorado, being first duly sworn upon oath, deposes and says: That he received the within SUBPOENA CIVIL on 11-22-2023 and having made due and diligent search for the within named defendant **ART ACEVEDO** at 15001 E ALAMEDA DR, AURORA, ARAPAHOE COUNTY, COLORADO 80012, he, the said Deputy Sheriff, has been unable to find in the County of Arapahoe, State of Colorado, the said defendant, or any other person upon whom services can be legally made as provided by law, and this copy of SUBPOENA CIVIL is accordingly returned November 29, 2023.

Comments: UNABLE TO SERVE BY SERVE BY DATE - ATTEMPT MADE

************* **SAID DEFENDANT CANNOT BE FOUND** *************

TYLER S. BROWN, SHERIFF
ARAPAHOE COUNTY, COLORADO

STEFFA, TRENT 02017 - DEPUTY SHERIFF

Subscribed and sworn before me this

30 day of November, 2023

Notary Public for the State of Colorado

MARISSA DYKSTRA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234031611
MY COMMISSION EXPIRES AUGUST 17, 2027



13101 E. Broncos Parkway | Centennial, Colorado 80112

# Receipt

Date: 11/22/2023                                    User:        SH1982

| Civil Paper # | Type | Service Name | Amount |
|---|---|---|---|
| ACCIV2308332 | SUBPOENA CIVIL | ART ACEVEDO | $73.00 |

Method Type: CHECK    Check #:8366              Total Paid:   $73.00

                                                Total Due:    $0.00

Received From:   MICHAEL PATRICK DOYLE
                 3502 ALLEN PARKWAY 100
                 HOUSTON, TX  77019
                 MDOYLE@DOYLELAWFIRM.COM