# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Clifford F. Tuttle, Jr, et al.

v.  Case Number: 4:21−cv−00270

City Of Houston, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Discovery Hearing set for 4/5/2024 at 10:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 5, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaEdwards, Deputy Clerk