United States District Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., et al. | § § § | |
| versus | § | Civil Action 4:21-cv-270 |
| CITY OF HOUSTON, et al. | § § § | |

## SCHEDULING ORDER

1. <u>October 30, 2023</u>   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES.**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. <u>January 15, 2024</u>   **EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>February 15, 2024</u>   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).3.

3. <u>March 1, 2024</u>   **FACT DISCOVERY**
Fact discovery must be completed by this date. Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. <u>April 30, 2024</u>   **EXPERT DISCOVERY**
Expert discovery must be completed by this date. Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

| | | |
|---|---|---|
| 5. | July 1, 2024 | **MOTIONS DEADLINE**<br>Motions for Summary Judgment and any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date) must be filed by this date. The motion deadline may not be changed by agreement. |
| 6a. | September 16, 2024 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 6b. | September 30, 2024 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 7. | **November 8, 2024** | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8A. |
| 8. | **November 12, 2024** | **TRIAL** is set at 9:00 a.m. in Courtroom 8A. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on 4/5/24, at Houston, Texas.

Hon. Alfred H. Bennett
United States District Judge