# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Clifford F. Tuttle, Jr, et al.

v.	Case Number: 4:21−cv−00270

City Of Houston, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 5/24/2024 at 11:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: May 9, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk