# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Clifford F. Tuttle, Jr, et al.

v.                                                    Case Number: 4:21−cv−00270

City Of Houston, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/29/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 19, 2024

Nathan Ochsner, Clerk