Case 4:21-cv-00270   Document 299   Filed on 07/12/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00270 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00272 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

On this day, the Court considered the Joint Agreed Motion to Extend Summary Judgment Page Limits ("Motion") filed by Plaintiffs Clifford F. Tuttle, Jr., representative of the estate of Dennis W. Tuttle, deceased; Robert Tuttle; Ryan Tuttle; John Nicholas, as temporary administrator of the estate of Rhogena Nicholas; and Jo Ann Nicholas, individually and as an heir of the Estate of Rhogena Nicholas (collectively, "Plaintiffs") and Defendant City of Houston (the "City"). After

considering the Motion; the response(s), if any; and the arguments of counsel, if any, the Court GRANTS the Motion.  It is therefore,

**ORDERED** that Plaintiffs and the City have leave to file as follows:

- Two motions for summary judgment by the City not to exceed 100 pages total;

- Two responses by Plaintiffs to the motions for summary judgment not to exceed 100 pages total; and

- Reply or replies by the City in support of its motions for summary judgment not to exceed 50 pages total.

It is so ORDERED.

July 12, 2024
Date

The Honorable Alfred H. Bennett
United States District Judge