```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3    *******************************************************

 4    CLIFFORD F. TUTTLE, ET AL.    4:21-cv-00270

 5
      VS.                          HOUSTON, TEXAS
 6

 7    CITY OF HOUSTON, ET AL.      MAY 29, 2024

 8

 9    *******************************************************

10         TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
         HEARD BEFORE THE HONORABLE ALBERT H. BENNETT
11                UNITED STATES DISTRICT JUDGE

12    *******************************************************

13

14    APPEARANCES:

15    FOR THE TUTTLE PLAINTIFFS:    Mr. Boyd Smith
                                    WARE JACKSON LEE O'NEILL
16                                     SMITH & BARROW, LLP
                                    2929 Allen Parkway, Suite 3900
17                                  Houston, Texas 77019

18    FOR THE PLAINTIFF            Michael P. Doyle
      JOHN NICHOLAS:               DOYLE DENNIS, LLP
19                                 3401 Allen Parkway, Suite 100
                                   Houston, Texas 77019
20
      FOR THE DEFENDANT            Mr. Alistair B. Dawson
21    CITY OF HOUSTON:             BECK REDDEN, LLP
                                   1221 McKinney St., Suite 4500
22                                 Houston, Texas 77010

23
      FOR THE DEFENDANTS           Ms. Christy L. Martin
24    FRANK MEDINA and             CITY OF HOUSTON
      ROBERT GONZALES:             900 Bagby St., 4th Floor
25                                 Houston, Texas 77002
```

```
1    FOR THE DEFENDANT            Ms. Michelle C. Taylor
     NADEEM ASHRAF:               CITY OF HOUSTON
2                                 900 Bagby St., 4th Floor
                                  Houston, Texas 77002
3

4
     FOR THE DEFENDANT            Mr. Dwayne R. Day
5    GERALD GOINES:               ATTORNEY AT LAW
                                  3401 Allen Parkway, Ste. 100
6                                 Houston, Texas 77010

7

8    FOR THE DEFENDANTS           Mr. Alexander E. Garcia
     THOMAS WOOD and              CITY OF HOUSTON
9    CLEMENTE REYNA:              900 Bagby St., 4th Floor
                                  Houston, Texas 77002
10

11
     FOR THE DEFENDANTS           Ms. Melissa Azadeh
12   ERIC SEPOLIO, OSCAR PARDO    CITY OF HOUSTON LEGAL DEPT.
     and CEDELL LOVINGS:          P.O. Box 368
13                                Houston, Texas 77002-0368

14

15   FOR THE DEFENDANTS           Ms. Melissa Azadeh
     MANUEL SALAZAR and           CITY OF HOUSTON LEGAL DEPT.
16   MARSHA TODD:                 P.O. Box 368
                                  Houston, Texas 77002-0368
17

18
     Official Court Reporter:     David S. Smith, CSR, RPR, CRR
19                                Official Court Reporter
                                  United States District Court
20                                Southern District of Texas
                                  515 Rusk Street, Room 8004
21                                Houston, Texas 77002
                                  david_smith@txs.uscourts.gov
22

23

24
             Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
```

**P R O C E E D I N G S**

THE COURT:  Good morning.  Thank you.

Please have a seat.

Cause Number 4:21-CV-270, Tuttle, et al. versus
City of Houston, et al.

Counsel, please state your appearances for the
record.

MR. DOYLE:  Mike Doyle here for the Nicholas family,
Your Honor.

MR. SMITH:  Boyd Smith for the Tuttle plaintiffs.

THE COURT:  Thank you.

MR. DAWSON:  Alistair Dawson for the City of Houston,
Your Honor.

MS. DENNIS:  Aisha Dennis for Felipe Gallegos.

MR. DAY:  Judge, Dwayne Day on behalf of Gerald Goines.

MR. GARCIA:  Alexander Garcia on behalf of Thomas Wood
and Clemente Reyna.

MS. TAYLOR:  Good morning, Your Honor.  Michelle Taylor
on behalf of Defendant Ashraf and Defendant Salazar.

MS. AZADEH:  Melissa Azadeh for defendants Pardo,
Lovings and Sepolio.

MS. MARTIN:  Christy Martin for Defendants Gonzales and
Medina.

THE COURT:  Counsel, I have several letters laying out
a discovery -- several discovery disputes.  The first letter

that I took a look at was April the 9th from Mr. Smith.  Yes,
from Mr. Smith; Another letter from the City of Houston
April 23rd from Mr. Garcia; a letter from Mr. Dawson April the
30th; and then a letter May the 9th from Mr. Smith again.

      In reading through what was laid out and reading
through the deposition that Mr. Smith brought to my attention,
I was compelled to get up and leave my desk, walk to my wall,
and read what I have hanging on the wall, which was
"Professionalism, A Lawyer's Mandate."

      Article 4 of that mandate is Administration of
Justice and Discovery.  Item 3 under that particular article in
the mandate states:  "I will comply with all reasonable
discovery requests."

      It is an understatement to say how disappointed
that I was in reading that deposition regarding the conduct of
officers before this Court.  Both sides.  This Court has taken
its share of responsibility for any miscommunication it engaged
in that might have led to that.

      This is a very serious case with very serious
allegations.  The death of two people, allegations against law
enforcement officers and a department.

      This forum is to navigate the dispute that has
resulted.  This Court, as you well know, has several hundred
cases on its docket.  Over the past few years I believe I have
demonstrated that I will give you as much time as you need to

1    put matters in front of me that require a ruling.

2              As I read through these letters at what you were

3    asking me to take up my time for, I was extremely disappointed

4    that learned counsel, officers of this Court, were conducting

10:05AM  5    themselves in such an irresponsible way when it came to basic

6    discovery issues.  I don't know if it's a personality conflict,

7    whatever the case is; but it's unacceptable.

8              This case is on track for a trial later this

9    year.  And when basic questions are being asked in a deposition

10:06AM  10   from a named defendant and there are instructions not to

11   answer, when you're reading from a statement and asking a

12   witness to confirm what you already have in your hand as what

13   he said, now I have to take time away from those other several

14   hundred cases, give you that time such that I can get to the

10:07AM  15   bottom of something that I did not expect to land on my desk.

16             Let's start.  Mr. Smith, in your letter dated

17   April the 9th, you point out to the Court several questions

18   that were not answered.  Having gone through the letter itself,

19   I assume that all of these disputes are still outstanding.  Is

10:08AM  20   that correct?

21        MR. SMITH:  Yes, Your Honor.  The city attorneys

22   responded to the Court with a letter late yesterday, and I

23   don't believe it moved the ball considerably.

24        THE COURT:  All right.  If you'll take out Mr. Smith's

10:08AM  25   letter of April the 9th, the first question on Page 1:

1     "Mr. Wood, his exhibit number 2128, a copy of the document

2     charging you with the criminal offense of tampering with a

3     government record."

4            That is a simple question asking him to identify

10:08AM 5     a document, and there was an instruction not to answer for the

6     simple identification of a document.

7            I'm going to take that as an objection.  That

8     objection is overruled.

9            The next question:  "As a sergeant in the Houston

10:09AM 10     Police Department, do you get paid overtime for any number of

11     hours you work more than 40 in a given week?"

12            Simple question.  And an instruction not to

13     answer.

14            I'll take it as an objection.  That objection is

10:09AM 15     overruled.

16            Next question:  "You were charged with the

17     responsibility to supervise this squad with a number of

18     officers who were listed, some named defendants in this case."

19            A simple question regarding this witness's

10:10AM 20     responsibilities.  This case includes a failure to supervise

21     allegation.

22            That objection is overruled.

23            Next question:  "As a result of the

24     investigation, the IAD of the Houston Police Department

10:10AM 25     sustained the allegation that you failed to adequately

1    supervise Squad 15; is that correct?"

2              Mr. Smith, I assume that you got that information

3    from a document.  Is that correct?

4         MR. SMITH:  Yes, Your Honor.

10:10AM  5         THE COURT:  And you're simply asking the witness to

6    confirm whether or not the document is true?

7         MR. SMITH:  Yes, Your Honor.  We've had witnesses who,

8    when confronted with documents, deny it and have an

9    explanation, yes, sir.

10:11AM 10         THE COURT:  I'll take the objection.  The objection is

11   sustained.  The document speaks for itself.

12              That is applicable to the next question where the

13   IAD sustained the allegation regarding improperly delegating

14   responsibility.  Once again the document speaks for itself.

10:11AM 15              Next question, Page 2:  "Sir, you were made aware

16   of the results of the IAD investigation into your conduct as a

17   supervisor."

18              There was an instruction not to answer.

19              Again, a basic question -- were you made aware of

10:12AM 20   a fact -- with an instruction not to answer.

21              That objection is overruled.

22              Page 3:  "Sir, your performance evaluations done

23   in 2018 and even after the raid indicated that you received a

24   5.0, which is the highest level evaluation; is that correct?"

10:12AM 25              He answered.

8

1          Next question:  "In fact, to you, that's an

2     indication that you were doing just fine from the Police

3     Department's point of view as a supervisor?"

4          There was an objection with an instruction not to

10:13AM 5     answer as to this witness, understanding as to how he was doing

6     his job.

7          That objection is overruled.

8          Next question:  "In the weeks leading up to the

9     raid you were supervising Squad 15 just like you had done for

10:13AM 10    the past two years you were there, true?"

11         There was an objection with an instruction not to

12    answer.

13         Next question:  "Did any of your supervisors

14    while you were a sergeant in Squad 15 express concerns or

10:13AM 15    criticism about your performance as a supervisor," with an

16    objection and instruction not to answer.

17         Again, this particular case involves questions

18    regarding the conduct of not only the supervisors, but the

19    officers who engaged in the raid.  To ask someone who

10:14AM 20    participated in that process, the planning and execution,

21    whether or not there had been any criticisms about his

22    performance as a supervisor, I think, is a reasonable discovery

23    request.

24         The objection is overruled.

10:14AM 25         Next question:  "The way that you supervised

1  Squad 15 in the days, weeks and months and two years prior to

2  the raid was exactly the way that you were taught to do so and

3  expected to do so by the Houston Police Department and your

4  supervisors; is that correct?"

10:14AM  5           Again, an objection and instruction not to

6  answer.

7           Again, this goes to one of the central

8  allegations in this case.

9           That objection is overruled.

10:15AM  10          Final question on that page:  "As far as you

11 know, Sergeant Reyna also supervised the squad in the manner

12 taught to him and expected from him by the department; is that

13 correct?"

14          There was also an objection and an instruction

10:15AM  15 not to answer.

16          In regards to the objection, the Court will

17 sustain the objection based upon what this witness may have

18 known of Sergeant Reyna's thought process.

19          Page 4.  "The way that you supervised Squad 15

10:15AM  20 did not change during the two years prior to this incident, did

21 it?"

22          Objection, form, with an instruction not to

23 answer.

24          That objection is overruled.

10:16AM  25          Next question:  "You were aware that both

1    Sergeant Reyna and Lieutenant Gonzales were also found to have

2    violated their responsibilities as supervisors?"

3             Again, simply as to what this witness was aware

4    of.

10:16AM  5             That objection is overruled.

6             "Can you tell me what a CT sheet is, case

7    tracking sheet, as that term is used in the Narcotics Division

8    of the Houston Police Department?"

9             There was an objection.

10:16AM  10             Mr. Garcia, you issued this instruction.  I would

11   like for you to stand up and tell me exactly what's

12   objectionable about asking a police officer to identify what a

13   case tracking sheet is.  Why is that such an objectionable

14   question?

10:17AM  15        MR. GARCIA:  Your Honor, for Thomas Wood, he's a

16   supervisor of these other officers.  Once you start talking

17   about case tracking sheets these indictments were --

18        THE COURT:  He didn't start talking about case tracking

19   sheets.  He was simply asked to identify what a case tracking

10:17AM  20   sheet was.  So tell me what's objectionable about that

21   question.

22        MR. GARCIA:  Your Honor, from my understanding the case

23   tracking sheet was related to the overtime.  And his supervisor

24   issue is the basis of his aggravated theft charge with the

10:17AM  25   criminal indictment.  That's why I was of the opinion that the

1   Fifth Amendment should be raised here because I did not want

2   him to start --

3         THE COURT:  You believed that he was in criminal

4   jeopardy by identifying what a case tracking sheet was, as that

10:18AM  5   term is used in the Narcotics Division of the Houston Police

6   Department?  This officer would be subject to criminal

7   liability for simply answering the question as to what a case

8   tracking sheet was?  Is that what you're telling me?

9         MR. GARCIA:  I'm saying, Your Honor, this would have

10:18AM  10   opened the door to start talking about case tracking sheets --

11         THE COURT:  That's not the responsibility of you as an

12   attorney sitting in that deposition facing that question.  If

13   it went down that road, your objection may have been warranted.

14               But in this particular instance on this

10:18AM  15   particular question, he was simply asked to identify what the

16   "case tracking sheet" term meant.  That was it.  So again, sir,

17   I ask you:  What is objectionable about that question?

18         MR. GARCIA:  Your Honor, after speaking with his

19   criminal counsel -- I sent this exact listing as well -- his

10:19AM  20   criminal counsel also confirmed that he would have objected to

21   this.

22         THE COURT:  Now, that's another excellent point.  His

23   criminal defense lawyer, was he aware that his deposition was

24   going to take place?

10:19AM  25         MR. GARCIA:  He was, Your Honor.

1          THE COURT:  He chose not to attend?

2          MR. GARCIA:  He attended.

3          THE COURT:  He attended?

4          MR. GARCIA:  Yes.

5          THE COURT:  So sitting in the room, did he object to

6    the question?  Did he tell you to object to the question?

7          MR. GARCIA:  Sitting in the room he did not object,

8    Your Honor.  I was the lead attorney there; but to corroborate

9    that my objections would have been the same as criminal counsel

10   objections, I reached out and said, "Hey.  Here is the list of

11   questions.  Would you have also wanted Thomas Wood to plead the

12   Fifth to this?"

13              To which he said, "Yes."

14         THE COURT:  It's incredible to me that you're still

15   standing there arguing that a witness was asked to identify a

16   simple term and you objected to it and told him not to answer

17   it based upon the fact that he may have faced criminal

18   liability.  I cannot think of any scenario where a witness

19   identifying a document would subject him to criminal liability.

20              Are you telling me that any officer who answers

21   the question as to what a case tracking sheet is is opening him

22   or herself up to criminal liability?  You cannot possibly be

23   making that argument in a United States District Court as an

24   officer of this Court.

25         MR. GARCIA:  Your Honor, my apologies.  I'm not making

1    that argument.  It was my fear for my client, that if he would

2    have answered this, it would have opened the door.  That is my

3    mistake, then.  If that was too broad for me to say, "Don't

4    answer about the case tracking sheets," knowing that it relates

10:21AM  5    back towards his criminal indictments, that is my mistake,

6    then, Your Honor.

7            THE COURT:  The objection is overruled.

8            All of the questions regarding the objection

9    regarding the case tracking sheet are overruled.

10:21AM  10           Mr. Smith, on Page 5 you asked a question:  "Do

11   you recall answering a lot of questions just like this in your

12   interview with Sergeant Rexrode.

13           Who is Sergeant Rexrode?  Was he the officer or

14   the sergeant that conducted the IAD investigation?

10:22AM  15           MR. SMITH:  Yes, Your Honor.  For the record, his name

16   is Rex- with an "x" -rode.  But yes, he was.  Yes, he is.

17           THE COURT:  Do you have the IAD report?

18           MR. SMITH:  I do, Your Honor.

19           THE COURT:  The objection is sustained, as the IAD

10:22AM  20   report speaks for itself as to what questions the witness was

21   asked.

22           Page 5, Line 16.  I guess Page 36, Line 16.

23   Similar questions were asked regarding the questions he was

24   asked in regards to the IAD.

10:23AM  25           Again, the objection is sustained.  The document

1   speaks for itself.

2           That's also true for Page 37, Line 6, when you

3   asked what the sergeant asked regarding the investigation.

4   Again, the document speaks for itself.

10:23AM  5           That's going to be true on Page 6 through

6   Page 38, Line 20.  The document speaks for itself.

7           I assume that the testimony that the witness gave

8   in the IAD investigation was subject to perjury.  Is that

9   correct?  Was he under oath or any other -- did he face any

10:24AM 10  other discipline for giving false answers during the IAD?

11          MR. SMITH:  I don't know the answer to that question.

12  I have it available to me, but it's --

13          THE COURT:  I assume that he was.

14          MS. MARTIN:  Yes.  In fact --

10:24AM 15          THE COURT:  Identify yourself for the record.

16          MS. MARTIN:  This is Christy Martin.  The witnesses

17  were testifying in the IAD case under -- and if they had

18  refused to testify, they would have been subject to

19  termination.  This is the Garrity statements we talked about

10:24AM 20  earlier.

21          THE COURT:  So in regards to the answers that they

22  willingly provided during the Internal Affairs Division

23  investigation, when they answered, they had a reason to speak

24  truthfully.

10:24AM 25          MS. MARTIN:  Yes, they did.  And they had a reason to

1   testify at all.

2       THE COURT:  Very well.  So in regards to questions

3   regarding that report, the investigation report speaks for

4   itself.

10:25AM   5       Bottom of Page 6 Mr. Smith asks Mr. Wood:  "Isn't

6   the Houston Police Department one of the biggest police

7   departments in the United States?"

8       Mr. Garcia, you objected to form.

9       MR. GARCIA:  Your Honor --

10:25AM  10       THE COURT:  What is the reason, the basis for that

11  objection?

12       MR. GARCIA:  On mine I have there was no instruction

13  and he just went to the next question.  There was no

14  instruction not to answer that question, Your Honor.

10:25AM  15       THE COURT:  I didn't say there was an instruction not

16  to answer.  There was an objection to form.  I'm asking you

17  what your objection is to that question.

18       MR. GARCIA:  Are you on Lines 21 through 25?

19       THE COURT:  I'm looking at the bottom of Page 6.  I

20  guess I'm on Page 38, Line 23.  And perhaps there's a

21  disconnect here.

22       It says, Mr. Smith, and I'll start on Line 23 --

23  "Mr. Wood, isn't the Houston Police Department one of the

24  biggest police departments in the United States?"

10:26AM  25       Following that, it goes to Page 39, Line 1.  You

1    are referenced as making an objection to form.  I'm trying to

2    understand what the objection form is.

3           MR. GARCIA:  I don't know what the objection is.  I

4    don't have that on my documents that were sent --

10:26AM  5           THE COURT:  Do you have Mr. Smith's letter?

6           MR. GARCIA:  Yes, that's the one I'm reading here.

7           THE COURT:  Okay.  So I'm looking at the bottom of

8    Page 6.  Is that what you're looking at?

9           MR. GARCIA:  "Mr. Wood, isn't the Police Department one

10:26AM  10    of the biggest police departments in the United States?"

11           I don't have a -- from the transcript there was

12    no "Objection, form," on my end, Your Honor.  There was no

13    instruction to the client not to answer.  He went to the next

14    question.  There was no objection on my end.

10:27AM  15           THE COURT:  Okay.  On my page that I'm looking at from

16    Mr. Smith it says:  "Objection, form."

17           Then at the top of Page 7, as Mr. Garcia points

18    out, it does go to the next question:  "Isn't the Narcotics

19    Division also a very large Narcotics Division in terms of

10:27AM  20    relative size here in our country?"

21           You object to form.

22           "You can answer if you know."

23           The witness answered.

24           So that was your next objection?

10:27AM  25           MR. GARCIA:  Yes.

1        THE COURT:  All right.  And I apologize.  It's not

2    Mr. Wood.  Is it Officer Wood or Sergeant Wood?

3        MR. SMITH:  He's a former sergeant.

4        THE COURT:  He's a former sergeant.  Thank you.

10:28AM 5        The witness on Page 7 was asked:  "Isn't it well

6    known, sir, that narcotics officers in particular may be

7    subject to improper influences such that without proper

8    supervision they may engage in corrupt and unconstitutional

9    practices?"

10:28AM 10        There was an objection and instruction not to

11    answer.

12        So I would like an explanation for this

13    objection.  Regarding someone who's working narcotics,

14    obviously I think that's a reasonable question to ask, given

10:28AM 15    the tension that would be in that particular job versus an

16    ordinary beat cop or someone perhaps working in another

17    department.

18        So what was your objection based upon there,

19    Mr. Garcia?

10:29AM 20        MR. GARCIA:  Your Honor, Thomas Wood had the most

21    indictments out of all the officers.  And again, this was just

22    out of fear of opening any door for him.  We objected to him to

23    not answer this question.

24        THE COURT:  Mr. Wood is currently under criminal

10:29AM 25    indictment?

1      MR. GARCIA:  Yes, Your Honor.

2      THE COURT:  The objection to that particular question

3  is sustained.

4          The next question, Page 39, and I assume Line 18

10:29AM  5  on Page 7 here.  It is a long question, but at the end, "a

6  likely result over time is that someone like Gerald Goines is

7  going to do what he did."

8          "Objection.  Instruction not to answer."

9          That objection is sustained.

10:30AM  10          Next question:  "Isn't it a fact, sir, that after

11  the raid the police department found all kinds of contraband in

12  Goines' city-owned vehicle, including illegal narcotics,

13  including a stolen gun and including an amount of money over a

14  thousand dollars that was unaccounted for?"

10:30AM  15          There was an objection.

16          The objection is sustained based upon the fact

17  that it's compound and that there is no predicate for that

18  particular question.

19          At the bottom of Page 7 it appears the

10:31AM  20  questioning returns to the questions that were posed in the IAD

21  report.

22          The objections are sustained regarding that

23  document as it speaks for itself.

24          Going to Page 8, that is true through Page 39,

10:31AM  25  Line 19.  Again, Mr. Smith was inquiring into the IAD report,

1    which speaks for itself.

2              Those objections are sustained.

3         MR. SMITH:  I'm sorry, Your Honor.  I've lost my place.

4    What page?

10:32AM  5         THE COURT:  I'm on Page 8 --

6         MR. SMITH:  Yes, sir.

7         THE COURT:  -- through Line 19.  The question that --

8    the last question, "You specifically recommended to

9    Sergeant Rexrode that there should be something on the front

10:32AM 10   end of the case that should be added."

11             I assume that that is -- that recommendation

12   you're referring to was in the IAD report, so the objection is

13   sustained as the document speaks for itself.

14             The next question that I did not understand the

10:32AM 15   connection:  "And that if Gerald Goines had done his case

16   tracking sheets, you would have noticed all the stuff that was

17   not tagged that was improperly stored in his vehicle?"

18             So in regards to that question, there was an

19   objection and an instruction not to answer.  This is an

10:33AM 20   objection, form.  I assume that part of that objection was

21   speculation.

22             That objection is sustained.

23             The follow-up question:  "And that would have

24   happened before the raid, true?"

10:33AM 25             Same objection.

1      The objection is sustained.

2      Next question.  I'm on Page 42, Line 5:  "You are

3  aware, sir, that an audit was done following the raid that

4  looked at the manner in which and whether the fact officers in

10:33AM  5  Squad 15 were properly documenting their cases.  Are you aware

6  of that?"

7      There was an objection.

8      That objection is overruled as to what the

9  witness was aware of.

10:33AM 10      The next question:  "They found for a one-year

11  period only and Officer Goines' case only that they created 14

12  case files.  Were you aware of that?"

13      Although the witness is being asked as to what he

14  was aware of, there's no predicate for that.  Lack of

10:34AM 15  foundation.

16      The objection is sustained.

17      I'm on Page 9.  Mr. Smith on line 18 asks:

18  "Because Gerald Goines did not create them for cases that he

19  was working on.  Were you aware of that?"

10:34AM 20      Same objection.

21      The objection is sustained.  Lack of foundation.

22      Mr. Smith, Line 23, "They found three cases that

23  had no confidential information receipts.  Were you aware of

24  that?"

10:35AM 25      Lack of foundation.

1          Objection is sustained.

2          I have questions on Page 9 starting with Page 43,

3     Line 3.  Mr. Smith asks:  "They found at least two warrants

4     that were returned months late; is that correct?"

10:35AM  5          Mr. Smith repeats.  Again, "they," "they,"

6     "they."  I do not know who "they" is referring to.  Who is

7     "they"?

8          MR. SMITH:  That is the Internal Affairs Division.

9          THE COURT:  So that's from the report that you are

10:35AM 10    asking questions from the report; is that correct?

11         MR. SMITH:  Yes, Your Honor.

12         THE COURT:  Those objections are sustained as the

13    document speaks for itself.

14         I'm now at Line 19.  Again, Mr. Smith asks what

10:36AM 15    the sergeant asked.  And I assume he's reading directly from

16    the IAD report.  The report speaks for itself.

17         The objection -- that is sustained.

18         The bottom of Page 9, which is of the letter, in

19    the deposition Page 44, Line 3, Mr. Smith:  "Officer Goines had

10:36AM 20    a long-standing problem with not doing his paperwork, including

21    case tracking sheets in a timely fashion.  Is that accurate?"

22         There was an objection and an instruction not to

23    answer.

24         That objection is overruled.

10:36AM 25         The witness was being asked, I assume, from the

1    reading of this was he aware of that.  So the witness can

2    answer that question.

3              Next question, again I'm still on Page 44, but

4    I'm now on Page 10 of Mr. Smith's letter:  "In fact, you had

10:37AM 5    talked to Gerald Goines about the number of times; is that

6    correct?"

7              That objection is overruled.

8              I assume -- again on Line 14 Mr. Smith says:  "In

9    fact you've talked to Lieutenant Gonzales about it in the time

10:37AM 10   period before the raid?"

11             Given the fact that it occurs after the question

12   regarding Officer Goines having a long-standing problem with

13   doing his paperwork, I assume that that is the "it" referred to

14   and the witness is being asked whether or not he had a

10:37AM 15   conversation about that with Lieutenant Gonzales.

16             The objection is overruled.

17             The next question, Line 19:  "Did Lieutenant

18   Gonzales do anything in response to your report to him that

19   Officer Goines was not timely completing his paperwork?"

10:38AM 20             The objection is overruled.

21             Next question:  "Did the Houston Police

22   Department, to your knowledge, ever make any changes to the

23   system that you recommended in your interview with

24   Sergeant Rexrode?"

10:38AM 25             The question was simply was the witness aware.

1          The objection is overruled.

2          Mr. Smith, Page 45, Line 5:  "Did the Houston

3    Police Department make any changes to the way that supervisors

4    fulfilled their responsibilities to actively supervise their

10:38AM   5    men after this raid?"

6          There's an objection, form, with the instruction

7    not to answer.

8          Although this may be a subsequent remedial

9    measure, the objection is overruled.  It is discoverable, but

10:39AM   10   it may not be admissible as to whether or not this witness is

11   aware of any changes that were made.

12         Mr. Smith, Line 11:  "Sir, how do we know that

13   there are not right now other officers like Gerald Goines

14   hiding in the wings somewhere and violating people's

10:39AM   15   constitutional rights?"

16         There was an objection, form, with an instruction

17   not to answer.

18         I assume the objection is going to be

19   argumentative.

10:39AM   20         That objection is sustained.

21         I have another question for you, Mr. Garcia.

22   Sir, on Page 10.  I'm on -- let me back up.

23         I'm on Page 45 of the deposition, Line 19.  This

24   is on Page 10 of Mr. Smith's letter.  Mr. Smith asks:  "Sir,

10:40AM   25   while you were employed in the Narcotics Division, were there

1    any audits done of officer performance, officer behavior,

2    officer conduct prior to this raid?"

3            There was an objection and an instruction not to

4    answer.

10:40AM    5            So, sir, simply asking the witness was he aware

6    of any audits being done regarding performance, behavior or

7    conduct, why is that objectionable?

8            MR. GARCIA:  Your Honor, just by his supervisory

9    capacity and his aggravated theft charge, the supervisory

10:41AM   10   capacity is the basis for that aggregate theft charge.

11           THE COURT:  That's not the question.

12           The question here on the page is simply:  "Were

13   there any audits done?"

14           That's "yes" or "no" as to whether or not he was

10:41AM   15   aware of that.  If he was aware, he says, "Yes."

16           There's no damage done anyway whatsoever as to

17   whether or not an audit was done of officer performance,

18   behavior or conduct.  I'm at a loss to understand why that

19   question is objectionable.

10:41AM   20       MR. GARCIA:  It was fear of his criminal indictments,

21   Your Honor.  That was the reason for not answering it.

22           THE COURT:  The objection is overruled.

23           I'm now on Page 11 of Mr. Smith's letter.

24           The question was:  "Do you have any knowledge

10:42AM   25   about why the practice of conducting internal inspections in

1    the Narcotics Division was discontinued about ten years prior

2    to this raid?"

3                    There was an objection, form.

4                    Although the question might have solicited

10:42AM  5    relevant information, it was overly broad; so I'm going to

6    sustain the objection.

7                    Page 46, Line 7:  "Did the Houston Police

8    Department conduct audits of officer performance, supervisory

9    performance and conduct in any other division you worked in at

10:42AM  10   HPD?"

11                   Objection, form, with an instruction not to

12   answer.

13                   That objection is overruled.

14                   In regards to whether -- I think it is limited to

10:43AM  15   the other divisions he worked in at HPD.  And again, it was

16   simply whether or not he was aware of audits being conducted.

17                   Next question, Line 13: "Do you have any

18   knowledge of the investigation supposedly being conducted by

19   Gerald Goines prior to the raid?"

10:43AM  20                   Objection, form, with an instruction not to

21   answer.

22                   This goes again to the very heart of this case as

23   to whether or not Mr. Goines conducted any investigation.

24                   That objection is overruled.

10:43AM  25                   And I assume that -- let me be clear here.

1          "Sir, did you have any knowledge of the

2    investigation supposedly being conducted by Gerald Goines

3    provider prior to the raid?"

4          So it's not any investigation.  It's the

10:44AM  5    investigation prior to the raid, so whether or not this witness

6    had any knowledge of the investigation leading up to the raid.

7    So the question was simply was he aware of that investigation.

8          So again, that objection is overruled.

9          Next question, Page 48, Line 10:  "Did you know,

10:44AM 10    sir, that Marsha Todd, another lieutenant in the Narcotics

11    Division, specifically chose Gerald Goines and asked him to

12    look into 7815 Harding Street address as a possible dope

13    house?"

14          Objection, form, with an instruction not to

10:44AM 15    answer.

16          Again the question is:  Did the witness know?  If

17    this is not a true fact, the witness could say, "No."  If he

18    did know, he could also say, "No."

19          So that objection is overruled.

10:45AM 20          I believe the next question -- there was

21    discussion; and then the next question appears to be on Page 12

22    of the letter, deposition Page 50, Line 8:  "So, sir, when you

23    were a supervisor within Squad 15, if one of your officers was

24    working on a case at a particular location for two weeks, you

10:45AM 25    would know about it, wouldn't you?"

1          There was an objection, form, with an instruction

2     not to answer.

3          That objection is overruled.

4          The question was simply, I assume, regarding the

10:46AM  5     procedures and policies within Squad 15, specifically if a

6     supervisor would be aware of an officer working on a particular

7     case.

8          So again, the objection is overruled.

9          Next question, Page 51, Line 1:  "Based upon your

10:46AM  10    practice as a supervisor in Squad 15, if one of your officers

11    presented you with a search warrant that was already signed by

12    a judge who said he had been working on the case for two weeks

13    when you knew he hadn't, you would do something about it,

14    wouldn't you?"

10:46AM  15         I believe that that again goes to policies and

16    procedures.

17         The objection is overruled.

18         Next question, Line 19: "Why was this raid

19    conducted at the end of the workday around 5 p.m.?"

10:47AM  20         Objection, form, with an instruction not to

21    answer.  And there was an additional objection.

22         Those objections are overruled.

23         If the witness knows why the raid was conducted

24    at the end of the day, he can answer that question.

10:47AM  25         Mr. Smith goes on to ask:  "Do you know why the

raid was not conducted during normal" -- with the instruction

not to answer interrupting the question.

"Do you know why the raid was not conducted so

that it would be completed during normal business hours," with

an instruction not to answer.

All those objections are overruled.

If the witness knows about the timing of the

raid, he can answer.

Those objections regarding the timing of the

raid go, I believe, through Page 52, Line 21.

On Page 53, Line 15, it appears a new subject

matter is raised.

"What did you do, sir, to verify that any

investigation was actually done by Gerald Goines at

7815 Harding Street?

There was an instruction not to answer.

That objection is overruled.

In regards to this witness's actions as to what

did he do to verify that an investigation was done, that's

overruled with one exception.  If the witness in preparation

for his IAD interview went out and prepared himself for that

particular interview, he does not have to answer in that

regard.

But if, prior to the raid or after the raid, in

response to the debriefing of the raid he refreshed his memory

regarding what he did regarding the investigation, he can

answer that question.

However, if he took specific actions separate and

apart from what I've just explained to prepare himself for the

10:50AM  IAD interview, then again the IAD report will speak for itself

as to what he did.

Is that understood?

MR. SMITH:  I hate to say, but no, Your Honor.

THE COURT:  Okay.  That's my fault.

10:50AM  Question:  "What did you do, sir, to verify that

any investigation was actually done by Gerald Goines at

7815 Harding Street?"

If the witness did anything prior to this raid,

that, he can answer.

10:50AM  After the raid in the debriefing where all this

has just happened and they're trying to figure out what

happened, and he goes back and looks at his notes to verify

whatever he may have understood about that address or that

investigation done by Gerald Goines, he can answer.

10:50AM  Understood?

MR. SMITH:  I believe so, Judge.

THE COURT:  Okay.  Now, separate from that.  If this

witness, in preparation to go sit down for his IAD interview,

then decides that he is going to refresh his memory by doing

10:51AM  something else, then the IAD report will speak to that itself.

1          MR. SMITH:  May I ask one question?

2          THE COURT:  Yes.

3          MR. SMITH:  If the question had been "What did you do,

4     sir, prior to this raid to verify that the investigation was

5     done" --

6          THE COURT:  That's proper.

7          MR. SMITH:  All right.

8          THE COURT:  Next question, Page 54, Line 19:  "Did

9     Lieutenant Gonzales do anything, to your knowledge, to make

10    sure that there was actually even an investigation at Harding

11    Street prior to the raid?"

12              An objection with an instruction not to answer.

13              That objection is overruled.

14              Again, it is as to the witness's knowledge as to

15    what Lieutenant Gonzales did.

16              Next question: "Did either you or, again, to your

17    knowledge, Sergeant Reyna and Lieutenant Gonzales do anything

18    to confirm that Gerald Goines actually used a CI to make a

19    controlled buy at the location prior to the raid?"

20              That objection is overruled as to his actions or

21    to what he actually knew to be true in regards to

22    Sergeant Reyna or Lieutenant Gonzales.

23              The last question on Page 13:  "Sir, is it

24    accurate, as you told Sergeant Rexrode" -- and I assume this is

25    the IAD again -- the report speaks for itself.  So that

1    objection is sustained.

2              Page 14, which is Page 55, Line 17, of the depo.

3    Mr. Smith:  "The Houston Police Department did not have a

4    policy requiring that you review any other documents other than

10:53AM  5    the search warrant and tactical plan; is that accurate?"

6              Objection, form, with an instruction not to

7    answer.

8              That objection is overruled.

9              The Houston Police Department had a policy

10:53AM  10   requiring him to review other documents.  I believe that that's

11   a reasonable discovery request.

12             Mr. Smith again goes a little bit deeper:  "The

13   Police Department did not require you, as a matter of policy as

14   a supervisor prior to a raid, prior to the execution of a

10:54AM  15   no-knock search warrant, did not require that you review the CT

16   receipt -- CI receipt, offense reports or anything else, did

17   they?"

18             There was an objection.

19             That objection is overruled.

10:54AM  20             Mr. Smith, I did not understand the question at

21   Page 57, Line 3.  "As part of the process utilized by HPD when

22   you're going to be given a -- subject to an administrative

23   interview, the department gives you a number of documents 48

24   hours in advance?"

10:54AM  25             I did not understand that question.

1    MR. SMITH:  Yes, Your Honor.  This was --

2    THE COURT:  Closer to the mic.  Pull your mic over.

3    MR. SMITH:  Sorry.  Yes, Your Honor.  Let me read this

4  question one more time.

10:55AM  5    It was my understanding that I was trying to get

6  clarification of, Your Honor, that when HPD conducts an

7  administrative interview they give the interviewee prior to the

8  interview, in fact 48 hours prior to the interview, a number of

9  documents so that the witness can prepare, in our view, his

10:55AM  10  story, in their view, his statement; and I wanted to ask him

11  questions and conduct discovery on that process.

12    THE COURT:  As the question is worded, the objection is

13  sustained.

14    Page 60, Line 15:  "Why as a supervisor wouldn't

10:55AM  15  you want to verify that your case agent was doing what he said

16  he did in the affidavit for the warrant?"

17    There was an objection with an instruction not to

18  answer.

19    That objection is overruled.

10:56AM  20    Next question, Page 61, Line 1: "Did you ask

21  Gerald Goines when he made the buy at 7815 Harding Street?"

22    There was an objection and an instruction not to

23  answer.

24    Mr. Garcia, in regards to this objection you

10:56AM  25  asserted -- no.

1          On its face it's a perfectly reasonable question;

2     but if the answer is "No," that he did not ask Mr. Goines when

3     he made the buy, would the fact that he did not ask subject him

4     to criminal liability?

10:57AM  5          MR. GARCIA:  Because I don't know the answer to that,

6     Your Honor, I wanted him to just not answer that question for

7     that sake.

8               THE COURT:  Okay.  I don't know the answer to that.

9          But I could see why it would cause you concern

10:57AM  10    not knowing the answer to that.

11         The objection is overruled; however, if the

12    witness wishes to assert his Fifth Amendment privilege to the

13    question, he may do so when reasked the question.

14         I need someone to explain to me the connection

10:58AM  15    between Napoleon and Harding Street.

16              MR. SMITH:  Yes, sir.  It has come to our attention

17    from looking at the various police reports that the drugs

18    that -- the two baggies of heroin that were entered into the

19    system after this raid by Defendant Bryant and recovered by him

10:59AM  20    from Officer Goines' city-owned vehicle and in that report

21    attributed to Harding Street were not bought at Harding Street.

22         They, in fact, according to the investigation,

23    were bought at Napoleon Street, like a week earlier or several

24    days earlier.  I'm sorry for not having the chronology off the

10:59AM  25    top of my head.  That's the central reference to Napoleon.

1      THE COURT:  Okay.  Understood.

2           Counsel, you also rose.  Is there something else

3  you need to bring to my attention regarding that question?

4      MS. AZADEH:  Yes, Your Honor.

5      THE COURT:  Just swing your mic in front of you.

6      MS. AZADEH:  Melissa Azadeh.

7           Your Honor, I just wanted to clarify that the

8  charges against Sergeant Wood as a supervisor, the way he is

9  charged, he could be indirectly held liable for everything or

10  anything that Goines did.

11      THE COURT:  Explain.  You say, "charges."  Are you

12  taking about criminal charges --

13      MS. AZADEH:  Criminal charges.

14      THE COURT:  -- or are you talking about the allegations

15  in this case?

16      MS. AZADEH:  The criminal charges.

17      THE COURT:  Okay.  So the way that he is charged, you

18  believe that that extends to potential actions or actions at

19  Napoleon?

20      MS. AZADEH:  Yes, any wrongdoing by Gerald Goines or

21  alleged wrongdoing in any other investigation could come back

22  and be used to convict the supervisors.

23      THE COURT:  Thank you.

24           Mr. Smith, you go on to ask on Line 18:  "You are

25  aware now, sir, that the two baggies that were entered in the

 1   system as associated with 7815 Harding Street were actually

 2   purchased on Napoleon?  You're aware of that, aren't you?"

 3         And you say:  "Aware now, sir."

 4         So I assume that you're talking about after the

 5   raid knowledge as to what he is aware of now.  I don't know if

 6   that knowledge came from the debriefing or the after-action

 7   report or whatever the case may be; but the way that your

 8   question is worded, "You're aware now, sir," in regards to the

 9   objection, that is sustained.

10         You go on on Page 63:  "Were you part of the raid

11   team that was assembled to execute a search warrant on

12   Napoleon?"

13         And in regards to whether or not he was part of

14   the team that was assembled to execute a search warrant, that

15   objection is overruled simply as to his presence on the team.

16         I assume that there is -- that has been

17   documented in some form or another.

18         Next on Page 83, Line 16:  "Were you ever shown

19   the report of the investigation into your conduct?"

20         Well, let me back up.  Page 83, Line 10:  "Yes,

21   sir.  As a result of the findings of the IAD relating to your

22   conduct in this case, were you disciplined or reprimanded or

23   suspended in any fashion by the Houston Police Department?"

24         I'm unclear as to are you referring to Harding

25   Street or are you referring to Napoleon in that regard?  The

1    earlier questions were in regards to Napoleon.

2              Then after a back-and-forth Mr. Garcia states

3    that "We're dealing with the raid on Harding Street."

4              And then your next question it sounds like you

11:03AM  5    say, "Yes, sir.  As a result of the findings of IAD relating to

6    your conduct in this case."

7              So I don't know if "this case" is referring to

8    Napoleon Street, the earlier case, or the reference to Harding

9    Street.

11:04AM 10         MR. SMITH:  That's understandable, Judge, the way it's

11   printed out here; but I notice that the prior questions about

12   Napoleon are on Page 63 of the deposition.  Then we jump to

13   Page 83 of the deposition.  So in context here it was clear, I

14   think, to everyone that I was asking about this case, the

11:04AM 15   Harding -- was he disciplined for what happened in this case.

16         THE COURT:  Okay.  So the answer, "No."

17              But then the question that I had the objection to

18   that I need to rule on is:  "Were you ever shown the report of

19   the investigation into your conduct?"

11:04AM 20              "Objection," with an instruction not to answer.

21              This is simply a question as to whether or not he

22   was shown the report.

23              That objection is overruled.

24              Next Page 84, Line 16:  "You agree as a

11:05AM 25   supervisor, sir, that if you fail to discipline officers for

1    misconduct that you can actually encourage a culture of

2    permissiveness?"

3                    There was an objection, instruction not to

4    answer.

11:05AM   5           That objection is overruled.

6                    Next:  "You agree that as a supervisor that if

7    you fail to discipline officers for their misconduct that it

8    can actually encourage rather than deter misconduct, correct?"

9                    Objection.

11:05AM   10          That objection is overruled.

11                    This is Page 17 of Mr. Smith's letter.  I believe

12   this is Page 85, Line 15: "Sir, on January 28th if this raid

13   had gone differently and if there were no shooting, how long

14   would it have taken the squad to process that home and do what

11:06AM   15   investigators do following a narcotics raid?"

16                    There was an objection and instruction not to

17   answer.

18                    Those objections -- the objection is overruled.

19                    The question is simply, in my view, how long

11:06AM   20   would it take the squad to process a home, a scene following a

21   narcotics raid.

22                    So that's just a simple question as the raid

23   takes place.  If folks come in after the fact, how long does it

24   take to process the scene.  A reasonable request.

11:07AM   25          Next question:  "Did you, sir, apply for or

1  receive any overtime composition for the day of January 28,

2  2019?"

3  There was an instruction not to answer.  Earlier

4  we talked -- I overruled the objections regarding the time of

11:07AM  5  day.

6  And so in regards to this particular question I

7  think that's answered by the earlier questions as to the time

8  of day that the raid occurred.

9  So the objection is overruled as to whether or

11:07AM  10  not he received overtime compensation.

11  Payroll records should bear that out, should be

12  pretty straightforward.

13  Next question appears to be Line 14 on Page 86:

14  "Did you approve, as a supervisor, any overtime pay for any of

11:08AM  15  the officers involved in the Harding Street raid for work done

16  in connection with that raid?"

17  That objection is overruled.

18  I believe those are all the questions from

19  Mr. Smith's letter.

11:08AM  20  Before I turn back to the plaintiff, defense,

21  regarding any of your discovery issues, did you have a

22  question?

23  MS. AZADEH:  Your Honor, I'm sorry.  This is

24  Melissa Azadeh.

11:08AM  25  I just had a question.  The objections that were

1    overruled, does that mean that the witness cannot plead the

2    Fifth Amendment?

3         THE COURT:  Yes.  If the witness pleads the Fifth

4    Amendment, then he pleads the Fifth Amendment.

11:09AM   5         MS. AZADEH:  Yes, sir.

6         THE COURT:  The objections that I saw on the page

7    obviously were not made by his criminal defense counsel and the

8    objection was form; and so in regards to the record I have in

9    front of me, I'm just saying, "Objection, form," and

11:09AM   10   instruction not to answer.

11              If the witness, upon rehearing the question,

12   asserts his Fifth Amendment privilege, he is free to do so.

13   I'm not waiving his Fifth Amendment privilege for it.

14        MS. AZADEH:  Okay.  Thank you, Your Honor.

11:09AM   15        THE COURT:  Yes, sir?  Do you have a question to clear

16   all this up?

17        MR. DOYLE:  It's directly on that.  Because I think the

18   root cause of the issue was the deliberate decision rather than

19   actually invoking the Fifth, which is what they say he would

11:10AM   20   have done, instead they are giving an instruction not to

21   answer; and the reason why that's a root-cause problem is

22   there's evidentiary implication if he pleads the Fifth in

23   avoiding those evidentiary by instruction.

24              I think it's clear to the Court, but I would ask

11:10AM   25   for a clarification that if their intent is to assert the Fifth

they not use this tactic of telling them "Don't answer that question."

THE COURT:  Yes.  It has to be clear from the record that the witness is asserting his Fifth Amendment privilege.

MR. DOYLE:  Thank you, Your Honor.

THE COURT:  It's not sufficient to say, "Objection. Don't answer."  The witness has -- the witness has to invoke his Fifth Amendment right to protection.

Any other clarification?

Okay.  Let me finish up with Mr. Smith.

Any other discovery issues you need my attention on, sir?

MR. SMITH:  I believe, Your Honor, also teed up for today up would be the scope of the 30(b)(6) topics and also whether and to what extent the Judge will allow us to depose Assistant Chief Lopez.  I think Mr. Doyle is going to speak to those if the Court will allow.

THE COURT:  Okay.

Mr. Doyle?

MR. DOYLE:  Sure.  So the two issues that I would address for the Court would be one which we've had some discussion about, Chief Lopez.

THE COURT:  Yes.

MR. DOYLE:  I gave you a two-page letter with one attachment.  The most important issue related to that and

1  honestly also relates directly to the scope of the 30(b)(6)

2  organizational component is the decision at the City ten years

3  before the raid -- the Police Department rather, to end

4  operational internal audits.

11:11AM  5         That's, from our perspective, a manager or

6  somebody high up made a decision -- we're not going to look at

7  it operationally -- and that's a basic caretaking that any

8  responsible Police Department would do.

9         So that ten-year scope would be the limit, we

11:12AM  10  think, for the scope of the 30(b)(6).  It's also a basis why

11  we're requesting Chief Lopez, because of at the end of the day,

12  Chief Lopez, as Chief Acevedo testified -- I don't know why

13  they did it, but the fact is this is an organization; and why

14  they did it, the alleged justification for shutting down any

11:12AM  15  internal operational audits of this narcotics -- the narcotics

16  generally, which is about as dangerous a move you could ever

17  make in management, is going to be a critical issue for the

18  Court to evaluate.

19         And so that ten-year, because that's what's

11:12AM  20  documented from the DA's office, that the City stopped -- not

21  just the City, the Police Department -- doing it, would be, we

22  believe, the key point for both the scope of the 30(b)(6) and

23  an important predicate for Chief Lopez.

24         Because, for example, when they actually went and

11:12AM  25  did an audit after the fact, they identified that at least in

1   25 percent the supervisors weren't even looking at the case

2   files as documented.

3          In other words, if you're not looking at the case

4   files, of course there's going to be corrupt actions which they

11:13AM   5   will have uncovered after the fact; but all of that would have

6   been accessible if the City had not ten years before.

7          THE COURT:  I get that argument.  But again, now,

8   you're asking for Chief Lopez.  So what leads you to believe

9   that he is going to be able to opine on this?

11:13AM   10          MR. DOYLE:  The particular reason, he already indicated

11   he didn't know; in other words, what he told the District

12   Attorney's investigators is he was not aware of the reason why

13   the internal inspections, the operational audits, were

14   terminated.

11:13AM   15          That's the 30(b)(6) I kind of conflated because

16   the timing with Chief Lopez and the reason why we believe his

17   testimony would be relevant is because in terms of the findings

18   of the audit, that one out of four files of agents were never

19   even looked at by supervisors.  That's substantive testimony

11:14AM   20   that he can confirm.  Obviously his audit, but the manner in

21   which he did it and whether it's something he can provide a

22   full record for --

23          THE COURT:  Do he do the audit?

24          MR. DOYLE:  Say again.

11:14AM   25          THE COURT:  Did he do the audit?

1    MR. DOYLE:  He did.  He completed the audit.  He was

2  the officer --

3    THE COURT:  So you have the audit?

4    MR. DOYLE:  We have the audit.

11:14AM  5    THE COURT:  Okay.  You're going to basically depose him

6  on what is on paper in the audit?

7    MR. DOYLE:  Obviously we need to provide an evidentiary

8  record.  So we have an audit.

9    THE COURT:  Right.

11:14AM 10    MR. DOYLE:  It may or may not be fully admissible; but

11  what would be admissible would be admissible would be, "Okay.

12  Here's the process.  Here's the methodology.  Here's what we

13  did."

14      So by way of example --

11:14AM 15    THE COURT:  The audit doesn't explain "Here it is and

16  here's this is what we did"?

17    MR. DOYLE:  So here's an example.  This is why.  So

18  Chief Acevedo's deposition, when asked, "Well, hey, one out of

19  four of the case files were not even looked at, evaluated,

11:14AM 20  signed off on by the manager,"  his, obviously from our

21  perspective, self-serving testimony was "Well, we don't know

22  they didn't look at it.  They just didn't sign it."

23      Chief Lopez is the one that did it.  He's the one

24  that actually evaluated and did the investigation.  When

11:15AM 25  they're not signing off on it, did they really not look at it

1    because --

2          THE COURT:  Well, isn't that reflected in the audit

3    results itself?

4          MR. DOYLE:  That's what I'm talking about.  The evasion

11:15AM  5    by Chief Acevedo where he says, "We don't know.  I don't know

6    whether they really didn't look at it.  It's just a

7    documentation problem" -- because basically Acevedo is saying

8    it's just a documentation problem --

9          THE COURT:  Counsel, I'm having a disconnect.  Let me

11:15AM  10   explain.  Perhaps you can help me.

11               Chief Acevedo, did you take his deposition?

12         MR. DOYLE:  We did.

13         THE COURT:  He says, "I don't know.  You have to find

14   that information elsewhere," correct?

11:15AM  15        MR. DOYLE:  He didn't know.  In other words, "I don't

16   know."

17         THE COURT:  "I don't know."

18               Okay.  So that's his position.

19               You believe where the chief goes, I don't know

11:15AM  20   that Chief Lopez can fill in those blanks because Chief Lopez

21   conducted an audit, prepared a written report as to that audit

22   and you have the audit --

23         MR. DOYLE:  We do.

24         THE COURT:  -- and I assume that what you intend to do

11:16AM  25   if you are allowed to take Chief Lopez's deposition is to put

in front of him the audit and have him explain what's on the

paper.  Is that what you're saying?

MR. DOYLE:  The parts that at least in Chief Acevedo's

testimony are unclear, because if, for example, it says 25 --

approximately 25 percent of the files were not reviewed by

supervisors.  They weren't looking even located.

THE COURT:  And is that spoken to in the audit?

MR. DOYLE:  That's what it says.  But the spin and the

reason why I think Chief Lopez may be necessary to complete the

record by Chief Acevedo, which was repeated by the way, in the

City's letter response, is "That doesn't mean they didn't look

at it.  It just means they didn't document it," that it's all

a, quote, documentation issue.

And so answering the question raised by that

testimony by Chief Acevedo, repeated again by the City in their

letter is, is it really that they didn't do the documentation?

Is it the check-off, or is it really that they didn't do it?

That was raised by Chief Acevedo's testimony, not

by the report itself.

THE COURT:  Okay.  Let's assume what you say is true.

Setting aside the fact for a moment that, back in my courtroom

with a poll, that we had this discussion as to whose deposition

you wanted to take, you chose Chief Acevedo.  You went all the

way up the chain.  That was the one that you took.

I said, "Okay.  You took it."

1          I said we could revisit it, but that's the one

2    that you took.  You're unsatisfied with what you got from what

3    your choice was; but in regards to the information that you do

4    have, the audit, I would assume that a large part of your

5    questions to Chief Lopez; is that right --

6          MR. DOYLE:  Chief Lopez.  Assistant Chief Lopez.

7          THE COURT:  -- Assistant Chief Lopez will be driven by

8    the document, the audit, that you have in hand; is that

9    correct?

10          MR. DOYLE:  Right.  In other words, to answer the

11    questions about -- the alleged questions about methodology,

12    what it really said is raised by the testimony of

13    Chief Acevedo.

14          THE COURT:  Isn't a less intrusive way to get this done

15    is for me to just permit a specific set of interrogatories that

16    have to be answered by Chief Lopez?

17          MR. DOYLE:  We can do that, and to be fully open,

18    there's objections to the scope of the 30(b)(6) scheduled next

19    week.

20          THE COURT:  I'm going to turn to that.  I'm talking

21    about now just allowing you to move to Chief Lopez's potential

22    deposition.

23          Given the fact that you made a choice earlier not

24    to depose him and now you're unhappy with the information you

25    got from the witness you did choose, now you want to go back

1    again.

2              I admit I said we can revisit it if necessary.

3              It seems to me, and tell me why this is

4    incorrect, a less intrusive way of doing it after you make your

5    choice would be a specific set of interrogatories that follow

6    up on Chief Acevedo's testimony where he said "I didn't know"

7    and to have Chief Lopez fill in those things.  Why wouldn't

8    that work?

9              MR. DOYLE:  I think that suggestion by the Court would

10   work.

11             THE COURT:  It seems to be less expensive and a way of

12   getting directly to what you want.  And if there is a problem

13   with the responses, while not looking forward to it, they could

14   come back and I could go through any questions or answers that

15   were provided in regards to interrogatories.

16             MR. DOYLE:  I think the Court's solution will work.

17             THE COURT:  Okay.  Now, having had that conversation

18   with him from this side, you can wait -- and I'm not getting to

19   the 30(b)(6) now, just this request regarding Chief Lopez right

20   now.

21             MR. DAWSON:  Your Honor, Alistair Dawson for the City

22   of Houston.

23             If I could just give you just a little bit of

24   background, if you don't mind.  So when we were here on who

25   they get to depose, they raised the issue with the Court,

1  "Chief Lopez, he's the one who did this audit.  We want to

2  question him about the audit."

3           And you gave them the choice.  You said, "You can

4  pick Acevedo or you can have Lopez with the caveat that if

11:20AM  5  Acevedo can't answer" -- and I took the Court to mean a

6  significant number of questions on the issue of the audit, that

7  "you could come back and ask again."

8           And what happened at the -- so in his audit he

9  points out that 25 percent of the files weren't signed.

11:20AM  10  There's a requirement that the supervisor is supposed to sign

11  them.

12           THE COURT:  Fill me in on what we're talking about.  25

13  percent of what files?

14           MR. DAWSON:  The case files.

11:21AM  15           THE COURT:  What kind of case files?

16           MR. DAWSON:  The narcotics case files.

17           THE COURT:  There we go.  All right.  Thank you.

18           MR. DAWSON:  I'm sorry.

19           So there's a requirement that once they -- I

11:21AM  20  think they call them "blue backs."  Once they are finished and

21  submitted, the supervisor is supposed to review them and sign

22  off on them.

23           And that's in a requirement of one of the --

24  either the general orders or the standard operating procedures.

11:21AM  25           And in his audit Chief Lopez points out

1   25 percent of the ones I think for Officer Goines were not

2   signed.

3          Mr. Doyle conflates that with not reviewed by

4   anybody, which I believe is different.  And he asked

11:21AM   5   questions -- in the deposition he asked several pages of

6   questions --

7          THE COURT:  To Chief Acevedo?

8          MR. DAWSON:  -- to Chief Acevedo about this very issue,

9   the fact that 25 percent were, according to Mr. Doyle, not

11:21AM  10   reviewed.

11          And Chief Acevedo responded to those questions;

12   and at one point he points out that "By the way, it's not that

13   they weren't reviewed.  It's that they weren't signed."

14          There's a distinction there that the chief

11:22AM  15   pointed out.

16          If the Court wants to give him one or two

17   questions, interrogatories that say, "Chief Lopez, please

18   clarify whether you meant they weren't reviewed or they weren't

19   signed or if they weren't reviewed, how do you know that they

11:22AM  20   weren't reviewed," a couple of questions limited to that very

21   narrow issue, then I don't have a problem.

22          I am, to be honest, concerned that if you give

23   them unfettered number of interrogatories I'm going to get a

24   whole slew of interrogatories that are outside the scope of

11:22AM  25   what we're here to talk --

1    THE COURT:  It won't be unfettered.  I've learned that

2    that doesn't work here, so it won't be unfettered.

3    MR. DAWSON:  And let me also, while we're on this issue

4    of Chief Lopez, point to something else.

11:22AM  5    So if it's narrowly limited -- and maybe the

6    suggestion is they can submit them to me; and if we agree,

7    fine.  Otherwise we can let the Court know that we have a

8    disagreement about what the interrogatories are.  We'll handle

9    that however the Court wants to handle it.

11:23AM  10    With respect to -- I want to clarify something

11    else.  There's a district attorney investigator whose name

12    escapes me right now.  He is conducting an interview of

13    Chief Lopez.

14    He, the district attorney investigator, says, "Do

11:23AM  15    you know why it is that allegedly or apparently the decision to

16    stop conducting inspections of the Narcotics Division stopped

17    ten years ago?"

18    It's an assertion by the district attorney's

19    investigator.  I will tell the Court I have spoken to the

11:23AM  20    District Attorney's Office and asked "What is the basis?  Where

21    did that come from?"

22    Because nobody in HPD knows where it came from.

23    THE COURT:  Where what came from?

24    MR. DAWSON:  This assertion that there was a decision

11:24AM  25    was made --

1      THE COURT:  Ten years ago?

2      MR. DAWSON: -- ten years ago to stop inspecting

3  narcotics.

4           Within HPD, they're like, "We don't know where

11:24AM  5  that came from."  And it is a subject that is up for the

6  corporate representative deposition next week and we're going

7  to address it in that deposition.

8           But I just want the Court to know that I spoke

9  to -- I think it's Stan Clark is the DA.  I think he was once

11:24AM  10  here before the Court.  And I asked him, "Can you find out from

11  this Limron, I think is the inspector's name, "find out" -- he

12  has since retired from the DA's Office -- "what does he base

13  that on?"

14      THE COURT:  Base the question on?

11:24AM  15  MR. DAWSON:  Base his question, his assertion.

16      THE COURT:  Yes.

17      MR. DOYLE:  And the response from Mr. Clark was he has

18  no memory of where that came from.  So I just want the Court to

19  know that.

11:24AM  20           I've got other issues for the Court when you want

21  to take that up.

22      THE COURT:  Yes, I'm going to come to your side

23  shortly.

24           All right.  As to why it will not be unfettered,

11:25AM  25  I don't believe pinning you down to one or two questions on

1    that issue is going to advance the ball either.

2            So by way of follow-up from Chief Acevedo, now

3    you need follow-up with Chief Lopez, the deponent you did not

4    choose?

11:25AM 5    MR. DOYLE:  Well, to be fair, we did choose him.  The

6    Court said, "You don't get him."

7            THE COURT:  Correct.  I stand corrected.

8            MR. DOYLE:  And I'll just say this.

9            THE COURT:  No.  Hold on.

11:25AM 10   MR. DOYLE:  I don't have time to waste -- I mean, this

11   is not something we're looking to spend the day dictating

12   questions.  I'm not going to do that.

13           THE COURT:  I have to choose my words carefully because

14   y'all are in the habit of quoting them back to me.  I'll give

11:26AM 15   you ten interrogatory questions.  The ten interrogatory

16   questions are to be in lieu of you taking Chief Lopez's

17   deposition.

18           I expect since you have come back to me telling

19   me you need Chief Lopez's deposition after Chief Acevedo told

11:26AM 20   you he did not know certain things that you're now using these

21   interrogatories to fill in the blank.

22           MR. DOYLE:  Understood.

23           THE COURT:  It is not limited to just this issue about

24   the 25 percent of files or cases that are unsigned.  If there

11:26AM 25   were other areas that Chief Acevedo did not know, did not

1    answer, that can also be covered in the ten interrogatories.

2         Now, having been a civil litigator before taking

3    the bench, I do not mean ten interrogatories each with five

4    separate subparts and all of that.

11:27AM  5         So I understand that the interrogatory perhaps

6    might have one or two parts to where you're explaining

7    yourself, but you're not going to get around my

8    ten-interrogatory limitation by having a number of subparts.

9         MR. DOYLE:  Understood.

11:27AM 10        THE COURT:  Okay.  So in lieu of Chief Lopez's

11   deposition, the Court is going to allow plaintiff's counsel to

12   submit ten interrogatories that are to be answered by

13   Chief Lopez.

14        And obviously, counsel, if you believe the

11:28AM 15   interrogatories are objectionable you have the right to your

16   objections and then counsel can come back to me as necessary

17   and I will rule on the objections as required.

18        MR. DAWSON:  Just one issue.  Chief Lopez no longer

19   works for the Houston Police Department.  I expect him to be

11:28AM 20   cooperative, but I just want the Court to know that.

21        THE COURT:  Thank you.  All right.  Now, as to the

22   30(b)(6) issue from the plaintiff's perspective, is there

23   something that you needed on that side; or is that something I

24   need to go to the other side for?

11:28AM 25        MR. DOYLE:  I mean, it's a mirror image.  I think they

1    raised it first.

2            THE COURT:  Okay.  Let me hear from them.  Yes, sir.

3            MR. DAWSON:  Your Honor, there's really --

4            THE COURT:  I'm sorry.  Mr. Dawson?

11:28AM  5            MR. DAWSON:  I'm sorry.  Alistair Dawson for the City

6    of Houston.  My apologies.

7                    There's three issues for the Court --

8            THE COURT:  Three issues.  All right.

9            MR. DAWSON:  -- on the corporate rep.

11:28AM  10                One is the relevant time frame.  Four of the

11   topics are unlimited in time.  They ask for all of the audits

12   or inspections of the Narcotics Division, unlimited in time,

13   all the instances where Goines engaged in misconduct going back

14   to 1985, all the instances where Goines, Bryant or Gallegos

11:29AM  15   engaged in misconduct and then the discipline that was given to

16   them.

17                    So those are all unlimited in time.  So I'll

18   start with the relevant time frame.  At an August 21st hearing,

19   quoting you back to you, Mr. Odom -- you were talking -- you

11:29AM  20   were having a colloquy with Mr. Odom about the breadth of

21   discovery.

22                    And he points out, Mr. Odom does, that they had

23   asked for all audit documents for all audits done on all

24   narcotics cases from the date of Goines's employment forward.

11:29AM  25                    And you responded -- this is Page 30 of the

1    transcript, I won't give you the whole quote.  But you

2    basically said you go back in time three years.  That would be

3    a relevant -- you start out by saying that's overbroad, what

4    they had asked for.

11:30AM  5         And you say in two different instances that you

6    should go back three years and that would be a relevant time

7    frame.

8         I get it that was not an order from the Court.  I

9    get it that was not a ruling from the Court.  I think it was

11:30AM  10   fairly stated to say it's the Court's observation when

11   presented with what Mr. Odom presented you.

12        I will tell you I think the Court got it right;

13   and the reason for that is if you look at *Monell* liability, in

14   order to establish a claim against the City, they have to show

11:30AM  15   a policymaker, that the policymaker permitted or had an

16   official policy, there was either a customer practice or

17   official policy and that policy was the moving force behind the

18   Constitutional violation.  Those are the requirements.  And the

19   law says that the policymaker has to have been deliberately

11:30AM  20   indifferent to the known consequences of the identified policy

21   or custom that caused the injuries.  That's the requirement.

22   They have to show that the policymaker knew about it and was

23   deliberately indifferent to this policy or custom.

24        And what they say in this case is, "Well, there

11:31AM  25   was a policy of allowing police officers to lie on affidavits

1    and Acevedo was indifferent to that and that's what led to this

2    warrant getting obtained and served.  And there was also a

3    policy of excessive force and Acevedo allowed that and that's

4    what allowed the excessive force on the night of the Harding

5    Street incident."

6              What's important is that in their complaints,

7    Chief Acevedo is the policymaker.  He's identified in the

8    complaints.  They haven't -- he is the only policymaker who is

9    identified.

10             They have an expert by the name of Scott.  He

11   cites where Chief Acevedo, as the policymaker in that expert

12   opinion, you know, made errors that allowed this -- these

13   events to unfold.

14             Chief Acevedo was not the policymaker until 2016.

15   He was not the Chief of Police until 2016.  And, therefore,

16   any -- we say any conduct before then is not relevant to any

17   *Monell* claim against the City, because it doesn't relate to any

18   prior policymaker.

19             THE COURT:  Just a moment.  I apologize.  I'm getting

20   my dates mixed up.  The raid happened January --

21             MR. DAWSON:  -- 28, 2019.

22             THE COURT:  '19.  Okay.

23             MR. DAWSON:  And we assert that the relevant time frame

24   is January 1, 2016, until January 28, 2019.

25             THE COURT:  But prior to Chief Acevedo -- and I'm not a

1  historian on the Houston Police Department, but I would assume

2  just because he came in in 2016, there was not just a complete

3  overhaul of policy.

4          So if he came in and there was already existing

5  policy in place and it was allowed to remain in place, that

6  would also be relevant, would it not, counsel?

7          MR. DAWSON:  I don't believe so, Your Honor.  And I'm

8  going to cite you to a case that your colleague, Judge Hanen,

9  decided on this very issue; and it's the *Lewis versus City of*

10 *Houston* case.  It's not reported in Fed Supp, but I have a copy

11 if you would like it.

12         And I'll just -- if you don't mind, I'll just

13 read to you what Judge Hanen wrote and this is a quote and this

14 is on the last page of Judge Hanen's decision.

15         He says:  "Furthermore, it is worth noting that

16 although plaintiff identifies Chief Finner, as the policymaker,

17 of the pattern or practice of excessive force she alleges, she

18 disregards the fact that Chief Finner was only sworn in as

19 Chief of Police of the HPD on April 5th, 2021.  Not only had

20 Chief Finner only been in his role for a mere nine months prior

21 to Lockett's death, but he was not serving as the alleged

22 policymaker during any of the incidents that plaintiffs cited."

23         And then he goes on to grant the motion to

24 dismiss.

25         Not explicitly stated by Judge Hanen, but I think

1    implicit is the conduct that predates the policymaker is not

2    relevant to *Monell* liability because -- and again, if you look

3    in their complaint and you look at their expert report, the

4    only policymaker they identify for their *Monell* liability is

11:34AM   5    Acevedo.  So I assert that it's not relevant, Your Honor.

6               THE COURT:  All right.  So --

7               MR. DAWSON:  And I'll give you the case if you like it.

8               THE COURT:  You can hand it up, please.

9                    But I think I have a solution for this.  I want

11:34AM   10    to hear first from whom?

11               MR. DOYLE:  I'll handle that, Your Honor.

12               THE COURT:  Just on the issue of timing.  I know you

13    said there are three issues.  And I'm still on number one with

14    you, Mr. Dawson, so on timing.

11:35AM   15               MR. DOYLE:  Sure.  I would disagree that the complaint

16    says the only manager that did anything wrong was Chief

17    Acevedo.

18               THE COURT:  Well, let me ask a better question.  I'll

19    frame it better.  We're not going to do unlimited time frame.

11:35AM   20               MR. DOYLE:  Understood.  And I think our suggestion was

21    tied to the ten years they stopped doing audits.  And it was

22    actually my letter of May 11th --

23               THE COURT:  I think ten years is --

24               MR. DOYLE:  So that would be --

11:35AM   25               THE COURT:  -- is broad.  I think that's broad.

1    And so as I was listening as I was listening to

2    Mr. Dawson and thinking about -- you know, HPD is a huge

3    institution.  In the Court's experience with large

4    organizations, policy does not necessarily turn on a dime.

11:36AM   5    Sometimes it does, but often it does not.

6    My example I was asking you was -- I didn't think

7    there was a complete overhaul of policies and procedures when

8    Chief Acevedo came in.  I'm sure that there were some policies

9    that he continued that were already in place and, yes, as a new

11:36AM   10   man behind a desk I'm sure there were policies that he wanted

11   to institute that he did so.

12   I think the snapshot -- a fair snapshot going

13   into January of '19 should be five years prior, so you can look

14   at the time that covers not only Chief Acevedo, but get a

11:36AM   15   snapshot of what the policy was beforehand.

16   If, in fact, Chief Acevedo came in and changed

17   policy that ultimately had an impact in the raid, that will be

18   revealed.  We would not know that if we did not go past his

19   tenure.

11:37AM   20   And so that way you'll get a look at the policy

21   before he came in, whether or not he continued that policy or

22   whether or not he changed that policy.  So approximately two

23   years before he came in will give us a history of what the

24   policy was and whether or not there were any changes

11:37AM   25   thereafter.

1          MR. DOYLE:  To make it easy, I think they will agree,

2     January 1, 2014, is that basically what you're suggesting?

3          THE COURT:  Yes.

4          MR. DOYLE:  So January --

11:37AM   5          THE COURT:  So January 1st, 2014.

6          MR. SMITH:  Before we move to Number 2 on Mr. Dawson's

7     list, can I get a point of clarification?

8               If we're going to limit, and Your Honor has

9     limited this time scope to five years, I want to make clear we

11:37AM   10    can still ask as we intend to do under Topic Number 2 of the

11    30(b)(6) to ask their representative --

12         THE COURT:  About this ten-year question or whatever?

13         MR. SMITH:  Yes.

14         THE COURT:  Yes, yes.  This is -- I think it's having

11:37AM   15   this 30(b)(6) witness prepare for a five-year snapshot prior to

16    the raid as to policies and procedures, I believe.

17              So Mr. Dawson.

18         MR. DAWSON:  Yes, Your Honor.  The second area is what

19    I'll -- there are three topics that we say are duplicative of

11:38AM   20   extensive discovery that's already been conducted and that we

21    say need not be the subject of a corporate representative, and

22    I'll just describe them generally.

23              One is basically all complaints against Goines,

24    Bryant and Gallegos from any source of any kind and the

11:38AM   25   discipline that was given to those three officers.

1    THE COURT:  Where is that -- you said that's been done.

2    Where has that been done?

3    MR. DAWSON:  So it's been done in several instances.

4    We gave them the personnel files of each of those officers.  It

5    has every complaint against them; the result of the complaint;

6    what was done; what discipline, if any, was awarded; the letter

7    from the police chief setting forth what the discipline was.

8    We gave them the complaint histories, like -- and

9    these are the complaint histories, an example where it sets

10   forth the complaint.

11   I will point out to the Court these complaints go

12   back to 1985.  They include things like traffic citations.

13   They include things like not showing up in court when you're

14   supposed to when there's like, you know, some court appearance.

15   They include things like if you lose a piece of property.  They

16   include a whole bunch of things that have nothing to do with

17   any issue in this case.  We've given them the complaint

18   histories.  We gave them all of the IAD investigations, all of

19   them having to do with Goines and Bryant; and we gave them any

20   IAD investigations having to do with Officer Gallegos having to

21   do with use of force.  There were five of those separate and

22   apart from Harding Street.

23   And then we gave them the two IAD investigation

24   reports into Harding Street.  The authors of those reports,

25   Lieutenant French and Commander Wynn were deposed about those

1    reports.

2         THE COURT:  I got it.  It's been done.

3         MR. DAWSON:  And during Chief Acevedo's deposition he

4    was asked about the discipline that was given; and he explained

5    that under HPD, I believe it's a union issue, that once an

6    officer has resigned from the police force, you're not allowed

7    to discipline them.

8              And so he explained that is what happened.  So my

9    point of it is it doesn't -- and there's a case, Your Honor, a

10   *Snoddy* case -- kind of a funny name -- and it's a Fifth Circuit

11   case where the District Court did caution a corporate rep

12   deposition notice on the basis that it was duplicative of

13   discovery that had already taken place and the Fifth Circuit

14   said that that was fine.

15             My point is, it doesn't make any sense --

16        THE COURT:  I got it.  I got it.

17        MR. DAWSON:  Okay.

18        THE COURT:  Anything else on that point?

19        MR. DAWSON:  Not on that point, Your Honor.  I've got

20   one final point and --

21        THE COURT:  Yes.  I'll bring you back up.

22        MR. DAWSON:  Okay.  Thank you, Your Honor.

23        THE COURT:  Mr. Smith?

24        MR. SMITH:  Briefly, Judge.

25             I'm not aware of the *Snoddy* case or whatever

Mr. Dawson's case was, but --

THE COURT:  If you have all the complaints, if you have all of the discipline, and the documents speaks for themselves, what is the necessity of putting a 30(b)(6) witness, someone who doesn't have personal knowledge of this, in the chair and then questioning them about a document that they're going to have to review and thereby obtain knowledge to answer your question?

MR. SMITH:  I agree and I understand the law as it pertains to documents speaking for themselves, but they need a sponsor and we need testimony.  Fact witnesses may testify all across the board on a certain topic.

We need the City of Houston's testimony on these very few issues which Your Honor has now limited to five years, and that's a --

THE COURT:  You need a witness to -- well, I understand what Mr. Dawson is saying is that you want the 30(b)(6) witness to testify as to complaint history and the discipline, correct?

MR. SMITH:  Yes, he's summarizing.  I think he's talking about Topic Numbers 3 through 7 in our notice.

MR. DAWSON:  3 through 5 in the original notice.

MR. SMITH:  Okay.  I'm not sure which topic --

THE COURT:  Could you hand it to me?  I'd like to read that.

MR. DAWSON:  So this is the live notice, if you will,

1          that's been changed several times.

2                    THE COURT:  Am I reading 3 through 5?

3                    MR. DAWSON:  No, Your Honor.  You are reading -- if you

4          bear with me -- Alistair Dawson again.

11:42AM  5                    You are reading on this notice Topics 3, 4, and

6          5.  I'm sorry.  It is the same numbering system.  3, 4 and 5 on

7          this notice.  Yes, sir.

8                    THE COURT:  Thank you.  Just a minute.

9                    Mr. Smith.  Yes, sir?

11:43AM  10         MR. SMITH:  I'm sorry, Your Honor.

11                   THE COURT:  So reading this, and to be clear,

12         Plaintiff's Second Amended Notice of Oral Deposition of the

13         City of Houston and I am looking at matters for examination,

14         Items 3, 4, and 5 --

11:43AM  15         MR. SMITH:  Your Honor, may I ask Mr. Dawson a

16         clarification?

17                   Is the second the same as the first amended?

18         That's what I'm looking at.

19                   MR. DAWSON:  Here.  You can have mine.

11:44AM  20         MR. SMITH:  Thank you.

21                   MR. DOYLE:  They wanted to split it up because they had

22         two different people, two different days, so we split it; but

23         we're still on 3, 4, 5, the one engaged in.

24                   And I can directly address the reason why we

11:44AM  25         believe the corporate rep would be appropriate, and that's

1    based upon the testimony of Chief Acevedo, which was because

2    obviously Officer Goines has been implicated in false testimony

3    in cases going back at least to 2008.

4            THE COURT:  Hold on.  Am I talk to you or Mr. Smith?

11:44AM  5            MR. DOYLE:  Me.  Yes, he did the discussions; but I did

6    the drafting of the notice, so I wanted to clarify that.

7            THE COURT:  Okay.  So in regards to Number 3 --

8            MR. DOYLE:  Right.

9            THE COURT:  -- narcotics cases or investigations in

11:44AM 10   which Gerald Goines engaged in or is alleged to have engaged in

11   misconduct or provided false or misleading testimony in the

12   existing -- and so on and so on -- I would assume, as

13   Mr. Dawson has stated, this has been the subject of extensive

14   discovery and you have all the investigations in which

11:45AM 15   Mr. Goines engaged or is alleged to have engaged in misconduct,

16   documents relating to such misconduct and documents relating to

17   the investigations of said misconduct.  I assume you have all

18   of this.

19           MR. DOYLE:  No.  And let me tell you what the

11:45AM 20   clarification would be.

21           THE COURT:  When you say, "No," do you mean to tell me

22   that as of this moment, Mr. Goines, who is a central figure in

23   this raid, is a central figure in this civil litigation, that

24   the plaintiffs at this time by way of discovery do not have in

11:45AM 25   their possession documents relating to his misconduct in prior

1   cases or documents relating to the investigation of said

2   misconduct?  You do not have that?

3          MR. DOYLE:  Not in discovery.  And that's why the

4   clarification, I think, would be helpful.  So we have, for

11:46AM  5   example, from the District Attorney they have identified cases

6   going back to 2008 where they identified misconduct, lying

7   under oath, terrible misconduct against the City's -- by the

8   City.  That's from the DA's Office.

9          The City in discovery has said, "Well, that is

11:46AM  10   what we got him for.  One time he didn't turn in something,"

11   that kind of thing.

12          So the disconnect and the reason we asked for the

13   30(b)(6) is "Okay.  We know the DA said they found all these

14   instances of misconduct.  Are you going to go own up to it?

11:46AM  15   Did you even look into it?  You are saying you could have

16   figured it out.  Did you make the slightest effort to see how

17   many innocent people during decades he put in jail?"

18          And that's why this is a 30(b)(6) topic, because

19   they've shown us what little they did with him; but the

11:46AM  20   identification where basically --

21          THE COURT:  What do you expect the 30(b)(6) witness to

22   say?  Do you just want them to verify that what you got from

23   the DA is correct?

24          MR. DOYLE:  No.  What I anticipate they will say,

11:47AM  25   consistent with what I think Chief Acevedo says, is "We don't

1    know.  We have no idea."

2            That's directly relevant to this blind eye.  If

3    they're going to say, on the one hand, "There's no evidence of

4    pattern or practice, we had no idea" and on the other hand say,

11:47AM  5    "We never looked," that would be inconsistent.

6            THE COURT:  Counsel, that's not the scenario.  It's

7    nonsensical, because if you have in your hand documents which

8    document the misconduct and the investigation into the

9    misconduct from the DA's Office --

11:47AM  10            MR. DOYLE:  We do.

11            THE COURT:  -- you have that in hand; and it involves

12    complaints that were routed to HPD, it involves investigations

13    into misconduct that were conducted by HPD.

14            MR. DOYLE:  That's exactly what was not done.  The

11:47AM  15    testimony was the DA did all the criminal investigation of all

16    those cases.  We didn't do any of that.  That is Chief

17    Acevedo's.  So what I'm looking for is a confirmation --

18            THE COURT:  I would assume that at some point in time

19    there is a -- you proffer a discovery request to the City that

11:48AM  20    says, "Give me all complaints that you have regarding

21    Mr. Goines and give me all documents regarding any

22    investigation Mr. Goines for said misconduct."

23            And then the City responded thusly how?

24            MR. DOYLE:  With the personnel; in other words, these

11:48AM  25    are the few things we've looked into and --

1          THE COURT:  Okay.  Hold on.

2          MR. DOYLE:  Yes.

3          THE COURT:  So the City has taken the position that in

4     regards to the discovery, I assume -- I haven't seen it -- the

11:48AM  5     discovery requests that I just described from you, that's what

6     they produced and that's what they are willing to walk into

7     court on as to what they have done, right?

8          MR. DOYLE:  Based upon Chief Acevedo's testimony that

9     they couldn't to a criminal investigation.  That's the story.

11:49AM 10          THE COURT:  Okay.  So if the 30(b)(6) witness is going

11     to walk in and respond "Okay.  We've already responded to that

12     in discovery.  You have that.  That's our response," I assume

13     what you want to do is put in front of them what you got from

14     the DA's office.

11:49AM 15          MR. DOYLE:  The DA.  Correct.

16          THE COURT:  And say, "What about this?"

17          MR. DOYLE:  Yep.

18          THE COURT:  Okay.  I would assume that, Mr. Dawson,

19     Ms. Martin, someone has put in front of HPD the same documents

11:49AM 20     and said to them, "Look.  I just signed a document that said

21     that I have fully and completely responded to a discovery

22     request and you've produced X.  The plaintiffs have produced to

23     me X, Y and Z from the DA's Office, which shows that there was

24     more done and you're telling me that you're unaware of that?"

11:50AM 25          I assume they have had those discussions.

1      MR. DOYLE:  I don't know that we have had that

2  particular point.  That's why we raised this issue in a

3  30(b)(6) as kind of the cleanest way to raise it, because then

4  we have a clear record.  Here's what the DA found in cases

11:50AM  5  going back at least to 2008.

6      THE COURT:  You already have that.

7      MR. DOYLE:  We got that from the DA.

8      THE COURT:  You already have that.

9      I'm trying to understand the utility of now

11:50AM  10  getting a 30(b)(6) witness who has no knowledge of any of this

11  other than sitting down with counsel and being made aware that,

12  "Hey, look.  You're going to be questioned about this.  You

13  need to go take a look and see what you have."

14      I would assume that they are going to go look at

11:50AM  15  their discovery requests they have already produced, perhaps

16  the documents that you have shared with defense counsel that

17  you got from the DA.

18      And they're going to come out in a deposition, a

19  30(b)(6) deposition, and say, "This is what we produced and

11:50AM  20  this is what we've been provided."

21      What do you expect different than that?

22      MR. DOYLE:  I anticipate this is a trial deposition and

23  for the record that the City will have to admit as an

24  organization it did no investigation into all these other

11:51AM  25  criminal --

1        THE COURT:  I think they've already done so if you sent

2   a discovery request to them and they responded to that

3   discovery request demonstrating they didn't do any

4   investigation.  You think they are going to show up here --

11:51AM  5        MR. DOYLE:  No.

6        THE COURT:  -- and take a different position in front

7   of me?

8        MR. DOYLE:  No.  What I'm saying is there's a

9   difference between they don't have any record of all this

11:51AM 10   criminal conduct confirmed by the DA by Goines for decades and

11   the City admitting to our jurors and to the Court for the

12   record, "We didn't even look into and identify any of these

13   criminal acts and here's the reason why."

14        THE COURT:  And you're saying they have not done so in

11:51AM 15   response to your discovery requests already?

16        MR. DOYLE:  Well, Here's what -- they've given us the

17   files.  We haven't, except in the notice sent back in, I think,

18   January was first draft or maybe February, whenever we did the

19   first iteration.  That was our role to nail this down.

11:52AM 20        Because at this point we have, I guess, "Here's

21   your file.  Here's that.  Compare it to this."

22        Now, who is testifying to that?  How is that

23   presented for the Judge and jury in this case?

24        On the other hand, if we have a witness who's

11:52AM 25   speaking for the City saying, admitting under oath, "All these

criminal acts, we don't know whether they happened or not.  We
didn't investigate whether he put people in jail ourselves
improperly."

That's pretty directly relevance evidence by
testimony.

As opposed to, "Here's the file that they gave
us.  Here's what the DA said."

How do I present that to the jury if not through
the City admitting, "We never investigated this criminal
conduct by him"?

And at the same time -- at the same time they are
going to say, "We had no idea of all this stuff."

Well, if you don't investigate, you don't get to
say -- well, you can say it; but if you don't investigate,
there's no way we could have caught it if you don't even look
into it.  It's an evidentiary issue.

THE COURT:  The reason I'm having this -- the reason
I'm hesitating, I just spent an hour going through a deposition
that Mr. Smith took that was bogged down with nonrelevant
questions and objections that have now been overruled.

I would assume that you're looking for something
nice and tight --

MR. DOYLE:  Yep.

THE COURT:  -- by way of a transcript --

MR. DOYLE:  Uh-huh.

1    THE COURT:  -- to get this done.

2    MR. DOYLE:  Absolutely.

3    THE COURT:  Okay.  What you're describing to me -- I'm

4    at a loss because I think you already have in the sense that

11:53AM  5    you have already propounded to the City specific discovery

6    requests regarding production of these documents on these

7    topics that are outlined in Item Number 3 and they have

8    responded how they have responded.

9         It either includes or does not include what you

11:54AM 10    got from the DA; so if it does not include what you got from

11    the DA, I'm not sure what you expect this 30(b)(6) witness to

12    testify to other than the fact "We've produced what we've

13    got -- what we had and in regards to what you got and have put

14    in front of me by way of what you got from the DA, we were

11:54AM 15    unaware of that."

16         I assume you just simply want that answer from

17    them, which I think you've already gotten through discovery.

18    MR. DOYLE:  Two parts, actually.

19         It's, one, "We never investigated.  We're going

11:54AM 20    to say out of one side of our mouth we had no idea Goines was

21    so bad."

22    THE COURT:  You can ask that question.

23    MS. TAYLOR:  Right.

24    THE COURT:  I can see that because in regards to what

11:54AM 25    they've already produced in discovery, I guess the question is

1   not "We never investigated with the DA," but "We never

2   investigated beyond what we've produced to you."

3          MR. DOYLE:  That's what I'm looking for.  And in terms

4   of presentation, what I'm saying is "Right now we have --

11:55AM  5   here's what we did find over the years."

6          THE COURT:  Right.  Okay.

7          MR. DOYLE:  What we're looking is to line it up.

8   That's the reason why this request.

9          THE COURT:  All right.

11:55AM 10          Mr. Dawson, in regards to the documents which you

11   say -- I'm still looking at Number 3, although it could be said

12   for Number 4 as well, the documents that the City produced in

13   regards to, I would assume again, the discovery request from

14   the plaintiff.  I assume that the City will take the position

11:56AM 15   these are the documents and there are no others within the

16   City's possession.  Is that correct?

17          MR. DAWSON:  Correct.

18          THE COURT:  "And beyond what we have produced, no other

19   complaints" -- well, let me read the exact language here.

11:56AM 20          "No other documents relating to misconduct of

21   Gerald Goines are in our possession."

22          MR. DOYLE:  No other documents -- yeah, correct.  No

23   other complaints made to HPD or anyone within the City of

24   Houston.

11:56AM 25          THE COURT:  And no other documents relating to the

1   investigation of said misconduct have been produced?

2           MR. DOYLE:  Correct.

3           THE COURT:  Okay.

4               So what is your problem again with Number 3 if,

11:57AM 5   in fact, the City has already responded with -- let's just call

6   it File X, which is the documents relating to Mr. Goines'

7   misconduct and the documents relating the investigation of said

8   misconduct?  Whatever you had, you produced it in file X.  What

9   is your objection to having a 30(b)(6) witness testify, "We

11:57AM 10  received the discovery request.  We've produced File X.  That

11  constitutes what we had on these topics"?

12          MR. DAWSON:  Well, if the witness was permitted to say,

13  "We've given you everything that we know" and not be subjected

14  to detailed questions about what was contained in this

11:58AM 15  investigation or that investigation, which they are not going

16  to be able to answer -- for example, Your Honor, the IAD files

17  into Harding Street are thousands of pages.  There's no way

18  that any witness can know what's contained in all those

19  thousands of pages.

11:58AM 20              And so I'm willing -- and you are correct.

21  Mr. Doyle's thing about what the DA produced, I have looked

22  into it; and I'm told that we at the City and HPD do not know

23  where the DA comes up with these assertions.  These are the

24  DA's assertions about bad acts that Mr. Goines -- former

11:58AM 25  officer Goines engaged in; and I don't know what they did to

1    come up with this.  I know that they are not in any of the

2    files that we have.  So some of these arrest warrants, we've

3    looked in those files.  There's nothing in there where there's

4    a complaint asserted against Goines that was -- where a blind

11:59AM  5    eye was turned.

6         I don't know whether the DA brought in the

7    confidential informants and asked them questions and that's

8    what they are basing their assertion on.

9         We haven't gotten their investigation files so I

11:59AM  10    don't know what they are basing it on.  And so I just don't see

11    the point of having a witness say, "We've given you everything"

12    and even if they brought in all the documents --

13         THE COURT:  I see the point very much so with witnesses

14    saying, "We've given you everything," because I've presided

11:59AM  15    over cases where that was not the case unfortunately.

16         And so the City needs to stand behind what it has

17    asserted; and so to the extent that it's going to produce a

18    30(b)(6) witness, I think it's entirely proper for that witness

19    to testify under oath that "We've given you everything."

11:59AM  20         MR. DAWSON:  Can I offer a similar compromise to the

21    interrogatory?  What if I do an investigation and I file a

22    stipulation with the Court that says that the City of Houston

23    stipulates that it has produced all the documents about -- and

24    I intend to further -- I'm not going to sign it unless I'm

12:00PM  25    satisfied with it.

1          But what if I just do a stipulation to the Court

2     that says that I've looked into it this and I'm confident that

3     we've produced all the documents that are responsive to these

4     requests?

12:00PM  5          THE COURT:  You're negotiating a stipulation with the

6     wrong person.  I think the person you need to negotiate that

7     with is sitting behind you.

8          MR. DOYLE:  I mean, here's the issue, Judge.  This is

9     evidentiary.  This is a trial.  Because what I anticipate --

12:00PM 10     and it's kind of what I guess, but they have never actually

11     disclosed -- is other than Acevedo kind of making a reference,

12     they are saying on the one hand, "We had no idea."

13          But every single one of these criminal acts

14     confirmed by the District Attorney in the law enforcement

12:00PM 15     investigation, they have refused to undertake that evaluation.

16          So when they at trial, I anticipate, stand up and

17     say, "We had no idea Goines was so bad," I'd like to be able to

18     say through a witness, out of their own witness saying, "We

19     never actually looked into all these episodes of criminal

12:01PM 20     misconduct confirmed by the District Attorney.  We have no

21     records."

22          That's, I think, valid, compelling evidence.

23          THE COURT:  Well, that's really two parts as to what

24     the DA has done; and that's kind of post-raid regarding this

12:01PM 25     conduct.

1        So this is what we're going to do.  In regards to

2   3, 4, and 5, the way that I am reading this, it is about what

3   the City knew, what they have produced in this case.  That is

4   perfectly acceptable by way of a 30(b)(6) deposition.

12:01PM  5        So there is nothing that I'm reading in 3, 4, and

6   5 that references what actions the City took or knew in regards

7   to the allegations or assertions by the District Attorney's

8   Office.

9        I'm reading 3, 4 and 5 based upon what is on the

12:02PM  10  page in front of me.  I do not see in 3, 4 or 5 the District

11  Attorney mentioned or any documents produced by the District

12  Attorney in 3, 4 and 5.

13       It is directed as to, I would assume, what the

14  City had in its possession and what the City knew.  So it is a

12:02PM  15  separate question as to whether or not the City was aware of

16  the assertions by the District Attorney in whatever form that

17  they have made that assertion, whether they were aware of it,

18  and, secondly, whether or not they investigated those

19  assertions and, if so, when did they become aware of them and

12:03PM  20  how that investigation turned out.

21       That's not the information that I'm looking at in

22  3, 4 and 5.

23           MR. DAWSON:  Can I ask a point of clarification?

24           THE COURT:  Sure.

12:03PM  25          MR. DAWSON:  Is your relevant time frame that you ruled

1    on previously applicable to these 3, 4 and 5 as you've stated

2    just now?

3         THE COURT:  I think five years prior to the raid is

4    sufficient.

12:03PM 5         MR. DAWSON:  Okay.  The last point, Your Honor, is a

6    brief one, if I may.

7         THE COURT:  Yes.

8         MR. DAWSON:  Number 6 asks for the evidence, if any,

9    supporting the contention that Mr. Tuttle or Ms. Nicholas sold

12:04PM 10   narcotics.

11        THE COURT:  Yes.

12        MR. DAWSON:  Our position is that that is asking us to

13   marshal our evidence that is protected by work product and

14   there's a case that I cited you to --

12:04PM 15        THE COURT:  Well, let's do this, then.  When I read

16   that quickly as I was reading -- let me ask because I'm

17   assuming something.  Let me ask Mr. Smith or Mr. Doyle,

18   whomever.

19             In regards to Number 6, the evidence, if any,

12:04PM 20   supporting the contention that Mr. Tuttle or Ms. Nicholas sold

21   narcotics at any time --

22        MR. DOYLE:  Right.

23        THE COURT:  -- when I read that, my mind went to there

24   was a contention that the decedents sold narcotics, which led

12:04PM 25   to the raid.

1        MR. DOYLE:  Correct.

2        THE COURT:  So there is evidence -- I believe it was

3   Mr. Goines' affidavit that was submitted to the magistrate

4   judge.  Is that correct?

12:05PM   5        MR. DOYLE:  Yeah, to the city magistrate judge down

6   in --

7        THE COURT:  The city magistrate judge --

8        MR. DOYLE:  Right.

9        THE COURT:  -- to get the warrant.

12:05PM   10        So if there is any evidence that underlies that

11   affidavit or any other assertion by another investigating

12   officer, I thought that's what you were asking for.

13        I would assume that after this raid there was an

14   investigation conducted as to what happened.  Mr. Goines

12:05PM   15   asserted that those folks were selling drugs.

16        What was what that based upon?  And so I took it

17   that this was going to what led to the raid and the affidavit.

18   Am I wrong and that's what you were looking for, what allowed

19   them to kick in the door?

12:06PM   20        MR. DOYLE:  Partially correct.

21        THE COURT:  Okay.  What am I missing?

22        MR. DOYLE:  Because after the raid, including in public

23   statements and repeated to some degree in his deposition, Chief

24   Acevedo said there was drugs there.  They served it basically.

12:06PM   25        That's the City making a statement after the fact

1    that is factually a lie.  We know that.  We know that.  The

2    only person who made an allegation is the only person who has

3    actually served time, the neighbor, Patricia Garcia.

4                We're also aware that, for example, the police

12:06PM  5    union president as recently as last year repeated the same

6    false allegation that these were drug dealers.  He was

7    interviewed by the DA --

8                THE COURT:  I did know.  I get that.

9                MR. DOYLE:  Yeah.

12:06PM  10                THE COURT:  I'm simply -- I understand this to be that

11    the City -- if you have proof that these folks sold drugs,

12    produce it.

13                MR. DOYLE:  That's it.

14                THE COURT:  So Mr. Dawson, let me go back to you, then.

12:07PM  15    What is your objection that -- if the City asserted before a

16    judge, to get a warrant to kick down this door and conduct a

17    no-knock raid at this property, that they were engaged in the

18    drug trade either before the raid or after the raid, what's

19    your objection to the City putting that information on the

12:07PM  20    table in a 30(b)(6) deposition?

21                MR. DAWSON:  When they ask for all the evidence that we

22    have marshalled on this topic, we believe that that --

23                THE COURT:  I don't believe those words are used.  It

24    says, "The evidence, if any, supporting the contention that

12:07PM  25    Mr. Tuttle or Ms. Nichols sold narcotics at any time."

1        I think the "any time" may be broad, but I'm

2   looking at the time frame around the raid because that's the

3   assertion that Mr. Goines used to go in front of a judge to get

4   the warrant and I assume that he shared with other officers who

12:08PM   5   put their lives on the line to conduct a no-knock warrant and

6   obviously which led to the tragic result in this case.

7        So if the City has evidence and it says the

8   evidence, if any, supporting the contention that they sold

9   narcotics, it seems to me that the City should be prepared to

12:08PM   10   state that under oath.

11        MR. DOYLE:  And if you're limiting it to at or about

12   the time of the warrant service, then we can answer that

13   question.

14        THE COURT:  Okay.  And afterwards.  Because I would

12:08PM   15   assume that, like most in the room, I'm a consumer of the news

16   and if I recall correctly, there was a very high-temperature

17   press conference across the street from the hospital when all

18   of this occurred.

19        And the chief, if I am not mistaken, made some

12:09PM   20   very direct assertions about the folks who were involved in

21   this raid and some of the officers who had been wounded as a

22   result of the raid.

23        Setting those assertions aside as to, again, a

24   very high-temperature moment, there were some specific

12:09PM   25   references to these folks being drug dealers.  So if there is

1    evidence that that statement was, in fact, true before the raid

2    or after the raid that the City has, it needs to disclose that.

3        MR. DAWSON:  Understood, Your Honor.

4        THE COURT:  All right.  And so when I say, "before the

12:09PM  5    raid," I think a reasonable time frame would be anytime a year

6    before the raid.

7        MR. DAWSON:  Okay.

8        THE COURT:  I think that more than covers the period

9    that Officer Goines testified to by confidential informant, so

12:10PM  10   if the City has any information that the decedents sold drugs a

11   year before the raid or any time they uncovered any evidence

12   there after the raid, what that evidence is.  Because if these

13   folks are going to be characterized as drug dealers, that

14   information has to be produced in discovery.  It's not going to

12:10PM  15   be heard for the first time by way of assertion or any proof

16   before this jury for the first time.

17       MR. DAWSON:  Understood, Your Honor.

18       THE COURT:  All right.

19       MR. DAWSON:  Your Honor, I believe that that resolves

12:10PM  20   the discovery issues for today.

21           Can I raise a related separate issue just to put

22   the Court --

23       THE COURT:  Sure.

24       MR. DAWSON:  I won't take long.  But I think given your

12:11PM  25   rulings on the 30(b)(6) we may have to reschedule the

1    depositions that are scheduled for next week.  I'll figure that

2    out.

3            But we're going to have to obviously address

4    these other discovery issues.  Our motion for summary judgment

12:11PM  5    deadline is July 1st, and I'm a little concerned that we're not

6    going to get all this discovery done in time for that deadline.

7            And what I'd like to do with the Court's

8    permission is just confer with counsel and see if we can have a

9    proposed agreed --

12:11PM 10    THE COURT:  I'm willing to move the date back for that

11    submission to accommodate the discovery that needs to be done.

12    MR. DAWSON:  Okay.  I'll work with them.  I'm thinking

13    one month is all.

14    THE COURT:  You can work with counsel on that.  But I

12:11PM 15    think moving it to sometime in August is doable.

16    MR. DAWSON:  Thank you, Your Honor.  I'll confer with

17    them.

18    THE COURT:  I'll let you tend to that.

19            Counsel for the plaintiff, anything else?

12:12PM 20    MR. DOYLE:  No.  Thank you for your time, Your Honor.

21    MR. SMITH:  Your Honor, actually there is.

22    THE COURT:  Yes, sir.

23    MR. SMITH:  It's my fault for not raising it earlier.

24    But in connection with my letter of May 9th we also had the

12:12PM 25    related issue of whether we could take the deposition of

1   Sergeant Reyna and Officer Ashraf, which the Court may recall

2   those depositions were scheduled.

3           But when this dust-up happened over Sergeant

4   Woods' deposition and from the plaintiff's standpoint we knew

12:12PM   5   we were going to be looking at the same type of what we

6   considered to be obstruction, we canceled those depositions.

7           And we eventually reached an accommodation with

8   the City that allowed us to move forward with the other

9   depositions, but those two the City refused to reschedule.

12:12PM   10           We're asking the Court -- for the same reasons

11   the Court saw in Sergeant Woods' deposition, we're asking the

12   Court to now let us reschedule those depositions.

13           They are party deponents, Your Honor.  They have

14   a lot of information, not just about the shooting, but also

12:12PM   15   about supervisory issues.

16           THE COURT:  What are the two again?  I'm looking at

17   your April 9th letter.  It's not raised in that.

18           MR. SMITH:  No, Your Honor.  It would be in my letter

19   to the Court dated May 9, more recently; and it was in my

12:13PM   20   letter to the Court dated February 19th --

21           THE COURT:  I have it here.  May 9th.  Yes.

22           Counsel?  What are the two again?

23           MR. SMITH:  Sergeant Reyna and I believe his first name

24   is Nadeem, N-A-D-E-E-M Ashraf, A-S-H-R-A-F.

12:13PM   25           THE COURT:  Thank you.

1      MS. MARTIN:  This is Ms. Martin.  I'll be speaking for

2  us in the City Attorney's Office.

3          The accommodation that we reached was made prior

4  to the cancellation of these two depositions.  As we talked to

5  the Court about last time, you know, the depositions that did

6  go forward under the arrangement were completed and these were

7  just canceled at the last minute after we had already had the

8  agreement and we didn't know why.

9          So these were not completed timely.  They were

10  canceled at the last minute unilaterally despite the agreement

11  about how we would do the objections and instructions.

12          And there was no explanation for why they

13  couldn't have been accomplished without being canceled.  So

14  this goes to diligence and the failure to complete that

15  discovery when it was made available to the plaintiffs.

16      MR. SMITH:  Your Honor, can I correct something?  It is

17  absolutely not the case that we reached an agreement before

18  these depositions; and in fact, we had -- I can tell the Court

19  Sergeant Reyna was originally set for February 19th.

20          That's the day I sent my original letter to the

21  Court outlining this discovery dispute.  There was no agreement

22  by then.  There was not an agreement until, in fact, Mr. Dawson

23  helped push the parties together.  And that didn't happen until

24  on or after the 21st and Ashraf's deposition was originally

25  scheduled for February 22.

1          So I know the Court doesn't want to sit here and

2    he-said and she-said and look at this e-mail and look at that

3    e-mail.

4          The point is we're still doing fact discovery.

12:15PM  5    These are two defendants who were there during the shootout,

6    and we believe we deserve the opportunity to take their

7    depositions.

8          THE COURT:  Why did you cancel the depositions?

9          MR. SMITH:  Because we knew we were going to face those

12:15PM  10   same objections and, again, getting into the details and taking

11   the Court's time.  But I was dealing not with Ms. Martin.  I

12   was dealing with Ms. Azadeh during this time to reach an

13   agreement.  And while she did commit at some point early on,

14   not in time to save Reyna's deposition, but she did agree at

12:15PM  15   some point that they would not instruct the witness not to

16   answer solely on the basis of the Court's prior pronouncements

17   about overtime.

18          She would not make a similar commitment about not

19   instructing the witness not to answer based on the scope of the

12:15PM  20   pleadings, and we didn't get that hammered out until it was too

21   late to reconvene these depositions.

22          THE COURT:  All right.  I'll come back to you.

23          MS. AZADEH:  Okay.

24          THE COURT:  Ms. Martin, Mr. Smith is right about one

12:16PM  25   thing.  I'm not going to go back and tit-for-tat with e-mails

1    and all of that.

2           Is there anything that he said that you need to

3    respond to?

4           MS. MARTIN:  Yes, sir.  We worked very diligently on a

12:16PM   5    very rainy Sunday morning in late January and February to try

6    to get an agreement that would save Reyna's deposition, and Ms.

7    Azadeh had substantially agreed to every single thing that they

8    wanted.  The only thing we couldn't agree to, if I recall

9    correctly, is that we wouldn't limit our instructions not to

12:16PM   10   answer based upon the Fifth Amendment privilege only because

11   they are other privileges for which it's acceptable to instruct

12   a witness not to answer.

13          So by Saturday at noon it was a go/no-go on

14   Reyna, and plaintiffs said, "No-go on Reyna."

12:17PM   15          And we said, "Fine.  We'll object to any attempt

16   for you to recall him later because we have an agreement here."

17          THE COURT:  All right.

18          It was Reyna and what was the other one?

19          MR. SMITH:  Ashraf.

12:17PM   20          THE COURT:  Ashraf.

21          MR. SMITH:  Yes, Your Honor.

22          THE COURT:  I have two competing themes here which are

23   equally important.  All cases need to be tried on facts known,

24   not facts unknown.  No one needs to walk into a courtroom in a

12:18PM   25   case especially of this magnitude and be surprised; and that's

1    why we have discovery, especially in a civil case, which leads

2    me to lean towards having these depositions.  The competing

3    side of that is when depositions are canceled unilaterally

4    because people think that something may happen, it

12:18PM   5    inconveniences counsel who have made plans to get all of these

6    things done, not to mention a fast-approaching trial setting

7    that I'm sure you need to turn your attention to and your

8    pleading practice and other things of note as well.  I get

9    that, and that is very real as well.

12:19PM   10          Find a day.  You're going to take both

11   depositions the same day back-to-back.  You're going to be

12   limited to three and a half hours per deposition.

13          MR. SMITH:  That's fine, Judge.

14          THE COURT:  If you do it on the same day, counsel, this

12:19PM   15   puts -- this takes one day out of your schedule; and by putting

16   a time limit of three and a half hours per deposition,

17   hopefully that will lessen the inconvenience on counsel.  As

18   opposed to having a day-long deposition for both witnesses to

19   be taking two days out of your schedule, I'm taking one day out

12:20PM   20   of your schedule and I'm limiting again each deposition to

21   three and a half hours.

22          Having said that, again, I'll let you agree upon

23   a date that you can do that and that's reasonable.  I know that

24   there are other counsel's schedule that may be impacted, so

12:20PM   25   I'll give you the opportunity to confer with them to find a

1    reasonable date that you can submit to counsel where both of

2    those witnesses can be provided for deposition.

3              With that being said, anything else, counsel?

4         MR. DOYLE:  Not for plaintiff, this plaintiff.

12:20PM  5         MR. SMITH:  No, Your Honor.

6         THE COURT:  For the defense?

7         MR. DAWSON:  Not for the City, Your Honor.

8         MR. GARCIA:  No, Your Honor.

9         MS. TAYLOR:  No, Your Honor.

12:20PM 10         MS. AZADEH:  No, Your Honor.

11         MS. MARTIN:  No, Your Honor.

12         MR. DAY:  No, thank you.

13         THE COURT:  I'll end where I started.  Again, we've

14    been here now 2 hours, 20 minutes; and I think that I have been

12:21PM 15    patient with every inquiry and every dispute that you have put

16    forth in front of me.  I've committed to doing that.

17              It's not my expectation that I have to give you

18    time for something that learned counsel -- experienced learned

19    counsel -- should be able to work out amongst themselves.

12:21PM 20              You have the opportunities going forward to get

21    in front of me again.  I will make myself available.  But

22    please, in regards to some of the items that I have dealt with

23    in the first hour, that's not something that should merit this

24    Court's attention.

12:22PM 25              I reurge you to think about some of the positions

1    you take by way of asserting objections.  Likewise, by way of

2    asking questions that you already have the answer to, be

3    mindful of that as well.  I think we saw both instances here

4    today.

12:22PM  5              Thank you, counsel.  We're adjourned.  You're

6    excused.

7                   (The proceedings were adjourned.)

8                        * * * * *

9              COURT REPORTER'S CERTIFICATE

10             I, David S. Smith, CSR, RPR, CRR, Official
     Court Reporter, United States District Court, Southern District
11   of Texas, do hereby certify that the foregoing is a true and
     correct transcript, to the best of my ability and
12   understanding, from the record of the proceedings in the
     above-entitled and numbered matter.

13

14                        ___/s/ David S. Smith_____
                          Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**'**

**'19** [2] - 56:22, 59:13

**/**

**/s** [1] - 90:14

**1**

**1** [6] - 5:25, 15:25, 27:9, 32:20, 56:24, 60:2
**10** [5] - 22:4, 23:22, 23:24, 26:9, 35:20
**100** [2] - 1:19, 2:15
**11** [2] - 23:12, 24:23
**11th** [1] - 58:22
**12** [1] - 26:21
**1221** [1] - 1:21
**13** [2] - 25:17, 30:23
**14** [4] - 20:11, 22:8, 31:2, 38:13
**15** [12] - 7:1, 8:9, 8:14, 9:1, 9:19, 20:5, 26:23, 27:5, 27:10, 28:11, 32:14, 37:12
**16** [4] - 13:22, 35:18, 36:24
**17** [2] - 31:2, 37:11
**18** [3] - 18:4, 20:17, 34:24
**19** [7] - 18:25, 19:7, 21:14, 22:17, 23:23, 27:18, 30:8
**1985** [2] - 54:14, 61:12
**19th** [2] - 84:20, 85:19
**1st** [2] - 60:5, 83:5

**2**

**2** [4] - 7:15, 60:6, 60:10, 89:14
**20** [2] - 14:6, 89:14
**2008** [3] - 65:3, 66:6, 69:5
**2014** [2] - 60:2, 60:5
**2016** [4] - 56:14, 56:15, 56:24, 57:2
**2018** [1] - 7:23
**2019** [3] - 38:2, 56:21, 56:24
**2021** [1] - 57:19
**2024** [1] - 1:7
**21** [2] - 15:18, 28:10
**2128** [1] - 6:1
**21st** [2] - 54:18, 85:24

**22** [1] - 85:25
**23** [3] - 15:20, 15:22, 20:22
**23rd** [1] - 4:3
**25** [9] - 15:18, 42:1, 45:4, 45:5, 48:9, 48:12, 49:1, 49:9, 52:24
**28** [3] - 38:1, 56:21, 56:24
**28th** [1] - 37:12
**29** [1] - 1:7
**2929** [1] - 1:16

**3**

**3** [23] - 4:11, 7:22, 21:3, 21:19, 31:21, 63:20, 63:21, 64:2, 64:5, 64:6, 64:14, 64:23, 65:7, 72:7, 73:11, 74:4, 77:2, 77:5, 77:9, 77:10, 77:12, 77:22, 78:1
**30** [1] - 54:25
**30(b)(6** [24] - 40:14, 41:1, 41:22, 42:15, 43:17, 66:13, 66:18, 66:21, 68:10, 69:3, 69:10, 69:19, 72:11, 74:9, 75:18, 77:4, 80:20, 82:25
**30(b)(6)** [1] - 41:10
**30th** [1] - 4:4
**3401** [2] - 1:19, 2:5
**36** [1] - 13:22
**368** [2] - 2:12, 2:16
**37** [1] - 14:2
**38** [2] - 14:6, 15:20
**39** [3] - 15:25, 18:4, 18:24
**3900** [1] - 1:16

**4**

**4** [14] - 4:10, 9:19, 64:5, 64:6, 64:14, 64:23, 73:12, 77:2, 77:5, 77:9, 77:10, 77:12, 77:22, 78:1
**40** [1] - 6:11
**42** [1] - 20:2
**43** [1] - 21:2
**44** [2] - 21:19, 22:3
**45** [2] - 23:2, 23:23
**4500** [1] - 1:21
**46** [1] - 25:7
**48** [3] - 26:9, 31:23,

32:8
**4:21-cv-00270** [1] - 1:4
**4:21-CV-270** [1] - 3:4
**4th** [3] - 1:24, 2:2, 2:9

**5**

**5** [18] - 13:10, 13:22, 20:2, 23:2, 27:19, 63:21, 64:2, 64:6, 64:14, 64:23, 77:2, 77:6, 77:9, 77:10, 77:12, 77:22, 78:1
**5.0** [1] - 7:24
**50** [1] - 26:22
**51** [1] - 27:9
**515** [1] - 2:20
**52** [1] - 28:10
**53** [1] - 28:11
**54** [1] - 30:8
**55** [1] - 31:2
**57** [1] - 31:21
**5th** [1] - 57:19

**6**

**6** [7] - 14:2, 14:5, 15:5, 15:19, 16:8, 78:8, 78:19
**60** [1] - 32:14
**61** [1] - 32:20
**63** [2] - 35:10, 36:12

**7**

**7** [6] - 16:17, 17:5, 18:5, 18:19, 25:7, 63:20
**77002** [4] - 1:25, 2:2, 2:9, 2:21
**77002-0368** [2] - 2:13, 2:16
**77010** [1] - 1:22, 2:6
**77019** [2] - 1:17, 1:19
**7815** [5] - 26:12, 28:15, 29:12, 32:21, 35:1

**8**

**8** [3] - 18:24, 19:5, 26:22
**8004** [1] - 2:20
**83** [1] - 35:18, 35:20, 36:13
**84** [1] - 36:24
**85** [1] - 37:12
**86** [1] - 38:13

**9**

**9** [4] - 20:17, 21:2, 21:18, 84:19
**900** [1] - 1:24, 2:2, 2:9
**9th** [7] - 4:1, 4:4, 5:17, 5:25, 83:24, 84:17, 84:21

**A**

**A** [3] - 4:9, 84:24
**a** [282] - 3:3, 3:25, 4:1, 4:3, 4:4, 4:19, 4:21, 5:1, 5:6, 5:8, 5:9, 5:10, 5:11, 5:22, 6:1, 6:2, 6:4, 6:5, 6:6, 6:9, 6:11, 6:17, 6:19, 6:20, 6:23, 7:3, 7:16, 7:19, 7:20, 7:23, 8:3, 8:14, 8:15, 8:22, 10:6, 10:12, 10:15, 10:19, 11:4, 11:7, 12:15, 12:18, 12:19, 12:21, 12:23, 13:10, 13:11, 14:23, 14:25, 15:20, 16:11, 16:19, 17:3, 17:4, 17:14, 18:5, 18:10, 18:13, 20:10, 21:20, 21:21, 22:12, 22:14, 23:8, 24:18, 26:12, 26:17, 26:23, 26:24, 27:5, 27:6, 27:10, 27:11, 27:12, 28:11, 30:18, 31:3, 31:9, 31:11, 31:12, 31:13, 31:14, 31:22, 31:23, 32:8, 32:14, 33:1, 33:23, 34:8, 35:11, 35:14, 35:21, 36:2, 36:5, 36:21, 36:24, 37:1, 37:6, 37:15, 37:20, 37:22, 37:24, 38:14, 38:21, 38:25, 39:15, 39:21, 39:25, 40:24, 41:5, 41:6, 41:7, 41:10, 41:16, 41:17, 42:21, 44:6, 44:8, 44:9, 44:21, 45:13, 45:21, 45:22, 46:4, 46:14, 46:15, 46:23, 47:4, 47:5, 47:11, 47:12, 47:23, 48:5, 48:10, 48:19, 48:23, 49:14, 49:20, 49:21, 49:23, 50:7, 50:11, 50:24, 51:5, 53:2, 53:8, 53:25, 54:20, 55:3, 55:6, 55:9, 55:14,
55:15, 55:16, 55:25, 56:2, 56:19, 56:25, 57:2, 57:8, 57:10, 57:13, 57:20, 58:9, 58:18, 59:2, 59:4, 59:7, 59:9, 59:10, 59:12, 59:14, 59:20, 59:23, 60:7, 60:15, 60:21, 61:15, 61:16, 62:5, 62:9, 62:10, 62:11, 63:4, 63:6, 63:10, 63:12, 63:15, 63:16, 64:8, 64:15, 65:22, 65:23, 66:18, 67:17, 67:19, 68:9, 68:20, 68:21, 69:2, 69:4, 69:10, 69:13, 69:18, 69:22, 70:2, 70:6, 70:8, 70:24, 71:18, 71:24, 72:4, 74:9, 75:4, 75:11, 75:17, 75:20, 75:21, 76:1, 76:5, 76:9, 76:11, 76:18, 77:4, 77:14, 77:23, 78:5, 78:14, 78:24, 79:25, 80:1, 80:15, 80:16, 80:20, 81:3, 81:5, 81:15, 81:16, 81:21, 81:23, 82:5, 82:10, 82:21, 83:5, 83:8, 84:14, 86:18, 87:4, 87:12, 87:13, 87:24, 88:1, 88:6, 88:10, 88:12, 88:16, 88:18, 88:21, 88:23, 88:25, 90:11
**A-S-H-R-A-F** [1] - 84:24
**ability** [1] - 90:11
**able** [4] - 42:9, 74:16, 76:17, 89:19
**about** [60] - 8:15, 8:21, 10:12, 10:17, 10:18, 10:20, 11:10, 11:17, 13:4, 14:19, 22:5, 22:9, 22:15, 24:25, 25:1, 26:25, 27:13, 28:7, 29:18, 34:12, 34:14, 35:4, 36:11, 36:14, 40:22, 41:16, 44:4, 46:11, 46:21, 48:2, 48:12, 49:8, 50:8, 52:23, 54:20, 55:22, 59:2, 60:12, 61:25, 62:4, 63:6, 63:20, 68:16, 69:12, 74:14, 74:21, 74:24, 75:23, 77:2, 81:11, 81:20, 84:14, 84:15, 85:5, 85:11,

86:17, 86:18, 86:24, 89:25

**above** [1] - 90:12

**above-entitled** [1] - 90:12

**absolutely** [2] - 72:2, 85:17

**acceptable** [2] - 77:4, 87:11

**accessible** [1] - 42:6

**accommodate** [1] - 83:11

**accommodation** [2] - 84:7, 85:3

**accomplished** [1] - 85:13

**according** [2] - 33:22, 49:9

**accurate** [3] - 21:21, 30:24, 31:5

**Acevedo** [31] - 41:12, 44:5, 44:7, 44:11, 45:10, 45:15, 45:23, 46:13, 48:4, 48:5, 49:7, 49:8, 49:11, 52:2, 52:19, 52:25, 56:1, 56:3, 56:7, 56:11, 56:14, 56:25, 58:5, 58:17, 59:8, 59:14, 59:16, 65:1, 66:25, 76:11, 79:24

**Acevedo's** [7] - 43:18, 45:3, 45:18, 47:6, 62:3, 67:17, 68:8

**across** [2] - 63:12, 81:17

**action** [1] - 35:6

**actions** [7] - 28:18, 29:3, 30:20, 34:18, 42:4, 77:6

**actively** [1] - 23:4

**acts** [4] - 70:13, 71:1, 74:24, 76:13

**actually** [17] - 28:14, 29:11, 30:10, 30:18, 30:21, 35:1, 37:1, 37:8, 39:19, 41:24, 43:24, 58:22, 72:18, 76:10, 76:19, 80:3, 83:21

**added** [1] - 19:10

**additional** [1] - 27:21

**address** [6] - 26:12, 29:18, 40:21, 51:7, 64:24, 83:3

**adequately** [1] - 6:25

**adjourned** [2] - 90:5, 90:7

**Administration** [1] - 4:10

**administrative** [2] - 31:22, 32:7

**admissible** [4] - 23:10, 43:10, 43:11

**admit** [2] - 47:2, 69:23

**admitting** [3] - 70:11, 70:25, 71:9

**advance** [2] - 31:24, 52:1

**Affairs** [2] - 14:22, 21:8

**affidavit** [1] - 32:16, 79:3, 79:11, 79:17

**affidavits** [1] - 55:25

**after** [24] - 7:23, 11:18, 18:10, 22:11, 23:5, 28:24, 29:15, 33:19, 35:4, 35:6, 36:2, 37:23, 41:25, 42:5, 47:4, 52:19, 79:13, 79:22, 79:25, 80:18, 82:2, 82:12, 85:7, 85:24

**after-action** [1] - 35:6

**afterwards** [1] - 81:14

**again** [44] - 4:4, 7:14, 7:19, 8:17, 9:5, 9:7, 10:3, 11:16, 13:25, 14:4, 17:21, 18:25, 21:5, 21:14, 22:3, 22:8, 25:15, 25:22, 26:8, 26:16, 27:8, 27:15, 29:5, 30:14, 30:16, 30:25, 31:12, 42:7, 42:24, 45:15, 47:1, 48:7, 58:2, 64:4, 73:13, 74:4, 81:23, 84:16, 84:22, 86:10, 88:20, 88:22, 89:13, 89:21

**against** [8] - 4:20, 34:8, 55:14, 56:17, 60:23, 61:5, 66:7, 75:4

**agent** [1] - 32:15

**agents** [1] - 42:18

**aggravated** [2] - 10:24, 24:9

**aggregate** [1] - 24:10

**ago** [3] - 50:17, 51:1, 51:2

**agree** [8] - 36:24, 37:6, 50:6, 60:1, 63:9, 86:14, 87:8, 88:22

**agreed** [2] - 83:9,

87:7

**agreement** [8] - 85:8, 85:10, 85:17, 85:21, 85:22, 86:13, 87:6, 87:16

**Aisha** [1] - 3:14

**al** [2] - 3:4, 3:5

**AL** [2] - 1:4, 1:7

**ALBERT** [1] - 1:10

**Alexander** [2] - 2:8, 3:16

**Alistair** [5] - 1:20, 3:12, 47:21, 54:5, 64:4

**All** [1] - 70:25

**all** [63] - 4:12, 5:19, 5:24, 13:8, 15:1, 17:1, 17:21, 18:11, 19:16, 28:6, 29:15, 30:7, 38:18, 39:16, 42:5, 45:12, 45:23, 48:17, 51:24, 53:4, 53:21, 54:8, 54:11, 54:13, 54:14, 54:17, 54:23, 58:6, 60:23, 61:18, 63:2, 63:3, 63:11, 65:14, 65:17, 66:13, 67:15, 67:20, 67:21, 69:24, 70:9, 71:12, 73:9, 74:18, 75:12, 75:23, 76:3, 76:19, 80:21, 81:17, 82:4, 82:18, 83:6, 83:13, 86:22, 87:1, 87:17, 87:23, 88:5

**allegation** [5] - 6:21, 6:25, 7:13, 80:2, 80:6

**allegations** [5] - 4:20, 9:8, 34:14, 77:7

**alleged** [6] - 34:21, 41:14, 46:11, 57:21, 65:10, 65:15

**allegedly** [1] - 50:15

**alleges** [1] - 57:17

**Allen** [3] - 1:16, 1:19, 2:5

**allow** [3] - 40:15, 40:17, 53:11

**allowed** [8] - 44:25, 56:3, 56:4, 56:12, 57:5, 62:6, 79:18, 84:8

**allowing** [2] - 46:21, 55:25

**already** [20] - 5:12, 27:11, 42:10, 57:4, 59:9, 60:20, 62:13, 68:11, 69:6, 69:8, 69:15, 70:1, 70:15, 72:4, 72:5, 72:17,

72:25, 74:5, 85:7, 90:2

**also** [20] - 9:11, 9:14, 10:1, 11:20, 12:11, 14:2, 16:19, 26:18, 34:2, 40:13, 40:14, 41:1, 41:10, 50:3, 53:1, 56:2, 57:6, 80:4, 83:24, 84:14

**although** [5] - 20:13, 23:8, 25:4, 57:16, 73:11

**am** [8] - 49:22, 64:2, 64:13, 65:4, 77:2, 79:18, 79:21, 81:19

**Amended** [1] - 64:12

**amended** [1] - 64:17

**Amendment** [10] - 11:1, 33:12, 39:2, 39:4, 39:12, 39:13, 40:4, 40:8, 87:10

**amongst** [1] - 89:19

**amount** [1] - 18:13

**an** [101] - 4:14, 5:5, 6:5, 6:7, 6:12, 6:14, 7:8, 7:18, 7:20, 8:1, 8:4, 8:11, 8:15, 9:5, 9:14, 9:22, 10:9, 10:13, 11:11, 12:23, 13:16, 15:15, 15:16, 16:1, 17:10, 17:12, 17:15, 18:13, 18:15, 19:18, 19:19, 20:3, 20:7, 21:22, 23:6, 23:16, 24:3, 24:17, 25:3, 25:11, 25:20, 26:14, 27:1, 27:6, 27:20, 27:21, 28:5, 28:16, 28:19, 30:10, 30:12, 31:6, 31:18, 31:22, 32:6, 32:17, 32:22, 36:20, 37:3, 37:16, 38:3, 39:20, 41:13, 41:23, 41:25, 43:7, 43:8, 43:17, 44:21, 50:12, 50:18, 54:18, 55:8, 55:15, 56:10, 59:17, 61:9, 62:5, 69:23, 71:16, 71:18, 75:21, 79:13, 80:2, 84:7, 85:17, 85:22, 86:12, 87:6, 87:16

**and** [357] - 1:24, 2:8, 2:12, 2:15, 3:17, 3:19, 3:21, 3:22, 4:4, 4:5, 4:7, 4:8, 4:11, 4:21, 5:9, 5:10, 5:11, 5:22, 6:5, 6:12, 7:5, 7:8, 7:23, 8:16, 8:20, 9:1,

9:2, 9:3, 9:5, 9:12, 9:14, 10:1, 10:11, 10:23, 12:10, 12:16, 14:17, 14:25, 15:13, 15:20, 15:22, 17:1, 17:8, 17:10, 17:21, 18:4, 18:13, 18:17, 19:15, 19:19, 19:23, 20:4, 20:11, 21:15, 21:22, 22:14, 23:14, 24:3, 24:9, 25:9, 25:15, 25:25, 26:11, 26:21, 27:5, 27:15, 27:21, 28:21, 29:3, 29:16, 29:17, 30:17, 30:24, 31:5, 32:10, 32:11, 32:22, 33:15, 33:19, 33:20, 34:22, 35:3, 35:13, 36:2, 36:4, 37:13, 37:14, 37:16, 38:6, 39:7, 39:8, 39:9, 39:21, 40:14, 40:15, 40:25, 41:7, 41:13, 41:19, 41:22, 41:24, 42:16, 42:21, 43:15, 43:24, 44:22, 44:24, 45:1, 45:7, 45:8, 45:14, 46:17, 46:24, 47:3, 47:7, 47:11, 47:12, 47:14, 47:18, 48:3, 48:5, 48:7, 48:8, 48:20, 48:21, 48:23, 48:25, 49:4, 49:11, 49:12, 50:3, 50:5, 50:6, 50:20, 51:5, 51:6, 51:10, 51:17, 52:8, 53:4, 53:14, 53:16, 53:17, 54:15, 54:22, 54:25, 55:5, 55:6, 55:13, 55:17, 55:18, 55:22, 55:24, 56:1, 56:2, 56:3, 56:15, 56:23, 56:25, 57:4, 57:5, 57:7, 57:9, 57:12, 57:13, 57:23, 58:2, 58:3, 58:7, 58:13, 58:20, 58:21, 59:1, 59:2, 59:7, 59:9, 59:16, 59:20, 59:24, 60:8, 60:16, 60:20, 60:21, 60:24, 61:8, 61:19, 61:21, 61:23, 61:25, 62:3, 62:4, 62:8, 62:9, 62:10, 62:13, 62:20, 63:3, 63:5, 63:7, 63:9, 63:11, 63:15, 63:18, 64:5, 64:6, 64:11, 64:13, 64:14, 64:24, 64:25, 65:12, 65:14,

65:16, 65:19, 66:3, 66:12, 66:18, 67:4, 67:8, 67:11, 67:21, 67:23, 67:25, 68:6, 68:11, 68:16, 68:20, 68:21, 68:22, 68:23, 68:24, 69:11, 69:13, 69:18, 69:19, 69:22, 70:2, 70:6, 70:10, 70:11, 70:12, 70:13, 70:14, 70:23, 71:11, 71:20, 71:22, 72:7, 72:13, 73:3, 73:15, 73:18, 73:25, 74:7, 74:13, 74:20, 74:22, 74:25, 75:7, 75:10, 75:12, 75:16, 75:17, 75:21, 75:23, 76:2, 76:10, 76:16, 76:24, 77:2, 77:5, 77:9, 77:12, 77:14, 77:18, 77:19, 77:22, 78:1, 78:13, 79:16, 79:17, 79:18, 79:23, 80:16, 81:4, 81:5, 81:7, 81:11, 81:14, 81:16, 81:19, 81:21, 82:4, 83:5, 83:7, 83:8, 84:1, 84:4, 84:7, 84:19, 84:23, 85:6, 85:8, 85:11, 85:12, 85:14, 85:18, 85:23, 85:24, 86:1, 86:2, 86:6, 86:10, 86:13, 86:20, 86:25, 87:1, 87:5, 87:6, 87:14, 87:15, 87:18, 87:25, 88:7, 88:8, 88:9, 88:12, 88:15, 88:16, 88:20, 88:21, 88:23, 89:14, 89:15, 90:11, 90:11, 90:12

**another** [7] - 4:2, 11:22, 17:16, 23:21, 26:10, 35:17, 79:11
**answer** [71] - 5:11, 6:5, 6:13, 7:18, 7:20, 8:5, 8:12, 8:16, 9:6, 9:15, 9:23, 12:16, 13:4, 14:11, 15:14, 15:16, 16:13, 16:22, 17:11, 17:23, 18:8, 19:19, 21:23, 22:2, 23:7, 23:17, 24:4, 25:12, 25:21, 26:15, 27:2, 27:21, 27:24, 28:2, 28:5, 28:8, 28:16, 28:22, 29:2, 29:14, 29:19, 30:12, 31:7, 32:18, 32:23, 33:2, 33:5, 33:6, 33:8,

33:10, 36:16, 36:20, 37:4, 37:17, 38:3, 39:10, 39:21, 40:1, 40:7, 46:10, 48:5, 53:1, 63:7, 72:16, 74:16, 81:12, 86:16, 86:19, 87:10, 87:12, 90:2
**answered** [8] - 5:18, 7:25, 13:2, 14:23, 16:23, 38:7, 46:16, 53:12
**answering** [4] - 11:7, 13:11, 24:21, 45:14
**answers** [4] - 12:20, 14:10, 14:21, 47:14
**anticipate** [4] - 66:24, 69:22, 76:9, 76:16
**any** [72] - 4:17, 6:10, 8:13, 8:21, 12:18, 12:20, 14:9, 17:22, 22:22, 23:3, 23:11, 24:1, 24:6, 24:13, 24:24, 25:9, 25:17, 25:23, 26:1, 26:4, 26:6, 28:13, 29:11, 31:4, 34:20, 34:21, 35:23, 38:1, 38:14, 38:21, 40:9, 40:11, 41:7, 41:14, 47:14, 56:16, 56:17, 57:22, 59:24, 60:24, 61:6, 61:17, 61:19, 62:15, 67:16, 67:21, 69:10, 70:3, 70:9, 70:12, 74:18, 75:1, 77:11, 78:8, 78:19, 78:21, 79:10, 79:11, 80:24, 80:25, 81:1, 81:8, 82:10, 82:11, 82:15, 87:15
**anybody** [1] - 49:4
**anyone** [1] - 73:23
**anything** [11] - 22:18, 29:13, 30:9, 30:17, 31:16, 34:10, 58:16, 62:18, 83:19, 87:2, 89:3
**anytime** [1] - 82:5
**anyway** [1] - 24:16
**apart** [2] - 29:4, 61:22
**apologies** [2] - 12:25, 54:6
**apologize** [2] - 17:1, 56:19
**apparently** [1] - 50:15
**appearance** [1] -

61:14
**appearances** [1] - 3:6
**APPEARANCES** [1] - 1:14
**appears** [4] - 18:19, 26:21, 28:11, 38:13
**applicable** [2] - 7:12, 78:1
**apply** [1] - 37:25
**approaching** [1] - 88:6
**appropriate** [1] - 64:25
**approve** [1] - 38:14
**approximately** [2] - 45:5, 59:22
**April** [7] - 4:1, 4:3, 5:17, 5:25, 57:19, 84:17
**are** [74] - 5:9, 5:10, 5:19, 12:20, 13:9, 15:18, 16:1, 18:22, 19:2, 20:2, 20:5, 21:9, 21:12, 23:13, 27:22, 28:6, 34:11, 34:14, 34:24, 35:24, 35:25, 36:12, 38:18, 39:20, 44:25, 45:4, 48:20, 49:24, 50:8, 52:14, 52:16, 52:24, 53:12, 53:15, 54:11, 54:17, 55:18, 58:13, 60:19, 61:9, 64:3, 64:5, 66:14, 66:15, 67:25, 68:6, 69:14, 70:4, 71:11, 72:7, 73:15, 73:21, 74:15, 74:17, 74:20, 74:23, 75:1, 75:8, 75:10, 76:3, 76:12, 80:23, 82:13, 83:1, 84:13, 84:16, 84:22, 86:5, 87:11, 87:22, 88:3, 88:24
**area** [1] - 60:18
**areas** [1] - 52:25
**aren't** [1] - 35:2
**arguing** [1] - 12:15
**argument** [3] - 12:23, 13:1, 42:7
**argumentative** [1] - 23:19
**around** [3] - 27:19, 53:7, 81:2
**arrangement** [1] - 85:6
**arrest** [1] - 75:2
**Article** [1] - 4:10
**article** [1] - 4:11
**as** [111] - 4:23, 4:25,

5:2, 5:12, 6:7, 6:9, 6:14, 6:23, 7:16, 8:3, 8:5, 8:15, 8:22, 9:10, 10:2, 10:3, 10:7, 11:4, 11:7, 11:11, 11:19, 12:9, 12:21, 12:23, 13:19, 13:20, 16:1, 16:17, 18:23, 19:13, 20:8, 20:13, 21:12, 23:10, 24:14, 24:16, 25:22, 26:12, 27:10, 28:18, 29:6, 30:14, 30:20, 30:24, 31:13, 31:21, 32:12, 32:14, 34:8, 35:1, 35:5, 35:15, 35:21, 35:24, 36:5, 36:21, 36:24, 37:6, 37:22, 38:7, 38:9, 38:14, 41:12, 41:16, 42:2, 44:21, 45:22, 51:24, 53:16, 53:17, 53:21, 56:11, 57:16, 57:18, 57:21, 59:1, 59:9, 60:10, 60:16, 63:9, 63:18, 64:17, 65:12, 65:22, 68:7, 69:3, 69:23, 71:6, 73:12, 76:23, 77:13, 77:15, 78:1, 78:16, 79:14, 80:5, 81:21, 81:23, 82:13, 85:4, 88:8, 88:9, 88:17, 90:3
**ASHRAF** [1] - 2:1
**Ashraf** [5] - 3:19, 84:1, 84:24, 87:19, 87:20
**Ashraf's** [1] - 85:24
**aside** [2] - 45:21, 81:23
**ask** [22] - 8:19, 11:17, 17:14, 27:25, 30:1, 32:10, 32:20, 33:2, 33:3, 34:24, 39:24, 48:7, 54:11, 58:18, 60:10, 60:11, 64:15, 72:22, 77:23, 78:16, 78:17, 80:21
**asked** [26] - 5:9, 10:19, 11:15, 12:15, 13:10, 13:21, 13:23, 13:24, 14:3, 17:5, 20:13, 21:15, 21:25, 22:14, 26:11, 43:18, 49:4, 49:5, 50:20, 51:10, 54:23, 55:4, 62:4, 66:12, 75:7
**asking** [16] - 5:3, 5:11, 6:4, 7:5, 10:12, 15:16, 21:10, 24:5,

36:14, 42:8, 59:6, 78:12, 79:12, 84:10, 84:11, 90:2
**asks** [6] - 15:5, 20:17, 21:3, 21:14, 23:24, 78:8
**assembled** [2] - 35:11, 35:14
**assert** [4] - 33:12, 39:25, 56:23, 58:5
**asserted** [5] - 32:25, 75:4, 75:17, 79:15, 80:15
**asserting** [2] - 40:4, 90:1
**assertion** [8] - 50:18, 50:24, 51:15, 75:8, 77:17, 79:11, 81:3, 82:15
**assertions** [7] - 74:23, 74:24, 77:7, 77:16, 77:19, 81:20, 81:23
**asserts** [1] - 39:12
**assistant** [1] - 46:6
**Assistant** [2] - 40:16, 46:7
**associated** [1] - 35:1
**assume** [37] - 5:19, 7:2, 14:7, 14:13, 18:4, 19:11, 19:20, 21:15, 21:25, 22:8, 22:13, 23:18, 25:25, 27:4, 30:24, 35:4, 35:16, 44:24, 45:20, 46:4, 57:1, 65:12, 65:17, 67:18, 68:4, 68:12, 68:18, 68:25, 69:14, 71:21, 72:16, 73:13, 73:14, 77:13, 79:13, 81:4, 81:15
**assuming** [1] - 78:17
**AT** [1] - 2:5
**at** [79] - 4:1, 5:2, 15:1, 15:19, 16:7, 16:8, 16:15, 16:17, 18:5, 18:19, 20:4, 21:3, 21:14, 24:18, 25:9, 25:15, 26:24, 27:19, 27:24, 28:14, 29:11, 29:17, 30:10, 30:19, 31:20, 32:21, 33:17, 33:21, 33:23, 34:18, 41:2, 41:6, 41:11, 41:25, 42:1, 42:3, 42:19, 43:19, 43:22, 43:25, 44:6, 45:3, 45:12, 48:8, 49:12, 54:18, 55:13, 58:3, 59:14, 59:20,

64:13, 64:18, 65:3, 65:24, 67:18, 69:5, 69:14, 70:20, 71:11, 72:4, 73:11, 74:22, 76:16, 77:21, 78:21, 80:17, 80:25, 81:2, 81:11, 84:5, 84:16, 85:7, 85:10, 86:2, 86:13, 86:14, 87:13

**attachment** [1] - 40:25

**attempt** [1] - 87:15

**attend** [1] - 12:1

**attended** [2] - 12:2, 12:3

**attention** [6] - 4:6, 33:16, 34:3, 40:11, 88:7, 89:24

**attorney** [4] - 11:12, 12:8, 50:11, 50:14

**ATTORNEY** [1] - 2:5

**Attorney** [6] - 66:5, 76:14, 76:20, 77:11, 77:12, 77:16

**attorney's** [1] - 50:18

**Attorney's** [4] - 42:12, 50:20, 77:7, 85:2

**attorneys** [1] - 5:21

**attributed** [1] - 33:21

**audit** [27] - 20:3, 24:17, 41:25, 42:18, 42:20, 42:23, 42:25, 43:1, 43:3, 43:4, 43:6, 43:8, 43:15, 44:2, 44:21, 44:22, 45:1, 45:7, 46:4, 46:8, 48:1, 48:2, 48:6, 48:8, 48:25, 54:23

**audits** [11] - 24:1, 24:6, 24:13, 25:8, 25:16, 41:4, 41:15, 42:13, 54:11, 54:23, 58:21

**August** [2] - 54:18, 83:15

**authors** [1] - 61:24

**available** [3] - 14:12, 85:15, 89:21

**avoiding** [1] - 39:23

**awarded** [1] - 61:6

**aware** [33] - 7:15, 7:19, 9:25, 10:3, 11:23, 20:3, 20:5, 20:9, 20:12, 20:14, 20:19, 20:23, 22:1, 22:25, 23:11, 24:5, 24:15, 25:16, 26:7, 27:6, 34:25, 35:2, 35:3, 35:5, 35:8,

42:12, 62:25, 69:11, 77:15, 77:17, 77:19, 80:4

**away** [1] - 5:13

**Azadeh** [7] - 2:11, 2:15, 3:20, 34:6, 38:24, 86:12, 87:7

**AZADEH** [11] - 3:20, 34:4, 34:6, 34:13, 34:16, 34:20, 38:23, 39:5, 39:14, 86:23, 89:10

## B

**B** [1] - 1:20

**back** [30] - 13:5, 23:22, 29:17, 34:21, 35:20, 36:2, 38:20, 45:21, 46:25, 47:14, 48:7, 52:14, 52:18, 53:16, 54:13, 54:19, 55:2, 55:6, 61:12, 62:21, 65:3, 66:6, 69:5, 70:17, 80:14, 83:10, 86:22, 86:25, 88:11

**back-and-forth** [1] - 36:2

**back-to-back** [1] - 88:11

**background** [1] - 47:24

**backs** [1] - 48:20

**bad** [3] - 72:21, 74:24, 76:17

**Bagby** [3] - 1:24, 2:2, 2:9

**baggies** [2] - 33:18, 34:25

**ball** [2] - 5:23, 52:1

**BARROW** [1] - 1:16

**base** [2] - 51:12, 51:14, 51:15

**based** [11] - 9:17, 12:17, 17:18, 18:16, 27:9, 65:1, 68:8, 77:9, 79:16, 86:19, 87:10

**basic** [4] - 5:5, 5:9, 7:19, 41:7

**basically** [7] - 43:5, 44:7, 55:2, 60:2, 60:23, 66:20, 79:24

**basing** [2] - 75:8, 75:10

**basis** [7] - 10:24, 15:10, 24:10, 41:10, 50:20, 62:12, 86:16

**be** [87] - 11:1, 11:6, 12:22, 14:5, 17:6,

17:15, 19:9, 19:10, 23:8, 23:10, 23:18, 25:25, 26:21, 27:6, 28:4, 30:21, 31:22, 34:9, 34:22, 35:7, 38:11, 38:13, 40:3, 40:14, 40:21, 41:9, 41:17, 41:21, 42:4, 42:9, 42:17, 43:10, 43:11, 45:9, 46:7, 46:11, 46:17, 47:5, 47:11, 49:22, 50:1, 50:2, 51:24, 52:5, 52:16, 53:1, 53:12, 53:19, 55:2, 55:6, 57:6, 58:24, 59:13, 59:17, 60:21, 64:11, 64:25, 65:20, 66:4, 67:5, 69:12, 73:11, 74:13, 74:16, 76:17, 80:10, 81:1, 81:9, 82:5, 82:13, 82:14, 82:15, 83:11, 84:5, 84:6, 84:18, 85:1, 87:23, 87:25, 88:11, 88:19, 88:24, 89:2, 89:19, 90:2

**bear** [2] - 38:11, 64:4

**beat** [1] - 17:16

**because** [37] - 11:1, 20:18, 33:5, 39:17, 41:11, 41:19, 41:24, 42:15, 42:17, 44:1, 44:7, 44:20, 45:4, 50:22, 52:13, 56:17, 57:2, 58:2, 64:21, 65:1, 66:18, 67:7, 69:3, 70:20, 72:4, 72:24, 75:14, 76:9, 78:16, 79:22, 81:2, 81:14, 82:12, 86:9, 87:10, 87:16, 88:4

**BECK** [1] - 1:21

**become** [1] - 77:19

**been** [26] - 8:21, 11:13, 12:9, 14:18, 27:12, 30:3, 35:16, 42:6, 53:2, 55:19, 57:20, 60:20, 61:1, 61:2, 61:3, 62:2, 64:1, 65:2, 65:13, 69:20, 71:20, 74:1, 81:21, 85:13, 89:14

**before** [20] - 4:16, 19:24, 22:10, 38:20, 41:3, 42:6, 51:10, 53:2, 56:16, 59:21, 59:23, 60:6, 80:15, 80:18, 82:1, 82:4, 82:6, 82:11, 82:16,

85:17

**BEFORE** [1] - 1:10

**beforehand** [1] - 59:15

**behalf** [3] - 3:15, 3:16, 3:19

**behavior** [3] - 24:1, 24:6, 24:18

**behind** [4] - 55:17, 59:10, 75:16, 76:7

**being** [12] - 5:9, 20:13, 21:25, 22:14, 24:6, 25:16, 25:18, 26:2, 69:11, 81:25, 85:13, 89:3

**believe** [28] - 4:24, 5:23, 26:20, 27:15, 28:10, 29:21, 31:10, 34:18, 37:11, 38:18, 40:13, 41:22, 42:8, 42:16, 44:19, 49:4, 51:25, 53:14, 57:7, 60:16, 62:5, 64:25, 79:2, 80:22, 80:23, 82:19, 84:23, 86:6

**believed** [1] - 11:3

**bench** [1] - 53:3

**BENNETT** [2] - 1:10

**best** [1] - 90:11

**better** [2] - 58:18, 58:19

**between** [2] - 33:15, 70:9

**beyond** [2] - 73:2, 73:18

**biggest** [3] - 15:6, 15:24, 16:10

**bit** [2] - 31:12, 47:23

**blank** [1] - 52:21

**blanks** [1] - 44:20

**blind** [2] - 67:2, 75:4

**blue** [1] - 48:20

**board** [1] - 63:12

**bogged** [1] - 71:19

**both** [7] - 4:16, 9:25, 41:22, 88:10, 88:18, 89:1, 90:3

**bottom** [6] - 5:15, 15:5, 15:19, 16:7, 18:19, 21:18

**bought** [2] - 33:21, 33:23

**Box** [2] - 2:12, 2:16

**Boyd** [2] - 1:15, 3:10

**breadth** [1] - 54:20

**brief** [1] - 78:6

**briefly** [1] - 62:24

**bring** [2] - 34:3, 62:21

**broad** [5] - 13:3,

25:5, 58:25, 81:1

**brought** [3] - 4:6, 75:6, 75:12

**Bryant** [4] - 33:19, 54:14, 60:24, 61:19

**bunch** [1] - 61:16

**business** [1] - 28:4

**but** [58] - 5:7, 8:18, 11:14, 12:18, 13:16, 14:12, 18:5, 22:3, 23:9, 28:24, 29:8, 33:2, 33:9, 35:7, 36:11, 36:17, 39:24, 41:13, 42:5, 42:7, 42:20, 43:10, 45:8, 46:1, 46:3, 51:8, 53:7, 53:20, 55:1, 56:25, 57:1, 57:10, 57:21, 57:25, 58:9, 59:5, 59:14, 63:1, 63:10, 64:22, 65:5, 66:19, 71:14, 73:1, 76:1, 76:10, 76:13, 81:1, 82:24, 83:3, 83:14, 83:24, 84:3, 84:9, 84:14, 86:11, 86:14, 89:21

**buy** [3] - 30:19, 32:21, 33:3

**By** [69] - 49:12

**by** [69] - 2:24, 9:3, 9:12, 11:4, 24:8, 25:18, 26:2, 27:11, 28:14, 29:11, 29:19, 29:24, 31:21, 33:19, 34:20, 35:23, 38:7, 39:7, 39:23, 42:19, 43:14, 43:20, 44:5, 45:5, 45:10, 45:14, 45:15, 45:18, 45:19, 46:7, 46:12, 46:16, 47:9, 49:3, 50:18, 52:2, 53:8, 53:12, 55:3, 56:10, 57:25, 65:24, 66:7, 67:13, 70:10, 71:4, 71:10, 71:24, 72:14, 76:14, 76:20, 77:4, 77:7, 77:11, 77:16, 78:13, 79:11, 80:7, 82:9, 82:15, 85:22, 87:13, 88:15, 90:1

## C

**C** [2] - 2:1, 3:1

**call** [2] - 48:20, 74:5

**came** [12] - 5:5, 35:6, 50:22, 50:23, 51:5, 51:18, 57:2, 57:4,

59:8, 59:16, 59:21, 59:23
**Can** [1] - 51:10
**can** [46] - 5:14, 10:6, 16:22, 22:1, 27:24, 28:8, 29:1, 29:14, 29:19, 32:9, 37:1, 37:8, 42:20, 42:21, 44:10, 44:20, 46:17, 47:2, 47:18, 48:3, 48:4, 50:6, 50:7, 53:1, 53:16, 58:8, 59:13, 60:7, 60:10, 64:19, 64:24, 71:14, 72:22, 72:24, 74:18, 75:20, 77:23, 81:12, 82:21, 83:8, 83:14, 85:16, 85:18, 88:23, 89:1, 89:2
**can't** [1] - 48:5
**cancel** [1] - 86:8
**canceled** [5] - 84:6, 85:7, 85:10, 85:13, 88:3
**cancellation** [1] - 85:4
**cannot** [3] - 12:18, 12:22, 39:1
**capacity** [2] - 24:9, 24:10
**carefully** [1] - 52:13
**caretaking** [1] - 41:7
**case** [63] - 4:19, 5:7, 5:8, 6:18, 6:20, 8:17, 9:8, 10:6, 10:13, 10:17, 10:18, 10:19, 10:22, 11:4, 11:7, 11:10, 11:16, 12:21, 13:4, 13:9, 14:17, 19:10, 19:15, 20:11, 20:12, 21:21, 25:22, 26:24, 27:7, 27:12, 32:15, 34:15, 35:7, 35:22, 36:6, 36:7, 36:8, 36:14, 36:15, 42:1, 42:3, 43:19, 48:14, 48:15, 48:16, 55:24, 57:8, 57:10, 58:7, 61:17, 62:9, 62:10, 62:11, 62:25, 63:1, 70:23, 75:15, 77:3, 78:14, 81:6, 85:17, 87:25, 88:1
**cases** [15] - 4:24, 5:14, 20:5, 20:18, 20:22, 52:24, 54:24, 65:3, 65:9, 66:1, 66:5, 67:16, 69:4, 75:15, 87:23
**caught** [1] - 71:15

**cause** [3] - 33:9, 39:18, 39:21
**Cause** [1] - 3:4
**caused** [1] - 55:21
**caution** [1] - 62:11
**caveat** [1] - 48:4
**CEDELL** [1] - 2:12
**central** [4] - 9:7, 33:25, 65:22, 65:23
**certain** [2] - 52:20, 63:12
**CERTIFICATE** [1] - 90:9
**certify** [1] - 90:11
**chain** [1] - 45:24
**chair** [1] - 63:5
**change** [1] - 9:20
**changed** [3] - 59:16, 59:22, 64:1
**changes** [4] - 22:22, 23:3, 23:11, 59:24
**characterized** [1] - 82:13
**charge** [3] - 10:24, 24:9, 24:10
**charged** [3] - 6:16, 34:9, 34:17
**charges** [5] - 34:8, 34:11, 34:12, 34:13, 34:16
**charging** [1] - 6:2
**check** [1] - 45:17
**check-off** [1] - 45:17
**Chief** [67] - 40:16, 40:22, 41:11, 41:12, 41:23, 42:8, 42:16, 43:18, 43:23, 44:5, 44:11, 44:20, 44:25, 45:3, 45:9, 45:10, 45:15, 45:18, 45:23, 46:5, 46:6, 46:7, 46:13, 46:16, 46:21, 47:6, 47:7, 47:19, 48:1, 48:25, 49:7, 49:8, 49:11, 49:17, 50:4, 50:13, 52:2, 52:3, 52:16, 52:19, 52:25, 53:10, 53:13, 53:18, 56:7, 56:11, 56:14, 56:15, 56:25, 57:16, 57:18, 57:19, 57:20, 58:16, 59:8, 59:14, 59:16, 62:3, 65:1, 66:25, 67:16, 68:8, 79:23
**chief** [4] - 44:19, 49:14, 61:7, 81:19
**choice** [4] - 46:3, 46:23, 47:5, 48:3
**choose** [4] - 46:25,

52:4, 52:5, 52:13
**chose** [3] - 12:1, 26:11, 45:23
**christy** [1] - 1:23
**Christy** [2] - 3:22, 14:16
**chronology** [1] - 33:24
**CI** [2] - 30:18, 31:16
**Circuit** [2] - 62:10, 62:13
**citations** [1] - 61:12
**cite** [1] - 57:8
**cited** [2] - 57:22, 78:14
**cites** [1] - 56:11
**City** [49] - 3:5, 3:12, 4:2, 41:2, 41:20, 41:21, 42:6, 45:15, 47:21, 54:5, 55:14, 56:17, 57:9, 63:13, 64:13, 66:8, 66:9, 67:19, 67:23, 68:3, 69:23, 70:11, 70:25, 71:9, 72:5, 73:12, 73:14, 73:23, 74:5, 74:22, 75:16, 75:22, 77:3, 77:6, 77:14, 77:15, 79:25, 80:11, 80:15, 80:19, 81:7, 81:9, 82:2, 82:10, 84:8, 84:9, 85:2, 89:7
**city** [6] - 2:1, 5:21, 18:12, 33:20, 79:5, 79:7
**CITY** [6] - 1:7, 1:21, 1:24, 2:8, 2:12, 2:15
**City's** [2] - 45:11, 66:7, 73:16
**city-owned** [2] - 18:12, 33:20
**civil** [3] - 53:2, 65:23, 88:1
**claim** [2] - 55:14, 56:17
**clarification** [8] - 32:6, 39:25, 40:9, 60:7, 64:16, 65:20, 66:4, 77:23
**clarify** [4] - 34:7, 49:18, 50:10, 65:6
**Clark** [2] - 51:9, 51:17
**cleanest** [1] - 69:3
**clear** [8] - 25:25, 36:13, 39:15, 39:24, 40:3, 60:9, 64:11, 69:4
**CLEMENTE** [1] - 2:9
**Clemente** [1] - 3:17

**client** [2] - 13:1, 16:13
**CLIFFORD** [1] - 1:4
**closer** [1] - 32:2
**colleague** [1] - 57:8
**colloquy** [1] - 54:20
**come** [12] - 33:16, 34:21, 37:23, 47:14, 48:7, 50:21, 51:22, 52:18, 53:16, 69:18, 75:1, 86:22
**comes** [1] - 74:23
**Commander** [1] - 61:25
**commit** [1] - 86:13
**commitment** [1] - 86:18
**committed** [1] - 89:16
**compare** [1] - 70:21
**compelled** [1] - 4:7
**compelling** [1] - 76:22
**compensation** [1] - 38:10
**competing** [2] - 87:22, 88:2
**complaint** [10] - 58:3, 58:15, 61:5, 61:8, 61:9, 61:10, 61:17, 63:18, 75:4
**complaints** [9] - 56:6, 56:8, 60:23, 61:11, 63:2, 67:12, 67:20, 73:19, 73:23
**complete** [4] - 45:9, 57:2, 59:7, 85:14
**completed** [4] - 28:4, 43:1, 85:6, 85:9
**completely** [1] - 68:21
**completing** [1] - 22:19
**comply** [1] - 4:12
**component** [1] - 41:2
**composition** [1] - 38:1
**compound** [1] - 18:17
**compromise** [1] - 75:20
**computer** [1] - 2:25
**concern** [1] - 33:9
**concerned** [2] - 49:22, 83:5
**concerns** [1] - 8:14
**conduct** [20] - 4:15, 7:16, 8:18, 24:2, 24:7, 24:18, 25:8, 25:9,

32:11, 35:19, 35:22, 36:6, 36:19, 56:16, 58:1, 70:10, 71:10, 76:25, 80:16, 81:5
**conducted** [13] - 13:14, 25:16, 25:18, 25:23, 26:2, 27:19, 27:23, 28:1, 28:3, 44:21, 60:20, 67:13, 79:14
**conducting** [4] - 5:4, 24:25, 50:12, 50:16
**conducts** [1] - 32:6
**confer** [3] - 83:8, 83:16, 88:25
**CONFERENCE** [1] - 1:10
**conference** [1] - 81:17
**confident** [1] - 76:2
**confidential** [3] - 20:23, 75:7, 82:9
**confirm** [4] - 5:12, 7:6, 30:18, 42:20
**confirmation** [1] - 67:17
**confirmed** [4] - 11:20, 70:10, 76:14, 76:20
**conflated** [1] - 42:15
**conflates** [1] - 49:3
**conflict** [1] - 5:6
**confronted** [1] - 7:8
**connection** [4] - 19:15, 33:14, 38:16, 83:24
**consequences** [1] - 55:20
**considerably** [1] - 5:23
**considered** [1] - 84:6
**consistent** [1] - 66:25
**constitutes** [1] - 74:11
**Constitutional** [1] - 55:18
**constitutional** [1] - 23:15
**consumer** [1] - 81:15
**contained** [2] - 74:14, 74:18
**contention** [2] - 78:9, 78:20, 78:24, 80:24, 81:8
**context** [1] - 36:13
**continued** [2] - 59:9, 59:21
**contraband** [1] - 18:11

**controlled** [1] - 30:19

**conversation** [2] - 22:15, 47:17

**convict** [1] - 34:22

**cooperative** [1] - 53:20

**cop** [1] - 17:16

**copy** [2] - 6:1, 57:10

**corporate** [5] - 51:6, 54:9, 60:21, 62:11, 64:25

**correct** [27] - 5:20, 7:1, 7:3, 7:24, 9:4, 9:13, 14:9, 21:4, 21:10, 22:6, 37:8, 44:14, 46:9, 52:7, 63:18, 66:23, 68:15, 73:16, 73:17, 73:22, 74:2, 74:20, 79:1, 79:4, 79:20, 85:16, 90:11

**corrected** [1] - 52:7

**correctly** [2] - 81:16, 87:9

**corroborate** [1] - 12:8

**corrupt** [2] - 17:8, 42:4

**could** [16] - 26:17, 26:18, 33:9, 34:9, 34:21, 41:16, 46:1, 47:13, 47:14, 47:23, 48:7, 63:23, 66:15, 71:15, 73:11, 83:25

**couldn't** [3] - 68:9, 85:13, 87:8

**counsel** [28] - 3:6, 3:24, 5:4, 11:19, 11:20, 12:9, 34:2, 39:7, 44:9, 53:11, 53:14, 53:16, 57:6, 67:6, 69:11, 69:16, 83:8, 83:14, 83:19, 84:22, 88:5, 88:14, 88:17, 89:1, 89:3, 89:18, 89:19, 90:5

**counsel's** [1] - 88:24

**country** [1] - 16:20

**couple** [1] - 49:20

**course** [1] - 42:4

**Court** [53] - 2:18, 2:19, 2:19, 4:16, 4:23, 5:4, 5:17, 5:22, 9:16, 12:23, 12:24, 39:24, 40:17, 40:21, 41:18, 47:9, 47:25, 48:5, 49:16, 50:7, 50:9, 50:19, 51:8, 51:10, 51:18, 51:20, 52:6,

53:11, 53:20, 54:7, 55:8, 55:9, 55:12, 61:11, 62:11, 70:11, 75:22, 76:1, 82:22, 84:1, 84:10, 84:11, 84:12, 84:19, 84:20, 85:5, 85:18, 85:21, 86:1, 90:10, 90:14

**COURT** [191] - 1:1, 3:2, 3:11, 3:24, 5:24, 7:5, 7:10, 10:18, 11:3, 11:11, 11:22, 12:1, 12:3, 12:5, 12:14, 13:7, 13:17, 13:19, 14:13, 14:15, 14:21, 15:2, 15:10, 15:15, 15:19, 16:5, 16:7, 16:15, 17:1, 17:4, 17:24, 18:2, 19:5, 19:7, 21:9, 21:12, 24:11, 24:22, 29:9, 29:22, 30:2, 30:6, 30:8, 32:2, 32:12, 33:8, 34:1, 34:5, 34:11, 34:14, 34:17, 34:23, 36:16, 39:3, 39:6, 39:15, 40:3, 40:6, 40:18, 40:23, 42:7, 42:23, 42:25, 43:3, 43:5, 43:9, 43:15, 44:2, 44:9, 44:13, 44:17, 44:24, 45:7, 45:20, 46:7, 46:14, 46:20, 47:11, 47:17, 48:12, 48:15, 48:17, 49:7, 50:1, 50:23, 51:1, 51:14, 51:16, 51:22, 52:7, 52:9, 52:13, 52:23, 53:10, 53:21, 54:2, 54:4, 54:8, 56:19, 56:22, 56:25, 58:6, 58:8, 58:12, 58:18, 58:23, 58:25, 60:3, 60:5, 60:12, 60:14, 61:1, 62:2, 62:16, 62:18, 62:21, 62:23, 63:2, 63:16, 63:23, 64:2, 64:8, 64:11, 65:4, 65:7, 65:9, 65:21, 66:21, 67:6, 67:11, 67:18, 68:1, 68:3, 68:10, 68:16, 68:18, 69:6, 69:8, 70:1, 70:6, 70:14, 71:17, 71:24, 72:1, 72:3, 72:22, 72:24, 73:6, 73:9, 73:18, 73:25, 74:3, 75:13, 76:5, 76:23, 77:24, 78:3, 78:7, 78:11,

78:15, 78:23, 79:2, 79:7, 79:9, 79:21, 80:8, 80:10, 80:14, 80:23, 81:14, 82:4, 82:8, 82:18, 82:23, 83:10, 83:14, 83:18, 83:22, 84:16, 84:21, 84:25, 86:8, 86:22, 86:24, 87:17, 87:20, 87:22, 88:14, 89:6, 89:13, 90:9

**court** [3] - 61:13, 61:14, 68:7

**Court's** [7] - 47:16, 55:10, 59:3, 83:7, 86:11, 86:16, 89:24

**courtroom** [2] - 45:21, 87:24

**covered** [1] - 53:1

**covers** [2] - 59:14, 82:8

**create** [1] - 20:18

**created** [1] - 20:11

**criminal** [28] - 6:2, 10:25, 11:3, 11:6, 11:19, 11:20, 11:23, 12:9, 12:17, 12:19, 12:22, 13:5, 17:24, 24:20, 33:4, 34:12, 34:13, 34:16, 39:7, 67:15, 68:9, 69:25, 70:10, 70:13, 71:1, 71:9, 76:13, 76:19

**critical** [1] - 41:17

**criticism** [1] - 8:11

**criticisms** [1] - 8:21

**CRR** [2] - 2:18, 90:10

**CSR** [2] - 2:18, 90:10

**CT** [2] - 10:6, 31:15

**culture** [1] - 37:1

**currently** [1] - 17:24

**custom** [2] - 55:21, 55:23

**customer** [1] - 55:16

# D

**D** [1] - 3:1

**DA** [19] - 51:9, 66:13, 66:23, 67:15, 68:15, 69:4, 69:7, 69:17, 70:10, 71:7, 72:10, 72:11, 72:14, 73:1, 74:21, 74:23, 75:6, 76:24, 80:7

**DA's** [7] - 41:20, 51:12, 66:8, 67:9, 68:14, 68:23, 74:24

**damage** [1] - 24:16

**dangerous** [1] -

41:16

**date** [4] - 54:24, 83:10, 88:23, 89:1

**dated** [3] - 5:16, 84:19, 84:20

**dates** [1] - 56:20

**David** [3] - 2:18, 90:10, 90:14

**david_smith@txs. uscourts.gov** [1] - 2:21

**DAWSON** [45] - 3:12, 47:21, 48:14, 48:16, 48:18, 49:8, 50:3, 50:24, 51:2, 51:15, 53:18, 54:3, 54:5, 54:9, 56:21, 56:23, 57:7, 58:7, 60:18, 61:3, 62:3, 62:17, 62:19, 62:22, 63:21, 63:25, 64:3, 64:19, 73:17, 74:12, 75:20, 77:23, 77:25, 78:5, 78:8, 78:12, 80:21, 82:3, 82:7, 82:17, 82:19, 82:24, 83:12, 83:16, 89:7

**Dawson** [17] - 1:20, 3:12, 4:3, 47:21, 54:4, 54:5, 58:14, 59:2, 60:17, 63:17, 64:4, 64:15, 65:13, 68:18, 73:10, 80:14, 85:22

**Dawson's** [2] - 60:6, 63:1

**Day** [2] - 2:4, 3:15

**day** [13] - 27:24, 38:1, 38:5, 38:8, 41:11, 52:11, 85:20, 88:10, 88:11, 88:14, 88:15, 88:18, 88:19

**DAY** [2] - 3:15, 89:12

**day-long** [1] - 88:18

**days** [4] - 9:1, 33:24, 64:22, 88:19

**deadline** [2] - 83:5, 83:6

**dealers** [3] - 80:6, 81:25, 82:13

**dealing** [3] - 36:3, 86:11, 86:12

**dealt** [1] - 89:22

**death** [2] - 4:20, 57:21

**debriefing** [3] - 28:25, 29:15, 35:6

**decades** [2] - 66:17, 70:10

**decedents** [2] - 78:24, 82:10

**decided** [1] - 57:9

**decides** [1] - 29:24

**decision** [6] - 39:18, 41:2, 41:6, 50:15, 50:24, 57:14

**deeper** [1] - 31:12

**DEFENDANT** [3] - 1:20, 2:1, 2:4

**defendant** [1] - 5:10

**Defendant** [3] - 3:19, 33:19

**DEFENDANTS** [4] - 1:23, 2:8, 2:11, 2:15

**defendants** [3] - 3:20, 6:18, 86:5

**Defendants** [3] - 3:22

**defense** [5] - 11:23, 38:20, 39:7, 69:16, 89:6

**degree** [1] - 79:23

**delegating** [1] - 7:13

**deliberate** [1] - 39:18

**deliberately** [2] - 55:19, 55:23

**demonstrated** [1] - 4:25

**demonstrating** [1] - 70:3

**Dennis** [1] - 3:14

**DENNIS** [2] - 1:18, 3:14

**deny** [1] - 7:8

**department** [5] - 4:21, 9:12, 17:17, 18:11, 31:23

**Department** [20] - 6:10, 6:24, 9:3, 10:8, 11:6, 15:6, 15:23, 16:9, 22:22, 23:3, 25:8, 31:3, 31:9, 31:13, 35:23, 41:3, 41:8, 41:21, 53:19, 57:1

**Department's** [1] - 8:3

**departments** [3] - 15:7, 15:24, 16:10

**depo** [1] - 31:2

**deponent** [1] - 52:3

**deponents** [1] - 84:13

**depose** [4] - 40:15, 43:5, 46:24, 47:25

**deposed** [1] - 61:25

**deposition** [41] - 4:6, 4:15, 5:9, 11:12, 11:23, 21:19, 23:23, 26:22, 36:12, 36:13, 43:18, 44:11, 44:25,

45:22, 46:22, 49:5, 51:6, 51:7, 52:17, 52:19, 53:11, 62:3, 62:12, 69:18, 69:19, 69:22, 71:18, 77:4, 79:23, 80:20, 83:25, 84:4, 84:11, 85:24, 86:14, 87:6, 88:12, 88:16, 88:18, 88:20, 89:2

**Deposition** [1] - 64:12

**depositions** [14] - 83:1, 84:2, 84:6, 84:9, 84:12, 85:4, 85:5, 85:18, 86:7, 86:8, 86:21, 88:2, 88:3, 88:11

**DEPT** [2] - 2:12, 2:15
**describe** [1] - 60:22
**described** [1] - 68:5
**describing** [1] - 72:3
**deserve** [3] - 86:6
**desk** [3] - 4:7, 5:15, 59:10
**despite** [1] - 85:10
**detailed** [1] - 74:14
**details** [1] - 86:10
**deter** [1] - 37:8
**dictating** [1] - 52:11
**Did** [2] - 23:2, 38:14
**did** [84] - 5:15, 8:13, 9:20, 11:1, 12:5, 12:6, 12:7, 14:9, 14:25, 18:7, 19:14, 20:18, 22:17, 22:21, 25:7, 26:1, 26:9, 26:16, 26:18, 28:13, 28:19, 29:1, 29:6, 29:10, 29:13, 30:3, 30:8, 30:15, 30:16, 31:3, 31:13, 31:15, 31:16, 31:20, 31:25, 32:16, 32:20, 33:2, 33:3, 34:10, 37:25, 38:21, 41:13, 41:14, 41:25, 42:21, 42:25, 43:1, 43:13, 43:16, 43:23, 43:24, 43:25, 44:11, 44:12, 46:25, 48:1, 50:21, 52:3, 52:5, 52:20, 52:25, 58:16, 59:11, 59:18, 62:11, 65:5, 66:15, 66:16, 66:19, 67:15, 69:24, 70:18, 73:5, 74:25, 77:19, 80:8, 85:5, 86:8, 86:13, 86:14
**didn't** [21] - 10:18, 15:15, 42:11, 43:22,

44:6, 44:15, 45:11, 45:12, 45:16, 45:17, 47:6, 59:6, 66:10, 67:16, 70:3, 70:12, 71:2, 85:8, 85:23, 86:20
**difference** [1] - 70:9
**different** [6] - 49:4, 55:5, 64:22, 69:21, 70:6
**differently** [1] - 37:13
**diligence** [1] - 85:14
**diligently** [1] - 87:4
**dime** [1] - 59:4
**direct** [1] - 81:20
**directed** [1] - 77:13
**directly** [7] - 21:15, 39:17, 41:1, 47:12, 64:24, 67:2, 71:4
**disagree** [1] - 58:15
**disagreement** [1] - 50:8
**disappointed** [2] - 4:14, 5:3
**discipline** [11] - 14:10, 36:25, 37:7, 54:15, 60:25, 61:6, 61:7, 62:4, 62:7, 63:3, 63:18
**disciplined** [2] - 35:22, 36:15
**disclose** [1] - 82:2
**disclosed** [1] - 76:11
**disconnect** [3] - 15:21, 44:9, 66:12
**discontinued** [1] - 25:1
**discoverable** [1] - 23:9
**Discovery** [1] - 4:11
**discovery** [39] - 3:25, 4:13, 5:6, 8:22, 31:11, 32:11, 38:21, 40:11, 54:21, 60:20, 62:13, 65:14, 65:24, 66:3, 66:9, 67:19, 68:4, 68:5, 68:12, 68:21, 69:15, 70:2, 70:3, 70:15, 72:5, 72:17, 72:25, 73:13, 74:10, 82:14, 82:20, 83:4, 83:6, 83:11, 85:15, 85:21, 86:4, 88:1
**discussion** [3] - 26:21, 40:22, 45:22
**discussions** [2] - 65:5, 68:25
**dismiss** [1] - 57:24
**dispute** [3] - 4:22,

85:21, 89:15
**disputes** [2] - 3:25, 5:19
**disregards** [1] - 57:18
**distinction** [1] - 49:14
**District** [15] - 2:19, 2:20, 12:23, 42:11, 50:20, 62:11, 66:5, 76:14, 76:20, 77:7, 77:10, 77:11, 77:16, 90:10
**district** [3] - 50:11, 50:14, 50:18
**DISTRICT** [3] - 1:1, 1:1, 1:11
**Division** [11] - 10:7, 11:5, 14:22, 16:19, 21:8, 23:25, 25:1, 26:11, 50:16, 54:12
**DIVISION** [1] - 1:2
**division** [1] - 25:9
**divisions** [1] - 25:15
**do** [67] - 6:10, 9:2, 9:3, 13:10, 13:17, 13:18, 16:5, 18:7, 21:6, 22:18, 23:12, 25:17, 27:13, 27:25, 28:3, 28:13, 28:19, 29:10, 30:3, 30:9, 30:17, 33:13, 37:14, 37:15, 39:12, 39:15, 41:8, 42:23, 42:25, 44:23, 44:24, 45:16, 45:17, 46:3, 46:17, 49:19, 52:12, 53:3, 58:19, 60:10, 61:16, 61:19, 61:20, 61:21, 65:21, 65:24, 66:2, 66:21, 66:22, 67:10, 67:16, 68:13, 69:21, 70:3, 71:8, 74:22, 75:21, 76:1, 77:1, 77:10, 78:15, 83:7, 85:11, 88:14, 88:23, 90:11
**Do** [2] - 24:24, 50:14
**doable** [1] - 83:15
**docket** [1] - 4:24
**document** [19] - 6:1, 6:5, 6:6, 7:3, 7:6, 7:11, 7:14, 12:19, 13:25, 14:4, 14:6, 18:23, 19:13, 21:13, 45:12, 46:8, 63:6, 67:8, 68:20
**documentation** [4] - 44:7, 44:8, 45:13, 45:16

**documented** [3] - 35:17, 41:20, 42:2
**documenting** [1] - 20:5
**documents** [30] - 7:8, 16:4, 31:4, 31:10, 31:23, 32:9, 54:23, 63:3, 63:10, 65:16, 65:25, 66:1, 67:7, 67:21, 68:19, 69:16, 72:6, 73:10, 73:12, 73:15, 73:20, 73:22, 73:25, 74:6, 74:7, 75:12, 75:23, 76:3, 77:11
**does** [11] - 16:18, 28:22, 37:23, 39:1, 51:12, 54:22, 59:4, 59:5, 72:9, 72:10
**doesn't** [8] - 43:15, 45:11, 50:2, 56:17, 62:9, 62:15, 63:5, 86:1
**doing** [11] - 8:2, 8:5, 21:20, 22:13, 29:24, 32:15, 41:21, 47:4, 58:21, 86:4, 89:16
**dollars** [1] - 18:14
**Don't** [2] - 13:3, 40:1
**don't** [40] - 5:6, 5:23, 14:11, 16:3, 16:4, 16:11, 33:5, 33:8, 35:5, 36:7, 40:7, 41:12, 43:21, 44:5, 44:13, 44:15, 44:17, 44:19, 47:24, 49:21, 51:4, 51:25, 52:6, 52:10, 57:7, 57:12, 66:25, 69:1, 70:9, 71:1, 71:13, 71:14, 71:15, 74:25, 75:6, 75:10, 80:23
**done** [33] - 7:22, 8:9, 19:15, 20:3, 24:1, 24:6, 24:13, 24:16, 24:17, 28:14, 28:19, 29:11, 29:19, 30:5, 38:15, 39:20, 46:14, 54:23, 61:1, 61:2, 61:3, 61:6, 62:2, 67:14, 68:7, 68:24, 70:1, 70:14, 72:1, 76:24, 83:6, 83:11, 88:6
**door** [5] - 11:10, 13:2, 17:22, 79:19, 80:16
**dope** [1] - 26:12
**down** [9] - 11:13, 29:23, 41:14, 51:25,

69:11, 70:19, 71:19, 79:5, 80:16
**Doyle** [7] - 1:18, 3:8, 40:16, 40:19, 49:3, 49:9, 78:17
**DOYLE** [76] - 1:18, 3:8, 39:17, 40:5, 40:20, 40:24, 42:10, 42:24, 43:1, 43:4, 43:7, 43:10, 43:17, 44:4, 44:12, 44:15, 44:23, 45:3, 45:8, 46:6, 46:10, 46:17, 47:9, 47:16, 51:17, 52:5, 52:8, 52:10, 52:22, 53:9, 53:25, 58:11, 58:15, 58:20, 58:24, 60:1, 60:4, 64:21, 65:5, 65:8, 65:19, 66:3, 66:24, 67:10, 67:14, 67:24, 68:2, 68:8, 68:15, 68:17, 69:1, 69:7, 69:22, 70:5, 70:8, 70:16, 71:23, 71:25, 72:2, 72:18, 73:3, 73:7, 73:22, 74:2, 76:8, 78:22, 79:1, 79:5, 79:8, 79:20, 79:22, 80:9, 80:13, 81:11, 83:20, 89:4
**Doyle's** [1] - 74:21
**draft** [1] - 70:18
**drafting** [1] - 65:6
**driven** [1] - 46:7
**drug** [4] - 80:6, 80:18, 81:25, 82:13
**drugs** [5] - 33:17, 79:15, 79:24, 80:11, 82:10
**duplicative** [2] - 60:19, 62:12
**during** [11] - 9:20, 14:10, 14:22, 28:1, 28:4, 57:22, 62:3, 66:17, 86:5, 86:12
**dust** [1] - 84:3
**dust-up** [1] - 84:3
**Dwayne** [2] - 2:4, 3:15

## E

**e** [3] - 86:2, 86:3, 86:25
**E** [3] - 2:8, 3:1
**e-mail** [2] - 86:2, 86:3
**e-mails** [1] - 86:25
**each** [3] - 53:3, 61:4,

88:20
**earlier** [9] - 14:20, 33:23, 33:24, 36:1, 36:8, 38:3, 38:7, 46:23, 83:23
**early** [1] - 86:13
**easy** [1] - 60:1
**effort** [1] - 66:16
**either** [6] - 30:16, 48:24, 52:1, 55:16, 72:9, 80:18
**else** [8] - 29:25, 31:16, 34:2, 50:4, 50:11, 62:18, 83:19, 89:3
**elsewhere** [1] - 44:14
**employed** [1] - 23:25
**employment** [1] - 54:24
**encourage** [2] - 37:1, 37:8
**end** [9] - 16:12, 16:14, 18:5, 19:10, 27:19, 27:24, 41:3, 41:11, 89:13
**enforcement** [2] - 4:21, 76:14
**engage** [1] - 17:8
**engaged** [11] - 4:17, 8:19, 54:13, 54:15, 64:23, 65:10, 65:15, 74:25, 80:17
**entered** [2] - 33:18, 34:25
**entirely** [1] - 75:18
**entitled** [1] - 90:12
**episodes** [1] - 76:19
**equally** [1] - 87:23
**ERIC** [1] - 2:12
**errors** [1] - 56:12
**escapes** [1] - 50:12
**especially** [2] - 87:25, 88:1
**establish** [1] - 55:14
**et** [2] - 3:4, 3:5
**ET** [2] - 1:4, 1:7
**evaluate** [1] - 41:18
**evaluated** [2] - 43:19, 43:24
**evaluation** [2] - 7:24, 76:15
**evaluations** [1] - 7:22
**evasion** [1] - 44:4
**even** [10] - 7:23, 30:10, 42:1, 42:19, 43:19, 45:6, 66:15, 70:12, 71:15, 75:12
**events** [1] - 56:13

**eventually** [1] - 84:7
**ever** [4] - 22:22, 35:18, 36:18, 41:16
**every** [5] - 61:5, 76:13, 87:7, 89:15
**everyone** [1] - 36:14
**everything** [5] - 34:9, 74:13, 75:11, 75:14, 75:19
**evidence** [15] - 67:3, 71:4, 76:22, 78:8, 78:13, 78:19, 79:2, 79:10, 80:21, 80:24, 81:7, 81:8, 82:1, 82:11, 82:12
**evidentiary** [5] - 39:22, 39:23, 43:7, 71:16, 76:9
**exact** [2] - 11:19, 73:19
**exactly** [3] - 9:2, 10:11, 67:14
**examination** [1] - 64:13
**example** [9] - 41:24, 43:14, 43:17, 45:4, 59:6, 61:9, 66:5, 74:16, 80:4
**excellent** [1] - 11:22
**except** [1] - 70:17
**exception** [1] - 28:20
**excessive** [2] - 56:3, 56:4, 57:17
**excused** [1] - 90:6
**execute** [2] - 35:11, 35:14
**execution** [2] - 8:20, 31:14
**exhibit** [1] - 6:1
**existing** [2] - 57:4, 65:12
**expect** [6] - 5:15, 52:18, 53:19, 66:21, 69:21, 72:11
**expectation** [1] - 89:17
**expected** [2] - 9:3, 9:12
**expensive** [1] - 47:11
**experience** [1] - 59:3
**experienced** [1] - 89:18
**expert** [3] - 56:10, 56:11, 58:3
**explain** [5] - 33:14, 34:11, 43:15, 44:10, 45:1
**explained** [3] - 29:4, 62:4, 62:8

**explaining** [1] - 53:6
**explanation** [3] - 7:9, 17:12, 85:12
**explicitly** [1] - 57:25
**express** [1] - 8:14
**extends** [1] - 34:18
**extensive** [2] - 60:20, 65:13
**extent** [2] - 40:15, 75:17
**extremely** [1] - 5:3
**eye** [2] - 67:2, 75:5

# F

**F** [2] - 1:4, 84:24
**face** [3] - 14:9, 33:1, 86:9
**faced** [1] - 12:17
**facing** [1] - 11:12
**fact** [31] - 7:20, 8:1, 12:17, 14:14, 18:10, 18:16, 20:4, 22:4, 22:9, 22:11, 26:17, 32:8, 33:3, 33:22, 37:23, 41:13, 41:25, 42:5, 45:21, 46:23, 49:9, 57:18, 59:16, 63:11, 72:12, 74:5, 79:25, 82:1, 85:18, 85:22, 86:4
**facts** [2] - 87:23, 87:24
**factually** [1] - 80:1
**fail** [2] - 36:25, 37:7
**failed** [1] - 6:25
**failure** [2] - 6:20, 85:14
**fair** [2] - 52:5, 59:12
**fairly** [1] - 55:10
**false** [4] - 14:10, 65:2, 65:11, 80:6
**family** [1] - 3:8
**far** [1] - 9:10
**fashion** [2] - 21:21, 35:23
**fast** [1] - 88:6
**fast-approaching** [1] - 88:6
**fault** [2] - 29:9, 83:23
**fear** [3] - 13:1, 17:22, 24:20
**February** [5] - 70:18, 84:20, 85:19, 85:25, 87:5
**Fed** [1] - 57:10
**Felipe** [1] - 3:14
**few** [3] - 4:24, 63:14, 67:25
**Fifth** [16] - 11:1,

12:12, 33:12, 39:2, 39:3, 39:4, 39:12, 39:13, 39:19, 39:22, 39:25, 40:4, 40:8, 62:10, 62:13, 87:10
**figure** [4] - 29:16, 65:22, 65:23, 83:1
**figured** [1] - 66:16
**file** [4] - 70:21, 71:6, 74:8, 75:21
**File** [2] - 74:6, 74:10
**files** [18] - 20:12, 42:2, 42:4, 42:18, 43:19, 45:5, 48:9, 48:13, 48:14, 48:15, 48:16, 52:24, 61:4, 70:17, 74:16, 75:2, 75:3, 75:9
**fill** [4] - 44:20, 47:7, 48:12, 52:21
**final** [2] - 9:10, 62:20
**find** [6] - 44:13, 51:10, 51:11, 73:5, 88:10, 88:25
**findings** [3] - 35:21, 36:5, 42:17
**Fine** [1] - 87:15
**fine** [4] - 8:2, 50:7, 62:14, 88:13
**finish** [1] - 40:10
**finished** [1] - 48:20
**Finner** [3] - 57:16, 57:18, 57:20
**first** [3] - 3:25, 5:25, 54:1, 58:10, 64:17, 70:18, 70:19, 82:15, 82:16, 84:23, 89:23
**five** [7] - 53:3, 59:13, 60:9, 60:15, 61:21, 63:14, 78:3
**five-year** [1] - 60:15
**Floor** [3] - 1:24, 2:2, 2:9
**folks** [6] - 37:23, 79:15, 80:11, 81:20, 81:25, 82:13
**follow** [4] - 19:23, 47:5, 52:2, 52:3
**follow-up** [3] - 19:23, 52:2, 52:3
**following** [4] - 15:25, 20:3, 37:15, 37:20
**FOR** [9] - 1:15, 1:18, 1:20, 1:23, 2:1, 2:4, 2:8, 2:11, 2:15
**for** [143] - 3:6, 3:8, 3:10, 3:12, 3:14, 3:20, 3:22, 4:17, 5:3, 5:8, 6:5, 6:10, 7:11, 7:14, 8:9, 10:11, 10:15,

11:7, 13:1, 13:3, 13:15, 13:20, 14:1, 14:2, 14:4, 14:6, 14:10, 14:15, 15:3, 15:10, 17:12, 17:22, 18:14, 18:17, 18:23, 19:1, 19:13, 20:10, 20:14, 20:18, 21:13, 21:16, 23:21, 24:10, 24:21, 26:24, 27:12, 28:21, 29:4, 29:5, 29:23, 30:25, 32:16, 33:6, 33:24, 34:9, 36:15, 36:25, 37:7, 37:25, 38:1, 38:14, 38:15, 39:13, 39:25, 40:13, 40:21, 41:10, 41:14, 41:17, 41:22, 41:23, 41:24, 42:8, 42:22, 45:4, 45:21, 46:15, 47:21, 49:1, 51:5, 51:20, 53:19, 53:24, 54:5, 54:7, 54:11, 54:23, 55:4, 55:13, 57:20, 58:4, 58:9, 60:15, 63:3, 63:10, 64:13, 66:4, 66:10, 66:12, 67:17, 67:22, 69:23, 70:10, 70:11, 70:23, 70:25, 71:21, 73:3, 73:12, 74:16, 75:18, 78:8, 79:12, 79:18, 80:4, 80:21, 82:15, 82:16, 82:20, 83:1, 83:4, 83:6, 83:10, 83:19, 83:20, 83:23, 84:10, 85:1, 85:12, 85:19, 85:25, 86:25, 87:11, 87:16, 88:18, 89:2, 89:4, 89:6, 89:7, 89:18
**force** [6] - 55:17, 56:3, 56:4, 57:17, 61:21, 62:6
**foregoing** [1] - 90:11
**form** [22] - 9:22, 15:8, 15:16, 16:1, 16:2, 16:12, 16:16, 16:21, 19:20, 23:6, 23:16, 25:3, 25:11, 25:20, 26:14, 27:1, 27:20, 31:6, 35:17, 39:8, 39:9, 77:16
**former** [3] - 17:3, 17:4, 74:24
**forth** [4] - 36:2, 61:7, 61:10, 89:16
**forum** [1] - 4:22
**forward** [5] - 47:13,

54:24, 84:8, 85:6, 89:20

**found** [7] - 10:1, 18:11, 20:10, 20:22, 21:3, 66:13, 69:4

**foundation** [3] - 20:15, 20:21, 20:25

**four** [3] - 42:18, 43:19, 54:10

**frame** [9] - 54:10, 54:18, 55:7, 56:23, 58:19, 77:25, 81:2, 82:5

**FRANK** [1] - 1:24

**free** [1] - 39:12

**French** [1] - 61:25

**from** [68] - 4:1, 4:2, 4:3, 4:4, 5:10, 5:11, 5:13, 7:3, 8:2, 9:12, 10:22, 16:11, 16:15, 21:9, 21:10, 21:15, 21:25, 29:4, 29:22, 33:17, 33:20, 35:6, 38:18, 40:3, 41:5, 41:20, 43:20, 46:2, 46:25, 47:18, 50:21, 50:22, 50:23, 51:5, 51:10, 51:12, 51:17, 51:18, 52:2, 53:22, 54:2, 54:24, 55:8, 55:9, 58:10, 60:24, 61:7, 61:22, 62:6, 66:5, 66:8, 66:22, 67:9, 68:5, 68:13, 68:23, 69:7, 69:17, 72:10, 72:14, 72:16, 73:13, 81:17, 84:4, 90:12

**front** [13] - 5:1, 19:9, 34:5, 39:9, 45:1, 68:13, 68:19, 70:6, 72:14, 77:10, 81:3, 89:16, 89:21

**fulfilled** [1] - 23:4

**full** [1] - 42:22

**fully** [3] - 43:10, 46:17, 68:21

**funny** [1] - 62:10

**further** [1] - 75:24

**Furthermore** [1] - 57:15

## G

**G** [1] - 3:1

**Gallegos** [4] - 3:14, 54:14, 60:24, 61:20

**Garcia** [11] - 2:8, 3:16, 4:3, 10:10, 15:8, 16:17, 17:19, 23:21,

32:24, 36:2, 80:3

**GARCIA** [23] - 3:16, 10:15, 10:22, 11:9, 11:18, 11:25, 12:2, 12:4, 12:7, 12:25, 15:9, 15:12, 15:18, 16:3, 16:6, 16:9, 16:25, 17:20, 18:1, 24:8, 24:20, 33:5, 89:8

**Garrity** [1] - 14:19

**gave** [9] - 14:7, 40:24, 48:3, 61:4, 61:8, 61:18, 61:19, 61:23, 71:6

**general** [1] - 48:24

**generally** [2] - 41:16, 60:22

**GERALD** [1] - 2:5

**Gerald** [17] - 3:15, 18:6, 19:15, 20:18, 22:5, 23:13, 25:19, 26:2, 26:11, 28:14, 29:11, 29:19, 30:18, 32:21, 34:20, 65:10, 73:21

**get** [27] - 4:7, 5:14, 6:10, 32:5, 42:7, 46:14, 47:25, 49:23, 52:6, 53:7, 55:8, 55:9, 59:14, 59:20, 60:7, 71:13, 72:1, 79:9, 80:8, 80:16, 81:3, 83:6, 86:20, 87:6, 88:5, 88:8, 89:20

**getting** [6] - 47:12, 47:18, 56:2, 56:19, 69:10, 86:10

**Give** [1] - 67:20

**give** [13] - 4:25, 5:14, 32:7, 47:23, 49:16, 49:22, 52:14, 55:1, 58:7, 59:23, 67:21, 88:25, 89:17

**given** [15] - 6:11, 17:14, 22:11, 31:22, 46:23, 54:15, 60:25, 61:17, 62:4, 70:16, 74:13, 75:11, 75:14, 75:19, 82:24

**gives** [1] - 31:23

**giving** [2] - 14:10, 39:20

**go** [22] - 16:18, 28:10, 29:23, 34:24, 35:10, 46:25, 47:14, 48:17, 53:24, 55:2, 55:6, 59:18, 61:11, 66:14, 69:13, 69:14, 80:14, 81:3, 85:6,

86:25, 87:13, 87:14

**go/no** [1] - 87:13

**go/no-go** [1] - 87:13

**goes** [10] - 9:7, 15:25, 25:22, 27:15, 27:25, 29:17, 31:12, 44:19, 57:23, 85:14

**GOINES** [1] - 2:5

**Goines** [42] - 3:15, 18:6, 19:15, 20:18, 21:19, 22:5, 22:12, 22:19, 23:13, 25:19, 25:23, 26:2, 26:11, 28:14, 29:11, 29:19, 30:18, 32:21, 33:2, 34:10, 34:20, 49:1, 54:13, 54:14, 60:23, 61:19, 65:2, 65:10, 65:15, 65:22, 67:21, 67:22, 70:10, 72:20, 73:21, 74:24, 74:25, 75:4, 76:17, 79:14, 81:3, 82:9

**Goines'** [5] - 18:12, 20:11, 33:20, 74:6, 79:3

**Goines's** [1] - 54:24

**going** [57] - 6:7, 11:24, 14:5, 18:7, 18:24, 23:18, 25:5, 29:24, 31:22, 40:16, 41:6, 41:17, 42:4, 42:9, 43:5, 46:20, 49:23, 51:6, 51:22, 52:1, 52:12, 53:7, 53:11, 54:13, 57:8, 58:19, 59:12, 60:8, 63:6, 65:3, 66:6, 66:14, 67:3, 68:10, 69:5, 69:12, 69:14, 69:18, 70:4, 71:12, 71:18, 72:19, 74:15, 75:17, 75:24, 77:1, 79:17, 82:13, 82:14, 83:3, 83:6, 84:5, 86:9, 86:25, 88:10, 88:11, 89:20

**gone** [2] - 5:18, 37:13

**GONZALES** [1] - 1:24

**Gonzales** [9] - 3:22, 10:1, 22:9, 22:15, 22:18, 30:9, 30:15, 30:17, 30:22

**good** [3] - 3:2, 3:18

**got** [19] - 7:2, 46:2, 46:25, 51:20, 55:12, 62:2, 62:16, 62:19, 66:10, 66:22, 68:13,

69:7, 69:17, 72:10, 72:13, 72:14

**gotten** [2] - 72:17, 75:9

**government** [1] - 6:3

**grant** [1] - 57:23

**guess** [5] - 13:22, 15:20, 70:20, 72:25, 76:10

**gun** [1] - 18:13

## H

**H** [2] - 1:10, 84:24

**habit** [1] - 52:14

**had** [47] - 7:7, 8:9, 8:21, 14:17, 14:23, 14:25, 17:20, 19:15, 20:23, 21:19, 22:4, 22:14, 26:6, 27:12, 30:3, 31:9, 36:17, 37:13, 38:25, 40:21, 42:6, 45:22, 47:17, 54:22, 55:4, 55:15, 57:19, 59:17, 62:13, 64:21, 67:4, 68:25, 69:1, 71:12, 72:13, 72:20, 74:8, 74:11, 76:12, 76:17, 77:14, 81:21, 83:24, 85:7, 85:18, 87:7

**hadn't** [1] - 27:13

**half** [3] - 88:12, 88:16, 88:21

**hammered** [1] - 86:20

**hand** [10] - 5:12, 46:8, 58:8, 63:23, 67:3, 67:4, 67:7, 67:11, 70:24, 76:12

**handle** [2] - 50:8, 50:9, 58:11

**Hanen** [3] - 57:8, 57:13, 57:25

**Hanen's** [1] - 57:14

**hanging** [1] - 4:8

**happen** [2] - 85:23, 88:4

**happened** [10] - 19:24, 29:16, 29:17, 36:15, 48:8, 56:20, 62:8, 71:1, 79:14, 84:3

**Harding** [18] - 26:12, 28:15, 29:12, 30:10, 32:21, 33:15, 33:21, 35:1, 35:24, 36:3, 36:8, 36:15, 38:15, 56:4, 61:22, 61:24, 74:17

**has** [33] - 4:16, 4:22, 4:23, 29:16, 33:16, 35:16, 40:3, 40:7, 51:12, 51:17, 55:19, 60:8, 61:2, 61:5, 62:6, 63:14, 65:2, 65:13, 66:9, 68:3, 68:19, 69:10, 74:5, 75:16, 75:23, 76:24, 80:2, 81:7, 82:2, 82:10, 82:14

**hate** [1] - 29:8

**have** [139] - 3:3, 3:24, 4:8, 4:18, 4:24, 5:12, 5:13, 7:8, 9:17, 10:1, 11:9, 11:13, 11:20, 12:9, 12:11, 12:17, 13:2, 13:17, 14:12, 14:18, 15:12, 16:4, 16:5, 16:11, 19:16, 19:23, 21:2, 23:21, 24:24, 25:4, 25:17, 26:1, 28:22, 29:18, 31:3, 37:14, 38:21, 39:8, 39:15, 39:20, 42:5, 43:3, 43:4, 43:8, 44:13, 44:22, 45:1, 46:4, 46:8, 46:16, 47:7, 48:4, 49:21, 50:7, 50:19, 52:10, 52:13, 52:18, 53:6, 53:15, 55:14, 55:19, 55:22, 56:10, 57:10, 58:9, 61:16, 63:2, 63:5, 63:7, 64:19, 65:10, 65:14, 65:15, 65:17, 65:24, 66:2, 66:4, 66:5, 66:15, 67:1, 67:7, 67:11, 67:20, 68:7, 68:12, 68:21, 68:22, 68:25, 69:1, 69:4, 69:6, 69:8, 69:13, 69:15, 69:16, 69:23, 70:9, 70:14, 70:20, 70:24, 71:15, 71:20, 72:4, 72:5, 72:7, 72:8, 72:13, 73:4, 73:18, 74:1, 74:21, 75:2, 76:10, 76:15, 76:20, 77:3, 77:17, 80:11, 80:22, 82:25, 83:3, 83:8, 84:13, 84:21, 85:13, 87:16, 87:22, 88:1, 88:5, 89:14, 89:15, 89:17, 89:20, 89:22, 90:2

**haven't** [4] - 56:8, 68:4, 70:17, 75:9

**having** [18] - 5:18,

22:12, 33:24, 44:9,
47:17, 53:2, 53:8,
54:20, 60:14, 61:19,
61:20, 71:17, 74:9,
75:11, 88:2, 88:18,
88:22

**He** [2] - 43:1

**he** [131] - 5:13, 7:25,
8:5, 10:18, 10:19,
11:3, 11:15, 11:20,
11:23, 11:25, 12:1,
12:2, 12:3, 12:5, 12:6,
12:7, 12:13, 12:17,
13:1, 13:13, 13:16,
13:23, 14:9, 14:13,
15:13, 16:13, 18:7,
20:13, 20:18, 22:1,
22:14, 24:5, 24:14,
24:15, 25:15, 25:16,
26:7, 26:17, 26:18,
27:12, 27:13, 27:24,
28:8, 28:19, 28:22,
28:25, 29:1, 29:3,
29:6, 29:14, 29:17,
29:18, 29:19, 29:24,
30:21, 32:15, 32:16,
32:21, 33:2, 33:3,
33:13, 34:8, 34:9,
34:17, 35:5, 35:13,
36:15, 36:21, 38:10,
39:4, 39:12, 39:19,
39:22, 42:9, 42:10,
42:11, 42:12, 42:20,
42:21, 42:23, 42:25,
43:1, 44:5, 44:13,
44:15, 47:6, 48:8,
49:4, 49:5, 49:12,
50:12, 50:14, 51:9,
51:11, 51:12, 51:17,
52:20, 54:22, 56:8,
56:10, 56:15, 57:2,
57:4, 57:15, 57:21,
57:23, 59:9, 59:10,
59:11, 59:21, 59:22,
59:23, 62:3, 62:4,
62:8, 65:5, 66:10,
66:17, 71:2, 80:6,
81:4, 86:2, 87:2

**he's** [9] - 10:15, 17:3,
17:4, 21:15, 43:23,
48:1, 56:7, 63:19

**he-said** [1] - 86:2

**head** [1] - 33:25

**hear** [2] - 54:2, 58:10

**heard** [1] - 82:15

**HEARD** [1] - 1:10

**hearing** [1] - 54:18

**heart** [1] - 25:22

**held** [1] - 34:9

**help** [1] - 44:10

**helped** [1] - 85:23

**helpful** [1] - 66:4

**here** [24] - 3:8, 11:1,
12:10, 15:21, 16:6,
16:20, 18:5, 24:12,
25:25, 36:11, 36:13,
47:24, 49:25, 50:2,
51:10, 64:19, 70:4,
73:19, 84:21, 86:1,
87:16, 87:22, 89:14,
90:3

**Here** [1] - 43:15

**Here's** [3] - 70:16,
70:20, 71:6

**here's** [11] - 43:12,
43:16, 43:17, 69:4,
70:13, 70:21, 71:7,
73:5, 76:8

**hereby** [1] - 90:11

**heroin** [1] - 33:18

**herself** [1] - 12:22

**hesitating** [1] - 71:18

**hey** [1] - 43:18

**Hey** [2] - 12:10,
69:12

**hiding** [1] - 23:14

**high** [3] - 41:6,
81:16, 81:24

**high-temperature**
[2] - 81:16, 81:24

**highest** [1] - 7:24

**him** [31] - 6:4, 9:12,
11:2, 12:16, 12:19,
12:21, 17:22, 22:18,
26:11, 31:10, 32:10,
33:3, 33:6, 33:19,
43:5, 45:1, 46:24,
47:18, 48:2, 49:16,
51:10, 52:5, 52:6,
53:19, 66:10, 66:19,
71:10, 87:16

**himself** [2] - 28:21,
29:4

**his** [48] - 6:1, 8:6,
8:21, 10:23, 10:24,
11:18, 11:19, 11:22,
11:23, 13:5, 13:15,
19:15, 19:17, 21:20,
22:13, 22:19, 24:8,
24:9, 24:20, 28:21,
28:25, 29:17, 29:23,
29:24, 30:20, 32:9,
32:10, 33:12, 35:15,
39:7, 39:12, 39:13,
40:4, 40:8, 42:16,
42:20, 43:20, 44:11,
44:18, 48:8, 48:25,
51:15, 57:20, 59:18,
65:25, 79:23, 84:23

**historian** [1] - 57:1

**histories** [3] - 61:8,
61:9, 61:18

**history** [2] - 59:23,
63:18

**hold** [1] - 68:1

**Hold** [2] - 52:9, 65:4

**home** [2] - 37:14,
37:20

**honest** [1] - 49:22

**honestly** [1] - 41:1

**Honor** [68] - 3:9,
3:13, 3:18, 5:21, 7:4,
7:7, 10:15, 10:22,
11:9, 11:18, 11:25,
12:8, 12:25, 13:6,
13:15, 13:18, 15:9,
15:14, 16:12, 17:20,
18:1, 19:3, 21:11,
24:8, 24:21, 29:8,
32:1, 32:3, 32:6, 33:6,
34:4, 34:7, 38:23,
39:14, 40:5, 40:13,
47:21, 54:3, 57:7,
58:5, 58:11, 60:8,
60:18, 62:9, 62:19,
62:22, 63:14, 64:3,
64:10, 64:15, 74:16,
78:5, 82:3, 82:17,
82:19, 83:16, 83:20,
83:21, 84:13, 84:18,
85:16, 87:21, 89:5,
89:7, 89:8, 89:9,
89:10, 89:11

**HONORABLE** [1] -
1:10

**hopefully** [1] - 88:17

**hospital** [1] - 81:17

**hour** [2] - 71:18,
89:23

**hours** [8] - 6:11,
28:4, 31:24, 32:8,
88:12, 88:16, 88:21,
89:14

**house** [1] - 26:13

**HOUSTON** [9] - 1:2,
1:7, 1:5, 1:21, 1:24,
2:1, 2:8, 2:12, 2:15

**Houston** [34] - 1:17,
1:19, 1:22, 1:25, 2:2,
2:6, 2:9, 2:13, 2:16,
2:21, 3:5, 3:12, 4:2,
6:9, 6:24, 9:3, 10:8,
11:5, 15:6, 15:23,
22:21, 23:2, 25:7,
31:3, 31:9, 35:23,
47:22, 53:19, 54:6,
57:1, 57:10, 64:13,
73:24, 75:22

**Houston's** [1] -
63:13

**how** [14] - 4:14, 8:5,
23:12, 37:13, 37:19,
37:23, 49:19, 66:16,
67:23, 70:22, 71:8,
72:8, 77:20, 85:11

**however** [3] - 29:3,
33:11, 50:9

**HPD** [14] - 25:10,
25:15, 31:21, 32:6,
50:22, 51:4, 57:19,
59:2, 62:5, 67:12,
67:13, 68:19, 73:23,
74:22

**huge** [1] - 59:2

**huh** [1] - 71:25

**hundred** [2] - 4:23,
5:14

**I**

**I** [298] - 3:1, 3:24, 4:1,
4:7, 4:8, 4:12, 4:15,
4:24, 4:25, 5:2, 5:3,
5:6, 5:13, 5:14, 5:15,
5:19, 5:22, 7:2, 8:22,
10:10, 10:25, 11:1,
11:17, 11:19, 12:8,
12:10, 12:18, 13:18,
13:22, 14:7, 14:11,
14:12, 14:13, 15:12,
15:15, 15:19, 16:3,
16:11, 17:1, 17:12,
17:14, 18:4, 19:11,
19:14, 19:20, 21:2,
21:6, 21:15, 21:25,
22:8, 22:13, 23:18,
25:14, 25:25, 26:20,
27:4, 27:15, 28:10,
29:8, 29:21, 30:1,
30:24, 31:10, 31:20,
31:25, 32:5, 32:10,
33:5, 33:6, 33:8, 33:9,
33:14, 34:7, 35:4,
35:5, 35:16, 36:7,
36:11, 36:13, 36:14,
36:17, 36:18, 37:11,
38:4, 38:6, 38:18,
38:20, 38:25, 39:6,
39:8, 39:17, 39:24,
40:13, 40:16, 40:20,
40:24, 41:12, 42:7,
42:15, 44:5, 44:13,
44:15, 44:17, 44:19,
44:24, 45:9, 45:25,
46:1, 46:4, 47:2, 47:6,
47:9, 47:14, 47:16,
47:23, 48:5, 48:19,
49:1, 49:4, 49:21,
49:22, 50:10, 50:19,
51:8, 51:9, 51:10,
51:11, 51:18, 51:25,

52:7, 52:10, 52:13,
52:18, 53:3, 53:5,
53:17, 53:19, 53:20,
53:23, 53:25, 55:1,
55:8, 55:9, 55:12,
56:19, 57:1, 57:7,
57:10, 57:25, 58:5,
58:9, 58:12, 58:15,
58:20, 58:23, 58:25,
59:1, 59:6, 59:12,
60:1, 60:7, 60:9,
60:14, 60:16, 61:11,
62:2, 62:5, 62:16,
63:9, 63:16, 63:19,
64:2, 64:13, 64:15,
64:24, 65:4, 65:5,
65:6, 65:12, 65:17,
66:4, 66:24, 66:25,
67:18, 68:4, 68:5,
68:12, 68:18, 68:20,
68:21, 68:25, 69:1,
69:14, 69:22, 70:1,
70:17, 70:20, 71:8,
71:18, 71:21, 72:4,
72:16, 72:17, 72:24,
72:25, 73:13, 73:14,
74:21, 74:25, 75:1,
75:6, 75:9, 75:10,
75:13, 75:18, 75:20,
75:21, 75:24, 76:1,
76:6, 76:8, 76:9,
76:10, 76:16, 76:22,
77:2, 77:10, 77:13,
77:23, 78:3, 78:6,
78:14, 78:15, 78:16,
78:23, 79:2, 79:12,
79:13, 79:16, 79:18,
79:21, 80:8, 80:10,
80:23, 81:1, 81:4,
81:14, 81:16, 81:19,
82:4, 82:5, 82:8,
82:19, 82:21, 82:24,
83:14, 84:21, 84:23,
85:16, 85:18, 85:20,
86:1, 86:11, 87:8,
87:22, 88:8, 88:23,
89:13, 89:14, 89:17,
89:21, 89:22, 89:25,
90:3, 90:10

**i** [1] - 23:21

**I'd** [3] - 63:23, 76:17,
83:7

**I'll** [23] - 6:14, 7:10,
15:22, 52:8, 52:14,
54:17, 57:12, 58:7,
58:11, 58:18, 60:19,
60:22, 62:21, 83:1,
83:12, 83:16, 83:18,
85:1, 86:22, 88:22,
88:25, 89:13

**i'm** [1] - 69:9

**I'm** [78] - 6:7, 11:9, 12:25, 15:16, 15:19, 15:20, 16:1, 16:6, 16:7, 16:15, 19:3, 19:5, 20:2, 20:17, 21:14, 22:3, 22:4, 23:22, 23:23, 24:18, 24:23, 25:5, 33:24, 35:24, 38:23, 39:9, 39:13, 44:4, 44:9, 46:20, 47:18, 48:18, 49:23, 51:22, 52:12, 54:4, 54:5, 56:19, 56:25, 57:7, 58:13, 59:8, 59:10, 62:25, 63:22, 64:6, 64:10, 64:18, 67:17, 70:8, 71:17, 71:18, 72:3, 72:11, 73:3, 73:4, 73:11, 74:20, 74:22, 75:24, 76:2, 77:5, 77:9, 77:21, 78:16, 80:10, 81:1, 81:15, 83:5, 83:10, 83:12, 84:16, 86:25, 88:7, 88:19, 88:20
**I've** [8] - 19:3, 29:4, 50:1, 51:20, 62:19, 75:14, 76:2, 89:16
**IAD** [26] - 6:24, 7:13, 7:16, 13:14, 13:17, 13:19, 13:24, 14:8, 14:10, 14:17, 18:20, 18:25, 19:12, 21:16, 28:21, 29:5, 29:23, 29:25, 30:25, 35:21, 36:5, 61:18, 61:20, 61:23, 74:16
**idea** [6] - 67:1, 67:4, 71:12, 72:20, 76:12, 76:17
**identification** [2] - 6:6, 66:20
**identified** [6] - 41:25, 55:20, 56:7, 56:9, 66:5, 66:6
**identifies** [1] - 57:16
**identify** [8] - 6:4, 10:12, 10:19, 11:15, 12:15, 14:15, 58:4, 70:12
**identifying** [2] - 11:4, 12:19
**if** [101] - 5:6, 5:24, 11:12, 13:1, 13:3, 14:17, 16:22, 19:15, 24:15, 26:16, 26:17, 26:23, 27:5, 27:10, 27:23, 28:7, 28:20, 28:24, 29:3, 29:13,

29:22, 30:3, 33:2, 33:11, 35:5, 36:7, 36:25, 37:6, 37:12, 37:13, 37:23, 39:3, 39:11, 39:22, 39:25, 40:17, 42:3, 42:6, 44:25, 45:4, 47:2, 47:12, 47:23, 47:24, 48:4, 49:16, 49:19, 49:22, 50:5, 50:6, 52:24, 53:14, 55:13, 57:4, 57:11, 57:12, 58:2, 58:7, 59:16, 59:18, 60:8, 61:6, 61:15, 63:2, 63:25, 64:3, 67:2, 67:7, 68:10, 70:1, 70:24, 71:8, 71:13, 71:14, 71:15, 72:10, 74:4, 74:12, 75:12, 75:21, 76:1, 77:19, 78:6, 78:8, 78:19, 79:10, 80:11, 80:15, 80:24, 81:7, 81:8, 81:11, 81:16, 81:19, 81:25, 82:10, 82:12, 83:8, 87:8, 88:14
**illegal** [1] - 18:12
**image** [1] - 53:25
**impact** [1] - 59:17
**impacted** [1] - 88:24
**implicated** [1] - 65:2
**implication** [1] - 39:22
**implicit** [1] - 58:1
**important** [4] - 40:25, 41:23, 56:6, 87:23
**improper** [1] - 17:7
**improperly** [3] - 7:13, 19:17, 71:3
**in** [271] - 4:5, 4:11, 4:15, 4:18, 5:1, 5:5, 5:9, 5:12, 5:16, 6:9, 6:11, 6:18, 7:23, 8:1, 8:8, 8:14, 8:19, 8:20, 9:1, 9:8, 9:11, 9:16, 10:7, 11:3, 11:5, 11:12, 11:14, 12:5, 12:7, 12:23, 13:11, 13:24, 14:8, 14:14, 14:17, 14:21, 15:2, 15:7, 15:24, 16:10, 16:19, 16:20, 17:6, 17:8, 17:15, 17:16, 18:11, 18:20, 19:12, 19:17, 19:18, 20:4, 21:18, 21:21, 22:4, 22:8, 22:9, 22:18, 22:23, 23:14, 23:25,

24:25, 25:9, 25:14, 25:15, 26:10, 27:10, 28:18, 28:20, 28:22, 28:24, 29:15, 29:23, 30:21, 31:24, 32:8, 32:9, 32:10, 32:16, 32:24, 33:20, 33:22, 34:5, 34:15, 34:21, 34:25, 35:8, 35:13, 35:17, 35:22, 35:23, 35:25, 36:1, 36:6, 36:13, 36:15, 37:19, 37:23, 38:6, 38:15, 38:16, 39:8, 39:22, 41:17, 41:25, 42:11, 42:17, 42:20, 43:6, 44:2, 44:15, 44:20, 45:1, 45:3, 45:7, 45:10, 45:15, 45:21, 46:3, 46:8, 47:7, 47:15, 48:8, 48:12, 48:23, 48:25, 49:5, 50:22, 51:7, 52:14, 52:16, 52:21, 53:1, 53:10, 54:11, 54:12, 54:13, 54:15, 54:17, 55:2, 55:5, 55:13, 55:24, 56:6, 56:7, 56:11, 57:2, 57:4, 57:5, 57:10, 57:18, 57:20, 58:3, 59:3, 59:8, 59:9, 59:16, 59:17, 59:21, 59:23, 61:3, 61:13, 61:17, 63:5, 63:20, 63:21, 64:23, 65:2, 65:3, 65:7, 65:9, 65:10, 65:11, 65:14, 65:15, 65:22, 65:23, 65:24, 65:25, 66:3, 66:9, 66:10, 66:17, 67:7, 67:11, 67:18, 67:24, 68:3, 68:11, 68:12, 68:13, 68:19, 69:2, 69:4, 69:18, 70:6, 70:14, 70:17, 70:23, 71:2, 72:4, 72:7, 72:13, 72:14, 72:24, 72:25, 73:3, 73:10, 73:12, 73:21, 74:5, 74:8, 74:14, 74:18, 74:25, 75:1, 75:3, 75:6, 75:12, 76:14, 77:1, 77:3, 77:5, 77:6, 77:10, 77:12, 77:14, 77:16, 77:21, 78:19, 79:6, 79:19, 79:22, 79:23, 80:17, 80:20, 81:3, 81:6, 81:15, 81:20, 82:1, 82:14, 83:6, 83:15, 83:24,

84:11, 84:17, 84:18, 84:19, 85:2, 85:18, 85:22, 86:14, 87:5, 87:24, 88:1, 89:16, 89:21, 89:22, 89:23, 90:12
**In** [2] - 42:3, 46:10
**incident** [2] - 9:20, 56:5
**incidents** [1] - 57:22
**include** [6] - 61:12, 61:13, 61:15, 61:16, 72:9, 72:10
**includes** [2] - 6:20, 72:9
**including** [5] - 18:12, 18:13, 21:20, 79:22
**inconsistent** [1] - 67:5
**inconvenience** [1] - 88:17
**inconveniences** [1] - 88:5
**incorrect** [1] - 47:4
**incredible** [1] - 12:14
**indicated** [2] - 7:23, 42:10
**indication** [1] - 8:2
**indictment** [2] - 10:25, 17:25
**indictments** [4] - 10:17, 13:5, 17:21, 24:20
**indifferent** [3] - 55:20, 55:23, 56:1
**indirectly** [1] - 34:9
**influences** [1] - 17:7
**informant** [1] - 82:9
**informants** [1] - 75:7
**information** [11] - 7:2, 20:23, 25:5, 44:14, 46:3, 46:24, 77:21, 80:19, 82:10, 82:14, 84:14
**injuries** [1] - 55:21
**innocent** [1] - 66:17
**inquiring** [1] - 18:25
**inquiry** [1] - 89:15
**inspecting** [1] - 51:2
**inspections** [4] - 24:25, 42:13, 50:16, 54:12
**inspector's** [1] - 51:11
**instance** [1] - 11:14
**instances** [6] - 54:13, 54:14, 55:5, 61:3, 66:14, 90:3
**instead** [1] - 39:20
**institute** [1] - 59:11

**institution** [1] - 59:3
**instruct** [2] - 86:15, 87:11
**instructing** [1] - 86:19
**instruction** [41] - 6:5, 6:12, 7:18, 7:20, 8:4, 8:11, 8:16, 9:5, 9:14, 9:22, 10:10, 15:12, 15:14, 15:15, 16:13, 17:10, 18:8, 19:19, 21:22, 23:6, 23:16, 24:3, 25:11, 25:20, 26:14, 27:1, 27:20, 28:1, 28:5, 28:16, 30:12, 31:6, 32:17, 32:22, 36:20, 37:3, 37:16, 38:3, 39:10, 39:20, 39:23
**instructions** [3] - 5:10, 85:11, 87:9
**intend** [3] - 44:24, 60:10, 75:24
**intent** [1] - 39:25
**internal** [4] - 24:25, 41:4, 41:15, 42:13
**Internal** [2] - 14:22, 21:8
**interrogatories** [12] - 46:15, 47:5, 47:15, 49:17, 49:23, 49:24, 50:8, 52:21, 53:1, 53:3, 53:12, 53:15
**interrogatory** [5] - 52:15, 53:5, 53:8, 75:21
**interrupting** [1] - 28:2
**interview** [11] - 13:12, 22:23, 28:21, 28:22, 29:5, 29:23, 31:23, 32:7, 32:8, 50:12
**interviewed** [1] - 80:7
**interviewee** [1] - 32:7
**into** [22] - 7:16, 18:25, 26:12, 33:18, 35:19, 36:19, 59:13, 61:24, 66:15, 67:8, 67:13, 67:25, 68:6, 69:24, 70:12, 71:16, 74:17, 74:22, 76:2, 76:19, 86:10, 87:24
**intrusive** [2] - 46:14, 47:4
**investigate** [3] - 71:2, 71:13, 71:14
**investigated** [5] -

71:9, 72:19, 73:1,
73:2, 77:18
**investigating** [1] -
79:11
**investigation** [43] -
6:24, 7:16, 13:14,
14:3, 14:8, 14:23,
15:3, 25:18, 25:23,
26:2, 26:4, 26:5, 26:6,
26:7, 28:14, 28:19,
29:1, 29:11, 29:19,
30:4, 30:10, 33:22,
34:21, 35:19, 36:19,
43:24, 61:23, 66:1,
67:8, 67:15, 67:22,
68:9, 69:24, 70:4,
74:1, 74:7, 74:15,
75:9, 75:21, 76:15,
77:20, 79:14
**investigations** [6] -
61:18, 61:20, 65:9,
65:14, 65:17, 67:12
**investigator** [3] -
50:11, 50:14, 50:19
**investigators** [2] -
37:15, 42:12
**invoke** [1] - 40:7
**invoking** [1] - 39:19
**involved** [2] - 38:15,
81:20
**involves** [3] - 8:17,
67:11, 67:12
**irresponsible** [1] -
5:5
**is** [303] - 4:10, 4:14,
4:19, 4:22, 5:7, 5:8,
5:19, 6:4, 6:8, 6:14,
6:22, 7:1, 7:3, 7:6,
7:10, 7:12, 7:21, 7:24,
8:7, 8:22, 8:24, 9:4,
9:9, 9:12, 9:24, 10:5,
10:6, 10:7, 10:13,
10:24, 11:5, 11:8,
11:17, 12:10, 12:21,
13:2, 13:5, 13:7,
13:13, 13:16, 13:19,
13:25, 14:8, 14:16,
14:19, 15:10, 15:17,
16:2, 16:3, 16:8, 17:2,
17:24, 18:3, 18:5,
18:6, 18:9, 18:16,
18:17, 18:24, 19:11,
19:12, 19:19, 19:22,
20:1, 20:8, 20:13,
20:16, 20:21, 21:1,
21:4, 21:6, 21:8,
21:10, 21:17, 21:18,
21:21, 21:24, 22:5,
22:7, 22:13, 22:14,
22:16, 22:20, 23:1,

23:9, 23:10, 23:18,
23:20, 23:24, 24:7,
24:10, 24:12, 24:19,
24:22, 25:13, 25:14,
25:24, 26:8, 26:16,
26:17, 26:19, 27:3,
27:8, 27:17, 28:12,
28:17, 29:7, 29:24,
30:13, 30:14, 30:20,
30:23, 30:24, 31:1,
31:2, 31:5, 31:8,
31:19, 32:12, 32:19,
33:2, 33:11, 34:2,
34:8, 34:17, 35:5,
35:8, 35:9, 35:15,
35:16, 36:7, 36:18,
36:21, 36:23, 37:5,
37:10, 37:11, 37:12,
37:18, 37:19, 38:9,
38:17, 38:23, 39:12,
39:19, 39:21, 39:25,
40:4, 40:16, 41:2,
41:13, 41:16, 41:17,
42:9, 42:12, 42:17,
43:6, 43:15, 43:16,
43:17, 43:23, 44:7,
44:25, 45:2, 45:7,
45:11, 45:16, 45:17,
45:20, 46:5, 46:8,
46:12, 46:15, 47:3,
47:12, 48:10, 48:21,
49:4, 50:6, 50:12,
50:15, 50:20, 51:5,
51:9, 51:11, 52:1,
52:11, 52:23, 53:11,
53:22, 53:23, 54:10,
54:25, 55:13, 55:24,
56:6, 56:7, 56:8,
56:16, 56:24, 57:13,
57:14, 57:15, 58:1,
58:4, 58:23, 58:25,
59:2, 60:2, 60:14,
60:18, 60:23, 61:1,
62:8, 62:9, 62:15,
63:4, 63:17, 63:25,
64:6, 64:17, 65:10,
65:15, 65:22, 65:23,
66:9, 66:13, 66:18,
66:23, 66:25, 67:16,
67:17, 67:19, 68:10,
68:13, 69:19, 69:20,
69:22, 70:8, 70:22,
72:25, 73:4, 73:7,
73:16, 74:4, 74:6,
74:9, 76:7, 76:8, 76:9,
76:11, 77:1, 77:2,
77:3, 77:5, 77:9,
77:13, 77:14, 77:25,
78:3, 78:5, 78:12,
78:13, 79:2, 79:4,
79:10, 80:1, 80:2,

80:15, 81:25, 82:12,
83:5, 83:8, 83:13,
83:15, 83:21, 84:24,
85:1, 85:16, 86:4,
86:24, 87:2, 87:9,
88:3, 88:9, 90:11
**isn't** [8] - 15:5, 15:23,
16:9, 16:18, 17:5,
18:10, 44:2, 46:14
**issue** [23] - 10:24,
39:18, 40:25, 41:17,
45:13, 47:25, 48:6,
49:8, 49:21, 50:3,
52:1, 52:23, 53:18,
53:22, 57:9, 58:12,
61:17, 62:5, 69:2,
71:16, 76:8, 82:21,
83:25
**issued** [1] - 10:10
**issues** [12] - 5:6,
38:21, 40:11, 40:20,
51:20, 54:7, 54:8,
58:13, 63:14, 82:20,
83:4, 84:15
**it** [174] - 4:14, 4:17,
5:5, 5:23, 6:14, 7:8,
9:21, 11:13, 11:16,
12:16, 12:17, 13:1,
13:2, 13:4, 14:12,
15:22, 15:25, 16:16,
16:18, 17:2, 17:5,
18:5, 18:10, 18:19,
18:23, 22:9, 22:11,
22:13, 23:9, 23:10,
24:20, 24:21, 25:5,
25:14, 25:15, 26:25,
27:13, 28:4, 28:11,
30:14, 30:23, 32:5,
33:9, 33:16, 36:4,
36:13, 37:7, 37:14,
37:20, 37:23, 39:13,
40:3, 41:7, 41:13,
41:14, 41:21, 42:21,
43:10, 43:15, 43:22,
43:23, 43:25, 44:6,
45:4, 45:8, 45:12,
45:16, 45:17, 45:25,
46:1, 46:12, 47:2,
47:3, 47:4, 47:11,
47:13, 50:1, 50:2,
50:9, 50:15, 50:22,
51:5, 51:7, 51:24,
52:23, 54:1, 55:8,
55:9, 55:12, 55:22,
56:17, 57:5, 57:6,
57:11, 57:15, 58:7,
58:8, 58:19, 58:21,
59:5, 60:1, 61:4, 61:9,
62:2, 62:9, 62:12,
62:15, 62:16, 63:9,

63:23, 64:6, 64:21,
64:22, 66:14, 66:15,
66:16, 67:11, 67:12,
68:4, 69:3, 69:24,
70:21, 71:14, 71:15,
71:16, 72:9, 72:10,
73:7, 73:11, 74:6,
74:8, 74:22, 75:10,
75:16, 75:23, 75:24,
75:25, 76:2, 77:2,
77:13, 77:14, 77:17,
79:2, 79:16, 79:24,
80:12, 80:13, 80:23,
81:7, 81:9, 81:11,
82:2, 83:15, 83:23,
84:18, 84:19, 84:21,
85:15, 85:16, 86:20,
87:13, 87:18, 88:4,
88:14
**it's** [44] - 5:6, 5:7,
12:14, 14:12, 17:1,
18:17, 26:4, 33:1,
36:10, 39:17, 39:24,
40:6, 41:10, 42:21,
44:6, 44:8, 45:12,
49:12, 49:13, 50:5,
50:18, 51:9, 53:25,
55:10, 57:9, 57:10,
58:5, 60:14, 61:3,
62:2, 62:5, 62:10,
67:6, 71:16, 72:19,
75:17, 75:18, 76:10,
82:14, 83:23, 84:17,
87:11, 89:17
**Item** [2] - 4:11, 72:7
**Items** [1] - 64:14
**items** [1] - 89:22
**iteration** [1] - 70:19
**its** [4] - 4:17, 4:24,
33:1, 77:14
**itself** [18] - 5:18,
7:11, 7:14, 13:20,
14:1, 14:4, 14:6, 15:4,
18:23, 19:1, 19:13,
21:13, 21:16, 29:5,
29:25, 30:25, 44:3,
45:19

---

**J**

**JACKSON** [1] - 1:15
**jail** [2] - 66:17, 71:2
**January** [11] - 37:12,
38:1, 56:20, 56:24,
59:13, 60:2, 60:4,
60:5, 70:18, 87:5
**jeopardy** [1] - 11:4
**job** [2] - 8:6, 17:15
**JOHN** [1] - 1:18
**judge** [6] - 27:12,

79:4, 79:5, 79:7,
80:16, 81:3
**Judge** [12] - 3:15,
29:21, 36:10, 40:15,
57:8, 57:13, 57:14,
57:25, 62:24, 70:23,
76:8, 88:13
**JUDGE** [1] - 1:11
**judgment** [1] - 83:4
**July** [1] - 83:5
**jump** [1] - 36:12
**jurors** [1] - 70:11
**jury** [3] - 70:23, 71:8,
82:16
**just** [51] - 8:2, 8:9,
13:11, 15:13, 17:21,
24:8, 29:4, 29:16,
33:6, 34:5, 34:7,
37:22, 38:25, 39:9,
41:21, 43:22, 44:6,
44:8, 45:12, 46:15,
46:21, 47:19, 47:23,
51:8, 51:18, 52:8,
52:23, 53:18, 53:20,
56:19, 57:2, 57:12,
58:12, 60:22, 64:8,
66:22, 68:5, 68:20,
71:18, 72:16, 74:5,
75:10, 76:1, 78:2,
82:21, 83:8, 84:14,
85:7
**Justice** [1] - 4:11
**justification** [1] -
41:14

---

**K**

**key** [1] - 41:22
**kick** [2] - 79:19,
80:16
**kind** [9] - 42:15,
48:15, 60:24, 62:10,
66:11, 69:3, 76:10,
76:11, 76:24
**kinds** [1] - 18:11
**knew** [8] - 27:13,
30:21, 55:22, 77:3,
77:6, 77:14, 84:4,
86:9
**knock** [3] - 31:15,
80:17, 81:5
**know** [61] - 4:23, 5:6,
9:11, 14:11, 16:3,
16:22, 21:6, 23:12,
26:9, 26:16, 26:18,
26:25, 27:25, 28:3,
33:5, 33:8, 35:5, 36:7,
41:12, 42:11, 43:21,
44:5, 44:13, 44:15,
44:16, 44:17, 44:19,

47:6, 49:19, 50:7,
50:15, 51:4, 51:8,
51:19, 52:20, 52:25,
53:20, 56:12, 58:12,
59:2, 59:18, 61:14,
66:13, 67:1, 69:1,
71:1, 74:13, 74:18,
74:22, 74:25, 75:1,
75:6, 75:10, 80:1,
80:8, 85:5, 85:8, 86:1,
88:23
  **knowing** [2] - 13:4,
33:10
  **knowledge** [13] -
22:22, 24:24, 25:18,
26:1, 26:6, 30:9,
30:14, 30:17, 35:5,
35:6, 63:5, 63:7,
69:10
  **known** [4] - 9:18,
17:6, 55:20, 87:23
  **knows** [3] - 27:23,
28:7, 50:22

### L

  **L** [1] - 1:23
  **lack** [3] - 20:14,
20:21, 20:25
  **laid** [1] - 4:5
  **land** [1] - 5:15
  **language** [1] - 73:19
  **large** [3] - 16:19,
46:4, 59:3
  **last** [8] - 19:8, 30:23,
57:14, 78:5, 80:5,
85:5, 85:7, 85:10
  **late** [4] - 5:22, 21:4,
86:21, 87:5
  **later** [2] - 5:8, 87:16
  **LAW** [1] - 2:5
  **law** [4] - 4:20, 55:19,
63:9, 76:14
  **lawyer** [1] - 11:23
  **Lawyer's** [1] - 4:9
  **laying** [1] - 3:24
  **lead** [1] - 12:8
  **leading** [2] - 8:8,
26:6
  **leads** [2] - 42:8, 88:1
  **lean** [1] - 88:2
  **learned** [4] - 5:4,
50:1, 89:18
  **least** [5] - 21:3,
41:25, 45:3, 65:3,
69:5
  **leave** [1] - 4:7
  **led** [5] - 4:18, 56:1,
78:24, 79:17, 81:6
  **LEE** [1] - 1:15

  **LEGAL** [2] - 2:12,
2:15
  **less** [3] - 46:14, 47:4,
47:11
  **lessen** [1] - 88:17
  **Let** [1] - 44:9
  **let** [17] - 23:22,
25:25, 32:3, 35:20,
40:10, 50:3, 50:7,
54:2, 58:18, 65:19,
73:19, 78:16, 78:17,
80:14, 83:18, 84:12,
88:22
  **let's** [4] - 5:16, 45:20,
74:5, 78:15
  **letter** [26] - 3:25, 4:2,
4:3, 4:4, 5:16, 5:18,
5:22, 5:25, 16:5,
21:18, 22:4, 23:24,
24:23, 26:22, 37:11,
38:19, 40:24, 45:11,
45:16, 58:22, 61:6,
83:24, 84:17, 84:18,
84:20, 85:20
  **letters** [2] - 3:24, 5:2
  **level** [1] - 7:24
  **Lewis** [1] - 57:9
  **liability** [8] - 11:7,
12:18, 12:19, 12:22,
33:4, 55:13, 58:2,
58:4
  **liable** [1] - 34:9
  **lie** [2] - 55:25, 80:1
  **lieu** [2] - 52:16, 53:10
  **lieutenant** [1] - 26:10
  **Lieutenant** [9] - 10:1,
22:9, 22:15, 22:17,
30:9, 30:15, 30:17,
30:22, 61:25
  **like** [20] - 8:9, 10:11,
13:11, 17:12, 18:6,
23:13, 33:23, 36:4,
51:4, 57:11, 58:7,
61:8, 61:12, 61:13,
61:14, 61:15, 63:23,
76:17, 81:15, 83:7
  **likely** [1] - 18:6
  **likewise** [1] - 90:1
  **limit** [4] - 41:9, 60:8,
87:9, 88:16
  **limitation** [1] - 53:8
  **limited** [7] - 25:14,
49:20, 50:5, 52:23,
60:9, 63:14, 88:12
  **limiting** [2] - 81:11,
88:20
  **Limron** [1] - 51:11
  **line** [3] - 20:17, 73:7,
81:5
  **Line** [39] - 13:22,

14:2, 14:6, 15:20,
15:22, 15:25, 18:4,
18:25, 19:7, 20:2,
20:22, 21:3, 21:14,
21:19, 22:8, 22:17,
23:2, 23:12, 23:23,
25:7, 25:17, 26:9,
26:22, 27:9, 27:18,
28:10, 28:11, 30:8,
31:2, 31:21, 32:14,
32:20, 34:24, 35:18,
35:20, 36:24, 37:12,
38:13
  **Lines** [1] - 15:18
  **list** [2] - 12:10, 60:7
  **listed** [1] - 6:18
  **listening** [2] - 59:1
  **listing** [1] - 11:19
  **litigation** [1] - 65:23
  **litigator** [1] - 53:2
  **little** [4] - 31:12,
47:23, 66:19, 83:5
  **live** [1] - 63:23
  **lives** [1] - 81:5
  **LLP** [3] - 1:16, 1:18,
1:21
  **located** [1] - 45:6
  **location** [1] - 26:24,
30:19
  **Lockett's** [1] - 57:21
  **long** [8] - 18:5,
21:20, 22:12, 37:13,
37:19, 37:23, 82:24,
88:18
  **long-standing** [2] -
21:20, 22:12
  **longer** [1] - 53:18
  **Look** [1] - 68:20
  **look** [20] - 4:1, 26:12,
41:6, 43:22, 43:25,
44:6, 45:11, 55:13,
58:2, 58:3, 59:13,
59:20, 66:15, 69:12,
69:13, 69:14, 70:12,
71:15, 86:2
  **looked** [9] - 20:4,
42:19, 43:19, 67:5,
67:25, 74:21, 75:3,
76:2, 76:19
  **looking** [22] - 15:19,
16:7, 16:8, 16:15,
33:17, 42:1, 42:3,
45:6, 47:13, 52:11,
64:13, 64:18, 67:17,
71:21, 73:3, 73:7,
73:11, 77:21, 79:18,
81:2, 84:5, 84:16
  **looks** [1] - 29:17
  **Lopez** [27] - 40:16,
40:22, 41:11, 41:12,

41:23, 42:8, 42:16,
43:23, 44:20, 45:9,
46:5, 46:6, 46:7,
46:16, 47:7, 47:19,
48:1, 48:4, 48:25,
49:17, 50:4, 50:13,
52:3, 53:13, 53:18
  **Lopez's** [5] - 44:25,
46:21, 52:16, 52:19,
53:10
  **lose** [1] - 61:15
  **loss** [2] - 24:18, 72:4
  **lost** [1] - 19:3
  **lot** [2] - 13:11, 84:14
  **LOVINGS** [1] - 2:12
  **Lovings** [1] - 3:21
  **lying** [1] - 66:6

### M

  **made** [18] - 7:15,
7:19, 23:11, 32:21,
33:3, 39:7, 41:6,
46:23, 50:25, 56:12,
69:11, 73:23, 77:17,
80:2, 81:19, 85:3,
85:15, 88:5
  **magistrate** [3] - 79:3,
79:5, 79:7
  **magnitude** [1] -
87:25
  **mail** [2] - 86:2, 86:3
  **mails** [1] - 86:25
  **make** [12] - 22:22,
23:3, 30:9, 30:18,
41:17, 47:4, 60:1,
60:9, 62:15, 66:16,
86:18, 89:21
  **making** [5] - 12:23,
12:25, 16:1, 76:11,
79:25
  **man** [1] - 59:10
  **management** [1] -
41:17
  **manager** [3] - 41:5,
43:20, 58:16
  **Mandate** [1] - 4:9
  **mandate** [2] - 4:10,
4:12
  **manner** [3] - 9:11,
20:4, 42:20
  **MANUEL** [1] - 2:15
  **many** [1] - 66:17
  **Marsha** [1] - 26:10
  **MARSHA** [1] - 2:16
  **marshal** [1] - 78:13
  **marshalled** [1] -
80:22
  **Martin** [7] - 1:23,
3:22, 14:16, 68:19,

85:1, 86:11, 86:24
  **MARTIN** [7] - 3:22,
14:14, 14:16, 14:25,
85:1, 87:4, 89:11
  **matter** [3] - 28:12,
31:13, 90:12
  **matters** [2] - 5:1,
64:13
  **May** [5] - 4:4, 58:22,
83:24, 84:19, 84:21
  **may** [22] - 9:17,
11:13, 12:17, 17:6,
17:8, 23:8, 23:10,
29:18, 30:1, 33:13,
35:7, 43:10, 45:9,
63:11, 64:15, 78:6,
81:1, 82:25, 84:1,
88:4, 88:24
  **MAY** [1] - 1:7
  **maybe** [2] - 50:5,
70:18
  **McKinney** [1] - 1:21
  **me** [53] - 5:1, 5:3,
10:6, 10:11, 10:20,
11:8, 12:14, 12:20,
13:3, 14:12, 23:22,
25:25, 32:3, 33:14,
35:20, 39:9, 40:10,
44:9, 44:10, 46:15,
47:3, 48:12, 50:3,
50:6, 50:12, 52:14,
52:18, 52:19, 53:16,
54:2, 58:18, 63:23,
64:4, 65:5, 65:19,
65:21, 67:20, 67:21,
68:23, 68:24, 70:7,
72:3, 72:14, 73:19,
77:10, 78:16, 78:17,
80:14, 81:9, 88:2,
89:16, 89:21
  **mean** [8] - 39:1,
45:11, 48:5, 52:10,
53:3, 53:25, 65:21,
76:8
  **means** [1] - 45:12
  **meant** [2] - 11:16,
49:18
  **measure** [1] - 23:9
  **mechanical** [1] -
2:24
  **MEDINA** [1] - 1:24
  **Medina** [1] - 3:23
  **melissa** [2] - 2:11,
2:15
  **Melissa** [3] - 3:20,
34:6, 38:24
  **memory** [3] - 28:25,
29:24, 51:18
  **men** [1] - 23:5
  **mention** [1] - 88:6

mentioned [1] - 77:11
mere [1] - 57:20
merit [1] - 89:23
methodology [2] - 43:12, 46:11
mic [3] - 32:2, 34:5
Michael [1] - 1:18
Michelle [2] - 2:1, 3:18
might [3] - 4:18, 25:4, 53:6
Mike [1] - 3:8
mind [3] - 47:24, 57:12, 78:23
mindful [1] - 90:3
mine [2] - 15:12, 64:19
minute [3] - 64:8, 85:7, 85:10
minutes [1] - 89:14
mirror [1] - 53:25
miscommunication [1] - 4:17
misconduct [23] - 37:1, 37:7, 37:8, 54:13, 54:15, 65:11, 65:15, 65:16, 65:17, 65:25, 66:2, 66:6, 66:7, 66:14, 67:8, 67:9, 67:13, 67:22, 73:20, 74:1, 74:7, 74:8, 76:20
misleading [1] - 65:11
missing [1] - 79:21
mistake [2] - 13:3, 13:5
mistaken [1] - 81:19
mixed [1] - 56:20
moment [4] - 45:21, 56:19, 65:22, 81:24
Monell [4] - 55:13, 56:17, 58:2, 58:4
money [1] - 18:13
month [1] - 83:13
months [3] - 9:1, 21:4, 57:20
more [5] - 6:11, 32:4, 68:24, 82:8, 84:19
morning [3] - 3:2, 3:18, 87:5
most [3] - 17:20, 40:25, 81:15
motion [2] - 57:23, 83:4
mouth [1] - 72:20
move [5] - 41:16, 46:21, 60:6, 83:10, 84:8

moved [1] - 5:23
moving [2] - 55:17, 83:15
Mr [97] - 1:15, 1:20, 2:4, 2:8, 4:1, 4:2, 4:3, 4:4, 4:6, 5:16, 5:24, 6:1, 7:2, 10:10, 13:10, 15:5, 15:8, 15:22, 15:23, 16:5, 16:9, 16:16, 16:17, 17:2, 17:19, 17:24, 18:25, 20:17, 20:22, 21:3, 21:5, 21:14, 21:19, 22:4, 22:8, 23:2, 23:12, 23:21, 23:24, 24:23, 25:23, 27:25, 31:3, 31:12, 31:20, 32:24, 33:2, 34:24, 36:2, 37:11, 38:19, 40:10, 40:16, 40:19, 49:3, 49:9, 51:17, 54:4, 54:19, 54:20, 54:22, 55:11, 58:14, 59:2, 60:6, 60:17, 62:23, 63:1, 63:17, 64:9, 64:15, 65:4, 65:13, 65:15, 65:22, 67:21, 67:22, 68:18, 71:19, 73:10, 74:6, 74:21, 74:24, 78:9, 78:17, 78:20, 79:3, 79:14, 80:14, 80:25, 81:3, 85:22, 86:24
mR [1] - 3:15
MR [185] - 3:8, 3:10, 3:12, 3:16, 5:21, 7:4, 7:7, 10:15, 10:22, 11:9, 11:18, 11:25, 12:2, 12:4, 12:7, 12:25, 13:15, 13:18, 14:11, 15:9, 15:12, 15:18, 16:3, 16:6, 16:9, 16:25, 17:3, 17:20, 18:1, 19:3, 19:6, 21:8, 21:11, 24:8, 24:20, 29:8, 29:21, 30:1, 30:3, 30:7, 32:1, 32:3, 33:5, 33:16, 36:10, 39:17, 40:5, 40:13, 40:20, 40:24, 42:10, 42:24, 43:1, 43:4, 43:7, 43:10, 43:17, 44:4, 44:12, 44:15, 44:23, 45:3, 45:8, 46:6, 46:10, 46:17, 47:9, 47:16, 47:21, 48:14, 48:16, 48:18, 49:8, 50:3, 50:24, 51:2, 51:15, 51:17, 52:5,

52:8, 52:10, 52:22, 53:9, 53:18, 53:25, 54:3, 54:5, 54:9, 56:21, 56:23, 57:7, 58:7, 58:11, 58:15, 58:20, 58:24, 60:1, 60:4, 60:6, 60:13, 60:18, 61:3, 62:3, 62:17, 62:19, 62:22, 62:24, 63:9, 63:19, 63:21, 63:22, 63:25, 64:3, 64:10, 64:15, 64:19, 64:20, 64:21, 65:5, 65:8, 65:19, 66:3, 66:24, 67:10, 67:14, 67:24, 68:2, 68:8, 68:15, 68:17, 69:1, 69:7, 69:22, 70:5, 70:8, 70:16, 71:23, 71:25, 72:2, 72:18, 73:3, 73:7, 73:17, 73:22, 74:2, 74:12, 75:20, 76:8, 77:23, 77:25, 78:5, 78:8, 78:12, 78:22, 79:1, 79:5, 79:8, 79:20, 79:22, 80:9, 80:13, 80:21, 81:11, 82:3, 82:7, 82:17, 82:19, 82:24, 83:12, 83:16, 83:20, 83:21, 83:23, 84:18, 84:23, 85:16, 86:9, 87:19, 87:21, 88:13, 89:4, 89:5, 89:7, 89:8, 89:12
Ms [13] - 1:23, 2:1, 2:11, 2:15, 68:19, 78:9, 78:20, 80:25, 85:1, 86:11, 86:12, 86:24, 87:6
MS [2] - 3:14, 3:18, 3:20, 3:22, 14:14, 14:16, 14:25, 34:4, 34:6, 34:13, 34:16, 34:20, 38:23, 39:5, 39:14, 72:23, 85:1, 86:23, 87:4, 89:9, 89:10, 89:11
much [2] - 4:25, 75:13
my [39] - 4:6, 4:7, 5:3, 5:15, 10:22, 12:9, 12:25, 13:1, 13:2, 13:5, 16:4, 16:12, 16:14, 16:15, 19:3, 29:9, 32:5, 33:25, 34:3, 37:19, 40:11, 45:21, 52:13, 53:7, 54:6, 56:20, 58:22, 59:6, 62:8, 78:23,

83:23, 83:24, 84:18, 84:19, 85:20, 89:17, 90:11
My [1] - 62:15
myself [1] - 89:21

# N

N [1] - 3:1
NADEEM [2] - 2:1, 84:24
Nadeem [1] - 84:24
nail [1] - 70:19
name [6] - 13:15, 50:11, 51:11, 56:10, 62:10, 84:23
named [2] - 5:10, 6:18
Napoleon [10] - 33:15, 33:23, 33:25, 34:19, 35:2, 35:12, 35:25, 36:1, 36:8, 36:12
narcotics [16] - 17:6, 17:13, 18:12, 37:15, 37:21, 41:15, 48:16, 51:3, 54:24, 65:9, 78:10, 78:21, 78:24, 80:25, 81:9
Narcotics [9] - 10:7, 11:5, 16:18, 16:19, 23:25, 25:1, 26:10, 50:16, 54:12
narrow [1] - 49:21
narrowly [1] - 50:5
navigate [1] - 4:22
necessarily [1] - 59:4
necessary [3] - 45:9, 47:2, 53:16
necessity [1] - 63:4
need [19] - 4:25, 33:14, 34:3, 36:18, 40:11, 43:7, 52:3, 52:19, 53:24, 60:21, 63:10, 63:11, 63:13, 63:16, 69:13, 76:6, 87:2, 87:23, 88:7
needed [1] - 53:23
needs [4] - 75:16, 82:2, 83:11, 87:24
negotiate [1] - 76:6
negotiating [1] - 76:5
neighbor [1] - 80:3
never [8] - 42:18, 67:5, 71:9, 72:19, 73:1, 76:10, 76:19
new [2] - 28:11, 59:9
news [1] - 81:15

next [40] - 6:9, 6:16, 6:23, 7:12, 7:15, 8:1, 8:8, 8:13, 8:25, 9:25, 15:13, 16:13, 16:18, 16:24, 18:4, 18:10, 19:14, 20:2, 20:10, 22:3, 22:17, 22:21, 25:17, 26:9, 26:20, 26:21, 27:9, 27:18, 30:8, 30:16, 32:20, 35:18, 36:4, 36:24, 37:6, 37:25, 38:13, 46:18, 51:6, 83:2
nice [1] - 71:22
Nicholas [3] - 3:8, 78:9, 78:20
NICHOLAS [1] - 1:18
Nichols [1] - 80:25
night [1] - 56:4
nine [1] - 57:20
No [8] - 26:17, 26:18, 33:2, 36:16, 52:9, 65:21, 83:20, 87:14
no [51] - 15:12, 15:13, 16:12, 16:14, 18:17, 20:14, 20:23, 24:14, 24:16, 29:8, 31:15, 32:25, 37:13, 51:18, 53:18, 64:3, 65:19, 66:24, 67:1, 67:3, 67:4, 69:10, 69:24, 70:5, 70:8, 71:12, 71:15, 72:20, 73:15, 73:18, 73:20, 73:22, 73:25, 74:17, 76:12, 76:17, 76:20, 80:17, 81:5, 84:18, 85:12, 85:21, 87:24, 89:5, 89:8, 89:9, 89:10, 89:11, 89:12
No-go [1] - 87:14
no-knock [3] - 31:15, 80:17, 81:5
nobody [1] - 50:22
nonrelevant [1] - 71:19
nonsensical [1] - 67:7
noon [1] - 87:13
normal [2] - 28:1, 28:4
not [197] - 5:10, 5:15, 5:18, 6:5, 6:12, 7:6, 7:18, 7:20, 8:4, 8:11, 8:16, 8:18, 8:21, 9:5, 9:15, 9:20, 9:22, 11:1, 11:11, 12:1, 12:7, 12:16, 12:25, 15:14, 15:15, 16:13, 17:1, 17:10, 17:23, 18:8,

19:14, 19:17, 19:19, 20:18, 21:6, 21:20, 21:22, 22:14, 22:19, 23:7, 23:10, 23:13, 23:17, 24:3, 24:11, 24:14, 24:17, 24:21, 25:11, 25:16, 25:20, 25:23, 26:4, 26:5, 26:14, 26:17, 27:2, 27:20, 28:1, 28:2, 28:3, 28:5, 28:16, 28:22, 30:12, 31:3, 31:6, 31:13, 31:15, 31:20, 31:25, 32:17, 32:22, 33:2, 33:3, 33:6, 33:10, 33:21, 33:24, 35:13, 36:20, 36:21, 37:3, 37:16, 38:3, 38:10, 39:7, 39:10, 39:13, 39:20, 40:1, 40:6, 41:6, 41:20, 42:3, 42:6, 42:12, 43:10, 43:19, 43:25, 45:5, 45:18, 46:23, 47:13, 47:18, 49:1, 49:3, 49:9, 49:12, 51:24, 52:3, 52:11, 52:12, 52:20, 52:23, 52:25, 53:3, 53:7, 55:8, 55:9, 56:14, 56:15, 56:16, 56:25, 57:2, 57:6, 57:10, 57:19, 57:21, 57:25, 58:1, 58:5, 58:19, 59:4, 59:5, 59:14, 59:18, 59:21, 59:22, 59:24, 60:21, 61:13, 62:6, 62:19, 62:25, 63:22, 65:24, 66:2, 66:3, 67:6, 67:14, 70:14, 71:1, 71:8, 72:9, 72:10, 72:11, 73:1, 74:13, 74:15, 74:22, 75:1, 75:15, 75:24, 77:10, 77:15, 77:18, 77:21, 81:19, 82:14, 83:5, 83:23, 84:14, 84:17, 85:9, 85:17, 85:22, 86:11, 86:14, 86:15, 86:18, 86:19, 86:25, 87:9, 87:12, 87:24, 88:6, 89:4, 89:7, 89:17, 89:23

**note** [1] - 88:8

**notes** [1] - 29:17

**nothing** [3] - 61:16, 75:3, 77:5

**notice** [9] - 36:11, 62:12, 63:20, 63:21, 63:25, 64:5, 64:7,

65:6, 70:17

**Notice** [1] - 64:12

**noticed** [1] - 19:16

**noting** [1] - 57:15

**now** [31] - 5:13, 11:22, 21:14, 22:4, 23:13, 24:23, 29:22, 34:25, 35:3, 35:5, 35:8, 42:7, 46:21, 46:24, 46:25, 47:17, 47:19, 47:20, 50:12, 52:2, 52:20, 53:2, 53:21, 63:14, 69:9, 70:22, 71:20, 73:4, 78:2, 84:12, 89:14

**Number** [9] - 3:4, 60:6, 60:10, 65:7, 72:7, 73:11, 73:12, 74:4, 78:19

**number** [11] - 6:1, 6:10, 6:17, 22:5, 31:23, 32:8, 48:6, 49:23, 53:8, 58:13, 78:8

**numbered** [1] - 90:12

**numbering** [1] - 64:6

**Numbers** [1] - 63:20

# O

**O** [1] - 3:1

**O'NEILL** [1] - 1:15

**oath** [5] - 14:9, 66:7, 70:25, 75:19, 81:10

**object** [5] - 12:5, 12:6, 12:7, 16:21, 87:15

**objected** [4] - 11:20, 12:16, 15:8, 17:22

**Objection** [3] - 16:12, 39:9, 40:6

**objection** [118] - 6:7, 6:8, 6:14, 6:22, 7:10, 7:21, 8:4, 8:7, 8:11, 8:16, 8:24, 9:5, 9:9, 9:14, 9:16, 9:17, 9:22, 9:24, 10:5, 10:9, 11:13, 13:7, 13:8, 13:19, 13:25, 15:11, 15:16, 15:17, 16:1, 16:2, 16:3, 16:14, 16:16, 16:24, 17:10, 17:13, 17:18, 18:2, 18:8, 18:9, 18:15, 18:16, 19:12, 19:19, 19:20, 19:22, 19:25, 20:1, 20:7, 20:8, 20:16, 20:20, 20:21, 21:1, 21:17, 21:22,

21:24, 22:7, 22:16, 22:20, 23:1, 23:6, 23:9, 23:16, 23:18, 23:20, 24:3, 24:22, 25:3, 25:6, 25:11, 25:13, 25:20, 25:24, 26:8, 26:14, 26:19, 27:1, 27:3, 27:8, 27:17, 27:20, 27:21, 28:17, 30:12, 30:13, 30:20, 31:1, 31:6, 31:8, 31:18, 31:19, 32:12, 32:17, 32:19, 32:22, 32:24, 33:11, 35:9, 35:15, 36:17, 36:20, 36:23, 37:3, 37:5, 37:9, 37:10, 37:16, 37:18, 38:9, 38:17, 39:8, 74:9, 80:15, 80:19

**objectionable** [7] - 10:12, 10:13, 10:20, 11:17, 24:7, 24:19, 53:15

**objections** [19] - 12:9, 12:10, 18:22, 19:2, 21:12, 27:22, 28:6, 28:9, 37:18, 38:4, 38:25, 39:6, 46:18, 53:16, 53:17, 71:20, 85:11, 86:10, 90:1

**observation** [1] - 55:10

**obstruction** [1] - 84:6

**obtain** [1] - 63:7

**obtained** [1] - 56:2

**obviously** [9] - 17:14, 39:7, 42:20, 43:7, 43:20, 53:14, 65:2, 81:6, 83:3

**occurred** [2] - 38:8, 81:18

**occurs** [1] - 22:11

**Odom** [4] - 54:19, 54:20, 54:22, 55:11

**OF** [9] - 1:1, 1:7, 1:10, 1:21, 1:24, 2:1, 2:8, 2:12, 2:15

**of** [328] - 2:20, 3:5, 3:12, 3:15, 3:16, 3:19, 4:2, 4:10, 4:15, 4:17, 4:20, 5:1, 5:4, 5:15, 5:19, 5:25, 6:1, 6:2, 6:6, 6:10, 6:17, 6:23, 6:24, 7:16, 7:19, 8:3, 8:13, 8:18, 9:7, 9:18, 10:4, 10:8, 10:16, 10:24, 10:25, 11:5,

11:11, 12:10, 12:18, 12:24, 13:8, 13:11, 15:5, 15:6, 15:19, 15:23, 16:7, 16:10, 16:17, 16:19, 17:21, 17:22, 18:11, 18:13, 18:19, 19:10, 19:20, 20:6, 20:9, 20:12, 20:14, 20:19, 20:21, 20:23, 20:25, 21:18, 22:1, 22:4, 22:5, 23:11, 23:23, 23:24, 24:1, 24:6, 24:15, 24:17, 24:20, 24:23, 24:25, 25:8, 25:16, 25:18, 25:22, 26:1, 26:6, 26:7, 26:22, 26:23, 27:6, 27:10, 27:19, 27:24, 28:7, 28:9, 28:25, 31:2, 31:13, 31:14, 31:21, 31:23, 32:6, 32:8, 33:18, 33:25, 34:5, 35:2, 35:5, 35:10, 35:13, 35:19, 35:21, 36:5, 36:12, 36:13, 36:18, 37:1, 37:11, 38:1, 38:4, 38:8, 38:14, 38:21, 39:9, 39:18, 40:1, 40:14, 41:1, 41:10, 41:11, 41:15, 41:22, 42:4, 42:5, 42:12, 42:15, 42:17, 42:18, 43:14, 43:18, 43:19, 45:1, 45:5, 46:4, 46:12, 46:15, 46:18, 47:4, 47:5, 47:11, 47:22, 47:23, 48:6, 48:9, 48:13, 48:15, 48:23, 49:1, 49:5, 49:20, 49:23, 49:24, 50:4, 50:12, 50:16, 51:18, 52:2, 52:14, 52:16, 52:24, 53:4, 53:8, 53:10, 54:6, 54:10, 54:11, 54:12, 54:20, 54:24, 54:25, 55:20, 55:25, 56:3, 56:4, 56:10, 56:15, 57:3, 57:9, 57:14, 57:17, 57:19, 57:22, 58:12, 58:22, 59:7, 59:13, 59:15, 59:23, 60:7, 60:10, 60:19, 60:21, 60:24, 61:4, 61:5, 61:15, 61:16, 61:18, 61:21, 61:24, 62:9, 62:10, 62:12, 62:25, 63:3, 63:4, 63:5, 63:13, 64:12, 64:13,

65:1, 65:6, 65:13, 65:17, 65:18, 65:22, 65:24, 66:1, 66:11, 66:14, 67:3, 67:15, 67:16, 68:13, 68:19, 68:24, 69:3, 69:9, 69:10, 70:7, 70:9, 70:12, 71:12, 71:24, 72:6, 72:14, 72:15, 72:20, 73:4, 73:20, 73:23, 74:1, 74:7, 74:17, 74:19, 75:1, 75:2, 75:11, 75:22, 76:10, 76:11, 76:13, 76:18, 76:19, 76:24, 77:4, 77:10, 77:15, 77:17, 77:19, 77:23, 81:3, 81:12, 81:15, 81:18, 81:21, 81:22, 82:15, 83:24, 83:25, 84:5, 84:14, 85:4, 86:16, 86:19, 87:1, 87:25, 88:3, 88:5, 88:8, 88:15, 88:16, 88:19, 88:20, 89:1, 89:16, 89:21, 89:22, 89:25, 90:1, 90:3, 90:11, 90:11, 90:12

**off** [5] - 33:24, 43:20, 43:25, 45:17, 48:22

**offense** [2] - 6:2, 31:16

**offer** [1] - 75:20

**office** [2] - 41:20, 68:14

**Office** [7] - 50:20, 51:12, 66:8, 67:9, 68:23, 77:8, 85:2

**officer** [15] - 10:12, 11:6, 12:20, 12:24, 13:13, 24:1, 24:2, 24:17, 25:8, 27:6, 43:2, 62:6, 74:25, 79:12

**Officer** [11] - 17:2, 20:11, 21:19, 22:12, 22:19, 33:20, 49:1, 61:20, 65:2, 82:9, 84:1

**officers** [20] - 4:16, 4:21, 5:4, 6:18, 8:19, 10:16, 17:6, 17:21, 20:4, 23:13, 26:23, 27:10, 36:25, 37:7, 38:15, 55:25, 60:25, 61:4, 81:4, 81:21

**Official** [4] - 2:18, 2:19, 90:10, 90:14

**official** [2] - 55:16, 55:17

**often** [1] - 59:5
**okay** [19] - 16:7, 29:9, 29:22, 33:8, 36:16, 40:10, 40:18, 45:20, 47:17, 54:2, 56:22, 62:17, 63:22, 68:18, 72:3, 74:3, 78:5, 82:7, 86:23
**Okay** [19] - 16:15, 34:1, 34:17, 39:14, 43:5, 43:11, 44:18, 45:25, 53:10, 62:22, 65:7, 66:13, 68:1, 68:10, 68:11, 73:6, 79:21, 81:14, 83:12
**on** [133] - 3:15, 3:16, 3:19, 4:8, 4:24, 5:8, 5:15, 5:25, 9:10, 11:14, 13:10, 14:5, 15:12, 15:18, 15:20, 15:22, 16:4, 16:12, 16:14, 16:15, 17:5, 18:5, 19:5, 19:9, 20:2, 20:17, 20:19, 21:2, 22:3, 22:4, 22:8, 23:22, 23:23, 23:24, 24:12, 24:23, 26:21, 26:24, 27:6, 27:12, 27:25, 28:11, 30:23, 32:11, 33:1, 34:24, 35:2, 35:10, 35:11, 35:15, 35:18, 36:3, 36:12, 36:18, 37:12, 38:13, 39:6, 39:17, 40:12, 42:9, 43:6, 43:20, 43:25, 45:1, 47:6, 47:24, 48:6, 48:12, 48:22, 50:3, 51:13, 51:14, 51:25, 52:9, 53:17, 53:23, 54:9, 54:23, 55:25, 56:4, 57:1, 57:9, 57:14, 57:19, 57:23, 58:12, 58:13, 58:14, 59:4, 60:6, 62:12, 62:18, 62:19, 63:12, 63:13, 64:5, 64:6, 64:23, 65:4, 65:12, 67:3, 67:4, 68:1, 68:7, 70:24, 72:6, 74:11, 75:8, 75:10, 76:12, 77:9, 78:1, 80:19, 80:22, 81:5, 82:25, 83:14, 85:24, 86:13, 86:16, 86:19, 87:4, 87:13, 87:14, 87:23, 88:14, 88:17
**once** [6] - 7:14, 10:16, 48:19, 48:20, 51:9, 62:5

**one** [44] - 9:7, 15:6, 15:23, 16:6, 16:9, 20:10, 26:23, 27:10, 28:20, 30:1, 32:4, 40:21, 40:24, 42:18, 43:18, 43:23, 45:24, 46:1, 48:1, 48:23, 49:12, 49:16, 51:25, 53:6, 53:18, 54:10, 58:13, 60:23, 62:20, 64:23, 66:10, 67:3, 72:19, 72:20, 76:12, 76:13, 78:6, 83:13, 86:24, 87:18, 87:24, 88:15, 88:19
**one-year** [1] - 20:10
**ones** [1] - 49:1
**only** [14] - 8:18, 20:11, 56:8, 57:18, 57:19, 57:20, 58:4, 58:16, 59:14, 80:2, 87:8, 87:10
**open** [1] - 46:17
**opened** [2] - 11:10, 13:2
**opening** [2] - 12:21, 17:22
**operating** [1] - 48:24
**operational** [3] - 41:4, 41:15, 42:13
**operationally** [1] - 41:7
**opine** [1] - 42:9
**opinion** [2] - 10:25, 56:12
**opportunities** [1] - 89:20
**opportunity** [2] - 86:6, 88:25
**opposed** [2] - 71:6, 88:18
**or** [97] - 7:6, 8:14, 8:21, 12:22, 13:13, 14:9, 17:2, 17:16, 22:14, 23:10, 24:6, 24:14, 24:17, 24:18, 25:16, 25:23, 26:5, 28:24, 29:18, 30:16, 30:20, 30:22, 31:16, 33:23, 34:9, 34:14, 34:18, 34:20, 35:6, 35:7, 35:13, 35:17, 35:22, 35:25, 36:8, 36:21, 37:25, 38:9, 41:5, 43:10, 45:17, 47:14, 48:4, 48:24, 49:16, 49:18, 49:19, 50:15, 51:25, 52:24, 53:6, 53:23, 54:12, 54:14, 55:15, 55:16,

55:21, 55:23, 57:17, 59:21, 59:22, 59:24, 60:12, 62:25, 65:4, 65:9, 65:10, 65:11, 65:15, 66:1, 67:4, 70:18, 71:1, 72:9, 73:23, 74:15, 77:6, 77:7, 77:10, 77:11, 77:15, 77:18, 78:9, 78:17, 78:20, 79:11, 80:18, 80:25, 81:11, 82:2, 82:11, 82:15, 85:24
**Oral** [1] - 64:12
**order** [2] - 55:8, 55:14
**orders** [1] - 48:24
**ordinary** [1] - 17:16
**organization** [2] - 41:13, 69:24
**organizational** [1] - 41:2
**organizations** [1] - 59:4
**original** [2] - 63:21, 85:20
**originally** [1] - 85:19, 85:24
**OSCAR** [1] - 2:12
**other** [40] - 5:13, 10:16, 14:9, 14:10, 23:13, 25:9, 25:15, 31:4, 31:10, 34:21, 40:9, 40:11, 42:3, 42:11, 44:15, 46:10, 51:20, 52:25, 53:24, 67:4, 67:24, 69:11, 69:24, 70:24, 72:12, 73:18, 73:20, 73:22, 73:23, 73:25, 76:11, 79:11, 81:4, 83:4, 84:8, 87:11, 87:18, 88:8, 88:24
**others** [1] - 73:15
**otherwise** [1] - 50:7
**our** [16] - 16:20, 32:9, 33:16, 41:5, 43:20, 58:20, 63:20, 68:12, 70:11, 70:19, 72:20, 73:21, 78:12, 78:13, 83:4, 87:9
**ourselves** [1] - 71:2
**out** [34] - 3:24, 4:5, 5:17, 5:24, 12:10, 16:18, 17:21, 17:22, 28:21, 29:16, 36:11, 38:11, 42:18, 43:18, 43:20, 48:25, 49:12, 49:15, 51:10, 51:11, 54:22, 55:3, 61:11,

66:16, 69:18, 72:20, 76:18, 77:20, 83:2, 86:20, 88:15, 88:19, 89:19
**outlined** [1] - 72:7
**outlining** [1] - 85:21
**outside** [1] - 49:24
**outstanding** [1] - 5:19
**over** [7] - 4:24, 18:6, 18:13, 32:2, 73:5, 75:15, 84:3
**overbroad** [1] - 55:3
**overhaul** [1] - 57:3, 59:7
**overly** [1] - 25:5
**overruled** [46] - 6:8, 6:15, 6:22, 7:21, 8:7, 8:24, 9:9, 9:24, 10:5, 13:7, 13:9, 20:8, 21:24, 22:7, 22:16, 22:20, 23:1, 23:9, 24:22, 25:13, 25:24, 26:8, 26:19, 27:3, 27:8, 27:17, 27:22, 28:6, 28:17, 28:20, 30:13, 30:20, 31:8, 31:19, 32:19, 33:11, 35:15, 36:23, 37:5, 37:10, 37:18, 38:4, 38:9, 38:17, 39:1, 71:20
**overtime** [6] - 6:10, 10:23, 38:1, 38:10, 38:14, 86:17
**own** [2] - 66:14, 76:18
**owned** [2] - 18:12, 33:20

**P**

**P** [2] - 1:18, 3:1
**p.m** [1] - 27:19
**P.O** [2] - 2:12, 2:16
**Page** [60] - 5:25, 7:15, 7:22, 9:19, 13:10, 13:22, 14:2, 14:5, 14:6, 15:5, 15:19, 15:20, 15:25, 16:8, 16:17, 17:5, 18:4, 18:5, 18:19, 18:24, 19:5, 20:2, 20:17, 21:2, 21:18, 21:19, 22:3, 22:4, 23:2, 23:22, 23:23, 23:24, 24:23, 25:7, 26:9, 26:21, 26:22, 27:9, 28:10, 28:11, 30:8, 30:23, 31:2,

31:21, 32:14, 32:20, 35:10, 35:18, 35:20, 36:12, 36:13, 36:24, 37:11, 37:12, 38:13, 54:25
**page** [8] - 9:10, 16:15, 19:4, 24:12, 39:6, 40:24, 57:14, 77:10
**pages** [3] - 49:5, 74:17, 74:19
**paid** [1] - 6:10
**paper** [2] - 43:6, 45:2
**paperwork** [3] - 21:20, 22:13, 22:19
**PARDO** [1] - 2:12
**Pardo** [1] - 3:20
**Parkway** [3] - 1:16, 1:19, 2:5
**part** [5] - 19:20, 31:21, 35:10, 35:13, 46:4
**partially** [1] - 79:20
**participated** [1] - 8:20
**particular** [14] - 4:11, 8:17, 11:14, 11:15, 17:6, 17:15, 18:2, 18:18, 26:24, 27:6, 28:22, 38:6, 42:10, 69:2
**parties** [1] - 85:23
**parts** [4] - 45:3, 53:6, 72:18, 76:23
**party** [1] - 84:13
**past** [3] - 4:24, 8:10, 59:18
**patient** [1] - 89:15
**Patricia** [1] - 80:3
**pattern** [2] - 57:17, 67:4
**pay** [1] - 38:14
**payroll** [1] - 38:11
**people** [5] - 4:20, 64:22, 66:17, 71:2, 88:4
**people's** [1] - 23:14
**per** [2] - 88:12, 88:16
**percent** [7] - 42:1, 45:5, 48:9, 48:13, 49:1, 49:9, 52:24
**perfectly** [2] - 33:1, 77:4
**performance** [8] - 7:22, 8:15, 8:22, 24:1, 24:6, 24:17, 25:8, 25:9
**perhaps** [5] - 15:20, 17:16, 44:10, 53:5, 69:15

**period** [3] - 20:11, 22:10, 82:8
**perjury** [1] - 14:8
**permission** [1] - 83:8
**permissiveness** [1] - 37:2
**permit** [1] - 46:15
**permitted** [2] - 55:15, 74:12
**person** [4] - 76:6, 80:2
**personal** [1] - 63:5
**personality** [1] - 5:6
**personnel** [2] - 61:4, 67:24
**perspective** [3] - 41:5, 43:21, 53:22
**pertains** [1] - 63:10
**pick** [1] - 48:4
**piece** [1] - 61:15
**pinning** [1] - 51:25
**place** [7] - 11:24, 19:3, 37:23, 57:5, 59:9, 62:13
**plaintiff** [6] - 38:20, 57:16, 73:14, 83:19, 89:4
**PLAINTIFF** [1] - 1:18
**Plaintiff's** [1] - 64:12
**plaintiff's** [3] - 53:11, 53:22, 84:4
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [6] - 3:10, 57:22, 65:24, 68:22, 85:15, 87:14
**plan** [1] - 31:5
**planning** [1] - 8:20
**plans** [1] - 88:5
**plead** [2] - 12:11, 39:1
**pleading** [1] - 88:8
**pleadings** [1] - 86:20
**pleads** [3] - 39:3, 39:4, 39:22
**please** [5] - 3:3, 3:6, 49:17, 58:8, 89:22
**point** [23] - 5:17, 8:3, 11:22, 41:22, 49:12, 50:4, 60:7, 61:11, 62:9, 62:15, 62:18, 62:19, 62:20, 67:18, 69:2, 70:20, 75:11, 75:13, 77:23, 78:5, 86:4, 86:13, 86:15
**pointed** [1] - 49:15
**points** [5] - 16:17, 48:9, 48:25, 49:12, 54:22
**Police** [23] - 6:10,

6:24, 8:2, 9:3, 10:8, 11:5, 15:6, 15:23, 16:9, 22:21, 23:3, 25:7, 31:3, 31:9, 31:13, 35:23, 41:3, 41:8, 41:21, 53:19, 56:15, 57:1, 57:19
**police** [10] - 10:12, 15:6, 15:24, 16:10, 18:11, 33:17, 55:25, 61:7, 62:6, 80:4
**policies** [6] - 27:5, 27:15, 59:7, 59:8, 59:10, 60:16
**policy** [19] - 31:4, 31:9, 31:13, 55:16, 55:17, 55:20, 55:23, 55:25, 56:3, 57:3, 57:5, 59:4, 59:15, 59:17, 59:20, 59:21, 59:22, 59:24
**policymaker** [13] - 55:15, 55:19, 55:22, 56:7, 56:8, 56:11, 56:14, 56:18, 57:16, 57:22, 58:1, 58:4
**poll** [1] - 45:22
**posed** [1] - 18:20
**position** [5] - 44:18, 68:3, 70:6, 73:14, 78:12
**positions** [1] - 89:25
**possession** [4] - 65:25, 73:16, 73:21, 77:14
**possible** [1] - 26:12
**possibly** [1] - 12:22
**post** [1] - 76:24
**post-raid** [1] - 76:24
**potential** [2] - 34:18, 46:21
**practice** [6] - 24:25, 27:10, 55:16, 57:17, 67:4, 88:8
**practices** [1] - 17:9
**predates** [1] - 58:1
**predicate** [3] - 18:17, 20:14, 41:23
**preparation** [1] - 28:20, 29:23
**prepare** [3] - 29:4, 32:9, 60:15
**prepared** [3] - 28:21, 44:21, 81:9
**presence** [1] - 35:15
**present** [1] - 71:8
**presentation** [1] - 73:4
**presented** [4] - 27:11, 55:11, 70:23

**presided** [1] - 75:14
**president** [1] - 80:5
**press** [1] - 81:17
**pretty** [2] - 38:12, 71:4
**previously** [1] - 78:1
**printed** [1] - 36:11
**prior** [26] - 9:1, 9:20, 24:2, 25:1, 25:19, 26:3, 26:5, 28:24, 29:13, 30:4, 30:11, 30:19, 31:14, 32:7, 32:8, 36:11, 56:18, 56:25, 57:20, 59:13, 60:15, 65:25, 78:3, 85:3, 86:16
**privilege** [5] - 33:12, 39:12, 39:13, 40:4, 87:10
**privileges** [1] - 87:11
**problem** [8] - 21:20, 22:12, 39:21, 44:7, 44:8, 47:12, 49:21, 74:4
**procedures** [5] - 27:5, 27:16, 48:24, 59:7, 60:16
**Proceedings** [1] - 2:24
**proceedings** [2] - 90:7, 90:12
**PROCEEDINGS** [1] - 1:10
**process** [8] - 8:20, 9:18, 31:21, 32:11, 37:14, 37:20, 37:24, 43:12
**produce** [2] - 75:17, 80:12
**produced** [20] - 2:25, 68:6, 68:22, 69:15, 69:19, 72:12, 72:25, 73:2, 73:12, 73:18, 74:1, 74:8, 74:10, 74:21, 75:23, 76:3, 77:3, 77:11, 82:14
**product** [1] - 78:13
**production** [1] - 72:6
**Professionalism** [1] - 4:9
**proffer** [1] - 67:19
**pronouncements** [1] - 86:16
**proof** [2] - 80:11, 82:15
**proper** [3] - 17:7, 30:6, 75:18
**properly** [1] - 20:5
**property** [1] - 61:15, 80:17

**proposed** [1] - 83:9
**propounded** [1] - 72:5
**protected** [1] - 78:13
**protection** [1] - 40:8
**provide** [2] - 42:21, 43:7
**provided** [5] - 14:22, 47:15, 65:11, 69:20, 89:2
**provider** [1] - 26:3
**public** [1] - 79:22
**pull** [1] - 32:2
**purchased** [1] - 35:2
**push** [1] - 85:23
**put** [10] - 5:1, 44:25, 66:17, 68:13, 68:19, 71:2, 72:13, 81:5, 82:21, 89:15
**puts** [1] - 88:15
**putting** [2] - 63:4, 80:19, 88:15

## Q

**question** [111] - 5:25, 6:4, 6:9, 6:12, 6:16, 6:19, 6:23, 7:12, 7:15, 7:19, 8:1, 8:8, 8:13, 8:25, 9:10, 9:25, 10:14, 10:21, 11:7, 11:12, 11:15, 11:17, 12:6, 12:21, 13:10, 14:11, 15:13, 15:14, 15:17, 16:14, 16:18, 17:14, 17:23, 18:2, 18:4, 18:5, 18:10, 18:18, 19:7, 19:8, 19:14, 19:18, 19:23, 20:2, 20:10, 22:2, 22:3, 22:11, 22:17, 22:21, 22:25, 23:21, 24:11, 24:12, 24:19, 24:24, 25:4, 25:17, 26:7, 26:9, 26:16, 26:20, 26:21, 27:4, 27:9, 27:18, 27:24, 28:2, 29:2, 29:10, 30:1, 30:3, 30:8, 30:16, 30:23, 31:20, 31:25, 32:4, 32:12, 32:20, 33:1, 33:6, 33:13, 34:3, 35:8, 36:4, 36:17, 36:21, 37:19, 37:22, 37:25, 38:6, 38:13, 38:22, 38:25, 39:11, 39:15, 40:2, 45:14, 48:2, 51:14, 51:15, 58:18, 60:12, 63:8, 72:22,

72:25, 77:15, 81:13
**questioned** [1] - 69:12
**questioning** [2] - 18:20, 63:6
**questions** [36] - 5:9, 5:17, 8:17, 12:11, 13:8, 13:11, 13:20, 13:23, 15:2, 18:20, 21:2, 21:10, 32:11, 36:1, 36:11, 38:7, 38:18, 46:5, 46:11, 47:14, 48:6, 49:5, 49:6, 49:11, 49:17, 49:20, 51:25, 52:12, 52:15, 52:16, 71:20, 74:14, 75:7, 90:2
**quickly** [1] - 78:16
**quote** [3] - 45:13, 55:1, 57:13
**quoting** [2] - 52:14, 54:19

## R

**R** [3] - 2:4, 3:1, 84:24
**raid** [64] - 7:23, 8:9, 8:19, 9:2, 18:11, 19:24, 20:3, 22:10, 23:5, 24:2, 25:2, 25:19, 26:3, 26:5, 26:6, 27:18, 27:23, 28:1, 28:3, 28:8, 28:10, 28:24, 28:25, 29:13, 29:15, 30:4, 30:11, 30:19, 31:14, 33:19, 35:5, 35:10, 36:3, 37:12, 37:15, 37:21, 37:22, 38:8, 38:15, 38:16, 41:3, 56:20, 59:17, 60:16, 65:23, 76:24, 78:3, 78:25, 79:13, 79:17, 79:22, 80:17, 80:18, 81:2, 81:21, 81:22, 82:1, 82:2, 82:5, 82:6, 82:11, 82:12
**rainy** [1] - 87:5
**raise** [2] - 69:3, 82:21
**raised** [9] - 11:1, 28:12, 45:14, 45:18, 46:12, 47:25, 54:1, 69:2, 84:17
**raising** [1] - 83:23
**rather** [3] - 37:8, 39:18, 41:3
**reach** [1] - 86:12
**reached** [4] - 12:10, 84:7, 85:3, 85:17

**read** [8] - 4:8, 5:2, 32:3, 57:13, 63:23, 73:19, 78:15, 78:23
**reading** [15] - 4:5, 4:15, 5:11, 16:6, 21:15, 22:1, 64:2, 64:3, 64:5, 64:11, 77:2, 77:5, 77:9, 78:16
**real** [1] - 88:9
**really** [7] - 43:25, 44:6, 45:16, 45:17, 46:12, 54:3, 76:23
**reasked** [1] - 33:13
**reason** [16] - 14:23, 14:25, 15:10, 24:21, 39:21, 42:10, 42:12, 42:16, 45:9, 55:13, 64:24, 66:12, 70:13, 71:17, 73:8
**reasonable** [9] - 4:12, 8:22, 17:14, 31:11, 33:1, 37:24, 82:5, 88:23, 89:1
**reasons** [1] - 84:10
**recall** [5] - 13:11, 81:16, 84:1, 87:8, 87:16
**receipt** [2] - 31:16
**receipts** [1] - 20:23
**receive** [1] - 38:1
**received** [3] - 7:23, 38:10, 74:10
**recently** [2] - 80:5, 84:19
**recommendation** [1] - 19:11
**recommended** [2] - 19:8, 22:23
**reconvene** [1] - 86:21
**record** [14] - 3:7, 6:3, 13:15, 14:15, 39:8, 40:3, 42:22, 43:8, 45:10, 69:4, 69:23, 70:9, 70:12, 90:12
**recorded** [1] - 2:24
**records** [2] - 38:11, 76:21
**recovered** [1] - 33:19
**REDDEN** [1] - 1:21
**reference** [3] - 33:25, 36:8, 76:11
**referenced** [1] - 16:1
**references** [2] - 77:6, 81:25
**referred** [1] - 22:13
**referring** [5] - 19:12, 21:6, 35:24, 35:25, 36:7

**reflected** [1] - 44:2
**refresh** [1] - 29:24
**refreshed** [1] - 28:25
**refused** [3] - 14:18, 76:15, 84:9
**regard** [2] - 28:23, 35:25
**regarding** [25] - 4:15, 6:19, 7:13, 8:18, 13:8, 13:9, 13:23, 14:3, 15:3, 17:13, 18:22, 22:12, 24:6, 27:4, 28:9, 29:1, 34:3, 38:4, 38:21, 47:19, 67:20, 67:21, 72:6, 76:24
**regards** [26] - 9:16, 13:24, 14:21, 15:2, 19:18, 25:14, 28:18, 30:21, 32:24, 35:8, 35:13, 36:1, 38:6, 39:8, 46:3, 47:15, 65:7, 68:4, 72:13, 72:24, 73:10, 73:13, 77:1, 77:6, 78:19, 89:22
**rehearing** [1] - 39:11
**relate** [1] - 56:17
**related** [4] - 10:23, 40:25, 82:21, 83:25
**relates** [2] - 13:4, 41:1
**relating** [10] - 35:21, 36:5, 65:16, 65:25, 66:1, 73:20, 73:25, 74:6, 74:7
**relative** [1] - 16:20
**relevance** [1] - 71:4
**relevant** [13] - 25:5, 42:17, 54:10, 54:18, 55:3, 55:6, 56:16, 56:23, 57:6, 58:2, 58:5, 67:2, 77:25
**remain** [1] - 57:5
**remedial** [1] - 23:8
**rep** [3] - 54:9, 62:11, 64:25
**repeated** [4] - 45:10, 45:15, 79:23, 80:5
**repeats** [1] - 21:5
**report** [23] - 13:17, 13:20, 15:3, 18:21, 18:25, 19:12, 21:9, 21:10, 21:16, 22:18, 29:5, 29:25, 30:25, 33:20, 35:7, 35:19, 36:18, 36:22, 44:21, 45:19, 58:3
**reported** [1] - 57:10
**Reporter** [2] - 2:18, 2:19, 90:10, 90:14

**REPORTER'S** [1] - 90:9
**reports** [5] - 31:16, 33:17, 61:24, 62:1
**representative** [3] - 51:6, 60:11, 60:21
**reprimanded** [1] - 35:22
**request** [11] - 8:23, 31:11, 37:24, 47:19, 67:19, 68:22, 70:2, 70:3, 73:8, 73:13, 74:10
**requesting** [1] - 41:11
**requests** [6] - 4:13, 68:5, 69:15, 70:15, 72:6, 76:4
**require** [5] - 5:1, 31:13, 31:15
**required** [1] - 53:17
**requirement** [4] - 48:10, 48:19, 48:23, 55:21
**requirements** [1] - 55:18
**requiring** [2] - 31:4, 31:10
**reschedule** [3] - 82:25, 84:9, 84:12
**resigned** [1] - 62:6
**resolves** [1] - 82:19
**respect** [1] - 50:10
**respond** [2] - 68:11, 87:3
**responded** [10] - 5:22, 49:11, 54:25, 67:23, 68:11, 68:21, 70:2, 72:8, 74:5
**response** [6] - 22:18, 28:25, 45:11, 51:17, 68:12, 70:15
**responses** [1] - 47:13
**responsibilities** [3] - 6:20, 10:2, 23:4
**responsibility** [4] - 4:17, 6:17, 7:14, 11:11
**responsible** [1] - 41:8
**responsive** [1] - 76:3
**result** [6] - 6:23, 18:6, 35:21, 36:5, 61:5, 81:6, 81:22
**resulted** [1] - 4:23
**results** [2] - 7:16, 44:3
**retired** [1] - 51:12
**returned** [1] - 21:4

**returns** [1] - 18:20
**reurge** [1] - 89:25
**revealed** [1] - 59:18
**review** [5] - 31:4, 31:10, 31:15, 48:21, 63:7
**reviewed** [7] - 45:5, 49:3, 49:10, 49:13, 49:18, 49:19, 49:20
**revisit** [2] - 46:1, 47:2
**Rex** [1] - 13:16
**Rexrode** [5] - 13:12, 13:13, 19:9, 22:24, 30:24
**REYNA** [1] - 2:9
**Reyna** [11] - 3:17, 9:11, 10:1, 30:17, 30:22, 84:1, 84:23, 85:19, 87:14, 87:18
**Reyna's** [3] - 9:18, 86:14, 87:6
**Right** [3] - 43:9, 46:10, 73:4
**right** [27] - 5:24, 17:1, 23:13, 30:7, 40:8, 46:5, 47:19, 48:17, 50:12, 51:24, 53:15, 53:21, 54:8, 55:12, 58:6, 65:8, 68:7, 72:23, 73:6, 73:9, 78:22, 79:8, 82:4, 82:18, 86:22, 86:24, 87:17
**rights** [1] - 23:15
**road** [1] - 11:13
**ROBERT** [1] - 1:24
**rode** [1] - 13:16
**role** [2] - 57:20, 70:19
**Room** [1] - 2:20
**room** [3] - 12:5, 12:7, 81:15
**root** [2] - 39:18, 39:21
**root-cause** [1] - 39:21
**rose** [1] - 34:2
**routed** [1] - 67:12
**RPR** [2] - 2:18, 90:10
**rule** [2] - 36:18, 53:17
**ruled** [1] - 77:25
**ruling** [2] - 5:1, 55:9
**rulings** [1] - 82:25
**Rusk** [1] - 2:20

**S**

**S** [5] - 2:18, 3:1,

84:24, 90:10, 90:14
**said** [35] - 5:13, 12:10, 12:13, 27:12, 32:15, 45:25, 46:1, 46:12, 47:2, 47:6, 48:3, 52:6, 55:2, 58:13, 61:1, 62:14, 65:17, 66:1, 66:9, 66:13, 67:22, 68:20, 71:7, 73:11, 74:1, 74:7, 79:24, 86:2, 87:2, 87:14, 87:15, 88:22, 89:3
**sake** [1] - 33:7
**SALAZAR** [1] - 2:15
**Salazar** [1] - 3:19
**same** [14] - 12:9, 19:25, 20:20, 64:6, 64:17, 68:19, 71:11, 80:5, 84:5, 84:10, 86:10, 88:11, 88:14
**satisfied** [1] - 75:25
**Saturday** [1] - 87:13
**save** [2] - 86:14, 87:6
**saw** [3] - 39:6, 84:11, 90:3
**say** [38] - 4:14, 13:3, 15:15, 26:17, 26:18, 29:8, 34:11, 35:3, 36:5, 39:19, 40:6, 42:24, 45:20, 49:17, 52:8, 55:5, 55:10, 55:24, 56:16, 60:19, 60:21, 65:21, 66:22, 66:24, 67:3, 67:4, 68:16, 69:19, 71:12, 71:14, 72:20, 73:11, 74:12, 75:11, 76:17, 76:18, 82:4
**saying** [14] - 11:9, 39:9, 44:7, 45:2, 55:3, 63:17, 66:15, 70:8, 70:14, 70:25, 73:4, 75:14, 76:12, 76:18
**says** [18] - 15:22, 16:16, 22:8, 24:15, 44:5, 44:13, 45:4, 45:8, 50:14, 55:19, 57:15, 58:16, 66:25, 67:20, 75:22, 76:2, 80:24, 81:7
**scenario** [2] - 12:18, 67:6
**scene** [2] - 37:20, 37:24
**schedule** [4] - 88:15, 88:19, 88:20, 88:24
**scheduled** [4] - 46:18, 83:1, 84:2, 85:25

**scope** [9] - 40:14, 41:1, 41:9, 41:10, 41:22, 46:18, 49:24, 60:9, 86:19

**Scott** [1] - 56:10

**search** [5] - 27:11, 31:5, 31:15, 35:11, 35:14

**seat** [1] - 3:3

**Second** [1] - 64:12

**second** [2] - 60:18, 64:17

**secondly** [1] - 77:18

**see** [8] - 33:9, 66:16, 69:13, 72:24, 75:10, 75:13, 77:10, 83:8

**seems** [3] - 47:3, 47:11, 81:9

**seen** [1] - 68:4

**self** [1] - 43:21

**self-serving** [1] - 43:21

**selling** [1] - 79:15

**sense** [2] - 62:15, 72:4

**sent** [5] - 11:19, 16:4, 70:1, 70:17, 85:20

**separate** [6] - 29:3, 29:22, 53:4, 61:21, 77:15, 82:21

**Sepolio** [1] - 3:21

**SEPOLIO** [1] - 2:12

**Sergeant** [17] - 9:11, 9:18, 10:1, 13:12, 13:13, 17:2, 19:9, 22:24, 30:17, 30:22, 30:24, 34:8, 84:1, 84:3, 84:11, 84:23, 85:19

**sergeant** [7] - 6:9, 8:14, 13:14, 14:3, 17:3, 17:4, 21:15

**serious** [2] - 4:19

**served** [3] - 56:2, 79:24, 80:3

**service** [1] - 81:12

**serving** [2] - 43:21, 57:21

**set** [3] - 46:15, 47:5, 85:19

**sets** [1] - 61:9

**setting** [4] - 45:21, 61:7, 81:23, 88:6

**several** [9] - 3:24, 3:25, 4:23, 5:13, 5:17, 33:23, 49:5, 61:3, 64:1

**share** [1] - 4:17

**shared** [2] - 69:16,

81:4

**She** [1] - 86:18

**she** [5] - 57:17, 86:2, 86:13, 86:14

**she-said** [1] - 86:2

**sheet** [10] - 10:6, 10:7, 10:13, 10:20, 10:23, 11:4, 11:8, 11:16, 12:21, 13:9

**sheets** [6] - 10:17, 10:19, 11:10, 13:4, 19:16, 21:21

**shooting** [1] - 37:13, 84:14

**shootout** [1] - 86:5

**shortly** [1] - 51:23

**should** [10] - 11:1, 19:9, 19:10, 38:11, 55:6, 59:13, 81:9, 89:19, 89:23

**show** [3] - 55:14, 55:22, 70:4

**showing** [1] - 61:13

**shown** [4] - 35:18, 36:18, 36:22, 66:19

**shows** [1] - 68:23

**shutting** [1] - 41:14

**side** [6] - 47:18, 51:22, 53:23, 53:24, 72:20, 88:3

**sides** [1] - 4:16

**sign** [4] - 43:22, 48:10, 48:21, 75:24

**signed** [7] - 27:11, 43:20, 48:9, 49:2, 49:13, 49:19, 68:20

**significant** [1] - 48:6

**signing** [1] - 43:25

**similar** [3] - 13:23, 75:20, 86:18

**simple** [6] - 6:4, 6:6, 6:12, 6:19, 12:16, 37:22

**simply** [16] - 7:5, 10:3, 10:19, 11:7, 11:15, 22:25, 24:5, 24:12, 25:16, 26:7, 27:4, 35:15, 36:21, 37:19, 72:16, 80:10

**since** [2] - 51:12, 52:18

**single** [2] - 76:13, 87:7

**sir** [36] - 7:9, 7:15, 7:22, 11:16, 17:6, 18:10, 19:6, 20:3, 23:12, 23:22, 23:24, 24:5, 26:1, 26:10, 26:22, 28:13, 29:10, 30:4, 30:23, 33:16,

34:25, 35:3, 35:8, 35:21, 36:5, 36:25, 37:12, 37:25, 39:5, 39:15, 40:12, 54:2, 64:7, 64:9, 83:22, 87:4

**sit** [2] - 29:23, 86:1

**sitting** [5] - 11:12, 12:5, 12:7, 69:11, 76:7

**size** [1] - 16:20

**slew** [1] - 49:24

**slightest** [1] - 66:16

**Smith** [37] - 1:15, 2:18, 3:10, 4:1, 4:2, 4:4, 4:6, 5:16, 7:2, 13:10, 15:5, 16:16, 18:25, 20:17, 20:22, 21:3, 21:5, 21:14, 21:19, 22:8, 23:2, 23:12, 23:24, 27:25, 31:3, 31:12, 31:20, 34:24, 40:10, 62:23, 64:9, 65:4, 71:19, 78:17, 86:24, 90:10, 90:14

**smith** [1] - 15:22

**SMITH** [42] - 1:16, 3:10, 5:21, 7:4, 7:7, 13:15, 13:18, 14:11, 17:3, 19:3, 19:6, 21:8, 21:11, 29:8, 29:21, 30:1, 30:3, 30:7, 32:1, 32:3, 33:16, 36:10, 40:13, 60:6, 60:13, 62:24, 63:9, 63:19, 63:22, 64:10, 64:15, 64:20, 83:21, 83:23, 84:18, 84:23, 85:16, 86:9, 87:19, 87:21, 88:13, 89:5

**Smith's** [7] - 5:24, 16:5, 22:4, 23:24, 24:23, 37:11, 38:19

**snapshot** [4] - 59:12, 59:15, 60:15

**Snoddy** [2] - 62:10, 62:25

**so** [118] - 9:2, 9:3, 10:20, 11:16, 12:5, 14:21, 15:2, 16:7, 16:24, 17:12, 17:18, 19:12, 19:18, 21:9, 22:1, 24:5, 25:5, 26:4, 26:5, 26:7, 26:8, 26:19, 26:22, 27:8, 28:3, 29:21, 30:25, 32:9, 33:13, 34:17, 35:4, 36:7, 36:13, 36:16, 37:22, 38:6,

38:9, 39:8, 39:12, 40:20, 41:9, 41:19, 42:8, 43:8, 43:14, 43:17, 44:18, 45:14, 47:24, 48:8, 48:19, 50:2, 50:5, 51:18, 52:2, 53:5, 53:10, 54:17, 57:4, 57:7, 58:5, 58:6, 58:14, 58:24, 59:1, 59:11, 59:13, 59:20, 59:22, 60:5, 60:17, 61:3, 62:8, 63:25, 64:11, 64:22, 65:6, 65:7, 65:12, 66:4, 66:12, 67:17, 68:3, 68:10, 70:1, 70:14, 72:10, 72:21, 74:4, 74:20, 75:2, 75:9, 75:10, 75:13, 75:16, 75:17, 76:16, 76:17, 77:1, 77:5, 77:14, 77:19, 79:2, 79:10, 79:16, 80:14, 81:7, 81:25, 82:4, 82:9, 85:9, 85:13, 86:1, 87:13, 88:24

**So** [3] - 43:3, 43:17, 60:4

**sold** [7] - 78:9, 78:20, 78:24, 80:11, 80:25, 81:8, 82:10

**solely** [1] - 86:16

**solicited** [1] - 25:4

**solution** [2] - 47:16, 58:9

**some** [15] - 6:18, 35:17, 40:21, 59:8, 61:14, 67:18, 75:2, 79:23, 81:19, 81:21, 81:24, 86:13, 86:15, 89:22, 89:25

**somebody** [1] - 41:6

**someone** [8] - 8:19, 17:13, 17:16, 18:6, 33:14, 63:4, 68:19

**something** [18] - 5:15, 19:9, 27:13, 29:25, 34:2, 42:21, 50:4, 50:10, 52:11, 53:23, 66:10, 71:21, 78:17, 85:16, 88:4, 89:18, 89:23

**sometime** [1] - 83:15

**sometimes** [1] - 59:5

**somewhere** [1] - 23:14

**sorry** [9] - 19:3, 32:3, 33:24, 38:23, 48:18, 54:4, 54:5, 64:6,

64:10

**sounds** [1] - 36:4

**source** [1] - 60:24

**Southern** [1] - 90:10

**southern** [1] - 2:20

**SOUTHERN** [1] - 1:1

**speak** [4] - 14:23, 29:5, 29:25, 40:16

**speaking** [4] - 11:18, 63:10, 70:25, 85:1

**speaks** [14] - 7:11, 7:14, 13:20, 14:1, 14:4, 14:6, 15:3, 18:23, 19:1, 19:13, 21:13, 21:16, 30:25, 63:3

**specific** [5] - 29:3, 46:15, 47:5, 72:5, 81:24

**specifically** [3] - 19:8, 26:11, 27:5

**speculation** [1] - 19:21

**spend** [1] - 52:11

**spent** [1] - 71:18

**spin** [1] - 45:8

**split** [2] - 64:21, 64:22

**spoke** [1] - 51:8

**spoken** [2] - 45:7, 50:19

**sponsor** [1] - 63:11

**squad** [4] - 6:17, 9:11, 37:14, 37:20

**Squad** [9] - 7:1, 8:9, 8:14, 9:1, 9:19, 20:5, 26:23, 27:5, 27:10

**St** [4] - 1:21, 1:24, 2:2, 2:9

**Stan** [1] - 51:9

**stand** [4] - 10:11, 52:7, 75:16, 76:16

**standard** [1] - 48:24

**standing** [3] - 12:15, 21:20, 22:12

**standpoint** [1] - 84:4

**start** [8] - 5:16, 10:16, 10:18, 11:2, 11:10, 15:22, 54:18, 55:3

**started** [1] - 89:13

**starting** [1] - 21:2

**state** [2] - 3:6, 81:10

**stated** [4] - 55:10, 57:25, 65:13, 78:1

**statement** [4] - 5:11, 32:10, 79:25, 82:1

**statements** [2] - 14:19, 79:23

**States** [6] - 2:19,

12:23, 15:7, 15:24, 16:10, 90:10
**states** [2] - 4:12, 36:2
**STATES** [2] - 1:1, 1:11
**STATUS** [1] - 1:10
**Ste** [1] - 2:5
**stenography** [1] - 2:24
**still** [8] - 5:19, 12:14, 22:3, 58:13, 60:10, 64:23, 73:11, 86:4
**stipulates** [1] - 75:23
**stipulation** [3] - 75:22, 76:1, 76:5
**stolen** [1] - 18:13
**stop** [2] - 50:16, 51:2
**stopped** [3] - 41:20, 50:16, 58:21
**stored** [1] - 19:17
**story** [2] - 32:10, 68:9
**straightforward** [1] - 38:12
**street** [1] - 81:17
**Street** [20] - 2:20, 26:12, 28:15, 29:12, 30:11, 32:21, 33:15, 33:21, 33:23, 35:1, 35:25, 36:3, 36:8, 36:9, 38:15, 56:5, 61:22, 61:24, 74:17
**stuff** [2] - 19:16, 71:12
**subject** [11] - 11:6, 12:19, 14:8, 14:18, 17:7, 28:11, 31:22, 33:3, 51:5, 60:21, 65:13
**subjected** [1] - 74:13
**submission** [1] - 83:11
**submit** [3] - 50:6, 53:12, 89:1
**submitted** [2] - 48:21, 79:3
**subparts** [2] - 53:4, 53:8
**subsequent** [1] - 23:8
**substantially** [1] - 87:7
**substantive** [1] - 42:19
**such** [5] - 5:5, 5:14, 10:13, 17:7, 65:16
**sufficient** [2] - 40:6, 78:4
**suggesting** [1] - 60:2

**suggestion** [3] - 47:9, 50:6, 58:20
**Suite** [3] - 1:16, 1:19, 1:21
**summarizing** [1] - 63:19
**summary** [1] - 83:4
**Sunday** [1] - 87:5
**supervise** [4] - 6:17, 6:20, 7:1, 23:4
**supervised** [3] - 8:25, 9:11, 9:19
**supervising** [1] - 8:9
**supervision** [1] - 17:8
**supervisor** [17] - 7:17, 8:3, 8:15, 8:22, 10:16, 10:23, 26:23, 27:6, 27:10, 31:14, 32:14, 34:8, 36:25, 37:6, 38:14, 48:10, 48:21
**supervisors** [9] - 8:13, 8:18, 9:4, 10:2, 23:3, 34:22, 42:1, 42:19, 45:6
**supervisory** [4] - 24:8, 24:9, 25:8, 84:15
**Supp** [1] - 57:10
**supporting** [4] - 78:9, 78:20, 80:24, 81:8
**supposed** [3] - 48:10, 48:21, 61:14
**supposedly** [2] - 25:18, 26:2
**Sure** [1] - 58:15
**sure** [9] - 30:10, 40:20, 59:8, 59:10, 63:22, 72:11, 77:24, 82:23, 88:7
**surprised** [1] - 87:25
**suspended** [1] - 35:23
**sustain** [2] - 9:17, 25:6
**sustained** [22] - 6:25, 7:11, 7:13, 13:19, 13:25, 18:3, 18:9, 18:16, 18:22, 19:2, 19:13, 19:22, 20:1, 20:16, 20:21, 21:1, 21:12, 21:17, 23:20, 31:1, 32:13, 35:9
**swing** [1] - 34:5
**sworn** [1] - 57:18
**system** [4] - 22:23, 33:19, 35:1, 64:6

---

## T

**table** [1] - 80:20
**tactic** [1] - 40:1
**tactical** [1] - 31:5
**tagged** [1] - 19:17
**take** [21] - 5:3, 5:13, 5:24, 6:7, 6:14, 7:10, 11:24, 37:20, 37:24, 44:11, 44:25, 45:23, 51:21, 69:13, 70:6, 73:14, 82:24, 83:25, 86:6, 88:10, 90:1
**taken** [4] - 4:16, 37:14, 62:13, 68:3
**takes** [2] - 37:23, 88:15
**taking** [6] - 34:12, 52:16, 53:2, 86:10, 88:19
**talk** [2] - 49:25, 65:4
**talked** [5] - 14:19, 22:5, 22:9, 38:4, 85:4
**talking** [10] - 10:16, 10:18, 11:10, 34:14, 35:4, 44:4, 46:20, 48:12, 54:19, 63:20
**tampering** [1] - 6:2
**tat** [1] - 86:25
**taught** [2] - 9:2, 9:12
**TAYLOR** [3] - 3:18, 72:23, 89:9
**Taylor** [2] - 2:1, 3:18
**team** [3] - 35:11, 35:14, 35:15
**teed** [1] - 40:13
**tell** [10] - 10:6, 10:11, 10:20, 12:6, 47:3, 50:19, 55:12, 65:19, 65:21, 85:18
**telling** [5] - 11:8, 12:20, 40:1, 52:18, 68:24
**temperature** [2] - 81:16, 81:24
**Ten** [1] - 51:1
**ten** [16] - 25:1, 41:2, 41:9, 41:19, 42:6, 50:17, 51:2, 52:15, 53:1, 53:3, 53:8, 53:12, 58:21, 58:23, 60:12
**ten-interrogatory** [1] - 53:8
**ten-year** [3] - 41:9, 41:19, 60:12
**tend** [1] - 83:18
**tension** [1] - 17:15
**tenure** [1] - 59:19
**term** [4] - 10:7, 11:5,

11:16, 12:16
**terminated** [1] - 42:14
**termination** [1] - 14:19
**terms** [3] - 16:19, 42:17, 73:3
**terrible** [1] - 66:7
**testified** [2] - 41:12, 82:9
**testify** [7] - 14:18, 15:1, 63:11, 63:18, 72:12, 74:9, 75:19
**testifying** [2] - 14:17, 70:22
**testimony** [17] - 14:7, 42:17, 42:19, 43:21, 45:4, 45:15, 45:18, 46:12, 47:6, 63:11, 63:13, 65:1, 65:2, 65:11, 67:15, 68:8, 71:5
**TEXAS** [2] - 1:1, 1:5
**Texas** [12] - 1:17, 1:19, 1:22, 1:25, 2:2, 2:6, 2:9, 2:13, 2:16, 2:20, 2:21, 90:11
**than** [9] - 6:11, 31:4, 37:8, 39:18, 69:11, 69:21, 72:12, 76:11, 82:8
**thank** [14] - 3:2, 3:11, 17:4, 34:23, 39:14, 40:5, 48:17, 53:21, 62:22, 64:8, 83:16, 83:20, 89:12, 90:5
**Thank** [2] - 64:20, 84:25
**That** [1] - 45:11
**that** [596] - 4:1, 4:6, 4:10, 4:11, 4:15, 4:18, 4:22, 4:25, 5:1, 5:4, 5:14, 5:15, 5:18, 5:19, 5:20, 6:4, 6:7, 6:14, 6:22, 6:25, 7:1, 7:2, 7:3, 7:12, 7:21, 7:23, 7:24, 8:2, 8:7, 8:20, 8:25, 9:2, 9:4, 9:9, 9:10, 9:12, 9:19, 9:24, 9:25, 10:5, 10:7, 10:13, 10:20, 10:25, 11:3, 11:4, 11:8, 11:12, 11:13, 11:16, 11:17, 11:20, 11:23, 12:9, 12:14, 12:15, 12:17, 12:20, 12:23, 13:1, 13:2, 13:3, 13:4, 13:5, 13:14, 14:7, 14:8, 14:11, 14:13, 14:21, 15:3, 15:10,

15:14, 15:17, 15:25, 16:4, 16:8, 16:15, 16:24, 17:6, 17:7, 17:15, 18:2, 18:6, 18:9, 18:10, 18:14, 18:17, 18:20, 18:22, 18:24, 19:7, 19:9, 19:10, 19:11, 19:14, 19:15, 19:16, 19:17, 19:18, 19:20, 19:22, 19:23, 20:3, 20:6, 20:8, 20:11, 20:12, 20:14, 20:18, 20:19, 20:22, 20:24, 21:4, 21:8, 21:9, 21:10, 21:17, 21:21, 21:24, 22:1, 22:2, 22:5, 22:7, 22:11, 22:13, 22:15, 22:18, 22:23, 23:3, 23:11, 23:12, 23:20, 24:7, 24:10, 24:15, 24:18, 24:21, 25:13, 25:24, 25:25, 26:7, 26:8, 26:10, 26:19, 27:3, 27:11, 27:15, 27:24, 28:4, 28:13, 28:17, 28:19, 28:21, 28:22, 29:2, 29:7, 29:10, 29:14, 29:18, 29:22, 29:24, 29:25, 30:4, 30:10, 30:13, 30:18, 30:20, 30:25, 31:4, 31:5, 31:8, 31:10, 31:15, 31:19, 31:25, 32:5, 32:6, 32:9, 32:11, 32:15, 32:19, 33:2, 33:3, 33:5, 33:6, 33:7, 33:8, 33:10, 33:17, 33:18, 33:20, 34:3, 34:7, 34:10, 34:17, 34:18, 34:25, 35:2, 35:4, 35:6, 35:7, 35:9, 35:11, 35:14, 35:16, 35:25, 36:3, 36:11, 36:14, 36:17, 36:18, 36:23, 36:25, 37:1, 37:5, 37:6, 37:7, 37:10, 37:14, 38:8, 38:11, 38:16, 38:17, 38:25, 39:1, 39:6, 39:17, 39:25, 40:1, 40:4, 40:20, 40:25, 41:7, 41:9, 41:19, 41:20, 41:25, 42:5, 42:7, 42:9, 42:18, 42:20, 43:23, 43:24, 44:2, 44:14, 44:20, 44:21, 44:24, 45:2, 45:3, 45:7, 45:12, 45:14, 45:16, 45:17,

45:18, 45:21, 45:22, 45:24, 46:2, 46:3, 46:4, 46:5, 46:8, 46:15, 46:17, 46:20, 46:23, 47:5, 47:8, 47:9, 47:14, 47:17, 48:4, 48:6, 48:9, 48:10, 48:19, 49:3, 49:9, 49:12, 49:13, 49:14, 49:17, 49:19, 49:20, 49:22, 49:24, 50:1, 50:2, 50:7, 50:9, 50:15, 50:21, 50:24, 51:5, 51:7, 51:8, 51:13, 51:18, 51:19, 51:21, 52:1, 52:12, 52:20, 52:24, 52:25, 53:1, 53:4, 53:5, 53:12, 53:20, 53:23, 54:15, 54:22, 55:2, 55:5, 55:6, 55:8, 55:9, 55:13, 55:15, 55:17, 55:19, 55:21, 55:22, 56:1, 56:3, 56:6, 56:11, 56:12, 56:23, 57:5, 57:8, 57:15, 57:18, 57:22, 58:1, 58:5, 58:11, 58:15, 58:16, 58:24, 59:8, 59:9, 59:10, 59:11, 59:14, 59:17, 59:18, 59:20, 59:21, 59:22, 60:2, 60:19, 60:20, 60:25, 61:1, 61:2, 61:16, 62:4, 62:5, 62:8, 62:12, 62:13, 62:14, 62:18, 62:19, 63:6, 63:17, 63:24, 65:6, 65:22, 65:23, 66:2, 66:9, 66:11, 66:22, 67:5, 67:11, 67:12, 67:13, 67:16, 67:18, 67:19, 67:20, 68:3, 68:5, 68:8, 68:11, 68:12, 68:18, 68:20, 68:21, 68:23, 68:24, 69:1, 69:6, 69:7, 69:8, 69:11, 69:14, 69:16, 69:21, 69:23, 70:2, 70:19, 70:21, 70:22, 71:6, 71:8, 71:19, 71:20, 71:21, 72:4, 72:7, 72:15, 72:16, 72:22, 72:24, 73:12, 73:14, 73:16, 74:10, 74:13, 74:15, 74:18, 74:22, 74:24, 75:1, 75:2, 75:4, 75:15, 75:17, 75:18, 75:19, 75:22, 75:23, 76:2, 76:3,

76:6, 76:15, 77:2, 77:3, 77:5, 77:6, 77:16, 77:17, 77:20, 77:21, 77:25, 78:9, 78:12, 78:13, 78:14, 78:16, 78:20, 78:23, 78:24, 79:3, 79:4, 79:10, 79:13, 79:15, 79:16, 79:17, 80:1, 80:4, 80:6, 80:8, 80:10, 80:11, 80:15, 80:17, 80:19, 80:21, 80:22, 80:24, 81:3, 81:4, 81:8, 81:9, 81:10, 81:12, 81:15, 82:1, 82:2, 82:8, 82:9, 82:10, 82:12, 82:13, 82:19, 83:1, 83:5, 83:6, 83:10, 83:11, 83:14, 83:18, 84:8, 84:17, 85:3, 85:5, 85:14, 85:17, 85:23, 86:2, 86:15, 86:20, 87:1, 87:2, 87:6, 87:7, 87:9, 88:3, 88:4, 88:7, 88:9, 88:17, 88:22, 88:23, 88:24, 89:1, 89:3, 89:14, 89:15, 89:16, 89:17, 89:18, 89:22, 89:23, 90:2, 90:3, 90:11

**that's** [70] - 8:1, 10:25, 11:11, 11:22, 14:2, 14:5, 16:6, 17:14, 21:9, 24:11, 24:14, 28:19, 29:9, 30:6, 31:10, 33:25, 36:10, 37:22, 38:7, 39:21, 41:5, 41:7, 41:19, 42:15, 42:19, 44:4, 44:18, 45:8, 46:1, 48:23, 55:3, 55:21, 56:1, 56:3, 58:25, 60:20, 61:1, 63:15, 64:1, 64:18, 64:25, 66:3, 66:8, 66:18, 67:2, 67:6, 67:14, 68:5, 68:6, 68:9, 68:12, 69:2, 71:4, 73:3, 73:8, 75:7, 76:22, 76:23, 76:24, 77:21, 79:12, 79:18, 79:25, 80:13, 81:2, 85:20, 87:25, 88:13, 88:23, 89:23

**THE** [199] - 1:10, 1:15, 1:18, 1:20, 1:23, 2:1, 2:4, 2:8, 2:11, 2:15, 3:2, 3:11, 3:24, 5:24, 7:5, 7:10, 10:18, 11:3, 11:11, 11:22,

12:1, 12:3, 12:5, 12:14, 13:7, 13:17, 13:19, 14:13, 14:15, 14:21, 15:2, 15:10, 15:15, 15:19, 16:5, 16:7, 16:15, 17:1, 17:4, 17:24, 18:2, 19:5, 19:7, 21:9, 21:12, 24:11, 24:22, 29:9, 29:22, 30:2, 30:6, 30:8, 32:2, 32:12, 33:8, 34:1, 34:5, 34:11, 34:14, 34:17, 34:23, 36:16, 39:3, 39:6, 39:15, 40:3, 40:6, 40:18, 40:23, 42:7, 42:23, 42:25, 43:3, 43:5, 43:9, 43:15, 44:2, 44:9, 44:13, 44:17, 44:24, 45:7, 45:20, 46:7, 46:14, 46:20, 47:11, 47:17, 48:12, 48:15, 48:17, 49:7, 50:1, 50:23, 51:1, 51:14, 51:16, 51:22, 52:7, 52:9, 52:13, 52:23, 53:10, 53:21, 54:2, 54:4, 54:8, 56:19, 56:22, 56:25, 58:6, 58:8, 58:12, 58:18, 58:23, 58:25, 60:3, 60:5, 60:12, 60:14, 61:1, 62:2, 62:16, 62:18, 62:21, 62:23, 63:2, 63:16, 63:23, 64:2, 64:8, 64:11, 65:4, 65:7, 65:9, 65:21, 66:21, 67:6, 67:11, 67:18, 68:1, 68:3, 68:10, 68:16, 68:18, 69:6, 69:8, 70:1, 70:6, 70:14, 71:17, 71:24, 72:1, 72:3, 72:22, 72:24, 73:6, 73:9, 73:13, 73:25, 74:3, 75:13, 76:5, 76:23, 77:24, 78:3, 78:7, 78:11, 78:15, 78:23, 79:2, 79:7, 79:9, 79:21, 80:8, 80:10, 80:14, 80:23, 81:14, 82:4, 82:8, 82:18, 82:23, 83:10, 83:14, 83:18, 83:22, 84:16, 84:21, 84:25, 86:8, 86:22, 86:24, 87:17, 87:20, 87:22, 88:14, 89:6, 89:13

**the** [994] - 3:6, 3:8,

3:10, 3:12, 3:25, 4:1, 4:2, 4:3, 4:4, 4:6, 4:8, 4:12, 4:15, 4:20, 4:22, 4:24, 5:7, 5:14, 5:17, 5:18, 5:21, 5:22, 5:23, 5:25, 6:1, 6:2, 6:5, 6:9, 6:16, 6:23, 6:24, 6:25, 7:5, 7:6, 7:10, 7:11, 7:12, 7:13, 7:14, 7:16, 7:23, 7:24, 8:2, 8:8, 8:10, 8:18, 8:19, 8:20, 8:24, 8:25, 9:1, 9:2, 9:3, 9:7, 9:11, 9:12, 9:16, 9:17, 9:19, 9:20, 10:7, 10:8, 10:22, 10:23, 10:24, 10:25, 11:5, 11:7, 11:10, 11:11, 11:15, 12:5, 12:6, 12:7, 12:8, 12:9, 12:10, 12:11, 12:17, 12:21, 13:2, 13:4, 13:7, 13:8, 13:9, 13:13, 13:14, 13:15, 13:17, 13:19, 13:20, 13:23, 13:24, 13:25, 14:3, 14:4, 14:6, 14:7, 14:8, 14:10, 14:11, 14:15, 14:16, 14:17, 14:19, 14:21, 14:22, 15:3, 15:6, 15:7, 15:10, 15:13, 15:19, 15:23, 15:24, 16:2, 16:3, 16:6, 16:7, 16:9, 16:10, 16:11, 16:13, 16:17, 16:18, 16:23, 17:5, 17:15, 17:20, 17:21, 18:2, 18:4, 18:5, 18:11, 18:16, 18:19, 18:20, 18:22, 18:25, 19:7, 19:8, 19:9, 19:10, 19:12, 19:13, 19:14, 19:16, 19:23, 19:24, 20:1, 20:3, 20:4, 20:8, 20:10, 20:13, 20:16, 20:21, 21:8, 21:9, 21:10, 21:12, 21:15, 21:16, 21:17, 21:18, 21:19, 21:25, 22:1, 22:5, 22:9, 22:10, 22:11, 22:13, 22:14, 22:16, 22:17, 22:20, 22:21, 22:22, 22:25, 23:1, 23:2, 23:3, 23:6, 23:9, 23:14, 23:18, 23:23, 23:25, 24:5, 24:9, 24:10, 24:11, 24:12, 24:21, 24:22, 24:24, 24:25, 25:1, 25:4, 25:6, 25:7, 25:15, 25:18, 25:19,

25:22, 26:1, 26:3, 26:4, 26:5, 26:6, 26:7, 26:10, 26:16, 26:17, 26:20, 26:21, 26:22, 27:4, 27:8, 27:12, 27:17, 27:19, 27:23, 27:24, 27:25, 28:1, 28:2, 28:3, 28:7, 28:9, 28:20, 28:24, 28:25, 29:1, 29:4, 29:5, 29:13, 29:15, 29:25, 30:3, 30:4, 30:11, 30:14, 30:19, 30:23, 30:25, 31:2, 31:3, 31:5, 31:9, 31:12, 31:14, 31:15, 31:20, 31:21, 31:23, 32:2, 32:7, 32:8, 32:9, 32:12, 32:16, 32:21, 33:2, 33:3, 33:5, 33:8, 33:10, 33:11, 33:12, 33:13, 33:14, 33:17, 33:18, 33:22, 33:24, 33:25, 34:7, 34:8, 34:14, 34:16, 34:17, 34:22, 34:25, 35:4, 35:6, 35:7, 35:8, 35:10, 35:14, 35:15, 35:19, 35:21, 35:23, 35:25, 36:3, 36:5, 36:8, 36:10, 36:11, 36:12, 36:13, 36:14, 36:16, 36:17, 36:18, 36:19, 36:22, 37:14, 37:18, 37:19, 37:20, 37:22, 37:23, 37:24, 38:1, 38:4, 38:7, 38:8, 38:9, 38:15, 38:18, 38:20, 38:25, 39:1, 39:3, 39:4, 39:6, 39:7, 39:8, 39:11, 39:17, 39:18, 39:19, 39:21, 39:22, 39:24, 39:25, 40:3, 40:4, 40:7, 40:14, 40:15, 40:17, 40:20, 40:21, 40:25, 41:1, 41:2, 41:3, 41:9, 41:10, 41:11, 41:13, 41:14, 41:15, 41:17, 41:20, 41:21, 41:22, 41:25, 42:1, 42:3, 42:5, 42:6, 42:10, 42:11, 42:12, 42:13, 42:15, 42:16, 42:17, 42:18, 42:20, 42:23, 42:25, 43:1, 43:2, 43:3, 43:4, 43:6, 43:12, 43:15, 43:19, 43:20, 43:23, 43:24, 44:2, 44:19, 44:22, 45:1, 45:3, 45:5, 45:7,

45:8, 45:9, 45:10, 45:14, 45:15, 45:16, 45:17, 45:19, 45:21, 45:23, 45:24, 46:1, 46:3, 46:4, 46:8, 46:10, 46:11, 46:12, 46:18, 46:23, 46:24, 46:25, 47:9, 47:13, 47:16, 47:19, 47:21, 47:25, 48:1, 48:2, 48:3, 48:4, 48:5, 48:6, 48:8, 48:9, 48:10, 48:14, 48:16, 48:21, 48:23, 48:24, 49:1, 49:5, 49:9, 49:12, 49:14, 49:16, 49:24, 50:5, 50:7, 50:8, 50:9, 50:14, 50:15, 50:16, 50:18, 50:19, 50:20, 51:5, 51:8, 51:9, 51:10, 51:11, 51:12, 51:14, 51:17, 51:18, 51:20, 52:1, 52:3, 52:5, 52:11, 52:14, 52:15, 52:21, 52:24, 53:1, 53:3, 53:5, 53:11, 53:14, 53:15, 53:17, 53:19, 53:20, 53:21, 53:22, 53:24, 54:5, 54:7, 54:9, 54:10, 54:11, 54:12, 54:13, 54:14, 54:15, 54:18, 54:20, 54:24, 54:25, 55:1, 55:8, 55:9, 55:10, 55:12, 55:13, 55:14, 55:15, 55:17, 55:18, 55:19, 55:20, 55:21, 55:22, 56:4, 56:7, 56:8, 56:10, 56:11, 56:14, 56:15, 56:17, 56:20, 56:23, 57:1, 57:9, 57:14, 57:16, 57:17, 57:18, 57:19, 57:21, 57:22, 57:23, 58:1, 58:3, 58:7, 58:12, 58:15, 58:16, 58:21, 59:3, 59:12, 59:14, 59:15, 59:17, 59:20, 59:23, 60:10, 60:16, 60:18, 60:21, 60:24, 61:4, 61:5, 61:6, 61:7, 61:8, 61:9, 61:10, 61:11, 61:17, 61:18, 61:23, 61:24, 62:4, 62:6, 62:11, 62:12, 62:13, 62:25, 63:2, 63:3, 63:4, 63:5, 63:9, 63:12, 63:13, 63:17, 63:18, 63:21, 63:25, 64:6, 64:12, 64:17,

64:23, 64:24, 64:25, 65:1, 65:5, 65:6, 65:11, 65:13, 65:14, 65:17, 65:19, 65:24, 66:1, 66:3, 66:5, 66:7, 66:8, 66:9, 66:12, 66:13, 66:16, 66:19, 66:21, 66:23, 67:3, 67:4, 67:6, 67:8, 67:9, 67:14, 67:15, 67:19, 67:23, 67:24, 67:25, 68:3, 68:4, 68:9, 68:10, 68:14, 68:15, 68:19, 68:22, 68:23, 69:3, 69:4, 69:7, 69:9, 69:16, 69:17, 69:23, 70:10, 70:11, 70:13, 70:16, 70:17, 70:18, 70:23, 70:24, 70:25, 71:6, 71:7, 71:8, 71:9, 71:11, 71:17, 72:4, 72:5, 72:10, 72:11, 72:12, 72:14, 72:25, 73:1, 73:5, 73:8, 73:10, 73:12, 73:13, 73:14, 73:15, 73:19, 73:23, 73:25, 74:5, 74:6, 74:7, 74:10, 74:12, 74:16, 74:21, 74:22, 74:23, 75:1, 75:6, 75:11, 75:12, 75:13, 75:15, 75:16, 75:17, 75:20, 75:22, 75:23, 76:1, 76:3, 76:5, 76:6, 76:8, 76:12, 76:14, 76:20, 76:24, 77:2, 77:3, 77:6, 77:7, 77:9, 77:10, 77:11, 77:13, 77:14, 77:15, 77:16, 77:21, 78:3, 78:5, 78:8, 78:9, 78:19, 78:20, 78:24, 78:25, 79:3, 79:5, 79:7, 79:9, 79:17, 79:19, 79:22, 79:25, 80:1, 80:2, 80:3, 80:4, 80:5, 80:7, 80:11, 80:15, 80:17, 80:18, 80:19, 80:21, 80:24, 81:1, 81:2, 81:4, 81:5, 81:6, 81:7, 81:8, 81:9, 81:12, 81:15, 81:17, 81:19, 81:20, 81:21, 81:22, 82:1, 82:2, 82:4, 82:6, 82:8, 82:10, 82:11, 82:12, 82:15, 82:16, 82:20, 82:22, 82:25, 83:7, 83:10, 83:11, 83:19, 83:24, 83:25, 84:1, 84:4, 84:5, 84:8,

84:9, 84:10, 84:11, 84:14, 84:16, 84:19, 84:20, 84:22, 85:2, 85:3, 85:4, 85:5, 85:6, 85:7, 85:10, 85:11, 85:14, 85:15, 85:17, 85:18, 85:20, 85:23, 85:24, 86:1, 86:4, 86:5, 86:6, 86:8, 86:10, 86:11, 86:15, 86:16, 86:19, 87:8, 87:10, 87:18, 88:2, 88:11, 88:14, 88:17, 88:25, 89:6, 89:7, 89:20, 89:22, 89:23, 89:25, 90:2, 90:11, 90:11, 90:12

**The** [3] - 44:4, 80:24, 90:7

**theft** [3] - 10:24, 24:9, 24:10

**their** [20] - 10:2, 20:5, 23:4, 32:10, 37:7, 39:25, 45:15, 56:6, 58:3, 58:4, 60:11, 65:25, 69:15, 75:8, 75:9, 76:18, 81:5, 86:6

**them** [34] - 20:18, 40:1, 48:3, 48:11, 48:20, 48:21, 48:22, 49:23, 50:6, 52:14, 54:2, 54:16, 60:22, 61:4, 61:5, 61:8, 61:17, 61:18, 61:19, 61:23, 62:7, 63:6, 66:22, 68:13, 68:20, 70:2, 72:17, 75:7, 77:19, 79:19, 83:12, 83:17, 88:25

**themes** [1] - 87:22

**themselves** [4] - 5:5, 63:3, 63:10, 89:19

**then** [26] - 4:4, 13:3, 13:6, 16:17, 26:21, 29:5, 29:24, 29:25, 36:2, 36:4, 36:12, 36:17, 39:4, 49:21, 53:16, 54:15, 56:16, 57:23, 61:23, 63:6, 67:23, 69:3, 78:15, 80:14, 81:12, 85:22

**there** [86] - 5:10, 6:5, 7:18, 8:4, 8:10, 8:11, 8:21, 9:14, 10:9, 12:8, 12:15, 15:12, 15:13, 15:15, 15:16, 16:11, 16:12, 16:14, 17:10, 17:18, 18:15, 18:17, 19:9, 19:18, 20:7,

21:22, 23:13, 23:16, 23:25, 24:3, 24:13, 25:3, 26:20, 27:1, 27:21, 28:16, 30:10, 31:18, 32:17, 32:22, 34:2, 35:16, 37:3, 37:13, 37:16, 38:3, 47:12, 48:17, 49:14, 50:24, 52:24, 53:22, 55:16, 55:24, 56:2, 57:2, 57:4, 58:13, 59:7, 59:8, 59:10, 59:24, 60:19, 61:21, 67:19, 68:23, 73:15, 75:3, 77:5, 78:23, 79:2, 79:10, 79:13, 79:24, 81:16, 81:24, 81:25, 82:12, 83:21, 85:12, 85:21, 85:22, 86:5, 87:2, 88:24

**there's** [21] - 15:20, 20:14, 23:6, 24:16, 39:22, 42:4, 46:18, 48:10, 48:19, 49:14, 50:11, 54:3, 54:7, 61:14, 62:9, 70:8, 71:15, 74:17, 75:3, 78:14

**There's** [1] - 67:3

**thereafter** [1] - 59:25

**thereby** [1] - 63:7

**therefore** [1] - 56:15

**these** [38] - 5:2, 5:19, 10:16, 10:17, 52:20, 56:12, 61:9, 61:11, 63:13, 66:13, 67:24, 69:24, 70:12, 70:25, 72:6, 73:15, 74:11, 74:23, 75:2, 76:3, 76:13, 76:19, 78:1, 80:6, 80:11, 81:25, 82:12, 83:4, 85:4, 85:6, 85:9, 85:18, 86:5, 86:21, 88:2, 88:5

**They** [1] - 20:22

**they** [117] - 14:17, 14:18, 14:21, 14:23, 14:25, 17:8, 20:10, 20:11, 21:3, 21:5, 21:6, 21:7, 31:17, 32:7, 33:22, 39:19, 39:20, 40:1, 41:13, 41:14, 41:24, 41:25, 42:4, 43:22, 43:25, 44:6, 45:6, 45:11, 45:12, 45:16, 45:17, 47:13, 47:25, 48:19, 48:20, 49:13, 49:18, 49:19, 50:6, 53:25,

54:11, 54:22, 55:4, 55:14, 55:22, 55:24, 56:8, 56:10, 58:4, 58:21, 60:1, 61:12, 61:13, 61:15, 63:10, 64:21, 66:5, 66:6, 66:13, 66:19, 66:24, 68:6, 68:7, 68:9, 68:25, 69:14, 69:15, 70:2, 70:3, 70:4, 70:9, 70:14, 71:1, 71:6, 71:11, 72:7, 72:8, 74:15, 74:25, 75:1, 75:8, 75:10, 75:12, 76:10, 76:12, 76:15, 76:16, 77:3, 77:17, 77:18, 77:19, 79:24, 80:17, 80:21, 81:8, 82:11, 84:13, 85:9, 85:12, 86:15, 87:7, 87:11

**they're** [6] - 29:16, 43:25, 51:4, 63:6, 67:3, 69:18

**they've** [4] - 66:19, 70:1, 70:16, 72:25

**thing** [5] - 66:11, 74:21, 86:25, 87:7, 87:8

**things** [9] - 47:7, 52:20, 61:12, 61:13, 61:15, 61:16, 67:25, 88:6, 88:8

**think** [51] - 8:22, 12:18, 17:14, 25:14, 36:14, 38:7, 39:17, 39:24, 40:16, 41:10, 45:9, 47:9, 47:16, 48:20, 49:1, 51:9, 51:11, 53:25, 55:9, 55:12, 57:25, 58:9, 58:20, 58:23, 58:25, 59:6, 59:12, 60:1, 60:14, 63:19, 66:4, 66:25, 70:1, 70:4, 70:17, 72:4, 72:17, 75:18, 76:6, 76:22, 78:3, 81:1, 82:5, 82:8, 82:24, 83:15, 88:4, 89:14, 89:25, 90:3

**thinking** [2] - 59:2, 83:12

**This** [2] - 43:17, 69:19

**this** [165] - 4:16, 4:19, 4:22, 4:23, 5:4, 5:8, 6:17, 6:18, 6:19, 6:20, 8:5, 8:17, 9:7, 9:8, 9:17, 9:20, 10:3, 10:10, 11:6, 11:9,

11:14, 11:19, 11:21, 12:12, 12:24, 13:2, 13:11, 14:16, 14:19, 17:12, 17:21, 17:23, 19:19, 22:1, 23:5, 23:8, 23:10, 23:23, 24:2, 25:2, 25:22, 26:5, 26:17, 27:18, 28:18, 29:13, 29:15, 29:22, 30:4, 30:24, 32:1, 32:3, 32:24, 33:19, 34:15, 35:22, 36:6, 36:7, 36:14, 36:15, 36:21, 37:11, 37:12, 38:6, 38:23, 39:16, 40:1, 41:13, 41:15, 42:9, 43:16, 45:22, 46:14, 47:3, 47:18, 47:19, 48:1, 49:8, 50:3, 50:24, 51:11, 52:8, 52:10, 52:23, 54:25, 55:23, 55:24, 56:1, 56:12, 57:9, 57:13, 58:9, 60:9, 60:12, 60:14, 60:15, 61:17, 63:5, 63:25, 64:5, 64:7, 64:11, 65:13, 65:18, 65:22, 65:23, 65:24, 66:18, 67:2, 68:16, 69:2, 69:10, 69:12, 69:20, 69:22, 70:9, 70:19, 70:20, 70:21, 70:23, 71:9, 71:12, 71:17, 72:1, 72:11, 73:8, 74:14, 75:1, 76:2, 76:8, 76:9, 76:24, 77:1, 77:2, 77:3, 78:15, 79:13, 79:17, 80:10, 80:16, 80:17, 80:22, 81:6, 81:18, 81:21, 82:16, 83:6, 84:3, 85:1, 85:14, 85:21, 86:2, 86:12, 87:25, 88:14, 88:15, 89:4, 89:23

**THOMAS** [1] - 2:8
**Thomas** [4] - 3:16, 10:15, 12:11, 17:20
**those** [34] - 5:13, 19:2, 21:12, 27:22, 28:6, 28:9, 37:18, 38:18, 39:23, 40:17, 44:20, 47:7, 49:11, 54:17, 55:18, 60:25, 61:4, 61:21, 61:24, 61:25, 67:16, 68:25, 74:18, 75:3, 77:18, 79:15, 80:23, 81:23, 84:2, 84:6, 84:9, 84:12, 86:9, 89:2

**thought** [2] - 9:18, 79:12
**thousand** [1] - 18:14
**thousands** [2] - 74:17, 74:19
**three** [11] - 20:22, 54:7, 54:8, 55:2, 55:6, 58:13, 60:19, 60:25, 88:12, 88:16, 88:21
**through** [17] - 4:5, 4:6, 5:2, 5:18, 14:5, 15:18, 18:24, 19:7, 28:10, 47:14, 63:20, 63:21, 64:2, 71:8, 71:18, 72:17, 76:18
**thusly** [1] - 67:23
**tied** [1] - 58:21
**tight** [1] - 71:22
**time** [45] - 4:25, 5:3, 5:13, 5:14, 18:6, 22:9, 32:4, 38:4, 38:7, 52:10, 54:10, 54:11, 54:12, 54:17, 54:18, 55:2, 55:6, 56:23, 58:19, 59:14, 60:9, 65:24, 66:10, 67:18, 71:11, 77:25, 78:21, 80:3, 80:25, 81:1, 81:2, 81:12, 82:5, 82:11, 82:15, 82:16, 83:6, 83:20, 85:5, 86:11, 86:12, 86:14, 88:16, 89:18
**timely** [3] - 21:21, 22:19, 85:9
**times** [2] - 22:5, 64:1
**timing** [5] - 28:7, 28:9, 42:16, 58:12, 58:14
**tit** [1] - 86:25
**tit-for-tat** [1] - 86:25
**to** [626] - 4:6, 4:7, 4:14, 4:18, 4:22, 4:25, 5:3, 5:5, 5:10, 5:12, 5:13, 5:14, 5:15, 5:17, 5:22, 6:4, 6:5, 6:7, 6:12, 6:17, 6:20, 6:25, 7:5, 7:12, 7:18, 7:20, 8:1, 8:4, 8:5, 8:8, 8:11, 8:16, 8:19, 9:1, 9:2, 9:3, 9:5, 9:7, 9:12, 9:15, 9:16, 9:20, 9:22, 10:1, 10:3, 10:11, 10:12, 10:19, 10:23, 11:2, 11:6, 11:7, 11:10, 11:15, 11:20, 11:24, 12:1, 12:5, 12:6, 12:8, 12:11, 12:12, 12:13, 12:14, 12:15, 12:16,

12:19, 12:21, 12:22, 13:3, 13:20, 13:24, 14:5, 14:8, 14:11, 14:12, 14:18, 14:21, 14:23, 14:25, 15:2, 15:8, 15:13, 15:14, 15:16, 15:17, 15:25, 16:1, 16:13, 16:18, 16:21, 17:7, 17:10, 17:14, 17:22, 18:2, 18:7, 18:8, 18:20, 18:24, 19:8, 19:12, 19:18, 19:19, 20:8, 20:13, 21:6, 21:22, 22:5, 22:9, 22:13, 22:18, 22:22, 23:3, 23:4, 23:7, 23:10, 23:17, 23:18, 24:2, 24:3, 24:14, 24:16, 24:18, 25:2, 25:5, 25:11, 25:14, 25:19, 25:20, 25:22, 25:23, 26:3, 26:5, 26:6, 26:11, 26:14, 26:21, 27:2, 27:15, 27:20, 27:25, 28:2, 28:5, 28:13, 28:16, 28:18, 28:19, 28:22, 28:24, 28:25, 29:4, 29:6, 29:8, 29:10, 29:13, 29:16, 29:17, 29:23, 29:24, 29:25, 30:4, 30:9, 30:11, 30:12, 30:14, 30:16, 30:18, 30:19, 30:20, 30:21, 31:6, 31:10, 31:14, 31:22, 32:2, 32:5, 32:7, 32:8, 32:10, 32:15, 32:17, 32:22, 32:24, 33:4, 33:5, 33:6, 33:8, 33:10, 33:12, 33:14, 33:16, 33:21, 33:22, 33:25, 34:3, 34:7, 34:18, 34:22, 34:24, 35:5, 35:8, 35:11, 35:13, 35:14, 35:15, 35:21, 35:24, 35:25, 36:1, 36:5, 36:7, 36:8, 36:12, 36:14, 36:17, 36:18, 36:20, 36:21, 36:25, 37:3, 37:7, 37:14, 37:16, 37:20, 37:24, 38:3, 38:6, 38:7, 38:9, 38:13, 38:20, 39:8, 39:10, 39:12, 39:15, 39:20, 39:24, 39:25, 40:3, 40:6, 40:7, 40:8, 40:15, 40:16, 40:25, 41:1, 41:3, 41:6,

41:17, 41:18, 42:4, 42:8, 42:9, 43:5, 43:7, 44:13, 44:21, 44:24, 44:25, 45:7, 45:9, 45:22, 45:23, 46:3, 46:5, 46:10, 46:14, 46:15, 46:16, 46:17, 46:18, 46:20, 46:21, 46:24, 46:25, 47:3, 47:7, 47:11, 47:12, 47:13, 47:15, 47:18, 47:25, 48:1, 48:5, 48:10, 48:21, 49:7, 49:8, 49:9, 49:11, 49:16, 49:20, 49:22, 49:23, 49:25, 50:4, 50:6, 50:9, 50:10, 50:15, 50:19, 51:2, 51:7, 51:8, 51:9, 51:18, 51:21, 51:22, 51:24, 51:25, 52:1, 52:5, 52:10, 52:11, 52:12, 52:13, 52:14, 52:16, 52:18, 52:21, 52:23, 53:6, 53:7, 53:11, 53:12, 53:15, 53:16, 53:19, 53:20, 53:21, 53:24, 54:14, 54:15, 54:19, 55:10, 55:14, 55:19, 55:20, 55:22, 55:23, 55:25, 56:1, 56:13, 56:16, 56:17, 56:25, 57:5, 57:8, 57:13, 57:21, 57:23, 58:2, 58:10, 58:19, 58:21, 59:1, 59:11, 60:1, 60:6, 60:8, 60:9, 60:10, 60:11, 60:15, 60:16, 60:25, 61:11, 61:12, 61:14, 61:16, 61:19, 61:20, 62:7, 63:6, 63:7, 63:10, 63:14, 63:16, 63:18, 63:23, 64:11, 64:21, 65:3, 65:4, 65:6, 65:7, 65:10, 65:15, 65:16, 65:21, 65:25, 66:1, 66:6, 66:14, 66:16, 66:21, 66:22, 67:2, 67:3, 67:12, 67:19, 68:4, 68:6, 68:7, 68:9, 68:11, 68:13, 68:20, 68:21, 68:22, 69:3, 69:5, 69:9, 69:12, 69:13, 69:14, 69:18, 69:23, 70:2, 70:4, 70:11, 70:15, 70:19, 70:21, 70:22, 71:6, 71:8, 71:12, 71:13, 72:1, 72:3, 72:5,

72:11, 72:12, 72:13, 72:20, 72:24, 73:2, 73:7, 73:10, 73:13, 73:20, 73:23, 73:25, 74:6, 74:9, 74:12, 74:14, 74:16, 74:25, 75:16, 75:17, 75:19, 75:20, 75:24, 76:1, 76:3, 76:6, 76:15, 76:17, 76:23, 77:1, 77:7, 77:13, 77:15, 78:1, 78:3, 78:12, 78:14, 78:19, 78:23, 78:25, 79:3, 79:5, 79:9, 79:14, 79:17, 79:19, 79:23, 80:10, 80:14, 80:16, 80:19, 81:3, 81:5, 81:6, 81:9, 81:11, 81:23, 81:25, 82:2, 82:9, 82:13, 82:14, 82:21, 82:25, 83:3, 83:6, 83:7, 83:10, 83:11, 83:15, 83:18, 84:5, 84:6, 84:8, 84:9, 84:12, 84:19, 84:20, 85:4, 85:14, 85:15, 85:20, 86:1, 86:6, 86:9, 86:12, 86:14, 86:15, 86:19, 86:21, 86:22, 86:25, 87:2, 87:3, 87:5, 87:6, 87:7, 87:8, 87:9, 87:11, 87:12, 87:15, 87:16, 87:23, 87:24, 88:2, 88:5, 88:6, 88:7, 88:10, 88:11, 88:12, 88:18, 88:20, 88:25, 89:1, 89:16, 89:17, 89:19, 89:20, 89:22, 89:25, 90:2, 90:11
**today** [3] - 40:14, 82:20, 90:4
**Todd** [1] - 26:10
**TODD** [1] - 2:16
**together** [1] - 85:23
**told** [5] - 12:16, 30:24, 42:11, 52:19, 74:22
**too** [2] - 13:3, 86:20
**took** [9] - 4:1, 29:3, 45:24, 45:25, 46:2, 48:5, 71:19, 77:6, 79:16
**top** [2] - 16:17, 33:25
**topic** [4] - 63:12, 63:22, 66:18, 80:22
**Topic** [2] - 60:10, 63:20
**topics** [5] - 40:14,

54:11, 60:19, 72:7, 74:11

**Topics** [1] - 64:5

**towards** [2] - 13:5, 88:2

**track** [1] - 5:8

**tracking** [15] - 10:7, 10:13, 10:17, 10:18, 10:19, 10:23, 11:4, 11:8, 11:10, 11:16, 12:21, 13:4, 13:9, 19:16, 21:21

**trade** [1] - 10:4

**traffic** [1] - 61:12

**tragic** [1] - 81:6

**transcript** [5] - 2:25, 16:11, 55:1, 71:24, 90:11

**TRANSCRIPT** [1] - 1:10

**trial** [5] - 5:8, 69:22, 76:9, 76:16, 88:6

**tried** [1] - 87:23

**true** [11] - 7:6, 8:10, 14:2, 14:5, 18:24, 19:24, 26:17, 30:21, 45:20, 82:1, 90:11

**truthfully** [1] - 14:24

**try** [1] - 87:5

**trying** [4] - 16:1, 29:16, 32:5, 69:9

**turn** [5] - 38:20, 46:20, 59:4, 66:10, 88:7

**turned** [2] - 75:5, 77:20

**TUTTLE** [2] - 1:4, 1:15

**Tuttle** [5] - 3:4, 3:10, 78:9, 78:20, 80:25

**two** [28] - 4:20, 8:10, 9:1, 9:20, 21:3, 26:24, 27:12, 33:18, 34:25, 40:20, 40:24, 49:16, 51:25, 53:6, 55:5, 59:22, 61:23, 64:22, 72:18, 76:23, 84:9, 84:16, 84:22, 85:4, 86:5, 87:22, 88:19

**two-page** [1] - 40:24

**type** [1] - 84:5

### U

**uh** [1] - 71:25

**uh-huh** [1] - 71:25

**ultimately** [1] - 59:17

**unacceptable** [1] - 5:7

**unaccounted** [1] -

18:14

**unaware** [1] - 68:24, 72:15

**unclear** [2] - 35:24, 45:4

**unconstitutional** [1] - 17:8

**uncovered** [2] - 42:5, 82:11

**under** [11] - 4:11, 14:9, 14:17, 17:24, 60:10, 62:5, 66:7, 70:25, 75:19, 81:10, 85:6

**underlies** [1] - 79:10

**understand** [10] - 16:2, 19:14, 24:18, 31:20, 31:25, 53:5, 63:9, 63:16, 69:9, 80:10

**understandable** [1] - 36:10

**understanding** [4] - 8:5, 10:22, 32:5, 90:12

**understatement** [1] - 4:14

**understood** [9] - 29:7, 29:18, 29:20, 34:1, 52:22, 53:9, 58:20, 82:3, 82:17

**undertake** [1] - 76:15

**unfettered** [4] - 49:23, 50:1, 50:2, 51:24

**unfold** [1] - 56:13

**unfortunately** [1] - 75:15

**unhappy** [1] - 46:24

**unilaterally** [2] - 85:10, 88:3

**union** [2] - 62:5, 80:5

**United** [5] - 2:19, 12:23, 15:7, 15:24, 16:10, 90:10

**UNITED** [2] - 1:1, 1:11

**unknown** [1] - 87:24

**unless** [1] - 75:24

**unlimited** [4] - 54:11, 54:12, 54:17, 58:19

**unsatisfied** [1] - 46:2

**unsigned** [1] - 52:24

**until** [6] - 56:14, 56:15, 56:24, 85:22, 85:23, 86:20

**up** [32] - 4:7, 5:3, 8:8, 10:11, 12:22, 19:23, 23:22, 26:6, 35:20, 39:16, 40:10, 40:13,

40:14, 41:6, 45:24, 47:6, 51:5, 51:21, 52:2, 52:3, 56:20, 58:8, 61:13, 62:21, 64:21, 66:14, 70:4, 73:7, 74:23, 75:1, 76:16, 84:3

**upon** [12] - 9:17, 12:17, 17:18, 18:16, 27:9, 39:11, 65:1, 68:8, 77:9, 79:16, 87:10, 88:22

**us** [9] - 40:15, 59:23, 66:19, 70:16, 71:7, 78:12, 84:8, 84:12, 85:2

**use** [2] - 40:1, 61:21

**used** [6] - 10:7, 11:5, 30:18, 34:22, 80:23, 81:3

**using** [1] - 52:20

**utility** [1] - 69:9

**utilized** [1] - 31:21

### V

**valid** [1] - 76:22

**various** [1] - 33:17

**vehicle** [3] - 18:12, 19:17, 33:20

**verify** [7] - 28:13, 28:19, 29:10, 29:17, 30:4, 32:15, 66:22

**versus** [3] - 3:4, 17:15, 57:9

**very** [16] - 4:19, 15:2, 16:19, 25:22, 49:8, 49:20, 57:9, 63:14, 75:13, 81:16, 81:20, 81:24, 87:4, 87:5, 88:9

**via** [1] - 2:25

**view** [4] - 8:3, 32:9, 32:10, 37:19

**violated** [1] - 10:2

**violating** [1] - 23:14

**violation** [1] - 55:18

**VS** [1] - 1:5

### W

**wait** [1] - 47:18

**waiving** [1] - 39:13

**walk** [4] - 4:7, 68:6, 68:11, 87:24

**wall** [2] - 4:7, 4:8

**want** [17] - 11:1, 32:15, 46:25, 47:12, 48:1, 50:10, 51:8, 51:18, 51:20, 53:20,

58:9, 60:9, 63:17, 66:22, 68:13, 72:16, 86:1

**wanted** [9] - 12:11, 32:10, 33:6, 34:7, 45:23, 59:10, 64:21, 65:6, 87:8

**wants** [2] - 49:16, 50:9

**WARE** [1] - 1:15

**warrant** [12] - 27:11, 31:5, 31:15, 32:16, 35:11, 35:14, 56:2, 79:9, 80:16, 81:4, 81:5, 81:12

**warranted** [1] - 11:13

**warrants** [2] - 21:3, 75:2

**was** [207] - 4:1, 4:5, 4:7, 4:8, 4:15, 5:3, 6:5, 7:18, 8:4, 8:5, 8:11, 9:2, 9:14, 10:3, 10:9, 10:19, 10:20, 10:23, 10:25, 11:3, 11:4, 11:8, 11:15, 11:16, 11:23, 11:25, 12:8, 12:15, 13:1, 13:3, 13:13, 13:16, 13:20, 13:23, 14:8, 14:9, 14:13, 15:12, 15:13, 15:15, 15:16, 16:11, 16:12, 16:14, 16:24, 17:5, 17:10, 17:18, 17:21, 18:14, 18:15, 18:25, 19:12, 19:16, 19:17, 19:18, 19:20, 20:3, 20:7, 20:9, 20:14, 20:19, 21:22, 21:25, 22:1, 22:19, 22:25, 23:16, 24:3, 24:5, 24:14, 24:15, 24:17, 24:20, 24:21, 24:24, 25:1, 25:3, 25:5, 25:15, 25:16, 26:7, 26:20, 26:23, 27:1, 27:4, 27:11, 27:18, 27:21, 27:23, 28:1, 28:3, 28:14, 28:16, 28:19, 29:11, 30:4, 30:10, 31:18, 32:1, 32:5, 32:15, 32:17, 32:22, 35:11, 35:13, 35:14, 36:13, 36:14, 36:15, 36:22, 37:3, 37:16, 38:3, 39:8, 39:18, 42:12, 43:1, 43:21, 45:10, 45:18, 45:24, 46:3, 50:24, 50:25, 51:9, 51:17, 54:15,

55:8, 55:9, 55:16, 55:17, 55:22, 55:25, 56:1, 56:2, 56:14, 56:15, 57:2, 57:4, 57:5, 57:18, 57:21, 58:16, 58:20, 58:21, 59:1, 59:6, 59:7, 59:15, 59:24, 60:25, 61:6, 61:7, 62:4, 62:12, 62:14, 63:1, 65:1, 67:14, 67:15, 68:23, 70:18, 70:19, 71:19, 72:20, 74:12, 74:14, 75:4, 75:5, 75:15, 76:17, 77:15, 78:16, 78:24, 79:2, 79:3, 79:13, 79:16, 79:17, 79:24, 80:6, 81:16, 82:1, 84:19, 85:3, 85:12, 85:15, 85:19, 85:21, 85:22, 85:24, 86:11, 86:12, 86:20, 87:13, 87:18

**waste** [1] - 52:10

**way** [29] - 5:5, 8:25, 9:2, 9:19, 23:3, 34:8, 34:17, 35:7, 36:10, 43:14, 45:10, 45:24, 46:14, 47:4, 47:11, 49:12, 52:2, 59:20, 65:24, 69:3, 71:15, 71:24, 72:14, 74:17, 77:2, 77:4, 82:15, 90:1

**we** [109] - 14:19, 17:22, 23:12, 36:12, 38:4, 41:9, 41:21, 42:16, 43:7, 43:8, 43:12, 43:16, 43:21, 44:12, 44:23, 45:22, 46:1, 46:17, 47:2, 47:24, 48:1, 48:17, 50:6, 50:7, 52:5, 56:16, 56:23, 59:18, 60:6, 60:9, 60:10, 60:19, 60:20, 61:4, 61:8, 61:18, 61:19, 61:23, 63:11, 63:13, 64:22, 64:24, 66:4, 66:10, 66:12, 66:13, 67:1, 67:4, 67:10, 67:16, 69:1, 69:2, 69:4, 69:7, 69:19, 70:17, 70:18, 70:20, 70:24, 71:1, 71:15, 72:13, 72:14, 72:20, 73:4, 73:5, 73:18, 74:11, 74:13, 74:22, 75:2, 75:9, 76:20, 80:1, 80:21, 80:22, 81:12, 82:25, 83:8,

83:24, 83:25, 84:4,
84:5, 84:6, 84:7, 85:3,
85:4, 85:7, 85:8,
85:11, 85:17, 85:18,
86:6, 86:9, 86:20,
87:4, 87:8, 87:9,
87:15, 87:16, 88:1,
90:3
**We** [15] - 43:4, 44:5,
51:4, 66:25, 67:5,
70:12, 71:9, 71:12,
72:19, 73:1, 74:9,
76:12, 76:17, 76:18
**we'll** [2] - 50:8, 87:15
**We're** [1] - 36:3
**we're** [20] - 41:6,
41:11, 48:12, 49:25,
50:3, 51:6, 52:11,
58:19, 60:8, 64:23,
72:19, 73:7, 77:1,
80:4, 83:3, 83:5,
84:10, 84:11, 86:4,
90:5
**We've** [5] - 72:12,
74:13, 75:11, 75:14,
75:19
**we've** [12] - 7:7,
40:21, 61:17, 67:25,
68:11, 69:20, 72:12,
73:2, 74:10, 75:2,
76:3, 89:13
**week** [5] - 6:11,
33:23, 46:19, 51:6,
83:1
**weeks** [4] - 8:8, 9:1,
26:24, 27:12
**well** [20] - 4:23,
11:19, 15:2, 17:5,
35:20, 44:2, 52:5,
58:18, 63:16, 70:16,
71:13, 71:14, 73:12,
73:19, 74:12, 76:23,
78:15, 88:8, 88:9,
90:3
**Well** [4] - 43:18,
43:21, 55:24, 66:9
**went** [7] - 11:13,
15:13, 16:13, 28:21,
41:24, 45:23, 78:23
**were** [79] - 5:2, 5:4,
5:18, 6:16, 6:18, 7:15,
7:19, 8:2, 8:9, 8:10,
8:14, 9:2, 9:25, 10:1,
10:17, 13:23, 14:17,
16:4, 18:20, 20:5,
20:12, 20:19, 20:23,
21:4, 23:11, 23:25,
24:12, 26:23, 33:18,
33:21, 33:23, 34:25,
35:1, 35:10, 35:18,

35:22, 36:1, 36:18,
37:13, 38:25, 39:7,
42:13, 42:18, 43:19,
45:5, 47:15, 47:24,
49:1, 49:9, 52:25,
54:19, 54:20, 59:8,
59:9, 59:10, 59:24,
61:21, 61:25, 67:12,
67:13, 72:14, 77:17,
79:12, 79:15, 79:18,
80:6, 80:17, 81:20,
81:24, 84:2, 84:5,
85:6, 85:9, 86:5, 86:9,
90:7
**weren't** [9] - 42:1,
45:6, 48:9, 49:13,
49:18, 49:19, 49:20
**what** [157] - 4:5, 4:8,
5:2, 5:12, 9:17, 10:3,
10:6, 10:12, 10:19,
11:4, 11:7, 11:8,
11:15, 11:17, 12:21,
13:20, 14:3, 15:10,
15:17, 16:2, 16:3,
16:8, 17:18, 18:7,
19:4, 20:8, 20:13,
21:14, 28:13, 28:18,
29:1, 29:4, 29:6,
29:10, 29:16, 30:15,
30:21, 32:15, 35:5,
36:15, 37:14, 39:19,
40:15, 42:8, 42:11,
43:6, 43:11, 43:12,
43:16, 44:4, 44:24,
45:2, 45:8, 45:20,
46:2, 46:12, 47:12,
48:8, 48:12, 48:13,
48:15, 49:25, 50:8,
50:23, 51:12, 55:3,
55:11, 55:24, 56:1,
56:4, 57:13, 59:15,
59:23, 60:2, 60:18,
61:6, 61:7, 62:8, 63:4,
63:17, 64:18, 65:19,
66:10, 66:19, 66:21,
66:22, 66:24, 66:25,
67:14, 67:17, 68:5,
68:6, 68:7, 68:13,
69:4, 69:13, 69:19,
69:20, 69:21, 70:8,
70:16, 71:7, 72:3,
72:9, 72:10, 72:11,
72:12, 72:13, 72:14,
72:24, 73:2, 73:3,
73:4, 73:5, 73:7,
73:18, 74:4, 74:8,
74:11, 74:14, 74:21,
74:25, 75:8, 75:10,
75:16, 75:21, 76:1,
76:9, 76:10, 76:23,
77:1, 77:2, 77:3, 77:6,

77:9, 77:13, 77:14,
79:12, 79:14, 79:16,
79:17, 79:18, 79:21,
80:15, 82:12, 83:7,
84:5, 84:16, 84:22,
87:18
**What** [3] - 30:3,
50:20, 68:16
**what's** [7] - 10:11,
10:20, 41:19, 45:1,
56:6, 74:18, 80:18
**whatever** [7] - 5:7,
29:18, 35:7, 60:12,
62:25, 74:8, 77:16
**whatsoever** [1] -
24:16
**when** [33] - 5:5, 5:9,
5:11, 7:8, 14:2, 14:23,
26:22, 27:13, 31:21,
32:6, 32:21, 33:2,
33:13, 41:24, 43:18,
43:24, 47:24, 51:20,
55:10, 59:7, 61:13,
61:14, 65:21, 76:16,
77:19, 78:15, 78:23,
80:21, 81:17, 82:4,
84:3, 85:15, 88:3
**whenever** [1] - 70:18
**where** [27] - 7:12,
12:18, 29:15, 44:5,
44:19, 47:6, 50:20,
50:22, 50:23, 51:4,
51:18, 53:6, 54:13,
54:14, 56:11, 61:1,
61:2, 61:9, 62:11,
66:6, 66:20, 74:23,
75:3, 75:4, 75:15,
89:1, 89:13
**whether** [28] - 7:6,
8:21, 20:4, 22:14,
23:10, 24:14, 24:17,
25:14, 25:16, 25:23,
26:5, 35:13, 36:21,
38:9, 40:15, 42:21,
44:6, 49:18, 59:21,
59:22, 59:24, 71:1,
71:2, 75:6, 77:15,
77:17, 77:18, 83:25
**which** [31] - 4:8,
7:24, 12:13, 19:1,
20:4, 21:18, 31:2,
39:19, 40:21, 41:16,
42:4, 42:21, 45:10,
49:4, 63:14, 63:22,
65:1, 65:10, 65:14,
67:7, 68:23, 72:17,
73:10, 74:6, 74:15,
78:24, 81:6, 84:1,
87:11, 87:22, 88:1
**while** [5] - 8:14,

23:25, 47:13, 50:3,
86:13
**who** [23] - 6:18, 7:7,
8:19, 12:20, 13:13,
21:6, 27:12, 47:24,
48:1, 56:8, 63:5,
65:22, 69:10, 70:22,
80:2, 81:4, 81:20,
81:21, 86:5, 88:5
**who's** [2] - 17:13,
70:24
**whole** [3] - 49:24,
55:1, 61:16
**whom** [1] - 58:10
**whomever** [1] -
78:18
**whose** [2] - 45:22,
50:11
**why** [32] - 10:13,
10:25, 24:7, 24:18,
24:25, 27:23, 27:25,
28:3, 32:14, 33:9,
39:21, 41:10, 41:12,
41:13, 42:12, 42:16,
43:17, 45:9, 47:3,
47:7, 50:15, 51:24,
64:24, 66:3, 66:18,
69:2, 70:13, 73:8,
85:8, 85:12, 86:8,
88:1
**Why** [1] - 27:18
**will** [24] - 4:12, 4:25,
9:16, 29:5, 29:25,
40:15, 40:17, 42:5,
46:7, 47:16, 50:19,
51:24, 53:17, 55:12,
59:17, 59:23, 60:1,
61:11, 63:25, 66:24,
69:23, 73:14, 88:17,
89:21
**willing** [3] - 68:6,
74:20, 83:10
**willingly** [1] - 14:22
**wings** [1] - 23:14
**wishes** [1] - 33:12
**with** [96] - 4:12, 4:19,
5:22, 6:2, 6:16, 6:17,
7:8, 7:20, 8:4, 8:11,
8:15, 9:22, 10:24,
11:18, 13:12, 13:16,
21:2, 21:20, 22:12,
22:15, 22:23, 23:6,
23:16, 25:11, 25:20,
26:14, 27:1, 27:11,
27:20, 28:1, 28:4,
28:20, 30:12, 31:6,
32:17, 35:1, 36:3,
36:20, 38:16, 40:10,
40:24, 42:16, 45:22,
46:2, 46:24, 47:13,

47:18, 47:25, 48:4,
49:3, 50:10, 52:3,
53:3, 54:18, 54:20,
55:11, 58:13, 59:3,
61:16, 61:19, 61:20,
61:21, 64:4, 66:19,
66:25, 67:24, 69:11,
69:16, 71:19, 73:1,
74:4, 74:5, 74:23,
75:1, 75:13, 75:22,
75:25, 76:5, 76:7,
81:4, 83:7, 83:8,
83:12, 83:14, 83:16,
83:24, 84:7, 84:8,
86:11, 86:12, 86:25,
88:25, 89:3, 89:15,
89:22
**within** [4] - 26:23,
27:5, 73:15, 73:23
**Within** [1] - 51:4
**without** [2] - 17:7,
85:13
**witness** [56] - 5:12,
7:5, 8:5, 9:17, 10:3,
12:15, 12:18, 13:20,
14:7, 16:23, 17:5,
20:9, 20:13, 21:25,
22:1, 22:14, 22:25,
23:10, 24:5, 26:5,
26:16, 26:17, 27:23,
28:7, 28:20, 29:13,
29:23, 32:9, 33:12,
39:1, 39:3, 39:11,
40:4, 40:7, 46:25,
60:15, 63:4, 63:16,
63:17, 66:21, 68:10,
69:10, 70:24, 72:11,
74:9, 74:12, 74:18,
75:11, 75:18, 76:18,
86:15, 86:19, 87:12
**witness's** [3] - 6:19,
28:18, 30:14
**witnesses** [6] - 7:7,
14:16, 63:11, 75:13,
88:18, 89:2
**won't** [4] - 50:1,
50:2, 55:1, 82:24
**wood** [6] - 6:1, 15:5,
15:23, 16:9, 17:2,
17:24
**WOOD** [1] - 2:8
**Wood** [7] - 3:16,
10:15, 12:11, 17:2,
17:20, 34:8
**Woods'** [2] - 84:4,
84:11
**worded** [2] - 32:12,
35:8
**words** [7] - 42:3,
42:11, 44:15, 46:10,

52:13, 67:24, 80:23
**work** [10] - 6:11,
38:15, 47:8, 47:10,
47:16, 50:2, 78:13,
83:12, 83:14, 89:19
**workday** [1] - 27:19
**worked** [3] - 25:9,
25:15, 87:4
**working** [6] - 17:13,
17:16, 20:19, 26:24,
27:6, 27:12
**works** [1] - 53:19
**worth** [1] - 57:15
**would** [66] - 10:10,
11:6, 11:9, 11:20,
12:9, 12:11, 12:19,
13:1, 13:2, 14:18,
17:12, 17:15, 19:16,
19:23, 26:25, 27:6,
27:13, 28:4, 33:3,
33:9, 37:14, 37:20,
39:19, 39:24, 40:14,
40:20, 40:21, 41:8,
41:9, 41:21, 42:5,
42:17, 43:11, 46:4,
47:5, 47:9, 55:2, 55:6,
57:1, 57:6, 57:11,
58:15, 58:24, 59:18,
64:25, 65:12, 65:20,
66:4, 67:5, 67:18,
68:18, 69:14, 71:21,
73:13, 77:13, 79:13,
81:14, 82:5, 84:18,
85:11, 86:15, 86:18,
87:6
**wouldn't** [5] - 26:25,
27:14, 32:14, 47:7,
87:9
**wounded** [1] - 81:21
**written** [1] - 44:21
**wrong** [3] - 58:16,
76:6, 79:18
**wrongdoing** [2] -
34:20, 34:21
**wrote** [1] - 57:13
**Wynn** [1] - 61:25

**X**

**X** [5] - 68:22, 68:23,
74:6, 74:8, 74:10
**x** [1] - 13:16

**Y**

**Y** [1] - 68:23
**y'all** [1] - 52:14
**yeah** [3] - 73:22,
79:5, 80:9
**year** [9] - 5:9, 20:10,

41:9, 41:19, 60:12,
60:15, 80:5, 82:5,
82:11
**years** [20] - 4:24,
8:10, 9:1, 9:20, 25:1,
41:2, 42:6, 50:17,
51:1, 51:2, 55:2, 55:6,
58:21, 58:23, 59:13,
59:23, 60:9, 63:14,
73:5, 78:3
**Yep** [1] - 68:17
**yep** [1] - 71:23
**yes** [45] - 4:1, 5:21,
7:4, 7:7, 7:9, 12:4,
13:15, 13:16, 14:14,
16:6, 16:25, 18:1,
19:6, 21:11, 24:14,
30:2, 32:1, 32:3,
33:16, 34:4, 34:20,
35:20, 39:3, 39:5,
39:15, 40:3, 40:23,
51:16, 59:9, 60:3,
60:13, 60:14, 60:18,
62:21, 63:19, 64:7,
64:9, 65:5, 68:2, 78:7,
78:11, 84:21, 87:4,
87:21
**Yes** [8] - 12:13,
13:16, 14:25, 24:15,
36:5, 51:22, 54:2,
83:22
**yesterday** [1] - 5:22
**You** [3] - 19:8, 48:3,
52:6
**you** [311] - 3:2, 3:11,
4:23, 4:25, 5:2, 5:12,
5:14, 5:17, 6:2, 6:10,
6:11, 6:16, 6:25, 7:2,
7:15, 7:19, 7:23, 8:1,
8:2, 8:9, 8:10, 8:14,
8:25, 9:2, 9:10, 9:19,
9:25, 10:6, 10:10,
10:11, 10:16, 11:3,
11:11, 11:17, 12:6,
12:11, 12:16, 12:20,
12:22, 13:10, 13:11,
13:17, 14:2, 15:8,
15:16, 15:18, 15:25,
16:5, 16:21, 16:22,
17:4, 19:16, 20:2,
20:5, 20:12, 20:19,
20:23, 21:9, 22:4,
22:23, 23:21, 23:25,
24:24, 25:9, 25:17,
26:1, 26:9, 26:22,
26:24, 26:25, 27:11,
27:13, 27:14, 27:25,
28:3, 28:13, 29:10,
30:3, 30:16, 30:24,
31:4, 31:13, 31:15,

31:23, 32:15, 32:20,
32:24, 33:9, 34:2,
34:3, 34:5, 34:11,
34:14, 34:17, 34:23,
34:24, 35:2, 35:3,
35:10, 35:18, 35:22,
35:24, 35:25, 36:4,
36:18, 36:24, 36:25,
37:1, 37:6, 37:7,
37:25, 38:14, 38:21,
39:14, 39:15, 40:5,
40:11, 40:24, 41:16,
42:8, 43:3, 44:10,
44:11, 44:13, 44:19,
44:22, 44:24, 44:25,
45:20, 45:23, 45:24,
45:25, 46:2, 46:3,
46:8, 46:21, 46:23,
46:24, 46:25, 47:4,
47:12, 47:18, 47:23,
47:24, 48:3, 48:4,
48:7, 48:17, 49:18,
49:19, 49:22, 50:15,
51:10, 51:20, 51:25,
52:3, 52:15, 52:16,
52:18, 52:19, 52:20,
53:14, 53:15, 53:21,
53:23, 54:19, 54:25,
55:1, 55:2, 55:3, 55:5,
55:11, 55:12, 55:13,
56:12, 57:8, 57:11,
57:12, 57:13, 58:2,
58:3, 58:7, 58:8,
58:12, 58:14, 59:2,
59:6, 59:13, 61:1,
61:14, 61:15, 62:21,
62:22, 63:2, 63:16,
63:17, 63:23, 63:25,
64:3, 64:5, 64:8,
64:19, 64:20, 65:4,
65:14, 65:17, 65:19,
65:21, 66:2, 66:14,
66:15, 66:16, 66:21,
66:22, 67:7, 67:11,
67:19, 67:20, 68:5,
68:12, 68:13, 69:6,
69:8, 69:12, 69:13,
69:16, 69:17, 69:21,
70:1, 70:4, 71:13,
71:14, 71:15, 72:4,
72:5, 72:9, 72:10,
72:11, 72:13, 72:14,
72:16, 72:22, 73:2,
73:10, 74:8, 74:13,
74:20, 75:11, 75:14,
75:19, 76:6, 76:7,
77:25, 78:14, 79:12,
79:18, 80:11, 80:14,
83:14, 83:16, 83:18,
83:20, 84:25, 85:5,
86:8, 86:22, 87:2,

87:16, 88:7, 88:14,
88:22, 88:23, 88:25,
89:1, 89:12, 89:15,
89:17, 89:20, 89:25,
90:1, 90:2, 90:5
**you'll** [2] - 5:24,
59:20
**You're** [1] - 35:8
**you're** [32] - 5:11,
7:5, 11:8, 12:14, 16:8,
19:12, 31:22, 35:2,
35:4, 42:3, 42:8, 43:5,
45:2, 46:2, 46:24,
52:20, 53:6, 53:7,
60:2, 61:13, 62:6,
68:24, 69:12, 70:14,
71:21, 72:3, 76:5,
81:11, 88:10, 88:11,
90:5
**you've** [4] - 22:9,
68:22, 72:17, 78:1
**your** [55] - 3:6, 5:12,
5:16, 7:16, 7:22, 8:13,
8:15, 9:3, 11:13,
13:11, 15:17, 16:24,
17:18, 22:18, 22:22,
22:23, 26:23, 27:9,
27:10, 30:9, 30:16,
32:2, 32:15, 34:5,
34:7, 35:7, 35:19,
35:21, 36:4, 36:6,
36:19, 38:21, 46:3,
46:4, 47:4, 51:22,
53:15, 57:8, 63:7,
67:7, 70:15, 70:21,
74:4, 74:9, 77:25,
80:15, 80:19, 82:24,
83:20, 84:17, 88:7,
88:15, 88:19, 88:20
**Your** [67] - 3:9, 3:13,
3:18, 5:21, 7:4, 7:7,
10:15, 10:22, 11:9,
11:18, 11:25, 12:8,
12:25, 13:6, 13:15,
13:18, 15:9, 15:14,
16:12, 17:20, 18:1,
19:3, 21:11, 24:8,
24:21, 29:8, 32:1,
32:3, 32:6, 33:6, 34:4,
38:23, 39:14, 40:5,
40:13, 47:21, 54:3,
57:7, 58:5, 58:11,
60:8, 60:18, 62:9,
62:19, 62:22, 63:14,
64:3, 64:10, 64:15,
74:16, 78:5, 82:3,
82:17, 82:19, 83:16,
83:20, 83:21, 84:13,
84:18, 85:16, 87:21,
89:5, 89:7, 89:8, 89:9,

89:10, 89:11
**yourself** [2] - 14:15,
53:7

**Z**

**Z** [1] - 68:23