## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE,** | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **CITY OF HOUSTON, GERALD GOINES,** in his individual capacity; **STEVEN BRYANT**, in his individual capacity; **FELIPE GALLEGOS**, in his individual capacity; **ERIC SEPOLIO**, in his individual capacity; **MANUEL SALAZAR**, in his individual capacity; **THOMAS WOOD**, in his individual capacity; **OSCAR PARDO**, in his individual capacity; **FRANK MEDINA**, in his individual capacity; **CLEMENTE REYNA**, in his individual capacity; **CEDELL LOVINGS**, in his individual capacity; **NADEEM ASHRAF**, in his individual capacity, **MARSHA TODD**, in her individual capacity, and **ROBERT GONZALES**, in his individual capacity, | § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:21-cv-270 |
| *Defendants*. | § | |

## CONSOLIDATED WITH

| | | |
|---|---|---|
| **JOHN NICHOLAS**, as temporary administrator of the Estate of Rhogena Nicholas and **JO ANN NICHOLAS**, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **CITY OF HOUSTON; ART ACEVEDO**, in his official capacity as the chief of police of the Houston Police Department, **GERALD GOINES**, in his individual capacity; | § § § § | |

| | |
|---|---|
| **STEVEN BRYANT, in his individual capacity; FELIPE GALLEGOS, in his individual capacity; ERIC SEPOLIO, in his individual capacity; MANUAL SALAZAR, in his individual capacity; THOMAS WOOD, in his individual capacity; OSCAR PARDO, in his individual capacity; FRANK MEDINA, in his individual capacity; CLEMENTE REYNA, in his individual capacity; CEDELL LOVINGS, in his individual capacity; NADEEM ASHRAF, in his individual capacity; MARSHA TODD, in her individual capacity; and ROBERT GONZALEZ in his individual Capacity,** | § § § § § § § § § § § § § § § § § |
| *Defendants*. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Clifford F. Tuttle, Jr., as representative of the Estate of Dennis W. Tuttle, Robert Tuttle, and Ryan Tuttle, Patricia Nicholas, as temporary administrator of the Estate of Rhogena Nicholas and Jo Ann Nicholas, individually and as an heir of the Estate of Rhogena Nicholas (collectively "Plaintiffs"), and Defendants Nadeem Ashraf, Robert Gonzales, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente Reyna, Manuel Salazar, Eric Sepolio, and Thomas Wood (collectively "Stipulating Defendants"), jointly stipulate to the dismissal with prejudice of all claims of excessive force in violation of the Fourth and Fourteenth Amendment pursuant to 42 U.S.C.S. §§ 1983, 1988, against Defendants Nadeem Ashraf, Robert Gonzales, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente Reyna, Manuel Salazar, Eric Sepolio, and Thomas Wood [Docs. #48 and #49], with Plaintiffs and Stipulating Defendants to bear their own costs and expenses and agreeing to forego any attempt to seek attorney's fees against each other as to all claims in this action. This stipulation does not preclude any Plaintiff from seeking costs or expenses or attorney's fees against any non-Stipulating Defendant and does not preclude any non-Stipulating Defendant from seeking costs or expenses or attorney's fees against any Plaintiff. This stipulation of dismissal has

2

been signed by all parties who have appeared.  Therefore, pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), this dismissal is effective on the filing of this stipulation, without further action or order of the Court.

                Respectfully submitted,

                **ARTURO G. MICHEL**
                **City Attorney**

Date:  August 5, 2024.      By:   */s/ Christy L. Martin*
                CHRISTY L. MARTIN
                Chief, Torts/Civil Rights
                SBN:  24041336
                FBN:  754168
                Phone:  (832) 393-6438 (direct)
                christy.martin@houstontx.gov
                **Counsel for Defendants**
                **Robert Gonzales and Frank Medina**

                */s/ Melissa Azadeh*
                MELISSA AZADEH
                Senior Assistant City Attorney
                SBN: 24064851
                FBN:  1090186
                Phone: (832) 393-6270 (direct)
                Melissa.azadeh@houstontx.gov
                **Counsel for Defendants**
                **Cedell Lovings, Oscar Pardo, and Eric Sepolio**

                */s/ Michelle Taylor*
                MICHELLE TAYLOR
                Senior Assistant City Attorney
                SBN: 224060889
                FBN:  3773284
                Phone: (832) 393-6248 (direct)
                Michelle.Taylor2@houstontx.gov
                **Counsel for Defendants**
                **Nadeem Ashraf and Manuel Salazar**

