**EXHIBIT B**

**Andrew J. Scott, III, D.C.J.**
**Doctor of Criminal Justice**

**6026 NW 31 Way**
**Boca Raton, FL 33496**
**(O) 561-302-0756  (F) 561-892-8250**
**ascott@ajspoliceconsulting.com**

**CURRICULUM VITAE**

<u>**EDUCATION**</u>

Doctor of Criminal Justice (DCJ)
    Saint Leo University
    Saint Leo, Florida (12/2021)

Master of Science in Management (MSM)
    St. Thomas University
    Miami, Florida (12/1993)

Bachelor of Arts in Psychology (BA)
    Florida International University
    Miami, Florida (3/1977)

Federal Bureau of Investigation National Academy
    Session # 183
    Quantico, Virginia (12/1995)

Federal Bureau of Investigation Law Enforcement Executive Development
    Session #42
    Quantico, Virginia (3/2000)

<u>**EXPERIENCE**</u>

| | |
|---|---|
| **Adjunct Professor** | **Saint Leo University** |
| **March 2022 to present** | **Saint Leo, FL** |
| | |
| **President** | **AJS Consulting, LLC** |
| **September 2002 to present** | **Boca Raton, Florida** |

- President and owner of AJS Consulting, LLC specializing in:
- Security team development and deployment
  - Created an armed private security force – Courthouse Commons Security.
  - Held state of Florida "M" license for private security.
  - Managed armed private security force to include policy creation, personnel implementation, scheduling and hiring of security force team.
  - Advisory Board member for Platinum Security (FL) providing expert advice on private security guard policy, training, and practices.
- Law enforcement policies and procedures development and review.
  - Accreditation Manager
  - Assessor for the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) and the Commission for Florida Accreditation, Inc. (CFA).
  - Commissioner for the Commission for Florida Accreditation, Inc. (CFA), six years.

008274 NIC

EXHIBIT
123

- Expert witness testimony and litigation preparation relating to police procedures and practices for both defendant and plaintiff.
- Corporate and private plant security related matters.
  - Frequent lecturer on Workplace Violence prevention and mitigation strategies and human/sex trafficking.
- Security assessments.
  - Conducted dozens of security assessments for homeowners associations, condominium associations, and private businesses.
- Leadership Development
- Expert in law enforcement accreditation.
- Expert in evidence collection and storage protocols for law enforcement agencies, law firms, and insurance companies.
- Expert in police use of lethal and less lethal use of force.
- Expert in police vehicle pursuits.
- Expert in the application of Electro Muscular Disruption Devices (EMDs), known as TASER™, in use of force instances.
- Expert in police hiring practices, recruitment, and retention issues.
- Expert in Use of Force instruction.
- Expert-Property and Evidence.
- Minority hiring and promotion.
- Expert in Internal Affairs investigations.
- Special Weapons and Tactics (SWAT).
- Expert-Eyewitness Identifications-police photo arrays, showups, line-ups.
- Expert-Homicide and Criminal Investigations.
- Crime Prevention.
- Racial Profiling.
- Law enforcement related technology.
- Domestic counter terrorism initiatives.
- Preparing for and responding to mass disasters
- Media relations – crisis management.
- Expert in crime scene investigations.
- Training initiatives.
- Homeland security initiatives.
- Community policing initiatives.
- Dignitary protection.

**President**                                          **The Evidence Storage Company, LLC**
**January 2007-Present**                               **Boca Raton, FL**

- President and owner of The Evidence Storage Company (TESCO™) which provides secure storage of property or evidence impounded by insurance companies, law firms and law enforcement agencies.

**December 2011 to December 2015**

- Florida Supreme Court-certified Circuit Court Mediator.

**Vice President & Principal**                         **Scott-Roberts and Associates, LLC**

**January 2008 to January 2020**                       **West Palm Beach, FL**

- Vice President, Principal, and owner of Scott-Roberts and Associates, LLC providing employment screening, tenant screening, and background checks for clients in need of these services.

008275 NICHOLAS

**Chief Operating Officer**                                               **Antol Restoration**
**January 2006 to December 2006**                          **Boca Raton, Florida**

- Responsible for the day to day operation of the company (annual revenue of $12 million) and reports directly to the President and owner of the company.
- Develop strategic business plans for the company.
- Created company Mission, Vision, and Value statements.
- Provided ongoing leadership and management training.
- Created a Human Resource function.
- Hired personnel to fill strategic vacancies (e.g., H.R. Director, Project Managers, Permitter, Customer Service Specialist, and Marketing Specialist).
- Develop policies and procedures for various company domains.
- Implemented weekly accountability meetings with all company departments and biweekly department head accountability meetings.
- Oversee General Manager, Controller, Production Manager, Sales Manager, Warehouse Manager and Office Manager.
- Implement market penetration and diversification strategies for the company (creating Antol roofing company and HVAC company.).
- Oversee and maintain fiscal spending within budget.
- Opened new business (National Evidence and Property Storage, Inc.) as Vice President and co-owner.
- Created and implemented new marketing strategies for the company.
- Implemented bar-coding system in warehouse immediately resulting in pricing efficiency to our customers and effective inventory control.
- Created company employee policy book.
- Implemented monthly company newsletter.
- Implemented employee 401(k) plan.
- Actively engaged in sales.

