# EXHIBIT C

|  |  |  |
|---|---|---|
| v. | ) | |
| | ) | Case No.: 4:21-cv-00270 |
| **City of Houston; Art Acevedo** et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ATTORNEYS:**

Mr. Michael Patrick Doyle, Esq.
Michael T. Gallagher, Esq.
Mr. Boyd Smith, Esq.

**FIRM ADDRESSES:**

The Clocktower Building
340 Allen Parkway, Suite 100
Houston, Texas 77019

(O) 713-571-1148

The Gallagher Law Firm PLLC
2905 Sackett Street
Houston, Texas 77027

(O) 888-222-7052

**ITEMS REVIEWED:**

1. Tuttle Plaintiffs' First Amended Original Complaint.
2. The Nicholas Plaintiffs' First Amended Original Complaint And Jury Demand.
3. Confidentiality Order.
4. The autopsy report for Mr. Dennis W. Tuttle.
5. The autopsy report for Ms. Rhogena A. Nicholas.
6. Houston Police Department (HPD) Homicide Report Volume I (Bates Stamped COH35021-48).
7. Search Warrant and Affidavit for 7815 Harding Street (Bates Stamped COH37438-37443).
8. Audit of Narcotics Cases Related to Officer Goines (Bates Stamped COH38995-39036).

007918 NICHOLAS

9. HPD Narcotics Division Review and Revision of relevant SOPs (Bates Stamped COH5358-5423).
10. HPD Internal Affairs (IA) Report written by Lieutenant Nguyen, dated 06/28/19, Issue Record # 54047-2019 (Bates Stamped COH5431-5481).
11. HPD IA report written by Sergeant Carroll, dated 06/19/19, Issue Record # 54047-2019 (Bates Stamped COH5487-5642).
12. HPD IA report written by Lt. French, dated 05/06/2019, Issue Record # 54155-2019 (Bates Stamped COH37473-37539).
13. HPD IA report written by Sgt. Rexroad, dated 05/01/19, Issue Record # 54155-2019 (Bates Stamped COH37540-37640).
14. Statements of HPD Officer Arechiga, Officer Ashraf, Officer Blankenship-Reeves. Officer Steven Bryant, Commander Follis, Officer Gallegos, Officer Garza, Officer Goines, Lieutenant Gonzalez, Officer John-Louis, Officer Lovings, Officer Maxwell, Officer Medina, Officer Morales, Officer Ortiz, Officer Pardo, Sergeant Reyna, Officer Rios, Officer Salazar, Officer Sepolio, Lieutenant Todd, and Sergeant Wood.
15. BARC Animal Shelter & Adoptions activity report, Activity Number A19-829101-1 (Bates Stamped COH077698-99).
16. Deposition of Nicole Blankenship-Reeves with exhibits.
17. Deposition of Jill Dupre with exhibits.
18. Deposition of Jonathan French with exhibits.
19. Deposition of Rebecca Gonzalez with exhibits.
20. Deposition of Richard Morales with exhibits.
21. Deposition of Son Nguyen with exhibits.
22. Deposition of Lieutenant Marsha Todd with exhibits.
23. Deposition of Mr. Cliff Tuttle.
24. Deposition of Mr. Ryan Tuttle.
25. Deposition of Robert Gonzalez with exhibits.
26. Deposition of Marianne Beynon with exhibits.
27. Deposition of Joeanne Nicholas.
28. Deposition of Patricia Nicholas.
29. Deposition of Jeff Wolf, with exhibits.
30. Deposition of Felipe Gallegos, with exhibits.
31. Crime Scene Photos of 7815 Harding Street (Bates Stamped COH1122-1214).
32. Autopsy Photos of Mr. Dennis Tuttle (Bates Stamped COH810-118).
33. Autopsy Photos of Ms. Rhogena Nicholas (Bates Stamped COH1119-121, 1215-1422).
34. Houston Forensic Science Center Reports, Case Number 2019-03760 (Bates Stamped HFSC-01150-1196).
35. Medical Records for Officer Goines (Bates Stamped COH61328-64718).
36. Medical Records for Officer Lovings (Bates Stamped COH50689-52301).

