**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE,** | § § § § § § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § § § | |
| **CITY OF HOUSTON, GERALD GOINES,** in his individual capacity; **STEVEN BRYANT,** in his individual capacity; **FELIPE GALLEGOS,** in his individual capacity; **ERIC SEPOLIO,** in his individual capacity; **MANUEL SALAZAR,** in his individual capacity; **THOMAS WOOD,** in his individual capacity; **OSCAR PARDO,** in his individual capacity; **FRANK MEDINA,** in his individual capacity; **CLEMENTE REYNA,** in his individual capacity; **CEDELL LOVINGS,** in his individual capacity; **NADEEM ASHRAF,** in his individual capacity, **MARSHA TODD,** in her individual capacity, and **ROBERT GONZALES,** in his individual capacity, | § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:21-cv-270 |
| *Defendants*. | § § | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **JOHN NICHOLAS,** as temporary administrator of the Estate of Rhogena Nicholas and **JO ANN NICHOLAS,** individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § | |
| *Plaintiffs*, | § § § | |
| **v.** | § § | |
| **CITY OF HOUSTON; ART ACEVEDO,** in his official capacity as the chief of police of the | § § | |

1

| | |
|---|---|
| Houston Police Department, **GERALD** | § |
| **GOINES**, in his individual capacity; | § |
| **STEVEN BRYANT**, in his individual | § |
| capacity; **FELIPE GALLEGOS**, in his | § |
| individual capacity; **ERIC SEPOLIO**, in his | § |
| individual capacity; **MANUAL SALAZAR**, | § |
| in his individual capacity; **THOMAS WOOD**, | § |
| in his individual capacity; **OSCAR PARDO**, | § |
| in his individual capacity; **FRANK MEDINA**, | § |
| in his individual capacity; **CLEMENTE** | § |
| **REYNA**, in his individual | § |
| capacity; **CEDELL LOVINGS**, in his | § |
| individual capacity; **NADEEM ASHRAF**, | § |
| in his individual capacity; **MARSHA TODD**, | § |
| in her individual capacity; and **ROBERT** | § |
| **GONZALEZ** in his individual Capacity, | § |
| | § |
| *Defendants.* | § |

## DEFENDANT ROBERT GONZALES' CERTIFICATE OF CONFERENCE

I, Christy L. Martin, lead counsel for Defendant Robert Gonzales, hereby certify that I initiated conference with all counsel of record, by email on August 21, 2024, asking whether any parties oppose his Motion to File Summary Judgment and Exhibits Under Seal (Doc. #311).  On August 21, 2024, plaintiffs' counsel stated that plaintiffs are unopposed to the motion to seal and on August 23, 2024, defendants' counsel stated that all defendants are unopposed to the motion to seal.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

Date:  August 26, 2024                    By:   */s/ Christy L. Martin*
                                                                  **Christy L. Martin**
                                                                  Chief, Torts/Civil Rights
                                                                  ATTORNEY IN CHARGE
                                                                  SBN:  24041336
                                                                  FBN:  754168
                                                                  832.393.6438
                                                                  christy.martin@houstontx.gov

2

CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile
***Attorneys for Robert Gonzales***

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF and served via electronic filing manager to all counsel of record.

/s/ Christy L. Martin
CHRISTY L. MARTIN