

The Trial and Appellate Law Firm

Alistair Dawson
+1 713.951.6225
adawson@beckredden.com

October 1, 2024

The Honorable Alfred H. Bennett
U.S. District Judge
515 Rusk St., Room 6202
Houston, Texas 77002
c/o Lisa_Edwards@txs.uscourts.gov

Via ECF& Email
and Hand Delivery

Re:   Civil Action No. 4:21-cv-270, *Clifford Tuttle, et al. v. City of Houston, et al.*; Civil Action No. 4:21-cv-272, *John Nicholas, et al. v. City of Houston, et al.*

Dear Judge Bennett:

    Please find the enclosed flash drive containing Exhibits 46 and 47 to Dkt. No. 348 and Exhibit 56 to Dkt. No. 350.  These exhibits contain video evidence and are, therefore, provided to the Court through the enclosed flash drive. If the Court would prefer the exhibits in a different form, please do not hesitate to let us know.  The City is happy to resubmit the exhibits as instructed by the Court.

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
Federal Bar I.D. 12864
BECK REDDEN LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: adawson@beckredden.com

*/s/ Al Odom*
Al Odom
State Bar No. 15201100
Federal Bar I.D. 12913
THE ODOM LAW FIRM
601 Sawyer Street, Suite 225
Houston, Texas 77007

October 1, 2024
The Honorable Alfred H. Bennett
U.S. District Judge
Page 2



Telephone: (713) 357-5153
E-mail: aodom@aodomlawfirm.com

**ATTORNEYS FOR DEFENDANT
CITY OF HOUSTON**

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that all counsel of record are being served with a copy of this document via electronic mail.

       */s/ Alistair B. Dawson*
       Alistair B. Dawson