United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFFORD F. TUTTLE, JR., *et al.*, § § Plaintiffs, § § VS. § CITY OF HOUSTON, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-00270 |

## ORDER

Before the Court are Defendant City of Houston's Motion to Continue the Trial Date (Doc. #329) and Plaintiffs' Response (Doc. #357). Having considered the parties' arguments and the applicable law, the Court hereby DENIES the Motion to Continue the Trial Date (Doc. #329).

It is so ORDERED.

OCT 0 4 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge