United States District Court
Southern District of Texas
**ENTERED**
October 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFFORD F. TUTTLE, JR., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00270 |
| § | |
| CITY OF HOUSTON, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are several motions filed by the parties which request permission to file certain documents under seal: (1) Defendant Robert Gonzalez's Unopposed Motion to File Summary Judgment and Exhibits Under Seal (Doc. #311); (2) Defendant Felipe Gallegos's Motion to File Summary Judgment and Exhibits Under Seal (Doc. #315); (3) Plaintiffs' Motion to Seal their Briefs in Opposition to Summary Judgment and the Motion to Exclude (the "Motion to Seal")[1] (Doc. #337); (4) Defendant City of Houston's Unopposed Motion to Seal Summary Judgment Replies (Doc. #345); and (5) Defendant Felipe Gallegos's Unopposed Motion to file Under Seal Summary Judgment Reply and Exhibits (Doc. #352). In addition, Plaintiffs have filed a Motion to Extend the Page Limit for Response to Defendant Felipe Gallegos's Motion for Summary Judgment (Doc. #338).

---

[1] The Court notes that, in the Motion to Seal, Plaintiffs state they "have the obligation to file these documents under seal," but "do not believe that the documents should be sealed." Doc. #337 at 1. Thus, though they have styled their request as a "Motion to Seal," Plaintiffs also ask the Court to "publicly file the entirety of the documents." *Id.* at 2. For the purposes of this Order, the Court treats the Motion to Seal as just that—a request to file certain documents under seal. Should Plaintiffs wish to unseal documents, the Court will consider such request upon a proper motion.

The Court hereby GRANTS the parties' various requests to file documents under seal. Doc. Nos. 311, 315, 337, 345, 352. In addition, the Court GRANTS Plaintiffs' Motion to Extend the Page Limit for Response to Defendant Felipe Gallegos's Motion for Summary Judgment (Doc. #338) and deems the Response (Doc. #334) properly filed as of September 13, 2024.

It is so ORDERED.

OCT 0 9 2024
Date

The Honorable Alfred H. Bennett
United States District Judge