Case 4:21-cv-00270   Document 363   Filed on 10/15/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § | Civil Action No. 4:21-cv-00270 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § | |
| Plaintiffs | § § | |
| v. | § | Civil Action No. 4:21-cv-00272 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is Defendant City of Houston's Agreed Motion to Extend the Joint Pretrial Order ("PTO") Deadlines for the Defendants and the Plaintiffs, as well as the deadline to file all Motions in Limine (the "Motion"). After reviewing the Motion, any responses and any arguments of counsel, the Court is of the opinion that the Motion should be and is hereby GRANTED.

It is therefore ORDERED that the deadline for Defendants to supply Plaintiffs with a final version of its Pretrial Order is extended from September 30, 2024 to October 7, 2024.

It is further ORDERED that the deadline for Plaintiffs to file the Pretrial Order is extended from October 14, 2024 to October 21, 2024.

It is finally ORDERED that the deadline for all Motions in Limine is extended from October 14, 2024 to October 21, 2024

It is so ORDERED.

October 15, 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge