UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFFORD TUTTLE, et. al.<br><br>Consolidated with<br><br>JOHN NICHOLAS, et.al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON; ART ACEVEDO, et. al.<br><br>Defendants. | Case No. 4:21-cv-00270<br><br><br><br><br><br><br><br><br><br>(JURY DEMANDED) |

## PLAINTIFFS' MOTION TO SEAL THE JOINT PRE-TRIAL ORDER

Under the Court's Order, Plaintiffs have been assigned the obligation to file the Joint Pre-Trial Order. As part of the conferral process, Counsel for Medina and Gonzales requested that Plaintiffs file the Joint Pre-Trial Order under seal because the document cites to and quotes material that is designated as confidential under the protective order and may contain confidential information. *See* ECF No. 106. Plaintiffs, therefore, file this motion to seal. However, Plaintiffs have already filed a motion to unseal this same material at Doc. 361.

| | |
|---|---|
| */s/ Michael Doyle* | */s/ Boyd Smith* |
| Michael Patrick Doyle | Michael T. Gallagher |
| Patrick M. Dennis | L. Boyd Smith, Jr. |
| Jeffrey I. Avery | Pamela R. McLemore |
| Patrick Doyle | 2905 Sackett Street |
| DOYLE DENNIS AVERY LLP | Houston, TX 77098 |
| The Clocktower Building | Telephone: (713) 238-7705 |
| 3401 Allen Parkway, Suite 100 | Facsimile: (713) 238-7852 |

Houston, Texas 77019
Email: service@doylelawfirm.com

CHARLES C. BOURQUE, JR.
*Admitted Pro Hac Vice*
ST. MARTIN & BOURQUE, LLC
315 Barrow St.
Houma, LA 70360
985-876-3891 (phone)
985-851-2219 (fax)
cbourque@stmblaw.com

Attorneys for Plaintiffs
Patricia Nicholas, as temporary administrator of the Estate of Rhogena Nicholas and Jo Ann Nicholas, individually and as an heir of the Estate of Rhogena Nicholas

mike@gld-law.com
bsmith@gld-law.com
pamm@gld-law.com

Attorneys for Plaintiffs
Clifford F. Tuttle, Jr. as Representative of the Estate of Dennis W. Tuttle, Deceased, Robert Tuttle, and Ryan Tuttle

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 21st day of October, 2024 via CM/ECF, hand delivery, electronic mail, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure.

*/s/ Jeffrey I. Avery*
Jeffrey Avery