UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:21-cv-00270 |
| *Plaintiffs*, | §<br>§ | |
| vs. | §<br>§ | |
| CITY OF HOUSTON, *et al.* | §<br>§<br>§ | |
| *Defendants*. | § | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | §<br>§<br>§<br>§<br>§ | |
| *Plaintiffs*, | §<br>§ | |
| vs. | §<br>§ | |
| CITY OF HOUSTON, *et al.* | §<br>§<br>§ | |
| *Defendants*. | § | |

## DEFENDANT STEVEN BRYANT'S
## PROPOSED VOIR DIRE EXAMINATION

To the Honorable United States District judge Alfred H. Bennett:

Defendant Steven Bryant submits his Proposed Voir Dire Examination for the

Court's consideration.

Respectfully submitted,

David A. Nachtigall, Attorney at Law, PLLC

*/s/ David A. Nachtigall*
David A. Nachtigall
Federal Bar No. 358606
State Bar No. 24049076
1545 Heights, Ste. 100
Houston, Texas 77008
Tel 713.2211.0008
Fax 713.650.1602
david@dntriallaw.com

*Attorneys for Defendant Steven Bryant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

*/s/ David A. Nachtigall*
David A. Nachtigall

# Steven Bryant's Proposed Voir Dire Examination

## Law Enforcement

1. Do you have a positive, negative, or neutral view of law enforcement, generally?

   - If you have a negative view, why do you hold that view?
   - Do you believe your negative view will prevent you from being fair and impartial in this case in which a law enforcement officer is accused of acting with excessive force?

2. Have you, a family member, or a close friend ever had a bad experience with a police officer?

   - What were the circumstances of that experience?
   - When did it occur?
   - How did it impact your view of law enforcement?
   - Do you believe this experience will prevent you from being fair and impartial in this case, in which a law enforcement officers are accused of violating the civil rights of two individuals?

3. Do you believe in or have you supported any effort to defund law enforcement or reduce law enforcement resources?

   - In what way have you participated in such an effort?
   - When did you participate in that effort?

4. Have you, a family member, or a close friend ever participated in an anti-law enforcement protest or similar activity?

   - What was that activity?
   - When did you participate in that activity?

5. Are you, a family, or a close friend a member of any civil rights organizations?

   - Who is the member?
   - What organization?
   - For how long?

6. Have you, a family member, or close friend ever worked in law enforcement?

   - In what role?
   - Do you/that person still work in law enforcement?
     - If not, why not?

   - Specifically, you, a family member, or close friend ever worked for the Houston Police

Department?

7.      Do you believe law enforcement is doing a good job in your community?

- If not, why not?

Have you, a family, or a close friend ever been detained by the police for anything other than a traffic ticket?

- For what reason?
- Did you feel that you/that person was treated fairly by the police?

Do you have any family members or close friends who are incarcerated or who have been incarcerated?

- Do you believe that person has been treated fairly?

## Experience with Lawsuits

9.      Have you ever made a personal injury claim against another person or business?

- When?
- What were the circumstances of the claim?
- What was the outcome of the claim?

10.    Have you ever been a plaintiff or a defendant in a personal injury lawsuit?

- When?
- By whom?
- For what reason?
- What was the outcome of the lawsuit?
- Do you believe the legal process operated fairly in your lawsuit?

11.    Have you ever filed a lawsuit or ever had a close family member who has filed a lawsuit?

- When?
- Against whom?
- For what reason?
- What was the outcome of the lawsuit?
- Do you believe the legal process operated fairly in your lawsuit?

12.    Have you or any close family members ever been a witness in any lawsuit?

- When?
- For what reason were you asked to testify?

13.     Has any panel member had a particularly bad experience with the legal system generally?

- What was that experience?

14.     Is there anything about your experience with the law or with lawsuits that you believe will affect your ability to be a fair and impartial juror in this case?


**Legal Training and Experience**

15.     Do any of you or any of the members of your family have any legal training?

- Who?
- What type of training?

16.     Do you or any family members work in the legal field?

- For whom do you work?
- In what capacity and for how long?


**Prior Jury Service**

17.     Has any panel member ever served as a juror before?

- When?
- In what kind of case?
- What was the outcome?
- Do you believe that experience will affect your ability to be a fair juror in this case?

18.     Based on the little you have heard so far, have you formed any opinions about the case, the parties, or their counsel?

- What are those opinions?
- Do you believe that those opinions will affect your ability to be a fair juror in this case?