IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00270 |
| CITY OF HOUSTON, *et al.*, | § § | |
| Defendants. | § | |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § | |
| Plaintiffs | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00272 |
| CITY OF HOUSTON, *et al.*, | § § | |
| Defendants. | § | |

## <u>DEFENDANT CITY OF HOUSTON'S TRIAL EXHIBIT LIST</u>

The following are exhibits that Defendant City of Houston (the "City") may introduce at trial, depending on how the witnesses testify.  By including an exhibit on this list, the City does not represent and does not stipulate that the exhibit would be relevant and admissible if Plaintiffs seek to introduce it.

The City reserves the right to supplement this list.  The City also reserves the right to withdraw any exhibit on this list.  To the extent an exhibit is highlighted within this exhibit list, that exhibit is listed subject to the Court's rulings on pending motions in limine.

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX001 | 1/10/2012 | Circular Houston Police Department, re: 100-07, Standard Operating Procedures (COH00041554-0041556) | | | |
| DX002 | 11/4/2015 | Circular Houston Police Department, re: 100-01, Internal Directives (COH00000797-00000799) | | | |
| DX003 | 4/3/2017 | Circular Houston Police Department, re: 300-24, Early Warning System (COH0042261-0042270) | | | |
| DX004 | 3/15/2017 | General Order Houston Police Department No. 200-33 re: Oath of Office and Promotional Oath | | | |
| DX005 | 10/20/2003 | General Order Houston Police Department No. 700-01 re: Property/Evidence Control Regulations (COH00077864-77875) | | | |
| DX006 | 3/27/2015 | Circular Houston Police Department, re: 600-16, Confidential Informants and Other Sources of Information (COH0011161-0011171) | | | |
| DX007 | 3/28/2016 | General Order Houston Police Department No. 300-06 re: Training - Classified (COH000741583-41590) | | | |
| DX008 | 9/30/2015 | Circular Houston Police Department, re: 600-17, Use of Force (COH00000356-00000372) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX009 | 4/25/2017 | General Order Houston Police Department No. 600-43, re: Animal Bites (COH00000800-00000804) | | | |
| DX010 | 5/15/2015 | Circular Houston Police Department, re: Revision of General Order 200-08, Conduct and Authority (COH00000331-0000338) | | | |
| DX011 | 1/27/2016 | Circular Houston Police Department, re: Revision of General Order 200-11, Employee Integrity Program (COH00042032-0042037) | | | |
| DX012 | 2/21/2012 | Circular Houston Police Department, re: 200-03, Investigation of Employee Misconduct (COH00000789-0000796) | | | |
| DX013 | 1/1/2016 | HPD Narcotics Division - Standard Operating Procedure (COH0010678-0010811) | | | |
| DX014 | 1/1/2017 | Houston Police Department Inspections Division Standard Operating Procedures: 2017 (COH00083103-83415) | | | |
| DX015 | 7/9/2009 | COH Interoffice Correspondence from T. Horton to H. Hurit, re: Compliant of Chief of Police Issue Record 33911-2009; Investigative Summary (COH00064760-00064765) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX016 | 4/15/2010 | COH Interoffice Correspondence from T. Spjut to C. McClelland, Jr., re: Compliant of Chief of Police Issue Record 35871-2009; Investigative Summary (COH00066453-00066457) | | | |
