IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00270 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00272 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | | |

## DEFENDANT CITY OF HOUSTON'S
## TRIAL WITNESS LIST

Defendant City of Houston (the "City") submits the following list of witnesses it may call at the trial of this matter either live or by deposition:

    Art Acevedo
    Ian Adams
    Robert Lopez Antu
    Marianne Beynon
    Sondra Clark (or other records custodian for Houston Police Department HPD)
    Torrisha Payne (Deposition on Written Questions)
    Records Custodian for Houston Forensic Science Center

Records Custodian for Harris County Institute of Forensic Sciences
Jill Dupre
Paul Follis
Felipe Gallegos
Rebecca Gonzales
Robert Gonzales
Cedell Lovings
Chief Pedro Lopez Jr.
Robert Lujan
Frank Medina
Clemente Reyna
Dianne Strain
Erik Termeulen
Jeffery Wolf
Thomas Wood

The City reserves its right to call any witness identified by any other party, cross any witness called by any other party, and to call any witness necessary for rebuttal or impeachment purposes.

| | |
|---|---|
| Dated: October 25, 2024 | Respectfully submitted: |
| **BECK REDDEN LLP** | **THE ODOM LAW FIRM** |
| */s/ Alistair B. Dawson* <br> Alistair B. Dawson <br> State Bar No. 05596100 <br> Federal Bar I.D. 12864 <br> adawson@beckredden.com <br> Garrett S. Brawley <br> State Bar No. 24095812 <br> Federal Bar I.D. 3311277 <br> Lena E. Silva <br> State Bar No. 24104993 <br> Federal Bar I.D. 3608019 <br> 1221 McKinney St., Suite 4500 <br> Houston, Texas 77010-2010 <br> Telephone: (713) 951-3700 | */s/ Al Odom* <br> Al Odom <br> State Bar No. 15201100 <br> Federal Bar I.D. 12913 <br> 601 Sawyer Street, Suite 225 <br> Houston, Texas 77007 <br> Telephone: (713) 357-5153 <br> E-mail: aodom@aodomlawfirm.com |

**ATTORNEYS FOR DEFENDANT CITY OF HOUSTON**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was sent to all counsel of record on this the 25th day of October 2024, pursuant to the Federal Rules of Civil Procedure.

                                                        */s/ Alistair B. Dawson*
                                                        Alistair B. Dawson