IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00270 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-00272 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § | |

## DEFENDANT CITY OF HOUSTON'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' PROFFER OF DEPOSITION TESTIMONY

Defendant City of Houston (the "City") submits the following objections and counter-designations to Plaintiffs' Proffer of Deposition Testimony. By including an objection or counter-designation on this list, the City does not represent or stipulate that (i) it will or will not seek to admit the designated testimony as evidence; or (ii) the designated testimony (or subject matter of the designated testimony) would or would not be admissible if City seeks to introduce it.

Moreover, the City may withdraw objections or counter-designations depending on the Court's pre-trial rulings or how the witnesses testify, so this list should be considered a good faith list of the City's position as of the date of these objections.

By not objecting to designated testimony, the City does not stipulate that the deposition testimony is admissible at trial. Nor does the City waive its right (i) to assert an objection at trial based on the circumstances at the time; or (ii) to argue, by motion in *limine* or otherwise, that specific deposition testimony or a particular subject matter described in designated testimony should not be admitted as evidence or otherwise discussed in front of the jury. .

Finally, City of Houston reserves the right to amend this list subject to the pre-trial orders of the Court (including orders as to the length or format of trial) and the pre-trial disclosures and/or presentation of trial evidence by Plaintiffs, including amendments that add or remove objections or counter-designations.

Dated: October 25, 2024

Respectfully submitted:

**BECK REDDEN LLP**

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
Federal Bar I.D. 12864
adawson@beckredden.com
Garrett S. Brawley
State Bar No. 24095812
Federal Bar I.D. 3311277
gbrawley@beckredden.com
Lena E. Silva
State Bar No. 24104993
Federal Bar I.D. 3608019
lsilva@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*/s/ Al Odom*
Al Odom
State Bar No. 15201100
Federal Bar I.D. 12913
The Odom Law Firm
601 Sawyer Street, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
E-mail: aodom@aodomlawfirm.com

**ATTORNEYS FOR**
**DEFENDANT CITY OF HOUSTON**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all counsel of record on this the 25th day of October, 2024, pursuant to the Federal Rules of Civil Procedure.

*/s/ Alistair B. Dawson*
Alistair B. Dawson

# GLOBAL OBJECTIONS

The City globally objects to the designations of Art Acevedo, Nadeem Ashraf, M. Beynon, M.D., Isaac Dupplechain,[1] Paul Follis, Jonathan French, Gerald Goines, Cedell Lovings, Son Nguyen, and Erik Termeulen[2] under Federal Rule of Civil Procedure 32(a)(1)(4),[3] and/or any attempt by Plaintiffs to introduce deposition testimony and then also examine the same witness live at trial. Additionally, the City globally objects to all deposition designations touching on the subjects addressed in the City's pending Motions in Limine.

# SON NGUYEN OBJECTIONS

The City make the following objections:

| Page/Line | Objections |
|---|---|
| 9:10-10:11 | 402, 403 |
| 23:10-24:15 | 602, Foundation |
| 40:1-51:15 | 402, 403 |
| 52:9-53:1 | 402, 403 |
| 56:18-57:7 | 402, 403 |
| 57:24-58:15 | 402, 403, Foundation, 602 |
| 59:11-60:19 | 402, 403, Foundation, 602 |

---

[1] The portions outside the scope of 30(b)(6) in relation to Federal Rule of Civil Procedure 32 (a)(1)(4).
[2] The portions outside the scope of 30(b)(6) in relation to Federal Rule of Civil Procedure 32 (a)(1)(4).
[3] Subject to the parties to this case at the time of trial.

| Page/Line | Objections |
|---|---|
| 62:4-18 | 402, 403, Foundation, 602 |
| 65:3-11 | 402, 403, Foundation, 602 |
| 97:13-98:18 | 402, 403 |
| 104-105:16 | 402, 403 |
| 121:7-16 | 402, 403 |
| 122:9-25 | 402, 403, 602, Foundation |
| 164:22-165:2 | 402, 403, 802 |

