IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. 4:21-cv-270 |
| CITY OF HOUSTON; GERALD GOINES, in his individual capacity; STEVEN BRYANT, in his individual capacity; FELIPE GALLEGOS, in his individual capacity; ERIC SEPOLIO, in his individual capacity; MANUEL SALAZAR, in his individual capacity; THOMAS WOOD, in his individual capacity; OSCAR PARDO, in his individual capacity; FRANK MEDINA, in his individual capacity; CLEMENTE REYNA, in his individual capacity; CEDELL LOVINGS, in his individual capacity; NADEEM ASHRAF, in his individual capacity; MARSHA TODD, in her individual capacity; and ROBERT GONZALEZ in his individual Capacity, | § § § § § § § § § § § § § § § § § | |
| Defendants[1]. | § § | |

## PLAINTIFFS' TRIAL EXHIBIT LIST

Plaintiffs may introduce the following exhibits into evidence at trial. By including an exhibit on this list, Plaintiffs do not stipulate that the exhibit is admissible. Plaintiffs reserve the right to supplement or withdraw exhibits from this list.

---

[1] Consolidated with *Nicholas, et al, v. City of Houston, et al,* No. 4:21-cv-272.

| Pltfs No. | Offered | Objected to | Admitted | Description |
|---|---|---|---|---|
| PX001 | | | | COH37438 - COH37443, Search Warrant; Affidavit and Return; French Depo Ex. 31 - 01/28/2019 |
| PX002 | | | | COH38485 - COH38488 , Search Warrant; Affidavit: Tac Plans: NOCC - 02/01/2019 |
| PX003 | | | | COH74954 - COH76994, HPD Incident Report No. 1120670-19 SIU Investigation of 6 prior cases investigated by Goines |
| PX004 | | | | COH76995 - COH77315, HPD Incident No. 121337-19 (OIS) Original and 198 supplements |
| PX005 | | | | COH77316 - COH77697, HPD Incident No. 133932-19 (SW) Original and 108 supplements |
| PX006 | | | | COH36217 - COH36411, HPD Incident No. 120867-19 (Narcotics at 7815 Harding) Original and supplements |
| PX007 | | | | COH53713 - COH53713, 2019-01-08 Call Slip for Garcia 911 Call - 01/08/2019 |
| PX008 | | | | COH4056 - BWC Witness Interview - 01/28/2019 |
| PX009 | | | | COH4060 - BWC Video - 01/28/2019 |
| PX010 | | | | COH4061 - BWC Video - 01/28/2019 |
| PX011 | | | | COH4062 - BWC Video - 01/09/2019 |
| PX012 | | | | COH4063 - BWC Video (41:05) - 01/28/2019 |
| PX013 | | | | COH4064 - BWC Video (17:58) - 01/28/2019 |
| PX014 | | | | COH4065 - BWC Audio (40:57) - 01/28/2019 |
| PX015 | | | | COH4066 - BWC Video (41:18) - 01/28/2019 |
| PX016 | | | | COH4067 - BWC Video (00:12) - 01/28/2019 |
| PX017 | | | | COH4068 - BWC Video (40:33) - 01/28/2019 |
| PX018 | | | | COH4069 - BWC Audio (40:57) - 01/28/2019 |
| PX019 | | | | COH4070 - BWC Audio (40:26) - 01/28/2019 |
| PX020 | | | | COH4071 - BWC Video (25:53) - 01/28/2019 |
| PX021 | | | | COH4080 - Audio Interview - Reyna (7:15) - 02/05/2019 |
| PX022 | | | | COH4081 - Audio Interview - Sepolio (1:48) - 02/05/2019 |
| PX023 | | | | COH4082 - Audio Interview - Gallegos (2:47) - 02/05/2019 |

| | | | | |
|---|---|---|---|---|
| PX024 | | | | COH4083 - Audio Interview - Medina (4:59) - 02/05/2019 |
| PX025 | | | | COH4084 - Video Interview - Goines (32:47) - 02/13/2019 |
| PX026 | | | | COH4085 - Audio Interview - Maxwell (3:10) - 02/05/2019 |
| PX027 | | | | COH4086 - Audio Interview - Salazar (4:10) - 02/05/2019 |
| PX028 | | | | COH4087 - Audio Interview - Todd (14:30) - 02/07/2019 |
| PX029 | | | | COH4088 - Audio Interview - NBR (17:15) - 02/05/2019 |
| PX030 | | | | COH4089 - Audio Interview - Pardo (2:43) - 02/05/2019 |
| PX031 | | | | COH4091 - Audio Interview - Garza (2:05) - 02/05/2019 |
| PX032 | | | | COH4092 - Audio Interview - Wood (05:52) - 02/05/2019 |
| PX033 | | | | COH4093 - Audio Interview - Rios (03:59) - 02/05/2019 |
| PX034 | | | | COH4099 - Security Camera Video (1:07) |
| PX035 | | | | COH4100 - Security Camera Video (:44) |
| PX036 | | | | COH4101 - Security Camera Video (:43) |
| PX037 | | | | COH4102 - Security Camera Video (5:18) |
| PX038 | | | | COH4103 - Security Camera Video (1:11) |
| PX039 | | | | COH4104 - Security Camera Video (:49) |
| PX040 | | | | COH4105 - Security Camera Video (:37) |
| PX041 | | | | COH4106 - Security Camera Video (3:30) |
| PX042 | | | | COH4109 - Cell Phone Video (2:34) |
| PX043 | | | | COH4110 - Audio Phone Call (6:16) |
| PX044 | | | | COH4268 - Audio Interview - Arechiga (7:23) - 02/05/2019 |
| PX045 | | | | COH4269 - Audio Interview - Ashraf (16:13) - 02/05/2019 |
| PX046 | | | | COH4270 - Audio Interview - Gonzales (9:14) - 02/05/2019 |
| PX047 | | | | COH4271 - Audio Interview - Reyna (7:15) - 02/05/2019 |
| PX048 | | | | COH4272 - Audio Interview - Ashraf (6:08) - 02/27/2019 |
| PX049 | | | | COH4273 - Audio Interview - Pardo (4:24) - 02/27/2019 |
| PX050 | | | | COH4274 - Audio Interview - Maxwell (4:02) - 02/27/2019 |

| PX051 | | | | COH4275 - Audio Interview - Gallegos (6:25) - 02/27/2019 |
|---|---|---|---|---|
| PX052 | | | | COH4276 - Audio Interview - Salazar (6:36) - 02/27/2019 |
| PX053 | | | | COH4277 - Audio Interview - Reyna (8:58) - 02/27/2019 |
| PX054 | | | | COH4278 - Audio Interview - Medina (3:40) - 02/27/2019 |
| PX055 | | | | COH4279 - Audio Interview - Wood (8:01) - 02/27/2019 |
| PX056 | | | | COH4280 - Audio Interview - Gonzales (5:55) - 02/27/2019 |
| PX057 | | | | COH4281 - Audio Interview - Bryant (19:05) - 02/07/2019 |
| PX058 | | | | COH14349 - Video Interview - CI #1 (Calvin) (57:02) - 01/30/2019 |
| PX059 | | | | COH14350 - COH14356, Audio Interviews of Harding Street residents |
| PX060 | | | | COH14357 - COH14359, Audio Interviews SIU |
| PX061 | | | | COH14360 - Audio Interview - CI #1 Calvin |
| PX062 | | | | COH14361 - COH14370, Audio Interviews SIU |
| PX063 | | | | COH14371 - Audio Interview - CI #2 |
| PX064 | | | | COH14372 - COH14373, Audio Interviews SIU |
| PX065 | | | | COH14374 - Audio Interview - CI |
| PX066 | | | | COH14375 - COH14378, Audio Interviews SIU |
| PX067 | | | | COH14379 - Video Interview - CI #2 |
| PX068 | | | | COH14380 - Audio Interview - CI #2 |
| PX069 | | | | COH14381 - Audio Interviews SIU |
| PX070 | | | | COH14382 - Video Interview - CI #2 |
| PX071 | | | | COH14383 - Video Interview SIU - Goines |
| PX072 | | | | COH14384 - Audio Interview SIU - Goines |
| PX073 | | | | COH14385 - COH14386, Video & Audio Interviews - Lisa |
| PX074 | | | | COH14387 - COH14388, Video & Audio Interview - CI #2 |
| PX075 | | | | COH14389 - COH14390, Video Interview CI |
| PX076 | | | | COH14391 - Audio Interview - Mariah |

