**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLIFFORD F. TUTTLE, JR.,** *et al,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-00270** |
| | § | |
| **CITY OF HOUSTON,** *et al,* | § | |
| | § | |
| *Defendants.* | § | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **JOHN NICHOLAS, et al,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-00272** |
| | § | |
| **CITY OF HOUSTON; et al,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS ASHRAF, GONZALES, LOVINGS, MEDINA, PARDO, REYNA,**
**SALAZAR, SEPOLIO, AND WOOD'S, OBJECTIONS TO EXHIBITS AND MOTION**
**TO CLOSE THE COURTROOM AND SEAL PRETRIAL AND TRIAL RECORD**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants Nadeem Ashraf, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente
Reyna, Manuel Salazar, Eric Sepolio, Thomas Wood, and Robert Gonzales (collectively
"Defendant-Officers") file these objections to trial exhibits of all parties and motion to close the
courtroom and seal the trial record:

**I.      Exhibit and Witness List**

Without agreeing to the admissibility or authenticity of any exhibit, Defendant-Officers
reserve the right to call any witnesses or proffer any exhibits identified by any other party's exhibit
and witness list.

1

## II.    Objection to IAD investigation files and Motion to Close the Courtroom and Seal the Trial Record

Defendant-Officers object to the admission of Internal Affairs Division (IAD) investigation files, *Garrity* statements, investigative reports, summaries and findings, recommendations, and records of any discipline, including but not limited to those identified by the City's Exhibits: 15, 16, 17, 18, 19, 21, 22, 25, 26, 27, 28, 29, 31, 32, 203, 237, 238, 239, 240, 242, 243, 244, 245; and Plaintiffs' Exhibits: 136, 137, 144, 154, 159, 162, 163, 226, 228, 243, 259, 260, 275, 276, 281, 338, 339, 387, 390, 392, 393, 402, 406, 410, 414, 415, 419, 422, 426, 428, 431, 436, 437, 440, 443, 447, 450, 453, 454.

Courts have recognized that the public has a common law right to inspect and copy judicial records.  *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978); *Belo Broadcasting Corp. v. Clark*, 654 F.2d 423, 429 (5th Cir. 1981).  Public access serves important interests, such as "to promote trustworthiness of the judicial process, to curb judicial abuses, and to provide the public with a more complete understanding of the judicial system, including a better perception of fairness." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).  A motion to seal implicates the right to public access, and therefore, the First Amendment.  *See Lawson v. Louisiana Eye Center of N.O.*, 1997 U.S. Dist. LEXIS 9818, 1997 WL 375752, *1 (E.D. La. 1997). 990 F.2d 845, 849 (5th Cir. 1993), citing Littlejohn v. BIC Corp., 851 F.2d 673, 682 (3d Cir. 1988).

The public's common law right of access is not absolute.  *Nixon*, 435 U.S. at 598; *see Belo*, 654 F.2d at 430.  "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Nixon*, 435 U.S. at 598.  Thus, the common law merely establishes a presumption of public access to judicial records. *Ins. Distribs. Int'l (Bermuda) Ltd. v. Edgewater Consulting Grp. Ltd.*, No. A-08-CA-767 AWA, 2010 U.S. Dist. LEXIS 77957, at *3 (W.D. Tex. Aug. 2, 2010) (citing *Littlejohn v.*

*BIC Corp.*, 851 F.2d 673, 678 (3d Cir. 1988).  To determine whether to disclose or seal a judicial record, the Court must balance the public's common law right of access against interests favoring non-disclosure.  *See Van Waeyenberghe*, 990 F.2d at 848.  Accordingly, "the district court's discretion to seal the record of judicial proceedings is to be exercised charily."  *See Van Waeyenberghe*, 990 F.2d at 848, citing *Federal Savings & Loan Ins. Corp. v. Blain*, 808 F.2d 395, 399 (5th Cir. 1987).

The existing and potential future criminal charges against various defendants, the unavoidable violation of the Supreme Court's proscriptions in *Garrity v. New Jersey* by all the evidence in this case, which is inseparable from the *Garrity* statements and protected investigation files, and the public's interest in maintaining fairness of judicial proceedings outweigh the public's interest in access.

**A.**   **Admission and disclosure of compelled statements is prohibited by *Garrity* and will irreparably harm the Defendant-Officers.**

Police officers "are not relegated to a watered-down version of constitutional rights."  *Garrity*, 385 U.S. at 500.  The Fourteenth Amendment, therefore, prohibits the use of coerced statements, obtained under threat of termination by the government, in subsequent criminal proceedings.  *Garrity v. New Jersey*, 385 U.S. 493, 500 (1967). U.S. Const. amend. XIV. Accordingly, if a statement is protected by *Garrity*,

> [i]n a later prosecution of the individual, the government cannot use his immunized testimony itself or any evidence that was tainted—substantively derived, shaped, altered, or affected—by exposure to the immunized testimony. Nor can the government use it to develop investigatory leads, to focus an investigation on a witness, or to motivate another witness to give incriminating testimony.

*Oliver v. State*, No. 05-18-01057-CR, 2020 Tex. App. LEXIS 6279, at *6 (Tex. App. Aug. 10, 2020), *citing United States v. Slough*, 641 F.3d 544, 549 (D.C. Cir. 2011) (internal citations and quotations omitted).  Stated simply, neither the *Garrity* statement nor evidence derived from the

statement may be used against the officer in a criminal prosecution. *See id.*  Defendant-Officers therefore request that the Courtroom be closed, and the trial record sealed, as any evidence presented at trial will violate *Garrity*.

The disclosure of information contained in or developed using IAD investigations at trial will irreparably harm various individual defendants that are facing criminal charges, as the District Attorney and the public will have access to information the Supreme Court has prohibited.  "Courts presiding over a civil proceeding that runs parallel to a criminal proceeding must exercise care to 'avoid irreparably damaging a defendant's ability to receive a fair trial' and must not allow 'liberal civil discovery procedures to be used as a 'back door' to access information beyond the reach of criminal discovery.'"  *Brown v. Baton Rouge Police Dep't*, No. 23-1313-JWD-EWD, 2024 U.S. Dist. LEXIS 21273, at *9 (M.D. La. 2024), citing *In re Grand Jury Subpoena*, 866 F.3d 231, 234 (5th Cir. 2017, citing *Campbell v. Eastland*, 307 F.2d 478, 487 (5th Cir. 1962) ("A litigant should not be allowed to make use of the liberal discovery procedures applicable to a civil suit as a dodge to avoid the restrictions on criminal discovery and thereby obtain documents he would not otherwise be entitled to for use in his criminal suit.") and *In re Eisenberg*, 654 F.2d 1107, 1113 (5th Cir. 1981) ("[L]iberal civil discovery procedures [are] not a 'back door' to information otherwise beyond reach under the criminal discovery rules.").

The District Attorney previously explained the prohibition and the danger of releasing information contained in or obtained with access to information in an IAD file.[1]  Despite these dangers, the District Attorney attempted to obtain the depositions in this case for use in the criminal

---

[1]See Transcript of 5/17/2021 motion hearing at 22:23 – 24:1. ("The one problem that I also envision with regard to the ID investigation, for example, is that there is *Garrity* information involved that cannot be part of our criminal prosecution. So if that is produced to the plaintiffs – […]  And so -- but it plays into this issue and conundrum we're dealing with if the *Garrity* information, even if it's not permitted – […]  But if it's produced to the plaintiffs in this case and is utilized in active, ongoing discovery, it's utilized for them to create reports and to conduct additional discovery that may impact the criminal case.  It may create testimony or other evidence that will come into the attention of the prosecution, which would be tremendously problematic.")

proceedings.  *See* Exhibit 1 (4/1/2024 correspondence from the District Attorney's Office).   The latest indictments against Defendant-Officers were returned on October 15, 2024.[2]  Any criminal trial will occur long after this trial.  And given the applicable 10-year statute of limitations,[3] utilizing this information at trial will permit unfettered use of protected *Garrity* information against the defendants and others, and taint potential jurors.

