UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CITY OF HOUSTON, *et al.*<br><br>*Defendants*. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-cv-00270 |

CONSOLIDATED WITH

| | |
|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CITY OF HOUSTON, *et al.*<br><br>*Defendants*. | § § § § § § § § § § § § § § § § |

## DEFENDANT GERALD GOINES' PROPOSED EXHIBIT LIST

To the Honorable United States District Judge Alfred H. Bennett:

Defendant Gerald Goines hereby adopts the Exhibit List of the City of Houston as his Exhibit List for trial.

Respectfully submitted,

Dwayne R. Day, P.C.

*/s/ Dwayne R. Day*
Dwayne R. Day
Federal Bar No. 19937
State Bar No. 00795314
3401 Allen Parkway, Suite 101
Houston, Texas 77019
Tel 713.818.1534
Fax 832-565-901
dday@ddaylaw.com

*Attorneys for Defendant Gerald Goines*

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

*/s/ Dwayne R. Day*
Dwayne R. Day