IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CLIFFORD F. TUTTLE, JR.,** *et al*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Civil Action No. 4:21-cv-00270 |
| | § § | |
| **CITY OF HOUSTON,** *et al*, | § § § | |
| *Defendants.* | § | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| **JOHN NICHOLAS,** et al, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-00272 |
| **CITY OF HOUSTON; et al,** | § § § | |
| *Defendants*. | § | |

**DEFENDANTS ASHRAF, GONZALES, LOVINGS, MEDINA, PARDO, REYNA, SALAZAR, SEPOLIO, AND WOOD'S, OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants Nadeem Ashraf, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente Reyna, Manuel Salazar, Eric Sepolio, Thomas Wood, and Robert Gonzales (collectively "Defendant-Officers") file these objections to plaintiffs' deposition designations:

**I.       General Objection**

Defendant Officers generally object to any of plaintiff's deposition designations to the extent that the testimony refers, relates to, or directly quotes any internal affairs documents, investigations or findings, for the reasons stated in Doc. #394 (arguments for which are incorporated by reference

herein). Defendant Officers join in and incorporate by reference the objections asserted by the City of Houston in Doc. #383.

## II. Maryanne Beynon

| BEGIN PAGE LINE | END PAGE LINE | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|---|
| 7:16 | 7:25 | leading | | |
| 8:10 | 9:2 | leading | | |
| 9:6 | 9:12 | leading | | |
| 9:17 | 11:17 | leading | | |
| 11:22 | 12:10 | leading | | |
| 14:10 | 14:16 | | | |
| 16:3 | 16:6 | leading | | |
| 16:20 | 17:16 | leading | | |
| 19:12 | 20:19 | Leading | | |
| 21:6 | 21:15 | Leading | | |
| 22:6 | 22:11 | | | |
| 27:8 | 27:24 | leading | | |
| 28:1 | 28:16 | Leading | | |
| 29:13 | 30:23 | Leading; vague; argumentive; speculation; exceeds expertise; compound | | |
| 31:6 | 32:8 | Leading; vague; argumentative | | |
| 32:22 | 34:8 | Leading; compound | | |
| 35:14 | 36:16 | | | |
| 37:6 | 37:10 | Leading; vague | | |
| 37:16 | 43:6 | Leading; compound; argumentative; exceeds witness expertise | | |
| 43:24 | 44:4 | Leading | | |
| 44:9 | 44:12 | Leading | | |
| 45:4 | 46:5 | Leading vague argumentative compound | | |
| 46:14 | 49:7 | Leading, argumentative, compound, exceeds witness expertise, best evidence rule, | | |

| BEGIN PAGE LINE | END PAGE LINE | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|---|
| | | the document speaks for itself | | |
| 49:15 | 50:25 | Asked and answered, leading | | |
| 51:8 | 54:18 | Leading, compound, | | |
| 55:22 | 57:4 | Leading | | |
| 57:10 | 57:11 | | | |
| 57:15 | 58:13 | | | |
| 58:23 | 59:18 | Leading; compound | | |
| 61:17 | 65:17 | Leading, compound, exceeds witness expertise; argumentative | | |
| 65:21 | 66:3 | Leading | | |
| 68:9 | 68:17 | Compound, leading | | |
| 68:20 | 69:8 | Compound, leading, exceeds witness expertise | | |
| 69:23 | 73:6 | Leading; argumentative; exceeds witness expertise, compound, | | |
| 73:16 | 75:16 | Asked and answered; leading | | |
| 75:19 | 75:19 | | | |
| 75:21 | 79:4 | Vague; argumentative; compound; exceeds witness expertise; calls for speculation; asked and answered | | |
| 81:10 | 81:16 | Leading; argumentative; calls for speculation; exceeds witness expertise; misleading; mischaracterizes witness testimony | | |
| 82:18 | 84:11 | Leading; argumentative; | | |

