United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFFORD F. TUTTLE, JR., *et al.*, | § § § |
| Plaintiffs, | § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-00270 |
| CITY OF HOUSTON, *et al.*, | § § § |
| Defendants. | § |

### AMENDED SCHEDULING ORDER

It is ORDERED that the docket call and trial setting in this case is continued as follows:

    Docket call scheduled    May 2, 2025, at 10:00 AM

    Jury trial scheduled    May 5, 2025, at 9:00 AM

Signed on October 29, 2024.

_____
Alfred H. Bennett
United States District Judge