IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, <br><br>　　Plaintiffs <br><br> v. <br><br> CITY OF HOUSTON, *et al.*, <br><br>　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00270 |

AND

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas, <br><br>　　Plaintiffs <br><br> v. <br><br> CITY OF HOUSTON, *et al.*, <br><br>　　Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00272 |

### DEFENDANT CITY OF HOUSTON'S UNOPPOSED MOTION TO EXTEND THE RESPONSE DEADLINE TO PLAINTIFFS' MOTION TO UNSEAL SUMMARY JUDGMENT BREIFING AND EXHIBITS

The City of Houston (the "City") respectfully files this Unopposed Motion to Extend the Deadline to file a Response to Plaintiffs' Motion to Unseal Summary Judgment Briefing and Exhibits by one week to November 11, 2024. There is good cause for the requested one-week extension given the recent continuance and the fact that Defendants were diligently preparing for trial prior to the noted continuance.

1

For the foregoing reasons, the City respectfully requests that the Court grant this Unopposed Motion to Extend the Deadline to file a Response to Plaintiffs' Motion to Unseal Summary Judgment Briefing and Exhibits by one week to November 11, 2024. This extension is not sought for delay, but so that justice may be done.

Dated: November 4, 2024                                Respectfully submitted:

**BECK REDDEN LLP**

*/s/ Alistair B. Dawson*
Alistair B. Dawson
State Bar No. 05596100
Federal Bar I.D. 12864
adawson@beckredden.com
Garrett S. Brawley
State Bar No. 24095812
Federal Bar I.D. 3311277
gbrawley@beckredden.com
Lena E. Silva
State Bar No. 24104993
Federal Bar I.D. 3608019
lsilva@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*/s/ Al Odom*
Al Odom
State Bar No. 15201100
Federal Bar I.D. 12913
The Odom Law Firm
601 Sawyer Street, Suite 225
Houston, Texas 77007
Telephone: (713) 357-5153
E-mail: aodom@aodomlawfirm.com

**ATTORNEYS FOR DEFENDANT CITY OF HOUSTON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all counsel of record on this the 4th day of November 2024, pursuant to the Federal Rules of Civil Procedure.

*/s/ Garrett S. Brawley*
Garrett S. Brawley

## CERTIFICATE OF CONFERENCE

I hereby certify that the City conferred with counsel for Plaintiffs, and Plaintiffs' counsel informed the City that Plaintiffs agree with the relief requested. Thus, this Motion is unopposed.

*/s/ Garrett S. Brawley*
Garrett S. Brawley