**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLIFFORD F. TUTTLE, JR.,** *et al*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-00270** |
| | § | |
| **CITY OF HOUSTON,** *et al*, | § | |
| | § | |
| *Defendants.* | § | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **JOHN NICHOLAS, et al,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-00272** |
| | § | |
| **CITY OF HOUSTON; et al,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS ASHRAF, GONZALES, LOVINGS, MEDINA, PARDO, REYNA, SALAZAR, SEPOLIO, AND WOOD'S, RESPONSE TO PLAINTIFFS' MOTION TO UNSEAL SUMMARY JUDGMENT RESPONSES AND EXHIBITS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants Nadeem Ashraf, Cedell Lovings, Frank Medina, Oscar Pardo, Clemente Reyna, Manuel Salazar, Eric Sepolio, Thomas Wood, and Robert Gonzales (collectively "Defendant-Officers") file this Response to Plaintiffs' Motion to Unseal Summary Judgment Responses and Exhibits [Doc. #361]:

**Argument and Authorities**

1.     The Court has taken note and observed the Harris County District Attorney's actions to re-indict several officers. The proposition to unseal the summary judgment briefing—thereby granting the District Attorney access to *Garrity* statements and other discovery materials not

1

otherwise accessible—poses significant challenges. These challenges mirror those the Defendant-Officers would encounter should this Court not elect to close the courtroom and seal the trial record. Such concerns have been consistently voiced by the Defendant-Officers since the initial status conference in 2021. See 4/30/21 at 25:9-26:9. During that hearing, the Court affirmed—a stance it has maintained—"I fully agree that the criminal defendants who have asserted their Fifth Amendment privilege here as civil defendants will have their right protected.  I have no issue with that, and I'm prepared to honor the assertion of that Fifth Amendment privilege." *Id*. at 27:2-6.

2.      The interest to protect Fifth Amendment privilege has only intensified following the extensive discovery undertaken by the City of Houston, culminating in the parties' summary judgment briefing and exhibits.  All parties' summary judgments motions and briefings were filed under seal, and Plaintiffs did not oppose those motions.  Accordingly, the Defendant-Officers, incorporate by reference the arguments articulated in the City of Houston's Motion to Seal [doc. #302], Gonzales' Motion to file Summary Judgment and Exhibits Under Seal [Doc. #311], Defendant-Officers' Motions in Limine [Doc. #368], and Defendant-Officers' Motion to Close the Courtroom and Seal Pretrial and Trial Record [Doc. #394], respectfully request this Court to reject the Plaintiffs' motion to unseal these records.

3.      Plaintiffs rely upon *Bradley v. Ackal*, 954 F.3d 216 (5th Cir. 2020) [Doc. #361 at 6], to advocate for the unsealing of the summary judgment briefing and evidence. However, the circumstances of *Bradley* bear no resemblance to the present case. In *Bradley*, the disclosure pertained solely to a settlement conference resulting in the resolution of the case. 954 F.3d at 222. There was no engagement with summary judgment briefing or evidence, nor did *Bradley* address any Fifth Amendment concerns arising from ongoing or imminent criminal charges against the

parties. Consequently, the "interests favoring nondisclosure" in *Bradley* deviate entirely from the issues at hand. *See id.* at 225.

## Conclusion and Prayer

For the reasons outlined above, the Defendant-Officers respectfully implore the Court to deny the Plaintiffs' motion to unseal the summary judgment briefing and exhibits.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

Date: November 4, 2024.          By:   */s/ Christy L. Martin*
                                   CHRISTY L. MARTIN
Chief, Torts/Civil Rights
SBN:  24041336
FBN:  754168
Phone:  (832) 393-6438 (direct)
christy.martin@houstontx.gov

MELISSA AZADEH
Senior Assistant City Attorney
SBN: 24064851
FBN:  1090186
Phone: (832) 393-6270 (direct)
melissa.azadeh@houstontx.gov

MICHELLE TAYLOR
Senior Assistant City Attorney
SBN: 224060889
FBN:  3773284
Phone: (832) 393-6248 (direct)
michelle.taylor2@houstontx.gov

ALEXANDER GARCIA
Assistant City Attorney
SBN:  24104429
FBN:  3852904
Phone:  (832) 393-6293 (direct)
alexander.garcia@houstontx.gov

CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002

**Attorneys for Defendants Nadeem Ashraf, Robert**
**Gonzales, Cedell Lovings, Frank Medina, Oscar**
**Pardo, Clemente Reyna, Manuel Salazar, Eric**
**Sepolio, and Thomas Wood**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2024 a true and correct copy of the foregoing document was delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, to:

Michael Patrick Doyle
mdoyle@doylelawfirm.com
Jeffrey I. Avery
jeffavery@doylelawfirm.com
Patrick M. Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett St
Houston, TX 77098
mike@gld-law.com

Charles Bourque, Jr.
St. Martin & Bourque
315 Barrow St
Houma, LA 70360
cbourque@stmblaw.com

Dwayne Richard Day
Attorney at Law
3401 Allen Pkwy, Suite 100
Houston, TX 77019
dday@ddaylaw.com

David Allen Nachtigall
Attorney at Law, PLLC
1545 Heights, Ste. 100
Houston, TX 77008
david@dntriallaw.com

Margaret Bryant
Ware, Jackson, Lee, O'Neill, Smith
& Barrow, L.L.P.

2929 Allen Parkway, 39th floor
Houston, TX 77019

Alistair B. Dawson
adawson@beckredden.com
Lena Elizabeth Silva
lsilva@beckredden.com
Garrett Scott Brawley
gbrawley@beckredden.com
Beck Redden LLP
1221 McKinney, Ste 4500
Houston, TX 77010

Harold Al Odom, III
Odom Law Firm
601 Sawyer, Suite 225
Houston, TX 77007
aodom@aodomlawfirm.com

Russell Hardin, Jr
rhardin@rustyhardin.com
John Garnet MacVane
jmacvane@rustyhardin.com
Marshall Douglas Murphy
dmurphy@rustyhardin.com
Rachel Mae Lewis
rlewis@rustyhardin.com
Rusty Hardin and Associates
1401 McKinney, Ste 2250
Houston, TX 77010
Letitia D. Quinones
Quinones & Associates, PLLC
2202 Ruth Street
Houston, TX 77004
lquinones@rustyhardin.com

/s/ Christy L. Martin
Christy L. Martin