UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLIFFORD F. TUTTLE, ET AL.      4:21-CV-00270


VS.                             HOUSTON, TEXAS

CITY OF HOUSTON, ET AL.         OCTOBER 29, 2024


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE ALBERT H. BENNETT
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


APPEARANCES:



FOR THE TUTTLE PLAINTIFFS:      Mr. Boyd Smith
                                WARE JACKSON LEE O'NEILL
                                   SMITH & BARROW, LLP
                                2929 Allen Parkway, Suite 3900
                                Houston, Texas 77019



FOR THE NICHOLAS PLAINTIFFS:    Mr. Michael P. Doyle
JOHN NICHOLAS:                  Mr. Jeff Avery
                                DOYLE, LLP
                                3401 Allen Parkway, Suite 100
                                Houston, Texas 77019


        Proceedings recorded by mechanical stenography,
transcript produced via computer.

```
 1    FOR THE DEFENDANT              Mr. Alistair B. Dawson
      CITY OF HOUSTON:               Mr. Garrett S. Brawley
 2                                   Ms. Lena Silva
                                     BECK REDDEN, LLP
 3                                   1221 McKinney St., Suite 4500
                                     Houston, Texas 77010
 4
                                     Mr. Harold Al Odom, III
 5                                   ODOM LAW FIRM
                                     601 Sawyer
 6                                   Suite 225
                                     Houston, Texas 77007
 7

 8    FOR THE DEFENDANT              Mr. David Allen Nachtigall
      STEVEN BRYANT:                 ATTORNEY AT LAW
 9                                   1545 Heights
                                     Suite 100
10                                   Houston, TX 77008

11
      FOR THE DEFENDANT              Mr. Russell Hardin, Jr.
12    FELIPE GALLEGOS:               RUSTY HARDIN AND ASSOCIATES
                                     1401 McKinney
13                                   Suite 2250
                                     Houston, Texas 77010
14

15    FOR THE DEFENDANTS            Ms. Christy L. Martin
      FRANK MEDINA and              CITY OF HOUSTON
16    ROBERT GONZALES:              900 Bagby St., 4th Floor
                                    Houston, Texas 77002
17

18    FOR THE DEFENDANTS            Ms. Michelle C. Taylor
      NADEEM ASHRAF and             CITY OF HOUSTON
19    MANUEL SALAZAR:               900 Bagby St., 4th Floor
                                    Houston, Texas 77002
20

21
      FOR THE DEFENDANT              Mr. Dwayne R. Day
22    GERALD GOINES:                 ATTORNEY AT LAW
                                     3401 Allen Parkway, Suite 100
23                                   Houston, Texas 77010

24

25
```

```
 1    FOR THE DEFENDANTS              Mr. Alexander E. Garcia
      THOMAS WOOD and                CITY OF HOUSTON
 2    CLEMENTE REYNA:                900 Bagby St., 4th Floor
                                     Houston, Texas 77002
 3

 4
      FOR THE DEFENDANTS             Ms. Melissa Azadeh
 5    ERIC SEPOLIO, OSCAR PARDO      CITY OF HOUSTON LEGAL DEPT.
      and CEDELL LOVINGS:            P.O. Box 368
 6                                   Houston, Texas 77002-0368

 7

 8
      Official Court Reporter:       Lanie M. Smith, CSR, RMR, CRR
 9                                   Official Court Reporter
                                     United States District Court
10                                   Southern District of Texas
                                     515 Rusk
11                                   Room 8004
                                     Houston, Texas 77002
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **P R O C E E D I N G S**

2              (Call to order of the court.)

3          THE COURT:  Good morning.  You may be seated.

4              Cause Number 4:21-cv-270, Tuttle, et al versus

09:59AM 5    City of Houston, et al.

6              Counsel, your appearances for the record.

7          MR. SMITH:  Good morning, Your Honor.  Boyd Smith for

8    the Tuttle plaintiffs.

9          MR. AVERY:  Good morning, Your Honor.  Jeff Avery for

09:59AM 10   the Nicholas plaintiffs.

11         MR. DOYLE:  Mike Doyle here for the Nicholas family.

12         MR. DAWSON:  Alistair Dawson for the City of Houston,

13   Your Honor.

14         MR. ODOM:  Good morning, Your Honor.  Al Odom for the

09:59AM 15   City of Houston.

16         THE COURT:  Just a moment.

17             If your phone is on, make sure it's off.

18         MS. MARTIN:  Good morning.  Christy Martin for Gonzales

19   and Medina.

09:59AM 20         MS. AZADEH:  Melissa Azadeh for Pardo, Lovings, and

21   Sepolio.

22         MR. GARCIA:  Alexander Garcia for Thomas Wood and

23   Clemente Reyna.

24         MS. TAYLOR:  Good morning.  Michelle Taylor for Ashraf

09:59AM 25   and Salazar.

1    MR. DAY:  Good morning, Judge.  Dwayne Day here for
2    Gerald Goines.
3    MR. NACHTIGALL:  David Nachtigall for Steven Bryant.
4    MR. HARDIN:  Rusty Hardin for Felipe Gallegos.
10:00AM  5    THE COURT:  Any other announcements?
6    (No response.)
7    THE COURT:  Very well.  Thank you, counsel, for
8    appearing for this status conference.  I know it was on short
9    notice, and you're probably wondering what's this all about.
10:00AM 10    Well, obviously over the last several weeks there
11    have been some developments in not only this case but other
12    litigation concerning the subject matter of this case.
13    Obviously there was a criminal trial.  I
14    understand -- and I'm going to get some more information on
10:00AM 15    this today -- that there were some reindictments and I wanted
16    to get an understanding how that might affect this litigation.
17    Also, the City has moved to bifurcate.  That
18    motion is not yet ripe, but that may have an impact on how we
19    move forward.
10:01AM 20    And the plaintiffs had previously filed a motion
21    for partial summary judgment against certain defendants, which
22    is ripe; and I wanted to address perhaps why that came to be
23    and get that cleared up perhaps as well.
24    So let's start.
10:01AM 25    First, in regards to the reindictment of certain

1    defendants, the Court has not received any filings on this

2    matter; but obviously being an observer of the news, the Court

3    has become aware of that fact.  The question is will it have an

4    impact on this case being tried?

10:01AM    5         I know that previously there were assertions of

6    the Fifth Amendment privilege.  Part of that was that criminal

7    indictments or criminal cases were pending.  And so now having

8    these defendants reindicted, will that, again, impact this

9    litigation?

10:02AM    10         So first, let me hear from those lawyers who

11    represent individuals who have been reindicted by the

12    Harris County district attorney.

13         MS. MARTIN:  Sir --

14         THE COURT:  Either speak into that mic or come up to

10:02AM    15    this microphone, either/or.

16         And, again, with the number of fine learned

17    counsel, please identify yourself again for the record.

18         MS. MARTIN:  Christy Martin for Frank Medina to answer

19    this question.

10:02AM    20         So on Friday, we did file -- the people who

21    represent -- folks in the City Attorney's office who represent

22    defendants in the case filed a motion to seal the proceedings

23    because obviously the reindictments are -- if this matter is --

24         THE COURT:  And I apologize.  I've not seen your filing

10:03AM    25    from Friday.  Could you explain.  To seal what proceedings?

1    MS. MARTIN:  The trial because --

2    THE COURT:  You want the entire trial sealed?

3    MS. MARTIN:  Yes.  And that's because of the impact

4    that the reindictments are going to have.

10:03AM 5         So if the proceedings are public and it's highly

6    unusual for the civil case to proceed prior to the criminal

7    case and we already had the DA's office come here to try to get

8    depositions, they're obviously going to want testimony as well.

9         So that's -- you know, if we have district

10:03AM 10    attorneys sitting in the back listening to the stuff that's

11    developed in the civil procedure, that's going to seriously

12    prejudice the -- anybody who's been criminally indicted or is

13    under threat of criminal indictment because we've not yet heard

14    that the DA is done.

10:04AM 15         You know, at the end of the *Goines* trial, she did

16    make a statement to the news media that "We're going to

17    reindict you and you know who you are and I hope you hear me."

18         And so we have not yet heard whether this is the

19    end of it.  So this is going to be a tremendous prejudice if

10:04AM 20    anybody who's subject to indictment or has been reindicted has

21    to go through the civil trial prior to the criminal cases being

22    resolved.

23    THE COURT:  In regards to sealing -- and I'm not as

24    long in the tooth as some of you in this career -- but I cannot

10:04AM 25    recall an instance where an entire trial was sealed.  And,

1  again, I'll obviously take a look at your filing to understand

2  the underpinning of your argument; but just as a matter of

3  first impression, sealing an entire trial seems problematic for

4  me.

10:05AM  5       MS. MARTIN:  And I understand.  And to be fair, this

6  motion is not yet ripe.  It was just filed.  There is no

7  response on file, so we're not asking the Court for a decision

8  on that today.

9       THE COURT:  Absolutely.  Thank you, counselor.

10:05AM  10       Anyone else representing a recently indicted

11  defendant in this case?

12       MS. AZADEH:  Good morning, Your Honor.  Melissa Azadeh

13  for defendants Pardo, Lovings and Sepolio.

14       I also represent recently reindicted defendants,

10:05AM  15  and I just wanted to elaborate a little bit on what Ms. Martin

16  said.

17       There is a little bit more of a problem because

18  of the *Garrity* information that is sort of interspersed

19  throughout the evidence that's been developed in this case and

10:06AM  20  most of the testimony will be tainted by the *Garrity* statements

21  either because it's an IAD investigator or questioning based on

22  evidence that is *Garrity*-protected that the plaintiffs

23  received.

24       And although we're trying to exclude that

10:06AM  25  evidence, I don't think it will be -- it could be split up and

1   we could have hearings to determine exactly what portions of

2   the testimony needs to be sealed, but it will be very difficult

3   to determine that.  And I don't think that it's possible for

4   the defendants that are indicted to receive a fair criminal

5   proceeding if this information is released and accessible to

6   the public.

7           And by way of example, I did want -- the only

8   cases I found were either federal criminal cases that have been

9   sealed or to protect trade secrets, and those proceedings that

10  I found were sealed entirely.

11          THE COURT:  Thank you, counselor.

12          MS. AZADEH:  Thank you, Your Honor.

13          THE COURT:  Anyone else from any of the defendants need

14  to be heard?

15          MR. HARDIN:  Good morning, Your Honor.  Rusty Hardin on

16  behalf of Mr. Gallegos.

17          We did not join in the motion to seal, and we

18  don't join it.  From the very beginning we have wanted his

19  story and these guys that did have nothing to do with the

20  affidavit and were totally unaware of it, all we've wanted is a

21  public either a nonsuit in this case or his story to be out.

22          We have done it in the hopes the Court would

23  recognize qualified immunity applies to our man.  That's why we

24  asked for a continuance until that decision was rendered by the

25  Court.

1          And, of course, if you rule against us, then

2    we're going to ask the Fifth Circuit for a stay.  And then if

3    we're ruled beforehand, we're going to appeal, as you know, and

4    if we're not, then we're gone and we don't have an issue then.

10:08AM  5          I'll point out to the Court, you may not be

6    aware, we're the only one that waived our Fifth Amendment right

7    as long as the restriction of the deposition was not to go into

8    the issue that you're talking about now.  That's our same

9    position for the trial.

10:08AM 10          We waive the Fifth Amendment that has anything to

11   do with the Harding Street case and we believe very strongly

12   not only was our guy -- is not liable, but that he's protected

13   by what he did.  He's the guy that saved everybody's lives.

14   He's also the person that did the shooting.  So he's the one

10:08AM 15   whose shots resulted in the deaths of the two deceased, but

16   he's also the one that did it while cloaked by qualified

17   immunity and saving four lives.

18          Having said all that, the only way they affect

19   us, they affect us tremendously, these new indictments, if the

10:08AM 20   Court decides at trial that they're going to be allowed to

21   question about that if he takes the stand.  That's the way it

22   affects us.

23          Otherwise, consistent -- if the Fifth Circuit

24   somehow tells us -- again it's all up to how you rule.  But if

10:09AM 25   you rule against us on qualified immunity, we go to the

1    Fifth Circuit.  We'd be asking for a stay and that's going to

2    be -- that's going to affect your trial one way or the other,

3    at least long enough -- if they grant the stay, then, you know,

4    obviously it's affected the trial.

5            So I went into all that because they're all tied

6    together.  That's the only reason I mention them all.

7            THE COURT:  Very well, sir.  Thank you.

8            MR. HARDIN:  Thank you.

9            But I will say, if I may, I believe this deserves

10   to be a public trial.

11           THE COURT:  Anyone else?

12           Counsel for the plaintiffs, just on this issue.

13           MR. DOYLE:  Yeah, so on this issue --

14           THE COURT:  Your name.

15           MR. DOYLE:  Mike Doyle here for the Nicholas family.

16           I think Mr. Hardin misspoke.  He actually moved

17   on behalf of Mr. Gallegos to seal the summary judgment evidence

18   so the public cannot see what really happened inside that house

19   when he murdered Ms. Nicholas and Mr. Tuttle.  So that's a

20   motion they filed with this Court, which the Court granted.

21           With respect to this motion, the Court's

22   responsibility is to protect the Fifth --

23           THE COURT:  There is no pending motion as to the

24   recently reindicted or newly indicted defendants here.

25           MR. DOYLE:  Fair point.

1    With respect to this issue as defined by the
2 Court, the Court's responsibility is to protect the
3 Fifth Amendment rights of the defendants.  The Court has been
4 very protective of that appropriately.

10:10AM 5    They've each, including Mr. Gallegos, asserted
6 that in their testimony in this case.  They're certainly
7 allowed to continue to do that at trial.  But the fact that
8 they may have potential criminal liability on a case
9 approaching the six-year anniversary of the deaths of these two
10:10AM 10 folks is not a basis for a forever delay of the trial from our
11 perspective.

12    THE COURT:  Two points.

13    One, as you correctly point out, which I
14 appreciate, I have been very protective, aware, sympathetic --
10:11AM 15 however you want to characterize it -- to the Fifth Amendment
16 rights of the defendants in this civil action who may face
17 criminal prosecution.

18    There is a tension created by that if we go
19 forward with the civil trial as scheduled for a full, in my
10:11AM 20 view, for a full and complete airing of the facts necessary for
21 the jury to consider your allegations.

22    Some of the defendants who may be facing
23 indictment, criminal prosecution, are going to be faced with
24 this very issue as to testifying on matters which may impact
10:12AM 25 their criminal liability.

1    And I believe, as Ms. Martin pointed out, if the

2    Harris County district attorney is sitting in the back of the

3    courtroom during that testimony, it creates a tension, will

4    they be allowed to testify, or will they assert the

10:12AM 5    Fifth Amendment privilege.

6    If they assert their Fifth Amendment privilege

7    and the Court allows it, there may not be a full airing of the

8    facts that may be necessary for the jury to consider.  That's

9    one.

10:13AM 10    Two, I am also very sympathetic and protective of

11    litigants' rights to be heard in court.  I don't want to say I

12    push as hard as I can, but I have moved this case along as best

13    I could with all these competing interests in getting the

14    plaintiffs discovery, having information turned over to them

10:13AM 15    probably earlier than what the defendants wanted, and moving us

16    to what is a trial setting coming up.

17    So having heard those two comments from the

18    Court, the tension from the Fifth Amendment assertion perhaps

19    by some of these defendants and obviously the need in a very

10:14AM 20    old case to move this to trial knowing that these two may

21    overlap and prevent you from presenting certain facts or having

22    the jury hear certain facts that may be key or critical to some

23    of the questions you may ask of them.

24    MR. DOYLE:  By the way, I do acknowledge fully the

10:14AM 25    Court has been on top of this case and done what's needed done

1   and there's a lot of things outside the Court's control that

2   have impacted the scheduling and timely trial because at the

3   end of the day, we also have the Seventh Amendment right to a

4   jury trial and adjudication, which is implicated for everybody.

10:14AM  5             And I think that the concern at this point is,

6   yeah, but we have a process that is if you want to go to trial

7   and assert the Fifth Amendment, it's respected.  There's a

8   direct implication.  That's just a fact.

9           And at this point, I don't believe we'll ever get

10:14AM  10   the full truth out of all these defendants.  I just don't.  And

11   so for my trial, I know how to put my trial on, whether they

12   assert the Fifth Amendment, whether they selectively choose to

13   talk about some things they think may be advantageous or assert

14   the Fifth Amendment issues that may not be as advantageous.

10:15AM  15          So from my perspective, the courts have a process

16   and that's assert the Fifth Amendment with the implication

17   arising therefrom.  And I think that's the way the courts have

18   done it forever and I think that's the appropriate way this

19   Court can look at this because this will go on forever because

10:15AM  20   as long as we have people saying there might be criminal

21   possibilities or somebody saying -- in good faith or not --

22   "I'm really worried about criminal possibilities," we'll never

23   have an end date.

24          THE COURT:  I think you answered my question and that

10:15AM  25   is even facing the possibility that some of the defendants may

1    assert the Fifth Amendment privilege, which would preclude you

2    from putting whatever answer may be forthcoming if that

3    privilege was not asserted, you would be willing to move

4    forward in the absence of that testimony which would be behind

10:16AM  5    a Fifth Amendment privilege?

6         MR. DOYLE:  Right, but the jury gets to consider the

7    implication --

8         THE COURT:  Right.  I'm not talking about that portion

9    of it.  I'm simply talking about having the defendant take the

10:16AM  10   stand, be asked a question, assert their Fifth Amendment

11   privilege, and obviously at that point not hearing the answer,

12   you would be comfortable as the plaintiffs' attorney with that?

13        MR. DOYLE:  Right.  Because I think that's the only

14   thing we're going to get out of these defendants for the most

10:16AM  15   part.

16        THE COURT:  Understood, sir.  Thank you.

17        MR. DOYLE:  Thank you.

18        THE COURT:  Counselor.

19        MR. SMITH:  Yes, Your Honor.  Not much to add.

10:16AM  20   Boyd Smith for the Tuttle plaintiffs.

21        The short answer from my perspective is that the

22   reindictment of these defendants doesn't change anything.  They

23   were reindicted.  They've been indicted before.  Some of them

24   have taken the Fifth in their depositions, and we're prepared

10:16AM  25   to move forward.

1          THE COURT:  Thank you, sir.

2          MR. DAWSON:  Your Honor, may I be heard?

3          THE COURT:  Briefly.

4          MR. DAWSON:  Your Honor, I'd just like to point out

10:16AM  5  that I do think that the pending indictments do have an impact

6  on the City of Houston in the following respect -- and I'm not

7  a criminal law person at all -- but I'm advised that these

8  indictments are so broadly drafted that some of the questions

9  that relate to the supervision of some of the individual

10:17AM 10  defendants, the criminal lawyers have asserted Fifth Amendment

11  rights on behalf of those supervisors and therefore, it does

12  impede the City's ability to present the jury with the facts

13  about how these officers were properly supervised because

14  questions relating to their supervision and what they did to

10:17AM 15  supervise those below them, they're instructed not to answer.

16          So it does have an impact on the City, and I just

17  wanted the Court to be aware of that.

18          THE COURT:  Thank you.

19          Let's turn to another issue.

10:18AM 20          The defendants -- certain defendants have not

21  filed answers and that was the result of this Court having said

22  that they didn't have to file answers until further order of

23  this Court.

24          And obviously through numerous hearings, numerous

10:18AM 25  proceedings, these parties have appeared here through lawyers,

1    filed motions, made arguments the entire time.

2         The fact that they do not have answers on file

3    has been observed by the plaintiffs, and you have moved for

4    partial summary judgment on those who have not answered; am I

10:18AM   5    correct?

6         MR. DOYLE:  (Nodding head affirmatively.)

7         THE COURT:  And so I find myself in an odd position of

8    being asked to grant a summary judgment for those defendants

9    who have obviously participated in these proceedings from day

10:19AM   10    one, they just haven't filed an answer.

11         Part of that, again, falls on the Court and the

12    way that its order was worded in that it afforded them the

13    opportunity not to answer until further order of the Court.

14         So, counsel, for you and your motion, in that

10:19AM   15    regard I'm kind of in a catch-22, because what I'm prepared to

16    do is to order them to answer.  "Further order of the Court

17    being now you answer," and then in your view is this motion for

18    partial summary judgment still ripe for consideration at this

19    point?

10:20AM   20         MR. AVERY:  Your Honor, Jeff Avery for the Nicholas

21    plaintiffs.

22         I do think if you order them to answer, the

23    motion would be moot based on the Court's discretion to allow

24    an answer.  To date, we don't have affirmative defenses that

10:20AM   25    have been pled and things like that that are important for us,

1    that we know what's going to be raised at trial, but I do think

2    based on what the Court is saying that it would be moot.

3          THE COURT:  Thank you, sir.

4          All right.  For those defendants who have not

10:20AM  5    answered, you're hereby ordered to file your answer within the

6    next seven days.  If you intend to assert affirmative defenses,

7    those defenses will be included in your answer.

8          Again, I understand that you were waiting.

9    There's language in my order, "Further order of the Court,"

10:20AM 10    well, this is further order of the Court.

11          So let's take this particular issue off the

12    table.

13          MS. AZADEH:  Your Honor, may I?

14          THE COURT:  Sure.

10:21AM 15          MS. AZADEH:  Melissa Azadeh.

16          Your Honor, we do have an issue with filing

17    answers after the plaintiffs have dismissed the only claim that

18    we believe remains against all our clients except for

19    Robert Gonzales because their complaint against the defendants,

10:21AM 20    who they only had an excessive force claim against, is now moot

21    and so we don't believe it's appropriate for the Court to order

22    answers when there are no live claims against the defendants.

23          THE COURT:  If you have no live claims against that

24    particular defendant, why is that defendant still here?

10:21AM 25          MS. AZADEH:  We filed a motion for judgment on the

1    pleadings.  The plaintiffs decided that they have a conspiracy

2    claim for the first time throughout these proceedings.  They've

3    never mentioned such a claim.  And so that's why we filed a

4    motion for judgment on the pleadings asking the Court to

5    dispose of the entirety of the case.

6              THE COURT:  I'm confused, counselor.

7              MS. AZADEH:  Yes.

8              THE COURT:  So I'm going to give you the opportunity to

9    walk me through this.

10             You say that there are no claims pending against

11   certain defendants; is that correct?

12             MS. AZADEH:  That is our position.

13             THE COURT:  But then you mention a potential conspiracy

14   claim that the plaintiffs did, in fact, assert?

