UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Clifford F. Tuttle, Jr, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:21−cv−00270 |
| | § | |
| City Of Houston, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Docket Call and Trial Setting

    Date and Time: May 2, 2025 at 10:00 AM and May 5, 2025

Date: April 27, 2025

                                                                               Nathan Ochsner, Clerk