United States Courts
Southern District of Texas
FILED
July 01, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 1, 2025
Lyle W. Cayce
Clerk

No. 25-20132

CLIFFORD F. TUTTLE, JR., *as Representative of* THE ESTATE OF DENNIS W. TUTTLE, *Deceased*; ROBERT TUTTLE; RYAN TUTTLE; JO ANN NICHOLAS; JOHN NICHOLAS,

*Plaintiffs—Appellees,*

*versus*

FELIPE GALLEGOS,

*Defendant—Appellant,*

JO ANN NICHOLAS, *individually and as an heir of the Estate of Rhogena Nicholas*; JOHN NICHOLAS, *as temporary administrator of* THE ESTATE OF RHOGENA NICHOLAS,

*Plaintiffs—Appellees,*

*versus*

FELIPE GALLEGOS,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-270
USDC No. 4:21-CV-272

ORDER:

IT IS ORDERED that Appellant's unopposed motion to view sealed documents in the record on appeal is GRANTED.

*/s/ Don R. Willett*
DON R. WILLETT
*United States Circuit Judge*

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20132   Tuttle v. Gallegos  
                   USDC No. 4:21-CV-270  
                   USDC No. 4:21-CV-272

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____  
                   Amanda M. Duroncelet, Deputy Clerk

Mr. Charles C. Bourque Jr.  
Mr. Michael Timothy Gallagher  
Mr. Russell Hardin Jr.  
Mr. John MacVane  
Mr. Nathan Ochsner