United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED, ROBERT TUTTLE, AND RYAN TUTTLE, <br><br>Plaintiffs<br><br>v.<br><br>CITY OF HOUSTON, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00270 |

**AND**

| | | |
|---|---|---|
| JOHN NICHOLAS, as temporary administrator of the Estate of Rhogena Nicholas and JO ANN NICHOLAS, individually and as an heir of the Estate of Rhogena Nicholas,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF HOUSTON, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00272 |

## ORDER

Pending before the Court is Defendant City of Houston's Unopposed Motion to Extend the Deadline set in this Court's June 30, 2025 Order to publicly refile redacted documents by thirty (30) days (the "Motion"). After reviewing the Motion, any responses and any arguments of counsel, the Court is of the opinion that the Motion should be and is hereby GRANTED.

It is therefore ORDERED that the deadline set in this Court's June 30, 2025 Order to publicly refile redacted documents is extended by thirty (30) days

It is so ORDERED.

| | |
|---|---|
| JUL 2 8 2025 | _[signature]_ |
| Date | The Honorable Alfred H. Bennett<br>United States District Judge |