                */s/ Alexander Garcia*
                ALEXANDER GARCIA
                Assistant City Attorney
                SBN:  24104429
                FBN:  3852904
                Phone:  (832) 393-6293 (direct)
                Alexander.garcia@houstontx.gov

        **Counsel for Defendants**
        **Clemente Reyna and Thomas Wood**
        CITY OF HOUSTON LEGAL DEPARTMENT
        900 Bagby, 4th Floor
        Houston, Texas 77002

| | |
|---|---|
| */s/ Michael Patrick Doyle* | */s/ L. Boyd Smith* |
| Michael Patrick Doyle | L. Boyd Smith |
| Jeffrey I. Avery | Michael T. Gallagher |
| Patrick M. Dennis | Pamela R. McLemore |
| Doyle LLP | The Gallagher Law Firm, PLLC |
| 3401 Allen Parkway, Suite 100 | 2905 Sackett St. |
| Houston, Texas 77019 | Houston, Texas 77098 |
| | |
| Charles Bourque, Jr. | Margaret Bryant |
| St. Martin & Bourque | Ware, Jackson, Lee, O'Neill, Smith & |
| 315 Barrow St. | Barrow, L.L.P. |
| Houma, LA 70360 | 2929 Allen Parkway, 39th Floor |
| | Houston, Texas 77019 |
| **Counsel for Nicholas Plaintiffs** | |
| | **Counsel for Tuttle Plaintiffs** |
| */s/ Alistair B. Dawson* | */s/ Russell Hardin, Jr.* |
| Alistair B. Dawson | Russell Hardin, Jr. |
| Lena Elizabeth Silva | John Garnet MacVane |
| Garrett Scott Brawley | Marshall Douglas Murphy |
| Beck Redden LLP | Rachel Mae Lewis |
| 1221 McKinney, Ste 4500 | Rusty Hardin and Associates |
| Houston, TX 77010 | 1401 McKinney, Ste 2250 |
| | Houston, TX 77010 |
| Harold Al Odom, III | |
| Odom Law Firm | **Counsel for Defendant** |
| 601 Sawyer, Suite 225 | **Felipe Gallegos** |
| Houston, TX 77007 | |
| | */s/ Dwayne Richard Day* |
| **Counsel for Defendant** | Dwayne Richard Day |
| **City of Houston** | 3401 Allen Pkwy, Suite 100 |
| | Houston, TX 77019 |
| */s/ David Allen Nachtigall* | |
| David Allen Nachtigall | **Counsel for Defendant** |
| 1545 Heights, Ste. 100 | **Gerald Goines** |
| Houston, TX 77008 | |
| | |
| **Counsel for Defendant** | |
| **Steven Bryant** | |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2024 a true and correct copy of the foregoing document was delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, and alternatively via facsimile transmission, to:

Michael Patrick Doyle
mdoyle@doylelawfirm.com
Jeffrey I. Avery
jeffavery@doylelawfirm.com
Patrick M. Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett St
Houston, TX 77098
mike@gld-law.com

Charles Bourque, Jr.
St. Martin & Bourque
315 Barrow St
Houma, LA 70360
cbourque@stmblaw.com

Dwayne Richard Day
Attorney at Law
3401 Allen Pkwy, Suite 100
Houston, TX 77019
dday@ddaylaw.com

David Allen Nachtigall
Attorney at Law, PLLC
1545 Heights, Ste. 100
Houston, TX 77008
david@dntriallaw.com

Margaret Bryant
Ware, Jackson, Lee, O'Neill, Smith & Barrow, L.L.P.

2929 Allen Parkway, 39th floor
Houston, TX 77019

Alistair B. Dawson
adawson@beckredden.com
Lena Elizabeth Silva
lsilva@beckredden.com
Garrett Scott Brawley
gbrawley@beckredden.com
Beck Redden LLP
1221 McKinney, Ste 4500
Houston, TX 77010

Harold Al Odom, III
Odom Law Firm
601 Sawyer, Suite 225
Houston, TX 77007
aodom@aodomlawfirm.com

Russell Hardin, Jr
rhardin@rustyhardin.com
John Garnet MacVane
jmacvane@rustyhardin.com
Marshall Douglas Murphy
dmurphy@rustyhardin.com
Rachel Mae Lewis
rlewis@rustyhardin.com
Rusty Hardin and Associates
1401 McKinney, Ste 2250
Houston, TX 77010
Letitia D. Quinones
Quinones & Assocaites, PLLC
2202 Ruth Street
Houston, TX 77004
lquinones@rustyhardin.com

*/s/ Melissa Azadeh*
Melissa Azadeh