**Chief of Police**                                                          **Boca Raton Police Department**
**City of Boca Raton**                                                   **Boca Raton, Florida**
**October 1998 to February 2006**

- Chief Executive Officer of a police department of 197 sworn officers with 110 civilians for a city population of 85,000 citizens, a city of 28 square miles, and a $26 million dollar budget.
- Outlined a new mission, vision, and direction for the department in order to forge the most efficient means to conduct business. Transformed a view of the police department from "status quo" into a nationally renowned law enforcement agency serving an internationally recognized city.
- Applied pragmatic fiscal discipline, maintained at or under budget performance each year through better allocation of personnel and resources, and increased seizure of criminal assets.
- Instituted 12-hour shifts in the Uniform Patrol Division resulting in an additional 10% increase in person hours without any additional cost to the taxpayers.
- Developed and carried out an on-going five-year strategic plan focused on technology, leadership development, and recruitment and training providing agency personnel with the right tools to enhance the department's performance to our citizens.
- Reduced felony crime by 42% over a seven-year period (1998-2005).
- Received international accreditation by the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) three times (1999, 2002, and 2005).
- Received state accreditation by the Commission on Florida Law Enforcement Accreditation, Inc. (CFA) three times (1999, 2002, and 2005).

3

008276 NICHOLAS

- Envisioned, developed and created the International Center for Leadership and Development (ICLAD) for advanced training for law enforcement, fire fighters, and civilian government workers in the tenets of leadership, management, homeland security, and overall think-tank for relevant issues impacting the noted disciplines.
- Strategically utilized nearly $13 million dollars of seized assets from criminal enterprises to build ICLAD.
- Created a mechanism of accountability for developing crime solving strategies within the city via Strategic Focus Initiative (SFI) monthly meetings modeled from New York City Police Department's COMPSTAT.
- Instituted a citywide leadership program, initially in the police department, and then citywide, utilizing the model and principles proffered by Kouzes and Posner's *The Leadership Challenge.*
- Instituted geographical districting in order to promote accountability and responsibility to all levels of the organization for combating crime and social issues that cause crime.
- Introduced wireless computer technology inside police cruisers with access to NCIC, FCIC, DHSMV, Internet, and department Intranet.
- Created the Family Services Bureau which allowed the police department to respond to all issues of the family, regardless of age or need, with social services, crime prevention services, family intervention services, and typical law enforcement services for juveniles.
- Created and instituted an Elder Crimes Specialist position specializing in the needs of the elderly and providing the first senior crime prevention program in Palm Beach County.
- Created the first volunteer program in Palm Beach County to check on elderly citizens who were housebound.
- Enhanced the victim/witness advocate program by creating a second advocate specialist position.
- The first police department in Palm Beach County to deploy to all sworn personnel Electro Muscular Disruption Devices (EMDD), commonly known as TASERS.
- Chairperson for the committee on developing a countywide policy for EMDD use for Palm Beach County law enforcement agencies, on behalf of the Palm Beach County Law Enforcement Planning Council. The committee consisted of the Palm Beach County Medical Examiner, the Palm Beach County State Attorney, and several other prominent Police Chiefs.
- Palm Beach County law enforcement received national recognition for the development of a model policy for EMDD use by the International Association of Chiefs of Police (2005).
- The first police department in Palm Beach County to deploy to all sworn personnel carbine assault rifles (.223 cal.) replacing the shotgun.
- Upgraded all issued side arms to semi-automatic, Sig Sauer, 40 cal.
- Experienced the first bio-terrorism attack on American soil in October 2001 when the American Media, Inc. (AMI) building was infected with anthrax resulting in a homicide.
- Strategically partnered with the Federal Bureau of Investigation (F.B.I.), the United States Attorney General's office, and a myriad of other national, state, and local law enforcement and governmental agencies to investigate the anthrax attack.
- Creation and development of the department's Safe Community Initiative program providing instruction to segments of the community susceptible to hate crimes and acts of terrorism.
- One of the first police departments in Palm Beach County to implement the Crisis Intervention Team (CIT) training to patrol officers dealing with mentally and emotionally diminished individuals.
- Formed an alliance with Boca Raton Community Hospital and the Boca Raton chapter of the American Heart Association to equip all patrol cars in the department's fleet with Automatic External Defibrillators (A.E.D.) at no cost to the taxpayers.
- Purchased and coordinated the installation of a state-of-the-art radio dispatch center (1999) equipped state of the art computer aided dispatch system for the city's police and fire department.

4

008277 NICHOLAS

- Purchased and coordinated the installation of a state of the art records management system
- Seamlessly relocated the department's communications center from the police department to a new, separate, location.
- Instituted a cell phone program for victims of domestic abuse at no cost to the victim.
- Partnered with local business creating a crime prevention program where cell phones were given to drivers of the participating business so they could immediately contact the police if a crime is observed.
- Implemented a bicycle patrol unit.
- Implemented the Trespass after Warning program.
- Implemented a Jet Ski patrol program for the community's waterways.
- Augmented the Marine Patrol Unit with two additional vessels totaling four vessels.
- Created a Traffic Enforcement Task Force.
- Implemented a Youth Probation Enforcement Program with the Department of Children and Families.
- Teamed the Organized Crime Unit with other local, state and federal law enforcement agencies to combat narcotics trafficking and white-collar crimes.
- Collaborated with The Salvation Army with a program called Greater Achievement Through Education (GREAT) created to help at risk children with school preparation and tutorial assistance.
- Partnered with Big Brothers/Big Sisters by allowing officers on-duty time to become a Big Brother or Big Sister to children in need.
- Developed an innovative recruitment program called "Guess Who's Coming to Dinner." The concept attracted national media attention and successfully allowed the police department to attract a vast number of candidates to fill police officer vacancies.
- Implemented the "I Prevent Crime" crime prevention campaign raising the consciousness of community and its responsibility to protect themselves against crime.

**Assistant Chief of Police**                                    **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, Florida**
**January 1995-October 1998**

- Promoted to Assistant Chief in 1995 assisting in the oversight of the 161 person police department.
- Acted as Chief of Police in his absence.
- Functional experience as Assistant Chief overseeing Uniform Patrol, Administration, and Investigations.
- Development and oversight of the department's $10.1 million dollar budget.
- Development and oversight of the department's information technology section.
- Responsibility over the department's Accreditation Office and successfully guided the department through two international accreditations and two state accreditations.
- Assisted in the development of the department's five year strategic plan.
- Administered the department's Law Enforcement Trust Fund
- Oversight of the department's Internal Affairs Unit.
- Oversight of the department's Personnel and Training Unit.
- Oversight of the department's Emergency Operation Center.
- Oversight of the department's Special Response Team.
- Oversight of the department's Communications Section.
- Oversight of the department's K-9 Unit.
- Accreditation assessor for CALEA and CFA.