007919 NICHOLAS

37. Medical Records for Officer Median (Bates Stamped COH52302-52416).
38. Medical Records for Sergeant Reyna (Bates Stamped COH52417-52598).
39. Medical Records for Dennis Tuttle (Bates Stamped COH54992-56044).
40. HPD Tactical Plan for 7814 Harding Street (Bates Stamped COH038367-68).
41. Texas Ranger Final Presentation (PowerPoint presented by Texas Ranger Wolf).
42. Plaintiffs' Forensic Pathologist expert report authored by Robert Bux, M.D.
43. Plaintiffs' Crime Scene Reconstruction expert report authored by Mr. Michael Maloney.
44. HPD Crime Scene Video dated 01/30/19 (HFSC-3853).
45. HPD Crime Scene Video dated 01/28/19 (HFSC 3854.
46. HPD Crime Scene photographs (HFSC 1868-3852).
47. Various documents (Bates Stamped FHSC 1698, 1765-67, 1772-1867, 1318-1377).
48. HPD Standard Operating Procedure (SOP), Narcotics Division, *Budgetary Guidelines*, Procedure Number 100/3.01.
49. HPD General Order (GO.) Subject: *Internal Directives* (Bates Stamped COH797-799).
50. HPD GO No. 100-03, Subject: *Definition of Terms* (Bates Stamped 0411-420).
51. HPD G. O. No. 100-06, Subject: *Department Mission, Values, Ethics, and Guiding Principles* (No Bates stamp).
52. HPD GO No. 200-02, Subject: *Employees Facing Legal Action* (Bates Stamped COH00421).
53. HPD GO No. 200-03, Subject: *Investigation Of Employee Misconduct* (Bates Stamped COH00789-796).
54. HPD Circular No. 15-0515-115, Subject: *Revision of General Order, 200-08, Conduct and Authority* (Bates Stamped COH0031-338).
55. HPD GO No. 200-08, Subject: *Conduct and Authority* (Bates Stamped COH1153-11160).
56. HPD Circular No. 16-0311-060, Subject: *Revision of General Order, 300-04, Compensation* (Bates Stamped COH00373-00378).
57. HPD GO No. 300-08, Subject: *Classified Employee Efficiency Rating* (Bates Stamped COH77833-77837).
58. HPD GO No. 300-14. Subject: *Extra Employment* (Bates Stamped COH00429-0442).
59. HPD GO No. 300-24, Subject: *Early Warning System* (Bates Stamped COH11365-11374).
60. HPD GO No. 300-35, Subject: *Phase Down Program* (Bates Stamped COH00443-448).
61. HPD GO No. 400-02, Subject: HPD *Badges and Identification Cards* (Bates Stamped COH00449-453).
62. HPD Circular No. 16-0324-069, Subject: *Creation of General Order 400-28 Body Worn Cameras* (Bates Stamped COH00379-396).
63. HPD Circular No. 17-0816-204, Subject: *Revision of General Order 400-28 Body-Worn Cameras* (Bates Stamped COH00397-00410).
64. HPD GO No. 500-19, Subject: *Warrant Service Procedures* (Bates Stamped COH77838-77840).