| DX017 | 1/3/2014 | COH Interoffice Correspondence from D. Sauer to C. McClelland, Jr., re: Compliant of Chief of Police Issue Record 44756-2013; Investigative Summary (COH00068941-00068943) | | | |
| DX018 | 00/00/2018 | Compilation Houston Police Department: Administrative Information and Narratives (COH00053820-00053842) | | | |
| DX019 | 4/17/2019 | COH Interoffice Correspondence from D. Crawford to A. Acevedo, re: Compliant of Chief of Police Issue Record 53971-2019; Investigation Summary (COH00059068-00059078) | | | |
| DX020 | 3/20/2023 | HPD Archived OLO Incident Report 033958813 (COH00053722-00053770) | | | |
| DX021 | 2/12/2013 | COH Interoffice Correspondence from S. Gaithe to C. McClelland, Jr., re: Compliant of Nicolas Watson Issue Record 44430-2013; Investigation Summary (COH00083815-00083823) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX022 | 6/24/2015 | COH Interoffice Correspondence from S. Sauer to C. McClelland, Jr., re: Compliant of Rueben Williams Issue Record 47127-2014; Investigation Summary (COH00083824-00083829) | | | |
| DX023 | 1/2/2019 | HPD Narcotics Division - Organization Chart | | | |
| DX024 | 9/22/1983 | COH Civil Service Commission New Appointment - Change in Status, re: Gerald Goines (COH0012057-0012058) | | | |
| DX025 | | Office of Legal Services Internal Affairs Division; Investigative Confidential File; Issue Record # 54047-2019 (COH00005426-6815) | | | |
| DX026 | | Office of Legal Services Internal Affairs Division; Investigative Confidential File; Issue Record # 54155-2016 (COH00037473-39107) | | | |
| DX027 | | 121337-19; Investigative Paper Files (COH00039153-64718) (COH00076995-77315) | | | |
| DX028 | | 133932-19; Investigative Paper Files (COH00035021-37472) (COH00077316-77697) | | | |
| DX029 | | 1120670-19; Investigative Paper Files (COH00074954-76972) | | | |
| DX030 | 4/3/2019 | Houston Forensic Science Center Firearms Section Laboratory Report #: 0057 (HFSC_1586-1666) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX031 | 8/17/2023 | Houston Police Department: Narrative (COH00077101) | | | |
| DX032 | 8/17/2023 | Houston Police Department: Administrative Information and Narrative (COH00077045) | | | |
| DX033 | 00/00/0000 | Photo (HFSC_3725) | | | |
| DX034 | 00/00/0000 | Photo (HFSC_3232) | | | |
| DX035 | 00/00/0000 | Photo (HFSC_3238) | | | |
| DX036 | 00/00/0000 | Photo (HFSC_3239) | | | |
| DX037 | 00/00/0000 | Photo (HFSC_3240) | | | |
| DX038 | 00/00/0000 | Photo (COH00007733) | | | |
| DX039 | 00/00/0000 | Photo (COH00007734) | | | |
| DX040 | 00/00/0000 | Photo (COH00007735) | | | |
| DX041 | 00/00/0000 | Photo (COH00007736) | | | |
| DX042 | 00/00/0000 | Photo (COH00007738) | | | |
| DX043 | 00/00/0000 | Photo (COH00007739) | | | |
| DX044 | 00/00/0000 | Photo  (COH00002129) | | | |
| DX045 | 00/00/0000 | Photo  (COH00002130) | | | |
| DX046 | 00/00/0000 | Photo  (COH00002131) | | | |
| DX047 | 00/00/0000 | Photo  (COH00002132) | | | |
| DX048 | 00/00/0000 | Photo  (COH00002133) | | | |
| DX049 | 00/00/0000 | Photo  (COH00002135) | | | |
| DX050 | 00/00/0000 | Photo  (COH00002136) | | | |
| DX051 | 00/00/0000 | Photo  (COH00002137) | | | |
| DX052 | 00/00/0000 | Photo  (COH00002138) | | | |
| DX053 | 00/00/0000 | Photo  (COH00002139) | | | |
| DX054 | 00/00/0000 | Photo  (COH00002140) | | | |
| DX055 | 00/00/0000 | Photo  (COH00002141) | | | |
| DX056 | 00/00/0000 | Photo  (COH00002142) | | | |
| DX057 | 00/00/0000 | Photo  (COH00002144) | | | |
| DX058 | 00/00/0000 | Photo  (COH00002168) | | | |