## ART ACEVEDO OBJECTIONS

They City makes the following objections:

| Page/Line | Objections |
|---|---|
| 35:2-7 | 402, 403, 602 |
| 42:23-43:4 | 402, 403, 602 |
| 44:18-22 | 403, Foundation |
| 48:14-25 | 402, 403, 802 |
| 69:12-17 | 403, 602, Foundation |
| 70:9-16 | 403, 602, Foundation |
| 72:5-23 | 403, 602, Foundation |
| 78:25-87:3 | 402, 403 |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 9:13-11:12 (Minus Objections) | Optional Completeness |
| 43:13-44:17 (Minus Objections) | Optional Completeness |
| 61:25-62:14 | Optional Completeness |
| 65:15-67:13 | Optional Completeness |

# NADEEM ASHRAF OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 8:6-15 | 402, 403, 404 |
| 11:20-7 | 402, 403, 404 |
| 12:16-24 | 402, 403, 404 |
| 13:9-14:1 | 402, 403, 404 |
| 25:13-26:5 | 402, 403 |
| 28:16-29:12 | 402, 403, 404 |
| 36:21-37:12 | 602, Foundation |
| 61:2-11 | 402, 403, 602, Foundation |
| 70:7-12 | 402, 403, 602 |
| 76:3-11 | 402, 403 |
| 79:6-16 | 602, 802 |
| 79:17-80:5 | 402, 403 |
| 81:1-13 | 402, 403, 802 |
| 89:7-15 | 402, 403 |
| 101:6-102:9 | 402, 403 |
| 103:15-21 | 602, Foundation |
| 105:2-7 | 402, 403 |
| 111:7-20 | 402, 403 |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 11:12 | Optional Completeness |
| 84:12-23 | Optional Completeness |
| 85:3-13 | Optional Completeness |

# ISSAC DUPLECHAIN OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 8:24-10:24 | 402, 403, 602 |
| 32:4-9 | 402, 403, 802 |
| 70:7-71:25 | 402, 403, 802 |
| 73:12-25 | 402, 403, 802 |
| 81:19-82:2 | 402, 403 |
| 93:14-94:23 | 403 |
| 95:1-97:4 | 403 |
| 97:11-17 | 402, 403 |
| 97:18-25 | 402, 403, 602 |
| 98:1-8 | 402, 403, 602 |
| 98:9-99:4 | 402, 403, 602 |
| 104:4-25 | 402, 403, 404 |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 35:4-20 (minus objections) | Optional Completeness |
| 36:25-37:23 (minus objections) | Optional Completeness |
| 58:22-60:14 (minus objections) | Optional Completeness |
| 68:12-69:6 (minus objections) | Optional Completeness |

# PAUL FOLLIS OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 12:22-13:5 | 402, 403, 602 |
| 40:13-40:18 | 402, 403, 602, 802 |
| 84:24-86:2 | 402, 403, 602, 802 |
| 116:6-116:14 | 402, 403, 602 |
| 124:16-125:3 | 402, 403, 602 |
| 167:22-168:3 | 403, Foundation |
| 168:114-19 | 402, 403, 602 |
| 168:20-169:4 | 602 |
| 170:10-21 | 403, 602 |
| 179:18-180:5 | 403, 602 |
| 181:13-182:3 | 403, 602 |
| 182:25-183:7 | 403, 602 |
| 200:6-13 | 402, 403, 602, Foundation |
| 200:14-22 | 402, 403, 602 |
| 201:9-202:5 | 402, 403, 602, Foundation |
| 202:11-17 | 602, Foundation |
| 203:11-204:8 | 402, 403, 602, Foundation |
| 205:14-206:11 | 403, 602 |
| 206:21-206:25 | 402, 403, 602, Foundation |
| 207:1-11 | 402, 402, 602, Foundation |
| 207:18-23 | 402 403, 602, Foundation |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 39:18-40:5 | Optional Completeness |
| 115:23-116:5 (minus objections) | Optional Completeness |

| 166:20-167:15 (minus objections) | Optional Completeness |
| 172:6-173-4 | Optional Completeness |