| | | | |
|---|---|---|---|
| PX077 | | | COH14392 - COH14436, (continued SIU interviews) |
| PX078 | | | COH14437 - COH14440, Video - BWC |
| PX079 | | | COH14441 - Audio Interview - P Garcia |
| PX080 | | | COH14442 - COH14446, Handwritten Notes |
| PX081 | | | COH15090 - COH16156, Video - Security Camera - Neighbor CH2 - 01/27/2021 |
| PX082 | | | COH16157 - COH17290, Video - Security Camera - Neighbor CH2 - 01/28/2021 |
| PX083 | | | COH17291 - COH18350, Video - Security Camera - Neighbor CH4 - 01/27/2021 |
| PX084 | | | COH18351 - COH19414, Video - Security Camera - Neighbor CH4 - 01/28/2021 |
| PX085 | | | COH34807 - Video - Taste of Texas - 01/27/2021 |
| PX086 | | | COH34808 - COH34810, Photos - 01/27/2021 |
| PX087 | | | COH34883 - COH34892, Photos |
| PX088 | | | COH34893 - COH35018, Photos |
| PX089 | | | COH54617 - BWC Video (39:08) - 01/28/2019 |
| PX090 | | | COH54618 - BWC Video (1:03:35) - 01/28/2019 |
| PX091 | | | COH64270 - Audio Interview (1:16:36) - 03/29/2019 |
| PX092 | | | COH64719 - Audio Interview (1:17:41) - 03/21/2019 |
| PX093 | | | COH64721 - Audio Interview (1:06:15) - 03/27/2019 |
| PX094 | | | COH64722 - Audio Interview (1:25:05) - 03/29/2019 |
| PX095 | | | COH64723 - Audio Interview (1:13:39) - 03/28/2019 |
| PX096 | | | COH64724 - Audio Interview (1:30:21) - 03/27/2019 |
| PX097 | | | COH64725 - Audio Interview (1:23:41) - 03/28/2019 |
| PX098 | | | COH64726 - Audio Interview (1:09:51) - 03/21/2019 |
| PX099 | | | COH64727 - Audio Interview (1:09:51) - 03/29/2019 |
| PX100 | | | COH64728 - Audio Interview (1:47:58 - 04/01/2019 |

| PX101 | | | | COH64729 - Audio Interview (25:39) - 03/20/2019 |
|---|---|---|---|---|
| PX102 | | | | COH64730 - Audio Interview (1:30:46) - 04/03/2019 |
| PX103 | | | | COH4264.wav - Garcia 911 Call |
| PX104 | | | | COH4265.wav - Garcia 911 Call |
| PX105 | | | | COH4266.wav - Garcia 911 Call |
| PX106 | | | | COH54606.wav - Ron Tuttle Interview - 02/12/2019 |
| PX107 | | | | COH77760 - COH77762, 2019 Houston Police Department Narcotics Division Operational Review |
| PX108 | | | | C0H0005358 - COH5423, Plaintiff Ex 21 (Marsha Todd) 2019 Houston Police Department Narcotics Division Operational Review; 2019 Audit Report |
| PX109 | | | | COH5417 - COH5419, Plaintiff Ex 21A; Excerpts from 2019 Final Report; Recommendations from Narcotics Audit Report - 2019-00-00 |
| PX110 | | | | COH 38995 - COH39036, Audit of Gerald Goines Cases 2016-2019 |
| PX111 | | | | COH38450 - COH38474, Case Activity Sheets- French Depo Ex. 41 2023-11-14 |
| PX112 | | | | TUTTLE 492 - TUTTLE 566, Dennis Wayne Tuttle Autopsy Report dated 2019-01-30 (75 pp) |
| PX113 | | | | TUTTLE 567 - TUTTLE 601, Dennis Wayne Tuttle Autopsy Report dated 2019-01-30 (35 pp) |
| PX114 | | | | COH77698 - COH77699, BARC Animal Shelter Activity Report 2019-01-28; 7815 Harding Street - 01/28/2019 |
| PX115 | | | | COH83416 - COH83424, Multiple X-rays images of dog |
| PX116 | | | | COH83425 - COH83425, BARC Animal Shelter History for Bayleigh |
| PX117 | | | | COH83427 - COH83428, BARC Animal Shelter Confiscate Intake 2019-01-29 - 01/29/2019 |
| PX118 | | | | COH83429 - COH83429, City of Houston Animal Shelter; Intake 2019-01-29 for deceased dog - 01/29/2019 |

| | | | | |
|---|---|---|---|---|
| PX119 | | | | COH83430 - COH83430, City of Houston Animal Shelter; Dr. Whittenberg note - 01/29/2019 |
| PX120 | | | | TUTTLE 4722 - TUTTLE 4767, Cellebrite Extraction Reports created 2021-10-28 |
| PX121 | | | | TUTTLE 4768 - TUTTLE 4787, Cellebrite Extraction Reports created 2021-10-28 |
| PX122 | | | | COH6655 - COH6673, Dennis Tuttle Criminal History |
| PX123 | | | | COH6674 - COH6687, Rhogena Nichols Criminal History |
| PX124 | | | | COH4056 - COH4056, Antu Video- Body cam interview |
| PX125 | | | | HFSC_001586 - HFSC_001666, Dupre Depo Def Ex 8, Houston Forensic Science Center Lab Report #0057 - 04/03/2019 |
| PX126 | | | | Termeulen Depo Pl Ex A- Notice of Deposition of City Representative Part 1 - 05/10/2024 |
| PX127 | | | | Duplechain Depo Pl Ex B- Notice of Deposition of City Representative Part 2 - 06/12/2024 |
| PX128 | | | | COH4084 - COH4084, Gerald Goines statement from hospital (video) |
| PX129 | | | | COH1482 - COH1485, NBR Depo Pl Ex 1, Event Run for 2019-01-08 call - 01/08/2019 |
| PX130 | | | | COH77437 - COH77439, NBR Depo Pl Ex 2, Nicole Blankenship-Reeves Interview (Summary) - 02/05/2019 |
| PX131 | | | | COH77439 - COH77439, Plaintiff Ex 2A, Medina/group photo plan - 02/05/2019 |
| PX132 | | | | COH77140 - COH77144, NBR Depo Pl Ex 3, 121337 Supp 72 - 02/27/2019 |
| PX133 | | | | COH53713 - COH53713, NBR Depo Pl Ex 4, CFS Call Slip - 01/08/2019 |
| PX134 | | | | COH36285 - COH36287, NBR Depo Pl Ex 5, Blankenship-Reeves Handwritten Notes |
| PX135 | | | | COH2285 - COH2285, NBR Depo Pl Depo Ex 6, Photo- Gallegos Raid Team Member |
| PX136 | | | | COH5735 - COH5742, NBR Depo Pl Ex 7, Nicole Blankenship-Reeves IAD Administrative Statement OIS - 03/18/2019 |