Finally, the parties have access to voluntary witness statements and evidence that does not violate *Garrity* through offense reports, the Houston Police Department Special Investigations Unit (SIU) files, as well as the Texas Rangers' investigation.  The IAD and SIU investigation files are kept completely separate "to comply with existing Supreme Court precedent established in Garrity."   *Alvarez v. City of Brownsville*, Civil Action No. B: 11-78, 2013 U.S. Dist. LEXIS 194540, at *46-49 (S.D. Tex. 2013), quoting *Salas v. Carpenter*, 980 F.2d 299, 306 (5th Cir.1992). Violation of *Garrity* is therefore unnecessary.

## B.    Employer investigations and discipline are inadmissible.

Internal personnel investigations into whether a defendant violated HPD general orders, rules and regulations, are inadmissible in a civil rights trial against individual officers. Such evidence is irrelevant because the issue in a §1983 excessive force claim is whether the officer violated clearly established Constitutional rights or federal law, not whether the officer violated department policies. *See Davis v. Scherer*, 468 U.S. 183, 193-194 (1984).  Conduct by an officer that may violate some policy is not necessarily constitutionally unreasonable because government agencies are free to hold their employees to higher standards than the Constitution requires. *See Smith v. Freland*, 954 F.2d 343, 347 (6th Cir. 1992). Moreover, the jury must evaluate whether

---

[2] *See e.g., State of Texas v. Oscar Pardo*, Cause No. 1889204, in the 482nd Criminal District Court of Harris County, Texas.

[3] Tex. Code. Crim. Proc. §12.01(2)(B) (theft by a public servant of government property).

each Defendant is liable based on the facts at the time of the incident in question, not what should have or could have been done.  *See also Anderson v. Creighton*, 483 U.S. 635, 639 (1987) (because reasonableness is evaluated at the time the disputed actions were taken, "hindsight testimony" irrelevant); *Tennessee v. Garner*, 471 U.S. 1, 7 (1985) (a jury must decide the conduct of the officer based upon the "totality of the circumstances."); *Graham v. Connor*, 490 U.S. 386, 396 (1989) ("The 'reasonableness' of a particular use of force must be judged from the perspective of a reasonable officer on the scene, rather than with 20/20 vision of hindsight.").  The risk of such external/departmental findings and/or employee discipline for alleged policy violations by a preponderance of the evidence being substituted for a finding of civil rights liability by the jury greatly outweighs any probative value of IAD findings or discipline.

Internal investigative findings and discipline prior or subsequent to the events at issue in this case are not relevant to any issue to be decided by the jury and are inadmissible character evidence.  *See* Fed. R. Evid. 401, 402, 403 and 404.  *Williams v. Martin*, 570 F. App'x 361, 364 (5th Cir. 2014) (holding that the court properly excluded the evidence as inadmissible character or prior bad act evidence under Rule 404(a) and (b) of the Federal Rules of Evidence. Character evidence is inadmissible to show that a person acted in accordance with that character on a particular occasion. *See* Fed. R. Evid. 404(a)(1). In addition, "[e]vidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character." Fed. R. Evid. 404(b)(1)).

Any statement, comment, testimony or argument regarding IAD investigation findings, training or discipline a defendant may have received after the incident at issue in this litigation constitutes a subsequent remedial measure that is not admissible to prove culpable conduct. Fed. R. Civ. Pro. 407; *Wright v. City of Philadelphia*, 685 Fed. Appx. 142, 149 (3rd Cir. 2017).

## III.    Objections to Plaintiffs' Exhibits

| Pltfs No. | Description | Objections |
|---|---|---|
| PX002 | COH38485 - COH38488 , Search Warrant; Affidavit: Tac Plans: NOCC - 02/01/2019 | Hearsay |
| PX003 | COH74954 - COH76994, HPD Incident Report No. 1120670-19 SIU Investigation of 6 prior cases investigated by Goines | Hearsay |
| PX004 | COH76995 - COH77315, HPD Incident No. 121337-19 (OIS) Original and 198 supplements | Hearsay |
| PX005 | COH77316 - COH77697, HPD Incident No. 133932-19 (SW) Original and 108 supplements | Hearsay |
| PX006 | COH36217 - COH36411, HPD Incident No. 120867-19 (Narcotics at 7815 Harding) Original and supplements | Hearsay |
| PX008 | COH4056 - BWC Witness Interview - 01/28/2019 | Hearsay |
| PX021 | COH4080 - Audio Interview - Reyna (7:15) - 02/05/2019 | Hearsay |
| PX022 | COH4081 - Audio Interview - Sepolio (1:48) - 02/05/2019 | Hearsay |
| PX023 | COH4082 - Audio Interview - Gallegos (2:47) - 02/05/2019 | Hearsay |
| PX024 | COH4083 - Audio Interview - Medina (4:59) - 02/05/2019 | Hearsay |
| PX025 | COH4084 - Video Interview - Goines (32:47) - 02/13/2019 | Hearsay |
| PX026 | COH4085 - Audio Interview - Maxwell (3:10) - 02/05/2019 | Hearsay |
| PX027 | COH4086 - Audio Interview - Salazar (4:10) - | Hearsay |

7

| Pltfs No. | Description | Objections |
|---|---|---|
| | 02/05/2019 | |
| PX028 | COH4087 - Audio Interview - Todd (14:30) - 02/07/2019 | Hearsay |
| PX029 | COH4088 - Audio Interview - NBR (17:15) - 02/05/2019 | Hearsay |
| PX030 | COH4089 - Audio Interview - Pardo (2:43) - 02/05/2019 | Hearsay |
| PX031 | COH4091 - Audio Interview - Garza (2:05) - 02/05/2019 | Hearsay |
| PX032 | COH4092 - Audio Interview - Wood (05:52) - 02/05/2019 | Hearsay |
| PX033 | COH4093 - Audio Interview - Rios (03:59) - 02/05/2019 | Hearsay |
| PX042 | COH4109 - Cell Phone Video (2:34) | Contains hearsay; unfair prejudice outweighs probative value |
| PX043 | COH4110 - Audio Phone Call (6:16) | Hearsay |
| PX044 | COH4268 - Audio Interview - Arechiga (7:23) - 02/05/2019 | Hearsay |
| PX045 | COH4269 - Audio Interview - Ashraf (16:13) - 02/05/2019 | Hearsay |
| PX046 | COH4270 - Audio Interview - Gonzales (9:14) - 02/05/2019 | Hearsay |
| PX047 | COH4271 - Audio Interview - Reyna (7:15) - 02/05/2019 | Hearsay |
| PX048 | COH4272 - Audio Interview - Ashraf (6:08) - 02/27/2019 | Hearsay |
| PX049 | COH4273 - Audio Interview - Pardo (4:24) - 02/27/2019 | Hearsay |
| PX050 | COH4274 - Audio Interview - Maxwell (4:02) - 02/27/2019 | Hearsay |
| PX051 | COH4275 - Audio Interview - Gallegos (6:25) - 02/27/2019 | Hearsay |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX052 | COH4276 - Audio Interview - Salazar (6:36) - 02/27/2019 | Hearsay |
| PX053 | COH4277 - Audio Interview - Reyna (8:58) - 02/27/2019 | Hearsay |
| PX054 | COH4278 - Audio Interview - Medina (3:40) - 02/27/2019 | Hearsay |
| PX055 | COH4279 - Audio Interview - Wood (8:01) - 02/27/2019 | Hearsay |
| PX056 | COH4280 - Audio Interview - Gonzales (5:55) - 02/27/2019 | Hearsay |
| PX057 | COH4281 - Audio Interview - Bryant (19:05) - 02/07/2019 | Hearsay |
| PX058 | COH14349 - Video Interview - CI #1 (Calvin) (57:02) - 01/30/2019 | Hearsay; unfair prejudice outweighs probative value; |
| PX059 | COH14350 - COH14356, Audio Interviews of Harding Street residents | Hearsay |
| PX060 | COH14357 - COH14359, Audio Interviews SIU | Hearsay |
| PX061 | COH14360 - Audio Interview - CI #1 Calvin | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX062 | COH14361 - COH14370, Audio Interviews SIU | Hearsay |
| PX063 | COH14371 - Audio Interview - CI #2 | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX064 | COH14372 - COH14373, Audio Interviews SIU | Hearsay |
| PX065 | COH14374 - Audio Interview - CI | Hearsay; unfair prejudice outweighs probative value; |
| PX066 | COH14375 - COH14378, Audio Interviews SIU | Hearsay |
| PX067 | COH14379 - Video Interview - CI #2 | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |

9

| Pltfs No. | Description | Objections |
|---|---|---|
| PX068 | COH14380 - Audio Interview - CI #2 | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX069 | COH14381 - Audio Interviews SIU | Hearsay |
| PX070 | COH14382 - Video Interview - CI #2 | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX071 | COH14383 - Video Interview SIU - Goines | Hearsay |
| PX072 | COH14384 - Audio Interview SIU - Goines | Hearsay |
| PX073 | COH14385 - COH14386, Video & Audio Interviews - Lisa | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX074 | COH14387 - COH14388, Video & Audio Interview - CI #2 | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX075 | COH14389 - COH14390, Video Interview CI | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX076 | COH14391 - Audio Interview - Mariah | Hearsay; unfair prejudice outweighs probative value; revealing identity could be life-threatening to CI |
| PX077 | COH14392 - COH14436, (continued SIU interviews) | Hearsay |
| PX079 | COH14441 - Audio Interview - P Garcia | Hearsay |
| PX080 | COH14442 - COH14446, Handwritten Notes | Hearsay; lacks authenticity b/c missing the back |
| PX085 | COH34807 - Video - Taste of Texas - 01/27/2021 | Relevance; unfair prejudice outweighs probative value; lacks authenticity |
| PX091 | COH64270 - Audio Interview (1:16:36) - 03/29/2019 | Hearsay |
| PX092 | COH64719 - Audio Interview (1:17:41) - 03/21/2019 | Hearsay |
| PX093 | COH64721 - Audio Interview (1:06:15) - 03/27/2019 | Hearsay |
| PX094 | COH64722 - Audio Interview (1:25:05) - 03/29/2019 | Hearsay |
| PX095 | COH64723 - Audio Interview (1:13:39) - 03/28/2019 | Hearsay |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX096 | COH64724 - Audio Interview (1:30:21) - 03/27/2019 | Hearsay |
| PX097 | COH64725 - Audio Interview (1:23:41) - 03/28/2019 | Hearsay |
| PX098 | COH64726 - Audio Interview (1:09:51) - 03/21/2019 | Hearsay |
| PX099 | COH64727 - Audio Interview (1:09:51) - 03/29/2019 | Hearsay |
| PX100 | COH64728 - Audio Interview (1:47:58 - 04/01/2019 | Hearsay |
| PX101 | COH64729 - Audio Interview (25:39) - 03/20/2019 | Hearsay |
| PX102 | COH64730 - Audio Interview (1:30:46) - 04/03/2019 | Hearsay |
| PX106 | COH54606.wav - Ron Tuttle Interview - 02/12/2019 | Hearsay |
| PX107 | COH77760 - COH77762, 2019 Houston Police Department Narcotics Division Operational Review | Hearsay; unfair prejudice outweighs probative value |
| PX108 | C0H0005358 - COH5423, Plaintiff Ex 21 (Marsha Todd) 2019 Houston Police Department Narcotics Division Operational Review; 2019 Audit Report | Hearsay; unfair prejudice outweighs probative value |
| PX109 | COH5417 - COH5419, Plaintiff Ex 21A; Excerpts from 2019 Final Report; Recommendations from Narcotics Audit Report - 2019-00-00 | Hearsay; unfair prejudice outweighs probative value; excerpts lack authenticity; |
| PX110 | COH 38995 - COH39036, Audit of Gerald Goines Cases 2016-2019 | Hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX111 | COH38450 - COH38474, Case Activity Sheets- French Depo Ex. 41 2023-11-14 | Hearsay; unfair prejudice outweighs probative value |
| PX112 | TUTTLE 492 - TUTTLE 566, Dennis Wayne Tuttle Autopsy Report dated 2019-01-30 (75 pp) | Hearsay; unfair prejudice outweighs probative value |
| PX113 | TUTTLE 567 - TUTTLE 601, Dennis Wayne Tuttle Autopsy Report dated 2019-01-30 (35 pp) | Hearsay; unfair prejudice outweighs probative value |
| PX114 | COH77698 - COH77699, BARC Animal Shelter Activity Report 2019-01-28; 7815 Harding Street - 01/28/2019 | Relevance; unfair prejudice outweighs probative value |
| PX115 | COH83416 - COH83424, Multiple X-rays images of dog | Relevance; unfair prejudice outweighs probative value |
| PX116 | COH83425 - COH83425, BARC Animal Shelter History for Bayleigh | Relevance; unfair prejudice outweighs probative value |
| PX117 | COH83427 - COH83428, BARC Animal Shelter Confiscate Intake 2019-01-29 - 01/29/2019 | Relevance; unfair prejudice outweighs probative value |
| PX118 | COH83429 - COH83429, City of Houston Animal Shelter; Intake 2019-01-29 for deceased dog - 01/29/2019 | Relevance; unfair prejudice outweighs probative value |
| PX119 | COH83430 - COH83430, City of Houston Animal Shelter; Dr. Whittenberg note - 01/29/2019 | Relevance; unfair prejudice outweighs probative value |
| PX120 | TUTTLE 4722 - TUTTLE 4767, Cellebrite Extraction Reports created 2021-10-28 | Contains Hearsay; unauthenticated |
| PX121 | TUTTLE 4768 - TUTTLE 4787, Cellebrite Extraction Reports created 2021-10-28 | Contains hearsay; unauthenticated |
| PX126 | Termeulen Depo Pl Ex A- Notice of Deposition of City Representative Part 1 - 05/10/2024 | Relevance; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX127 | Duplechain Depo Pl Ex B- Notice of Deposition of City Representative Part 2 - 06/12/2024 | Relevance; unfair prejudice outweighs probative value |
| PX128 | COH4084 - COH4084, Gerald Goines statement from hospital (video) | Hearsay |
| PX130 | COH77437 - COH77439, NBR Depo Pl Ex 2, Nicole Blankenship-Reeves Interview (Summary) - 02/05/2019 | Hearsay |
| PX131 | COH77439 - COH77439, Plaintiff Ex 2A, Medina/group photo plan - 02/05/2019 | Hearsay |
| PX132 | COH77140 - COH77144, NBR Depo Pl Ex 3, 121337 Supp 72 - 02/27/2019 | Hearsay; best evidence rule; cumulative |
| PX134 | COH36285 - COH36287, NBR Depo Pl Ex 5, Blankenship-Reeves Handwritten Notes | Hearsay; lacks authenticity |
| PX135 | COH2285 - COH2285, NBR Depo Pl Depo Ex 6, Photo- Gallegos Raid Team Member | Unfair prejudice outweighs probative value |
| PX136 | COH5735 - COH5742, NBR Depo Pl Ex 7, Nicole Blankenship- Reeves IAD Administrative Statement OIS - 03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX137 | COH37653 - COH37657, NBR Depo Pl Ex 8, Nicole Blankenship- Reeves IAD Administrative Statement SW - 03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX139 | COH77673 - COH77680, NBR Depo Pl Ex 10, 133932 Supp 92 & 93 | Hearsay; best evidence rule; unfair prejudice outweighs probative value |
| PX140 | COH77684 - COH77684, NBR Depo Pl Ex 11, 133932 Supp 97 | Hearsay; best evidence rule; unfair prejudice outweighs probative value |
| PX141 | COH77398 - COH77398, Morales Depo Pl Ex 12, from 133932 Supp 47 | Hearsay; best evidence rule; unfair prejudice outweighs probative value |
| PX142 | COH6640 - COH6641, Morales Depo Pl Ex 13, Richard Morales Witness Statement SIU OIS - | |