| BEGIN PAGE LINE | END PAGE LINE | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|---|
|  |  | mischaracterizes witness testimony; exceeds witness expertise; speculative; compound; asked and answered |  |  |
| 85:24 | 86:4 | Vague; compound; asked and answered; mischaracterizes testimony; argumenative |  |  |
| 87:2 | 87:13 | Leading, compound, argumenative |  |  |
| 87:18 | 87:18 |  |  |  |
| 87:21 | 87:24 |  |  |  |
| 88:5 | 88:21 | leading |  |  |
| 92:12 | 93:13 | Vague; confusing; leading; argumentative |  |  |
| 93:21 | 94:2 | Leading |  |  |
| 94:10 | 94:20 | Leading; compound; argumentative; mischaracterizes testimony; |  |  |
| 95:5 | 95:18 | Compound, leading, |  |  |
| 96:11 | 99:15 | Argumentative; vague; leading; exceeds witness expertise; speculative; |  |  |
| 100:11 | 101:4 | Leading; exceeds witness expertise, |  |  |
| 101:11 | 102:11 | Leading, compound, speculative, |  |  |
| 104:2 | 104:23 | Leading, asked and answered |  |  |
| 108:18 | 109:2 | Relevance, leading, |  |  |
| 109:25 | 111:23 | Mischaracterizes testimony, leading |  |  |

| BEGIN PAGE LINE | END PAGE LINE | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|---|
| 112:7 | 115:15 | Compound, leading, speculation, exceeds witness expertise; argumentative, leading | | |
| 115:19 | 117:3 | Leading; argumentative, speculative | | |
| 117:12 | 118:5 | Compound, argumentative, leading, speculative | | |
| 118:11 | 118:17 | Leading, speculative, compound | | |
| 119:3 | 121:5 | Leading, compound, exceeds witness expertise, argumentative | | |
| 121:9 | 122:16 | Leading, argumentative, compound, | | |
| 123:21 | 128:17 | Compound, leading, argumentative, vague, speculative, | | |
| 128:22 | 141:8 | Leading, compound, argumentative, speculative, exceeds witness expertise | | |
| 141:20 | 143:2 | Leading, vague, argumentative, | | |
| 144:15 | 144:18 | | | |
| 145:8 | 148:18 | Leading; exceeds witness expertise | | |
| 149:6 | 151:13 | Leading, compound | | |
| 152:7 | 152:23 | | | |
| 153:9 | 154:9 | leading | | |
| 154:19 | 155:22 | Exceeds witness expertise, speculative, leading | | |
| 156:5 | 156:16 | leading | | |

| BEGIN PAGE LINE | END PAGE LINE | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|---|
| 156:20 | 157:21 | leading | | |
| 157:24 | 159:2 | Compound, leading | | |
| 159:6 | 160:9 | Leading, exceeds the witness expertise | | |
| 161:22 | 163:3 | leading | | |
| 163:6 | 164:3 | Leading, argumentative | | |
| 164:18 | 166:25 | Leading, compound | | |
| END | | | | |

### III. Cedell Lovings 2/14/2024

| TESTIMONY PROFFERED | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|
| Page 10: 1-7, 9. | Asked and answered; argumentative; calls for speculation. | | |
| Page 12: 11-19. | Asked and answered; witness stated a lack of personal knowledge, argumentative; calls for speculation. | | |
| Page 13: 1-4; 6-7. | Argumentative; calls for speculation; misleading; witness stated has no knowledge if witness was there. | | |
| Page 15: 1-12. | Vague; assumes facts not in evidence. | | |
| Page 17: 12-15; 16.<br><br>17; 19; 20-25. | Assumes facts not in evidence, lack of foundation.<br><br>Asked and answered; argumentative. | | |
| Page 18: 7-8; 10-13; 15-17. | Asked and answered; argumentative; misstates the evidence, calls for speculation | | |
| Page 23: 15-18; 20-22; 24-25. | Argumentative, asked and answered, assumes facts not in evidence, calls for speculation. | | |

| | | | |
|---|---|---|---|
| Page 24: 2-6; 8-9; 16-25. | Argumentative, asked and answered, assumes facts not in evidence, calls for speculation. | | |
| Page 25: 1-3; 5; 6-23; 25. | Argumentative, asked and answered, assumes facts not in evidence, misleading, calls for speculation. | | |
| Page 27: 1-23. | Asked and answered; argumentative; misstates the testimony. | | |
| Page 29: 16-25. | Misleading; misstates the evidence; assumes facts not in evidence. | | |
| Page 30: 17-25. | Misstates the evidence and the testimony; misleading. | | |
| Page 31: 16-25. | Argumentative; misstates the testimony and evidence; misleading. | | |
| Page 32: 5-23. | Asked and answered; argumentative; assumes facts not in evidence. | | |
| Page 33: 1, 3, 4, 6.  7, 8, 10. | Asked and answered; argumentative.  Assumes facts not in evidence; misstates the testimony. | | |
| Page 34: 13-20;22-25. | Asked and answered; argumentative; misleading. | | |
| Page 35: 1-25. | Asked and answered; argumentative; misleading and misstates the testimony; lack of foundation. | | |
| Page 38: 1-2; 6-8; 10-12; 14-19; 21-24; 25. | Unauthenticated image; lack of foundation; calls for speculation. | | |
| Page 39: 13-14. | Argumentative; assumes facts not in evidence; misstates the testimony. | | |
| Page 40: 14-16. | Not relevant; Fifth Amendment; unfair prejudice outweighs probative value. Violation of Due Process. | | |