15             MS. AZADEH:  We don't believe they asserted it.  They

16   mentioned the word "conspire" in their complaints in the

17   context of claims against the City and so they don't --

18             THE COURT:  So your position is that you represent

19   certain defendants that have no claims pending against them?

20             MS. AZADEH:  That's correct.

21             THE COURT:  Okay.  Well, let me -- let's do it this way

22   then.

23             MS. AZADEH:  Yes, Your Honor.

24             THE COURT:  If you're certain of that position, don't

25   file an answer.  If you believe that you're not required to

1  file an answer because there are no claims pending against you,

2  take that position.

3          The plaintiffs have taken the position that they

4  do have claims pending against you and have filed a motion for

10:23AM  5  partial summary judgment.

6          MS. AZADEH:  Yes, Your Honor.

7          THE COURT:  I'll reach a decision based upon the status

8  of the case as to whether or not you have claims pending

9  against you.

10:23AM  10          MS. AZADEH:  Yes, Your Honor.

11          THE COURT:  Okay?

12          MS. AZADEH:  Thank you.

13          THE COURT:  Anyone else need to be heard on that issue?

14          (No response.)

10:23AM  15          THE COURT:  The other issue, which is not ripe for

16  consideration but does impact potentially the scheduling, which

17  is this motion for bifurcation, I want to discuss it without

18  prejudice because I freely acknowledge the plaintiffs have not

19  yet filed a response and I'm not going to hold you here to what

10:24AM  20  you say because I'll give you the opportunity to do research

21  and then file your learned response that will be afforded your

22  position in considering the motion.

23          So Mr. Dawson, I believe this is your motion.

24  Come on up.  I have taken the opportunity to review your motion

10:24AM  25  in preparation for today's hearing, not for purposes of

1   ultimately ruling on it.  We are in the aftermath of a very

2   public criminal trial for Mr. Goines, which was covered

3   extensively in the media.  A lot of the facts regarding the

4   initial steps for bifurcation, facts that would be necessary to

10:25AM   5   that, were discussed in that trial and are of public record

6   now -- what the police officers did, what occurred in the

7   house, things of that nature.  I would assume that the

8   plaintiffs' attorneys are going to speak to that perhaps in

9   their response.

10:25AM   10   Also you mentioned judicial efficiency, but you

11   speak of two trials; and so I'm not sure how the two of those

12   overlap, having judicial efficiency requiring two trials.

13   In the instance we have one trial, the very

14   issues you speak of can be presented to a jury; and if they

10:26AM   15   agree with you, then obviously that impacts the way they would

16   answer any jury questions.

17   The one thing that caught my attention, which I

18   really want you to speak to, is you said that there may be

19   a -- depending on how the Court rules, a lesser need for

10:26AM   20   certain testimony, which would shorten the proceedings.

21   So with that kind of background, I'll hear you.

22   And, again, you're not arguing your motion because it's not yet

23   ripe; but I'm trying to get some feedback as I consider what

24   we're going to do next month.

10:27AM   25   MR. DAWSON:  So I'll try to address all the points that

1    Your Honor raised.

2            A lot of what happens next month or whenever this

3    case gets tried will depend on the Court's rulings on the

4    pending motions.

10:27AM  5            As it stands now without the Court's ruling,

6    frankly you're looking at an exceptionally long trial, probably

7    more than a month.  And just so the Court knows, the plaintiffs

8    have listed 188 trial witnesses, just to give the Court some

9    idea of the size of this case.

10:27AM  10           If you were to bifurcate, as the Court knows, in

11   order to get to *Monell* liability against the City, there has to

12   be an underlying constitutional violation and then you get into

13   the *Monell* questions about whether or not there was custom or

14   practice.

10:28AM  15           I think the parties have stipulated that there

16   was a constitutional violation in connection with the

17   issuance -- the service of the warrant.  That, frankly, issue

18   doesn't need to be tried.

19           If you were to bifurcate, all you would hear in

10:28AM  20   Phase 1 of the trial, assuming the Court denies the motions on

21   the excessive force, all you would hear is what happened that

22   day at Harding Street on that night and was that reasonable or

23   unreasonable use of force.  Was there a constitutional

24   violation in connection with the use of force.

10:28AM  25           A fairly narrow issue.  Fairly narrow set of

1    witnesses, again, assuming the Court doesn't grant the summary

2    judgment.

3           Conversely if the Court does grant the summary

4    judgment on excessive force, then all you would have is a

10:28AM  5    *Monell* trial on the service of the warrant and that would also

6    be a limited trial because, as the Court knows from what we

7    submitted, *Monell* liability goes into whether or not there's a

8    custom or practice that led to and enabled the constitutional

9    violation and whether the chief policymaker, Chief Acevedo, was

10:29AM  10    consciously indifferent to the dangers associated with that

11    custom or practice.

12           THE COURT:  And that was kind of what I was touching on

13    in my earlier comments.  In the *Goines* trial there was

14    extensive discussion, I believe, based upon media reports that

10:29AM  15    they believe that Mr. Goines had engaged in a practice of

16    submitting false affidavits and information in order to obtain

17    warrants, which go to the source of the allegations in this

18    case.

19           So when we talk about custom and practice, as to

10:30AM  20    the particular officer in question, we've had an airing of that

21    in the criminal trial, have we not?

22           MR. DAWSON:  You certainly have had an airing of that,

23    I believe, in the punishment phase of the criminal trial about

24    certain instances in the past where it's alleged that

10:30AM  25    Officer Goines submitted false affidavits.

1    That may come in in the *Monell* liability for the

2    service of the warrant.  That would be relevant.  It would not

3    be relevant to the excessive force claim.

4    And I'll also point out, Your Honor -- and we've

10:30AM 5    cited this in our papers -- that the actions of one officer are

6    not sufficient to establish *Monell* liability.

7    And part of -- flip it back the other way.  If

8    you try it all together, then the jury is going to hear

9    allegations for *Monell* liability about other bad acts, alleged

10:30AM 10    bad acts, other customs or practices at the Houston Police

11    Department that may confuse the jury with respect to the

12    constitutional violation by the individual officers, if that

13    makes any sense.

14    So I think it's true that some of this has been

10:31AM 15    aired in the public and that raises a whole other issue about

16    voir dire in this case in terms of how we're going to get a

17    panel.  But I don't think that that -- the fact that they put

18    in evidence in the criminal trial that there were these other

19    instances that Officer Goines allegedly or did submit false

10:31AM 20    affidavits, doesn't suggest that you shouldn't bifurcate.  And

21    I'm not arguing about bifurcation.  I'm just telling you about

22    how it could be much more efficient.

23    So if I kind of come back to that point is if you

24    were to bifurcate it, you may only have the first phase of the

10:31AM 25    trial on the service of the warrant or you may only have

1    it -- no.  Excuse me.

2             If you were to bifurcate, you would only have the

3    Phase 1 on the excessive force claim and then there would be

4    *Monell* liability in Phase 2 for the service of the warrant and

10:32AM 5    the excessive force, again, depending on how the Court rules.

6             I just think it could well be a much more

7    streamlined trial.  And I think the way it would work,

8    Your Honor, is that the same jury obviously would hear -- they

9    would make a determination on the constitutional violation; and

10:32AM 10   then depending on what they rule, then they may hear the

11   evidence on the *Monell* liability side of it.

12        THE COURT:  Well, two things.

13             One, as you pointed out in your filing, this is

14   entirely within my discretion, correct?

10:32AM 15        MR. DAWSON:  It is.

16        THE COURT:  And two, lengthy trials do not scare me.  I

17   enjoy all of your company and will be happy to have you here.

18   So the fact that the trial is going to be a month is not a

19   deterrence to somehow obtaining judicial efficiency by having

10:33AM 20   one proceeding.

21        MR. DAWSON:  Agreed.  I was thinking of the jury when I

22   said that, Your Honor, not the Court.  I know the Court is

23   happy to have us here for however long we're here.

24             But for the jury, if they could hear what they

10:33AM 25   needed to hear and have this case adjudicated in two weeks as

1    opposed to five weeks, that's better and fairer to the jury in

2    my opinion.

3            THE COURT:  Thank you, Mr. Dawson.

4            Counselor?

5            MR. DOYLE:  Mike Doyle here for the Nicholas

6    plaintiffs.

7                    I guessed, and this is a guess, and obviously

8    we'll give you a motion laying out in full.  But any time

9    somebody says, hey -- no matter how willing the Court is to

10    take on a short case, hey, here's a way to shortcut it, it

11    would be enticing.  And I think for a number of reasons,

12    including what we'll add further, that would be the wrong path.

13                    The very practical one is as a factual matter --

14    and I get we have a long witness list.  I think realistically

15    we're looking at 31 witnesses, 10 of which are video

16    depositions, fairly concise.  It still will be several weeks.

17    I get that.  But I don't see but maybe one or two of those that

18    would not be necessary to be called if we had to do it twice.

19    And that costs a lot of money and a lot of judicial resources.

20                    More directly, the Fifth Circuit has fairly

21    recently spoken while it's within your discretion, I think

22    would be fair in saying -- and there's a case that came out in

23    August, *Sims versus City of Jasper*, August 28th, it's

24    disfavored at this point for the practical reasons that the

25    Court is aware of as well as the implications of the

1    Seventh Amendment right to have a jury adjudicate in one single

2    instance a factual issue.  Because the idea being one jury, one

3    does it.

4           But I think really the criminal case that we all

10:35AM  5    were aware of really proves our point that there's no unlinking

6    this bad conduct in this particular Squad 15 for years and

7    years and there's no way to fairly give the story if you're

8    trying to flood it out.

9           And as clearly as the judge in the criminal case

10:35AM 10    tried to keep it focused, because she needed to, she also

11    recognized practically you cannot untangle the corruption and

12    conduct of this squad in the trial that you put on, whether

13    it's just focused on one part or the other.

14           And by the way, it's not automatic that you start

10:35AM 15    with the excessive force.  You could much easily -- and I'm not

16    saying you should, because I don't think you should -- it's

17    already been adjudicated, they've already agreed they have

18    illegal conduct in this squad occurring with respect to service

19    of warrant.  But I don't think any one of those.

10:35AM 20           But I think when you look at the recent

21    Fifth Circuit jurisprudence, just the fact that they could not

22    try the criminal case without entangling it and showing the

23    pattern and practice of the Houston Police Department really

24    directly in a very practical way shows this is not possible.

10:36AM 25           THE COURT:  Very well.

1          I think another thing that might be undersold

2    here is when you're talking about time, lawyer time versus

3    judge time.  And what you think is going to take a certain

4    amount of time, I assure you, it will not because I will make

10:36AM  5    sure that it does not.  We're going to be very efficient in

6    whatever presentation occurs.

7          So your 130-witness list, whatever the case may

8    be, we are going to respect the jury's time; and we're going to

9    do it in an efficient manner.  And that will be -- those of you

10:36AM  10   who have tried proceedings with me, you know that it's a

11   frequent subject that I have throughout the trial to make sure

12   that we're being efficient and we're not overly repeating

13   ourselves.

14         Final issue and then I'll give you a chance to

10:37AM  15   bring to my attention whatever else you need.  Well, two other

16   issues.

17         I understand that there are a number of motions

18   for summary judgment pending.  We're working through those as

19   efficiently as possible.  And so hopefully over the next few

10:37AM  20   weeks we're going to start pushing out some orders on those

21   motions as well.

22         Realistically, based upon what I have on my plate

23   with this case, this case alone, it's going to be hard to hold

24   you to your November trial setting.  I do not know -- perhaps

10:38AM  25   something in early spring, which will just give me

1    approximately another 60 or 90 days to work through some of the

2    issues that have been presented by the reindictment,

3    consideration of this bifurcation request.  I do not see a need

4    to push this off very long, but I do believe you're entitled to

10:38AM  5    get the Court's ruling on some of these very important motions

6    that you filed.

7           I don't see a reason why we couldn't get with

8    what the Court has to do -- I'm still using my school terms --

9    we couldn't get this tried before spring break, which means

10:39AM  10    sometime before mid-March, which will give me some additional

11    time to do what I need to do.

12           I really need to give some consideration to this

13    issue about moving the case forward with these indictments

14    pending, structuring the presentation of the evidence and what

10:39AM  15    that means.  I didn't anticipate that.  I really didn't.  I

16    thought that we were coming to the end on the criminal side.

17    But I'm not in control of that.  It's not my responsibility.

18    Someone else made a decision; and as a result, it's impacted

19    what we're doing here.

10:39AM  20           I can tell you -- and I've not yet made the

21    decision -- it's really my desire to try this case one time and

22    I'd like to figure out a way to do that if possible -- if

23    possible.  I think that's the best use of the Court's resources

24    and time and a jury's time is to try this case one time if

10:40AM  25    possible.  And so I need to get an understanding if that's

1    possible.

2                    So what I'm going to do now is invite a very

3    brief response on a couple of issues.  If the Court tries this

4    case sometime before the end of March, what does your calendar

10:41AM   5    look like?

6                    If you need to pull your phone out to check your

7    calendar or something, feel free to do that.

8                    Two, not in an attempt to scare the Court, give

9    me an estimate -- I believe a couple of you have tried cases

10:41AM  10    with me.  Just as a remainder, I try cases Monday through

11    Thursday.  It has been the Court's experience that by way of

12    evidence you get six to six and a half hours of evidence per

13    day.  Just with the jury's lunch, breaks and dealing with

14    things that come up during trial, it's approximately about six

10:41AM  15    hours of evidence per day.

16                    So in a week, you're going to have 24 hours of

17    evidence.  For every week, every four days of trial, I would

18    anticipate you're going to have a day of deliberations.  So if

19    you have a three-week trial, you're going to have perhaps up to

10:42AM  20    three days of deliberations.

21                    In a case like this, I suspect it's going to take

22    all day to pick a jury at least.  Because of the press coverage

23    of the case, at a minimum we're talking about a day of jury

24    trial -- I mean of jury selection.

10:42AM  25                    So with those kind of time frames, guidelines in

1    place, what do you anticipate the length of the trial to be

2    from picking the jury through jury deliberations such that as

3    we look for opportunities on the Court's calendar, I could have

4    it placed appropriately?

10:42AM   5        I do not anticipate trying this case in January.

6    So we're really looking at February or March.  And depending on

7    what you tell me, I hope that's where we're going to talk

8    about.

9            So with that being said -- oh, final thing.

10:43AM   10       If we have said something here today -- I've said

11   something here today that requires you to have a brief -- and I

12   do mean brief clarification or to bring something else to my

13   attention -- I'll give you that opportunity as I always do.

14           So let me start with plaintiffs' counsel.

10:43AM   15       MR. DOYLE:  Yes, Your Honor.  Mike Doyle.

16           And I understand the Court's reasoning.  So

17   having sketched out -- and I know.  I've tried several cases

18   before you.  I think I share your interest in efficient

19   presentation because I think that helps the jurors and helps

10:43AM   20   me.

21           I think we should be able to in seven days of

22   evidence, so a day for voir dire, openings, hopefully --  I've

23   got it down, I think, 29 total witnesses, including 10 videos,

24   so 19 live witnesses I think we can do in -- now, I'm not in

10:44AM   25   control of cross-examination.  Where it would be reasonably

1    measured up with our direct, that would be about two weeks of

2    trial time.  If they go longer, which -- I'm not trying to cast

3    aspersions, I've just been through a lot of depositions -- it

4    may go into, like, 10 days of trial time for our case-in-chief.

10:44AM 5         That would be my guesstimate based on

6    reasonable -- if I go 30 minutes with a witness, they're not

7    going to go two hours every time.  And the videos obviously, we

8    filed the proffers.  Right now they're a little long.  I

9    anticipate shortening them so that the videos would be

10:44AM 10   approximately 20 to 30 minutes max, maybe one or two a little

11   bit longer would be my estimate.

12        THE COURT:  So if I'm hearing you correctly, you're

13   talking three to four weeks of trial.

14        MR. DOYLE:  I think that's right.

15        THE COURT:  Okay.

16        MR. DOYLE:  And obviously, you know, they may have a

17   lot of folks they want to put on, but that's right.

18            And in terms of dates, looking at the calendar,

19   if you're talking not January, then February for a start date

10:45AM 20   or March for a start date would be the -- I have other matters

21   obviously, but this is --

22        THE COURT:  February 4th or March 4th is what you're

23   saying?

24        MR. DOYLE:  Correct, Your Honor.

10:45AM 25        THE COURT:  Anything else you need to bring up --

1      MR. DOYLE:  On those two issues, I think you've got it.

2      THE COURT:  Thank you.

3          Counsel.

4      MR. SMITH:  Your Honor, Boyd Smith for the Tuttles.

10:45AM  5          Mr. Doyle and I have talked about that.  I agree

6  with his assessment of the potential length of the trial.  I

7  did have one very minor question for Your Honor.

8      THE COURT:  Yes, sir.

9      MR. SMITH:  Having read your court procedures, I see

10:45AM 10  that your procedures say that the Court would like notebooks

11  full of paper depositions.

12      THE COURT:  Repeat that.

13      MR. SMITH:  Your procedures say that the Court would

14  like notebooks full of trial exhibits.

10:45AM 15      THE COURT:  Yes.

16      MR. SMITH:  We've got a mountain of exhibits in this

17  case.

18      THE COURT:  And let me explain that.  It's not a

19  hard-and-fast rule.  Typically what happens, the reason that's

10:45AM 20  in there is during trial, you want to introduce an exhibit,

21  there's an objection and then I need to look at it.

22      MR. SMITH:  Right.

23      THE COURT:  And so if there's a notebook up here,

24  that's the easiest thing; but if I have a thumb drive, I do

10:46AM 25  have the ability to stick a thumb drive in and pull it up and

1   review it on my laptop up here if needed.

2           MR. SMITH:  Yes, sir.

3           THE COURT:  So if it turns out that you're talking

4   about trying to kill half of the East Texas forest to put a

5   book on my bench, I'm not for that.

6           MR. SMITH:  Yes, sir.

7           THE COURT:  I'll be happy to go the thumb drive way.

8   But I would, even in that instance, probably have a notebook of

9   key exhibits, the physical ones that I can read along with you

10  and look at, the key ones, not all of them, that might be

11  helpful.

12          MR. SMITH:  Understood, Your Honor.  Thank you.

13          THE COURT:  All right.  Mr. Dawson, we'll start with

14  you.

15          MR. DAWSON:  Your Honor, in terms of the length of

16  trial, I would estimate five weeks.  Just -- that's my

17  estimate.  And I appreciate Mr. Doyle's expressions about being

18  efficient and I hope that that is certainly the case.  It might

19  be less; but just based on my experience in this case, that's

20  my best estimate for the length of trial from the start of

21  voir dire until the conclusion of the trial.

22              In terms of scheduling, I do have a personal

23  issue that I'm going to willingly concede, but I'd like to

24  explain it to the Court if you don't mind.

25              My law school moot court partner is the president

1    of ABOTA this year.  She takes that position in January.  And a

2    couple of years ago she said to me, "I need you to promise me

3    that when I'm president, you're going to go on the ABOTA

4    international trip," which I promised and which I have booked,

10:47AM  5    which is March 24th through April 7th.

6              Having said that, Your Honor, if you decide you

7    have to schedule this trial and it has to -- I can't go on that

8    trip, I get it.  This is more important.  But I did want to

9    tell you that there is that potential complication.  That's the

10:48AM 10   only complication that I have, and I think Mr. Odom has.  We

11   can, otherwise, whatever the Court schedules is fine with us.

12             I would suggest that if you would allow me, that

13   the Court consider two other issues.

14             One is perhaps it makes sense for us to refile

10:48AM 15   exhibit lists and pretrial orders and witness lists after the

16   Court rules on the pending motions for summary judgment because

17   that may have an impact on what we present to the Court.

18             And then my other suggestion is I think that

19   depending on what you want to cover in the pretrial

10:48AM 20   conference -- for the current setting, we had a pretrial

21   conference on the Friday before the trial setting.  I think

22   that pretrial conference, just to get through motions *in limine*

23   is going to be lengthy; and so I just wanted to bring that to

24   your attention.

10:49AM 25             THE COURT:  Yeah.  I don't anticipate a pretrial

1    conference that's going to be a couple of hours.  I suspect

2    that we'll have a day set aside.  We'll start in the morning

3    and just go through as much as we can to knock some of that

4    out.

10:49AM 5            So, yes, thank you.  I think those are fine

6    suggestions by the way.

7            And I do anticipate after ruling perhaps giving

8    you some pretrial trial deadlines, perhaps amended exhibit

9    lists, amended motions *in limine*, things of that nature, simply

10:49AM 10   to -- if there can be some efficiency after the Court's

11   ruling -- I'm not opening up pleading practice.  But, okay, the

12   Court has now ruled.  We don't need this witness or the Court

13   ruled and perhaps this motion *in limine* is no longer needed and

14   that type of thing.

10:50AM 15           So that's a fine suggestion.  Thank you, sir.

16           Let's go around the table this way.

17           Mr. Hardin, anything by way of your calendar?

18       MR. HARDIN:  Thank you, Your Honor.  Rusty Hardin for

19   Mr. Gallegos.

10:50AM 20           I asked my office to send it to me because I know

21   I have multiple trials in that part of the year.  I wanted to

22   be able to inform you with accuracy rather than my guesses.  I

23   do know that Judge Barbara Lynn is retiring in Dallas in June.

24   I think we're her last scheduled trial, which starts, I think,

10:50AM 25   January 24th in Midland.

1           And Judge Hanen, one day apart of that, I forgot

2    which is which, has a trial starting -- has a criminal trial

3    starting here.

4           The Midland case is estimated to last about three

10:50AM  5    weeks.  It could be shorter.

6           The trial in Judge Hanen's court is scheduled for

7    some time.  I may be the crazy aunt in the attic, but I think

8    people are woefully optimistic about how long this is going to

9    take.

10:51AM 10           If all the officers stay in and if we don't get a

11   stay and if you rule against us and we are not successful in

12   getting a stay from the Fifth Circuit, then I just can't

13   imagine -- let me put it this way:  I've only been in two or

14   three multi-defendant cases, never more than four defendants at

10:51AM 15   a time.  So I've not been in one in which potentially there are

16   this many defendants.

17           The relevance of that, of course, is

18   cross-examination.  As this Court well knows, that's many times

19   the heart of the defense's case.  And I think this idea of

10:51AM 20   putting on a case in the amount of time the plaintiffs think,

21   you have to remember our position is sort of like

22   *My Cousin Vinny*.  Everything they have been saying is you know

23   what, okay?  And it didn't happen the way they have consented.