**Lieutenant**                                                      **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, FL**
**1992-1995**

008278 NICHOLAS

- Commander of Internal Affairs and Personnel and Training.
- Lieutenant of Criminal Investigations and Homicide Investigations.
- Accreditation Manager (1991-1996).
- Patrol Shift Commander (1992-1994).
- Field Training Commander (1992-1998).
- Quality Team Management Facilitator (1992-1998).
- Commander of the department's Special Response Team (SRT).
- Supervisor of K-9 unit.

**Sergeant**                                               **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, FL**
**1989-1992**

- Administrative Sergeant – direct assistant to the Major of Administration. Supervised Communications, Records, Property Room, Quartermaster and Vehicle Maintenance.
- Criminal Investigations Sergeant – Supervised a 20-member detective and crime scene unit which provided full-service investigations ranging from homicides and traffic homicides to property crimes.
- Patrol Sergeant – Managed a 14-member shift which responded to initial calls for service from the public.
- Special Response Team Sergeant (SRT).

**Detective**                                              **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, FL**
**1983-1989**

- Property Room Custodian - Fully responsible for all property and evidence taken into custody by department personnel. Conducted a staff study of the property room function.
- Crime Scene Group Leader – Supervised a four-member crime scene unit. Developed and implemented new guidelines and procedures for investigating diverse types of crime scenes including homicides and all other types of death investigations.
- Crime Scene Detective – Investigated a variety of crime scenes from homicides to property crimes.
- Homicide Investigator.
- SRT team member and team Grenadier.

**Patrolman**                                              **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, FL**
**1982-1983**

- Uniform Patrol Officer and Special Response Team member (SRT).
- Baton Instructor

**Patrolman**                                              **North Miami Police Department**
**City of North Miami**                                    **North Miami, FL**
**1978-1982**

- Uniform Patrol Officer.

**Auxiliary Patrol Officer**                               **Dania Beach Police Department**
**City of Dania Beach (FL)**                               **Dania Beach, FL**
**1976-1978**

6

008279 NICHOLAS

## PROFESSIONAL AFFLIATIONS

- International Association of Chiefs of Police (IACP) – Life Member
- Florida Police Chiefs Association (FPCA) – Life Member
- Palm Beach County Association of Chiefs of Police – Life Member
- F.B.I. National Academy Associates (FBINA)
- Law Enforcement Executive Development Associates (LEEDA)
- Police Executive Research Forum (PERF)
- National Center for Women and Policing
- National Association of Women Law Enforcement Executives
- Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA)
- Commission on Florida Accreditation for Law Enforcement Agencies, Inc. (CFA)
- Florida Police Accreditation Coalition (FLAPAC)
- Florida Division of International Association for Identification
- International Association For Property and Evidence (IAPE)
- Miami-Dade County Police Benevolent Association
- Certified Corporate Property & Evidence Specialist (CCPE)
- American Society of Industrial Security (ASIS) member
- Society of Human Resource Managers (SHRM) member
- Palm Beach Society of Human Resource Managers (PBSHRM)
- National Tactical Officers Association (NTOA)
- National Association of Professional Background Screener (NAPBS)

## PROFESSIONAL BOARD AND COMMITTEE APPOINTMENTS

- IACP Forensics Committee – former committee member – 2006-2014
- IACP Crime Prevention Committee –former committee member -2006-2014
- Blue Ribbon Advisory Committee member for the development of the IACP's Technology Desk Reference for Chiefs of Police in conjunction with the Technology Technical Assistance Program (TTAP) in association with the United States Department of Justice.
- Co-Chair (former) – National Sheriff's Association Neighborhood Watch Advisory Program
- Chairperson (former) - Commission for Florida Law Enforcement Accreditation, Inc.
- Commissioner – Commission for Florida Law Enforcement Accreditation, Inc. (CFA)
- Assessor and Team Leader (former) - Commission on Accreditation for Law Enforcement Agencies, Inc.
- Assessor and Team Leader (former) - Commission for Florida Law Enforcement Accreditation, Inc.
- President (former) - Palm Beach County Association of Chiefs of Police
- Chairperson (former) - Palm Beach County Law Enforcement Planning Council.
- Chairperson (former) – Palm Beach County Multi-Agency Gang Task Force.
- Board Member (former) – Boca Raton Police Athletic League
- Executive Board Member (former) – Hundred Club of South Palm Beach County
- Member (former) F.B.I. Anti-Terrorism Task Force (Miami Field Office).
- Southern Police Institute – Louisville, Kentucky – Guest Lecturer
- F.B.I.- Miami Field Office – Guest Lecturer
- Miami-Dade Police Department – Guest Lecturer – 1998-2006 Internal Affairs Seminar.

## AWARDS AND RECOGNITIONS

- Promoting Equality for Women Award from the National Center for Women and Policing – 2001 (2nd male Chief of Police in the United States to receive this honor).

008280 NICHOLAS

- "Breaking the Glass Ceiling "Award from the National Center for Women and Policing – 2001.
- Recognition by the F.B.I. (Miami) for assistance with the AMI/Anthrax investigation – 2002
- Recognition from the Palm Beach County Law Enforcement Planning Council for chairing the Council - 2002
- Manager of the Year for the City of Boca Raton – 2002.
- Man of Distinction Award from the American Red Cross – 2002.
- Humanitarian of the Year Award from The Haven – 2004
- Palm Beach County Association of Chiefs of Police recognizing contributions to law enforcement - 2005
- Recognition from the Commission on Florida Law Enforcement Accreditation, Inc. – 2006
- Recognition from the Commission on Florida Law Enforcement Accreditation, Inc. for being the Chairperson of the Commission – 2006
- Performance Institute – Washington D.C., Keynote speaker – Use of Force in the 21st Century – June 2010.
- Supreme Court of Florida certified Circuit Court Mediator.
- Officer of the Year – Miami Dade County (twice).
- Officer of the Year – North Miami Beach Police Department (twice).
- Officer of the Month – North Miami Beach Police Department (five times).
- Numerous awards during my law enforcement career – too many to list on C.V.