007920 NICHOLAS

65. HPD GO No. 600-16 (effective 2010), Subject: *Confidential Informants and Other Source Information* (Bates Stamped COH4033-4043).
66. HPD GO No. 600-16 (issue date 03/27/15), Subject: *Confidential Informants and Other Sources on Information.*
67. HPD GO No. 600-17 (issue date 01/04/08), Subject: *Use of Force* (Bates Stamped COH00454-0458).
68. HPD Circular No. 15-0925-249, Subject: *Revision of General Order 600-17, Use of Force* (Bates Stamped COH00339-355).
69. HPD Circular No. 15-0930-256, Subject: *Revision of General Order 600-17, Use of Force* (Bates Stamped COH00356-372).
70. HPD GO No. 700-01 (dated 10/20/03), Subject: *Property and Evidence Control Regulations* (Bates Stamped COH077864-077875).
71. HPD GO No. 700-01, Subject: *Property and Evidence Control Regulations* (Bates Stamped COH77841-77863).
72. HPD SOP, Professional Standards Command, Internal Affairs Division titled *Investigation of Cases Involving Criminal Activity*, effective 06/03/15 (Bates Stamped COH805-809).
73. HPD SOP titled *Internal Affairs Division*, Procedure Number 200/1.09 (effective date 03/14/19) titled *Investigation of Cases Involving Criminal Activity*.
74. HPD Narcotics Division Procedure 104/1.10 titled *Quality Control Section* (Bates Stamped COH00406).
75. HPD Narcotics Division Procedure 200/39 titled, *Body Worn Camera.*
76. HPD Narcotics Division Procedure 200/1.12 titled *Search Warrants, By/Busts and Street Pops.*
77. HPD Narcotics Division Procedure Number 200/1.12, titled *Search Warrants, By/Busts and Street Pops* (07/01/19).
78. HPD Narcotics Division Procedure Number 200/1.12 titled *Search Warrants, Arrest Warrants by/Busts, and Open Air Investigations* (01/21/20).
79. HPD Narcotics Division Procedure Number 200/1.13 titled *Safety Cover Surveillance* (Bates Stamped COH4032).
80. HPD Narcotics Division Procedure Number 200/1.15 titled *Handling of Contraband* (Bates Stamped COH10761-62) effective 11/13/15.
81. HPD Narcotics Division Procedure Number 200/1.15 titled *Handling of Contraband* (Bates Stamped COH53672), effective 07/01/19.
82. HPD Narcotics Division Procedure Number 200/1.15 titled *Handling of Contraband* (Bates Stamped 10614-10615), effective 12/15/19.
83. HPD Narcotics Division Procedure 200/1.16, titled *Controlled Delivery of Narcotics* (Bates Stamped COH10616).
84. HPD Narcotics Division Procedure Number 200/1.02 titled *Activity Authorization and Notification* (Bates Stamped COH10739-40), effective 12/31/08.

007921 NICHOLAS

85. HPD Narcotics Division Procedure Number 200/1.02 titled *Activity Authorization and Notification* (Bates Stamped COH53659), effective 07/01/19.
86. HPD Narcotics Division Procedure Number 200/1.02 titled *Activity Authorization and Notification* (Bates Stamped COH10595-96), effective 12/15/19.
87. HPD Narcotics Division Procedure Number 100/3.04 titled *Inspections* (Bates Stamped COH10734), effective 11/13/19.
88. HPD Narcotics Division Procedure Number 100/3.04 titled *Inspections* (Bates Stamped COH10590), effective 12/01/19.
89. HPD Narcotics Division Procedure Number 200/1.01 titled *Establishing Criteria For Investigations* (Effective Dates: 12/31/08, 07/01/19, 12/01/19).
90. HPD Narcotics Division Procedure Number 200/1.03 titled *Jurisdictional Considerations*.
91. HPD Narcotics Division Procedure Number 200/1.04 titled *Receiving and Recording Citizen Information*.
92. HPD Narcotics Division Procedure Number 200/1.05 titled *Tactical Plan*.
93. HPD Narcotics Division Procedure Number 200/1.06 titled *Narcotics-Federally Funded Task Forces* (Effective Dates: 11/13/15, 12/15/19).
94. HPD Narcotics Division Procedure Number 200/1.07 titled *Handling Prisoners*.
95. HPD Narcotics Division Procedure Number 200/1.08 titled *Narcotics Operations Control Center-Event Deconfliction*.
96. HPD Narcotics Division Procedure Number 200/1.09 titled *Release of Information To The Media*.
97. HPD Narcotics Division Procedure Number 200/1.11 titled *Undercover Buy (Buy/Walks)* (Effective Dates: 11/13/15, 12/15/19).
98. HPD Narcotics Division Procedure Number 200/1.14 titled *Use of Uniform Officers*.
99. HPD Narcotics Division Procedure Number 200/1.16 titled *Controlled Delivery of Narcotics*.
100. HPD Narcotics Division Procedure Number 200/1.18 titled *Narcotics Training Aids*.
101. HPD Narcotics Division Procedure Number 200/1.19 titled *Houston Investigative Support Center (HISC)*.
102. HPD Narcotics Division Procedure Number 200/1.20 titled *Money/Vehicle Seizures*.
103. HPD Narcotics Division Procedure Number 200/1.22 titled *Handling of Confidential Informants: Recruitment or Contract* (Effective Dates: 01/05/16, 07/01/19, 12/20/19).
104. HPD Narcotics Division Procedure Number 200/1.24 titled *Reversals*.
105. HPD Narcotics Division Procedure Number 200/1.25 titled *Canine Detail*.
106. HPD Narcotics Division Procedure Number 200/1.26 titled *Cellular Phone Usage*.
107. HPD Narcotics Division Procedure Number 200/1.27 titled *Building Security For The 3rd Floor-1200 Travis (Narcotics Division)*.
108. HPD Narcotics Division Procedure Number 200/1.28 titled *Technical Operations Group*.
109. HPD Narcotics Division Procedure Number 200/1.29 titled *Forfeiture Abatement Seizure Team (FAST)*.