| DX059 | 00/00/0000 | Photo  (COH00002172) | | | |
| DX060 | 00/00/0000 | Photo  (COH00002174) | | | |
| DX061 | 00/00/0000 | Photo  (COH00002175) | | | |
| DX062 | 00/00/0000 | Photo  (COH00002176) | | | |
| DX063 | 00/00/0000 | Photo  (COH00002183) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX064 | 00/00/0000 | Photo  (COH00002291) | | | |
| DX065 | 00/00/0000 | Photo  (COH00002347) | | | |
| DX066 | 00/00/0000 | Photo  (COH00002373) | | | |
| DX067 | 00/00/0000 | Photo  (COH00002398) | | | |
| DX068 | 00/00/0000 | Photo  (COH00002400) | | | |
| DX069 | 00/00/0000 | Photo  (COH00002406) | | | |
| DX070 | 00/00/0000 | Photo  (COH00002413) | | | |
| DX071 | 00/00/0000 | Photo  (COH00002415) | | | |
| DX072 | 00/00/0000 | Photo  (COH00002417) | | | |
| DX073 | 00/00/0000 | Photo  (COH00002418) | | | |
| DX074 | 00/00/0000 | Photo  (COH00002419) | | | |
| DX075 | 00/00/0000 | Photo  (COH00002420) | | | |
| DX076 | 00/00/0000 | Photo  (COH00002421) | | | |
| DX077 | 00/00/0000 | Photo  (COH00002422) | | | |
| DX078 | 00/00/0000 | Photo  (COH00002423) | | | |
| DX079 | 00/00/0000 | Photo  (COH00002424) | | | |
| DX080 | 00/00/0000 | Photo  (COH00002425) | | | |
| DX081 | 00/00/0000 | Photo  (COH00002428) | | | |
| DX082 | 00/00/0000 | Photo  (COH00002448) | | | |
| DX083 | 00/00/0000 | Photo  (COH00002449) | | | |
| DX084 | 00/00/0000 | Photo  (COH00002450) | | | |
| DX085 | 00/00/0000 | Photo  (COH00002451) | | | |
| DX086 | 00/00/0000 | Photo  (COH00002452) | | | |
| DX087 | 00/00/0000 | Photo  (COH00002454) | | | |
| DX088 | 00/00/0000 | Photo  (COH00002455) | | | |
| DX089 | 00/00/0000 | Photo  (COH00002456) | | | |
| DX090 | 00/00/0000 | Photo  (COH00002457) | | | |
| DX091 | 00/00/0000 | Photo  (COH00002458) | | | |
| DX092 | 00/00/0000 | Photo  (COH00002459) | | | |
| DX093 | 00/00/0000 | Photo  (COH00002463) | | | |
| DX094 | 00/00/0000 | Photo  (COH00002468) | | | |
| DX095 | 00/00/0000 | Photo  (COH00002470) | | | |
| DX096 | 00/00/0000 | Photo  (COH00002476) | | | |
| DX097 | 00/00/0000 | Photo  (COH00002477) | | | |
| DX098 | 00/00/0000 | Photo  (COH00002478) | | | |
| DX099 | 00/00/0000 | Photo  (COH00002479) | | | |
| DX100 | 00/00/0000 | Photo  (COH00002480) | | | |
| DX101 | 00/00/0000 | Photo  (COH00002481) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX102 | 00/00/0000 | Photo  (COH00002482) | | | |
| DX103 | 00/00/0000 | Photo  (COH00002483) | | | |
| DX104 | 00/00/0000 | Photo  (COH00002488) | | | |
| DX105 | 00/00/0000 | Photo  (COH00002489) | | | |
| DX106 | 00/00/0000 | Photo  (COH00002490) | | | |
| DX107 | 00/00/0000 | Photo  (COH00002493) | | | |
| DX108 | 00/00/0000 | Photo  (COH00002511) | | | |
| DX109 | 00/00/0000 | Photo  (COH00002512) | | | |
| DX110 | 00/00/0000 | Photo  (COH00002513) | | | |
| DX111 | 00/00/0000 | Photo  (COH00002514) | | | |
| DX112 | 00/00/0000 | Photo  (COH00002515) | | | |
| DX113 | 00/00/0000 | Photo  (COH00002521) | | | |
| DX114 | 00/00/0000 | Photo  (COH00002582) | | | |
| DX115 | 00/00/0000 | Photo  (COH00002601) | | | |
| DX116 | 00/00/0000 | Photo  (COH00002602) | | | |
| DX117 | 00/00/0000 | Photo  (COH00002619) | | | |
| DX118 | 00/00/0000 | Photo  (COH00002624) | | | |
| DX119 | 00/00/0000 | Photo  (COH00002629) | | | |
| DX120 | 00/00/0000 | Photo  (COH00002630) | | | |
| DX121 | 00/00/0000 | Photo  (COH00002634) | | | |
| DX122 | 00/00/0000 | Photo  (COH00002647) | | | |