# JONATHAN FRENCH OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 21:18-22:15 | 402, 403 |
| 22:22-23:3 | 402, 403 |
| 33:5-19 | 402, 403, 404 |
| 41:13-42:15 | 402, 403, 404 |
| 43:17-19 | 402. 403, 404 |
| 48:22-49:5 | 402, 403, 404 |
| 52:10-52:23 | 402, 403 |
| 101:9-102:2 | 402, 403, 602, Foundation |
| 112:25-113:12 | 402, 403 |
| 133:3-134:5 | 402, 403 |
| 134:14-135:19 | 402, 403, 602, Foundation |
| 135:25-136:21 | 402, 403, 602, Foundation |
| 137:7-14 | 402, 403, 602 |
| 139:22-140:23 | 402, 403 |
| 141:1-142:15 | 402, 403 |
| 144:21-145:4 | 402, 403 |
| 147:10-148:5 | 402, 403 |
| 148:16-149:22 | 402, 403, Foundation |
| 151:8-13 | 402, 403 |
| 152:19-153:1 | 402, 403 |
| 154:7-13 | 402, 403 |
| 157:3-22 | 402, 403 |
| 157:23-158:10 | 402, 403, 602 |
| 158:25-160:13 | 402, 403, 602 |
| 161:10-162:24 | 402, 403 |
| 163:23-164:6 | 402, 403 |

| 164:23-166:24 | 402, 403 |
| 167:20-168:4 | 602, Foundation |
| 172:22-173:4 | 402, 403, 602, Foundation |
| 173:24-174:5 | 402, 403 |
| 174:6-174:22 | 402, 403, 602, Foundation |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 9:24-10:8 (minus objections) | Optional Completeness |
| 166:25-12 (minus objection if above admitted) | Optional Completeness. |

## GERALD GOINES OBJECTIONS

The City objects to the entirety of Plaintiffs' designation under Rule 403, 602, and lacking foundation. The City also objects to significant portions under Rule 402. Additionally, the City objects to all portions touching on subjects covered by the City's currently pending Motions in Limine based on the grounds outlined in the City's pending Motions in Limine.

## CEDELL LOVINGS (VOL 1) OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 6:25-7:10 | 402, 403 |
| 17:12-18:18 | 403, 602 |
| 40:12-16 | 402, 403, 602, Foundation |
| 41:4-11 | 402, 403, 602, Foundation |
| 41:22-42:1 | 402, 403, 602, Foundation |

| Page/Line | |
|---|---|
| 42:11-25 | 402, 403, Foundation |
| 43:4-23 | 402, 403, Foundation |
| 44:8-21 | 402, 403, Foundation |
| 61:2-18 | 402, 403, 602 |
| 66:6-13 | 402, 403, 602 |
| 70:19-23 | 403, 602 |
| 76:2-22 | 402, 403 |
| 76:25-18 | 402, 403 |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 16:20-17:7 | Optional Completeness |
| 27:24-28:4 (minus objections) | Optional Completeness |

## CEDELL LOVINGS (VOL 2) OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 55:16-56:9 | 402, 403, 602 |
| 56:14-25 | 402, 403 |