| PX137 | | | | COH37653 - COH37657, NBR Depo Pl Ex 8, Nicole Blankenship-Reeves IAD Administrative Statement SW - 03/18/2019 |
|---|---|---|---|---|
| PX138 | | | | COH6636 - COH6637, NBR Depo Pl Ex 9, Nicole Blankenship-Reeves Homicide Division Witness Statement - 01/29/2019 |
| PX139 | | | | COH77673 - COH77680, NBR Depo Pl Ex 10, 133932 Supp 92 & 93 |
| PX140 | | | | COH77684 - COH77684, NBR Depo Pl Ex 11, 133932 Supp 97 |
| PX141 | | | | COH77398 - COH77398, Morales Depo Pl Ex 12, from 133932 Supp 47 |
| PX142 | | | | COH6640 - COH6641, Morales Depo Pl Ex 13, Richard Morales Witness Statement SIU OIS - 01/29/2019 |
| PX143 | | | | COH77442 - COH77442, Morales Depo Pl Ex 14, from 133932 Supp 48 - 02/06/2019 |
| PX144 | | | | COH5687 - COH5693, Morales Depo Pl Ex. 15, Richard Morales Administrative Statement IAD OIS - 03/18/2019 |
| PX145 | | | | COH47085 - COH47086, Todd Depo Pl Ex 16, HPD December 2017 Course Outline Supervisor/Mgmt Training - 2017-12-00 |
| PX146 | | | | COH45471 - COH45516, Todd Depo Pl Ex 17, Houston Police Academy Roster 2017-2018 Supervisor Mandatory - 12/12/2017 |
| PX147 | | | | COH47103 - COH47106, Todd Depo Pl Ex 18, Houston Police Academy Instructor Lesson Plan 2018-2019 |
| PX148 | | | | COH47108 - COH47141, Todd Depo Pl Ex 19, (Todd Depo); Graham training program - 04/02/2019 |
| PX149 | | | | S2023.09-01 #00331 - S2023.09-01 #00335, Todd Depo Pl Ex 20, HCDAO Report |
| PX150 | | | | C0H5358 - COH5423, Todd Depo Pl Ex 21, (Todd Depo) 2019 HPD Narcotics Division Operational Audit - 2019-00-00 |

| PX151 | | | | COH5417 - COH5419, Plaintiff Ex 21A, Excerpts from 2019 Narcotics Audit Report - 2019-00-00 |
|-------|--|--|--|--|
| PX152 | | | | COH74794 - COH74804, Todd Depo Pl Ex 22, (Todd Depo); Audit findings on type of Goines work |
| PX153 | | | | COH77444 - COH77445, Todd Depo Pl Ex 23, Todd interview report; Incident 133932-19 Suppl 0048 - 02/07/2019 |
| PX154 | | | | COH37666 - COH37686, Todd Depo Pl Ex 24, Marsha Todd Administrative Interview IAD SW - 03/20/2019 |
| PX155 | | | | COH36288 - COH36293, Todd Depo Pl Ex 25, Todd texts |
| PX156 | | | | COH77520 - COH77521, Todd Depo Pl Ex 26, report on Todd texts; Incident 133932-19 Suppl 0048 |
| PX157 | | | | Todd Depo Pl Ex 27, HPD Organizational Chart |
| PX158 | | | | COH36039 - COH36044, Todd Depo Pl Ex 28, Goines handwritten notes to Marsha Todd |
| PX159 | | | | COH5426 - COH5481, Nguyen Depo Pl Ex 29, AD Excessive Force Report- Nguyen |
| PX160 | | | | COH77698 - COH77699, Nguyen Depo Pl Ex 30, BARC activity report - 01/28/2019 |
| PX161 | | | | COH37438 - COH37443, French Depo Pl Ex 31, 7815 Harding St. warrant, affidavit and return |
| PX162 | | | | COH37473 - COH37539, French Depo Pl Ex 32, IAD SW Investigation (Issue Record 54155-2019); French IAD Summary - 05/06/2019 |
| PX163 | | | | COH37540 - COH37640, French Depo Pl Ex 33, IAD SW Investigation (Issue Record 54155-2019); J.P. Rexroad IAD report - 05/01/2019 |
| PX164 | | | | French Depo Pl Ex 34, French employment history - 11/14/2023 |
| PX165 | | | | COH77428 - COH77429, Antu Dep Pl Ex 35, Antu interview record; Incident 133932-19 Suppl 0048 - 02/04/2019 |
| PX166 | | | | COH37205 - COH37220, French Depo Pl Ex 35, Goines Verizon phone warrants - 03/05/2019 |

| | | | | |
|---|---|---|---|---|
| PX167 | | | | COH35021 - COH35048, French Depo Pl Ex 36, SIU warrant investigation |
| PX168 | | | | COH46068 - COH46072, French Depo Pl Ex 37, LT Gonzales efficiency rating period ending 2018-02-28 - 2018-00-00 |
| PX169 | | | | COH46063 - COH46067, French Depo Pl Ex 38, LT Gonzales 2018 efficiency rating period ending 2018-08-31 - 2018-00-00 |
| PX170 | | | | COH46058 - COH46062, French Depo Pl Ex 39, LT Gonzales 2019 Follis efficiency rating period ending 2019-02-28 - 2019-00-00 |
| PX171 | | | | COH43090 - COH43098, French Depo Pl Ex 40, LT Gonzales separation from HPD - 05/11/2020 |
| PX172 | | | | COH38450 - COH38474, French Depo Pl Ex 41, Goines Annotated Case Activity Sheets |
| PX173 | | | | TUTTLE 674 - TUTTLE 677, French Depo Pl Ex 42, Goines murder indictment - 08/23/2019 |
| PX174 | | | | Sepolio Depo Pl Ex 42, Illustration/Photo of Rhogena fatal bullet |
| PX175 | | | | COH38995 - COH39036, French Depo Pl Ex 43, Audit of Gerald Goines' Narcotics cases |
| PX176 | | | | Sepolio Depo Pl Ex 43, Photo outside trajectory tracing |
| PX177 | | | | COH38352 - COH38357, French Depo Pl Ex 44, 2721 Napoleon Street warrant - 01/22/2019 |
| PX178 | | | | Lovings 2/14/24 Depo Pl Ex 45, Rhogena death scene photo (Same as Plaintiff Ex. 64) |
| PX179 | | | | Plaintiff Ex 45A, Rhogena death scene photo with medina locale circled |
| PX180 | | | | COH77267 - COH77269, Plaintiff Ex 46, Cedell Lovings' statement, Incident 121337-19, Suppl No 0157 - 01/31/2020 |
| PX181 | | | | Sepolio Depo Pl Ex 46, Photo of gunshots into dining room wall |
| PX182 | | | | Plaintiff Ex 47, Close up photo of gunshots into dining room wall |
| PX183 | | | | Plaintiff Ex 48, Wall gunshot lead testing final report by Jeff Goudeau - 07/21/2019 |
| PX184 | | | | COH1431 - COH1465, Beynon Depo Pl Ex 50, Dennis Tuttle's Autopsy report - 03/04/2019 |

| PX185 | | | | COH1466 - COH1481, Beynon Depo Pl Ex 51, Rhogena Nichols' Autopsy report - 03/06/2019 |
|---|---|---|---|---|
| PX186 | | | | COH814 - COH814, Beynon Depo Pl Ex 52, autopsy photo of Dennis Tuttle's legs |
| PX187 | | | | COH925 - COH925, Beynon Depo Pl Ex 53, autopsy photo of Dennis Tuttle (nude) |
| PX188 | | | | COH834 - COH1183, Beynon Depo Pl Ex 54, autopsy photos of Tuttle left hand, Bates numbers COH00000834, COH00000837-841, COH00000978-980,COH00001179-00001183 |
| PX189 | | | | TUTTLE 8 - TUTTLE 83, Beynon Depo Pl Ex 55, autopsy photos of Tuttle bones |
| PX190 | | | | COH830 - COH977, Beynon Depo Pl Ex 56, autopsy photos of Tuttle left arm, Bates numbers COH00000830-833, COH00000835-36, COH00000869-72, COH00000956-61, COH00000974-77 |
| PX191 | | | | COH842 - Beynon Depo Pl Ex 57, autopsy photos of Tuttle bandaged right hand, Bates nos.  COH00000842-846, 952-953, 987-990, 1173-1176, 1 pg of 3 color photos (no Bates), photo of rt hand/x-ray image/bullet fragments/thought process, TUTTLE 000388-389 |
| PX192 | | | | 000049 NICHOLAS - 000049 NICHOLAS, Beynon Depo Pl Ex 58, autopsy diagram Rhogena gunshot wounds |
| PX193 | | | | COH1279 - COH1279, Beynon Depo Pl Ex 59, autopsy photo Rhogena fatal bullet below right breast |
| PX194 | | | | COH1303 - COH1303, Beynon Depo Pl Ex 60, autopsy photo Rhogena exit wound- back |