| Pltfs No. | Description | Objections |
|---|---|---|
| | 01/29/2019 | |
| PX143 | COH77442 - COH77442, Morales Depo Pl Ex 14, from 133932 Supp 48 - 02/06/2019 | Hearsay; best evidence rule |
| PX144 | COH5687 - COH5693, Morales Depo Pl Ex. 15, Richard Morales Administrative Statement IAD OIS - 03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX145 | COH47085 - COH47086, Todd Depo Pl Ex 16, HPD December 2017 Course Outline Supervisor/Mgmt Training - 2017-12-00 | Relevance; hearsay; |
| PX146 | COH45471 - COH45516, Todd Depo Pl Ex 17, Houston Police Academy Roster 2017-2018 Supervisor Mandatory - 12/12/2017 | Relevance; hearsay |
| PX147 | COH47103 - COH47106, Todd Depo Pl Ex 18, Houston Police Academy Instructor Lesson Plan 2018-2019 | Relevance; hearsay |
| PX148 | COH47108 - COH47141, Todd Depo Pl Ex 19, (Todd Depo); Graham training program  - 04/02/2019 | Relevance; unfair prejudice outweighs probative value |
| PX149 | S2023.09-01 #00331 - S2023.09-01 #00335, Todd Depo Pl Ex 20, HCDAO Report | Hearsay; unfair prejudice outweighs probative value |
| PX150 | C0H5358 - COH5423, Todd Depo Pl Ex 21, (Todd Depo) 2019 HPD Narcotics Division Operational Audit - 2019-00-00 | Duplicative; Hearsay; unfair prejudice outweighs probative value; excerpts lack authenticity; |
| PX151 | COH5417 - COH5419, Plaintiff Ex 21A, Excerpts from 2019 Narcotics Audit Report - 2019-00-00 | Duplicative Hearsay; unfair prejudice outweighs probative value; excerpts lack authenticity; |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX152 | COH74794 - COH74804, Todd Depo Pl Ex 22, (Todd Depo); Audit findings on type of Goines work | Hearsay; unfair prejudice outweighs probative value; excerpts lack authenticity; |
| PX153 | COH77444 - COH77445, Todd Depo Pl Ex 23, Todd interview report; Incident 133932-19 Suppl 0048 - 02/07/2019 | Hearsay |
| PX154 | COH37666 - COH37686, Todd Depo Pl Ex 24, Marsha Todd Administrative Interview IAD SW - 03/20/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX155 | COH36288 - COH36293, Todd Depo Pl Ex 25, Todd texts | Hearsay |
| PX156 | COH77520 - COH77521, Todd Depo Pl Ex 26, report on Todd texts; Incident 133932-19 Suppl 0048 | Hearsay |
| PX157 | Todd Depo Pl Ex 27, HPD Organizational Chart | Hearsay |
| PX159 | COH5426 - COH5481, Nguyen Depo Pl Ex 29, AD Excessive Force Report-Nguyen | *Gerrity*; Hearsay; unfair prejudice outweighs probative value |
| PX160 | COH77698 - COH77699, Nguyen Depo Pl Ex 30, BARC activity report - 01/28/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX161 | COH37438 - COH37443, French Depo Pl Ex 31, 7815 Harding St. warrant, affidavit and return | Duplicative |
| PX162 | COH37473 - COH37539, French Depo Pl Ex 32, IAD SW Investigation (Issue Record 54155-2019);   French   IAD Summary - 05/06/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX163 | COH37540 - COH37640, French Depo Pl Ex 33, IAD SW Investigation (Issue Record 54155-2019); J.P. Rexroad IAD report - 05/01/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX164 | French Depo Pl Ex 34, French employment history - 11/14/2023 | Relevance; hearsay; |
| PX165 | COH77428 - COH77429, Antu Dep Pl Ex 35, Antu interview record; Incident 133932-19 Suppl 0048 - 02/04/2019 | Hearsay |
| PX168 | COH46068 - COH46072, French Depo Pl Ex 37, LT Gonzales efficiency rating period ending 2018-02-28 - 2018-00-00 | Hearsay; relevance; unfair prejudice outweighs probative value |
| PX169 | COH46063 - COH46067, French Depo Pl Ex 38, LT Gonzales 2018 efficiency rating period ending 2018-08-31 - 2018-00-00 | Hearsay; relevance; unfair prejudice outweighs probative value; |
| PX170 | COH46058 - COH46062, French Depo Pl Ex 39, LT Gonzales 2019 Follis efficiency rating period ending 2019-02-28 - 2019-00-00 | Hearsay; relevance; unfair prejudice outweighs probative value |
| PX171 | COH43090 - COH43098, French Depo Pl Ex 40, LT Gonzales separation from HPD - 05/11/2020 | Hearsay; relevance; unfair prejudice outweighs probative value |
| PX172 | COH38450 - COH38474, French Depo Pl Ex 41, Goines Annotated Case Activity Sheets | Hearsay; relevance; unfair prejudice outweighs probative value |
| PX173 | TUTTLE 674 - TUTTLE 677, French Depo Pl Ex 42, Goines murder indictment - 08/23/2019 | Hearsay; relevance; unfair prejudice outweighs probative value |
| PX174 | Sepolio Depo Pl Ex 42, Illustration/Photo of Rhogena fatal bullet | Hearsay; relevance; unfair prejudice outweighs probative value; lacks authenticity; *Daubert* unreliable expert opinion; demonstratives are not substantive evidence |
| PX175 | COH38995 - COH39036, French Depo Pl Ex 43, Audit of Gerald Goines' Narcotics cases | Hearsay; unfair prejudice outweighs probative value |
| PX176 | Sepolio Depo Pl Ex 43, Photo outside trajectory tracing | Hearsay; relevance; unfair prejudice outweighs probative value; lacks authenticity; *Daubert* unreliable expert opinion; demonstratives are not substantive evidence |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX177 | COH38352 - COH38357, French Depo Pl Ex 44, 2721 Napoleon Street warrant - 01/22/2019 | Hearsay; unfair prejudice outweighs probative value; |
| PX178 | Lovings 2/14/24 Depo Pl Ex 45, Rhogena death scene photo (Same as Plaintiff Ex. 64) | Duplicative |
| PX179 | Plaintiff Ex 45A, Rhogena death scene photo with medina locale circled | Hearsay; testimony |
| PX181 | Sepolio Depo Pl Ex 46, Photo of gunshots into dining room wall | Hearsay; relevance; unfair prejudice outweighs probative value; lacks authenticity; *Daubert* unreliable expert opinion; |
| PX182 | Plaintiff Ex 47, Close up photo of gunshots into dining room wall | Hearsay; relevance; unfair prejudice outweighs probative value; lacks authenticity; *Daubert* unreliable expert opinion; |
| X183 | Plaintiff Ex 48, Wall gunshot lead testing final report by Jeff Goudeau - 07/21/2019 | Hearsay; relevance; unfair prejudice outweighs probative value; lacks authenticity; *Daubert* unreliable expert opinion; |
| PX184 | COH1431 - COH1465, Beynon Depo Pl Ex 50, Dennis Tuttle's Autopsy report - 03/04/2019 | Duplicative |
| PX185 | COH1466 - COH1481, Beynon Depo Pl Ex 51, Rhogena Nichols' Autopsy report - 03/06/2019 | Duplicative |