| | | | |
|---|---|---|---|
| Page 41: 4-11; 22-25. | Not relevant; unfair prejudice outweighs probative value; Fifth Amendment; violation of Due Process. | | |
| Page 43: 4-5; 9-15; 20; 23. | Relevance; vague; calls for speculation; lack of foundation; improper expert opinion; Fifth Amendment. | | |
| Page 44: 18-15; 19; 21. | Relevance; vague; calls for speculation; lack of foundation; improper expert opinion; Fifth Amendment; unfair prejudice outweighs value. | | |
| Page 59: 8-16. | Misstates the evidence and testimony; compound. | | |
| Page 60: 1-12 | Calls for speculation; misstates testimony; misleading. | | |
| Page 61: 2-10 | Refers to unspecified and unauthenticated images; assumes facts not in evidence; lack of foundation; misleading. | | |
| 11-15; 16-25 | Argumentative; assumes facts not in evidence; compound; lack of foundation; misleading. | | |
| Page 63: 19-24. | Misstates the testimony; asked and answered; argumentative. | | |
| Page 64: 1-9 | Asked and answered; argumentative; lack of foundation and vague. | | |
| 11-20 | Asked and answered; argumentative; lack of foundation and vague. | | |
| 12-25. | Assumes facts not in evidence; misstates the testimony; argumentative; inflammatory; prejudice outweighs probative value. | | |
| Page 65: 106. | Asked and answered; argumentative. | | |

| TESTIMONY PROFFERED | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|
| Page 66: 6-13; 21-25. | Calls for speculation; compound; argumentative. | | |
| Page 70: 19-23. | Lack of foundation; calls for speculation. | | |
| Page 71: 5-16. | Asked and answered; calls for speculation; vague. | | |
| Page 72: 1-5. | Asked and answered; calls for speculation; witness lacks knowledge. | | |
| 16-20. | Misstates the testimony. | | |
| Page 73: 18-24. | Calls for speculation; argumentative. | | |
| Page 76: 1-8; 13-14; 21-25. | Argumentative; asked and answered repeatedly; misleading; compound; misstates the testimony; relevance. | | |
| Page 78: 7-18; 25. | Asked and answered; argumentative; calls for speculation. | | |
| Page 81: 20-23. | Unauthenticated picture; lack of foundation; misleading; calls for speculation. | | |

## IV.  Cedell Lovings 4/15/24

| TESTIMONY PROFFERED | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|
| Page 56, 14-25 | Not relevant; unfair prejudice outweighs probative value; *Garrity*; Fifth Amendment; violation of Due Process. | | |

## V.  Nadeem Ashraf

| TESTIMONY PROFFERED | OBJECTION | OVERRULED | SUSTAINED |
|---|---|---|---|
| 8:6-15 | *Gerrity*, 5th Amendment, unfair prejudice outweighs probative value | | |
| 11:10-11 | No answer indicated; relevance; unfair prejudice outweighs probative value | | |
| 12:4-7 | Relevance, | | |
| 12:16-24 | *Gerrity*, 5th Amendment, unfair prejudice outweighs probative value, relevance | | |
| 13:9-14:1 | *Gerrity*, 5th Amendment, unfair prejudice outweighs probative value, relevance | | |
| 24:1-6 | Asked and answered | | |
| 25:13-27:18 | Relevance, unfair prejudice outweighs probative value | | |
| 28:16-29:12 | 5th amendment, unfair prejudice outweighs probative value | | |
| 29:13-24 | Asked and answered; assumes facts not in evidence | | |
| 36:21-37:12 | Assumes facts not in evidence, relevance, unfair prejudice outweighs probative value, mischaracterizes testimony, calls for hearsay | | |
| 49:11-15 | Asked and answered | | |
| 50:3-7 | Asked and answered | | |