24           And it's important for people to remember the

10:52AM 25   criminal trial for everybody except Mr. Goines is really

1   irrelevant to what's happening here.  What was tried there, as

2   you know, was whether an affidavit was a felony -- false

3   affidavit, which, of course, it was, and whether that caused

4   the death.  And that's all it was.

5           It wasn't about excessive force.  It wasn't about

6   what the other officers knew or didn't know.

7           THE COURT:  Mr. Hardin, before I hear that argument,

8   let me refine the case by ruling and then I'll hear you on that

9   argument.

10          But I suspect -- I do not -- I'm kind of in

11  between the two of you.  I do not think it's going to be as

12  quick as the plaintiffs think, but I assure you it will not be

13  as long as you're suggesting either.  I kind of fall in the

14  middle as to where it's going to take.  Having now presided

15  over multiple-defendant trials, the Court has always had the

16  ability to find some efficiencies that attorneys overlook.

17          MR. HARDIN:  I understand that, Your Honor.  I just

18  mean that if I speak only for my client's case --

19          THE COURT:  I understand what you're saying.

20          MR. HARDIN:  There is considerable cross-examination of

21  every one of these things.  We believe the Court has been

22  misled throughout these six years, and that's why I want a

23  public trial.

24          THE COURT:  Very well.

25          MR. HARDIN:  Thank you, sir.  And I'm doing a calendar.

10:52AM
10:52AM
10:53AM
10:53AM
10:53AM

1    Maybe at the end of this, I'll have it.

2         THE COURT:  I will say that I'm prepared to bump

3    Judge Hanen, I'm not prepared to bump Judge Lynn.  So I'll

4    leave it at that.

10:53AM  5         Counselor.

6         MR. NACHTIGALL:  Good morning, Your Honor.

7    David Nachtigall for Steven Bryant.

8              Mine is a personal conflict.  HISD spring break

9    is March 10th through 17th.  I am a single parent of two

10:54AM 10   elementary school-aged children.

11        THE COURT:  10th through 17th?

12        MR. NACHTIGALL:  10th through the 15th, I guess.  The

13   17th is the Monday following.

14        THE COURT:  Very well.

10:54AM 15        MR. NACHTIGALL:  And I would only request that the

16   Court consider that accommodation.  I think it may impact

17   jurors as well.

18        THE COURT:  Yes, it does typically.  Thank you.

19        MR. NACHTIGALL:  Thank you.

10:54AM 20        THE COURT:  Counsel.

21        MR. DAWSON:  Judge, Dwayne Day on behalf of

22   Gerald Goines.

23             I have no issues with the scheduling the Court is

24   recommending.

10:54AM 25        THE COURT:  Very well.

1          Counsel.

2          MS. TAYLOR:  Your Honor, Michelle Taylor on behalf of

3    Ashraf and Salazar.

4          My conflict is the same as counsel.

10:54AM  5     THE COURT:  It's spring break.

6          MS. TAYLOR:  I have two school-aged children.

7          THE COURT:  Understood.

8          Counsel?

9          MR. GARCIA:  Alexander Garcia.

10:54AM 10    No conflicts.

11         THE COURT:  Very well.

12         Counsel?

13         MS. AZADEH:  Melissa Azadeh.

14         No conflicts.

10:55AM 15    THE COURT:  Ms. Martin?

16         MS. MARTIN:  Christy Martin.

17         I also have a spring break conflict with

18    school-aged children.

19         THE COURT:  Mr. Odom?

10:55AM 20    MR. ODOM:  Judge, I think Mr. Dawson accurately stated

21    my position.  I have no conflicts.

22         THE COURT:  Very well.

23              (Off-the-record discussion.)

24         THE COURT:  Pull out your calendars and tell me what

10:56AM 25    this looks like.  And before you answer, understand that

1    Ms. Edwards is looking at you when you respond, because she has

2    gone through the Court's calendar and taken a look at what

3    we're talking about.

4          Your docket call -- based upon the length that

10:56AM  5    you're talking about, May 2nd, 10 A.M.  Assume that's going to

6    be all day.  Trial starting May 5th.

7          That avoids the spring break issues and obviously

8    gives the Court more than enough time to work through some of

9    the issues that have been presented through some of the motions

10:56AM 10    that are currently pending.  I hope that there are no other

11    earth-shattering issues as well.

12          So take a look at your calendars.  I don't need

13    consent.  I need objections.

14          MR. SMITH:  No objections, Judge.

10:57AM 15          THE COURT:  Okay.  No objections.  I don't hear any.  I

16    don't see any.  I don't see any.

17          Okay.  So I know that I earlier denied a motion

18    for a continuance to keep your feet to the fire.  If you have a

19    problem with that, blame Otway Denny.  He told me a long time

10:57AM 20    ago before I became a judge, if you want a lawyer's attention,

21    give him a firm deadline and a trial setting, so I've tried to

22    adhere to that practice.

23          May 2nd, 10 A.M., docket call; trial May 5th.  So

24    we can get the case tried at least before the summer.  And

10:58AM 25    based upon all the rulings that the Court has to provide, it at

1    least gives me some time to work through that.

2            Counsel for the plaintiff, anything else, sir?

3        MR. DOYLE:  Mike Doyle.

4            Nothing further.

10:58AM  5        THE COURT:  Counsel?

6        MR. SMITH:  No, Your Honor.

7        THE COURT:  Counsel for the defense, anything else?

8        MR. DAWSON:  No, Your Honor.

9        MR. HARDIN:  No, Your Honor.

10:58AM  10        MR. NACHTIGALL:  No, Your Honor.

11        MR. DAY:  No, Your Honor.

12        MS. TAYLOR:  No, Your Honor.

13        MR. GARCIA:  No, Your Honor.

14        MS. AZADEH:  No, Your Honor.

10:58AM  15        THE COURT:  Thank you for your attention this morning,

16    counsel.  You're excused.

17            (The proceedings were adjourned.)

18                    * * * *

19                REPORTER'S CERTIFICATE

20            I, Lanie M. Smith, CSR, RMR, CRR, Official
   Court Reporter, United States District Court, Southern District
21    of Texas, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
22    understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

23

24                    /s/ Lanie M. Smith_____
                    Official Court Reporter

25

## /

**/s** [1] - 42:24

## 1

**1** [2] - 22:20, 25:3
**10** [5] - 26:15, 31:23, 32:4, 41:5, 41:23
**100** [3] - 1:22, 2:9, 2:22
**10th** [3] - 39:9, 39:11, 39:12
**1221** [1] - 2:3
**130-witness** [1] - 28:7
**1401** [1] - 2:12
**15** [1] - 27:6
**1545** [1] - 2:9
**15th** [1] - 39:12
**17th** [3] - 39:9, 39:11, 39:13
**188** [1] - 22:8
**19** [1] - 31:24

## 2

**2** [1] - 25:4
**20** [1] - 32:10
**2024** [1] - 1:7
**225** [1] - 2:6
**2250** [1] - 2:13
**24** [1] - 30:16
**24th** [2] - 35:5, 36:25
**28th** [1] - 26:23
**29** [2] - 1:7, 31:23
**2929** [1] - 1:18
**2nd** [2] - 41:5, 41:23

## 3

**30** [2] - 32:6, 32:10
**31** [1] - 26:15
**3401** [2] - 1:22, 2:22
**368** [1] - 3:5
**3900** [1] - 1:18

## 4

**4500** [1] - 2:3
**4:21-CV-00270** [1] - 1:4
**4:21-cv-270** [1] - 4:4
**4th** [5] - 2:16, 2:19, 3:2, 32:22

## 5

**515** [1] - 3:10
**5th** [2] - 41:6, 41:23

## 6

**60** [1] - 29:1
**601** [1] - 2:5

## 7

**77002** [4] - 2:16, 2:19, 3:2, 3:11
**77002-0368** [1] - 3:6
**77007** [1] - 2:6
**77008** [1] - 2:10
**77010** [3] - 2:3, 2:13, 2:23
**77019** [2] - 1:18, 1:23
**7th** [1] - 35:5

## 8

**8004** [1] - 3:11

## 9

**90** [1] - 29:1
**900** [3] - 2:16, 2:19, 3:2

## A

**a** [151] - 4:16, 5:13, 5:20, 6:22, 7:16, 7:19, 8:1, 8:2, 8:7, 8:10, 8:15, 8:17, 9:4, 9:20, 9:21, 9:24, 10:2, 11:1, 11:10, 11:19, 12:8, 12:10, 12:18, 12:19, 12:20, 13:3, 13:7, 13:16, 13:19, 14:1, 14:3, 14:6, 14:7, 14:8, 14:15, 15:5, 15:10, 16:7, 17:8, 17:15, 18:25, 19:1, 19:3, 19:13, 20:4, 20:7, 20:19, 21:1, 21:3, 21:14, 21:19, 22:2, 22:7, 22:16, 22:23, 22:25, 23:4, 23:6, 23:7, 23:15, 24:15, 24:16, 25:6, 25:9, 25:18, 26:7, 26:8, 26:10, 26:11, 26:13, 26:14, 26:19, 26:22, 27:1, 27:2, 27:24, 28:3, 28:10, 28:14, 28:17, 29:3, 29:7, 29:18, 29:22, 29:24, 30:2, 30:3, 30:9, 30:10, 30:12, 30:16, 30:18, 30:19, 30:21, 30:22, 30:23, 31:11, 31:22, 32:3, 32:6, 32:8, 32:10, 32:16, 32:19, 32:20, 33:16, 33:18, 33:23, 33:24, 33:25, 34:4, 34:8, 34:22, 35:1, 35:20, 35:25, 36:1, 36:2, 36:15, 37:2, 37:10, 37:12, 37:15, 37:20, 38:2, 38:22, 38:25, 39:8, 39:9, 40:17, 41:2, 41:12, 41:17, 41:18, 41:19, 41:20, 41:21, 42:21
**A.M** [2] - 41:5, 41:23
**ability** [4] - 16:12, 33:25, 38:16, 42:21
**able** [3] - 31:21, 36:22
**ABOTA** [2] - 35:1, 35:3
**about** [30] - 5:9, 10:8, 10:21, 14:13, 14:22, 15:8, 15:9, 16:13, 22:13, 23:19, 23:23, 24:9, 24:15, 24:21, 28:2, 29:13, 30:14, 30:23, 31:8, 32:1, 33:5, 34:4, 34:17, 37:4, 37:8, 38:5, 41:3, 41:5
**above** [1] - 42:22
**above-entitled** [1] - 42:22
**absence** [1] - 15:4
**absolutely** [1] - 8:9
**accessible** [1] - 9:5
**accommodation** [1] - 39:16
**accuracy** [1] - 36:22
**accurately** [1] - 40:20
**Acevedo** [1] - 23:9
**acknowledge** [2] - 13:24, 20:18
**action** [1] - 12:16
**actions** [1] - 24:5
**acts** [2] - 24:9, 24:10
**actually** [1] - 11:16
**add** [2] - 15:19, 26:12
**additional** [1] - 29:10
**address** [2] - 5:22, 21:25
**adhere** [1] - 41:22
**adjourned** [1] - 42:17
**adjudicate** [1] - 27:1
**adjudicated** [2] - 25:25, 27:17
**adjudication** [1] - 14:4
**advantageous** [2] - 14:13, 14:14
**advised** [1] - 16:7
**affect** [4] - 5:16, 10:18, 10:19, 11:2
**affected** [1] - 11:4
**affects** [1] - 10:22
**affidavit** [3] - 9:20, 38:2, 38:3
**affidavits** [3] - 23:16, 23:25, 24:20
**affirmative** [2] - 17:24, 18:6
**affirmatively** [1] - 17:6
**afforded** [2] - 17:12, 20:21
**after** [4] - 18:17, 35:15, 36:7, 36:10
**aftermath** [1] - 21:1
**again** [10] - 6:8, 6:16, 6:17, 8:1, 10:24, 17:11, 18:8, 21:22, 23:1, 25:5
**against** [16] - 5:21, 10:1, 10:25, 18:18, 18:19, 18:20, 18:22, 18:23, 19:10, 19:17, 19:19, 20:1, 20:4, 20:9, 22:11, 37:11
**aged** [3] - 39:10, 40:6, 40:18
**ago** [2] - 35:2, 41:20
**agree** [2] - 21:15, 33:5
**agreed** [2] - 25:21, 27:17
**aired** [1] - 24:15
**airing** [4] - 12:20, 13:7, 23:20, 23:22
**Al** [1] - 2:4
**al** [3] - 4:4, 4:5, 4:14
**AL** [2] - 1:4, 1:7
**ALBERT** [1] - 1:10
**Alexander** [3] - 3:1, 4:22, 40:9
**Alistair** [2] - 2:1, 4:12
**all** [26] - 5:9, 9:20, 10:18, 10:24, 11:5, 11:6, 13:13, 14:10, 16:7, 18:4, 18:18, 21:25, 22:19, 22:21, 23:4, 24:8, 25:17, 27:4, 30:22, 34:10, 34:13, 37:10, 38:4, 41:6, 41:25
**allegations** [3] - 12:21, 23:17, 24:9
**alleged** [2] - 23:24, 24:9
**allegedly** [1] - 24:19
**Allen** [4] - 1:18, 1:22, 2:8, 2:22
**allow** [2] - 17:23, 35:12
**allowed** [3] - 10:20, 12:7, 13:4
**allows** [1] - 13:7
**alone** [1] - 28:23

**along** [2] - 13:12, 34:9
**already** [3] - 7:7, 27:17
**also** [11] - 5:17, 8:14, 10:14, 10:16, 13:10, 14:3, 21:10, 23:5, 24:4, 27:10, 40:17
**although** [1] - 8:24
**always** [2] - 31:13, 38:15
**am** [3] - 13:10, 17:4, 39:9
**amended** [2] - 36:8, 36:9
**Amendment** [18] - 6:6, 10:6, 10:10, 12:3, 12:15, 13:5, 13:6, 13:18, 14:3, 14:7, 14:12, 14:14, 14:16, 15:1, 15:5, 15:10, 16:10, 27:1
**amount** [2] - 28:4, 37:20
**an** [31] - 5:16, 5:18, 6:2, 6:3, 7:25, 8:3, 8:21, 10:4, 14:23, 16:5, 16:16, 17:7, 17:10, 17:24, 18:16, 18:20, 19:25, 20:1, 22:6, 22:12, 23:20, 23:22, 28:9, 29:25, 30:8, 30:9, 33:20, 33:21, 35:17, 38:2
**and** [195] - 2:15, 2:18, 3:1, 3:5, 4:19, 4:20, 4:22, 4:25, 5:9, 5:14, 5:15, 5:20, 5:22, 5:23, 6:7, 6:16, 6:24, 7:3, 7:5, 7:7, 7:17, 7:18, 7:23, 7:25, 8:5, 8:7, 8:13, 8:15, 8:19, 8:24, 8:25, 9:3, 9:5, 9:7, 9:9, 9:17, 9:19, 9:20, 10:1, 10:2, 10:3, 10:4, 10:11, 10:17, 11:1, 11:19, 12:20, 13:1, 13:7, 13:10, 13:15, 13:19, 13:21, 13:25, 14:1, 14:2, 14:4, 14:5, 14:7, 14:9, 14:10, 14:16, 14:17, 14:18, 14:24, 15:11, 15:24, 16:6, 16:11, 16:14, 16:16, 16:21, 16:24, 17:3, 17:7, 17:11, 17:14, 17:17, 17:25, 18:21, 19:3, 19:17, 20:4, 20:19, 20:21, 21:5, 21:11, 21:14, 21:22, 22:7, 22:12, 22:22, 23:5, 23:8, 23:9, 23:12, 23:16, 23:19, 24:4, 24:7, 24:15, 24:20, 25:3, 25:4, 25:7, 25:9, 25:16, 25:17, 25:25, 26:1, 26:7, 26:11, 26:14, 26:19, 26:22, 27:6, 27:7, 27:9, 27:11, 27:14, 27:15, 27:22, 27:23, 28:3, 28:8, 28:9, 28:12, 28:14, 28:19, 29:14, 29:18, 29:20, 29:21, 29:24, 29:25, 30:12, 30:13, 31:6, 31:11, 31:16, 31:17, 31:19, 32:7, 32:16, 32:18, 33:5, 33:8, 33:19, 33:21, 33:23, 33:25, 34:10, 34:17, 34:18, 35:1, 35:4, 35:7, 35:10, 35:15, 35:18, 35:23, 36:3, 36:7, 36:13, 37:1, 37:10, 37:11, 37:19, 37:23, 37:24, 38:3, 38:4, 38:8, 38:22, 38:25, 39:15, 40:3, 40:24, 40:25, 41:2, 41:7, 41:21, 41:24, 42:21, 42:21, 42:22
**AND** [1] - 2:12
**anniversary** [1] - 12:9
**announcements** [1] - 5:5
**another** [3] - 16:19, 28:1, 29:1
**answer** [17] - 6:18, 15:2, 15:11, 15:21, 16:15, 17:10, 17:13, 17:16, 17:17, 17:22, 17:24, 18:5, 18:7, 19:25, 20:1, 21:16, 40:25
**answered** [3] - 14:24, 17:4, 18:5
**answers** [5] - 16:21, 16:22, 17:2,

18:17, 18:22