## PUBLICATIONS

- Scott, A.J. (1994). *Law Enforcement and the Need for a Paradigm Shift.* The Florida Police Chief.

- Scott, A.J. (1994). *Handling Civil Unrest.* The Florida Police Chief.

- Scott, A.J. (1995).   *Accreditation, What's In It For Me?,* Dade County PBA Heat

- Maughan, M & Scott A.J. (2001, January). *Boca Raton Police Services Department Comprehensive Approach to Juvenile Crime.* The Florida Police Chief.

- Maughan, M. & Scott A.J. (2003, May). *Boca Raton's Family Services Bureau Puts Families First.* The Florida Police Chief.

- Fagan, S. & Scott, A.J.  (2004). *Safe Community Initiative.* The Florida Police Chief.

- Sullivan, J.J. & Scott, A.J. (2005, February). *A Leadership Challenge:  Turning Vision into Reality.* The Florida Police Chief.

- Croy, L. & Scott, A.J. (2005, September). *I Prevent Crime: A Crime Prevention Campaign.* The Police Chief (The International Association of Chiefs of Police magazine).

- Scott, A. J. (2007, December). *Use of Force…How Much is Too Much?* The Defender (Statewide publication for Florida State Public Defenders).

- Scott, A. (2021). *Should Initiation of Police Vehicle Pursuits be Based on the Objectively Reasonable Calculus?* (published dissertation).

## COMMUNITY ACTIVITY

008281 NICHOLAS

| | | |
|---|---|---|
| • Florida Atlantic University | Adjunct Faculty | 08/05-12/12 |
| • Lynn University | Adjunct Faculty | 08/04-12/08 |
| • Capella University | Adjunct Faculty | 11/07-06/14 |
| • Florida Police Chiefs Association | Life Member | 10/94-Present |
| • Palm Beach County Association of Chiefs | Life Member/Past President | 10/96-Present |
| • P.R.O.P.E.L. | Member /Past President | 06/04-Present |
| • Boy Scouts of America | District Chairperson | 2010- Present |
| • Women in Distress | Trustee/Board Member | 2010- Present |
| • The Haven | Award Recipient | 2004 |
| • Nat'l Center for Missing/Exploited Children | Advisory Member | 04/04-01/06 |
| • American Red Cross | Former Advisory Board Member | 11/99-01/06 |
| • American Red Cross | Award Recipient | 2002 |
| • Rotary Club of Boca Raton | Former member | 1999-2006 |

**POST-SECONDARY TEACHING EXPERIENCE**

| | | |
|---|---|---|
| • Saint Leo University<br>Graduate and Undergraduate Courses in<br>Criminal Justice. | Adjunct Faculty | 03/22 – Present |
| • Lynn University<br>Undergraduate Courses in Criminal Justice<br>and Criminology | Adjunct Faculty | 08/04 – 12/08 |
| • Florida Atlantic University<br>Undergraduate Courses in Criminal Justice<br>and Criminology | Adjunct Faculty | 08/04 – 12/12 |
| • Keiser University<br>Undergraduate Courses in Human Resources | Adjunct Faculty | 08/07 - 2010 |
| • Capella University<br>Undergraduate Courses in Criminal Justice,<br>Corrections and Criminology | Adjunct Faculty | 11/07 – 06/14 |

- Course Development for Capella University:
  - Corrections
  - Criminal Investigations/Homicide Investigations
  - Crime Scene Investigation
  - Police Administration

**ADDITIONAL TRAINING CLASSES:**

- Auxiliary Officer Certification
- Basic Law Enforcement Training
- Police Officer Certification
- Officer Stress Assessment & Resolution
- Instructor Techniques
- Crime Scene Procedures for Law Enforcement Officers
- Special Response Team – Basic Tactics
- Instructor Training – Police Baton
- Sex Offenses – F.B.I.

008282 NICHOLAS

- Crime Scene Procedures
- Crime Scene Techniques – F.B.I.
- Police Photography Course
- Police/Medical Investigation of Death – I.A.C.P.
- Homicide Investigations
- Medicolegal Investigation of Death.
- Interviews and Interrogations
- Chemical Agents Instructor
- Firearms Instructor Techniques
- SRT Grenadier
- Crime Scene Investigators Conference
- Crime Scene Reconstruction
- Property and Evidence Custodian
- Criminal Investigation
- DNA Identification
- Line Supervision
- Advanced Supervision
- Advance Report Writing
- Drugs in the Workplace
- Death Investigation
- Designer Drugs
- Officer Survival Training
- FCIC Basic Telecommunications
- Police Executive Development Workshop
- Job Task Analysis
- The Supervisory Leadership Challenge
- Basic Field Force
- The Basics of Writing Policies and Procedures
- Disorder Management Symposium
- Police Internal Affairs
- Infectious Diseases Seminar
- ASP Refresher
- Verbal Judo
- Human Diversity
- Firearm's Transition
- Equal Employment Law Workshop
- Promotional Assessor
- B-PAD Certification
- Driver Improvement Seminar
- OC Gas Training
- Anti-Lock Braking System
- EVOC Training/Pursuit Driving
- Advanced EVOC Training
- Leadership and Development
- Accreditation Certifications
- Accreditation Team Leader Certifications for CFA and CALEA
- Incident Command System
- Multi-Agency Incident Management
- NIIMS ICS 120 Incident Command System
- Graduate Criminal Justice Education – University of Virginia, FBI NA Quantico, VA
- Overview of Incident Command System
- Disaster Planning
- Commission on Florida Law Enforcement Accreditation Assessor Training

008283 NICHOLAS

- Managing in the New Millennium
- United States Secret Service Dignitary Protection Seminar
- Missing and Exploited Children Chief Executive Officer Seminar
- CALEA Certified Team Leader
- Basic TASER™ instruction
- Civil Circuit Mediator training
- Carbine Rifle and use of force training
- Handgun and use of force training
- D3 Handgun/Castle firearms and use of force training
- Workplace Violence: From Prevention to Recovery
- D3 Carbine rifle and use of force training
- D3 Handgun Vehicle Darkness and use of force training
- Carbine Rifle and use of force training.