007922 NICHOLAS

110. HPD Narcotics Division Procedure Number 200/1.30 titled *Surreptitious Audio Recordings Of Support In Police Facilities And Vehicles.*
111. HPD Narcotics Division Procedure Number 200/1.31 titled *After Hours And Weekend Investigative Coverage.*
112. HPD Narcotics Division Procedure Number 200/1.32 titled *Obtaining And Use Of Alias Identifications.*
113. HPD Narcotics Division Procedure Number 200/1.33 titled *Control, Deployment, And Qualifications/Training Of Specialized Weapons.*
114. HPD Narcotics Division Procedure Number 200/1.34 titled *Deployment Of Undercover Load Vehicles.*
115. HPD Narcotics Division Procedure Number 200/1.35 titled *Noise Flash Diversionary Devices (NFDD)* (Effective Dates: 01/17/17, 12/15/19).
116. HPD Narcotics Division Procedure Number 200/1.36 titled *Consumption Of Alcohol.*
117. HPD Narcotics Division Procedure Number 200/1.37 titled *Installation Of Covert Video Devices In Hight Voltage Equipment.*
118. HPD Narcotics Division Procedure Number 200/1.38 titled *Use Of Naloxone (Narcan).*
119. *HPD SOP Narcotics Division Procedure Number 100/3.05, Subject: Inventory Control* (Effective Date: 11/13/15, 12/01/19).
120. *HPD SOP Narcotics Division Procedure Number 100/3.01, Subject: Narcotics Division-Captain* (Effective Date: 11/13/15).
121. *HPD SOP Narcotics Division Procedure Number 100/1.01, Subject: Narcotics Division Commander* (Effective Date: 12/01/19).
122. *HPD SOP Narcotics Division Procedure Number 100/2.01, Subject: Narcotics Report Outline* (Effective Date: 11/13/15, 12/01/19).
123. *HPD SOP Narcotics Division Procedure Number 100/2.02, Subject: Statistical Summaries Of Narcotic Enforcement* (Effective Date: 12/01/19).
124. *HPD SOP Narcotics Division Procedure Number 100/2.03, Subject: Case Tracking Sheet* (Effective Dates: 11/13/15, 12/01/19).
125. Additional HPD policies to include *Budgetary Conditions*-100/3.01, *Funds/Expense Letters Limits of Authority And Use Of Flash Money*-100/2.05, *Assigned City Vehicles*-100/2.07, *Division Equipment Issuance And Use*-100/2.08, *Offense Report Routing Procedure*-100/2.10, *Court Ordered Expunctions*-100/2.11, *Case Evidence Files*- 100.2.12 (Effective Dates: 11/13/15, 12/01/19), *Budgetary Guidelines*-100/3.01, *Correspondence Guidelines*-100/3.02, *Filing Systems*-100/3.03, *Inspections*-100/3.04, *Inventory Control*-100/3.05 (Effective Dates: 11/13/15, 12/01/19), *Standard Operating Procedures (SOP) Review*-100/3.06 (Effective Dates: 12/31/08, 12/01/19), and *Emergency Mobilization*-100/3.07.

007923 NICHOLAS