| DX123 | 00/00/0000 | Photo  (COH00002648) | | | |
| DX124 | 00/00/0000 | Photo  (COH00002649) | | | |
| DX125 | 00/00/0000 | Photo  (COH00002652) | | | |
| DX126 | 00/00/0000 | Photo  (COH00002654) | | | |
| DX127 | 00/00/0000 | Photo  (COH00002655) | | | |
| DX128 | 00/00/0000 | Photo  (COH00002665) | | | |
| DX129 | 00/00/0000 | Photo  (COH00002671) | | | |
| DX130 | 00/00/0000 | Photo  (COH00002672) | | | |
| DX131 | 00/00/0000 | Photo  (COH00002673) | | | |
| DX132 | 00/00/0000 | Photo  (COH00002674) | | | |
| DX133 | 00/00/0000 | Photo  (COH00002675) | | | |
| DX134 | 00/00/0000 | Photo  (COH00002712) | | | |
| DX135 | 00/00/0000 | Photo  (COH00002713) | | | |
| DX136 | 00/00/0000 | Photo  (COH00002716) | | | |
| DX137 | 00/00/0000 | Photo  (COH00002717) | | | |
| DX138 | 00/00/0000 | Photo  (COH00002741) | | | |
| DX139 | 00/00/0000 | Photo  (COH00002743) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX140 | 00/00/0000 | Photo  (COH00002744) | | | |
| DX141 | 00/00/0000 | Photo  (COH00002772) | | | |
| DX142 | 00/00/0000 | Photo  (COH00002872) | | | |
| DX143 | 00/00/0000 | Photo  (COH00002877) | | | |
| DX144 | 00/00/0000 | Photo  (COH00002905) | | | |
| DX145 | 00/00/0000 | Photo  (COH00002937) | | | |
| DX146 | 00/00/0000 | Photo  (COH00003087) | | | |
| DX147 | 00/00/0000 | Photo  (COH00003088) | | | |
| DX148 | 00/00/0000 | Photo  (COH00003089) | | | |
| DX149 | 00/00/0000 | Photo  (COH00003099) | | | |
| DX150 | 00/00/0000 | Photo  (COH00003118) | | | |
| DX151 | 00/00/0000 | Photo  (COH00003119) | | | |
| DX152 | 00/00/0000 | Photo  (COH00003219) | | | |
| DX153 | 00/00/0000 | Photo  (COH00003220) | | | |
| DX154 | 00/00/0000 | Photo  (COH00003229) | | | |
| DX155 | 00/00/0000 | Photo  (COH00003254) | | | |
| DX156 | 00/00/0000 | Photo  (COH00003264) | | | |
| DX157 | 00/00/0000 | Photo  (COH00003393) | | | |
| DX158 | 00/00/0000 | Photo  (COH00003402) | | | |
| DX159 | 00/00/0000 | Photo  (COH00003817) | | | |
| DX160 | 00/00/0000 | Photo  (COH00003818) | | | |
| DX161 | 00/00/0000 | Photo  (COH00003819) | | | |
| DX162 | 00/00/0000 | Photo  (COH00007227) | | | |
| DX163 | 00/00/0000 | Photo  (COH00007733) | | | |
| DX164 | 00/00/0000 | Photo  (COH00007734) | | | |
| DX165 | 00/00/0000 | Photo  (COH00007735) | | | |
| DX166 | 00/00/0000 | Photo  (COH00007738) | | | |
| DX167 | 00/00/0000 | Photo  (COH00007739) | | | |
| DX168 | 00/00/0000 | Compilation HFSC Shooting Reconstruction Pictures (HFSC_2800-HFSC_2880) | | | |
| DX169 | 4/30/2019 | Houston Forensic Science Center: Firearms Section Laboratory Report No. 0033 (HFSC_1571-1574) | | | |
| DX170 | 4/24/2019 | Houston Forensic Science Center: Lab Report #2 (HFSC_1340-1342) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX171 | 2/7/2019 | Houston Forensic Science Center Crime Scene Unit: Laboratory Report No 0003 (HFSC_1158-1165) | | | |
| DX172 | 2/8/2019 | Houston Forensic Science Center: Administrative screening and DNA documents (HFSC_1698-1764) | | | |
| DX173 | 4/23/2019 | Printout copies - electropherograms (HFSC_1749-1754) | | | |
| DX174 | 2/5/2020 | Houston Forensic Science Center: Amended Laboratory Report #2 (HFSC_1343-1345) | | | |
| DX175 | 00/00/0000 | Copy of "Officer Involved Shooting Incident - Houston PD) (PLTF_TXRANGERS-006207-006295) | | | |
| DX176 | 8/20/2019 | Texas Department of Public Safety Texas Rangers:  Supplemental Report (Report #1) | | | |