## MARIANNA BEYNON, MD OBJECTIONS

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 19:12-20:11 | 402, 403, 802 |
| 28:3-4 | 402, 403 |
| 28:6-8 | 402, 403 |
| 28:13-14 | 402, 403 |

| | |
|---|---|
| 29:25-30:1 | 402, 403 |
| 30:9-10 | 402, 403 |
| 31:10 | 402, 403 |
| 31:14-15 | 402, 403 |
| 31:20-21 | 402, 403 |
| 33:18 | 402, 403 |
| 34:5-7 | 402, 403 |
| 37:8-9 | 402, 403 |
| 37:23 | 402, 403 |
| 38:10-11 | 402, 403 |
| 38:17 | 402, 403 |
| 38:24 | 402, 403 |
| 39:13-14 | 402, 403 |
| 39:20 | 402, 403 |
| 39:24 | 402, 403 |
| 40:4 | 402, 403 |
| 40:11-12 | 402, 403 |
| 41:14-15 | 402, 403 |
| 43:2 | 402, 403 |
| 43:5 | 402, 403 |
| 45:9-10 | 402, 403 |
| 46:3-4 | 402, 403 |
| 47:15 | 402, 403 |
| 47:20-21 | 402, 403 |
| 48:2 | 402, 403 |
| 48:13-14 | 402, 403 |
| 48:19-21 | 402, 403 |
| 51:13-14 | 402, 403 |
| 51:19 | 402, 403 |
| 52:1-2 | 402, 403 |
| 52:8 | 402, 403 |
| 52:15 | 402, 403 |
| 52:24-25 | 402, 403 |
| 55:14 | 402, 403 |

| | |
|---|---|
| 54:8 | 402, 403 |
| 54:16-17 | 402, 403 |
| 56:1-2 | 402, 403 |
| 59:1 | 402, 403 |
| 59:7-8 | 402, 403 |
| 59:14 | 402, 403 |
| 59:16 | 402, 403 |
| 61:22-23 | 402, 403 |
| 62:12-13 | 402, 403 |
| 63:1-2 | 402, 403 |
| 63:7 | 402, 403 |
| 63:21 | 402, 403 |
| 64:1 | 402, 403 |
| 64:16 | 402, 403 |
| 65:3-4 | 402, 403 |
| 65:9 | 402, 403 |
| 66:2 | 402, 403 |
| 69:6-7 | 402, 403 |
| 70:8-9 | 402, 403 |
| 71:13-14 | 402, 403 |
| 72:1 | 402, 403 |
| 72:7-8 | 402, 403 |
| 72:15-16 | 402, 403 |
| 72:20 | 402, 403 |
| 72:22-23 | 402, 403 |
| 72:25-73:1 | 402, 403 |
| 73:24 | 402, 403 |
| 74:17 | 402, 403 |
| 74:23 | 402, 403 |
| 76:5 | 402, 403 |
| 76:15-16 | 402, 403 |
| 77:5 | 402, 403 |
| 77:12 | 402, 403 |
| 77:20 | 402, 403 |

| | |
|---|---|
| 77:22-78:4 | 602, Foundation |
| 78:23 | 402, 403 |
| 81:14-15 | 402, 403 |
| 82:22-23 | 402, 403 |
| 83:4-5 | 402, 403 |
| 83:8-21 | 402, 403, 602, Foundation |
| 84:3-34 | 402, 403 |
| 86:2-3 | 402, 403 |
| 87:11-12 | 402, 403 |
| 88:16 | 402, 403 |
| 93:9 | 402, 403 |
| 91:25-94:1 | 402, 403 |
| 94:14-16 | 402, 403 |
| 94:19-20 | 402, 403 |
| 95:9-10 | 402, 403 |
| 95:16 | 402, 403 |
| 96:16 | 402, 403 |
| 96:25 | 402, 403 |
| 97:9 | 402, 403 |
| 97:15 | 402, 403 |
| 98:24 | 402, 403 |
| 99:3 | 402, 403 |
| 99:9-10 | 402, 403 |
| 99:13 | 402, 403 |
| 100:15-16 | 402, 403 |
| 100:23-24 | 402, 403 |
| 101:22-24 | 402, 403 |
| 104:10-11 | 402, 403 |
| 104:21 | 402, 403 |
| 108:18-20 | 402, 403 |
| 110:13-14 | 402, 403 |
| 110:20 | 402, 403 |
| 111:18 | 402, 403 |
| 113:8 | 402, 403 |