| PX195 | | | | COH1328 - COH1328, Beynon Depo Pl 61, autopsy close up photo Rhogena entry wound |
|---|---|---|---|---|
| PX196 | | | | COH1329 - COH1329, Beynon Depo Pl Ex 62, autopsy close up photo Rhogena entry wound |
| PX197 | | | | COH1330 - COH1330, Beynon Depo Pl Ex 63, autopsy close up photo Rhogena entry wound |
| PX198 | | | | Beynon Depo Pl Ex 64, Rhogena death scene photo (Same as Plaintiff Ex. 45) |
| PX199 | | | | COH896 - COH897, Beynon Depo Pl Ex 65, autopsy photo Tuttle left arm wound |
| PX200 | | | | COH893 - COH893, Beynon Depo Pl Ex 66, autopsy photos Tuttle rear exit wounds, Bates numbers COH00000893-895, 935, 937-938 |
| PX201 | | | | COH891 - COH973, Beynon Depo Pl Ex 67, autopsy photos Tuttle back of head, Bates numbers COH00000891-892, 942, 946, 969-973 |
| PX202 | | | | COH847 - COH992, Beynon Depo Pl Ex 68, autopsy photos Tuttle entry wound on front, Bates numbers COH00000847-868, 966-968, 991-992 |
| PX203 | | | | COH818 - COH986, Beynon Depo Pl Ex 69, autopsy photos Tuttle right side of face, Bates numbers COH00000818-821, 889-890, 924, 933, 943, 981-986 |
| PX204 | | | | COH1098 - COH1114, Beynon Depo Pl Ex 70, autopsy photos of bullet fragments |
| PX205 | | | | Beynon Depo Pl Ex 71, Dr. Beynon CV |
| PX206 | | | | COH54072 - COH54073, Follis Depo Pl Ex 72, HPD SIC Narcotics Division Standard Operating Procedures - 11/13/2015 |
| PX207 | | | | COH10686 - COH10687, Follis Depo Pl Ex 73, HPD SIC Narcotics Division Administrative LT duties listing - 11/13/2015 |
| PX208 | | | | COH10688 - COH10689, Follis Depo Pl Ex 74, HPD SIC Narcotics Division LT investigations duties - 11/13/2015 |
| PX209 | | | | COH331 - COH338, Follis Depo Pl Ex 75, HPD General Order 200-08 Conduct and Authority revision - 05/15/2015 |
| PX210 | | | | COH35403 - COH35403, Follis Depo Pl Ex 76, Paul Follis personnel file |

| | | | | |
|---|---|---|---|---|
| PX211 | | | | COH39092 - COH39092, Follis Depo Pl Ex 77, Paul Follis personnel file part 2 - 02/26/2019 |
| PX212 | | | | COH48328 - COH48328, Follis Depo Pl Ex 78, Paul Follis Complaint history - 09/01/2020 |
| PX213 | | | | CC00077470 - CC00077472, Follis Depo Pl Ex 79, Paul Follis interview, Incident 133932-19 Suppl 0048 - 02/13/2019 |
| PX214 | | | | C0H0010754 - C0H0010758, Follis Depo Pl Ex 80, HPD SIC Narcotics Division SOP, Search Warrants, Buy/Busts, and Street Pops - 01/05/2016 |
| PX215 | | | | COH77473 - COH77473, Follis Depo Pl Ex 81, Follis- Rhogena drug buys, Incident 133932-19 Suppl 0048 - 02/13/2019 |
| PX216 | | | | COH37694 - COH37707, Follis Depo Pl Ex 82, Paul Follis Administrative Statement IAD SW - 03/22/2019 |
| PX217 | | | | COH11161 - COH11171, Follis Depo Pl Ex 83, HPD General Order No 600-16 Confidential Informant and Other Sources of Info - 03/27/2015 |
| PX218 | | | | COH10734 - COH10734, Follis Depo Pl Ex 84, HPD SIC Narcotics Division SOP- Inspections Procedure - 11/13/2015 |
| PX219 | | | | COH11365 - COH11374, Follis Depo Pl Ex 85, HPD General Order 300-24 Early Warning System - 04/03/2017 |
| PX220 | | | | S2023.09-01 #00339 - S2023.09-01 #00343, Follis Depo Pl Ex 86, HCDAO Paul Follis Interview - 03/02/2020 |
| PX221 | | | | COH48317 - COH48330, Gallegos Depo Pl Ex 87, Squad 15 Employee Complaint History - 02/01/2019 |
| PX222 | | | | COH6740 - COH6740, Gallegos Depo Pl Ex 88, Gerald Goines Complaint History - 02/01/2019 |
| PX223 | | | | COH6764 - COH6764, Gallegos Depo Pl Ex 89, Steven Bryant Complaint History - 02/01/2019 |

| | | | | |
|---|---|---|---|---|
| PX224 | | | | COH6616 - COH6618, Gallegos Depo Pl Ex 90, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX225 | | | | COH6619 - COH6620, Gallegos Depo Pl Ex 91, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX226 | | | | COH5986 - COH6045, Gallegos Depo Pl Ex 92, Felipe Gallegos Administrative Interview IAD OIS - 03/29/2019 |
| PX227 | | | | COH39600 - COH39601, Gallegos Depo Pl Ex 93, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 04/19/2019 |
| PX228 | | | | COH6046 - COH6053, Gallegos Depo Pl Ex 94, Administrative Statement IAD OIS - 06/10/2019 |
| PX229 | | | | S2023.09-01 #01057- #01065, Gallegos Depo Pl Ex 95, HCDAO Felipe Gallegos Statements, Addendum and Weapons Charting |
| PX230 | | | | COH6587 - COH6587, Gallegos Depo Pl Ex 96, WhatsApp messages on photos - 01/27/2019 |
| PX231 | | | | COH10289 - COH10312, Gallegos Depo Pl Ex 97, WhatsApp messages on photos |
| PX232 | | | | Gallegos Depo Pl Ex 98, sketch of positions |
| PX233 | | | | COH7137 - COH7193, Gallegos Depo Pl Ex 99, Gallegos photos |
| PX234 | | | | COH77129 - COH77137, Gallegos Depo Pl Ex 100, Incident 121337-19 Suppl No 70 - weapons charting |
| PX235 | | | | Gallegos Depo Pl Ex 101, photo- house 3 blind shots |
| PX236 | | | | Gallegos Depo Pl Ex 101A, photo- house 3 closer blind shots |
| PX237 | | | | Gallegos Depo Pl Ex 102, house 4 photos |
| PX238 | | | | Gallegos Depo Pl Ex 103, doorside 11 photos |
| PX239 | | | | Gallegos Depo Pl Ex 104, door shot 13 photos |