| PX186 | COH814 - COH814, Beynon Depo Pl Ex 52, autopsy photo of Dennis Tuttle's legs | Unfair prejudice outweighs probative value |
| PX187 | COH925 - COH925, Beynon Depo Pl Ex 53, autopsy photo of Dennis Tuttle (nude) | Unfair prejudice outweighs probative value |
| PX188 | COH834 - COH1183, Beynon Depo Pl Ex 54, autopsy photos of Tuttle left hand, Bates numbers COH00000834, COH00000837-841, COH00000978-980,COH00001179-00001183 | Unfair prejudice outweighs probative value |
| PX189 | TUTTLE 8 - TUTTLE 83, Beynon Depo Pl Ex 55, autopsy photos of Tuttle bones | Unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX190 | COH830 - COH977, Beynon Depo Pl Ex 56, autopsy photos of Tuttle left arm, Bates numbers COH00000830-833, COH00000835- 36, COH00000869-72, COH00000956-61, COH00000974-77 | Unfair prejudice outweighs probative value |
| PX191 | COH842 - Beynon Depo Pl Ex 57, autopsy photos of Tuttle bandaged right hand, Bates nos. COH00000842-846, 952-953, 987-990, 1173-1176, 1 pg of 3 color photos (no Bates), photo of rt hand/x-ray image/bullet fragments/thought process, TUTTLE 000388- 389 | Unfair prejudice outweighs probative value |
| PX210 | COH35403 - COH35403, Follis Depo Pl Ex 76, Paul Follis personnel file | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX211 | COH39092 - COH39092, Follis Depo Pl Ex 77, Paul Follis personnel file part 2 - 02/26/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX212 | COH48328 - COH48328, Follis Depo Pl Ex 78, Paul Follis Complaint history - 09/01/2020 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX213 | CC00077470 - CC00077472, Follis Depo Pl Ex 79, Paul Follis interview, Incident 133932-19 Suppl 0048 - 02/13/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX215 | COH77473 - COH77473, Follis Depo Pl Ex 81, Follis- Rhogena drug buys, Incident 133932-19 Suppl 0048 - 02/13/2019 | Hearsay; |
| PX216 | COH37694 - COH37707, Follis Depo Pl Ex 82, Paul Follis Administrative Statement IAD SW - 03/22/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX220 | S2023.09-01 #00339 - S2023.09-01 #00343, Follis Depo Pl Ex 86, HCDAO Paul | Relevance; hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| | Follis Interview - 03/02/2020 | |
| PX221 | COH48317 - COH48330, Gallegos Depo Pl Ex 87, Squad 15 Employee Complaint History - 02/01/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX222 | COH6740 - COH6740, Gallegos Depo Pl Ex 88, Gerald Goines Complaint History - 02/01/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX223 | COH6764 - COH6764, Gallegos Depo Pl Ex 89, Steven Bryant Complaint History - 02/01/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX226 | COH5986 - COH6045, Gallegos Depo Pl Ex 92, Felipe Gallegos Administrative Interview IAD OIS - 03/29/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX228 | COH6046 - COH6053, Gallegos Depo Pl Ex 94, Administrative Statement IAD OIS - 06/10/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX229 | S2023.09-01 #01057- #01065, Gallegos Depo Pl Ex 95, HCDAO Felipe Gallegos Statements, Addendum and Weapons Charting | hearsay; unfair prejudice outweighs probative value |
| PX230 | COH6587 - COH6587, Gallegos Depo Pl Ex 96, WhatsApp messages on photos - 01/27/2019 | Hearsay |
| PX231 | COH10289 - COH10312, Gallegos Depo Pl Ex 97, WhatsApp messages on photos | Hearsay |
| PX233 | COH7137 - COH7193, Gallegos Depo Pl Ex 99, Gallegos photos | Unfair prejudice outweighs probative value |
| PX235 | Gallegos Depo Pl Ex 101, photo- house 3 blind shots | Unauthenticated; unfair prejudice outweighs probative value; *Daubert* unreliable expert opinion |
| PX236 | Gallegos Depo Pl Ex 101A, photo- house 3 closer blind shots | Unauthenticated; unfair prejudice outweighs probative value; *Daubert* unreliable expert opinion |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX237 | Gallegos Depo Pl Ex 102, house 4 photos | Unauthenticated; unfair prejudice outweighs probative value; *Daubert* unreliable expert opinion |
| PX238 | Gallegos Depo Pl Ex 103, doorside 11 photos | Unauthenticated; unfair prejudice outweighs probative value; *Daubert* unreliable expert opinion |
| PX239 | Gallegos Depo Pl Ex 104, door shot 13 photos | Unauthenticated; unfair prejudice outweighs probative value; *Daubert* unreliable expert opinion |
| PX242 | Plaintiff Ex 107, Recovery of Likely Fatal Nicholas Bullet | Unauthenticated; *Daubert* unreliable expert opinion |
| PX243 | COH5925 - COH5985, Sepolio Depo Pl Ex 107 Eric Sepolio Administrative Interview IAD OIS - 03/27/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX244 | S2023.09-01 #01051-#01054, Sepolio Depo Pl Ex 108, HCDAO Eric Sepolio Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX245 | Sepolio Depo Pl Ex 109, Harding Home Schematic | Unauthenticated; unfair prejudice outweighs probative value; |
| PX246 | None - COH3584, Plaintiff Ex 110, Incident 121337-19 DRAFT Suppl No 0002 (no bates) and 121337-19 DRAFT Suppl No 0005 | Hearsay |
| PX247 | Plaintiff Ex 111, Commission on Accreditation Information from website http://www.calea.org/about-us - 01/24/2024 | *Daubert* unreliable opinion; relevance; unfair prejudice outweighs probative value |
| PX248 | Plaintiff Ex 112, pistol cartridge photos | |
| PX249 | Plaintiff Ex 113, Nicholas autopsy photos-fatal wound tracking | Unfair prejudice outweighs probative value |
| PX250 | 008002 NICHOLAS - 008002 NICHOLAS, Plaintiff Ex 114, Pistol indexing error photos and explanation | *Daubert* unreliable opinion; relevance |
| PX253 | Plaintiff Ex 117, Recovery of Likely Fatal Nicholas Bullet | *Daubert* unreliable expert opinion |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX254 | Acevedo Depo Pl Ex 118, Fatal Nicholas bullet trajectory  path/shooter  location and  field  of view | *Daubert* unreliable expert opinion; demonstratives are not substantive evidence; |
| PX255 | S2023.09-01 #00335 - S2023.09-01 #00335, Acevedo  Depo  Pl  Ex  119, Excerpt from HCDAO Report | Hearsay; unfair prejudice outweighs probative value |
| PX256 | Plaintiff Ex 120, Chap 143 Local Government Code, Title 5, Subtitle A, Section 143.001 | Relevance; unfair prejudice outweighs probative value |