| | | | |
|---|---|---|---|
| 61:2-11 | Assumes facts not in evidence | | |
| 71:7-12 | 5th Amendment, relevance, unfair prejudice outweighs the probative value | | |
| 70:24-71:1 | Asked and answered | | |
| 76:3-11 | 5th amendment, relevance, unfair prejudice outweighs probative value | | |
| 79:6-16 | Hearsay | | |
| 79:20-80:5 | Hearsay, unfair prejudice outweighs probative value, relevance | | |
| 81:1-13 | 5th amendment, unfair prejudice outweighs probative value, relevance, | | |
| 81:14-82:2 | Argumentative, misleading, mischaracterizes testimony | | |
| 82:17-83:4 | Argumentative, misleading, temporally vague, mischaracterizes testimony | | |
| 85:18-22 | Argumentative, misleading, assumes facts not in evidence, mischaracterizes testimony | | |
| 89:7-15 | 5th amendment, unfair prejudice outweighs probative value, relevance, hearsay | | |
| 89:16-20 | Argumentative | | |

| | | | |
|---|---|---|---|
| 91:22-94:5 | Argumentative, hearsay, asked and answered, mischaracterizes testimony | | |
| 96:16-971 | Hearsay, speculation, argumentative | | |
| 101:6-102:9 | 5th Amendment, argumentative, relevance, unfair prejudice outweighs probative value, | | |
| 103:15-21 | Argumentative, compound | | |
| 11:7-20 | Argumentative, compound, assumes facts not in evidence, unfair prejudice outweighs probative value, relevance | | |

                                            Respectfully submitted,
                                            **ARTURO G. MICHEL**
                                            City Attorney

Date: October 25, 2024.        By:   */s/ Christy L. Martin*
                                            CHRISTY L. MARTIN
                                            Chief, Torts/Civil Rights
                                            SBN: 24041336
                                            FBN:  754168
                                            Phone:  (832) 393-6438 (direct)
                                            christy.martin@houstontx.gov

                                            MELISSA AZADEH
                                            Senior Assistant City Attorney
                                            SBN: 24064851
                                            FBN:  1090186
                                            Phone: (832) 393-6270 (direct)
                                            melissa.azadeh@houstontx.gov

                                            MICHELLE TAYLOR
                                            Senior Assistant City Attorney

SBN: 224060889
FBN: 3773284
Phone: (832) 393-6248 (direct)
michelle.taylor2@houstontx.gov

ALEXANDER GARCIA
Assistant City Attorney
SBN: 24104429
FBN: 3852904
Phone: (832) 393-6293 (direct)
alexander.garcia@houstontx.gov

CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002

**Attorneys for Defendants Nadeem Ashraf, Robert Gonzales, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente Reyna, Manuel Salazar, Eric Sepolio, and Thomas Wood**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of October 2024 a true and correct copy of the foregoing document was delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, to:

Michael Patrick Doyle
mdoyle@doylelawfirm.com
Jeffrey I. Avery
jeffavery@doylelawfirm.com
Patrick M. Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett St
Houston, TX 77098
mike@gld-law.com

Charles Bourque, Jr.
St. Martin & Bourque
315 Barrow St
Houma, LA 70360
cbourque@stmblaw.com

Dwayne Richard Day
Attorney at Law
3401 Allen Pkwy, Suite 100
Houston, TX 77019
dday@ddaylaw.com

David Allen Nachtigall
Attorney at Law, PLLC
1545 Heights, Ste. 100
Houston, TX 77008
david@dntriallaw.com

Margaret Bryant
Ware, Jackson, Lee, O'Neill, Smith
& Barrow, L.L.P.

2929 Allen Parkway, 39th floor
Houston, TX 77019

Alistair B. Dawson
adawson@beckredden.com
Lena Elizabeth Silva
lsilva@beckredden.com
Garrett Scott Brawley
gbrawley@beckredden.com
Beck Redden LLP
1221 McKinney, Ste 4500
Houston, TX 77010

Harold Al Odom, III
Odom Law Firm
601 Sawyer, Suite 225
Houston, TX 77007
aodom@aodomlawfirm.com

Russell Hardin, Jr
rhardin@rustyhardin.com
John Garnet MacVane
jmacvane@rustyhardin.com
Marshall Douglas Murphy
dmurphy@rustyhardin.com
Rachel Mae Lewis
rlewis@rustyhardin.com
Rusty Hardin and Associates
1401 McKinney, Ste 2250
Houston, TX 77010
Letitia D. Quinones
Quinones & Associates, PLLC
2202 Ruth Street
Houston, TX 77004
lquinones@rustyhardin.com

          */s/ Christy L. Martin*
          Christy L. Martin