**anticipate** [7] - 29:15, 30:18, 31:1, 31:5, 32:9, 35:25, 36:7
**any** [10] - 5:5, 6:1, 9:13, 21:16, 24:13, 26:8, 27:19, 41:15, 41:16
**anybody** [2] - 7:12, 7:20
**anyone** [4] - 8:10, 9:13, 11:11, 20:13
**anything** [6] - 10:10, 15:22, 32:25, 36:17, 42:2, 42:7
**apart** [1] - 37:1
**apologize** [1] - 6:24
**appeal** [1] - 10:3
**APPEARANCES** [1] - 1:14
**appearances** [1] - 4:6
**appeared** [1] - 16:25
**appearing** [1] - 5:8
**applies** [1] - 9:23
**appreciate** [2] - 12:14, 34:17
**approaching** [1] - 12:9
**appropriate** [2] - 14:18, 18:21
**appropriately** [2] - 12:4, 31:4
**approximately** [3] - 29:1, 30:14, 32:10
**April** [1] - 35:5
**are** [24] - 6:23, 7:4, 7:5, 7:17, 9:4, 12:23, 16:8, 17:25, 18:22, 19:10, 20:1, 21:1, 21:5, 21:8, 24:5, 26:15, 28:8, 28:17, 36:5, 37:8, 37:11, 37:15, 41:10
**arguing** [2] - 21:22, 24:21
**argument** [3] - 8:2, 38:7, 38:9
**arguments** [1] - 17:1
**arising** [1] - 14:17
**around** [1] - 36:16
**as** [53] - 5:23, 7:8, 7:23, 7:24, 8:2, 10:3, 10:7, 11:23, 12:1, 12:13, 12:19, 12:24, 13:1, 13:12, 14:14, 14:20, 15:12, 20:8, 21:23, 22:5, 22:10, 23:6, 23:19, 25:13, 25:25, 26:13, 26:25, 27:9, 28:18, 28:19, 28:21, 29:18, 30:10, 31:2, 31:13, 36:3, 37:18, 38:1, 38:11, 38:12, 38:13, 38:14, 39:17, 40:4, 41:11
**Ashraf** [2] - 4:24, 40:3
**ASHRAF** [1] - 2:18
**aside** [1] - 36:2
**ask** [2] - 10:2, 13:23
**asked** [4] - 9:24, 15:10, 17:8, 36:20
**asking** [3] - 8:7, 11:1, 19:4
**aspersions** [1] - 32:3
**assert** [10] - 13:4, 13:6, 14:7, 14:12, 14:13, 14:16, 15:1, 15:10, 18:6, 19:14
**asserted** [4] - 12:5, 15:3, 16:10, 19:15
**assertion** [1] - 13:18
**assertions** [1] - 6:5
**assessment** [1] - 33:6
**associated** [1] - 23:10
**ASSOCIATES** [1] - 2:12
**Assume** [1] - 41:5
**assume** [1] - 21:7
**assuming** [2] - 22:20, 23:1
**assure** [2] - 28:4, 38:12

**AT** [2] - 2:8, 2:22
**at** [33] - 7:15, 8:1, 10:20, 11:3, 12:7, 14:2, 14:5, 14:9, 14:14, 15:11, 16:7, 17:18, 18:1, 22:6, 22:22, 24:10, 26:15, 26:24, 27:20, 30:22, 30:23, 31:6, 32:18, 33:21, 34:10, 37:14, 39:1, 39:4, 41:1, 41:2, 41:12, 41:24, 41:25
**attempt** [1] - 30:8
**attention** [6] - 21:17, 28:15, 31:13, 35:24, 41:20, 42:15
**attic** [1] - 37:7
**attorney** [6] - 6:12, 13:2, 15:12
**ATTORNEY** [2] - 2:8, 2:22
**Attorney's** [1] - 6:21
**attorneys** [3] - 7:10, 21:8, 38:16
**August** [2] - 26:23
**aunt** [1] - 37:7
**automatic** [1] - 27:14
**AVERY** [2] - 4:9, 17:20
**Avery** [3] - 1:21, 4:9, 17:20
**avoids** [1] - 41:7
**aware** [6] - 6:3, 10:6, 12:14, 16:17, 26:25, 27:5
**Azadeh** [5] - 3:4, 4:20, 8:12, 18:15, 40:13
**AZADEH** [16] - 4:20, 8:12, 9:12, 18:13, 18:15, 18:25, 19:7, 19:12, 19:15, 19:20, 19:23, 20:6, 20:10, 20:12, 40:13, 42:14

**B**

**B** [1] - 2:1
**back** [4] - 7:10, 13:2, 24:7, 24:23
**background** [1] - 21:21
**bad** [3] - 24:9, 24:10, 27:6
**Bagby** [3] - 2:16, 2:19, 3:2
**Barbara** [1] - 36:23
**BARROW** [1] - 1:17
**based** [10] - 8:21, 17:23, 18:2, 20:7, 23:14, 28:22, 32:5, 34:19, 41:4, 41:25
**basis** [1] - 12:10
**be** [83] - 4:3, 5:22, 7:19, 8:5, 8:20, 8:25, 9:2, 9:14, 9:21, 10:5, 10:20, 11:1, 11:2, 11:10, 12:22, 12:23, 13:4, 13:7, 13:8, 13:11, 13:22, 14:13, 14:14, 14:20, 15:2, 15:3, 15:4, 15:10, 15:12, 16:2, 16:17, 17:23, 18:1, 18:2, 18:7, 20:13, 20:21, 21:4, 21:14, 21:18, 22:12, 22:18, 23:6, 24:2, 24:3, 24:22, 25:3, 25:6, 25:17, 25:18, 26:11, 26:12, 26:16, 26:18, 26:22, 28:1, 28:5, 28:8, 28:9, 28:23, 31:1, 31:21, 31:25, 32:1, 32:5, 32:9, 32:11, 32:20, 34:7, 34:10, 34:19, 35:23, 36:1, 36:10, 36:22, 37:5, 37:7, 38:11, 38:12, 41:6
**became** [1] - 41:20
**because** [28] - 6:23, 7:1, 7:3, 7:13, 8:17, 8:21, 11:5, 14:2, 14:19, 15:13, 16:13, 17:15, 18:19, 20:1, 20:18, 20:20, 21:22, 23:6, 27:2, 27:10, 27:16, 28:4,

30:22, 31:19, 35:16, 36:20, 41:1
**BECK** [1] - 2:2
**become** [1] - 6:3
**been** [22] - 5:11, 6:11, 7:12, 7:20, 8:19, 9:8, 12:3, 12:14, 13:25, 15:23, 17:3, 17:25, 24:14, 27:17, 29:2, 30:11, 32:3, 37:13, 37:15, 37:22, 38:21, 41:9
**before** [10] - 15:23, 29:9, 29:10, 30:4, 31:18, 35:21, 38:7, 40:25, 41:20, 41:24
**BEFORE** [1] - 1:10
**beforehand** [1] - 10:3
**beginning** [1] - 9:18
**behalf** [5] - 9:16, 11:17, 16:11, 39:21, 40:2
**behind** [1] - 15:4
**being** [9] - 6:2, 6:4, 7:21, 17:8, 17:17, 27:2, 28:12, 31:9, 34:17
**believe** [15] - 10:11, 11:9, 13:1, 14:9, 18:18, 18:21, 19:15, 19:25, 20:23, 23:14, 23:15, 23:23, 29:4, 30:9, 38:21
**below** [1] - 16:2
**bench** [1] - 34:5
**BENNETT** [1] - 1:10
**best** [4] - 13:12, 29:23, 34:20, 42:21
**better** [1] - 26:1
**between** [1] - 38:11
**bifurcate** [6] - 5:17, 22:10, 22:19, 24:20, 24:24, 25:2
**bifurcation** [4] - 20:17, 21:4, 24:21, 29:3
**bit** [3] - 8:15, 8:17, 32:11
**blame** [1] - 41:19
**book** [1] - 34:5
**booked** [1] - 35:4
**Box** [1] - 3:5
**Boyd** [4] - 1:16, 4:7, 15:20, 33:4
**Brawley** [1] - 2:1
**break** [5] - 29:9, 39:8, 40:5, 40:17, 41:7
**breaks** [1] - 30:13
**brief** [3] - 30:3, 31:11, 31:12
**briefly** [1] - 16:3
**bring** [4] - 28:15, 31:12, 32:25, 35:23
**broadly** [1] - 16:8
**Bryant** [2] - 5:3, 39:7
**BRYANT** [1] - 2:8
**bump** [2] - 39:2, 39:3
**but** [41] - 5:11, 5:18, 6:2, 7:24, 8:2, 9:2, 10:12, 10:15, 10:24, 11:9, 12:7, 13:12, 14:6, 15:6, 16:7, 18:1, 19:13, 20:16, 21:10, 21:23, 24:17, 25:24, 26:8, 26:17, 27:4, 27:19, 27:20, 29:4, 29:17, 32:17, 32:21, 33:24, 34:8, 34:19, 34:23, 35:8, 36:11, 37:7, 38:10, 38:12
**by** [20] - 1:24, 6:11, 8:20, 9:7, 9:24, 10:13, 10:16, 12:1, 12:18, 13:19, 13:24, 17:3, 24:12, 25:19, 27:14, 29:2, 30:11, 36:6, 36:17, 38:8

# C

**C** [2] - 2:18, 4:1
**calendar** [7] - 30:4, 30:7, 31:3, 32:18, 36:17, 38:25, 41:2
**calendars** [2] - 40:24, 41:12
**Call** [1] - 4:2
**call** [2] - 41:4, 41:23
**called** [1] - 26:18
**came** [2] - 5:22, 26:22
**can** [10] - 13:12, 14:19, 21:14, 29:20, 31:24, 34:9, 35:11, 36:3, 36:10, 41:24
**can't** [2] - 35:7, 37:12
**cannot** [3] - 7:24, 11:18, 27:11
**career** [1] - 7:24
**case** [47] - 5:11, 5:12, 6:4, 6:22, 7:6, 7:7, 8:11, 8:19, 9:21, 10:11, 12:6, 12:8, 13:12, 13:20, 13:25, 19:5, 20:8, 22:3, 22:9, 23:18, 24:16, 25:25, 26:10, 26:22, 27:4, 27:9, 27:22, 28:7, 28:23, 29:13, 29:21, 29:24, 30:4, 30:21, 30:23, 31:5, 32:4, 33:17, 34:18, 34:19, 37:4, 37:19, 37:20, 38:8, 38:18, 41:24
**case-in-chief** [1] - 32:4
**cases** [8] - 6:7, 7:21, 9:8, 30:9, 30:10, 31:17, 37:14
**cast** [1] - 32:2
**catch-22** [1] - 17:15
**caught** [1] - 21:17
**Cause** [1] - 4:4
**caused** [1] - 38:3
**CEDELL** [1] - 3:5
**certain** [11] - 5:21, 5:25, 13:21, 13:22, 16:20, 19:11, 19:19, 19:24, 21:20, 23:24, 28:3
**certainly** [4] - 5:16, 23:22, 34:18
**CERTIFICATE** [1] - 42:19
**certify** [1] - 42:21
**chance** [1] - 28:14
**change** [1] - 15:22
**characterize** [1] - 12:15
**check** [1] - 30:6
**chief** [2] - 23:9, 32:4
**Chief** [1] - 23:9
**children** [3] - 39:10, 40:6, 40:18
**choose** [1] - 14:12
**christy** [1] - 2:15
**Christy** [3] - 4:18, 6:18, 40:16
**Circuit** [6] - 10:2, 10:23, 11:1, 26:20, 27:21, 37:12
**cited** [1] - 24:5
**CITY** [6] - 1:7, 2:1, 2:15, 2:18, 3:1, 3:5
**City** [10] - 4:5, 4:12, 4:15, 5:17, 6:21, 16:6, 16:16, 19:17, 22:11, 26:23
**City's** [1] - 16:12
**civil** [5] - 7:6, 7:11, 7:21, 12:16, 12:19
**claim** [7] - 18:17, 18:20, 19:2, 19:3, 19:14, 24:3, 25:3
**claims** [8] - 18:22, 18:23, 19:10, 19:17,

19:19, 20:1, 20:4, 20:8
**clarification** [1] - 31:12
**cleared** [1] - 5:23
**clearly** [1] - 27:9
**Clemente** [1] - 4:23
**CLEMENTE** [1] - 3:2
**client's** [1] - 38:18
**clients** [1] - 18:18
**CLIFFORD** [1] - 1:4
**cloaked** [1] - 10:16
**come** [6] - 6:14, 7:7, 20:24, 24:1, 24:23, 30:14
**comfortable** [1] - 15:12
**coming** [2] - 13:16, 29:16
**comments** [2] - 13:17, 23:13
**company** [1] - 25:17
**competing** [1] - 13:13
**complaint** [1] - 18:19
**complaints** [1] - 19:16
**complete** [1] - 12:20
**complication** [2] - 35:9, 35:10
**computer** [1] - 1:25
**concede** [1] - 34:23
**concern** [1] - 14:5
**concerning** [1] - 5:12
**concise** [1] - 26:16
**conclusion** [1] - 34:21
**conduct** [3] - 27:6, 27:12, 27:18
**CONFERENCE** [1] - 1:10
**conference** [5] - 5:8, 35:20, 35:21, 35:22, 36:1
**conflict** [3] - 39:8, 40:4, 40:17
**conflicts** [3] - 40:10, 40:14, 40:21
**confuse** [1] - 24:11
**confused** [1] - 19:6
**connection** [2] - 22:16, 22:24
**consciously** [1] - 23:10
**consent** [1] - 41:13
**consented** [1] - 37:23
**consider** [6] - 12:21, 13:8, 15:6, 21:23, 35:13, 39:16
**considerable** [1] - 38:20
**consideration** [4] - 17:18, 20:16, 29:3, 29:12
**considering** [1] - 20:22
**consistent** [1] - 10:23
**conspiracy** [2] - 19:1, 19:13
**conspire** [1] - 19:16
**constitutional** [6] - 22:12, 22:16, 22:23, 23:8, 24:12, 25:9
**context** [1] - 19:17
**continuance** [2] - 9:24, 41:18
**continue** [1] - 12:7
**control** [3] - 14:1, 29:17, 31:25
**conversely** [1] - 23:3
**correct** [6] - 17:5, 19:11, 19:20, 25:14, 32:24, 42:21
**correctly** [2] - 12:13, 32:12
**corruption** [1] - 27:11

**costs** [1] - 26:19
**could** [11] - 6:25, 8:25, 9:1, 13:13, 24:22, 25:6, 25:24, 27:15, 27:21, 31:3, 37:5
**couldn't** [2] - 29:7, 29:9
**counsel** [16] - 4:6, 5:7, 6:17, 11:12, 17:14, 31:14, 33:3, 39:20, 40:1, 40:4, 40:8, 40:12, 42:2, 42:5, 42:7, 42:16
**counselor** [6] - 8:9, 9:11, 15:18, 19:6, 26:4, 39:5
**County** [2] - 6:12, 13:2
**couple** [4] - 30:3, 30:9, 35:2, 36:1
**course** [3] - 10:1, 37:17, 38:3
**Court** [64] - 3:8, 3:9, 3:9, 6:1, 6:2, 8:7, 9:22, 9:25, 10:5, 10:20, 11:20, 12:2, 12:3, 13:7, 13:18, 13:25, 14:19, 16:17, 16:21, 16:23, 17:11, 17:13, 17:16, 18:2, 18:9, 18:10, 18:21, 19:4, 21:19, 22:7, 22:8, 22:10, 22:20, 23:1, 23:3, 23:6, 25:5, 25:22, 26:9, 26:25, 29:8, 30:3, 30:8, 33:10, 33:13, 34:24, 35:11, 35:13, 35:16, 35:17, 36:12, 37:18, 38:15, 38:21, 39:16, 39:23, 41:8, 41:25, 42:20, 42:24
**court** [5] - 4:2, 13:11, 33:9, 34:25, 37:6
**COURT** [77] - 1:1, 4:3, 4:16, 5:5, 5:7, 6:14, 6:24, 7:2, 7:23, 8:9, 9:11, 9:13, 11:7, 11:11, 11:14, 11:23, 12:12, 14:24, 15:8, 15:16, 15:18, 16:1, 16:3, 16:18, 17:7, 18:3, 18:14, 18:23, 19:6, 19:8, 19:13, 19:18, 19:21, 19:24, 20:7, 20:11, 20:13, 20:15, 23:12, 25:12, 25:16, 26:3, 27:25, 32:12, 32:15, 32:22, 32:25, 33:2, 33:8, 33:12, 33:15, 33:18, 33:23, 34:3, 34:7, 34:13, 35:25, 38:7, 38:19, 38:24, 39:2, 39:11, 39:14, 39:18, 39:20, 39:25, 40:5, 40:7, 40:11, 40:15, 40:19, 40:22, 40:24, 41:15, 42:5, 42:7, 42:15
**Court's** [13] - 11:21, 12:2, 14:1, 17:23, 22:3, 22:5, 29:5, 29:23, 30:11, 31:3, 31:16, 36:10, 41:2
**courtroom** [1] - 13:3
**courts** [2] - 14:15, 14:17
**Cousin** [1] - 37:22
**cover** [1] - 35:19
**coverage** [1] - 30:22
**covered** [1] - 21:2
**crazy** [1] - 37:7
**created** [1] - 12:18
**creates** [1] - 13:3
**criminal** [26] - 5:13, 6:6, 6:7, 7:6, 7:13, 7:21, 9:4, 9:8, 12:8, 12:17, 12:23, 12:25, 14:20, 14:22, 16:7, 16:10, 21:2, 23:21, 23:23, 24:18, 27:4, 27:9, 27:22, 29:16, 37:2, 37:25
**criminally** [1] - 7:12
**critical** [1] - 13:22
**cross** [3] - 31:25, 37:18, 38:20
**cross-examination** [3] - 31:25, 37:18, 38:20

**CRR** [2] - 3:8, 42:20
**CSR** [2] - 3:8, 42:20
**current** [1] - 35:20
**currently** [1] - 41:10
**custom** [4] - 22:13, 23:8, 23:11, 23:19
**customs** [1] - 24:10

# D

**D** [1] - 4:1
**DA** [1] - 7:14
**DA's** [1] - 7:7
**Dallas** [1] - 36:23
**dangers** [1] - 23:10
**date** [4] - 14:23, 17:24, 32:19, 32:20
**dates** [1] - 32:18
**David** [3] - 2:8, 5:3, 39:7
**DAWSON** [10] - 4:12, 16:2, 16:4, 21:25, 23:22, 25:15, 25:21, 34:15, 39:21, 42:8
**Dawson** [6] - 2:1, 4:12, 20:23, 26:3, 34:13, 40:20
**Day** [3] - 2:21, 5:1, 39:21
**DAY** [2] - 5:1, 42:11
**day** [12] - 14:3, 17:9, 22:22, 30:13, 30:15, 30:18, 30:22, 30:23, 31:22, 36:2, 37:1, 41:6
**days** [6] - 18:6, 29:1, 30:17, 30:20, 31:21, 32:4
**deadline** [1] - 41:21
**deadlines** [1] - 36:8
**dealing** [1] - 30:13
**death** [1] - 38:4
**deaths** [2] - 10:15, 12:9
**deceased** [1] - 10:15
**decide** [1] - 35:6
**decided** [1] - 19:1
**decides** [1] - 10:20
**decision** [5] - 8:7, 9:24, 20:7, 29:18, 29:21
**DEFENDANT** [4] - 2:1, 2:8, 2:11, 2:21
**defendant** [6] - 8:11, 15:9, 18:24, 37:14, 38:15
**DEFENDANTS** [4] - 2:15, 2:18, 3:1, 3:4
**defendants** [29] - 5:21, 6:1, 6:8, 6:22, 8:13, 8:14, 9:4, 9:13, 11:24, 12:3, 12:16, 12:22, 13:15, 13:19, 14:10, 14:25, 15:14, 15:22, 16:10, 16:20, 17:8, 18:4, 18:19, 18:22, 19:11, 19:19, 37:14, 37:16
**defense** [1] - 42:7
**defense's** [1] - 37:19
**defenses** [3] - 17:24, 18:6, 18:7
**defined** [1] - 12:1
**delay** [1] - 12:10
**deliberations** [3] - 30:18, 30:20, 31:2
**denied** [1] - 41:17
**denies** [1] - 22:20
**Denny** [1] - 41:19

**Department** [2] - 24:11, 27:23
**depend** [1] - 22:3
**depending** [5] - 21:19, 25:5, 25:10, 31:6, 35:19
**deposition** [1] - 10:7
**depositions** [5] - 7:8, 15:24, 26:16, 32:3, 33:11
**DEPT** [1] - 3:5
**deserves** [1] - 11:9
**desire** [1] - 29:21
**determination** [1] - 25:9
**determine** [2] - 9:1, 9:3
**deterrence** [1] - 25:19
**developed** [2] - 7:11, 8:19
**developments** [1] - 5:11
**did** [14] - 6:20, 7:15, 9:7, 9:17, 9:19, 10:13, 10:14, 10:16, 16:14, 19:14, 21:6, 24:19, 33:7, 35:8
**didn't** [5] - 16:22, 29:15, 37:23, 38:6
**difficult** [1] - 9:2
**dire** [3] - 24:16, 31:22, 34:21
**direct** [2] - 14:8, 32:1
**directly** [2] - 26:20, 27:24
**discovery** [1] - 13:14
**discretion** [3] - 17:23, 25:14, 26:21
**discuss** [1] - 20:17
**discussed** [1] - 21:5
**discussion** [2] - 23:14, 40:23
**disfavored** [1] - 26:24
**dismissed** [1] - 18:17
**dispose** [1] - 19:5
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [4] - 3:9, 3:10, 42:20
**district** [3] - 6:12, 7:9, 13:2
**DIVISION** [1] - 1:2
**do** [39] - 9:19, 10:11, 12:7, 13:24, 16:5, 17:2, 17:16, 17:22, 18:1, 18:16, 19:21, 20:4, 20:20, 21:24, 25:16, 26:18, 28:9, 28:24, 29:3, 29:4, 29:8, 29:11, 29:22, 30:2, 30:7, 31:1, 31:5, 31:12, 31:13, 31:24, 33:24, 34:22, 36:7, 36:23, 38:10, 38:11, 42:21
**docket** [2] - 41:4, 41:23
**does** [8] - 16:11, 16:16, 20:16, 23:3, 27:3, 28:5, 30:4, 39:18
**doesn't** [4] - 15:22, 22:18, 23:1, 24:20
**doing** [2] - 29:19, 38:25
**don't** [25] - 8:25, 9:3, 9:18, 10:4, 13:11, 14:9, 14:10, 17:24, 18:21, 19:15, 19:17, 19:24, 24:17, 26:17, 27:16, 27:19, 29:7, 34:24, 35:25, 36:12, 37:10, 41:12, 41:15, 41:16
**done** [5] - 7:14, 9:22, 13:25, 14:18
**down** [1] - 31:23
**Doyle** [7] - 1:21, 4:11, 11:15, 26:5, 31:15, 33:5, 42:3
**DOYLE** [17] - 1:22, 4:11, 11:13, 11:15, 11:25, 13:24, 15:6, 15:13, 15:17, 17:6, 26:5, 31:15, 32:14, 32:16, 32:24, 33:1,

42:3