*Revised;05//29/2024*

008284 NICHOLAS

**Andrew J. Scott, III**

**Testimony List (five years)**

85)    **Dean Roger Gillispie v. Miami Township, Scott Moore, et al.**
- **Deposition: Yes**
- **Trial: Yes**
- **United States District Court Southern District of Ohio, No. 3:13-cv-416**
- **Plaintiff**
- **Attorney: David Owens**
- **08/15/2019 (Trial testimony 11/15/22)**
*\*(Qualified as an expert on eyewitness identifications and photo array procedures. This case involved wrongful conviction-eyewitness identification stemming from improper police photo array and line-up protocols.)*

86)    **Jose Mateo Guerra v. Michigan State Police, Trooper Corbin Holt, et al.**
- **Deposition: Yes**
- **Trial: No**
- **United States District Court For The Eastern District of Michigan Northeastern Division - Case No: 1:18-cv-13143**
- **Attorney: Mr. James Hession**
- **Plaintiff**
- **08/30/2019**
*(Excessive force)*

87)    **John Lewis v. City of Fort Lauderdale**
- **Deposition: No**
- **Trial: Yes**
- **In the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida - Case Number: CACE-16-08852(05)**
- **Attorney: Mr. Blake Dolman**
- **Plaintiff**
- **09/11/2019**
*\* (Qualified as a police practices and procedures expert - false arrest and excessive force)*

88)    **Tammi Jones, as Independent Administrator of the Estate of Tevin Jones-Rogers v. City of Chicago, et al**
- **Deposition: Yes**
- **Trial: No**
- **In The Circuit Court of Cook County, Illinois, County Department, Law Division, No. 2017-L-005331**
- **Attorney: Mr. Jack Kennedy**
- **Plaintiff**
- **09/30/2019**
*(Wrongful death resulting from a police pursuit)*

89)    **Robert H. Luke v. The City of Tacoma, et. al**
- **Deposition: Yes**
- **Trial: No**
- **United States District Court Western District of Washington at Tacoma, No. 3:18-cv-05245-BHS**
- **Attorney: Mr. Chris McLeod, Mr. Dan Kyler**
- **Plaintiff**

1

008290 NICHOLAS

- **10/04/2019**

*(False arrest, Brady violations, disparate treatment)*

90) **Tarance T. Etheredge, III v. City of Chicago, Mark Heinzel, et al.**
- **Deposition: Yes**
- **Trial: No**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division, No. 17 L 2841**
- **Attorney: Mr. Larry Rogers, Jr.**
- **Plaintiff**
- **10/18/2019**

*(Excessive force by police shooting)*

91) **Michael Schwendeman v. City of Lake Mary**
- **Deposition: Yes**
- **Trial: No**
- **In The Circuit Court Of The Eighteenth Judicial Circuit In And For Seminole County, Florida. Case No: 2018-CA-001212**
- **Attorney: Mr. Sean Conahan**
- **Defendant**
- **01/08/2020**

*(Improper Police Emergency Vehicle Operation)*

92) **Roger Rotter v. Elk Grove Village, et al.**
- **Deposition: Yes**
- **Trial: No**
- **United States District Court For The Northern District of Illinois Eastern Division, No: 1:14-cv-07583**
- **Attorney: Martin Dolan**
- **Plaintiff**
- **02/12/2020**

*(Excessive force using a Taser)*

93) **Karen Bellamy v. City of Chicago, et. al**
- **Deposition: Yes**
- **Trial: Yes**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division No. 2018L08726**
- **Attorney: Michael Ditore**
- **Plaintiff**
- **02/28/2020**

*\*(Qualified as an expert on police pursuits and police procedures. Police pursuit resulting in wrongful death)*

94) **Anthony Starkey v. City of Chicago and Anton White**
- **Deposition: Yes**
- **Trial: No**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division**
- **Attorney: Robert J. Curcio**
- **Plaintiff**
- **03/13/2020**

*(Police emergency vehicle operation resulting in injury to pedestrian)*

2

008291 NICHOLAS

95)   **Jason Unruh v. City of Wichita, Kansas, Officer Weidner et. al**
- **Deposition: Yes**
- **Trial: No**
- **In the 18th Judicial District, District Court, Sedgwick County, Civil County, Case No.: 2019-CV-001350**
- **Attorney: Mark Schoenhofer**
- **Plaintiff**
- **08/13/2020**
*(Excessive use of force involving use of by K-9 handler and other officers)*

96)   **Dennis Burris, individually and on behalf of the Estate of Jack Burris v. City of Chicago and Officer Adan Ramirez, Individually.**
- **Deposition: Yes**
- **Trial: Yes**
- **In The Circuit Court of Cook County, Illinois County Department, Law, 2017-L005863**
- **Attorney: Adam Budz**
- **Plaintiff**
- **09/10/20**
*\*(Qualified as an expert on police vehicle pursuits. Improper Emergency Vehicle Operation resulting in death)*

97)   **Kamille Alves and Kelly Winters v. City of Chicago, et al.**
- **Deposition: Yes**
- **Trial: Yes**
- **In The Circuit Of Cook County, Illinois County Department, Law Division, No. 17 L010664.**
- **Attorney: Robert J. Curcio**
- **Plaintiff**
- **10/22/20**
*\*(Qualified as an expert on police pursuits and police practices and procedures. Improper police pursuit resulting in injury)*