| DX177 | 9/18/2019 | Texas Department of Public Safety Texas Rangers:  Supplemental Report (Report #2) (PLTF_TXRANGERS-008001-008013) | | | |
| DX178 | 3/5/2021 | Texas Department of Public Safety Texas Rangers:  Supplemental Report (Report #3) | | | |
| DX179 | 00/00/0000 | Color copies of evidence photos | | | |
| DX180 | 2/7/2019 | Houston Forensic Science Center Crime Scene Unit: Gunshot Residue Report (COH00006310-00006314) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX181 | 3/27/2019 | HCIFS Evidence Submission Form (GSR for Dennis Tuttle and Rhogena Nicholas) (COH00039824-39825) | | | |
| DX182 | 00/00/0000 | Color copies of "Weapon Used by Dennis Tuttle" | | | |
| DX183 | 3/19/2019 | Harris County Institute of Forensic Sciences:  Autopsy Report Case No. ML19-0331 - Rhogena Ann Nichols (COH00001466-00001481) | | | |
| DX184 | 1/29/2019 | Harris County Institute of Forensic Sciences: Investigative Report; Rhogena Ann Nicholas (COH00001427-1430) | | | |
| DX185 | 3/19/2019 | Harris County Institute of Forensic Sciences:  Autopsy Report Case No. ML19-0330 - Dennis Wayne Tuttle (COH00001431-00001465) | | | |
| DX186 | 1/29/2019 | Harris County Institute of Forensic Sciences: Investigative Report; Dennis Wayne Tuttle (COH00001423-1426) | | | |
| DX187 | 1/15/2024 | Color image demo created by M. Maloney | | | |
| DX188 | 1/15/2024 | Color copy - crime scene photo marked on by M. Maloney | | | |
| DX189 | 1/15/2024 | Color image of crime scene photo - demo created by M. Maloney | | | |
| DX190 | | WITHDRAWN | | | |
| DX191 | 1/15/2024 | Color image of crime scene photo - demo created by M. Maloney | | | |
| DX192 | 1/15/2024 | Five color copies - crime scene photos used by M. Maloney | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX193 | 1/15/2024 | Color copy - crime scene photo used by M. Maloney | | | |
| DX194 | 1/15/2024 | Color copy - crime scene photo used by M. Maloney | | | |
| DX195 | 1/15/2024 | Color copy - crime scene photo used by M. Maloney | | | |
| DX196 | 1/15/2024 | Color copies - crime scene photos used by M. Maloney | | | |
| DX197 | 1/15/2024 | Color copy - crime scene photo used by M. Maloney | | | |
| DX198 | 1/15/2024 | Color copies - crime scene photos used by M. Maloney | | | |
| DX199 | 00/00/0000 | Bullet defect caliber correlation | | | |
| DX200 | 00/00/2017 | HPD Narcotics Division - Training Manual 2017 (COH00083431-00083631) | | | |
| DX201 | 1/22/2019 | HPD Narcotics Division - Case File Copy CT 19-1933; INC 95844-19 (COH00071053-00071068) | | | |
| DX202 | 10/00/2014 | Compilation HPD Officer Complaints - E. Thomas and J. Williams (COH00069772-00069796) | | | |
| DX203 | 3/22/2011 | HPD Internal Affairs Division: Intake Form - Sworn Affidavit | | | |
| DX204 | 5/28/2024 | Color Website printed copies - Houston Police Department Internal Affairs Division | | | |
| DX205 | 12/31/2018 | Compilation of HPD Narcotics Division Squad 15 Statistical Reports 2016 to 2018 (COH00083781; 00083786-00083788; 00083794-00083796) | | | |
| DX206 | 2/15/2019 | Video - Press Conference Excerpt | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX207 | | Rule 1006 Summary of Voluminous Records Related to Goines Search Warrants and the Recovery of Guns | | | |
| DX208 | | Rule 1006 Summary of Voluminous Records Related to Goines Search Warrants and the Recovery of Drugs | | | |