| | |
|---|---|
| 113:14-15 | 402, 403 |
| 113:17-25 | 402, 403 |
| 114:4 | 402, 403 |
| 115:4 | 402, 403 |
| 115:9 | 402, 403 |
| 115:13-14 | 402, 403 |
| 116:9 | 402, 403 |
| 116:12 | 402, 403 |
| 116:18 | 402, 403 |
| 117:20 | 402, 403 |
| 119:7 | 402, 403 |
| 119:22 | 402, 403 |
| 120:16 | 402, 403 |
| 120:22 | 402, 403 |
| 121:14 | 402, 403 |
| 121:18-19 | 402, 403 |
| 121:22-23 | 402, 403 |
| 122:7 | 402, 403 |
| 122:15 | 402, 403 |
| 124:23 | 402, 403 |
| 125:6 | 402, 403 |
| 125:21-22 | 402, 403 |
| 126:9 | 402, 403 |
| 126:22-23 | 402, 403 |
| 127:3-4 | 402, 403 |
| 127:8-9 | 402, 403 |
| 127:24-25 | 402, 403 |
| 126:15-16 | 402, 403 |
| 129:15-16 | 402, 403 |
| 130:23-24 | 402, 403 |
| 131:6-8 | 402, 403 |
| 131:11-12 | 402, 403 |
| 132:13 | 402, 403 |
| 133:22 | 402, 403 |

| | |
|---|---|
| 134:17 | 402, 403 |
| 135:19 | 402, 403 |
| 136:7 | 402, 403 |
| 137:15 | 402, 403 |
| 139:3 | 402, 403 |
| 139:18-19 | 402, 403 |
| 140:3 | 402, 403 |
| 140:14 | 402, 403 |
| 140:17-18 | 402, 403 |
| 140:21 | 402, 403 |
| 140:25 | 402, 403 |
| 141:1 | 402, 403 |
| 141:6-7 | 402, 403 |
| 142:9 | 402, 403 |
| 142:10-11 | 402, 403 |
| 142:21-22 | 402, 403 |
| 146:19-20 | 402, 403 |
| 147:10 | 402, 403 |
| 147:17-18 | 402, 403 |
| 150:13 | 402, 403 |
| 150:17 | 402, 403 |
| 151:12 | 402, 403 |
| 156:8 | 402, 403 |
| 157:16 | 402, 403 |
| 157:20 | 402, 403 |
| 159:9-10 | 402, 403 |
| 160:3 | 402, 403 |
| 162:8 | 402, 403 |
| 162:15 | 402, 403 |
| 163:9-11 | 402, 403 |
| 163:24 | 402, 403 |
| 164:23 | 402, 403 |
| 166:24 | 402, 403 |

The City offers the following counter-designations under Federal Rule of Civil Procedure 32(a)(1)(6):

| Page/Line | |
|---|---|
| 65:18-20 | Optional Completeness |
| 84:12-16 | Optional Completeness |
| 84:19-25 | Optional Completeness |
| 85:3-9 | Optional Completeness |
| 85:12-15 | Optional Completeness |
| 85:18 | Optional Completeness |
| 93:14-20 (minus objection) | Optional Completeness |

## **ERIK TERMEULEN OBJECTIONS**

The City makes the following objections:

| Page/Line | Objections |
|---|---|
| 19:12-25 | 402, 403 |
| 20:1-7 | 402, 403 |
| 21:23-25 | 402, 403 |
| 24:7-25:11 | 402, 403 |
| 44:1-46:25 | 402, 403 |
| 47:10-18 | 402, 403, 602 |
| 52:3-53:25 | 402, 403 |
| 54:1-2 | 402, 403 |
| 64:12-66:2 | 402, 403 |
| 76:12-77:9 | 402, 403 |