| PX240 | | | | COH6608 - COH6609, Sepolio Depo Pl Ex 105, Eric Sepolio HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
|---|---|---|---|---|
| PX241 | | | | COH6610 - COH6611, Sepolio Depo Pl Ex 106, Eric Sepolio HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX242 | | | | Plaintiff Ex 107, Recovery of Likely Fatal Nicholas Bullet |
| PX243 | | | | COH5925 - COH5985, Sepolio Depo Pl Ex 107 Eric Sepolio Administrative Interview IAD OIS - 03/27/2019 |
| PX244 | | | | S2023.09-01 #01051-#01054, Sepolio Depo Pl Ex 108, HCDAO Eric Sepolio Statements, Addendum and Weapons Charting |
| PX245 | | | | Sepolio Depo Pl Ex 109, Harding Home Schematic |
| PX246 | | | | None - COH3584, Plaintiff Ex 110, Incident 121337-19 DRAFT Suppl No 0002 (no bates) and 121337-19 DRAFT Suppl No 0005 |
| PX247 | | | | Plaintiff Ex 111, Commission on Accreditation Information from website http://www.calea.org/about-us - 01/24/2024 |
| PX248 | | | | Plaintiff Ex 112, pistol cartridge photos |
| PX249 | | | | Plaintiff Ex 113, Nicholas autopsy photos- fatal wound tracking |
| PX250 | | | | 008002 NICHOLAS - 008002 NICHOLAS, Plaintiff Ex 114, Pistol indexing error photos and explanation |
| PX251 | | | | 008000 NICHOLAS - 008000 NICHOLAS, Sepolio Depo Pl Ex 115, Pistol location under heater at foot of Tuttle |
| PX252 | | | | HFSC_001586 - HFSC_001588, Plaintiff Ex 116, Houston Forensic Science Center Lab Report #0057- recovered ballistics final report - 04/03/2019 |
| PX253 | | | | Plaintiff Ex 117, Recovery of Likely Fatal Nicholas Bullet |
| PX254 | | | | Acevedo Depo Pl Ex 118, Fatal Nicholas bullet trajectory path/shooter location and field of view |

| | | | | |
|---|---|---|---|---|
| PX255 | | | | S2023.09-01 #00335 - S2023.09-01 #00335, Acevedo Depo Pl Ex 119, Excerpt from HCDAO Report |
| PX256 | | | | Plaintiff Ex 120, Chap 143 Local Government Code, Title 5, Subtitle A, Section 143.001 |
| PX257 | | | | COH6626 - COH6627, Wood Depo Pl Ex 121, Thomas Wood HPD Homicide Division Witness Statement SIU OIS - 02/05/2019 |
| PX258 | | | | COH38524 - COH38528, Wood Depo Pl Ex 122, Thomas Wood HPD Homicide SIU SW Interview - 02/05/2019 |
| PX259 | | | | COH5805 - COH5863, Wood Depo Pl Ex 123, Thomas Wood Administrative Interview IAD OIS - 03/21/2019 |
| PX260 | | | | COH37924 - COH37983, Wood Depo Pl Ex 124, Thomas Wood Administrative Interview IAD SW - 04/03/2019 |
| PX261 | | | | S2023.09-01 #01072-#01076, Wood Depo Pl Ex 125, HCDAO Thomas Wood Statements, Addendum and Weapons Charting |
| PX262 | | | | Wood Depo Pl Ex 126, Organized crime indictment (engaging in organized criminal activity) - 01/25/2021 |
| PX263 | | | | Wood Depo Pl Ex 127, 2nd organized crime indictment (Agg Theft) - 07/01/2020 |
| PX264 | | | | Wood Depo Pl Ex 128, 3rd organized crime indictment (tampering governmental record) - 07/01/2020 |
| PX265 | | | | S2023.09-01 #01024-#01033, Plaintiff Ex 139, HCDAO Cedell Lovings Statements and Weapons Charting |
| PX266 | | | | Plaintiff Ex 140, Cedell Lovings' Homicide Division Statement (no bates) - 01/22/2020 |
| PX267 | | | | Plaintiff Ex 141, Goines hospital photo with thumbs up to video statement |
| PX268 | | | | Plaintiff Ex 142, Goines hospital photo with attorney |

| PX269 | | | | S2023.09-01 #01077-#01083, Plaintiff Ex 143, HCDAO Gerald Goines Statements and Weapons Charting |
|---|---|---|---|---|
| PX270 | | | | Plaintiff Ex 144, Gerald Goines Homicide Division Statement (no bates) - 02/22/2019 |
| PX271 | | | | COH83060 - COH83062, Reyna Depo Pl Ex 169, Clemente Reyna Employee Resume Report - 05/28/2021 |
| PX272 | | | | COH6600 - COH6601, Reyna Depo Pl Ex 170, Clemente Reyna HPD Homicide Division Witness Statement SIU OIS - 02/05/2019 |
| PX273 | | | | COH38513 - COH38522, Reyna Depo Pl Ex 171, Clemente Reyna Interview with HPD Homicide SIU - 02/05/2019 |
| PX274 | | | | COH6602 - COH6603, Reyna Depo Pl Ex 172, Clemente Reyna HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX275 | | | | COH6054 - COH6122, Reyna Depo Pl Ex 173, Clemente Reyna Administrative Interview IAD OIS - 03/28/2019 |
| PX276 | | | | COH37812 - COH37922, Reyna Depo Pl Ex 174, Clemente Reyna Administrative Interview IAD SW - 04/01/2019 |
| PX277 | | | | S2023.09-01 #01066-#01071, Reyna Depo Pl Ex 175, HCDAO Clemente Reyna Statements, Addendum and Weapons Charting |
| PX278 | | | | Reyna Depo Pl Ex 176, Reyna marking on site plan of location |
| PX279 | | | | COH6628 - COH6629, Ashraf Depo Pl Ex 178, Nadeem Ashraf HPD Homicide Division Witness Statement - 01/29/2019 |
| PX280 | | | | COH6630 - COH6630, Ashraf Depo Pl Ex 179, Nadeem Ashraf HPD Homicide Division Witness Statement - 02/15/2019 |
| PX281 | | | | COH5752 - COH5804, Ashraf Depo Pl Ex 180, Nadeem Ashraf IAD Administrative Interview - 03/21/2019 |
| PX282 | | | | S2023.91-01 #01055 - S2023.91-01 #01056, Ashraf Depo Pl Ex 181, HCDAO Ashraf Statements with Addendum and Weapons Charting |

| PX283 | | | | Ashraf Depo Pl Ex 182, Ashraf placement Rhogena on schematic |
|---|---|---|---|---|
| PX284 | | | | Duplechain Depo Pl Ex 183, photo deceased dog |
| PX285 | | | | Duplechain Depo Pl Ex 184, Rhogena photo with dog |
| PX286 | | | | COH77673 - COH77679, Duplechain Depo Pl Ex 185, Incident 133932-19 Suppl No. 92 |
| PX287 | | | | Duplechain Depo Pl Ex 186, DA January 2023 (Brady vs. Maryland Disclosure) - 01/30/2023 |
| PX288 | | | | Duplechain Depo Pl Ex 187, DA Texas v. Goines- Amended Notice of Intention to Use Evidence of Prior Convictions, Extraneous Offenses and Bad Acts - 03/19/2024 |
| PX289 | | | | Misc - Misc, Duplechain Depo Pl Ex 188, compilation of Squad 15 Productivity Reports 2016-2019 |
| PX290 | | | | Duplechain Depo Pl Ex 189 - BARC 3-24 Interview Notes |
| PX291 | | | | Dupre Depo Pl Ex 13 AFTE Theory of Identification Document - 10/19/2023 |
| PX292 | | | | Acevedo Depo Pl Ex A1 video clip- parts 1 and 2 |
| PX293 | | | | Acevedo Depo Pl Ex A2 video clip- parts 1 and 2 |
| PX294 | | | | Acevedo Depo Pl Ex A3 video clip |
| PX295 | | | | Acevedo Depo Pl Ex A4 video clip |
| PX296 | | | | Acevedo Depo Pl Ex A5 video clip |
| PX297 | | | | Acevedo Depo Pl Ex A6 video clip |
| PX298 | | | | Acevedo Depo Pl Ex A7 video clip |
| PX299 | | | | TUTTLE 674 - TUTTLE 677, Gerald Goines Murder Warrant - 08/23/2019 |
| PX300 | | | | State of TX v. Goines; State Amended Notice of Intention to Use Evidence of Prior Acts (printed from Harris County District Clerk website) - 03/19/2024 |