| PX258 | COH38524 - COH38528, Wood Depo Pl Ex 122, Thomas Wood HPD Homicide SIU SW Interview - 02/05/2019 | Hearsay |
| PX259 | COH5805 - COH5863, Wood Depo Pl Ex 123, Thomas Wood Administrative Interview IAD OIS - 03/21/2019 | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX260 | COH37924 - COH37983, Wood Depo Pl Ex 124, Thomas Wood Administrative Interview IAD SW - 04/03/2019 | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX261 | S2023.09-01 #01072-#01076, Wood Depo Pl Ex 125, HCDAO Thomas Wood Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX262 | Wood  Depo  Pl  Ex  126,  Organized crime indictment (engaging in organized criminal activity) - 01/25/2021 | Unauthenticated; hearsay; unfair prejudice outweighs probative value; the indictment was quashed; relevance |
| PX263 | Wood Depo Pl Ex 127, 2nd organized crime indictment (Agg Theft) - 07/01/2020 | Unauthenticated; hearsay; unfair prejudice outweighs probative value; relevance |
| PX264 | Wood Depo Pl Ex 128, 3rd organized crime indictment (tampering governmental record) - 07/01/2020 | Unauthenticated; hearsay; unfair prejudice outweighs probative value; relevance |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX265 | S2023.09-01 #01024-#01033, Plaintiff Ex 139,<br>HCDAO Cedell Lovings Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX269 | S2023.09-01 #01077-#01083, Plaintiff Ex 143,<br>HCDAO Gerald Goines Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX271 | COH83060 - COH83062, Reyna Depo Pl Ex 169, Clemente Reyna Employee Resume Report - 05/28/2021 | Hearsay; unfair prejudice outweighs probative value |
| PX273 | COH38513 - COH38522, Reyna Depo Pl Ex 171, Clemente Reyna Interview with HPD Homicide SIU - 02/05/2019 | Hearsay |
| PX275 | COH6054 - COH6122, Reyna Depo Pl Ex 173,<br>Clemente Reyna Administrative Interview IAD OIS - 03/28/2019 | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX276 | COH37812 - COH37922, Reyna Depo Pl Ex 174, Clemente Reyna Administrative Interview IAD SW - 04/01/2019 | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX277 | S2023.09-01 #01066-#01071, Reyna Depo Pl Ex 175, HCDAO Clemente Reyna Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX281 | COH5752 - COH5804, Ashraf Depo Pl Ex 180,<br>Nadeem Ashraf IAD Administrative Interview - 03/21/2019 | *Gerrity*; 4th Amendment; unfair prejudice outweighs probative value |
| PX282 | S2023.91-01 #01055 - S2023.91-01 #01056,<br>Ashraf Depo Pl Ex 181, HCDAO Ashraf Statements with Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX284 | Duplechain Depo Pl Ex 183, photo deceased dog | Relevance; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX285 | Duplechain Depo Pl Ex 184, Rhogena photo with dog | Relevance; unfair prejudice outweighs probative value |
| PX286 | COH77673 - COH77679, Duplechain Depo Pl Ex 185, Incident 133932-19 Suppl No. 92 | |
| PX287 | Duplechain Depo Pl Ex 186, DA January 2023 (Brady vs. Maryland Disclosure) - 01/30/2023 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX288 | Duplechain Depo Pl Ex 187, DA Texas v. Goines- Amended Notice of Intention to Use Evidence of Prior Convictions, Extraneous Offenses and Bad Acts - 03/19/2024 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX290 | Duplechain Depo Pl Ex 189 - BARC 3-24 Interview Notes | Hearsay |
| PX291 | Dupre Depo Pl Ex 13 AFTE Theory of Identification Document - 10/19/2023 | |
| PX292 | Acevedo Depo Pl Ex A1 video clip- parts 1 and 2 | Hearsay; unauthenticated; |
| PX293 | Acevedo Depo Pl Ex A2 video clip- parts 1 and 2 | Hearsay; unauthenticated |
| PX294 | Acevedo Depo Pl Ex A3 video clip | Hearsay; unauthenticated |
| PX295 | Acevedo Depo Pl Ex A4 video clip | Hearsay; unauthenticated |
| PX296 | Acevedo Depo Pl Ex A5 video clip | Hearsay; unauthenticated |
| PX297 | Acevedo Depo Pl Ex A6 video clip | Hearsay; unauthenticated |
| PX298 | Acevedo Depo Pl Ex A7 video clip | Hearsay; unauthenticated |
| PX299 | TUTTLE 674 - TUTTLE 677, Gerald Goines Murder Warrant - 08/23/2019 | Hearsay; unauthenticated; unfair prejudice outweighs probative value |
| PX300 | State of TX v. Goines; State Amended Notice of Intention to Use Evidence of Prior Acts (printed from Harris County District Clerk website) - 03/19/2024 | Hearsay; unauthenticated; unfair prejudice outweighs probative value |
| PX301 | 002882 NICHOLAS - 002899 NICHOLAS, 4:19-cr-00832; Doc. 113 Steven Bryant Plea Agreement (printed from PACER) - | Hearsay; unauthenticated; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
|  | 06/01/2021 |  |
| PX302 | 002936 NICHOLAS - 003067 NICHOLAS, 4:19-cr-00832; Doc. 35-4 Arraignment/Detention Hearing Transcript (printed from PACER) - 11/27/2019 | Relevance; unfair prejudice outweighs probative value |
| PX314 | COH38391 - COH38393, Photograph of Notes from Blankenship-Reeves to Lieutenant Todd | Hearsay; Unauthenticated (back is missing) |
| PX323 | COH379 - COH396, HPD General Order 400- 28 (2016) Body Worn Cameras - 03/24/2016 | Relevance; unfair prejudice outweighs probative value |
| PX324 | COH397 - COH410, HPD General Order 400- 28 (2017) Body Worn Cameras - 08/16/2017 | Relevance; unfair prejudice outweighs probative value |
| PX334 | COH47085 - COH47086, Todd Depo Pl Ex 16 - 2017-12-00 | Duplicative; see earlier objections |
| PX335 | COH45471 - COH45516, Todd Depo Pl Ex 17 - 12/12/2017 | Duplicative; see earlier objections |
| PX336 | COH47103 - COH47106, Todd Depo Pl Ex 18 | Duplicative; see earlier objections |
| PX337 | COH47108 - COH47141, Todd Depo Pl Ex 19 - 04/02/2019 | Duplicative; see earlier objections |
| PX338 | COH5426 - COH6815, IAD OIS Investigation (Issue Record 54047-2019) | *Gerrity*; unfair prejudice outweighs probative value |
| PX339 | COH37473 - COH39107, IAD SW Investigation (Issue Record 54155-2019) | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX345 | TUTTLE000001 - TUTTLE000001, Dennis Tuttle Honorable Navy Discharge | Relevance; unfair prejudice outweighs the probative value |
| PX346 | TUTTLE000002 - TUTTLE000003, Dennis Tuttle Birth Certificate | Relevance; unauthenticated |