**Doyle's** [1] - 34:17
**drafted** [1] - 16:8
**drive** [3] - 33:24, 33:25, 34:7
**during** [3] - 13:3, 30:14, 33:20
**Dwayne** [3] - 2:21, 5:1, 39:21

## E

**E** [3] - 3:1, 4:1
**each** [1] - 12:5
**earlier** [3] - 13:15, 23:13, 41:17
**early** [1] - 28:25
**earth** [1] - 41:11
**earth-shattering** [1] - 41:11
**easiest** [1] - 33:24
**easily** [1] - 27:15
**East** [1] - 34:4
**Edwards** [1] - 41:1
**efficiencies** [1] - 38:16
**efficiency** [4] - 21:10, 21:12, 25:19, 36:10
**efficient** [6] - 24:22, 28:5, 28:9, 28:12, 31:18, 34:18
**efficiently** [1] - 28:19
**either** [5] - 6:14, 8:21, 9:8, 9:21, 38:13
**either/or** [1] - 6:15
**elaborate** [1] - 8:15
**elementary** [1] - 39:10
**else** [10] - 8:10, 9:13, 11:11, 20:13, 28:15, 29:18, 31:12, 32:25, 42:2, 42:7
**enabled** [1] - 23:8
**end** [7] - 7:15, 7:19, 14:3, 14:23, 29:16, 30:4, 39:1
**engaged** [1] - 23:15
**enjoy** [1] - 25:17
**enough** [2] - 11:3, 41:8
**entangling** [1] - 27:22
**enticing** [1] - 26:11
**entire** [4] - 7:2, 7:25, 8:3, 17:1
**entirely** [2] - 9:10, 25:14
**entirety** [1] - 19:5
**entitled** [2] - 29:4, 42:22
**ERIC** [1] - 3:5
**establish** [1] - 24:6
**estimate** [5] - 30:9, 32:11, 34:16, 34:17, 34:20
**estimated** [1] - 37:4
**ET** [2] - 1:4, 1:7
**et** [2] - 4:4, 4:5
**even** [2] - 14:25, 34:8
**ever** [1] - 14:9
**every** [4] - 30:17, 32:7, 38:21
**everybody** [1] - 14:4, 37:25
**everybody's** [1] - 10:13
**everything** [1] - 37:22
**evidence** [12] - 8:19, 8:22, 8:25, 11:17, 24:18, 25:11, 29:14, 30:12, 30:15, 30:17, 31:22

**exactly** [1] - 9:1
**examination** [3] - 31:25, 37:18, 38:20
**example** [1] - 9:7
**except** [2] - 18:18, 37:25
**exceptionally** [1] - 22:6
**excessive** [6] - 18:20, 22:21, 23:4, 24:3, 25:3, 25:5, 27:15, 38:5
**exclude** [1] - 8:24
**excuse** [1] - 25:1
**excused** [1] - 42:16
**exhibit** [3] - 33:20, 35:15, 36:8
**exhibits** [3] - 33:14, 33:16, 34:9
**experience** [2] - 30:11, 34:19
**explain** [3] - 6:25, 33:18, 34:24
**expressions** [1] - 34:17
**extensive** [1] - 23:14
**extensively** [1] - 21:3

## F

**F** [1] - 1:4
**face** [1] - 12:16
**faced** [1] - 12:23
**facing** [2] - 12:22, 14:25
**fact** [8] - 6:3, 12:7, 14:8, 17:2, 19:14, 24:17, 25:18, 27:21
**facts** [7] - 12:20, 13:8, 13:21, 13:22, 16:12, 21:3, 21:4
**factual** [2] - 26:13, 27:2
**fair** [4] - 8:5, 9:4, 11:25, 26:22
**fairer** [1] - 26:1
**fairly** [5] - 22:25, 26:16, 26:20, 27:7
**faith** [1] - 14:21
**fall** [1] - 38:13
**falls** [1] - 17:11
**false** [4] - 23:16, 23:25, 24:19, 38:2
**family** [2] - 4:11, 11:15
**fast** [1] - 33:19
**February** [3] - 31:6, 32:19, 32:22
**federal** [1] - 9:8
**feedback** [1] - 21:23
**feel** [1] - 30:7
**feet** [1] - 41:18
**Felipe** [1] - 5:4
**FELIPE** [1] - 2:12
**felony** [1] - 38:2
**few** [1] - 28:19
**Fifth** [24] - 6:6, 10:2, 10:6, 10:10, 10:23, 11:1, 11:22, 12:3, 12:15, 13:5, 13:6, 13:18, 14:7, 14:12, 14:14, 14:16, 15:1, 15:5, 15:10, 15:24, 16:10, 26:20, 27:21, 37:12
**figure** [1] - 29:22
**file** [8] - 6:20, 8:7, 16:22, 17:2, 18:5, 19:25, 20:1, 20:21
**filed** [13] - 5:20, 6:22, 8:6, 11:20, 16:21, 17:1, 17:10, 18:25, 19:3, 20:4, 20:19, 29:6, 32:8
**filing** [4] - 6:24, 8:1, 18:16, 25:13

**filings** [1] - 6:1
**final** [2] - 28:14, 31:9
**find** [2] - 17:7, 38:16
**fine** [4] - 6:16, 35:11, 36:5, 36:15
**fire** [1] - 41:18
**FIRM** [1] - 2:5
**firm** [1] - 41:21
**first** [5] - 5:25, 6:10, 8:3, 19:2, 24:24
**five** [2] - 26:1, 34:16
**flip** [1] - 24:7
**flood** [1] - 27:8
**Floor** [3] - 2:16, 2:19, 3:2
**focused** [2] - 27:10, 27:13
**folks** [3] - 6:21, 12:10, 32:17
**following** [2] - 16:6, 39:13
**for** [92] - 4:6, 4:7, 4:9, 4:11, 4:12, 4:14, 4:18, 4:20, 4:22, 4:24, 5:1, 5:3, 5:4, 5:7, 5:8, 5:21, 6:17, 6:18, 7:6, 8:3, 8:7, 8:13, 9:3, 9:24, 10:2, 10:9, 11:1, 11:12, 11:15, 12:10, 12:19, 12:20, 13:8, 14:4, 14:11, 15:14, 15:20, 17:3, 17:8, 17:14, 17:17, 17:18, 17:20, 17:25, 18:4, 18:18, 18:21, 18:25, 19:2, 19:4, 20:4, 20:15, 20:17, 20:25, 21:2, 21:4, 21:19, 24:1, 24:9, 25:4, 25:23, 25:24, 26:5, 26:11, 26:24, 27:6, 28:18, 30:17, 31:3, 31:22, 32:4, 32:19, 32:20, 33:4, 33:7, 34:5, 34:20, 35:14, 35:16, 35:20, 36:18, 37:6, 37:24, 37:25, 38:18, 39:7, 41:18, 42:2, 42:7, 42:15
**FOR** [10] - 1:16, 1:21, 2:1, 2:8, 2:11, 2:15, 2:18, 2:21, 3:1, 3:4
**force** [8] - 18:20, 22:21, 22:23, 22:24, 23:4, 24:3, 25:3, 25:5, 27:15, 38:5
**foregoing** [1] - 42:21
**forest** [1] - 34:4
**forever** [3] - 12:10, 14:18, 14:19
**forgot** [1] - 37:1
**forthcoming** [1] - 15:2
**forward** [5] - 5:19, 12:19, 15:4, 15:25, 29:13
**found** [2] - 9:8, 9:10
**four** [4] - 10:17, 30:17, 32:13, 37:14
**frames** [1] - 30:25
**FRANK** [1] - 2:15
**Frank** [1] - 6:18
**frankly** [2] - 22:6, 22:17
**free** [1] - 30:7
**freely** [1] - 20:18
**frequent** [1] - 28:11
**Friday** [3] - 6:20, 6:25, 35:21
**from** [17] - 6:10, 6:25, 9:13, 9:18, 12:10, 13:17, 13:18, 13:21, 14:15, 15:2, 15:21, 17:9, 23:6, 31:2, 34:20, 37:12, 42:22
**full** [12] - 12:19, 12:20, 13:7, 14:10, 26:8, 33:11, 33:14
**fully** [1] - 13:24
**further** [6] - 16:22, 17:13, 17:16, 18:10, 26:12, 42:4

**Further** [1] - 18:9

## G

**G** [1] - 4:1
**GALLEGOS** [1] - 2:12
**Gallegos** [5] - 5:4, 9:16, 11:17, 12:5, 36:19
**Garcia** [3] - 3:1, 4:22, 40:9
**GARCIA** [3] - 4:22, 40:9, 42:13
**Garrett** [1] - 2:1
**Garrity** [3] - 8:18, 8:20, 8:22
**Garrity-protected** [1] - 8:22
**Gerald** [2] - 5:2, 39:22
**GERALD** [1] - 2:22
**get** [21] - 5:14, 5:16, 5:23, 7:7, 14:9, 15:14, 21:23, 22:11, 22:12, 24:16, 26:14, 26:17, 29:5, 29:7, 29:9, 29:25, 30:12, 35:8, 35:22, 37:10, 41:24
**gets** [2] - 15:6, 22:3
**getting** [2] - 13:13, 37:12
**give** [12] - 19:8, 20:20, 22:8, 26:8, 27:7, 28:14, 28:25, 29:10, 29:12, 30:8, 31:13, 41:21
**gives** [2] - 41:8, 42:1
**giving** [1] - 36:7
**go** [16] - 7:21, 10:7, 10:25, 12:18, 14:6, 14:19, 23:17, 32:2, 32:4, 32:6, 32:7, 34:7, 35:3, 35:7, 36:3, 36:16
**goes** [1] - 23:7
**Goines** [9] - 5:2, 7:15, 21:2, 23:13, 23:15, 23:25, 24:19, 37:25, 39:22
**GOINES** [1] - 2:22
**going** [42] - 5:14, 7:4, 7:8, 7:11, 7:16, 7:19, 10:2, 10:3, 10:20, 11:1, 11:2, 12:23, 15:14, 18:1, 19:8, 20:19, 21:8, 21:24, 24:8, 24:16, 25:18, 28:3, 28:5, 28:8, 28:20, 28:23, 30:2, 30:16, 30:18, 30:19, 30:21, 31:7, 32:7, 34:23, 35:3, 35:23, 36:1, 37:8, 38:11, 38:14, 41:5
**gone** [2] - 10:4, 41:2
**Gonzales** [2] - 4:18, 18:19
**GONZALES** [1] - 2:16
**good** [11] - 4:3, 4:7, 4:9, 4:14, 4:18, 4:24, 5:1, 8:12, 9:15, 14:21, 39:6
**got** [3] - 31:23, 33:1, 33:16
**grant** [4] - 11:3, 17:8, 23:1, 23:3
**granted** [1] - 11:20
**guess** [2] - 26:7, 39:12
**guessed** [1] - 26:7
**guesses** [1] - 36:22
**guesstimate** [1] - 32:5
**guidelines** [1] - 30:25
**guy** [2] - 10:12, 10:13
**guys** [1] - 9:19

## H

**H** [1] - 1:10
**had** [9] - 5:20, 7:7, 18:20, 23:15, 23:20, 23:22, 26:18, 35:20, 38:15
**half** [2] - 30:12, 34:4
**Hanen** [2] - 37:1, 39:3
**Hanen's** [1] - 37:6
**happen** [1] - 37:23
**happened** [2] - 11:18, 22:21
**happening** [1] - 38:1
**happens** [2] - 22:2, 33:19
**happy** [3] - 25:17, 25:23, 34:7
**hard** [3] - 13:12, 28:23, 33:19
**hard-and-fast** [1] - 33:19
**Hardin** [7] - 2:11, 5:4, 9:15, 11:16, 36:17, 36:18, 38:7
**HARDIN** [9] - 2:12, 5:4, 9:15, 11:8, 36:18, 38:17, 38:20, 38:25, 42:9
**Harding** [2] - 10:11, 22:22
**Harold** [1] - 2:4
**Harris** [2] - 6:12, 13:2
**has** [23] - 5:17, 6:1, 6:3, 7:20, 10:10, 12:3, 13:25, 17:3, 22:11, 24:14, 26:20, 29:8, 30:11, 35:7, 35:10, 36:12, 37:2, 38:15, 38:21, 41:1, 41:25
**have** [99] - 5:11, 5:18, 6:3, 6:11, 7:4, 7:9, 7:18, 9:1, 9:8, 9:18, 9:19, 9:22, 10:4, 12:8, 12:14, 13:12, 14:2, 14:3, 14:6, 14:15, 14:17, 14:20, 14:23, 15:24, 16:5, 16:10, 16:16, 16:20, 16:22, 16:25, 17:2, 17:3, 17:4, 17:9, 17:24, 17:25, 18:4, 18:16, 18:17, 18:23, 19:1, 19:19, 20:3, 20:4, 20:8, 20:18, 20:24, 21:13, 22:8, 22:15, 23:4, 23:21, 23:22, 24:24, 24:25, 25:2, 25:17, 25:23, 25:25, 26:14, 27:1, 27:17, 28:10, 28:11, 28:22, 29:2, 30:9, 30:16, 30:18, 30:19, 31:3, 31:10, 31:11, 32:16, 32:20, 33:5, 33:7, 33:24, 33:25, 34:8, 34:22, 35:4, 35:7, 35:10, 35:17, 36:2, 36:21, 37:21, 37:22, 37:23, 39:1, 39:23, 40:6, 40:17, 40:21, 41:9, 41:18
**haven't** [1] - 17:10
**having** [6] - 6:7, 10:18, 13:14, 13:17, 13:21, 15:9, 16:21, 21:12, 25:19, 31:17, 33:9, 35:6, 38:14
**he** [5] - 10:13, 10:21, 11:16, 11:19, 41:19
**he's** [5] - 10:12, 10:13, 10:14, 10:16
**head** [1] - 17:6
**hear** [14] - 6:10, 7:17, 13:22, 21:21, 22:19, 22:21, 24:8, 25:8, 25:10, 25:24, 25:25, 38:7, 38:8, 41:15
**HEARD** [1] - 1:10
**heard** [7] - 7:13, 7:18, 9:14, 13:11, 13:17, 16:2, 20:13
**hearing** [3] - 15:11, 20:25, 32:12
**hearings** [2] - 9:1, 16:24
**heart** [1] - 37:19
**Heights** [1] - 2:9
**helpful** [1] - 34:11
**helps** [2] - 31:19
**her** [1] - 36:24

**here** [20] - 4:11, 5:1, 7:7, 11:15, 11:24, 16:25, 18:24, 20:19, 25:17, 25:23, 26:5, 28:2, 29:19, 31:10, 31:11, 33:23, 34:1, 37:3, 38:1
**here's** [1] - 26:10
**hereby** [2] - 18:5, 42:21
**hey** [2] - 26:9, 26:10
**highly** [1] - 7:5
**him** [1] - 41:21
**his** [3] - 9:18, 9:21, 33:6
**HISD** [1] - 39:8
**hold** [2] - 20:19, 28:23
**Honor** [39] - 4:7, 4:9, 4:13, 4:14, 8:12, 9:12, 9:15, 15:19, 16:2, 16:4, 17:20, 18:13, 18:16, 19:23, 20:6, 20:10, 22:1, 24:4, 25:8, 25:22, 31:15, 32:24, 33:4, 33:7, 34:12, 34:15, 35:6, 36:18, 38:17, 39:6, 40:2, 42:6, 42:8, 42:9, 42:10, 42:11, 42:12, 42:13, 42:14
**HONORABLE** [1] - 1:10
**hope** [4] - 7:17, 31:7, 34:18, 41:10
**hopefully** [2] - 28:19, 31:22
**hopes** [1] - 9:22
**hours** [5] - 30:12, 30:15, 30:16, 32:7, 36:1
**house** [2] - 11:18, 21:7
**HOUSTON** [8] - 1:2, 1:7, 1:5, 2:1, 2:15, 2:18, 3:1, 3:5
**Houston** [18] - 1:18, 1:23, 2:3, 2:6, 2:10, 2:13, 2:16, 2:19, 2:23, 3:2, 3:6, 3:11, 4:5, 4:12, 4:15, 16:6, 24:10, 27:23
**how** [12] - 5:16, 5:18, 10:24, 14:11, 16:13, 21:11, 21:19, 24:16, 24:22, 25:5, 26:9, 37:8
**however** [2] - 12:15, 25:23

## I

**I** [194] - 4:1, 5:8, 5:13, 5:15, 5:22, 6:5, 6:24, 7:17, 7:24, 8:5, 8:14, 8:15, 8:25, 9:3, 9:7, 9:8, 9:10, 11:5, 11:6, 11:9, 11:16, 12:13, 12:14, 13:1, 13:10, 13:11, 13:12, 13:13, 13:24, 14:5, 14:9, 14:10, 14:11, 14:17, 14:18, 14:24, 15:13, 16:2, 16:5, 16:16, 17:4, 17:7, 17:22, 18:1, 18:8, 18:13, 20:17, 20:18, 20:23, 20:24, 21:7, 21:17, 21:23, 22:15, 23:12, 23:14, 23:23, 24:14, 24:17, 24:23, 25:6, 25:7, 25:16, 25:21, 25:22, 26:7, 26:11, 26:14, 26:17, 26:21, 27:4, 27:16, 27:19, 27:20, 28:1, 28:4, 28:11, 28:17, 28:22, 28:24, 29:3, 29:4, 29:7, 29:11, 29:12, 29:15, 29:20, 29:23, 29:25, 30:9, 30:10, 30:17, 30:21, 30:24, 31:3, 31:5, 31:7, 31:11, 31:13, 31:16, 31:17, 31:18, 31:19, 31:21, 31:23, 31:24, 32:6, 32:8, 32:14, 32:20, 33:1, 33:5, 33:6, 33:9, 33:21, 33:24, 34:8, 34:9, 34:16, 34:17, 34:18, 34:22, 35:2, 35:4, 35:7, 35:8, 35:10, 35:12, 35:18, 35:21, 35:23, 35:25, 36:1,

36:5, 36:7, 36:20, 36:21, 36:22, 36:24, 37:1, 37:7, 37:12, 37:19, 38:7, 38:10, 38:11, 38:12, 38:13, 38:17, 38:18, 38:19, 38:22, 39:2, 39:9, 39:12, 39:15, 39:16, 39:23, 40:6, 40:17, 40:20, 40:21, 41:10, 41:12, 41:13, 41:15, 41:16, 41:17, 41:20, 42:20

**I'd** [3] - 16:4, 29:22, 34:23

**I'll** [13] - 8:1, 10:5, 20:7, 20:20, 21:21, 21:25, 24:4, 28:14, 31:13, 34:7, 38:8, 39:1, 39:3

**I'm** [31] - 5:14, 7:23, 14:22, 15:8, 15:9, 16:6, 16:7, 17:15, 19:6, 19:8, 20:19, 21:11, 21:23, 24:21, 27:15, 29:8, 29:17, 30:2, 31:24, 32:2, 32:12, 34:5, 34:23, 35:3, 36:11, 38:10, 38:25, 39:2, 39:3

**I've** [9] - 6:24, 29:20, 31:10, 31:17, 31:22, 32:3, 37:13, 37:15, 41:21

**IAD** [1] - 8:21

**idea** [3] - 22:9, 27:2, 37:19

**identify** [1] - 6:17

**if** [63] - 4:17, 6:23, 7:5, 7:9, 7:19, 9:5, 10:1, 10:2, 10:4, 10:19, 10:21, 10:23, 10:24, 11:3, 11:9, 12:18, 13:1, 13:6, 14:6, 15:2, 17:22, 18:6, 18:23, 19:24, 19:25, 21:14, 22:10, 22:19, 23:3, 24:7, 24:12, 24:23, 25:2, 25:24, 26:18, 27:7, 29:22, 29:24, 29:25, 30:3, 30:6, 30:18, 31:10, 32:2, 32:6, 32:12, 32:19, 33:23, 33:24, 34:1, 34:3, 34:24, 35:6, 35:12, 36:10, 37:10, 37:11, 38:18, 41:18, 41:20

**III** [1] - 2:4

**illegal** [1] - 27:18

**imagine** [1] - 37:13

**immunity** [3] - 9:23, 10:17, 10:25

**impact** [10] - 5:18, 6:4, 6:8, 7:3, 12:24, 16:5, 16:16, 20:16, 35:17, 39:16

**impacted** [2] - 14:2, 29:18

**impacts** [1] - 21:15

**impede** [1] - 16:12

**implicated** [1] - 14:4

**implication** [3] - 14:8, 14:16, 15:7

**implications** [1] - 26:25

**important** [4] - 17:25, 29:5, 35:8, 37:24

**impression** [1] - 8:3

**in** [123] - 5:11, 5:25, 6:21, 6:22, 7:10, 7:11, 7:23, 7:24, 8:11, 8:19, 9:17, 9:21, 9:22, 10:15, 12:6, 12:16, 12:19, 13:2, 13:11, 13:13, 13:19, 14:21, 15:4, 15:24, 16:6, 17:7, 17:9, 17:12, 17:14, 17:15, 17:17, 18:7, 18:9, 19:14, 19:16, 20:22, 20:25, 21:1, 21:3, 21:5, 21:6, 21:8, 21:13, 22:10, 22:16, 22:19, 22:24, 23:13, 23:15, 23:16, 23:17, 23:20, 23:21, 23:23, 23:24, 24:1, 24:5, 24:15, 24:16, 24:18, 25:4, 25:13, 25:25, 26:1, 26:8, 26:22, 27:1, 27:6, 27:9, 27:12, 27:18, 27:24, 28:5, 28:9, 28:25, 29:17,

30:8, 30:16, 30:21, 30:25, 31:5, 31:18, 31:21, 31:24, 32:4, 32:18, 33:16, 33:20, 33:25, 34:8, 34:15, 34:19, 34:22, 35:1, 35:19, 35:22, 36:2, 36:9, 36:13, 36:21, 36:23, 36:25, 37:6, 37:7, 37:10, 37:11, 37:13, 37:15, 37:20, 38:10, 38:13, 42:22

**included** [1] - 18:7

**including** [3] - 12:5, 26:12, 31:23

**indicted** [5] - 7:12, 8:10, 9:4, 11:24, 15:23

**indictment** [3] - 7:13, 7:20, 12:23

**indictments** [5] - 6:7, 10:19, 16:5, 16:8, 29:13

**indifferent** [1] - 23:10

**individual** [2] - 16:9, 24:12

**individuals** [1] - 6:11

**inform** [1] - 36:22

**information** [5] - 5:14, 8:18, 9:5, 13:14, 23:16

**initial** [1] - 21:4

**inside** [1] - 11:18

**instance** [4] - 7:25, 21:13, 27:2, 34:8

**instances** [2] - 23:24, 24:19

**instructed** [1] - 16:15

**intend** [1] - 18:6

**interest** [1] - 31:18

**interests** [1] - 13:13

**international** [1] - 35:4

**interspersed** [1] - 8:18

**into** [6] - 6:14, 10:7, 11:5, 22:12, 23:7, 32:4

**introduce** [1] - 33:20

**investigator** [1] - 8:21

**invite** [1] - 30:2

**irrelevant** [1] - 38:1

**is** [91] - 4:17, 5:18, 5:22, 6:3, 6:23, 7:12, 7:14, 7:18, 7:19, 8:6, 8:17, 8:18, 8:22, 9:5, 9:20, 10:12, 11:22, 11:23, 12:2, 12:10, 12:18, 13:2, 13:16, 14:4, 14:5, 14:6, 14:25, 15:21, 17:16, 17:17, 18:2, 18:10, 18:20, 18:24, 19:11, 19:12, 19:18, 20:15, 20:17, 20:23, 21:18, 22:21, 23:4, 24:8, 24:23, 25:8, 25:13, 25:15, 25:18, 25:22, 26:7, 26:9, 26:13, 26:25, 27:24, 28:2, 28:3, 29:24, 30:2, 32:21, 32:22, 33:20, 34:18, 34:25, 35:5, 35:8, 35:9, 35:11, 35:14, 35:18, 35:23, 36:13, 36:23, 37:2, 37:4, 37:6, 37:8, 37:17, 37:21, 37:22, 37:25, 38:20, 39:8, 39:9, 39:13, 39:23, 40:4, 41:1, 42:21

**issuance** [1] - 22:17

**issue** [18] - 10:4, 10:8, 11:12, 11:13, 12:1, 12:24, 16:19, 18:11, 18:16, 20:13, 20:15, 22:17, 22:25, 24:15, 27:2, 28:14, 29:13, 34:23

**issues** [11] - 14:14, 21:14, 28:16, 29:2, 30:3, 33:1, 35:13, 39:23, 41:7, 41:9, 41:11

**it** [76] - 5:8, 6:3, 7:19, 8:6, 8:25, 9:2,

9:18, 9:20, 9:22, 10:16, 10:21, 12:15, 13:3, 13:7, 14:18, 15:9, 16:11, 16:16, 17:12, 18:2, 19:15, 19:21, 20:17, 21:1, 22:5, 24:2, 24:7, 24:8, 24:22, 24:24, 25:1, 25:6, 25:7, 25:11, 25:15, 26:10, 26:16, 26:18, 27:3, 27:8, 27:10, 27:22, 28:4, 28:5, 28:9, 30:11, 31:4, 31:23, 31:25, 32:3, 33:1, 33:21, 33:25, 34:1, 34:3, 34:18, 34:24, 35:7, 35:8, 35:14, 36:20, 37:5, 37:13, 37:23, 38:3, 38:4, 38:5, 38:12, 39:1, 39:4, 39:16, 39:18, 41:25