98)   **Amy Colucci v. Jeff Easter, et al.**
- **Deposition: Yes**
- **Trial: No**
- **In The 18th Judicial District, District Court, Sedgwick County, Kansas Civil Department, Case # 219-cv-002589**
- **Attorney:  Mr. Mark Schoenhofer**
- **Plaintiff**
- **10/23/20**
*(Excessive use of force, negligent hiring and retention)*

99)   **Tiffany Pope v. City of Savannah**
- **Deposition: Yes**
- **Trial: No**
- **State Court of Chatham County, State of Georgia, Case No. STCV 19-01575**
- **Attorney: Mr. Seth Diamond**
- **Plaintiff**
- **11/17/20**
*(Improper traffic stop resulting in injury)*

100)   **Debra Kew v. Town of Northfield, Michael Gero and Brian Hoar**
- **Deposition: Yes**

008292 NICHOLAS

- **Trial: No**
- **United States District Court For The District of Vermont, Civil Action No. 5:19-cv-78**
- **Attorney: Mr. Stephen Coteus**
- **Plaintiff**
- **12/02/20**
  *(False arrest and excessive use of force)*

101) **Trondo Humphrey v. City of Anderson, et al.**
- **United States District Court For The Southern District of Indiana**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Theresa Kleinhaus**
- **Plaintiff**
- **12/17/20**
  *(Wrongful conviction-eyewitness identification stemming from improper police photo array protocols and improper investigation.)*

102) **Juanita Arrington v. City of Chicago, et al**
- **United States District Court For The Northern District of Illinois Easter Division**
- **Deposition: Yes**
- **Trial: Yes**
- **Attorney: Mr. James Montgomery**
- **Plaintiff**
- **01/05/21**
  ***(Qualified as an expert: wrongful death resulting from police pursuit)***

103) **Walter Myers et al. v. City of Charleston (WV), et al.**
- **United States District Court For The Southern District of West Virginia Charleston Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Sean Murphy/Crystal Castleberry**
- **Plaintiff**
- **01/22/21**
  *(Excessive force resulting in wrongful death)*

104) **Willie Owens/Sharday Johnson v. City of Chicago, et al.**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney:  Mr. Joseph Curcio**
- **Plaintiff**
- **01/19/18**
  *(Police pursuit resulting in wrongful death)*

105) **Cedrick Taylor v. City of Chicago, et al.**
- **In The Circuit Court of Cook County, Illinois, County Department, Law Division, No. 18 L 8753**
- **Deposition: Yes**
- **Trial: No**
- **Attorney:  Ms. Kathleen Hennessy**
- **Plaintiff**
- **03/03/21**

008293 NICHOLAS

*(Improper police pursuit resulting in wrongful death)*

106) **Kellianne Naso v. Ronald Hall G4S et al.**
- **In The Circuit Court of the 17th Judicial Circuit in and for Broward County, Case No.: CACE-19-024776**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Gabriel Sanchez**
- **Plaintiff**
- **04/23/21**
**(Inadequate private security resulting in a homicide)**

107) **Brenda Martin and Hannah Fager for the Estate of Timothy Martin v. Jeffrey Glenn et al., Case # 17-CA-007094**
- **In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division, Case No.: 17-CA-007094**
- **Deposition: Yes**
- **Trial: Yes**
- **Attorney: Aaryn Ledoux**
- **Defendant**
- **08/12/21**
**\*(Testified as an expert on private security protocols and related Florida Stand Your Ground incident)**

108) **Jake Soprych v. City of Chicago, et al., Case # 19 L 2099**
- **In the Circuit Court of Cook County, Illinois, County Department – Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Bhavani Raveendran**
- **Plaintiff**
- **09/21/21**
*(Improper police pursuit resulting in injury to a third party)*

109) **William E. Amor v. City of Naperville et al., Case # 1:18cv-02523**
- **In the United States District Court Northern District of Illinois, Eastern Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mariah Garcia**
- **Plaintiff**
- **09/24/21**
*(Wrongful conviction-eyewitness identification stemming from improper police photo array protocols and investigation).*

110) **Trinia Jones v. DuPage County Sheriff's Office, Case# 2017-CV-01076**
- **In The United States District Court, Northern District, Illinois, Eastern Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Larry Rogers, Jr.**
- **Plaintiff**
- **02/15/2022**
*(Excessive use of force by shooting)*

111) **Bonita Cowan v. City of Chicago and Andrew Gasca**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**

008294 NICHOLAS

- **Attorney: Larry Rogers, Jr.**
- **Plaintiff**
- **03/14/2022**
(Improper police pursuit resulting in injury to a third party)

112) **Teresa Rogerson v. State of Washington and City of Seattle.**
- **Superior Court of the State of Washington in and for King County, No.: 21-2-00661-9 SEA**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Julie Kays**
- **Plaintiff**
- **03/21/2022**
*(Improper criminal investigation)*

113) **Herlinda Duque v. Edel Martin and Delta Tactical Force Protection, Inc., Case No.: 2019-10861-CA-50**
- **In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Joey Rodriguez**
- **Defendant**
- **03/24/2022**
(Stand your ground law)

114) **Estate of Matthew Holmes v. Chris Somers et al., Case No.: 6.180cv001221**
- **In the United States District Court, District of Kansas**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mark Loevy Reyes**
- **Plaintiff**
- **04/18/2022**
(Excessive force resulting in wrongful death)

115) **Angela Preusser S.A. Estate Francis Mihalovits v. Village of Posen, et al., No.: 18 L 013274**
- **In The Circuit of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Michael Shinsky/Erin Doyle**
- **Plaintiff**
- **05/05/2022**
(Police vehicle pursuit resulting in wrongful death)