| DX209 | | **Underlying Records Related to Rule 1006 Summary of Voluminous Records** (COH00074711, 006412 NICHOLAS, COH00074707, 006406 NICHOLAS, 006359 NICHOLAS, COH00078152, COH00074440, COH00074496, COH00074587, COH00074427, 006474 NICHOLAS, COH00074598, COH00074362, 006448 NICHOLAS, COH00074529, COH00074635, 1528672 1528678, COH00073197, S2023.09.01 #01387-01393, COH00073033, COH00074300, COH00074409, COH00070804, COH00071903, COH00074502, 006699 NICHOLAS, COH00070183, COH00070242, COH00072433, COH00078140, COH00074741, S2023.09.01 #01262-01268, COH00072523, COH00074190, COH00074379, COH00074453, COH00071813, S2023.09.01 #01394-01399, COH00071335, COH00070967, COH00074288, COH00073707, COH00074667, COH00070103, 006311 NICHOLAS, COH00074320, COH00074601, 006468 NICHOLAS, 006580 NICHOLAS, S2023.09.01 #01248-01254, COH00072241, COH00074658, COH00074554, 006520 NICHOLAS, COH00074615, 006442 NICHOLAS, COH00074400, 006658 NICHOLAS, S2023.09.01 #01332-1338, COH00070754, COH00070198, COH00071419, COH00074661, COH00074535, COH00080156, COH00074683, COH00080193, COH00074581, 006484 NICHOLAS-3, COH00070287, COH00053722, COH00074379, COH00071705, 006514 NICHOLAS, COH00078169, COH00080178, COH00074264, COH00074160, COH00074244, 006478 NICHOLAS-2, COH00053800, COH00068397, 006388 NICHOLAS, COH00078134, COH00074416, COH00074334) | | | |
| DX210 | 7/1/2020 | Training Records Report: Steven O. Bryant (COH00045417-45426) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX211 | 00/00/0000 | TCOLE Personal Status Report: Steven O. Bryant (COH00074817-74828) | | | |
| DX212 | 7/1/2020 | Training Records Report: Gerald M. Goines (COH00045427-45437) | | | |
| DX213 | 00/00/0000 | TCOLE Personal Status Report: Gerald M. Goines (COH00074842-74855) | | | |
| DX214 | 7/1/2020 | Training Records Report: Cedell Alvin Lovings (COH00049264-49271) | | | |
| DX215 | 00/00/0000 | TCOLE Personal Status Report: Cedell A. Lovings II (COH00074870-74879) | | | |
| DX216 | 7/1/2020 | Training Records Report: Clemente R. Reyna (COH00049272-49280) | | | |
| DX217 | 00/00/0000 | TCOLE Personal Status Report: Clemente R. Reyna Jr. (COH00074899-74910) | | | |
| DX218 | 7/1/2020 | Training Records Report: Eric Ryan Sepolio (COH00049281-49287) | | | |
| DX219 | 00/00/0000 | TCOLE Personal Status Report: Eric R. Sepolio (COH00074919-74929) | | | |
| DX220 | 7/1/2020 | Training Records Report: Felipe Gallegos (COH00049288-49296) | | | |
| DX221 | 00/00/0000 | TCOLE Personal Status Report: Felipe Gallegos Jr. (COH00074829-74841) | | | |
| DX222 | 7/1/2020 | Training Records Report: Frank Angel Medina (COH00049297-49303) | | | |
| DX223 | 00/00/0000 | TCOLE Personal Status Report: Frank A. Medina (COH00074880-74888) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX224 | 7/1/2020 | Training Records Report: Manuel Everardo Salazar (COH00049331-49336) | | | |
| DX225 | 00/00/0000 | TCOLE Personal Status Report: Manuel E. Salazar (COH00074911-74918) | | | |
| DX226 | 8/28/2020 | Training Records Report: Nadeem M. Ashraf (COH00049337-49342) | | | |
| DX227 | 00/00/0000 | TCOLE Personal Status Report: Nadeem M. Ashraf (COH00074805-74816) | | | |
| DX228 | 8/28/2020 | Training Records Report: Oscar Pardo (COH00049343-49349) | | | |
| DX229 | 00/00/0000 | TCOLE Personal Status Report: Oscar Pardo (COH00074889-74898) | | | |
| DX230 | 8/28/2020 | Training Records Report: Robert Gonzales (COH00049359-49368) | | | |