| | | | | |
|---|---|---|---|---|
| PX301 | | | | 002882 NICHOLAS - 002899 NICHOLAS, 4:19-cr-00832; Doc. 113 Steven Bryant Plea Agreement (printed from PACER) - 06/01/2021 |
| PX302 | | | | 002936 NICHOLAS - 003067 NICHOLAS, 4:19-cr-00832; Doc. 35-4 Arraignment/Detention Hearing Transcript (printed from PACER) - 11/27/2019 |
| PX303 | | | | COH39698 - COH39698, Nadeem Ashraf Position at Scene Diagram - 02/15/2019 |
| PX304 | | | | COH39699 - COH39699, Felipe Gallegos Position at Scene Diagram - 02/15/2019 |
| PX305 | | | | COH39701 - COH39701, Felipe Gallegos Position at Scene Diagram - 02/15/2019 |
| PX306 | | | | COH39693 - COH39693, Medina Position at Scene Diagram - 02/15/2019 |
| PX307 | | | | COH39695 - COH39695, Oscar Pardo 1st Position at Scene Diagram - 02/15/2019 |
| PX308 | | | | COH39696 - COH39696, Oscar Pardo 2nd Position at Scene Diagram - 02/15/2019 |
| PX309 | | | | COH39700 - C0H39700, Clemente Reyna Jr. Position at Scene Diagram - 02/15/2019 |
| PX310 | | | | COH39694 - COH39694, Manuel Salazar Position at Scene Diagram - 02/15/2019 |
| PX311 | | | | COH39697 - COH39697, Eric Sepolio Position at Scene Diagram - 02/15/2019 |
| PX312 | | | | COH4090 - COH4090, Goines handwritten note |
| PX313 | | | | COH36040 - COH36044, Gerald Goines Handwritten notes to Marsha Todd |
| PX314 | | | | COH38391 - COH38393, Photograph of Notes from Blankenship-Reeves to Lieutenant Todd |
| PX315 | | | | COH797 - COH799, HPD General Order No 100-01 Internal Directives - 11/04/2015 |
| PX316 | | | | COH411 - COH420, HPD General Order No 100-03 Definitions - 07/31/2019 |
| PX317 | | | | HPD General Order No 100-06 Mission, Values, Ethics (2 pp) - 01/31/2012 |
| PX318 | | | | COH789 - COH795, HPD General Order No 200-03 Investigation of Misconduct - 02/21/2012 |

| PX319 | | | | COH331 - COH338, HPD General Order 200-08 (2015) Conduct and Authority - 05/15/2015 |
|---|---|---|---|---|
| PX320 | | | | COH11153 - COH11160, HPD General Order 200-08 (2019-05-09) Conduct and Authority - 05/09/2019 |
| PX321 | | | | COH77833 - COH77837, HPD General Order 300-08 Efficiency Rating - 03/14/2019 |
| PX322 | | | | COH11365 - COH11374, HPD General Order 300-24 Early Warning System - 04/03/2017 |
| PX323 | | | | COH379 - COH396, HPD General Order 400-28 (2016) Body Worn Cameras - 03/24/2016 |
| PX324 | | | | COH397 - COH410, HPD General Order 400-28 (2017) Body Worn Cameras - 08/16/2017 |
| PX325 | | | | COH77838 - COH77840, HPD General Order No 500-19 Warrant Service Procedures - 06/13/2013 |
| PX326 | | | | COH4033 - COH4043, HPD General Order No 600-16 Confidential Informant and Other Sources of Info - 12/02/2010 |
| PX327 | | | | COH11161 - COH11171, HPD General Order No 600-16 Confidential Informant and Other Sources of Info - 03/27/2015 |
| PX328 | | | | COH454 - COH458, HPD General Order No 600-17 Use of Force - 01/04/2008 |
| PX329 | | | | COH339 - COH355, HPD General Order No 600-17 Use of Force - 09/25/2015 |
| PX330 | | | | COH356 - COH372, HPD General Order No 600-17 Use of Force - 09/30/2015 |
| PX331 | | | | COH459 - COH470, HPD General Order No 600-20 Response to Resistance Reporting - 06/19/2020 |
| PX332 | | | | COH77864 - COH77874, HPD General Order No 700-01 Property & Evidence Control Regulations - 10/20/2003 |
| PX333 | | | | COH77841 - COH77863, HPD General Order No 700-01 Property & Evidence Control Regulations - 12/05/2019 |
| PX334 | | | | COH47085 - COH47086, Todd Depo Pl Ex 16 - 2017-12-00 |
| PX335 | | | | COH45471 - COH45516, Todd Depo Pl Ex 17 - 12/12/2017 |
| PX336 | | | | COH47103 - COH47106, Todd Depo Pl Ex 18 |

| PX337 | | | | COH47108 - COH47141, Todd Depo Pl Ex 19 - 04/02/2019 |
| PX338 | | | | COH5426 - COH6815, IAD OIS Investigation (Issue Record 54047-2019) |
| PX339 | | | | COH37473 - COH39107, IAD SW Investigation (Issue Record 54155-2019) |
| PX340 | | | | COH54992 - COH55991, Dennis Tuttle Medical Records |
| PX341 | | | | COH61328 - COH64718, Gerald Goines Medical Records |
| PX342 | | | | COH50689 - COH52301, Cedell Lovings Medical Records |
| PX343 | | | | COH52302 - C0H00052416, Frank Medina Medical Records |
| PX344 | | | | COH52417 - COH52598, Clemente Reyna Medical Records |
| PX345 | | | | TUTTLE000001 - TUTTLE000001, Dennis Tuttle Honorable Navy Discharge |
| PX346 | | | | TUTTLE000002 - TUTTLE000003, Dennis Tuttle Birth Certificate |
| PX347 | | | | TUTTLE000004 - TUTTLE000004, Dennis Tuttle Death Certificate |
| PX348 | | | | Dennis Tuttle Order Granting Letters of Administration |
| PX349 | | | | Rhogena Nicholas Order For Administration |
| PX350 | | | | COH43090 - C0H00043098, Robert Gonzales Appeal to General Discharge - 05/11/2020 |
| PX351 | | | | COH43993 - COH44000, Clemente Reyna Appeal of Discharge Status - 02/26/2020 |
| PX352 | | | | COH46068 - COH46072, Robert Gonzales Performance/Efficiency Rating - 02/28/2018 |
| PX353 | | | | COH46063 - COH46067, Robert Gonzales Performance/Efficiency Rating - 08/31/2018 |
| PX354 | | | | COH46058 - COH46062, Robert Gonzales Performance/Efficiency Rating - 02/28/2019 |
| PX355 | | | | COH44064 - COH44064, Clemente Reyna Performance/Efficiency Rating - 08/31/2017 |
| PX356 | | | | COH44060 - COH44060, Clemente Reyna Performance/Efficiency Rating - 02/28/2018 |

| | | | | |
|---|---|---|---|---|
| PX357 | | | | COH44059 - COH44059, Clemente Reyna Performance/Efficiency Rating - 08/31/2018 |
| PX358 | | | | COH44042 - COH44042, Clemente Reyna Performance/Efficiency Rating - 02/28/2019 |
| PX359 | | | | COH43682 - COH43682, T.A. Wood Performance/Efficiency Rating - 02/28/2018 |
| PX360 | | | | COH43681 - COH43681, T.A. Wood Performance/Efficiency Rating - 08/31/2018 |
| PX361 | | | | COH43667 - COH43677, T.A. Wood Performance/Efficiency Rating - 02/28/2019 |
| PX362 | | | | COH83040 - COH83041, Nadeem Ashraf Employee Resume Report - 05/28/2021 |
| PX363 | | | | COH83042 - COH83044, Steven Bryant Employee Resume Report - 05/28/2021 |
| PX364 | | | | COH83045 - COH83046, Felipe Gallegos Employee Resume Report - 05/28/2021 |
| PX365 | | | | COH83047 - COH83050, Gerald Goines Employee Resume Report - 05/28/2021 |
| PX366 | | | | COH83051 - COH83053, Robert Gonzales Employee Resume Report - 05/28/2021 |
| PX367 | | | | COH83054 - COH83055, Cedell Lovings Employee Resume Report - 05/28/2021 |
| PX368 | | | | COH83056 - COH83057, Frank Medina Employee Resume Report - 05/28/2021 |
| PX369 | | | | COH83058 - COH83059, Oscar Pardo Employee Resume Report - 05/28/2021 |
| PX370 | | | | COH83060 - COH83062, Clemente Reyna Employee Resume Report - 05/28/2021 |
| PX371 | | | | COH83063 - COH83064, Manuel Salazar Employee Resume Report - 05/28/2021 |
| PX372 | | | | COH83065 - COH83066, Eric Sepolio Employee Resume Report - 05/28/2021 |
| PX373 | | | | COH83067 - COH83069, Thomas Wood Employee Resume Report - 05/28/2021 |
| PX374 | | | | Beynon Depo Pl Exhibits 50-71 autopsy reports of Dennis Tuttle and Rhogena Nicholas and photos (All Exhibits have COH Bates numbers except Exhibit 58 (000049 NICHOLAS), Exhibit 64 (Crime Scene Photo-Regina) and Exhibit 71 (Beynon CV) |