24

| Pltfs No. | Description | Objections |
|---|---|---|
| PX347 | TUTTLE000004 - TUTTLE000004, Dennis<br>Tuttle Death Certificate | Relevance; unauthenticated |
| PX348 | Dennis Tuttle Order Granting Letters of Administration | Relevance; |
| PX349 | Rhogena Nicholas Order For Administration | Relevance |
| PX350 | COH43090 - C0H00043098, Robert Gonzales Appeal to General Discharge - 05/11/2020 | Relevance; unfair prejudice outweighs probative value |
| PX351 | COH43993 - COH44000, Clemente Reyna Appeal of Discharge Status - 02/26/2020 | Relevance; unfair prejudice outweighs probative value |
| PX352 | COH46068 - COH46072, Robert Gonzales Performance/Efficiency Rating - 02/28/2018 | Duplicative; hearsay; relevance; unfair prejudice outweighs probative value |
| PX353 | COH46063 - COH46067, Robert Gonzales Performance/Efficiency Rating - 08/31/2018 | Duplicative; hearsay; relevance; unfair prejudice outweighs probative value |
| PX354 | COH46058 - COH46062, Robert Gonzales Performance/Efficiency Rating - 02/28/2019 | Duplicative; hearsay; relevance; unfair prejudice outweighs probative value |
| PX355 | COH44064 - COH44064, Clemente Reyna Performance/Efficiency Rating - 08/31/2017 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX356 | COH44060 - COH44060, Clemente Reyna Performance/Efficiency Rating - 02/28/2018 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX357 | COH44059 - COH44059, Clemente Reyna Performance/Efficiency Rating - 08/31/2018 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX358 | COH44042 - COH44042, Clemente Reyna Performance/Efficiency Rating - 02/28/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX359 | COH43682 - COH43682, T.A. Wood<br>Performance/Efficiency Rating - 02/28/2018 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX360 | COH43681 - COH43681, T.A. Wood<br>Performance/Efficiency Rating - 08/31/2018 | Relevance; hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX361 | COH43667 - COH43677, T.A. Wood Performance/Efficiency Rating - 02/28/2019 | Relevance; hearsay; unfair prejudice outweighs probative value |
| PX362 | COH83040 - COH83041, Nadeem Ashraf Employee Resume Report - 05/28/2021 | Hearsay |
| PX363 | COH83042 - COH83044, Steven Bryant Employee Resume Report - 05/28/2021 | Hearsay |
| PX364 | COH83045 - COH83046, Felipe Gallegos Employee Resume Report - 05/28/2021 | Hearsay |
| PX365 | COH83047 - COH83050, Gerald Goines Employee Resume Report - 05/28/2021 | Hearsay |
| PX366 | COH83051 - COH83053, Robert Gonzales Employee Resume Report - 05/28/2021 | Hearsay |
| PX367 | COH83054 - COH83055, Cedell Lovings Employee Resume Report - 05/28/2021 | Hearsay |
| PX368 | COH83056 - COH83057, Frank Medina Employee Resume Report - 05/28/2021 | Hearsay |
| PX369 | COH83058 - COH83059, Oscar Pardo Employee Resume Report - 05/28/2021 | Hearsay |
| PX370 | COH83060 - COH83062, Clemente Reyna Employee Resume Report - 05/28/2021 | Hearsay |
| PX371 | COH83063 - COH83064, Manuel Salazar Employee Resume Report - 05/28/2021 | Hearsay |
| PX372 | COH83065 - COH83066, Eric Sepolio Employee Resume Report - 05/28/2021 | Hearsay |
| PX373 | COH83067 - COH83069, Thomas Wood Employee Resume Report - 05/28/2021 | Hearsay |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX374 | Beynon Depo Pl Exhibits 50-71 autopsy reports of Dennis Tuttle and Rhogena Nicholas and photos (All Exhibits have COH Bates numbers except Exhibit 58 (000049 NICHOLAS), Exhibit 64 (Crime Scene Photo-<br>Regina) and Exhibit 71 (Beynon CV) | Duplicative; unfair prejudice outweighs probative value |
| PX375 | TUTTLE 004695 - TUTTLE 004710,<br>Tuttle/Nicholas Income Tax Returns | Relevance |
| PX376 | TUTTLE 004711 - TUTTLE 004721, Tuttle<br>Family photos (11) | Relevance |
| PX384 | 000093 NICHOLAS - 000183 NICHOLAS,<br>Maloney Forensic photos | *Daubert* unreliable opinion; unathenticated |
| PX385 | 007897 NICHOLAS - 007904 NICHOLAS,<br>Jeff Goudeau photos | *Daubert* unreliable opinion; unauthenticated |
| PX387 | COH5718 - COH5734, Joseph Arechiga IAD Administrative Statement - 03/14/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX390 | COH5752 - COH5804, Nadeem Ashraf IAD Administrative Interview - 03/21/2019 | *Gerrity;* 5th Amendment; unfair prejudice outweighs probative value; hearsay |
| PX391 | S2023.91-01 #01055 - S2023.91-01 #01056,<br>HCDAO Ashraf Statements with Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX392 | COH37653 - COH37664, Nicole Blankenship-<br>Reeves IAD Administrative Statement SW - 03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX393 | COH5735 - COH5751, Nicole Blankenship-<br>Reeves IAD Administrative Statement OIS - 03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX394 | COH77437 - COH77439, Nicole Blankenship- Reeves Interview (Summary) - 02/05/2019 | Hearsay |
| PX396 | COH4088 - COH4088, Nicole Blankenship- Reeves Audio - 02/05/2019 | Hearsay |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX398 | COH38489 - COH38505, Steven Bryant SIU<br>Interviews with Narcotics Division - 02/07/2019 | Hearsay |
| PX399 | S2023.09-01 #01022-#01023, HCDAO Bryant<br>Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX400 | COH14381 - COH14381, Paul Follis SIU<br>Interview audio file - 02/13/2019 | Hearsay |
| PX401 | COH77470 - COH77472, Paul Follis SIU<br>Interview - 02/13/2019 | Hearsay |
| PX402 | COH37694 - COH37707, Paul Follis<br>Administrative Statement IAD SW - 03/22/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX403 | S2023.09-01 #00339-#00343, HCDAO Paul<br>Follis Interview - 03/02/2020 | Hearsay; unfair prejudice outweighs probative value |
| PX406 | COH5986 - COH6045, Felipe Gallegos Administrative Interview IAD OIS - 03/29/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX408 | S2023.09-01 #01057-#01065, HCDAO Felipe<br>Gallegos Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX410 | COH5703 - COH5717, Samuel Garza IAD Administrative Statement - 03/14/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX412 | S2023.09-01 #01077-#01083, HCDAO Gerald<br>Goines Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX414 | COH37709 - COH37810, Robert Gonzales<br>Administrative Interview IAD SW -<br>03/29/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX415 | COH37641 - COH37651, J.A. John-Louis<br>Administrative Statement IAD SW -<br>03/14/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX418 | S2023.09-01 #01024-#01033, HCDAO Cedell<br>Lovings Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX419 | COH5643 - COH5656, Griff Maxwell<br>Administrative Statement IAD OIS -<br>03/14/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX422 | COH5864 - COH5924, Frank Medina<br>Administrative Interview IAD OIS -<br>03/27/2019 | *Gerrity*, 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX423 | S2023.09-01 #01014-#01021, HCDAO Frank<br>Medina Statements and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX425 | COH77442 - COH77443, Richard Morales HPD Interview (Summary) - 02/06/2019 | Hearsay |
| PX426 | COH5687 - COH5702, Richard Morales<br>Administrative Statement IAD OIS -<br>03/18/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX428 | COH5671 - COH5686, Yvette Ortiz<br>Administrative Statement IAD OIS -<br>03/13/2019 | *Gerrity*; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX431 | COH6123 - COH6186, Oscar Pardo Administrative Statement IAD OIS - 03/29/2019 | *Gerrity*; 5th Amendment; unfair prejudice outweighs probative value |
| PX432 | S2023.09-01 #01041-#01050, HCDAO Frank Medina Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX434 | COH38513 - COH38523, Clemente Reyna Interview with HPD Homicide SIU - 02/05/2019 | Hearsay |
| PX436 | COH6054 - COH6122, Clemente Reyna Administrative Interview IAD OIS - 03/28/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX437 | COH37812 - COH37922, Clemente Reyna Administrative Interview IAD SW - 04/01/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX438 | S2023.09-01 #01066-#01071, HCDAO Clemente Reyna Statements, Addendum and Weapons Charting | Hearsay; unfair prejudice outweighs probative value |
| PX440 | COH5657 - COH5670, Valeriano Rios Administrative Statement IAD OIS - 03/13/2019 | *Gerrity*; unfair prejudice outweighs probative value |
| PX443 | COH6187 - COH6247, Manuel Salazar Administrative Interview IAD OIS - 03/28/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX444 | S2023.09-01 #01034-#01040, HCDAO Manuel Salazar, Statements, Addendum and Weapons Charting | hearsay; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX447 | COH5925 - COH5985, Eric Sepolio Administrative Interview IAD OIS - 03/27/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX448 | S2023.09-01 #01051-#01054, HCDAO Eric Sepolio Statements, Addendum and Weapons Charting | hearsay; unfair prejudice outweighs probative value |
| PX449 | COH77444 - COH77444, Marsha Todd HPD Interview Summary - 02/07/2019 | Hearsay |
| PX450 | COH37666 - COH37692, Marsha Todd Administrative Interview IAD SW - 03/20/2019 | *Gerrity*; hearsay; unfair prejudice outweighs probative value |
| PX453 | COH5805 - COH5863, Thomas Wood Administrative Interview IAD OIS - 03/21/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX454 | COH37924 - COH37983, Thomas Wood Administrative Interview IAD SW - 04/03/2019 | *Gerrity*; 5th Amendment; hearsay; unfair prejudice outweighs probative value |
| PX455 | S2023.09-01 #01072-#01076, HCDAO Thomas Wood Statements, Addendum and Weapons Charting | hearsay; unfair prejudice outweighs probative value |
| PX461 | COH10302 - COH10308, S15 Pre-Raid Texts | Duplicative; see earlier objections |
| PX462 | COH36292 - COH36292, Marsha Todd/Gerald Goines Texts | Duplicative; see earlier objections |
| PX463 | COH77520 - COH77520, Transcript of Marsha Todd/Gerald Goines Texts | Duplicative; see earlier objections |
| PX464 | 002926 NICHOLAS - 002935 NICHOLAS, Rhogena Nicholas Text Messages | Relevance; unfair prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX465 | COH34807.mp4 - Taste of Texas Video - 01/27/2019 | Duplicative; Relevance; see earlier objections |
| PX466 | 002503 NICHOLAS - 002503 NICHOLAS, Nicholas- 10 Sarah Sanchez Cell Phone Videos | Relevance; hearsay; not authenticated; unfair prejudice outweighs probative value |
| PX467 | COH19092.avi - Neighbor Security Cam video - 01/28/2019 | duplicative |
| PX468 | COH16961.avi - Neighbor Security Cam video - 01/28/2019 | Duplicative |
| PX469 | COH16930.avi - Neighbor Security Cam video - 01/28/2019 | Duplicative |
| PX470 | COH16924.avi - Neighbor Security Cam video - 01/28/2019 | Duplicative |
| PX474 | 002504 NICHOLAS - 002504 NICHOLAS, 39 Press Videos | Duplicative; hearsay; unauthenticated; unfair prejudice outweighs probative value |
| PX475 | 002505 NICHOLAS - 002505 NICHOLAS, 36 Acevedo Press Videos | Duplicative; hearsay; unauthenticated; unfair prejudice outweighs probative value |
| PX476 | Texas Ranger Synced Video | Duplicative |
| PX477 | 007884 NICHOLAS - 007888 NICHOLAS, Plaintiff Expert Robert Bux CV - 07/13/2021 | Hearsay |
| PX478 | 008015 NICHOLAS - 008024 NICHOLAS, Plaintiff Expert Robert Bux Expert Report - 01/16/2024 | Hearsay |
| PX479 | 000077 NICHOLAS - 000078 NICHOLAS, Scales Biological Laboratory Preliminary DNA Report - 10/02/2019 | Hearsay; unauthenticated; *Daubert* unreliable opinion testimony; prejudice outweighs probative value |
| PX480 | 007917 NICHOLAS - 007962 NICHOLAS, Andrew Scott Expert Report - 01/15/2024 | Hearsay; unauthenticated; *Daubert* unreliable opinion testimony; prejudice outweighs probative value |