**it's** [28] - 4:17, 7:5, 8:21, 9:3, 10:24, 11:4, 14:7, 18:21, 21:22, 23:24, 24:14, 26:21, 26:23, 27:13, 27:14, 27:16, 28:10, 28:23, 29:17, 29:18, 29:21, 30:14, 30:21, 33:18, 37:24, 38:11, 38:14, 40:5

**its** [1] - 17:12

## J

**JACKSON** [1] - 1:17

**January** [4] - 31:5, 32:19, 35:1, 36:25

**Jasper** [1] - 26:23

**Jeff** [3] - 1:21, 4:9, 17:20

**JOHN** [1] - 1:21

**join** [2] - 9:17, 9:18

**Jr** [1] - 2:11

**Judge** [9] - 5:1, 36:23, 37:1, 37:6, 39:3, 39:21, 40:20, 41:14

**JUDGE** [1] - 1:11

**judge** [3] - 27:9, 28:3, 41:20

**judgment** [12] - 5:21, 11:17, 17:4, 17:8, 17:18, 18:25, 19:4, 20:5, 23:2, 23:4, 28:18, 35:16

**judicial** [4] - 21:10, 21:12, 25:19, 26:19

**June** [1] - 36:23

**jurisprudence** [1] - 27:21

**jurors** [2] - 31:19, 39:17

**jury** [21] - 12:21, 13:8, 13:22, 14:4, 15:6, 16:12, 21:14, 21:16, 24:8, 24:11, 25:8, 25:21, 25:24, 26:1, 27:1, 27:2, 30:22, 30:23, 30:24, 31:2

**jury's** [3] - 28:8, 29:24, 30:13

**just** [27] - 4:16, 8:2, 8:6, 8:15, 11:12, 14:8, 14:10, 16:4, 16:16, 17:10, 22:7, 22:8, 24:21, 25:6, 27:13, 27:21, 28:25, 30:10, 30:13, 32:3, 34:16, 34:19, 35:22, 35:23, 36:3, 37:12, 38:17

## K

**keep** [2] - 27:10, 41:18

**key** [3] - 13:22, 34:9, 34:10

**kill** [1] - 34:4

**kind** [7] - 17:15, 21:21, 23:12, 24:23, 30:25, 38:10, 38:13

**knew** [1] - 38:6

**knock** [1] - 36:3

**know** [20] - 5:8, 6:5, 7:9, 7:15, 7:17, 10:3, 11:3, 14:11, 18:1, 25:22, 28:10, 28:24, 31:17, 32:16, 36:20, 36:23, 37:22, 38:2, 38:6, 41:17
**knowing** [1] - 13:20
**knows** [4] - 22:7, 22:10, 23:6, 37:18

## L

**L** [1] - 2:15
**language** [1] - 18:9
**Lanie** [3] - 3:8, 42:20, 42:24
**laptop** [1] - 34:1
**last** [3] - 5:10, 36:24, 37:4
**LAW** [3] - 2:5, 2:8, 2:22
**law** [2] - 16:7, 34:25
**lawyer** [1] - 28:2
**lawyer's** [1] - 41:20
**lawyers** [3] - 6:10, 16:10, 16:25
**laying** [1] - 26:8
**learned** [2] - 6:16, 20:21
**least** [4] - 11:3, 30:22, 41:24, 42:1
**leave** [1] - 39:4
**led** [1] - 23:8
**LEE** [1] - 1:17
**LEGAL** [1] - 3:5
**Lena** [1] - 2:2
**length** [5] - 31:1, 33:6, 34:15, 34:20, 41:4
**lengthy** [2] - 25:16, 35:23
**less** [1] - 34:19
**lesser** [1] - 21:19
**let** [6] - 6:10, 19:21, 31:14, 33:18, 37:13, 38:8
**let's** [5] - 5:24, 16:19, 18:11, 19:21, 36:16
**liability** [9] - 12:8, 12:25, 22:11, 23:7, 24:1, 24:6, 24:9, 25:4, 25:11
**liable** [1] - 10:12
**like** [11] - 16:4, 17:25, 29:22, 30:5, 30:21, 32:4, 33:10, 33:14, 34:23, 37:21, 40:25
**limine** [3] - 35:22, 36:9, 36:13
**limited** [1] - 23:6
**list** [2] - 26:14, 28:7
**listed** [1] - 22:8
**listening** [1] - 7:10
**lists** [3] - 35:15, 36:9
**litigants'** [1] - 13:11
**litigation** [3] - 5:12, 5:16, 6:9
**little** [4] - 8:15, 8:17, 32:8, 32:10
**live** [3] - 18:22, 18:23, 31:24
**lives** [2] - 10:13, 10:17
**LLP** [3] - 1:17, 1:22, 2:2
**long** [12] - 7:24, 10:7, 11:3, 14:20, 22:6, 25:23, 26:14, 29:4, 32:8, 37:8, 38:13, 41:19
**longer** [3] - 32:2, 32:11, 36:13
**look** [9] - 8:1, 14:19, 27:20, 30:5, 31:3,

33:21, 34:10, 41:2, 41:12
**looking** [5] - 22:6, 26:15, 31:6, 32:18, 41:1
**looks** [1] - 40:25
**lot** [7] - 14:1, 21:3, 22:2, 26:19, 32:3, 32:17
**LOVINGS** [1] - 3:5
**Lovings** [2] - 4:20, 8:13
**lunch** [1] - 30:13
**Lynn** [2] - 36:23, 39:3

## M

**M** [3] - 3:8, 42:20, 42:24
**made** [3] - 17:1, 29:18, 29:20
**make** [5] - 4:17, 7:16, 25:9, 28:4, 28:11
**makes** [2] - 24:13, 35:14
**man** [1] - 9:23
**manner** [1] - 28:9
**MANUEL** [1] - 2:19
**many** [2] - 37:16, 37:18
**March** [7] - 29:10, 30:4, 31:6, 32:20, 32:22, 35:5, 39:9
**Martin** [7] - 2:15, 4:18, 6:18, 8:15, 13:1, 40:15, 40:16
**MARTIN** [7] - 4:18, 6:13, 6:18, 7:1, 7:3, 8:5, 40:16
**matter** [7] - 5:12, 6:2, 6:23, 8:2, 26:9, 26:13, 42:22
**matters** [2] - 12:24, 32:20
**max** [1] - 36:19
**May** [4] - 41:5, 41:6, 41:23
**may** [31] - 4:3, 5:18, 10:5, 11:9, 12:8, 12:16, 12:22, 12:24, 13:7, 13:8, 13:20, 13:22, 13:23, 14:13, 14:14, 14:25, 15:2, 16:2, 18:13, 21:18, 24:1, 24:11, 24:24, 24:25, 25:10, 28:7, 32:4, 32:16, 35:17, 37:7, 39:16
**maybe** [2] - 26:17, 32:10
**Maybe** [1] - 39:1
**McKinney** [2] - 2:3, 2:12
**me** [25] - 6:10, 7:17, 8:4, 19:9, 19:21, 25:1, 25:16, 28:10, 28:25, 29:10, 30:9, 30:10, 31:7, 31:14, 31:20, 33:18, 35:2, 35:12, 36:20, 37:13, 38:8, 40:24, 41:19, 42:1
**mean** [3] - 30:24, 31:12, 38:18
**means** [2] - 29:9, 29:15
**measured** [1] - 32:1
**mechanical** [1] - 1:24
**media** [3] - 7:16, 21:3, 23:14
**Medina** [2] - 4:19, 6:18
**MEDINA** [1] - 2:15
**Melissa** [4] - 4:20, 8:12, 18:15, 40:13
**melissa** [1] - 3:4
**mention** [2] - 11:6, 19:13
**mentioned** [3] - 19:3, 19:16, 21:10
**mic** [1] - 6:14
**Michael** [1] - 1:21
**Michelle** [3] - 2:18, 4:24, 40:2

**microphone** [1] - 6:15
**mid** [1] - 29:10
**mid-March** [1] - 29:10
**middle** [1] - 38:14
**Midland** [2] - 36:25, 37:4
**might** [5] - 5:16, 14:20, 28:1, 34:10, 34:18
**Mike** [5] - 4:11, 11:15, 26:5, 31:15, 42:3
**mind** [1] - 34:24
**mine** [1] - 39:8
**minimum** [1] - 30:23
**minor** [1] - 33:7
**minutes** [2] - 32:6, 32:10
**misled** [1] - 38:22
**misspoke** [1] - 11:16
**moment** [1] - 4:16
**Monday** [2] - 30:10, 39:13
**Monell** [9] - 22:11, 22:13, 23:5, 23:7, 24:1, 24:6, 24:9, 25:4, 25:11
**money** [1] - 26:19
**month** [4] - 21:24, 22:2, 22:7, 25:18
**moot** [4] - 17:23, 18:2, 18:20, 34:25
**more** [9] - 5:14, 8:17, 22:7, 24:22, 25:6, 26:20, 35:8, 37:14, 41:8
**morning** [4] - 4:3, 4:7, 4:9, 4:14, 4:18, 4:24, 5:1, 8:12, 9:15, 36:2, 39:6, 42:15
**most** [2] - 8:20, 15:14
**motion** [22] - 5:18, 5:20, 6:22, 8:6, 9:17, 11:20, 11:21, 11:23, 17:14, 17:17, 17:23, 18:25, 19:4, 20:4, 20:17, 20:22, 20:23, 20:24, 21:22, 26:8, 36:13, 41:17
**motions** [10] - 17:1, 22:4, 22:20, 28:17, 28:21, 29:5, 35:16, 35:22, 36:9, 41:9
**mountain** [1] - 33:16
**move** [4] - 5:19, 13:20, 15:3, 15:25
**moved** [4] - 5:17, 11:16, 13:12, 17:3
**moving** [2] - 13:15, 29:13
**MR** [61] - 4:7, 4:9, 4:11, 4:12, 4:14, 4:22, 5:1, 5:3, 5:4, 9:15, 11:8, 11:13, 11:15, 11:25, 13:24, 15:6, 15:13, 15:17, 15:19, 16:2, 16:4, 17:6, 17:20, 21:25, 23:22, 25:15, 25:21, 26:5, 31:15, 32:14, 32:16, 32:24, 33:1, 33:4, 33:9, 33:13, 33:16, 33:22, 34:2, 34:6, 34:12, 34:15, 36:18, 38:17, 38:20, 38:25, 39:6, 39:12, 39:15, 39:19, 39:21, 40:9, 40:20, 41:14, 42:3, 42:6, 42:8, 42:9, 42:10, 42:11, 42:13
**Mr** [28] - 1:16, 1:21, 2:1, 2:1, 2:4, 2:8, 2:11, 2:21, 3:1, 9:16, 11:16, 11:17, 11:19, 12:5, 20:23, 21:2, 23:15, 26:3, 33:5, 34:13, 34:17, 35:10, 36:17, 36:19, 37:25, 38:7, 40:19, 40:20
**mr** [1] - 1:21
**Ms** [9] - 2:2, 2:15, 2:18, 3:4, 8:15, 11:19, 13:1, 40:15, 41:1
**MS** [27] - 4:18, 4:20, 4:24, 6:13, 6:18, 7:1, 7:3, 8:5, 8:12, 9:12, 18:13, 18:15,

18:25, 19:7, 19:12, 19:15, 19:20, 19:23, 20:6, 20:10, 20:12, 40:2, 40:6, 40:13, 40:16, 42:12, 42:14

**much** [5] - 15:19, 24:22, 25:6, 27:15, 36:3

**multi** [1] - 37:14

**multi-defendant** [1] - 37:14

**multiple** [2] - 36:21, 38:15

**multiple-defendant** [1] - 38:15

**murdered** [1] - 11:19

**My** [1] - 37:22

**my** [32] - 12:19, 14:11, 14:15, 14:24, 15:21, 18:9, 21:17, 23:13, 25:14, 26:2, 28:15, 28:22, 29:8, 29:17, 29:21, 31:12, 32:5, 32:11, 34:1, 34:5, 34:16, 34:19, 34:20, 34:25, 35:18, 36:20, 36:22, 38:18, 40:4, 40:21, 42:21

**myself** [1] - 17:7

# N

**N** [1] - 4:1

**Nachtigall** [3] - 2:8, 5:3, 39:7

**NACHTIGALL** [6] - 5:3, 39:6, 39:12, 39:15, 39:19, 42:10

**NADEEM** [1] - 2:18

**name** [1] - 11:14

**narrow** [2] - 22:25

**nature** [2] - 21:7, 36:9

**necessary** [4] - 12:20, 13:8, 21:4, 26:18

**need** [17] - 9:13, 13:19, 20:13, 21:19, 22:18, 28:15, 29:3, 29:11, 29:12, 29:25, 30:6, 32:25, 33:21, 35:2, 36:12, 41:12, 41:13

**needed** [5] - 13:25, 25:25, 27:10, 34:1, 36:13

**needs** [1] - 9:2

**never** [3] - 14:22, 19:3, 37:14

**new** [1] - 10:19

**newly** [1] - 11:24

**news** [2] - 6:2, 7:16

**next** [4] - 18:6, 21:24, 22:2, 28:19

**NICHOLAS** [2] - 1:21, 1:21

**Nicholas** [6] - 4:10, 4:11, 11:15, 11:19, 17:20, 26:5

**night** [1] - 22:22

**no** [27] - 8:6, 11:23, 18:22, 18:23, 19:10, 19:19, 20:1, 25:1, 26:9, 27:5, 27:7, 36:13, 39:23, 40:10, 40:14, 40:21, 41:10, 41:14, 41:15, 42:6, 42:8, 42:9, 42:10, 42:11, 42:12, 42:13, 42:14

**No** [2] - 5:6, 20:14

**Nodding** [1] - 17:6

**nonsuit** [1] - 9:21

**not** [77] - 5:11, 5:18, 6:1, 6:24, 7:13, 7:18, 7:23, 8:6, 8:7, 9:17, 10:4, 10:5, 10:7, 10:12, 12:10, 13:7, 14:14, 14:21, 15:3, 15:8, 15:11, 15:19, 16:6, 16:15, 16:20, 17:2, 17:4, 17:13, 18:4, 19:25,

20:8, 20:15, 20:18, 20:19, 20:25, 21:11, 21:22, 22:13, 23:7, 23:21, 24:2, 24:6, 24:21, 25:16, 25:18, 25:22, 26:18, 27:14, 27:15, 27:21, 27:24, 28:4, 28:5, 28:12, 28:24, 29:3, 29:17, 29:20, 30:8, 31:5, 31:24, 32:2, 32:6, 32:19, 33:18, 34:5, 34:10, 36:11, 37:11, 37:15, 38:10, 38:11, 38:12, 39:3

**notebook** [2] - 33:23, 34:8

**notebooks** [2] - 33:10, 33:14

**nothing** [2] - 9:19, 42:4

**notice** [1] - 5:9

**November** [1] - 28:24

**now** [11] - 6:7, 10:8, 17:17, 18:20, 21:6, 22:5, 30:2, 31:24, 32:8, 36:12, 38:14

**Number** [1] - 4:4

**number** [3] - 6:16, 26:11, 28:17

**numbered** [1] - 42:22

**numerous** [2] - 16:24

# O

**O** [1] - 4:1

**O'NEILL** [1] - 1:17

**objection** [1] - 33:21

**objections** [3] - 41:13, 41:14, 41:15

**observed** [1] - 17:3

**observer** [1] - 6:2

**obtain** [1] - 23:16

**obtaining** [1] - 25:19

**obviously** [18] - 5:10, 5:13, 6:2, 6:23, 7:8, 8:1, 11:4, 13:19, 15:11, 16:24, 17:9, 21:15, 25:8, 26:7, 32:7, 32:16, 32:21, 41:7

**occurred** [1] - 21:6

**occurring** [1] - 27:18

**occurs** [1] - 28:6

**OCTOBER** [1] - 1:7

**odd** [1] - 17:7

**Odom** [4] - 2:4, 4:14, 35:10, 40:19

**ODOM** [3] - 2:5, 4:14, 40:20

**of** [202] - 3:10, 4:2, 4:5, 4:12, 4:15, 5:12, 5:25, 6:2, 6:3, 6:5, 6:6, 6:16, 7:3, 7:13, 7:15, 7:19, 7:24, 8:2, 8:17, 8:18, 8:20, 9:1, 9:7, 9:13, 9:16, 9:20, 10:1, 10:7, 10:15, 11:17, 12:3, 12:4, 12:9, 12:10, 12:16, 12:20, 12:22, 13:2, 13:7, 13:10, 13:19, 13:23, 13:25, 14:1, 14:3, 14:10, 14:25, 15:4, 15:9, 15:14, 15:22, 15:23, 16:6, 16:8, 16:9, 16:11, 16:17, 16:21, 16:22, 17:7, 17:11, 17:13, 17:15, 17:16, 18:9, 18:10, 19:5, 19:17, 19:24, 20:8, 20:25, 21:1, 21:3, 21:5, 21:7, 21:11, 21:14, 21:21, 22:2, 22:9, 22:17, 22:20, 22:23, 22:24, 22:25, 23:5, 23:12, 23:15, 23:17, 23:20, 23:22, 23:23, 24:2, 24:5, 24:7, 24:14, 24:16, 24:23, 24:24, 24:25, 25:4, 25:11, 25:17, 25:21, 26:11, 26:15, 26:17, 26:19, 26:23, 26:25, 27:5,

27:12, 27:19, 27:23, 28:4, 28:9, 28:17, 29:1, 29:3, 29:5, 29:14, 29:17, 29:23, 30:3, 30:4, 30:9, 30:11, 30:12, 30:15, 30:16, 30:17, 30:18, 30:20, 30:22, 30:23, 30:24, 30:25, 31:1, 31:21, 31:25, 32:1, 32:3, 32:4, 32:13, 32:17, 32:18, 33:6, 33:11, 33:14, 33:16, 34:4, 34:8, 34:10, 34:15, 34:20, 34:21, 34:22, 35:1, 35:2, 36:1, 36:3, 36:9, 36:14, 36:17, 36:21, 37:1, 37:17, 37:19, 37:20, 37:21, 38:3, 38:10, 38:11, 38:13, 38:20, 38:21, 39:1, 39:9, 39:21, 40:2, 41:8, 41:9, 42:21, 42:21, 42:22

**OF** [8] - 1:1, 1:7, 1:10, 2:1, 2:15, 2:18, 3:1, 3:5

**off** [3] - 4:17, 18:11, 29:4

**Off** [1] - 40:23

**Off-the-record** [1] - 40:23

**office** [3] - 6:21, 7:7, 36:20

**officer** [2] - 23:20, 24:5

**Officer** [2] - 23:25, 24:19

**officers** [5] - 16:13, 21:6, 24:12, 37:10, 38:6

**Official** [4] - 3:8, 3:9, 42:20, 42:24

**oh** [1] - 31:9

**okay** [7] - 19:21, 20:11, 32:15, 36:11, 37:23, 41:15, 41:17

**old** [1] - 13:20

**on** [74] - 4:17, 5:8, 5:14, 5:18, 6:1, 6:4, 6:20, 8:7, 8:8, 8:15, 8:21, 9:15, 10:25, 11:12, 11:13, 11:17, 12:8, 12:24, 13:25, 14:11, 14:19, 16:6, 16:11, 16:16, 17:2, 17:4, 17:11, 17:23, 18:2, 18:25, 19:4, 20:13, 20:24, 21:1, 21:19, 22:3, 22:20, 22:22, 23:4, 23:5, 23:12, 24:25, 25:3, 25:5, 25:9, 25:10, 25:11, 26:10, 27:12, 27:13, 28:20, 28:22, 29:5, 29:16, 30:3, 31:3, 31:6, 32:5, 32:17, 33:1, 34:1, 34:5, 34:19, 35:3, 35:7, 35:16, 35:17, 35:19, 35:21, 37:20, 38:8, 39:21, 40:2

**one** [27] - 10:6, 10:14, 10:16, 11:2, 12:13, 13:9, 17:10, 21:13, 21:17, 24:5, 25:13, 25:20, 26:13, 26:17, 27:1, 27:2, 27:13, 27:19, 29:21, 29:24, 32:10, 33:7, 35:14, 37:1, 37:15, 38:21

**ones** [2] - 34:9, 34:10

**only** [16] - 5:11, 9:7, 10:6, 10:12, 10:18, 11:6, 15:13, 18:17, 18:20, 24:24, 24:25, 25:2, 35:10, 37:13, 38:18, 39:15

**opening** [1] - 36:11

**openings** [1] - 31:22

**opinion** [1] - 26:2

**opportunities** [1] - 31:3

**opportunity** [5] - 17:13, 19:8, 20:20, 20:24, 31:13

**opposed** [1] - 26:1

**optimistic** [1] - 37:8

**or** [38] - 6:7, 6:14, 7:12, 7:20, 8:21, 9:9, 9:21, 11:2, 11:24, 13:4, 13:21, 13:22, 14:13, 14:21, 20:8, 22:2, 22:13, 22:22,

23:7, 23:8, 23:11, 24:10, 24:19, 24:25, 26:17, 27:13, 29:1, 30:7, 31:6, 31:12, 32:10, 32:20, 32:22, 36:12, 37:13, 38:6
**order** [13] - 4:2, 16:22, 17:12, 17:13, 17:16, 17:22, 18:9, 18:10, 18:21, 22:11, 23:16
**ordered** [1] - 18:5
**orders** [2] - 28:20, 35:15
**OSCAR** [1] - 3:5
**other** [16] - 5:5, 5:11, 11:2, 20:15, 24:7, 24:9, 24:10, 24:15, 24:18, 27:13, 28:15, 32:20, 35:13, 35:18, 38:6, 41:10
**otherwise** [1] - 10:23, 35:11
**Otway** [1] - 41:19
**our** [12] - 9:23, 10:6, 10:8, 10:12, 12:10, 18:18, 19:12, 24:5, 27:5, 32:1, 32:4, 37:21
**ourselves** [1] - 28:13
**out** [19] - 9:21, 10:5, 12:13, 13:1, 14:10, 15:14, 16:4, 24:4, 25:13, 26:8, 26:22, 27:8, 28:20, 29:22, 30:6, 31:17, 34:3, 36:4, 40:24
**outside** [1] - 14:1
**over** [4] - 5:10, 13:14, 28:19, 38:15
**overlap** [2] - 13:21, 21:12
**overlook** [1] - 38:16
**overly** [1] - 28:12

## P

**P** [2] - 1:21, 4:1
**P.O** [1] - 3:5
**panel** [1] - 24:17
**paper** [1] - 33:11
**papers** [1] - 24:5
**PARDO** [1] - 3:5
**Pardo** [2] - 4:20, 8:13
**parent** [1] - 39:9
**Parkway** [3] - 1:18, 1:22, 2:22
**part** [6] - 6:6, 15:15, 17:11, 24:7, 27:13, 36:21
**partial** [4] - 5:21, 17:4, 17:18, 20:5
**participated** [1] - 17:9
**particular** [4] - 18:11, 18:24, 23:20, 27:6
**parties** [2] - 16:25, 22:15
**partner** [1] - 34:25
**past** [1] - 23:24
**path** [1] - 26:12
**pattern** [1] - 27:23
**pending** [13] - 6:7, 11:23, 16:5, 19:10, 19:19, 20:1, 20:4, 20:8, 22:4, 28:18, 29:14, 35:16, 41:10
**people** [4] - 6:20, 14:20, 37:8, 37:24
**per** [2] - 30:12, 30:15
**perhaps** [10] - 5:22, 5:23, 13:18, 21:8, 28:24, 30:19, 35:14, 36:7, 36:8, 36:13
**person** [2] - 10:14, 16:7
**personal** [2] - 34:22, 39:8
**perspective** [3] - 12:11, 14:15, 15:21

**Phase** [3] - 22:20, 25:3, 25:4
**phase** [2] - 23:23, 24:24
**phone** [2] - 4:17, 30:6
**physical** [1] - 34:9
**pick** [1] - 30:22
**picking** [1] - 31:2
**place** [1] - 31:1
**placed** [1] - 31:4
**plaintiff** [1] - 42:2
**plaintiffs** [18] - 4:8, 4:10, 5:20, 8:22, 11:12, 13:14, 15:20, 17:3, 17:21, 18:17, 19:1, 19:14, 20:3, 20:18, 22:7, 26:6, 37:20, 38:12
**PLAINTIFFS** [2] - 1:16, 1:21
**plaintiffs'** [3] - 15:12, 21:8, 31:14
**plate** [1] - 28:22
**pleading** [1] - 36:11
**pleadings** [2] - 19:1, 19:4
**please** [1] - 6:17
**pled** [1] - 17:25
**point** [12] - 10:5, 11:25, 12:13, 14:5, 14:9, 15:11, 16:4, 17:19, 24:4, 24:23, 26:24, 27:5
**pointed** [2] - 13:1, 25:13
**points** [2] - 