116) **L'Tanya Simmons v. United Equitable Insurance Company, City of Chicago et al., Case No.: 17L6351 Consolidated into 17CH1104 and 17CH11888**
- **In The Circuit of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: Yes**
- **Attorney: John Marszalek**
- **Plaintiff**
- **05/10/22**
- **(Qualified as a police practices and procedures expert on police vehicle pursuits)**

117) **Ariel Hill and Jamal Woods v. City of Chicago and Officer Kevin Johnson, No. 17 L 7638**

008295 NICHOLAS

- In The Circuit of Cook County, Illinois County Department, Law Division
- Deposition: Yes
- Trial: No
- Attorney: R. J. Curcio
- Plaintiff
- 06/13/22

(Improper emergency vehicle operation resulting in an injury)

118) **Leo and Kathrine Wilson v. State of Illinois, No. 17-CC-0302**
- In the Court of Claims State of Illinois
- Deposition: Yes
- Trial: No
- Plaintiff
- 06/17/22

(Improper Emergency Operations resulting in wrongful death)

119) **Cassandra Socha v. City of Joliet, et al., No. 18 CV 05681**
- In The United States District Court For the Northern District of Illinois Easter Division
- Deposition: Yes
- Trial: No
- Plaintiff
- 06/27/22

(Improper evidence handling, chain of custody protocol breach)

120) **Deadrick Carr, Keshawn Horton v. City of Chicago, et al, No. 2019 L 002186**
- In The Circuit Court Cook County, Illinois County Department, Law Division
- Deposition: Yes
- Trial: Yes
- Attorney: Jeffrey Neslund & Michael Robbins
- Plaintiff
- 07/06/22

*(Qualified as an expert on police vehicle pursuits. Improper police vehicle pursuit resulting in wrongful death)*

121) **Enzo Vincenti v. Carmine Marceno et al., Case No. 2:21-cv-609-JES-MRM**
- United States District Court Middle District Of Florida Fort Myers Division
- Deposition: Yes
- Trial: No
- Attorney: William Powell
- Plaintiff
- 07/28/22

(False arrest and excessive force)

122) **Jerry Blasingame v. Officer J. Grubbs and City of Atlanta Police Department, Case No.: 19-cv-02047**
- United States District Court Northern District Of Georgia
- Deposition: No
- Trial: Yes
- Attorney: Ven Johnson
- Plaintiff
- 08/19/22

*(Qualified as an expert on use of force utilizing a Taser weapon)*

123) **Tikeria Blake as Independent Administrator of the Estate of Kerry Blake v. City of Rockford, et al., Case No.: 3:19-cv-50265**

008296 NICHOLAS

- **United States District Court For The Northern District of Illinois Western Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Brian Monico/Jason Marx**
- **Plaintiff**
- **09/27/22**
- *(Improper deployment of SWAT team resulting in a wrongful death)*

124) **Frederick Weichel v. Commonwealth of Massachusetts, C.A. NO. 18CV2078A**
- **Commonwealth of Massachusetts Suffolk Superior Court**
- **Deposition: No**
- **Trial: Yes**
- **Attorney: Mark Loevy-Reyes & Howard Friedman**
- **Plaintiff**
- **10/06-07/22**
  *\*(Qualified as an expert regarding eyewitness identifications relating to police photo array and show-up procedures, homicide investigation protocols, and report writing).*

125) **Cameryn Standifer v. City of Columbus, Case No.: 19CD006178**
- **United States District Court Southern District of Ohio**
- **Deposition: No**
- **Trial: Yes**
- **Attorney: Jessica Olsheski**
- **Plaintiff**
- **11/14/16**
  *\*(Qualified as an expert on police use of force and defensive tactics*)

126) **Vincent Tucker v. City of Chicago, Carlos Yanez and Julian Rodriguez, No.: 19 L 4002 cons. with 20 L 8798**
- **In The Circuit Court of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mr. Robert Rooth**
- **Plaintiff**
- **02/10/23**
  *(Improper police vehicle pursuit resulting in injury)*

127) **Kevin Tully v. Bloomfield Police Department, Officer Justin Lynch, Officer Michael Wells, City of Bloomfield, Case No.: 1:22-cv-00233-LF-GBW**
- **In The United States District Court For The District of New Mexico**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mr. Robert Gentile**
- **Plaintiff**
- **02/20/23**
  *(Excessive use of force, false arrest, illegal entry)*

128) **Annie Lam, Independent Administrator of the Estate of Tuong Lam v. Jusef Wofford and the City of Chicago, No. 2019 L 003062**
- **In The Circuit Court Of Cook County, Illinois, County Department-Law Division.**
- **Deposition: Yes**
- **Trial: Yes**
- **Attorney: Mr. Michael Ditore**
- **Plaintiff**
- **04/03/23**

8

008297 NICHOLAS

*(Qualified as an expert on police vehicle pursuits. Improper police vehicle pursuit resulting in wrongful death.)*

129)   **Tariq Wilson v. City of Danville, et al., No.: 2:21-cv-02194**
- **In The United States District Court For The Central District Of Illinois, Urbana Division.**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Ms. Sara Garber**
- **Plaintiff**
- **04/21/23**

*(False arrest and Brady violations)*

130)   **Claudis Lambert, Administer of estate of Joy Lambert v. Winnebago County Sheriff's Office, et al., No. 2016 L 239**
- **In The 17th Judicial Circuit Court, Winnebago County, State of Illinois**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mr. Todd Smith**
- **05/05/23**

*(Police pursuit resulting in wrongful death)*

131)   **Commonwealth Massachusetts v. Michael Pessoa**
- **Commonwealth of Massachusetts Criminal Court**
- **Deposition: No**
- **Trial: Yes**
- **Defendant**
- **Attorney: Frank Camera**
- **May 25, 2023**