| DX231 | 00/00/0000 | TCOLE Personal Status Report: Robert Z. Gonzales (COH00074856-74869) | | | |
| DX232 | 8/28/2020 | Training Records Report: Thomas A. Wood (COH00049369-49377) | | | |
| DX233 | 00/00/0000 | TCOLE Personal Status Report: Thomas A. Wood (COH00074942-74953) | | | |
| DX234 | 1/29/2020 | Training Records Report: Marsha Hausman Todd (COH00054025-54033) | | | |
| DX235 | 00/00/0000 | TCOLE Personal Status Report: Marsha H. Todd (COH00074930-74941) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX236 | 1/2/2019 | Houston Police Department Narcotics Division Organizational Chart (COH00049668) | | | |
| DX237 | 10/3/2011 | Investigation Summary; Complaint of Chief of Police Issue Record #39557-2011 (COH00056339-56343) | | | |
| DX238 | 7/10/2009 | Investigation Summary; Complaint of Chief of Police Issue Record #33911-2009 (COH00064760-64765) | | | |
| DX239 | 12/2/2009 | Investigation Summary; Complaint of Chief of Police Issue Record #35189-2009 (COH00065844-65847) | | | |
| DX240 | 4/15/2010 | Investigation Summary; Complaint of Chief of Police Issue Record #35871-2009 (COH00066453-66457) | | | |
| DX241 | 4/25/2018 | Houston Police Department Report 519974-18 (COH00053820-53842) | | | |
| DX242 | 5/5/2010 | Investigation Summary; Complaint of Chief of Police Issue Record #36017-2010 (COH00066920-66925) | | | |
| DX243 | 5/7/2012 | Investigation Summary; Complaint of Chief of Police Issue Record #40927-2012 (COH00068346-68349) | | | |
| DX244 | | Investigation Summary; Complaint of Chief of Police Issue Record #44756-2013 (COH00068941-68943) | | | |
| DX245 | 6/5/2014 | Investigation Summary; Complaint of Chief of Police Issue Record #45334-2014 (COH00066346-69354) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX246 | 2/00/2019 | DOJ Office of Inspector General - Audit of the Houston Police Department's Equitable Sharing Program Activities, Houston, Texas (COH00083638-00083668) | | | |
| DX247 | 8/1/2017 | COH Interoffice Correspondences to all Lieutenants, re: Confidential Informants on the Quarterly Purge Lists (COH00077876-77880) | | | |
| DX248 | 4/21/2017 | COH Interoffice Correspondences to all Lieutenants, re: Confidential Informants on the Quarterly Purge Lists (COH00077893-77897) | | | |
| DX249 | 12/26/2017 | COH Interoffice Correspondences to all Lieutenants, re: Confidential Informants on the Quarterly Purge Lists (COH00077887-77892) | | | |
| DX250 | 8/1/2018 | COH Interoffice Correspondences to all Lieutenants, re: Confidential Informants on the Quarterly Purge Lists (COH00077898-77903) | | | |
| DX251 | 12/4/2018 | COH Interoffice Correspondences to all Lieutenants, re: Confidential Informants on the Quarterly Purge Lists (COH00077881-77886) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX252 | 1/1/2016 | HPD Narcotics Division Squad 15 Statistical Report 1/1/2016 - 1/31/16 (COH00083787) | | | |
| DX253 | 6/1/2016 | HPD Narcotics Division Squad 15 Statistical Report 6/1/2016 - 6/30/2016 (COH00083794) | | | |
| DX254 | 1/1/2017 | HPD Narcotics Division Squad 15 Statistical Report 1/1/17 - 1/31/17 (COH00083788) | | | |
| DX255 | 6/1/2017 | HPD Narcotics Division Squad 15 Statistical Report 6/1/17 - 6/30/17 (COH00083795) | | | |
| DX256 | 1/1/2018 | HPD Narcotics Division Squad 15 Statistical Report 1/1/18-1/31/18 (COH00083786) | | | |
| DX257 | 6/1/2018 | HPD Narcotics Division Squad 15 Statistical Report 6/1/18-6/30/18 (COH00083796) | | | |