| | | | | |
|---|---|---|---|---|
| PX375 | | | | TUTTLE 004695 - TUTTLE 004710, Tuttle/Nicholas Income Tax Returns |
| PX376 | | | | TUTTLE 004711 - TUTTLE 004721, Tuttle Family photos (11) |
| PX377 | | | | COH39141 - COH39145, Gerald Goines Vehicle Contraband photos |
| PX378 | | | | COH10383 - COH10547, Gerald Goines Vehicle Contraband photos |
| PX379 | | | | DEFENDANT_GALLEGOS _00001 - DEFENDANT_GALLEGOS _00006, Pre-Raid Squad 15 - six Photos |
| PX380 | | | | DEFENDANTS_TUTTLE_00001 - DEFENDANTS_TUTTLE_00001, Pre-Raid Squad 15 - one Photo |
| PX381 | | | | COH1122 - COH1214, DWT at Scene photos |
| PX382 | | | | COH1215 - COH1422, RAN at Scene photos |
| PX383 | | | | HFSC 1868 - HFSC 3732, HFSC photos |
| PX384 | | | | 000093 NICHOLAS - 000183 NICHOLAS, Maloney Forensic photos |
| PX385 | | | | 007897 NICHOLAS - 007904 NICHOLAS, Jeff Goudeau photos |
| PX386 | | | | COH6638 - COH6639, Joseph Arechiga HPD Homicide Division Witness Statement - 01/29/2019 |
| PX387 | | | | COH5718 - COH5734, Joseph Arechiga IAD Administrative Statement - 03/14/2019 |
| PX388 | | | | COH6628 - COH6629, Nadeem Ashraf HPD Homicide Division Witness Statement - 01/29/2019 |
| PX389 | | | | COH6630 - COH6630, Nadeem Ashraf HPD Homicide Division Witness Statement - 02/15/2019 |
| PX390 | | | | COH5752 - COH5804, Nadeem Ashraf IAD Administrative Interview - 03/21/2019 |
| PX391 | | | | S2023.91-01 #01055 - S2023.91-01 #01056, HCDAO Ashraf Statements with Addendum and Weapons Charting |
| PX392 | | | | COH37653 - COH37664, Nicole Blankenship-Reeves IAD Administrative Statement SW - 03/18/2019 |

| | | | | |
|---|---|---|---|---|
| PX393 | | | | COH5735 - COH5751, Nicole Blankenship-Reeves IAD Administrative Statement OIS - 03/18/2019 |
| PX394 | | | | COH77437 - COH77439, Nicole Blankenship-Reeves Interview (Summary) - 02/05/2019 |
| PX395 | | | | COH6636 - COH6637, Nicole Blankenship-Reeves Homicide Division Witness Statement - 01/29/2019 |
| PX396 | | | | COH4088 - COH4088, Nicole Blankenship-Reeves Audio  - 02/05/2019 |
| PX397 | | | | COH6631 - C0H0006632, Steven Bryant Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX398 | | | | COH38489 - COH38505, Steven Bryant SIU Interviews with Narcotics Division - 02/07/2019 |
| PX399 | | | | S2023.09-01 #01022-#01023, HCDAO Bryant Statements and Weapons Charting |
| PX400 | | | | COH14381 - COH14381, Paul Follis SIU Interview audio file - 02/13/2019 |
| PX401 | | | | COH77470 - COH77472, Paul Follis SIU Interview - 02/13/2019 |
| PX402 | | | | COH37694 - COH37707, Paul Follis Administrative Statement IAD SW - 03/22/2019 |
| PX403 | | | | S2023.09-01 #00339-#00343, HCDAO Paul Follis Interview - 03/02/2020 |
| PX404 | | | | COH6616 - COH6618, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX405 | | | | COH6619 - COH6620, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX406 | | | | COH5986 - COH6045, Felipe Gallegos Administrative Interview IAD OIS - 03/29/2019 |
| PX407 | | | | COH39600 - COH39601, Felipe Gallegos Homicide Division Witness Statement SIU OIS - 04/19/2019 |

| | | | | |
|---|---|---|---|---|
| PX408 | | | | S2023.09-01 #01057-#01065, HCDAO Felipe Gallegos Statements, Addendum and Weapons Charting |
| PX409 | | | | COH6642 - COH6643, Samuel Garza HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX410 | | | | COH5703 - COH5717, Samuel Garza IAD Administrative Statement - 03/14/2019 |
| PX411 | | | | COH6644 - COH6645, Gerald Goines HPD Homicide Division Witness Statement SIU OIS - 02/22/2019 |
| PX412 | | | | S2023.09-01 #01077-#01083, HCDAO Gerald Goines Statements and Weapons Charting |
| PX413 | | | | COH38506 - COH38512, Robert Gonzales HPD Homicide Division Witness Statement SIU SW - 02/05/2019 |
| PX414 | | | | COH37709 - COH37810, Robert Gonzales Administrative Interview IAD SW - 03/29/2019 |
| PX415 | | | | COH37641 - COH37651, J.A. John-Louis Administrative Statement IAD SW - 03/14/2019 |
| PX416 | | | | COH39582 - COH39583, Cedell Lovings HPD Homicide Division Witness Statement SIU OIS - 01/22/2020 |
| PX417 | | | | COH35376 - COH35377, Cedell Lovings HPD Homicide Division Witness Statement SIU SW - 01/22/2020 |
| PX418 | | | | S2023.09-01 #01024-#01033, HCDAO Cedell Lovings Statements and Weapons Charting |
| PX419 | | | | COH5643 - COH5656, Griff Maxwell Administrative Statement IAD OIS - 03/14/2019 |
| PX420 | | | | COH6604 - COH6605, Frank Medina HPD Homicide Division Witness Statement SIU OIS - 02/05/2019 |
| PX421 | | | | COH6606 - COH6607, Frank Medina HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |

| | | | | |
|---|---|---|---|---|
| PX422 | | | | COH5864 - COH5924, Frank Medina Administrative Interview IAD OIS - 03/27/2019 |
| PX423 | | | | S2023.09-01 #01014-#01021, HCDAO Frank Medina Statements and Weapons Charting |
| PX424 | | | | COH6640 - COH6641, Richard Morales HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX425 | | | | COH77442 - COH77443, Richard Morales HPD Interview (Summary) - 02/06/2019 |
| PX426 | | | | COH5687 - COH5702, Richard Morales Administrative Statement IAD OIS - 03/18/2019 |
| PX427 | | | | COH6633 - COH6633, Yvette Ortiz HPD Homicide Division Witness Statement SIU OIS - 01/28/2019 |
| PX428 | | | | COH5671 - COH5686, Yvette Ortiz Administrative Statement IAD OIS - 03/13/2019 |
| PX429 | | | | COH6621 - COH6623, Oscar Pardo HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX430 | | | | COH6624 - COH6625, Oscar Pardo HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX431 | | | | COH6123 - COH6186, Oscar Pardo Administrative Statement IAD OIS - 03/29/2019 |
| PX432 | | | | S2023.09-01 #01041-#01050, HCDAO Frank Medina Statements, Addendum and Weapons Charting |
| PX433 | | | | COH6600 - COH6601, Clemente Reyna HPD Homicide Division Witness Statement SIU OIS - 02/05/2019 |
| PX434 | | | | COH38513 - COH38523, Clemente Reyna Interview with HPD Homicide SIU - 02/05/2019 |
| PX435 | | | | COH6602 - COH6603, Clemente Reyna HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |

| | | | | |
|---|---|---|---|---|
| PX436 | | | | COH6054 - COH6122, Clemente Reyna Administrative Interview IAD OIS - 03/28/2019 |
| PX437 | | | | COH37812 - COH37922, Clemente Reyna Administrative Interview IAD SW - 04/01/2019 |
| PX438 | | | | S2023.09-01 #01066-#01071, HCDAO Clemente Reyna Statements, Addendum and Weapons Charting |
| PX439 | | | | COH6634 - COH6635, Valeriano Rios HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX440 | | | | COH5657 - COH5670, Valeriano Rios Administrative Statement IAD OIS - 03/13/2019 |
| PX441 | | | | COH6612 - COH6613, Manuel Salazar HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX442 | | | | COH6614 - COH6615, Manuel Salazar HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX443 | | | | COH6187 - COH6247, Manuel Salazar Administrative Interview IAD OIS - 03/28/2019 |
| PX444 | | | | S2023.09-01 #01034-#01040, HCDAO Manuel Salazar, Statements, Addendum and Weapons Charting |
| PX445 | | | | COH6608 - COH6609, Eric Sepolio HPD Homicide Division Witness Statement SIU OIS - 01/29/2019 |
| PX446 | | | | COH6610 - COH6611, Eric Sepolio HPD Homicide Division Witness Statement SIU OIS - 02/15/2019 |
| PX447 | | | | COH5925 - COH5985, Eric Sepolio Administrative Interview IAD OIS - 03/27/2019 |
| PX448 | | | | S2023.09-01 #01051-#01054, HCDAO Eric Sepolio Statements, Addendum and Weapons Charting |
| PX449 | | | | COH77444 - COH77444, Marsha Todd HPD Interview Summary - 02/07/2019 |

| | | | | |
|---|---|---|---|---|
| PX450 | | | | COH37666 - COH37692, Marsha Todd Administrative Interview IAD SW - 03/20/2019 |
| PX451 | | | | COH6626 - COH6627, Thomas Wood HPD Homicide Division Witness Statement SIU OIS - 02/05/2019 |
| PX452 | | | | COH38524 - COH38528, Thomas Wood HPD Homicide SIU SW Interview - 02/05/2019 |
| PX453 | | | | COH5805 - COH5863, Thomas Wood Administrative Interview IAD OIS - 03/21/2019 |
| PX454 | | | | COH37924 - COH37983, Thomas Wood Administrative Interview IAD SW - 04/03/2019 |
| PX455 | | | | S2023.09-01 #01072-#01076, HCDAO Thomas Wood Statements, Addendum and Weapons Charting |
| PX456 | | | | PLTF_TXRANGERS-007998 - PLTF_TXRANGERS-008000, Texas Rangers 7998 (Report S1) |
| PX457 | | | | PLTF_TXRANGERS-008001 - PLTF_TXRANGERS-008013, Texas Rangers 8001 (Report S2) |
| PX458 | | | | PLTF_TXRANGERS-008014 - PLTF_TXRANGERS-008014, Texas Rangers 8014 (Report S3) |
| PX459 | | | | TXRANG00005038 - Texas Rangers Power Point TXRANG00005038 |
| PX460 | | | | TXRANG00007169 - Texas Rangers Power Point TXRANG00007169 |
| PX461 | | | | COH10302 - COH10308, S15 Pre-Raid Texts |
| PX462 | | | | COH36292 - COH36292, Marsha Todd/Gerald Goines Texts |
| PX463 | | | | COH77520 - COH77520, Transcript of Marsha Todd/Gerald Goines Texts |
| PX464 | | | | 002926 NICHOLAS - 002935 NICHOLAS, Rhogena Nicholas Text Messages |
| PX465 | | | | COH34807.mp4 - Taste of Texas Video - 01/27/2019 |
| PX466 | | | | 002503 NICHOLAS - 002503 NICHOLAS, Nicholas- 10 Sarah Sanchez Cell Phone Videos |

| PX467 | | | | COH19092.avi - Neighbor Security Cam video - 01/28/2019 |
|---|---|---|---|---|
| PX468 | | | | COH16961.avi - Neighbor Security Cam video - 01/28/2019 |
| PX469 | | | | COH16930.avi - Neighbor Security Cam video - 01/28/2019 |
| PX470 | | | | COH16924.avi - Neighbor Security Cam video - 01/28/2019 |
| PX471 | | | | HFSC_3854.MTS - HFSC Scene Video - 01/28/2019 |
| PX472 | | | | HFSC_3853.MTS - HFSC Scene Video - 01/30/2019 |
| PX473 | | | | COH4084.WMV - Gerald Goines Video Statement |
| PX474 | | | | 002504 NICHOLAS - 002504 NICHOLAS, 39 Press Videos |
| PX475 | | | | 002505 NICHOLAS - 002505 NICHOLAS, 36 Acevedo Press Videos |
| PX476 | | | | Texas Ranger Synced Video |
| PX477 | | | | 007884 NICHOLAS - 007888 NICHOLAS, Plaintiff Expert Robert Bux CV - 07/13/2021 |
| PX478 | | | | 008015 NICHOLAS - 008024 NICHOLAS, Plaintiff Expert Robert Bux Expert Report - 01/16/2024 |
| PX479 | | | | 000077 NICHOLAS - 000078 NICHOLAS, Scales Biological Laboratory Preliminary DNA Report - 10/02/2019 |
| PX480 | | | | 007917 NICHOLAS - 007962 NICHOLAS, Andrew Scott Expert Report - 01/15/2024 |
| PX481 | | | | 008274 NICHOLAS - 008301 NICHOLAS, Andrew Scott CV - 05/29/2024 |
| PX482 | | | | 001969 NICHOLAS - 001984 NICHOLAS, Art Acevedo Audio Transcription - 08/27/2019 |
| PX483 | | | | 002880 NICHOLAS - 002881 NICHOLAS, HPD OIS Data Officer Involve |
| PX484 | | | | City of Houston OIS shooting data from 2008-2021. HPD Website available at: https://www.houstontx.gov/police/ois/ |

| PX485 | | | | Exhibit AA to Plaintiff's Motion for Summary Judgment Response; Declaration of Nicholas Watson - 03/14/2016 |
| PX486 | | | | Exhibit AI to Plaintiff's Motion for Summary Judgment Response; Jury Charge as answered from Gomez v. City of Houston - 07/13/2021 |

Respectfully submitted,

**THE GALLAGHER LAW FIRM, PLLC**

*/s/ L. Boyd Smith, Jr.*
Michael T. Gallagher
Federal Id. No.:  5895
SBOT:  007586000
L. Boyd Smith, Jr.
Federal Id. No.:  8203
SBOT: 18638400
Pamela R. McLemore
Federal Id. No.:  317412
SBOT: 24099711
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 238-7705
Facsimile: (713) 238-7852
mike@gld-law.com
bsmith@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR THE TUTTLE PLAINTIFFS**


**DOYLE LLP**

/s/ *Michael Patrick Doyle*
MICHAEL PATRICK DOYLE (#06095650)
PATRICK M. DENNIS (#24045777)
JEFFREY I. AVERY (#24085185)
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: (713) 571-1146
Fax:   (713) 571-1148
Email: service@doylelawfirm.com

**ATTORNEYS FOR THE NICHOLAS PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this the 25th  day of October 2024 pursuant to the Federal Rules of Civil Procedure.

       /s/ *L.  Boyd Smith, Jr.*
       L. Boyd Smith, Jr.