| Pltfs No. | Description | Objections |
|---|---|---|
| PX481 | 008274 NICHOLAS - 008301 NICHOLAS, Andrew Scott CV - 05/29/2024 | Hearsay; unauthenticated; *Daubert* unreliable opinion testimony; prejudice outweighs probative value |
| PX482 | 001969 NICHOLAS - 001984 NICHOLAS, Art Acevedo Audio Transcription - 08/27/2019 | Hearsay; unauthenticated; prejudice outweighs probative value |
| PX483 | 002880 NICHOLAS - 002881 NICHOLAS, HPD OIS Data Officer Involve | Hearsay; unauthenticated; prejudice outweighs probative value |
| PX484 | City of Houston OIS shooting data from 2008- 2021. HPD Website available at: https://www.houstontx.gov/police/ois/ | Hearsay; unauthenticated; prejudice outweighs probative value |
| PX485 | Exhibit AA to Plaintiff's Motion for Summary Judgment Response; Declaration of Nicholas Watson - 03/14/2016 | Hearsay; Affidavit testimony is not admissible at trial; relevance; unfair prejudice outweighs probative value |
| PX486 | Exhibit AI to Plaintiff's Motion for Summary Judgment Response; Jury Charge as answered from Gomez v. City of Houston - 07/13/2021 | Relevance; hearsay; unfair prejudice outweighs probative value |

Respectfully submitted,
**ARTURO G. MICHEL**
**City Attorney**

Date: October 25, 2024.                   By:   */s/ Melissa Azadeh*

CHRISTY L. MARTIN
Chief, Torts/Civil Rights
SBN:  24041336
FBN:  754168
Phone:  (832) 393-6438 (direct)
christy.martin@houstontx.gov

MELISSA AZADEH
Senior Assistant City Attorney
SBN: 24064851
FBN:  1090186
Phone: (832) 393-6270 (direct)
melissa.azadeh@houstontx.gov

MICHELLE TAYLOR
Senior Assistant City Attorney
SBN: 224060889
FBN:  3773284
Phone: (832) 393-6248 (direct)
michelle.taylor2@houstontx.gov

ALEXANDER GARCIA
Assistant City Attorney
SBN:  24104429
FBN:  3852904
Phone:  (832) 393-6293 (direct)
alexander.garcia@houstontx.gov

CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002

**Attorneys for Defendants Nadeem Ashraf, Robert**
**Gonzales, Cedell Lovings, Frank Medina, Oscar**
**Pardo, Clemente Reyna, Manuel Salazar, Eric**
**Sepolio, and Thomas Wood**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2024 a true and correct copy of the foregoing document was delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, to:

Michael Patrick Doyle
mdoyle@doylelawfirm.com
Jeffrey I. Avery
jeffavery@doylelawfirm.com
Patrick M. Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett St
Houston, TX 77098
mike@gld-law.com

Charles Bourque, Jr.
St. Martin & Bourque
315 Barrow St
Houma, LA 70360
cbourque@stmblaw.com

Dwayne Richard Day
Attorney at Law
3401 Allen Pkwy, Suite 100
Houston, TX 77019
dday@ddaylaw.com

David Allen Nachtigall
Attorney at Law, PLLC
1545 Heights, Ste. 100
Houston, TX 77008
david@dntriallaw.com

Margaret Bryant
Ware, Jackson, Lee, O'Neill, Smith
& Barrow, L.L.P.

2929 Allen Parkway, 39th floor
Houston, TX 77019

Alistair B. Dawson
adawson@beckredden.com
Lena Elizabeth Silva
lsilva@beckredden.com
Garrett Scott Brawley
gbrawley@beckredden.com
Beck Redden LLP
1221 McKinney, Ste 4500
Houston, TX 77010

Harold Al Odom, III
Odom Law Firm
601 Sawyer, Suite 225
Houston, TX 77007
aodom@aodomlawfirm.com

Russell Hardin, Jr
rhardin@rustyhardin.com
John Garnet MacVane
jmacvane@rustyhardin.com
Marshall Douglas Murphy
dmurphy@rustyhardin.com
Rachel Mae Lewis
rlewis@rustyhardin.com
Rusty Hardin and Associates
1401 McKinney, Ste 2250
Houston, TX 77010
Letitia D. Quinones
Quinones & Associates, PLLC
2202 Ruth Street
Houston, TX 77004
lquinones@rustyhardin.com

*/s/ Melissa Azadeh*
Melissa Azadeh