12:12, 21:25
**police** [1] - 21:6
**Police** [2] - 24:10, 27:23
**policymaker** [1] - 23:9
**portion** [1] - 15:8
**portions** [1] - 9:1
**position** [1] - 10:9, 17:7, 19:12, 19:18, 19:24, 20:2, 20:3, 20:22, 35:1, 37:21, 40:21
**possibilities** [2] - 14:21, 14:22
**possibility** [1] - 14:25
**possible** [7] - 9:3, 27:24, 28:19, 29:22, 29:23, 29:25, 30:1
**potential** [4] - 12:8, 19:13, 33:6, 35:9
**potentially** [2] - 20:16, 37:15
**practical** [3] - 26:13, 26:24, 27:24
**practically** [1] - 27:11
**practice** [8] - 22:14, 23:8, 23:11, 23:15, 23:19, 27:23, 36:11, 41:22
**practices** [1] - 24:10
**preclude** [1] - 15:1
**prejudice** [3] - 7:12, 7:19, 20:18
**preparation** [1] - 20:25
**prepared** [4] - 15:24, 17:15, 39:2, 39:3
**present** [2] - 16:12, 35:17
**presentation** [3] - 28:6, 29:14, 31:19
**presented** [3] - 21:14, 29:2, 41:9
**presenting** [1] - 13:21
**presided** [1] - 38:14
**president** [2] - 34:25, 35:3
**press** [1] - 30:22
**pretrial** [7] - 35:15, 35:19, 35:20, 35:22, 35:25, 36:8
**prevent** [1] - 13:21
**previously** [2] - 5:20, 6:5

**prior** [2] - 7:6, 7:21
**privilege** [7] - 6:6, 13:5, 13:6, 15:1, 15:3, 15:5, 15:11
**probably** [4] - 5:9, 13:15, 22:6, 34:8
**problem** [2] - 8:17, 41:19
**problematic** [1] - 8:3
**procedure** [1] - 7:11
**procedures** [3] - 33:9, 33:10, 33:13
**proceed** [1] - 7:6
**proceeding** [2] - 9:5, 25:20
**Proceedings** [1] - 1:24
**proceedings** [11] - 6:22, 6:25, 7:5, 9:9, 16:25, 17:9, 19:2, 21:20, 28:10, 42:17, 42:22
**PROCEEDINGS** [1] - 1:10
**process** [2] - 14:6, 14:15
**produced** [1] - 1:25
**proffers** [1] - 32:8
**promise** [1] - 35:2
**promised** [1] - 35:4
**properly** [1] - 16:13
**prosecution** [2] - 12:17, 12:23
**protect** [3] - 9:9, 11:22, 12:2
**protected** [2] - 8:22, 10:12
**protective** [3] - 12:4, 12:14, 13:10
**proves** [1] - 27:5
**provide** [1] - 41:25
**public** [9] - 7:5, 9:6, 9:21, 11:10, 11:18, 21:2, 21:5, 24:15, 38:23
**pull** [3] - 30:6, 33:25, 40:24
**punishment** [1] - 23:23
**purposes** [1] - 20:25
**push** [2] - 13:12, 29:4
**pushing** [1] - 28:20
**put** [6] - 14:11, 24:17, 27:12, 32:17, 34:4, 37:13
**putting** [2] - 15:2, 37:20

## Q

**qualified** [3] - 9:23, 10:16, 10:25
**question** [7] - 6:3, 6:19, 10:21, 14:24, 15:10, 23:20, 33:7
**questioning** [1] - 8:21
**questions** [5] - 13:23, 16:8, 16:14, 21:16, 22:13
**quick** [1] - 38:12

## R

**R** [2] - 2:21, 4:1
**raised** [2] - 18:1, 22:1
**raises** [1] - 24:15
**rather** [1] - 36:22
**reach** [1] - 20:7
**read** [2] - 33:9, 34:9
**realistically** [2] - 26:14, 28:22
**really** [11] - 11:18, 14:22, 21:18, 27:4, 27:5, 27:23, 29:12, 29:15, 29:21, 31:6, 37:25

**reason** [3] - 11:6, 29:7, 33:19
**reasonable** [2] - 22:22, 32:6
**reasonably** [1] - 31:25
**reasoning** [1] - 31:16
**reasons** [2] - 26:11, 26:24
**recall** [1] - 7:25
**receive** [1] - 9:4
**received** [2] - 6:1, 8:23
**recent** [1] - 27:20
**recently** [4] - 8:10, 8:14, 11:24, 26:21
**recognize** [1] - 9:23
**recognized** [1] - 27:11
**recommending** [1] - 39:24
**record** [5] - 4:6, 6:17, 21:5, 40:23, 42:22
**recorded** [1] - 1:24
**REDDEN** [1] - 2:2
**refile** [1] - 35:14
**refine** [1] - 38:8
**regard** [1] - 17:15
**regarding** [1] - 21:3
**regards** [2] - 5:25, 7:23
**reindict** [1] - 7:17
**reindicted** [6] - 6:8, 6:11, 7:20, 8:14, 11:24, 15:23
**reindictment** [3] - 5:25, 15:22, 29:2
**reindictments** [3] - 5:15, 6:23, 7:4
**relate** [1] - 16:9
**relating** [1] - 16:14
**released** [1] - 9:5
**relevance** [1] - 37:17
**relevant** [2] - 24:2, 24:3
**remainder** [1] - 30:10
**remains** [1] - 18:18
**remember** [2] - 37:21, 37:24
**rendered** [1] - 9:24
**repeat** [1] - 33:12
**repeating** [1] - 28:12
**Reporter** [4] - 3:8, 3:9, 42:20, 42:24
**REPORTER'S** [1] - 42:19
**reports** [1] - 23:14
**represent** [5] - 6:11, 6:21, 8:14, 19:18
**representing** [1] - 8:10
**request** [2] - 29:3, 39:15
**required** [1] - 19:25
**requires** [1] - 31:11
**requiring** [1] - 21:12
**research** [1] - 20:20
**resolved** [1] - 7:22
**resources** [2] - 26:19, 29:23
**respect** [6] - 11:21, 12:1, 16:6, 24:11, 27:18, 28:8
**respected** [1] - 14:7
**respond** [1] - 41:1
**response** [7] - 5:6, 8:7, 20:14, 20:19, 20:21, 21:9, 30:3
**responsibility** [3] - 11:22, 12:2, 29:17
**restriction** [1] - 10:7
**result** [2] - 16:21, 29:18

**resulted** [1] - 10:15
**retiring** [1] - 36:23
**review** [2] - 20:24, 34:1
**REYNA** [1] - 3:2
**Reyna** [1] - 4:23
**right** [12] - 10:6, 14:3, 15:6, 15:8, 15:13, 18:4, 27:1, 32:8, 32:14, 32:17, 33:22, 34:13
**rights** [4] - 12:3, 12:16, 13:11, 16:11
**ripe** [6] - 5:18, 5:22, 8:6, 17:18, 20:15, 21:23
**RMR** [2] - 3:8, 42:20
**Robert** [1] - 18:19
**ROBERT** [1] - 2:16
**Room** [1] - 3:11
**rule** [6] - 10:1, 10:24, 10:25, 25:10, 33:19, 37:11
**ruled** [3] - 10:3, 36:12, 36:13
**rules** [3] - 21:19, 25:5, 35:16
**ruling** [6] - 21:1, 22:5, 29:5, 36:7, 36:11, 38:8
**rulings** [2] - 22:3, 41:25
**Rusk** [1] - 3:10
**Russell** [1] - 2:11
**Rusty** [2] - 9:15, 36:18
**rusty** [1] - 5:4
**RUSTY** [1] - 2:12

## S

**S** [2] - 2:1, 4:1
**said** [10] - 8:16, 10:18, 16:21, 21:18, 25:22, 31:9, 31:10, 35:2, 35:6
**SALAZAR** [1] - 2:19
**Salazar** [2] - 4:25, 40:3
**same** [3] - 10:8, 25:8, 40:4
**saved** [1] - 10:13
**saving** [1] - 10:17
**Sawyer** [1] - 2:5
**say** [7] - 11:9, 13:11, 19:10, 20:20, 33:10, 33:13, 39:2
**saying** [8] - 14:20, 14:21, 18:2, 26:22, 27:16, 32:23, 37:22, 38:19
**says** [1] - 26:9
**scare** [2] - 25:16, 30:8
**schedule** [1] - 35:7
**scheduled** [3] - 12:19, 36:24, 37:6
**schedules** [1] - 35:11
**scheduling** [4] - 14:2, 20:16, 34:22, 39:23
**school** [5] - 29:8, 34:25, 39:10, 40:6, 40:18
**school-aged** [3] - 39:10, 40:6, 40:18
**seal** [4] - 6:22, 6:25, 9:17, 11:17
**sealed** [5] - 7:2, 7:25, 9:2, 9:9, 9:10
**sealing** [2] - 7:23, 8:3
**seated** [1] - 4:3
**secrets** [1] - 9:9
**see** [7] - 11:18, 26:17, 29:3, 29:7, 33:9,

41:16
**seems** [1] - 8:3
**seen** [1] - 6:24
**selection** [1] - 30:24
**selectively** [1] - 14:12
**send** [1] - 36:20
**sense** [2] - 24:13, 35:14
**SEPOLIO** [1] - 3:5
**Sepolio** [2] - 4:21, 8:13
**seriously** [1] - 7:11
**service** [6] - 22:17, 23:5, 24:2, 24:25, 25:4, 27:18
**set** [2] - 22:25, 36:2
**setting** [5] - 13:16, 28:24, 35:20, 35:21, 41:21
**seven** [2] - 18:6, 31:21
**Seventh** [2] - 14:3, 27:1
**several** [3] - 5:10, 26:16, 31:17
**share** [1] - 31:18
**shattering** [1] - 41:11
**she** [6] - 7:15, 27:10, 35:1, 35:2, 41:1
**shooting** [1] - 10:14
**short** [3] - 5:8, 15:21, 26:10
**shortcut** [1] - 26:10
**shorten** [1] - 21:20
**shortening** [1] - 32:9
**shorter** [1] - 37:5
**shots** [1] - 10:15
**should** [3] - 27:16, 31:21
**shouldn't** [1] - 24:20
**showing** [1] - 27:22
**shows** [1] - 27:24
**side** [2] - 25:11, 29:16
**Silva** [1] - 2:2
**simply** [2] - 15:9, 36:9
**Sims** [1] - 26:23
**single** [2] - 27:1, 39:9
**Sir** [1] - 6:13
**sir** [10] - 11:7, 15:16, 16:1, 18:3, 33:8, 34:2, 34:6, 36:15, 38:25, 42:2
**sitting** [2] - 7:10, 13:2
**six** [5] - 12:9, 30:12, 30:14, 38:22
**six-year** [1] - 12:9
**size** [1] - 22:9
**sketched** [1] - 31:17
**Smith** [7] - 1:16, 3:8, 4:7, 15:20, 33:4, 42:20, 42:24
**SMITH** [13] - 1:17, 4:7, 15:19, 33:4, 33:9, 33:13, 33:16, 33:22, 34:2, 34:6, 34:12, 41:14, 42:6
**so** [62] - 5:24, 6:7, 6:10, 6:20, 7:5, 7:9, 7:18, 7:19, 8:7, 10:14, 11:5, 11:13, 11:18, 11:19, 13:17, 14:11, 14:15, 16:8, 16:16, 17:7, 17:14, 18:11, 18:21, 19:3, 19:8, 19:17, 19:18, 20:23, 21:11, 21:21, 21:25, 22:7, 23:19, 24:14, 24:23, 25:18, 28:7, 28:19, 29:25, 30:2, 30:16, 30:18, 30:25, 31:6, 31:9, 31:14, 31:16, 31:22, 31:24, 32:9, 32:12, 33:23, 34:3, 35:23,

36:5, 36:15, 37:15, 39:3, 41:12, 41:17, 41:21, 41:23

**some** [28] - 5:11, 5:14, 5:15, 7:24, 12:22, 13:19, 13:22, 14:13, 14:25, 15:23, 16:8, 16:9, 21:23, 22:8, 24:14, 28:20, 29:1, 29:5, 29:10, 29:12, 36:3, 36:8, 36:10, 37:7, 38:16, 41:8, 41:9, 42:1

**somebody** [2] - 14:21, 26:9
**somehow** [2] - 10:24, 25:19
**someone** [1] - 29:18
**something** [5] - 28:25, 30:7, 31:10, 31:11, 31:12
**sometime** [2] - 29:10, 30:4
**sort** [2] - 8:18, 37:21
**source** [1] - 23:17
**southern** [1] - 3:10
**Southern** [1] - 42:20
**SOUTHERN** [1] - 1:1
**speak** [6] - 6:14, 21:8, 21:11, 21:14, 21:18, 38:18
**split** [1] - 8:25
**spoken** [1] - 26:21
**spring** [6] - 28:25, 29:9, 39:8, 40:5, 40:17, 41:7
**Squad** [1] - 27:6
**squad** [2] - 27:12, 27:18
**St** [4] - 2:3, 2:16, 2:19, 3:2
**stand** [2] - 10:21, 15:10
**stands** [1] - 22:5
**start** [9] - 5:24, 27:14, 28:20, 31:14, 32:19, 32:20, 34:13, 34:20, 36:2
**starting** [3] - 37:2, 37:3, 41:6
**starts** [1] - 36:24
**stated** [1] - 40:20
**statement** [1] - 7:16
**statements** [1] - 8:20
**States** [2] - 3:9, 42:20
**STATES** [2] - 1:1, 1:11
**status** [2] - 5:8, 20:7
**STATUS** [1] - 1:10
**stay** [6] - 10:2, 11:1, 11:3, 37:10, 37:11, 37:12
**stenography** [1] - 1:24
**steps** [1] - 21:4
**Steven** [2] - 5:3, 39:7
**STEVEN** [1] - 2:8
**stick** [1] - 33:25
**still** [4] - 17:18, 18:24, 26:16, 29:8
**stipulated** [1] - 22:15
**story** [3] - 9:19, 9:21, 27:7
**streamlined** [1] - 25:7
**Street** [2] - 10:11, 22:22
**strongly** [1] - 10:11
**structuring** [1] - 29:14
**stuff** [1] - 7:10
**subject** [3] - 5:12, 7:20, 28:11
**submit** [1] - 24:19
**submitted** [2] - 23:7, 23:25

**submitting** [1] - 23:16
**successful** [1] - 37:11
**such** [2] - 19:3, 31:2
**sufficient** [1] - 24:6
**suggest** [2] - 24:20, 35:12
**suggesting** [1] - 38:13
**suggestion** [2] - 35:18, 36:15
**suggestions** [1] - 36:6
**Suite** [7] - 1:18, 1:22, 2:3, 2:6, 2:9, 2:13, 2:22
**summary** [10] - 5:21, 11:17, 17:4, 17:8, 17:18, 20:5, 23:1, 23:3, 28:18, 35:16
**summer** [1] - 41:24
**supervise** [1] - 16:15
**supervised** [1] - 16:13
**supervision** [2] - 16:9, 16:14
**supervisors** [1] - 16:11
**sure** [5] - 4:17, 18:14, 21:11, 28:5, 28:11
**suspect** [3] - 30:21, 36:1, 38:10
**sympathetic** [2] - 12:14, 13:10

---

# T

**table** [2] - 18:12, 36:16
**tainted** [1] - 8:20
**take** [10] - 8:1, 15:9, 18:11, 20:2, 26:10, 28:3, 30:21, 37:9, 38:14, 41:12
**taken** [4] - 15:24, 20:3, 20:24, 41:2
**takes** [2] - 10:21, 35:1
**talk** [3] - 14:13, 23:19, 31:7
**talked** [1] - 33:5
**talking** [10] - 10:8, 15:8, 15:9, 28:2, 30:23, 32:13, 32:19, 34:3, 41:3, 41:5
**TAYLOR** [4] - 4:24, 40:2, 40:6, 42:12
**Taylor** [3] - 2:18, 4:24, 40:2
**tell** [4] - 29:20, 31:7, 35:9, 40:24
**telling** [1] - 24:21
**tells** [1] - 10:24
**tension** [2] - 12:18, 13:3, 13:18
**terms** [5] - 24:16, 29:8, 32:18, 34:15, 34:22
**testify** [1] - 13:4
**testifying** [1] - 12:24
**testimony** [7] - 7:8, 8:20, 9:2, 12:6, 13:3, 15:4, 21:20
**TEXAS** [2] - 1:1, 1:5
**Texas** [14] - 1:18, 1:23, 2:3, 2:6, 2:13, 2:16, 2:19, 2:23, 3:2, 3:6, 3:10, 3:11, 34:4, 42:21
**than** [5] - 13:15, 22:7, 36:22, 37:14, 41:8
**thank** [22] - 5:7, 8:9, 9:11, 9:12, 11:7, 11:8, 15:16, 15:17, 16:1, 16:18, 18:3, 20:12, 26:3, 33:2, 34:12, 36:5, 36:15, 36:18, 38:25, 39:18, 39:19, 42:15
**that** [230] - 5:15, 5:16, 5:17, 5:18, 5:22, 5:23, 6:3, 6:5, 6:6, 6:8, 6:14, 7:4, 7:14, 7:16, 8:8, 8:18, 8:22, 8:24, 9:3, 9:4, 9:8, 9:9, 9:19, 9:24, 10:6, 10:8, 10:10,

10:12, 10:13, 10:14, 10:16, 10:18, 10:20, 10:21, 11:5, 11:18, 12:4, 12:6, 12:7, 12:18, 13:3, 13:8, 13:20, 13:22, 14:1, 14:5, 14:6, 14:14, 14:24, 14:25, 15:2, 15:4, 15:8, 15:11, 15:12, 15:21, 16:5, 16:7, 16:8, 16:9, 16:17, 16:21, 16:22, 17:2, 17:11, 17:12, 17:14, 17:24, 17:25, 18:1, 18:2, 18:8, 18:17, 18:23, 18:24, 19:1, 19:10, 19:11, 19:12, 19:14, 19:18, 19:19, 19:24, 19:25, 20:2, 20:3, 20:13, 20:21, 21:4, 21:5, 21:7, 21:8, 21:15, 21:17, 21:18, 21:21, 21:25, 22:15, 22:17, 22:21, 22:22, 23:5, 23:8, 23:10, 23:12, 23:14, 23:15, 23:20, 23:22, 23:24, 24:1, 24:2, 24:5, 24:11, 24:12, 24:14, 24:15, 24:17, 24:18, 24:19, 24:20, 24:23, 25:8, 25:18, 25:22, 26:12, 26:17, 26:19, 26:22, 26:24, 27:4, 27:5, 27:12, 27:14, 27:21, 28:1, 28:5, 28:9, 28:10, 28:11, 28:12, 28:17, 29:2, 29:6, 29:15, 29:16, 29:17, 29:22, 30:7, 30:11, 30:14, 31:2, 31:9, 31:11, 31:13, 31:19, 32:1, 32:5, 32:9, 33:5, 33:10, 33:12, 33:13, 33:18, 34:3, 34:5, 34:8, 34:9, 34:10, 34:18, 34:23, 35:1, 35:3, 35:6, 35:7, 35:9, 35:10, 35:12, 35:17, 35:18, 35:22, 35:23, 36:2, 36:3, 36:9, 36:14, 36:21, 36:23, 37:1, 37:17, 38:3, 38:7, 38:8, 38:16, 38:17, 38:18, 39:2, 39:4, 39:15, 39:16, 40:25, 41:4, 41:7, 41:9, 41:10, 41:17, 41:19, 41:22, 41:25, 42:1, 42:21
**that's** [37] - 7:3, 7:9, 7:10, 7:11, 8:19, 9:23, 10:8, 10:21, 11:1, 11:2, 11:6, 11:19, 13:8, 14:8, 14:16, 14:17, 14:18, 15:13, 19:3, 19:20, 26:1, 29:23, 29:25, 31:7, 32:14, 32:17, 33:19, 33:24, 34:16, 34:19, 35:9, 36:1, 36:15, 37:18, 38:4, 38:22, 41:5
**THE** [87] - 1:10, 1:16, 1:21, 2:1, 2:8, 2:11, 2:15, 2:18, 2:21, 3:1, 3:4, 4:3, 4:16, 5:5, 5:7, 6:14, 6:24, 7:2, 7:23, 8:9, 9:11, 9:13, 11:7, 11:11, 11:14, 11:23, 12:12, 14:24, 15:8, 15:16, 15:18, 16:1, 16:3, 16:18, 17:7, 18:3, 18:14, 18:23, 19:6, 19:8, 19:13, 19:18, 19:21, 19:24, 20:7, 20:11, 20:13, 20:15, 23:12, 25:12, 25:16, 26:3, 27:25, 32:12, 32:15, 32:22, 32:25, 33:2, 33:8, 33:12, 33:15, 33:18, 33:23, 34:3, 34:7, 34:13, 35:25, 38:7, 38:19, 38:24, 39:2, 39:11, 39:14, 39:18, 39:20, 39:25, 40:5, 40:7, 40:11, 40:15, 40:19, 40:22, 40:24, 41:15, 42:5, 42:7, 42:15
**The** [1] - 42:17
**the** [451] - 4:2, 4:6, 4:8, 4:10, 4:11, 4:12, 4:14, 5:10, 5:12, 5:17, 5:20, 5:25, 6:1, 6:2, 6:3, 6:6, 6:11, 6:16, 6:17, 6:20, 6:21, 6:22, 6:23, 7:1, 7:2, 7:3, 7:4, 7:5, 7:6, 7:7, 7:10, 7:11, 7:12, 7:14, 7:15, 7:16, 7:18, 7:21, 7:24, 8:2, 8:7, 8:18,

8:19, 8:20, 8:22, 9:2, 9:4, 9:6, 9:7, 9:13, 9:17, 9:18, 9:19, 9:22, 9:24, 10:2, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:11, 10:13, 10:14, 10:15, 10:16, 10:18, 10:19, 10:21, 10:23, 10:25, 11:2, 11:3, 11:4, 11:6, 11:12, 11:15, 11:17, 11:18, 11:20, 11:21, 11:22, 11:23, 12:1, 12:2, 12:3, 12:7, 12:9, 12:10, 12:15, 12:16, 12:19, 12:20, 12:21, 12:22, 13:1, 13:2, 13:4, 13:7, 13:8, 13:13, 13:15, 13:17, 13:18, 13:19, 13:22, 13:23, 13:24, 14:1, 14:2, 14:3, 14:5, 14:7, 14:10, 14:12, 14:14, 14:15, 14:16, 14:17, 14:18, 14:25, 15:1, 15:4, 15:6, 15:9, 15:11, 15:12, 15:13, 15:14, 15:20, 15:21, 15:24, 16:5, 16:6, 16:8, 16:9, 16:10, 16:12, 16:16, 16:17, 16:20, 16:21, 17:1, 17:2, 17:3, 17:11, 17:12, 17:13, 17:16, 17:20, 17:22, 17:23, 18:2, 18:5, 18:9, 18:10, 18:11, 18:17, 18:19, 18:21, 18:22, 18:25, 19:1, 19:2, 19:4, 19:5, 19:8, 19:14, 19:16, 19:17, 20:3, 20:7, 20:8, 20:15, 20:16, 20:18, 20:20, 20:22, 20:24, 21:1, 21:3, 21:6, 21:7, 21:11, 21:13, 21:15, 21:17, 21:19, 21:20, 21:25, 22:3, 22:5, 22:7, 22:8, 22:9, 22:10, 22:11, 22:13, 22:15, 22:16, 22:17, 22:20, 22:21, 22:24, 23:1, 23:3, 23:5, 23:6, 23:8, 23:9, 23:10, 23:13, 23:17, 23:20, 23:21, 23:23, 23:24, 24:1, 24:2, 24:3, 24:5, 24:7, 24:8, 24:10, 24:11, 24:12, 24:15, 24:17, 24:18, 24:24, 24:25, 25:2, 25:3, 25:4, 25:5, 25:7, 25:8, 25:9, 25:10, 25:11, 25:18, 25:21, 25:22, 25:24, 26:1, 26:5, 26:9, 26:12, 26:13, 26:20, 26:24, 26:25, 27:2, 27:4, 27:7, 27:9, 27:11, 27:12, 27:13, 27:14, 27:15, 27:20, 27:21, 27:22, 27:23, 28:7, 28:8, 28:11, 28:19, 29:1, 29:2, 29:5, 29:8, 29:13, 29:14, 29:16, 29:20, 29:23, 30:3, 30:4, 30:8, 30:11, 30:13, 30:22, 30:23, 31:1, 31:2, 31:3, 31:16, 31:19, 32:7, 32:8, 32:9, 32:18, 32:20, 33:4, 33:6, 33:10, 33:13, 33:19, 33:24, 33:25, 34:4, 34:7, 34:9, 34:10, 34:15, 34:18, 34:20, 34:21, 34:24, 34:25, 35:3, 35:9, 35:11, 35:13, 35:15, 35:16, 35:17, 35:19, 35:20, 35:21, 36:2, 36:6, 36:10, 36:11, 36:12, 36:16, 36:21, 37:4, 37:6, 37:7, 37:10, 37:12, 37:17, 37:19, 37:20, 37:23, 37:24, 38:4, 38:6, 38:8, 38:11, 38:12, 38:13, 38:15, 38:21, 39:1, 39:12, 39:13, 39:15, 39:23, 40:4, 40:23, 41:2, 41:4, 41:7, 41:8, 41:9, 41:18, 41:24, 41:25, 42:2, 42:7, 42:21, 42:21, 42:22