*(Allegation of excessive use of force by a  police officer)*

132)   **Tenell Coleman and Andrew Gates for the Estate of Dajuan Gates v. Village of Forest Park, Village of Oak Park and Village of River Forest. Case No. 2021 L 007302.**
- **In The Circuit Court Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Mr. Philip Terrazzino**
- **July 12, 2023**

*(Law Enforcement failure to render aid to an arrestee resulting in death)*

133)   **Jaylin Bones v City of Bloomington, Case No.: 2019 L 53**
- **In The Circuit Court For The Eleventh Judicial Circuit, McLean County, Illinois**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Mr. Garrett Browne**
- **July 14, 2023**

*(Improper police pursuit resulting in injury)*

134)   **Ryan Strong v. City of Naples and Joseph Craig, Case No.: 2:22-cv-00318-JLB-KCD**
- **United States District Court Middle District Of Florida, Fort Myers Division**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**

008298 NICHOLAS

- **Attorney: Christopher DeCosta**
- **July 27, 2023**
*(False arrest/excessive use of force)*

135) **Nathan Jones, a minor, by his guardian and mother, Erika Boyd, No.: 2022L001735**
- **In The Circuit of Cook County, Illinois, County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Aaron Boeder**
- **August 11, 2023**

136) **Kim Hodges as PR for the Estate of Michael Donte Molson v. County of Kent (MI) et al.**
- **United States District Court Western District of Michigan**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Ven Johnson**
- **August 21, 2023**
*(Improper police procedures contributing to the death of an arrestee).*

137) **Eddie Banks, Jr. v. City of Chicago, Case # 2021L00966 (refiling of 2019L007268)**
- **In The Circuit Court of Cook County, Illinois County Department of Law**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Ms. Faith Spencer, Mr. Mark Parts**
- **August 23, 2023**
*(Improper police pursuit resulting in injury)*

138) **Antonio Ray v. Lake Wales Ministries, Inc. Case No. 21-CA-003559**
- **10th Judicial Circuit Polk County**
- **Deposition: Yes**
- **Trial: No**
- **Defendant**
- **Aaryn Ledoux**
- **October 20, 2023**
*(Premises Liability claim)*

139) **Angel Gispert, Andrea Gispert v. Georgia Department of Public Safety, File No. 21EV001947**
- **In The State Court Of Fulton County State Of Georgia**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**
- **Attorney: Mr. Mark Link**
- **November 10, 2023**
*(Police Pursuit resulting in wrongful death)*

140) **Mohamad Rida-Ahmad Hassoun v. City of Grosse Pointe Farms et al. Case No. 2:22-cv-11377**
- **United States District Court Eastern Division Of Michigan Southern District**
- **Deposition: Yes**
- **Trial: No**
- **Plaintiff**

008299 NICHOLAS

- **Attorney: Mr. Cyril Hall**
- **November 15, 2023**
*(Excessive use of force by the police)*

141) **Frederick Weichel v. Town of Braintree et al., Case No. 1:22-cv-12126**
   - **United States District Cout District of Massachusetts**
   - **Deposition: Yes**
   - **Trial: No**
   - **Attorney: Mr. Mark Loevy-Reyes**
   - **December 18, 2023**
   (Wrongful arrest and conviction)

142) **Estate of Matthew Krupa v. Patrick Bradshaw and The City of League City, Civil Action No. 4:21-cv-137.**
   - **United States District Court For The Southern District of Texas, Galveston Division**
   - **Deposition: Yes**
   - **Trial: No**
   - **Attorney: Mr. Mark Loevy-Reyes**
   - **Plaintiff**
   - **December 21, 2023**
   (Excessive use of force resulting in a wrongful death)

143) **Jonathan Irons v. John Neske, City of O'Fallon, et al. 4:21-CV-00293**
   - **In The United States District Court For The Eastern District Of Missouri Easter Division.**
   - **Deposition: Yes**
   - **Trial: No**
   - **Attorney: Anand Swaminathan/Jordan Poole**
   - **Plaintiff**
   - **January 9, 2024**
   (*Wrongful conviction, Brady violations*)

144) **Patricia Porter as Special Administrator of the Estate of Lakisel Thomas v. City of Chicago, et al. No. 2021 L 5510**
   - **In The Circuit Of Cook County, Illinois County Department, Law Division**
   - **Deposition: Yes**
   - **Trial: No**
   - **Attorney: Larry Rogers, Jr./James Smith, Jr.**
   - **Plaintiff**
   - **January 11, 2024**
   (Wrongful death resulting from a police vehicle pursuit)

145) **Mileidy T. Rivera and Helen Francisco v. City of Chicago, et al., No. 2020 L 5842**
   - **In The Circuit Of Cook County, Illinois County Department, Law Division**
   - **Deposition: Yes**
   - **Trial: No**
   - **Attorney: Steven Saks**
   - **Plaintiff**
   - **January 24, 2024**
   (Police pursuit resulting in injuries to third parties)

146) **Briana F. Keys v. City of Chicago, 22 L 001158**
   - **In The Circuit Of Cook County, Illinois County Department, Law Division**
   - **Deposition: Yes**
   - **Trial: No**

11

- **Attorney: Mr. Thomas Siracusa**
- **Plaintiff**
- **February 7, 2024**
  *(Police failure to render assistance to a person experiencing a mental crisis)*

147) **Kazimiera Wrona v. Village of Franklin Park et al., No. 2022 L 001712**
- **In The Circuit Court Of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mr. Don Morrison**
- **Plaintiff**
- **April 26, 2024**
  *(Police pursuit resulting in wrongful death)*

148) **Victoria Candace Powell (Mario Winters) v. City of Chicago et al., No. 20L7622**

- **In The Circuit Court Of Cook County, Illinois County Department, Law Division**
- **Deposition: Yes**
- **Trial: No**
- **Attorney: Mr. Javier Rodriguez**
- **Plaintiff**
- **May 29, 2024**
  *(Improper police emergency vehicle operation resulting in wrongful death)*

*05/29/24*

12

008301 NICHOLAS