| DX258 | 12/1/2018 | HPD Narcotics Division Squad 15 Statistical Report 12/1/18-12/31/18 (COH00083781) | | | |
| DX259 | 3/3/2016 | COH Inter Office Correspondence  re: Criminal Intelligence Fund Report 2016 (COH77910-77934) | | | |
| DX260 | 3/13/2017 | COH Inter Office Correspondence  re: Criminal Intelligence Fund Report 2017 (COH77935-77958) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX261 | 3/9/2018 | COH Inter Office Correspondence re: Criminal Intelligence Fund Report 2018 (COH77959-77981) | | | |
| DX262 | 3/7/2019 | COH Inter Office Correspondence re: Criminal Intelligence Fund Report 2019 (COH77982-78005) | | | |
| DX263 | 1/28/2019 | Richard Morales BWC - Enhanced Audio Video Merge (COH00004064) | | | |
| DX264 | 1/28/2019 | Valeriano Rios BWC - Enhanced Audio Video Merge (COH00004070) | | | |
| DX265 | 1/28/2019 | HFSC Interior Diagram (COH00039675-39683) | | | |
| DX266 | 7/1/2015 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Proactive Leadership for New Sergeants (COH00000536-540) | | | |
| DX267 | 4/26/1999 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotics Investigators School (COH00000751-755) | | | |
| DX268 | 10/5/2012 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotics Eight-Hour Warrant Refresher (COH00046908-46927) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX269 | 9/1/2017 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: 2017-2018 Supervisor Mandatory (COH00047087-47091) | | | |
| DX270 | 00/00/0000 | Investigator School Curriculum (COH00049740) | | | |
| DX271 | 4/22/2010 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotic Advance Warrant Execution (COH00050098-50109) | | | |
| DX272 | 6/12/2009 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotic Survival School (COH00050110-50118) | | | |
| DX273 | 4/22/2010 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotic Warrant Execution (COH00050119-50130) | | | |
| DX274 | 00/00/0000 | Warrant Execution: Houston Police Department Narcotics Division Training Unit (COH00050131-50233) | | | |
| DX275 | 4/26/1999 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotics Legal Aspects (COH0005020281-50286) | | | |

| Trial DX No. | Date | Description | Offered | Objected To | Admitted |
|---|---|---|---|---|---|
| DX276 | 3/13/2015 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotics Division S.O.P (COH00050301-50305) | | | |
| DX277 | 4/22/2010 | Texas Commission on Law Enforcement Houston Police Academy Instructor Lesson Plan; Subject: Narcotics Advanced Warrant Execution (COH00050634-50645) | | | |

Dated: October 25, 2024

Respectfully submitted:

**BECK REDDEN LLP**

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
Federal Bar I.D. 12864
adawson@beckredden.com
Garrett S. Brawley
State Bar No. 24095812
Federal Bar I.D. 3311277
gbrawley@beckredden.com
Lena E. Silva
State Bar No. 24104993
Federal Bar I.D. 3608019
lsilva@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*/s/ Al Odom*
Al Odom
State Bar No. 15201100
Federal Bar I.D. 12913
The Odom Law Firm
601 Sawyer Street, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
E-mail: aodom@aodomlawfirm.com

**ATTORNEYS FOR DEFENDANT CITY OF HOUSTON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all counsel of record on this the 25th day of October, 2024, pursuant to the Federal Rules of Civil Procedure.

*/s/ Alistair B. Dawson*
Alistair B. Dawson