**their** [9] - 12:6, 12:25, 13:6, 15:10, 15:24, 16:14, 18:19, 19:16, 21:9

**them** [11] - 11:6, 13:14, 13:23, 15:23, 16:15, 17:12, 17:16, 17:22, 19:19, 32:9, 34:10

**then** [22] - 10:1, 10:2, 10:4, 11:3, 17:17, 19:13, 19:22, 20:21, 21:15, 22:12, 23:4, 24:8, 25:3, 25:10, 28:14, 32:19, 33:21, 35:18, 37:12, 38:8

**there** [29] - 5:10, 5:13, 5:15, 6:5, 8:6, 8:17, 11:23, 12:18, 13:7, 14:20, 18:22, 19:10, 20:1, 21:18, 22:11, 22:13, 22:15, 22:23, 23:13, 24:18, 25:3, 28:17, 33:20, 35:9, 36:10, 37:15, 38:1, 38:20, 41:10

**there's** [9] - 14:1, 14:7, 18:9, 23:7, 26:22, 27:5, 27:7, 33:21, 33:23

**therefore** [1] - 16:11

**therefrom** [1] - 14:17

**these** [20] - 6:8, 9:19, 10:19, 12:9, 13:13, 13:19, 13:20, 14:10, 15:14, 15:22, 16:7, 16:13, 16:25, 17:9, 19:2, 24:18, 29:5, 29:13, 38:21, 38:22

**they** [38] - 10:18, 10:19, 11:3, 11:20, 12:8, 13:4, 13:6, 14:11, 14:12, 14:13, 15:22, 16:14, 16:22, 17:2, 17:10, 18:20, 19:1, 19:15, 19:17, 20:3, 21:14, 21:15, 23:15, 24:17, 25:8, 25:10, 25:24, 27:17, 27:21, 32:2, 32:16, 32:17, 37:22, 37:23

**they're** [7] - 7:8, 10:20, 11:5, 12:6, 16:15, 32:6, 32:8

**they've** [4] - 12:5, 15:23, 19:2, 27:17

**thing** [6] - 15:14, 21:17, 28:1, 31:9, 33:24, 36:14

**things** [8] - 14:1, 14:13, 17:25, 21:7, 25:12, 30:14, 36:9, 38:21

**think** [47] - 8:25, 9:3, 11:16, 14:5, 14:13, 14:17, 14:18, 14:24, 15:13, 16:5, 17:22, 18:1, 22:15, 24:14, 24:17, 25:6, 25:7, 26:11, 26:14, 26:21, 27:4, 27:16, 27:19, 27:20, 28:1, 28:3, 29:23, 31:18, 31:19, 31:21, 31:23, 31:24, 32:14, 33:1, 35:10, 35:18, 35:21, 36:5, 36:24, 37:7, 37:19, 37:20, 38:11, 38:12, 39:16, 40:20

**thinking** [1] - 25:21

**this** [90] - 5:8, 5:9, 5:11, 5:12, 5:15, 5:16, 6:1, 6:4, 6:8, 6:15, 6:19, 6:23, 7:18, 7:19, 7:24, 8:5, 8:11, 8:19, 9:5, 9:21, 11:9, 11:12, 11:13, 11:20, 11:21, 12:1, 12:6, 12:16, 12:24, 13:12, 13:20, 13:25, 14:5, 14:9, 14:18, 14:19, 16:21, 16:23, 17:17, 17:18, 18:10, 18:11, 19:9, 19:21, 20:17, 20:23, 22:2, 22:9, 23:17, 24:5, 24:14, 24:16, 25:13, 25:25, 26:7, 26:24, 27:6, 27:12, 27:18, 27:24, 28:23, 29:3, 29:4, 29:9, 29:12, 29:21, 29:24, 30:3, 30:21, 31:5, 32:21, 33:16, 34:19, 35:1, 35:7, 35:8, 36:12, 36:13, 36:16, 37:8, 37:13, 37:16, 37:18, 37:19, 39:1, 40:25, 42:15

**THOMAS** [1] - 3:1

**Thomas** [1] - 4:22

**those** [18] - 6:10, 9:9, 13:17, 16:11, 16:15, 17:4, 17:8, 18:4, 18:7, 21:11, 26:17, 27:19, 28:9, 28:18, 28:20, 30:25, 33:1, 36:5

**thought** [1] - 29:16

**threat** [1] - 7:13

**three** [5] - 30:19, 30:20, 32:13, 37:4, 37:14

**three-week** [1] - 30:19

**through** [19] - 7:21, 16:24, 16:25, 19:9, 28:18, 29:1, 30:10, 31:2, 32:3, 35:5, 35:22, 36:3, 39:9, 39:11, 39:12, 41:2, 41:8, 41:9, 42:1

**throughout** [4] - 8:19, 19:2, 28:11, 38:22

**thumb** [3] - 33:24, 33:25, 34:7

**Thursday** [1] - 30:11

**tied** [1] - 11:5

**time** [23] - 17:1, 19:2, 26:8, 28:2, 28:3, 28:4, 28:8, 29:11, 29:21, 29:24, 30:25, 32:2, 32:4, 32:7, 37:7, 37:15, 37:20, 41:8, 41:19, 42:1

**timely** [1] - 14:2

**times** [1] - 37:18

**to** [261] - 4:2, 5:14, 5:16, 5:17, 5:22, 5:25, 6:14, 6:18, 6:22, 6:25, 7:4, 7:6, 7:7, 7:8, 7:10, 7:11, 7:16, 7:19, 7:20, 7:21, 7:23, 8:1, 8:5, 8:15, 8:24, 9:1, 9:2, 9:3, 9:4, 9:5, 9:9, 9:14, 9:17, 9:19, 9:21, 9:23, 10:2, 10:3, 10:5, 10:7, 10:10, 10:20, 10:24, 10:25, 11:1, 11:2, 11:10, 11:17, 11:21, 11:22, 11:23, 12:1, 12:2, 12:7, 12:15, 12:21, 12:23, 12:24, 13:4, 13:8, 13:11, 13:14, 13:16, 13:20, 13:22, 14:3, 14:6, 14:11, 14:12, 15:3, 15:6, 15:14, 15:19, 15:25, 16:4, 16:9, 16:12, 16:14, 16:15, 16:17, 16:19, 16:22, 17:8, 17:13, 17:15, 17:16, 17:22, 17:23, 17:24, 18:1, 18:5, 18:6, 18:21, 19:4, 19:8, 19:25, 20:8, 20:13, 20:17, 20:19, 20:20, 20:24, 21:4, 21:8, 21:14, 21:18, 21:23, 21:24, 21:25, 22:8, 22:10, 22:11, 22:18, 22:19, 23:8, 23:10, 23:16, 23:17, 23:19, 24:3, 24:6, 24:8, 24:11, 24:16, 24:23, 24:24, 25:2, 25:17, 25:18, 25:19, 25:23, 25:25, 26:1, 26:9, 26:10, 26:18, 27:1, 27:7, 27:8, 27:10, 27:18, 28:3, 28:5, 28:8, 28:11, 28:14, 28:15, 28:20, 28:23, 28:24, 29:1, 29:4, 29:8, 29:11, 29:12, 29:16, 29:21, 29:22, 29:24, 29:25, 30:2, 30:6, 30:7, 30:8, 30:12, 30:16, 30:18, 30:19, 30:21, 30:22, 31:1, 31:7, 31:11, 31:12, 31:21, 32:2, 32:7, 32:10, 32:13, 32:17, 32:25, 33:20, 33:21, 33:25, 34:4, 34:7, 34:23, 34:24, 35:2, 35:3, 35:7, 35:8, 35:14, 35:17, 35:19, 35:22, 35:23, 36:1, 36:3, 36:10, 36:20, 36:21, 36:22, 37:4, 37:8, 37:21, 37:24, 38:1, 38:11, 38:14, 38:16, 39:2, 39:3, 41:5, 41:8, 41:18, 41:21, 41:22, 41:25, 42:1, 42:21

**today** [4] - 5:15, 8:8, 31:10, 31:11

**today's** [1] - 20:25

**together** [2] - 11:6, 24:8
**told** [1] - 41:19
**tooth** [1] - 7:24
**top** [1] - 13:25
**total** [1] - 31:23
**totally** [1] - 9:20
**touching** [1] - 23:12
**trade** [1] - 9:9
**transcript** [2] - 1:25, 42:21
**TRANSCRIPT** [1] - 1:10
**tremendous** [1] - 7:19
**tremendously** [1] - 10:19
**trial** [67] - 5:13, 7:1, 7:2, 7:15, 7:21, 7:25, 8:3, 10:9, 10:20, 11:2, 11:4, 11:10, 12:7, 12:10, 12:19, 13:16, 13:20, 14:2, 14:4, 14:6, 14:11, 18:1, 21:2, 21:5, 21:13, 22:6, 22:8, 22:20, 23:5, 23:6, 23:13, 23:21, 23:23, 24:18, 24:25, 25:7, 25:18, 27:12, 28:11, 28:24, 30:14, 30:17, 30:19, 30:24, 31:1, 32:2, 32:4, 32:13, 33:6, 33:14, 33:20, 34:16, 34:20, 34:21, 35:7, 35:21, 36:8, 36:24, 37:2, 37:6, 37:25, 38:23, 41:6, 41:21, 41:23
**trials** [5] - 21:11, 21:12, 25:16, 36:21, 38:15
**tried** [11] - 6:4, 22:3, 22:18, 27:10, 28:10, 29:9, 30:9, 31:17, 38:1, 41:21, 41:24
**tries** [1] - 30:3
**trip** [2] - 35:4, 35:8
**true** [2] - 24:14, 42:21
**truth** [1] - 14:10
**try** [7] - 7:7, 21:25, 24:8, 27:22, 29:21, 29:24, 30:10
**trying** [6] - 8:24, 21:23, 27:8, 31:5, 32:2, 34:4
**turn** [1] - 16:19
**turned** [1] - 13:14
**turns** [1] - 34:3
**Tuttle** [4] - 4:4, 4:8, 11:19, 15:20
**TUTTLE** [2] - 1:4, 1:16
**Tuttles** [1] - 33:4
**twice** [1] - 26:18
**two** [24] - 10:15, 12:9, 12:12, 13:10, 13:17, 13:20, 21:11, 21:12, 25:12, 25:16, 25:25, 26:17, 28:15, 30:8, 32:1, 32:7, 32:10, 33:1, 35:13, 37:13, 38:11, 39:9, 40:6
**TX** [1] - 2:10
**type** [1] - 36:14
**typically** [2] - 33:19, 39:18

**U**

**ultimately** [1] - 21:1
**unaware** [1] - 9:20
**under** [1] - 7:13
**underlying** [1] - 22:12
**underpinning** [1] - 8:2
**undersold** [1] - 28:1

**understand** [9] - 5:14, 8:1, 8:5, 18:8, 28:17, 31:16, 38:17, 38:19, 40:25
**understanding** [3] - 5:16, 29:25, 42:22
**understood** [3] - 15:16, 34:12, 40:7
**United** [2] - 3:9, 42:20
**UNITED** [2] - 1:1, 1:11
**unlinking** [1] - 27:5
**unreasonable** [1] - 22:23
**untangle** [1] - 27:11
**until** [4] - 9:24, 16:22, 17:13, 34:21
**unusual** [1] - 7:6
**up** [14] - 5:23, 6:14, 8:25, 10:24, 13:16, 20:24, 30:14, 30:19, 32:1, 32:25, 33:23, 33:25, 34:1, 36:11
**upon** [5] - 20:7, 23:14, 28:22, 41:4, 41:25
**us** [12] - 10:1, 10:19, 10:22, 10:24, 10:25, 13:15, 17:25, 25:23, 35:11, 35:14, 37:11
**use** [3] - 22:23, 22:24, 29:23
**using** [1] - 29:8

**V**

**versus** [3] - 4:4, 26:23, 28:2
**very** [25] - 5:7, 9:2, 9:18, 10:11, 11:7, 12:4, 12:14, 12:24, 13:10, 13:19, 21:1, 21:13, 26:13, 27:24, 27:25, 28:5, 29:4, 29:5, 30:2, 33:7, 38:24, 39:14, 39:25, 40:11, 40:22
**via** [1] - 1:25
**video** [1] - 26:15
**videos** [3] - 31:23, 32:7, 32:9
**view** [2] - 12:20, 17:17
**Vinny** [1] - 37:22
**violation** [6] - 22:12, 22:16, 22:24, 23:9, 24:12, 25:9
**voir** [3] - 24:16, 31:22, 34:21
**VS** [1] - 1:5

**W**

**waiting** [1] - 18:8
**waive** [1] - 10:10
**waived** [1] - 10:6
**walk** [1] - 19:9
**want** [14] - 7:2, 7:8, 9:7, 12:15, 13:11, 14:6, 20:17, 21:18, 32:17, 33:20, 35:8, 35:19, 38:22, 41:20
**wanted** [9] - 5:15, 5:22, 8:15, 9:18, 9:20, 13:15, 16:17, 35:23, 36:21
**WARE** [1] - 1:17
**warrant** [6] - 22:17, 23:5, 24:2, 24:25, 25:4, 27:19
**warrants** [1] - 23:17
**was** [26] - 5:8, 5:13, 6:6, 7:25, 8:6, 9:24, 10:7, 10:12, 15:3, 16:21, 17:12, 21:2, 22:13, 22:16, 22:22, 22:23, 23:9, 23:12, 23:13, 25:21, 38:1, 38:2, 38:3, 38:4

**wasn't** [2] - 38:5
**way** [24] - 9:7, 10:18, 10:21, 11:2, 13:24, 14:17, 14:18, 17:12, 19:21, 21:15, 24:7, 25:7, 26:10, 27:7, 27:14, 27:24, 29:22, 30:11, 34:7, 36:6, 36:16, 36:17, 37:13, 37:23
**we** [53] - 5:18, 6:20, 7:7, 7:9, 7:18, 9:1, 9:17, 9:18, 9:22, 9:23, 10:4, 10:10, 10:11, 10:25, 12:18, 14:3, 14:6, 14:20, 17:24, 18:1, 18:16, 18:18, 18:21, 18:25, 19:3, 19:15, 21:1, 21:13, 23:6, 23:19, 23:21, 26:14, 26:18, 27:4, 28:8, 29:7, 29:9, 29:16, 31:3, 31:10, 31:21, 31:24, 32:7, 35:10, 35:17, 35:20, 36:3, 36:12, 37:10, 37:11, 38:21, 41:24
**we'd** [1] - 11:1
**we'll** [7] - 14:9, 14:22, 26:8, 26:12, 34:13, 36:2
**We're** [1] - 7:16
**we're** [26] - 8:7, 8:24, 10:2, 10:3, 10:4, 10:6, 15:14, 15:24, 21:24, 24:16, 25:23, 26:15, 28:5, 28:8, 28:12, 28:18, 28:20, 29:19, 30:23, 31:6, 31:7, 36:24, 41:3
**we've** [3] - 7:13, 9:20, 23:20, 24:4, 33:16
**week** [3] - 30:16, 30:17, 30:19
**weeks** [9] - 5:10, 25:25, 26:1, 26:16, 28:20, 32:1, 32:13, 34:16, 37:5
**well** [21] - 5:7, 5:10, 5:23, 7:8, 11:7, 18:10, 19:21, 25:6, 25:12, 26:25, 27:25, 28:15, 28:21, 37:18, 38:24, 39:14, 39:17, 39:25, 40:1, 40:22, 41:11
**went** [1] - 11:5
**were** [18] - 5:15, 6:5, 6:7, 9:8, 9:10, 9:20, 15:23, 16:13, 18:8, 21:5, 22:10, 22:19, 24:18, 24:24, 25:2, 27:5, 29:16, 42:17
**what** [41] - 6:25, 8:15, 9:1, 10:13, 11:18, 13:15, 13:16, 16:14, 17:15, 18:2, 20:19, 21:6, 21:23, 22:2, 22:21, 23:6, 23:12, 25:10, 25:24, 26:12, 28:3, 28:22, 29:8, 29:11, 29:14, 29:19, 30:2, 30:4, 31:1, 31:7, 32:22, 33:19, 35:17, 35:19, 37:23, 38:1, 38:6, 38:19, 40:24, 41:2
**what's** [4] - 5:9, 13:25, 18:1, 38:1
**whatever** [5] - 15:2, 28:6, 28:7, 28:15, 35:11
**when** [8] - 11:19, 18:22, 23:19, 25:21, 27:20, 28:2, 35:3, 41:1
**whenever** [1] - 22:2
**where** [5] - 7:25, 23:24, 31:7, 31:25, 38:14
**whether** [10] - 7:18, 14:11, 14:12, 20:8, 22:13, 23:7, 23:9, 27:12, 38:2, 38:3
**which** [26] - 5:21, 11:20, 12:13, 12:24, 14:4, 15:1, 15:4, 20:15, 20:16, 21:2, 21:17, 21:20, 23:17, 26:15, 28:25, 29:9, 29:10, 32:2, 35:4, 35:5, 36:24, 37:2, 37:15, 38:3
**while** [2] - 10:16, 26:21

**who** [12] - 6:10, 6:11, 6:20, 6:21, 7:17, 12:16, 12:22, 17:4, 17:9, 18:4, 18:20, 28:10

**who's** [2] - 7:12, 7:20

**whole** [1] - 24:15

**whose** [1] - 10:15

**why** [6] - 5:22, 9:23, 18:24, 19:3, 29:7, 38:22

**will** [21] - 6:3, 6:8, 8:20, 8:25, 9:2, 11:9, 13:3, 13:4, 14:19, 18:7, 20:21, 22:3, 25:17, 26:16, 28:4, 28:9, 28:25, 29:10, 38:12, 39:2

**willing** [2] - 15:3, 26:9

**willingly** [1] - 34:23

**with** [41] - 6:16, 9:19, 10:11, 11:20, 11:21, 12:1, 12:19, 12:23, 13:13, 14:16, 15:12, 16:12, 18:16, 21:15, 21:21, 22:16, 22:24, 23:10, 24:11, 27:15, 27:18, 28:10, 28:23, 29:7, 29:13, 30:10, 30:13, 30:25, 31:9, 31:14, 32:1, 32:6, 33:6, 34:9, 34:13, 35:11, 36:22, 39:23, 40:17, 41:19

**within** [3] - 18:5, 25:14, 26:21

**without** [3] - 20:17, 22:5, 27:22

**witness** [4] - 26:14, 32:6, 35:15, 36:12

**witnesses** [5] - 22:8, 23:1, 26:15, 31:23, 31:24

**woefully** [1] - 37:8

**wondering** [1] - 5:9

**Wood** [1] - 4:22

**WOOD** [1] - 3:1

**word** [1] - 19:16

**worded** [1] - 17:12

**work** [4] - 25:7, 29:1, 41:8, 42:1

**working** [1] - 28:18

**worried** [1] - 14:22

**would** [40] - 9:22, 15:1, 15:3, 15:4, 15:12, 17:23, 18:2, 21:4, 21:7, 21:15, 21:20, 22:19, 22:21, 23:4, 23:5, 24:2, 25:2, 25:3, 25:7, 25:8, 25:9, 26:11, 26:12, 26:18, 26:22, 30:17, 31:25, 32:1, 32:5, 32:9, 32:11, 32:20, 33:10, 33:13, 34:8, 34:16, 35:12, 39:15

**wrong** [1] - 26:12

# Y

**yeah** [3] - 11:13, 14:6, 35:25

**year** [3] - 12:9, 35:1, 36:21

**years** [4] - 27:6, 27:7, 35:2, 38:22

**yes** [13] - 7:3, 15:19, 19:7, 19:23, 20:6, 20:10, 31:15, 33:8, 33:15, 34:2, 34:6, 36:5, 39:18

**yet** [7] - 5:18, 7:13, 7:18, 8:6, 20:19, 21:22, 29:20

**you** [143] - 4:3, 5:7, 6:25, 7:2, 7:9, 7:15, 7:17, 7:24, 8:9, 9:11, 9:12, 10:1, 10:3, 10:5, 10:24, 10:25, 11:3, 11:7, 11:8, 12:13, 12:15, 13:21, 13:23, 14:6, 14:24, 15:1, 15:3, 15:12, 15:16, 15:17, 16:1,

16:18, 17:3, 17:14, 17:17, 17:22, 18:3, 18:6, 18:8, 18:23, 19:8, 19:10, 19:13, 19:18, 19:25, 20:1, 20:4, 20:8, 20:9, 20:12, 20:19, 20:20, 21:10, 21:14, 21:15, 21:18, 21:21, 22:10, 22:12, 22:19, 22:21, 23:4, 23:22, 24:8, 24:20, 24:21, 24:23, 24:24, 24:25, 25:2, 25:13, 25:17, 26:3, 26:8, 27:11, 27:12, 27:14, 27:15, 27:16, 27:20, 28:3, 28:4, 28:9, 28:10, 28:14, 28:15, 28:24, 29:6, 29:20, 30:6, 30:9, 30:12, 30:19, 31:1, 31:7, 31:11, 31:13, 31:18, 32:12, 32:16, 32:25, 33:2, 33:20, 34:9, 34:12, 34:14, 34:24, 35:2, 35:6, 35:9, 35:12, 35:19, 36:5, 36:8, 36:15, 36:18, 36:22, 37:11, 37:21, 37:22, 38:2, 38:8, 38:11, 38:12, 38:25, 39:18, 39:19, 40:25, 41:1, 41:18, 41:20, 42:15

**you're** [22] - 5:9, 10:8, 18:5, 19:24, 19:25, 21:22, 22:6, 27:7, 28:2, 29:4, 30:16, 30:18, 30:19, 32:12, 32:19, 32:22, 34:3, 35:3, 38:13, 38:19, 41:5, 42:16

**you've** [1] - 33:1

**your** [36] - 4:6, 4:17, 6:24, 8:1, 8:2, 11:2, 12:21, 17:14, 17:17, 18:5, 18:7, 19:18, 20:21, 20:23, 20:24, 21:22, 25:13, 25:17, 26:21, 28:7, 28:24, 30:4, 30:6, 31:18, 33:9, 33:10, 33:13, 35:24, 36:17, 40:24, 41:4, 41:12, 41:18, 42:15

**Your** [40] - 4:7, 4:9, 4:13, 4:14, 8:12, 9:12, 9:15, 11:14, 15:19, 16:2, 16:4, 17:20, 18:13, 18:16, 19:23, 20:6, 20:10, 22:1, 24:4, 25:8, 25:22, 31:15, 32:24, 33:4, 33:7, 34:12, 34:15, 35:6, 36:18, 38:17, 39:6, 40:2, 42:6, 42:8, 42:9, 42:10, 42:11, 42:12, 42:13, 42:14

**yourself** [1] - 6:17