# EXHIBIT 47



| Offense Type | INVESTIGATION (HOMICIDE) | | | UCR Offense Codes | 18112 | | 00000 | | 00000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Premise Type | RESIDENCE/HOUSE | | Begin Date | 3/19/2013 8:20 PM | | End Date | | | UCR Clear | 129 |
| Entered By | J DOMINGUEZ 129960 | | Officer1 | J DOMINGUEZ | 129960 | | | Evening | | |
| Create Date | 3/20/2013 5:02:00 AM | | Officer2 | T RICHARDSON | 094149 | | | Evening | | |
| Division Involved | AirportHOU, BurgTheft, Homicide, Narcotics | Station | HOM/07 | Unit | 3392 | Beat | 14D10 | Weather | CLEAR | |
| Neighborhood Code | 00120 FOSTER PLACE | | | Key Map | 533Q | | Geo Key | 77021-4825 | | |
| Location | Redacted SHERWOOD | | Type | DR | Suffix | | City | Houston | | |
| Foster Care Facility | N | Gang Crime Related | N | Hate Crime Related | N | County | Harris | | Zip | 77021-4825 |

| Business | | Reportee Number | 01 | | | | Business Phone | 00000000000000 |
|---|---|---|---|---|---|---|---|---|
| Business Name | STATE OF TEXAS | | | Business Address | 1200 TRAVIS;HOUSTON,TX 00077 | | | |

### Witness — Witness Number 01

| Last Name | GONSOULIN | First Name | ELIZABETH | Middle Name | | Driver License | Redacted |
|---|---|---|---|---|---|---|---|
| Date of Birth | Redacted | Age | 66 | Juv | N | Sex | F | Race | B | Hispanic | N | License State | TX |

| Address | Redacted HOUSTON,TX 77021 | Home Phone | Redacted | Work Phone | 00000000000000 | SSN | 000000000 |

Relation To Suspect: MOTHER OF SUSP# 01

| Injury Condition | | Transported By | | Transported To | |

### Witness — Witness Number 02

| Last Name | GONSOULIN | First Name | ELTON | Middle Name | JAMES | Driver License | |
|---|---|---|---|---|---|---|---|

| Date of Birth | Redacted | Age | 79 | Juv | N | Sex | M | Race | B | Hispanic | N | License State | TX |

| Address | Redacted HOUSTON,TX 77021 | Home Phone | Redacted | Work Phone | 00000000000000 | SSN | 0000000000 |

Relation To Suspect: STEP-FATHER OF SUSP#01

| Injury Condition | | Transported By | | Transported To | |

### Witness — Witness Number 03

| Last Name | NEAL | First Name | ANESHAI | Middle Name | JANAI | Driver License | |
|---|---|---|---|---|---|---|---|

| Date of Birth | Redacted | Age | 19 | Juv | N | Sex | F | Race | B | Hispanic | N | License State | TX |

| Address | Redacted HOUSTON,TX 77021 | Home Phone | Redacted | Work Phone | 00000000000000 | SSN | 0000000000 |

Relation To Suspect: NIECE OF SUSP#0 1

| Injury Condition | | Transported By | | Transported To | |

### Witness — Witness Number 04

| Last Name | RODRIGUEZ | First Name | F | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|

| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | W | Hispanic | H | License State | TX |

| Address | 1200 TRAVIS;HOUSTON,TX | Home Phone | 0000000000 | Work Phone | 00000000000000 | SSN | 0000000000 |

Relation To Suspect:

| Injury Condition | | Transported By | | Transported To | |

### Witness — Witness Number 05

| Last Name | MEDRANO | First Name | E | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|

| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | W | Hispanic | H | License State | TX |

| Address | 1200 TRAVIS;HOUSTON,TX | Home Phone | 0000000000 | Work Phone | 00000000000000 | SSN | 0000000000 |

Relation To Suspect:

| Injury Condition | | Transported By | | Transported To | |

Confidential - Subject to Protective Order                                        COH00053722

 

Confidential - Subject to Protective Order      COH00053723



### Witness — Witness Number 06

| Last Name | GOINES | First Name | G | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|
| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | B | Hispanic | N | License State | TX |

| Field | Value |
|---|---|
| Address | 1200 TRAVIS;HOUSTON,TX |
| Home Phone | 0000000000 |
| Work Phone | 00000000000000 |
| SSN | 0000000000 |

Relation To Suspect

Injury Condition  |  Transported By  |  Transported To

### Witness — Witness Number 07

| Last Name | OLIVAREZ | First Name | C | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|
| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | W | Hispanic | H | License State | TX |

| Field | Value |
|---|---|
| Address | 1200 TRAVIS;HOUSTON,TX |
| Home Phone | 0000000000 |
| Work Phone | 00000000000000 |
| SSN | 0000000000 |

Relation To Suspect

Injury Condition  |  Transported By  |  Transported To

### Witness — Witness Number 08

| Last Name | DAVIS | First Name | W | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|
| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | W | Hispanic | N | License State | TX |

| Field | Value |
|---|---|
| Address | 1200 TRAVIS;HOUSTON,TX |
| Home Phone | 0000000000 |
| Work Phone | 00000000000000 |
| SSN | 0000000000 |

Relation To Suspect

Injury Condition  |  Transported By  |  Transported To

### Witness — Witness Number 09

| Last Name | MORTON | First Name | S | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|
| Date of Birth | | Age | 00 | Juv | N | Sex | F | Race | B | Hispanic | N | License State | TX |

| Field | Value |
|---|---|
| Address | 1200 TRAVIS;HOUSTON,TX |
| Home Phone | 0000000000 |
| Work Phone | 00000000000000 |
| SSN | 0000000000 |

Relation To Suspect

Injury Condition  |  Transported By  |  Transported To

### Witness — Witness Number 10

| Last Name | BRYANT | First Name | S | Middle Name | | Driver License | |
|---|---|---|---|---|---|---|---|
| Date of Birth | | Age | 00 | Juv | N | Sex | M | Race | B | Hispanic | N | License State | TX |

| Field | Value |
|---|---|
| Address | 1200 TRAVIS;HOUSTON,TX |
| Home Phone | 0000000000 |
| Work Phone | 00000000000000 |
| SSN | 0000000000 |

Relation To Suspect

Injury Condition  |  Transported By  |  Transported To

### Security — Security Number 00001  Complaint Number 00

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Disposition | CLEARED | Denomination | ASSORTED | Lost Value | 60.00 |
| Type | U.S. CURRENCY | | | Issuer | U.S. TREASURY |
| Serial Number From | | To | | Security Date | |
| Owner | BEARER | HCIC Misc | | NCIC Misc | |
| Social Security Number | | Recovery Date | | Recovery Value | 0.00 |

Confidential - Subject to Protective Order

COH00053724



| Gun | Gun Number | 00001 | Complaint Number | 01 | Disposition | EVIDENCE | | |
|---|---|---|---|---|---|---|---|---|
| Make | KEL-TEC | | Recovery Date | 3/19/2013 | Recovery Value | 0.00 | Lost Value | 0.00 |
| Model | | | Serial Number | HG042 | Gun Type | | | |
| Caliber | . | | Gun Misc | | NCIC Misc | SHOTGUN | | |

| Gun | Gun Number | 00002 | Complaint Number | 01 | Disposition | EVIDENCE | | |
|---|---|---|---|---|---|---|---|---|
| Make | | | Recovery Date | 3/19/2013 | Recovery Value | 0.00 | Lost Value | 0.00 |
| Model | 870 WINGMAS | | Serial Number | 113974V | Gun Type | | | |
| Caliber | | | Gun Misc | | NCIC Misc | SHOTGUN | | |

| Gun | Gun Number | 00003 | Complaint Number | 01 | Disposition | EVIDENCE | | |
|---|---|---|---|---|---|---|---|---|
| Make | CARTRIDGE | | Recovery Date | 3/19/2013 | Recovery Value | 0.00 | Lost Value | 0.00 |
| Model | | | Serial Number | | Gun Type | | | |
| Caliber | | | Gun Misc | | NCIC Misc | PMC CARTRIDGES | | |

| Gun | Gun Number | 00004 | Complaint Number | 00 | Disposition | EVIDENCE | | |
|---|---|---|---|---|---|---|---|---|
| Make | FEDERAL | | Recovery Date | 3/19/2013 | Recovery Value | 0.00 | Lost Value | 0.00 |
| Model | | | Serial Number | | Gun Type | AMMUNITION | | |
| Caliber | 556 | | Gun Misc | | NCIC Misc | | | |

| Gun | Gun Number | 00005 | Complaint Number | 00 | Disposition | EVIDENCE | | |
|---|---|---|---|---|---|---|---|---|
| Make | UNKNOWN | | Recovery Date | 3/19/2013 | Recovery Value | 0.00 | Lost Value | 0.00 |
| Model | | | Serial Number | | Gun Type | UNKNOWN | | |
| Caliber | 556 | | Gun Misc | | NCIC Misc | | | |

| Article | Record Number | 00001 | Complaint Number | 01 | Owner Applied Number / Engraving | | S |
|---|---|---|---|---|---|---|---|
| Disposition | EVIDENCE | | Brand | | Serial Number | | |
| Item Type | | | Model | | Lost Value | 0.00 | |
| Description | | | Recovery Date | 3/19/2013 | Recovery Value | | 0.00 |

APPROXIMATELY 122.42 GRAMS OF PCP

| Article | Record Number | 00002 | Complaint Number | 01 | Owner Applied Number / Engraving | | S |
|---|---|---|---|---|---|---|---|
| Disposition | EVIDENCE | | Brand | | Serial Number | | |
| Item Type | | | Model | | Lost Value | 0.00 | |
| Description | | | Recovery Date | 3/19/2013 | Recovery Value | | 0.00 |

1.02 GRAMS OF MARIJUANA

| Article | Record Number | 00003 | Complaint Number | 00 | Owner Applied Number / Engraving | | D |
|---|---|---|---|---|---|---|---|
| Disposition | EVIDENCE | | Brand | DAISEY | Serial Number | | 1J00792 |
| Item Type | BB GUN | | Model | POWERLINE | Lost Value | 0.00 | |
| Description | | | Recovery Date | 3/28/2013 | Recovery Value | | 0.00 |

1 BLACK AND SILVER DAISY POWERLINE MODE 93 C02 BB GUN

Confidential - Subject to Protective Order

COH00053725



| Article | Record Number | 00004 | Complaint Number | 00 | Owner Applied Number / Engraving | | D |
|---|---|---|---|---|---|---|---|
| Disposition | EVIDENCE | | Brand | NO BRAND/UNKNOW | Serial Number | | |
| Item Type | CO2 CATRIDGE | | Model | | Lost Value | 0.00 | |
| Description | | | Recovery Date | 3/28/2013 | Recovery Value | | 0.00 |

EMPTY CILVER CO2 CARTRIDGE

| Article | Record Number | 00005 | Complaint Number | 00 | Owner Applied Number / Engraving | | D |
|---|---|---|---|---|---|---|---|
| Disposition | EVIDENCE | | Brand | NO BRAND/UNKNOW | Serial Number | | |
| Item Type | BBS | | Model | | Lost Value | 0.00 | |
| Description | | | Recovery Date | 3/28/2013 | Recovery Value | | 0.00 |

10 SILVER BB'S IN A PLASTIC BAG

| Suspect | Suspect Number | 01 | | | | |
|---|---|---|---|---|---|---|
| Disposition | ARRESTED | Disposition Current | CHARGED | Disposition Original | ARRESTED |
| Last Name | BENARD | | First Name | GEORGE | Middle Name | RALPH |

**Alias (Nickname)**

| Date of Birth | Redacted | Age | 38 | 38 | To | 00 | Juv | N | Sex | M | Race | B | HPD# | 00000000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | Redacted | HOUSTON,TX 77021 | Speech Accent | |
|---|---|---|---|---|

Miscellaneous     TDL: [Redacted] FBI:63266FB3, SID:T [Redacted] SSN:4 [Redacted]

Miscellaneous     N

| Height: Ft/In | 000 | To | 000 | Weight: | 000 | To | 000 | Weapon | |
|---|---|---|---|---|---|---|---|---|---|
| Hair Length | | Hair Color | | Hair Type | | Facial Hair | |
| Eye Color | | Complexion | | Injured | | Injury Condition | |

**Cloth Worn Desc**

Parolee/Parole Violation?     N

Confidential - Subject to Protective Order          COH00053726


Original narrative

MINOR OFFENSE 1-POSS CONTROL SUBS (FEL) / PCP

HPD NARCOTICS OFFICERS WERE SERVING A NARCOTICS SEARCH WARRANT AT THE LISTED LOCATION. DURING THE COURSE OF THE SEARCH WARRANT ONE OFFICER FIRED HIS WEAPON ONCE STRIKING THE SUSPECT.

\*\*\* SYSTEM GENERATED DATA - LAST UPDATE03/20/13 05:02 \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ATTENTION STAFF REVIEW

HOMICIDE RELATED CASE

PLEASE CODE CONFIDENTIAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\* LANGUAGE TRANSLATOR \*\*\*\*\*\*\*\*\*
WITN-#01 GONSOULIN, ELIZABETH BF066 - NO
WITN-#02 GONSOULIN, ELTON JAMES BM079 - NO
WITN-#03 NEAL, ANESHAI JANAI BF019 - NO
WITN-#04 RODRIGUEZ, F WM000 - NO
WITN-#05 MEDRANO, E WM000 - NO
WITN-#06 GOINES, G BM000 - NO
WITN-#07 OLIVAREZ, C WM000 - NO
WITN-#08 DAVIS, W WM000 - NO
WITN-#09 MORTON, S BF000 - NO
WITN-#10 BRYANT, S BM000 - NO
SUSP-#01 BENARD, GEORGE RALPH BM038 - NO

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER8.00-A
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* ENTRY DEVICE: 308810 308810 HB2 *
* ENTRY FROM DATE-032013 TIME-0439 TO DATE-032013 TIME-0502 *
* TRANSFER DEVICE: 308810 308810 HB2 WINXP VER. 8.00-A*
* TRANSFER DATE-032013 TIME-0503 LOAD DATE-032013 TIME-0502 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14 DIST-14 *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

| Supplement | Supplement Number | 00001 | Offense Type | INVESTIGATION (HOMICIDE) | | | |
|---|---|---|---|---|---|---|---|
| **Entered By** | **Entered Date** | **Station** | **Recv. Beat** | **Notified** | **Recv. Disp** | **Recv. Date** | **Recovery Street** |
| Redacted | 7/10/2013 | HOMICIDE | 00 | | | | 00000 |

| Officer1 | RICHARDSON, T M | Redacted | | Shift | 2 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | RC BENSON | | Redacted | 8/8/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | Towed By | | | | Towed By Phone | 0000000000 | | | Stripped |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | | | | | |

Supplement narrative

\*\*\* SYSTEM GENERATED DATA - LAST UPDATE7/10/2013 20:01 \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
A. INTRODUCTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sergeant T. Richardson and Investigator Dominguez were at 1200 Travis, on the sixth floor, in the Homicide office when we were advised of an Officer Involved shooting at Redacted Sherwood Drive, Incident # 033958813P, during the process of

Confidential - Subject to Protective Order                                        COH00053727

 

serving a search warrant. Lt. Siska assigned Investigator Dominguez and me to conduct the scene and follow up investigations at approximately 2115 hrs

```
+++++++++++++++++++++++++++++++++++++++
```
## IMMEDIATE FINDINGS AT THE SCENE
```
+++++++++++++++++++++++++++++++++++++++
```

Sergeant Richardson and Investigator Dominguez arrived at <sup>Redacted</sup>Sherwood Drive on March 19, 2013 at approximately 2210 Hrs. Upon arriving at the scene, I observed numerous HPD vehicles at the scene and yellow crime scene tape around the incident location. I met with the following officers and obtained their information.

Narcotics Officers:   F. Rodriguez, payroll<sup>Redacted</sup>
                      E. Medrano, payroll <sup>Redacted</sup>
                      G. Goines, payroll <sup>Redacted</sup>
                      C. Olivarez, payroll <sup>Redacted</sup>
                      J. Morton, payroll<sup>Redacted</sup>
                      J. Bryant, payroll

Supervisors:   Sgt. Davis, payroll <sup>Redacted</sup>

K-9 Officer:  G. Maxwell, payroll<sup>Redacted</sup>
K-9 Dog:

Surveillance:  H. Armstrong, payroll <sup>Redacted</sup>

HFD:   A-25

Patrol Officers:  M. Rylander, payroll <sup>Redacted</sup> , Unit 13D27E
  E. Cabrera, payroll <sup>Redacted</sup> Unit 13D27E
  C. Myrick, payroll <sup>Redacted</sup> Unit 14D29E
  M. Stevens, payroll <sup>Redacted</sup> Unit 14D29E
  J. Newberry, payroll <sup>Redacted</sup> Unit 14D16E
  C. Aldrete, payroll <sup>Redacted</sup> Unit 14D17E
  L. Matthews, payroll <sup>Redacted</sup> Unit 14D17E

CSU: A. Barr, employee# <sup>Redacted</sup> CSU 21
     J. Javier, employee# <sup>Redacted</sup> CSU 15
     J. Pena, employee# <sup>Redacted</sup> CSU 19

```
+++++++++++++++++++++++++
```
## A. SCENE SUMMARY
```
+++++++++++++++++++++++++
```

On Tuesday, March 19, 2013 at approximately 2021 Hrs. Narcotics Division Officers from Squad 13 served a warrant for PCP at[    **Redacted**    ] Houston, Texas. The Narcotics Officers entered the residence on a "No Knock" Warrant. A seven person warrant team entered the residence using a "MOBY" ramming device. Once the door was breached, the lead officer, F. Rodriguez, Jr. Payroll#<sup>Redacted</sup>, assigned to narcotics division, entered the residence and found two witnesses and the suspect inside the location. The suspect was told to "stop, put your hands where I can see them" by Officer Rodriguez. The suspect instead fled to the rear of the residence grabbing for the waistband area of his pants. Officer Rodriguez fearing for his safety and the other officer's on the team fired a single shot, striking the suspect.

```
+++++++++++++++++++++++++++++++
```
## 1. DESCRIPTION OF SCENE
```
+++++++++++++++++++++++++++++++
```

The location of this incident was at[    **Redacted**    ] which is a single family dwelling in the south central quadrant of the city, key map reference 533Q. The southeast patrol station services this neighborhood. The street runs north and south with the front door facing north. The nearest major cross streets are Scott to the North and Cullen to the South.

Standing in front of the house there is one car garage to the east side of the property. The west side has two windows and an air conditioning unit on the west side. There are two parking spaces in front of the house. There were two (2) vehicles parked in the front of the property, one a Green Mercury 4DR Sedan with license plate BCT 2907 and a Mercury Mountaineer, Beige in color with the license plate 74V RF3. The name on the mailbox reads "GONSOULIN" with the numbers "[Redacted]". The residence has 2 steps up to the house.

Once you enter the residence you immediately enter into a living area crowded

Confidential - Subject to Protective Order

COH00053728



with furniture along all walls and opening up to a dining area and a kitchen toward the back of the residence. There are two doors off the east of west sides of this main room. The door to the east is a laundry room, of sorts with a washer and dryer and lots of clothing and a dog kennel right at the door making the room impossible to enter the room. This room also has a large hole in the ceiling. The door to the west of the room leads to a hall way that leads to two other rooms, a closet and a bathroom. The rooms are fairly cluttered with clothing, boxes and other pieces of furniture which make them difficult to enter.

The room past the living room in which you entered the residence is the dining room with a table pushed against the wall and four chairs surrounding it. Past this area is the kitchen. The kitchen is under construction, with large holes and/ or openings in the walls and ceilings. There are assorted construction materials also in this room. This room is where the suspect was shot, and there is blood, bandages, discarded gloves and other EMT items in this area just inside the door on the floor. The suspect was transported to Ben Taub General Hospital, where he remains.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
2. REAL EVIDENCE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. MOVEABLE EVIDENCE:

Item 1 - Brass Bullet casing, Recovered from the Dining Room table.

Item 2 - Silver and black, Daisey Power line Model 93 CO2 BB gun Recovered from the floor near where the complainant fell after being shot.

Item 3 - Cash in Red Wallet belonging to Older B/F left at the residence 11- 100's, 21- 20's, 3- 10's, 6- 5's 21- 1's total: $1801.00 dollars, all bills were United States Currency. Officer Dominguez turned this money over to Elizabeth Gonsoulin at the Homicide Division during her interview.

Item 4 - approximately 122.42 grams of PCP, taken by Narcotics.

Item 5- 60$ cash tagged for safekeeping.

Item 6 - 1 plastic bag of ten silver BB's.

Item 7 - Empty Silver CO2 cartridge.

Item 8 - Bandages, discarded gloves and other EMT items. Found on kitchen floor just inside the door to the east.

B. IMMOVABLE EVIDENCE:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Pooled blood on the floor from where suspect fell after being shot.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
C. SCIENTIFIC AIDS:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Officer Barr, employee# 129507, riding CSU #19, being evaluated by Officer Pena, employee# 115376, videotaped, photographed and diagrammed the scene. Officer Barr collected the listed evidence and tagged it appropriately.
3. POSITION OF THE BODY: Transported to Ben Taub General Hospital

4. IDENTIFICATION OF SUSPECT: George Ralph Bernard, DOB: [Redacted] B/M TDL: [Redacted] SSN: [ Redacted ] Address: [ Redacted ], Houston, TX 77021

5. DRESS OF SUSPECT: Unknown

6. WOUNDS OF COMPLAINANT: Suspect was shot in the abdomen

7. DISORDER OR LACK OF DISORDER OF SCENE: All throughout this residence there is complete disorder, however it appears to be the manner in which the residence is kept. There are boxes of items in all rooms that make just walking through the property problematic at best. The living area upon entry by the officer's was dimly lit with only a single light on and the television. The kitchen area to which the complainant fled did not have a visible exit. There are gigantic holes in the ceilings of the kitchen and laundry room of the property.

Confidential - Subject to Protective Order      COH00053729

8 SIGNS OF A STRUGGLE  None

9. EXIT AND ENTRY:  The Suspect lived at the scene and attempted to flee to an unknown exit at the rear of the residence.

10  RECOVERY OF WEAPONS OR INSTRUMENTS USED:

Daisey Powerline Model 93 CO2 BB gun.  Was recovered from the floor where the complainant lay after being shot.
CSU Barr riding unit, CSU 19 charted Officer F. Rodriguez's carbine rifle and hand gun in the presence of Harris County District Attorney Investigator K. Bonsal and H.P.D Homicide Investigator T. Richardson.

The following firearms and Ammunition were carried by Officer Rodriguez a Carbine Rifle Model/ Make Rock River Arms AR-15 Ser. # KT1030803.  Ammunition. Federal 55 Grain .223 CAL.  Officer Rodriguez had a total of three (3) 30 round clips loaded with .223 Ammo. The first magazine was loaded with 27 rounds of .223 CAL.; the 2nd and 3rd magazines each had 28 rounds of .223 CAL in each clip.  According to Officer Rodriguez, this is generally the manner in which he loads his AR-15.

Officer Rodriguez carried as his primary weapon, a GLOCK 22C Ser. # FCD695. The Ammunition was SPEER .40 CAL. Magazine #1 was loaded into the weapon with 16 SPEER .40 CAL (15 in magazine and 1 chambered) 2 other magazines (pouch) each loaded with 15 SPEER .40 CAL. rounds each.

Officer Rodriguez carried as his secondary weapon, GLOCK 27 Ser. # DGD631 Ammunition: SPEER .40 CAL.  One magazine was carried for this weapon with a max. Capacity of 10 rounds  Magazine #1 was loaded with 11 SPEER .40 CAL (10 in magazine and 1 chambered)

```
*************************************************
```
WEATHER, LIGHTING, VISIBILITY CONDITIONS:
```
*************************************************
```

The weather was warm and very humid  It was dark outside with limited street lighting. According to statements from Officer Goines there was limited light upon entering the residence but the lights were on at the back of the residence in the kitchen area.

Present for the Walk Thru were:

Ruland, M. payroll # Redacted IAD, Assistant Chief Buenik, payroll# 81008, Capt. D. Ready, payroll# Redacted, Mr. McClees, unit #22 with Prosecutors Office, Mr. Bonsal unit #201, D. A. Investigator, Lt. E. Siska, payroll# Redacted and Public Information Officer V. Senties Payroll# Redacted with Public Affairs. Also present were Sgt. Richardson, Homicide Division, and Investigator Dominguez, Homicide Division, who conducted the walk thru.

The Narcotics Officers that entered the residence and their order were: First, F. Rodriguez, employee# Redacted Second, E. Medrano employee# Redacted who was the BATT officer, Third, G. Goines, employee# Redacted Fourth, C. Olivarez, employee# Redacted. fifth, Sgt. Davis, employee# 106524; Sixth, J. Morton, employee# Redacted Seventh, J. Bryant, employee# Redacted

The Narcotics Officers were dressed in dark navy colored police tactical vest gear with the words "HOUSTON POLICE" in large yellow lettering on the front chest areas.  Officers were wearing dark navy BDU style pants.

```
*********************************
```

This concludes this supplement.

   SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
```
*****************************************************************
```
* ENTRY DEVICE: 10.210.28.59                    *
* ENTRY FROM DATE-071013 TIME-1953  TO  DATE-071013 TIME-2001  *
* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD      VER 9.0  *
* TRANSFER DATE-071013 TIME-2002  LOAD DATE-071013 TIME-1939  *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14  *
```
*****************************************************************
```
EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Confidential - Subject to Protective Order                                        COH00053730





| Supplement | Supplement Number | 00002 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/27/2013 | HOM/07 | 00 | | | | 00000 |

| | | | | Shift | 2 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|
| Officer1 | J DOMINGUEZ | Redacted | | Shift | | TB | Redacted | 4/9/2013 | 3/19/2013 |
| Officer2 | 000000 | | | | | | | | |

| Caller | | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE 03/27/13 22:46 ***

DETAILS OF OFFENSE
********************

ON TUESDAY, MARCH 19, 2013 AT APPROXIMATELY 2021 HRS, NARCOTICS DIVISION OFFICERS (SQUAD 13) SERVED A WARRANT FOR PCP AT [Redacted] DRIVE, HOUSTON, TEXAS. THE NARCOTICS OFFICERS ENTERED THE RESIDENCE AT ON A "NO-KNOCK" WARRANT. A SEVEN-PERSON WARRANT TEAM ENTERED THE RESIDENCE USING A "MOBY" RAMMING DEVICE. ONCE THE DOOR WAS BREACHED, THE LEAD OFFICER, F. RODRIGUEZ, JR., PAYROLL # [Redacted] ASSIGNED TO NARCOTICS DIVISION, ENTERED THE RESIDENCE AND FOUND TWO WITNESSES AND THE SUSPECT INSIDE THE LOCATION. TWO ELDERLY PEOPLE LATER IDENTIFIED AS STEP-FATHER, ELTON JAMES GONSOULIN, AND MOTHER, ELIZABETH ANN GONSOULIN WERE SITTING IN THE LIVING AREA AND THE SUSPECT WAS STANDING IN THE ROOM BY THE ELDERLY PEOPLE. OFFICER RODRIGUEZ ENGAGED THE SUSPECT BY SHOUTING "STOP, PUT YOUR HANDS WHERE I CAN SEE THEM" AND THE SQUAD BEHIND HIM ENTERED YELLING, "POLICE, POLICE", HOWEVER, THE SUSPECT INSTEAD TURNED AWAY FROM HIM AND RAN TOWARDS THE KITCHEN AREA GRASPING THE WAISTBAND AREA OF HIS PANTS AND LOOKING AT OFFICER RODRIGUEZ AS HE RAN AWAY. OFFICER RODRIGUEZ FOLLOWED THE SUSPECT INTO THE DOOR WAY OF THE KITCHEN AREA WHERE THE SUSPECT RAN. THE SUSPECT LOOKED BACK AT OFFICER RODRIGUEZ ONCE MORE GRASPING FOR HIS WAISTBAND AREA, AT WHICH TIME OFFICER RODRIGUEZ FEARING FOR HIS SAFETY AND THAT OF HIS SQUAD FIRED A SINGLE SHOT STRIKING THE SUSPECT, GEORGE RALPH BENARD, B/M, (05-17-78), IN THE ABDOMEN. AT THAT TIME OFFICER RODRIGUEZ MOVED TO A SAFE POSITION LEFT OF THE DOORWAY OF THE KITCHEN WHERE HE COULD ONLY SEE THE RIGHT SIDE OF THE ROOM AND THE SUSPECT'S FEET, AS HE HAD FALLEN TO THE FLOOR AFTER THE SINGLE SHOT.

OFFICER E. MEDRANO, PAYROLL # [Redacted] ASSIGNED TO NARCOTICS DIVISION, ENTERED THE RESIDENCE IN THE NUMBER TWO POSITION AND WAS DIRECTLY BEHIND OFFICER RODRIGUEZ AS THEY CLOSED THE DISTANCE CREATED BY THE SUSPECT FLEEING INTO THE KITCHEN AREA IN THE BACK OF THE RESIDENCE. OFFICER E. MEDRANO MOVED TO THE RIGHT SIDE OF THE DOORWAY WHERE HE COULD SEE THE LEFT SIDE OF THE ROOM AND THE SUSPECT LYING ON THE FLOOR BLEEDING. OFFICER MEDRANO THEN INFORMED THE SQUAD THAT THE SUSPECT HAD BEEN HIT. OFFICER RODRIGUEZ CONTINUED TO COVER THE SUSPECT WITH HIS WEAPON WHILE OTHERS IN THE SQUAD CAME TO THE SUSPECT'S AID BY CALLING HFD AND PERFORMING CPR AND OTHER LIFESAVING PROCEDURES UNTIL HFD ARRIVED. AFTER THE SUSPECT WAS SHOT, A VERY "REAL LOOKING" BLACK AND STAINLESS STEEL PELLET GUN WAS FOUND NEAR THE SUSPECT ONCE THE OFFICER'S APPROACHED HIM. THE GUN WAS FOUND TO HAVE A FULLY CHARGED CO CARTRIDGE AND A LARGE CONTAINER OF PELLETS WAS FOUND ON THE TABLE NEAR WHERE THE SUSPECT HAD FALLEN.

AFTER THE SCENE WAS SECURED AND DOCUMENTED NARCOTICS OFFICERS ENTERED THE RESIDENCE AND CONDUCTED A SEARCH FOR NARCOTICS. THEY FOUND APPROXIMATELY 122.42 GRAMS OF PCP AND 1.02 GRAMS OF MARIJUANA IN THE RESIDENCE. IN ADDITION TO THE NARCOTICS THEY FOUND A SEMI-AUTOMATIC PISTOL AND A SHOTGUN.

INTERVIEW OF WITNESSES:
************************

OFFICER F. RODRIGUEZ:
*********************

HPD NARCOTICS SQUAD 13
PAYROLL: [Redacted]
PH # 713-308-3300

Confidential - Subject to Protective Order     COH00053731



THE FOLLOWING IS OFFICER RODRIGUEZ'S WRITTEN STATEMENT

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

WITNESS STATEMENT
INCIDENT NUMBER: 33958813-P

COUNTY OF HARRIS

STATE OF TEXAS

DATE: 3/20/2013
TIME: 1:57 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED FERDINAND RODRIGUEZ JR, A POLICE OFFICER BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:

MY NAME IS FERDINAND RODRIGUEZ JR. MY PAYROLL NUMBER IS <sup>Redacted</sup> AND MY BADGE NUMBER IS 5146. I AM A POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS DIVISION ON THE DAY SHIFT. MY OFFICE TELEPHONE NUMBER IS 7133083300. MY DUTY WEAPON IS A ROCK RIVER ARMS LAR-15, SERIAL NUMBER KT1030803. MY DUTY WEAPON DID DISCHARGE.

ON 03-19-2013 AT 2035 HOURS, I EXECUTED A NARCOTICS SEARCH WARRANT ALONG WITH MEMBERS OF MY SQUAD AT [ Redacted ] DRIVE. I WAS RUNNING POINT IN THIS SEARCH WARRANT, WHICH MEANS AFTER THE FRONT DOOR WAS BREACHED, I WAS THE FIRST OFFICER THROUGH THE FRONT DOOR. I WAS USING MY CITY ISSUED ROCK RIVER LAR-15 AS MY DUTY WEAPON UPON ENTRY. AS THE FRONT DOOR OPENED, I STEPPED IN THE THRESHOLD AND OBSERVED TWO ELDERLY PEOPLE SITTING IN CHAIRS ALONG THE LEFT SIDE OF THE LIVING ROOM. JUST TO THE LEFT OF THE ELDERLY PERSONS, I OBSERVED THE SUSPECT IMMEDIATELY MOVE AWAY FROM THE ELDERLY PEOPLE. THE SUSPECT WAS INITIALLY FACING ME. AS THE OFFICERS IN MY SQUAD ANNOUNCED OUR PRESENCE BY YELLING POLICE, POLICE, I ORDERED THE SUSPECT TO SHOW HIS HANDS. THE SUSPECT THEN TURNED TO THE RIGHT AND BEGAN TO MOVE TOWARDS THE KITCHEN WHICH WAS TOWARDS THE BACK OF THE HOUSE. AS HE TURNED TOWARDS THE KITCHEN, HE KEPT HIS HANDS IN HIS WAIST BAND AND LOOKED OVER HIS LEFT SHOULDER. WHILE RUNNING TOWARDS THE KITCHEN, I ADVANCED FORWARD TOWARDS THE SUSPECT AS HE CONTINUED TO MOVE AWAY IGNORING MY COMMANDS. AS I CAME THROUGH THE LIVING ROOM AND MADE MY WAY TOWARDS THE KITCHEN, I USED THE LIGHTING SYSTEM ON MY AR-15 TO ILLUMINATE THE SUSPECT. THE SUSPECT THEN REACHED THE THRESHOLD OF THE KITCHEN AND QUICKLY MOVED TO THE LEFT OUT OF MY VIEW. AT THIS POINT FEARING FOR MY LIFE AND THE LIVES OF MY SQUAD MEMBERS, I QUICKLY MOVED MY SAFETY SWITCH FROM "SAFE" TO THE "FIRE" POSITION. I BEGAN TO LOOK FOR MY FIRST POINT OF COVER AND CONCEALMENT ALONG THE LEFT SIDE OF THE DINING ROOM. AS I MOVED FORWARD, THE SUSPECT THEN QUICKLY CAME BACK OUT INTO MY VIEW TURNING TOWARDS ME WHICH WAS TO HIS LEFT AS IF HE WAS GOING TO ENGAGE ME. HE STARTED TO MOVE HIS HANDS FROM HIS WAISTBAND IN A VERY FAST MOVEMENT AS IF WERE PULLING A WEAPON. FEARING FOR MY LIFE, I IMMEDIATELY RAISED MY AR15 FROM THE LOW READY TO THE READY POSITION AND IMMEDIATELY ENGAGED THE SUSPECT. I SHOT MY AR15 ONE TIME AND THE SUSPECT IMMEDIATELY FELL TO THE GROUND BACK BEHIND THE WALL ON THE OTHER SIDE OF THE THRESHOLD. I POSTED UP ON THE OPPOSITE SIDE OF THE WALL AND ALL I COULD SEE WERE THE SUSPECT'S LEGS MOVING AROUND ON THE GROUND. OFFICER MEDRANO, WAS IMMEDIATELY TO MY RIGHT ON THE OTHER SIDE OF THE THRESHOLD. OFFICER MEDRANO AND I THEN TALKED WITH EACH OTHER TO CONFIRM THAT THE SUSPECT WAS INDEED SHOT. I CONTINUED TO COVER DOWN ON THE SUSPECT WITH MY AR-15 AS OFFICER MEDRANO AND OTHER SQUAD MEMBERS CLEARED THE KITCHEN AND THE REST OF THE BACK OF THE HOUSE. AFTER THE RESIDENCE WAS CLEARED, I MOVED THE SUSPECT AND QUICKLY CHECKED HIS WAISTBAND. I DID NOT FIND A WEAPON IN THE SEARCH OF HIS WAISTBAND. I THEN GOT ON THE RADIO AND NOTIFIED MEMBERS THAT A SUSPECT WAS DOWN AND TO NOTIFY EMS OF THE SITUATION. OFFICERS THEN ADMINISTERED FIRST AID AS I WALKED TO THE FRONT DOOR AWAY FROM THE SUSPECT. THE ONLY WEAPON I FIRED WAS MY AR8 AND IT WAS ONLY FIRED ONCE. MY GLOCK 22-C WHICH IS A 40 CALIBER SERIAL # FCD695 REMAINED IN MY HOLSTER AND WAS NEVER USED.

END OF STATEMENT.
OFFICER E. MADRANO:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HPD NARCOTICS SQUAD 13
PAYROLL: Redacted
PH # 713-731-5000

Confidential - Subject to Protective Order

COH00053732



THE FOLLOWING IS OFFICER MADRANO'S WRITTEN STATEMENT.

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

WITNESS STATEMENT
INCIDENT NUMBER: 33958813-P

COUNTY OF HARRIS

STATE OF TEXAS

DATE: 3/20/2013
TIME: 1:52 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED EDUARDO E. MEDRANO, A POLICE OFFICER BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:

MY NAME IS EDUARDO E. MEDRANO. MY PAYROLL NUMBER IS Redacted AND MY BADGE NUMBER IS 6329. I AM A POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS DIVISION ON THE DAY SHIFT. MY OFFICE TELEPHONE NUMBER IS 713-731-5000. MY DUTY WEAPON IS A GLOCK 22, .40 CALIBER, SERIAL NUMBER HXK802. MY DUTY WEAPON DID NOT DISCHARGE.

I AM ASSIGNED TO NARCOTICS SQUAD 13 AND WAS ASSISTING IN THE EXECUTION OF A NARCOTICS SEARCH WARRANT ON 03/19/13 AT APPROXIMATELY 2025 HRS. I ATTENDED A BRIEFING AT THE SOUTH COMMAND ALONG WITH OTHER MEMBERS OF MY SQUAD AND MEMBERS OF THE SOUTHEAST PATROL. WE PLANNED TO EXECUTE A NO KNOCK SEARCH WARRANT AT [Redacted] AT APPROXIMATELY 2025 HRS WE APPROACHED THE LOCATION TO EXECUTE THE WARRANT. I WAS SECOND IN THE STACK AS PLANNED IN THE BRIEFING AND OFFICER F. RODRIGUEZ WAS FIRST IN THE STACK. AS WE ENTERED INTO THE HOUSE WE OBSERVED A BLACK MALE IN BLACK CLOTHING TO RUN FROM THE LIVING ROOM AREA OR FRONT OF THE HOUSE TOWARDS THE BACK. I OBSERVED TWO OTHER PERSONS TO BE SITTING IN THE LIVING ROOM ON THE NORTH SIDE OF THE HOUSE IN TWO CHAIRS. I DID A QUICK SCAN ON THOSE TWO PERSONS AND CONTINUED PASSED THEM TO ASSIST OFFICER RODRIGUEZ IN FOLLOWING THE MALE WHO WAS RUNNING TOWARDS THE BACK OF THE HOME. AS WE CONTINUED TO MOVE TOWARD THE BACK OF HOUSE FOLLOWING THIS MALE WHO WAS RUNNING, I LOOKED UP AND OBSERVED THE MALE WHO WAS RUNNING TO BE IN THE DOOR WAY THAT LED TO THE KITCHEN AND BACK PART OF THE HOUSE. THIS MALE WAS REACHING TOWARDS AND INTO HIS WAISTBAND AREA AS HE TURNED TOWARD OFFICER RODRIGUEZ. I HEARD THE SOUND OF ONE GUN SHOT AND OBSERVED OFFICER RODRIGUEZ MOVE TOWARDS A CABINET, AGAINST THE WALL TO HIS LEFT. I COULD NOT TELL IF HE HAD BEEN HIT OR WAS TAKING COVER.

I OBSERVED THE MALE THAT WAS IN THE DOOR WAY TO MOVE AROUND THE CORNER OF THE DOORWAY AND OUT OF MY LINE OF SIGHT. I WAS STILL BEHIND OFFICER RODRIGUEZ AT THAT TIME. ON MY LEFT THERE WAS A DOORWAY COVERED BY A MAROON SHEET. I QUICKLY PULLED THE SHEET DOWN BECAUSE I WANTED TO SEE IF IT WAS ALSO AN ADJOINING ROOM WHERE THE SUSPECT MAY HAVE MOVED TO AFTER HE WENT AROUND THE CORNER OF THE DOORWAY. I QUICKLY DETERMINED THAT THIS ROOM TO MY LEFT WAS NOT CONNECTED TO THE ROOM THAT THE SUSPECT HAD ENTERED TOWARD THE BACK OF THE HOUSE. I THEN MADE MY WAY BACK TO THE DOOR WAY WHERE THE SUSPECT WAS LAST SEEN. I BEGAN A SLOW SEARCH OF THE DOOR WAY BY SLICING THE ROOM UNTIL I OBSERVED THE MALE ON THE FLOOR. I GAVE HIM COMMANDS TO SHOW HIS HANDS AND HE CONTINUED TO MOVE AROUND ON THE FLOOR BEFORE FINALLY COMPLYING WITH MY COMMANDS. ONCE HIS HANDS WERE VISIBLE OFFICER RODRIGUEZ TOOK OVER COVERING HIM WHILE I CONTINUED TO CLEAR THE REST OF THE EAST SIDE OF THE HOME. AFTER WE CLEARED THE HOME I ADVISED PATROL OFFICERS TO CONTACT HFD FOR AN AMBULANCE AND ASSISTED IN FIRST AID OF THE SUSPECT WHO HAD BEEN SHOT IN THE LOWER SIDE AND BACK AREA.

I REMAINED ON THE SCENE UNTIL RELIEVED TO REPORT TO THE HOMICIDE DIVISION TO PROVIDE THIS STATEMENT.

END OF STATEMENT.

OFFICER G. GOINES:
●●●●●●●●●●●●●●●●●●●
HPD NARCOTICS SQUAD 13
PAYROLL: Redacted
PH # 713-515-6660

THE FOLLOWING IS OFFICER GOINES' WRITTEN STATEMENT.

Confidential - Subject to Protective Order

COH00053733



HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION
WITNESS STATEMENT

INCIDENT NUMBER: 33958813-P
COUNTY OF HARRIS

STATE OF TEXAS

DATE: 3/20/2013

TIME: 2:44 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED GERALD M. GOINES, A POLICE OFFICER BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:

MY NAME IS GERALD M. GOINES. MY PAYROLL NUMBER IS <sup>Redacted</sup> AND MY BADGE NUMBER IS 4349. I AM A POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS DIVISION ON THE DAY SHIFT. MY OFFICE TELEPHONE NUMBER IS713 515-6660. MY DUTY WEAPON IS A10 MM, SERIAL NUMBER #ANZ202. I ALSO WAS CARRYING MY DUTY AR15, SERIAL #KT1030804. MY DUTY WEAPONS DID NOT DISCHARGE.

ON 03/19/2013, NARCOTIC OFFICERS MET AT THE SOUTH COMMAND STATION TO EXECUTE A WARRANT AT THE LOCATION OF <sup>Redacted</sup> SHERWOOD". OFFICERS HELD A BRIEFING OF SAID WARRANT. OFFICERS WERE ADVISED THAT THERE WERE TWO SUSPECTS AT THE SAID LOCATION WHO WERE SELLING NARCOTICS, NAMELY MARIJUANA / LIQUID CODEINE AND P.C.P.

AT APPROXIMATELY2025 HOURS, ON MARCH 19TH, OFFICERS ARRIVED AT THE ABOVE LOCATION. THE FRONT DOOR WAS COVERED BY A CLOSED SCREEN DOOR. AS OFFICERS ENTERED THE RESIDENCE OF "[____Redacted____]", THE "POLICE ANNOUNCEMENT" WAS MADE. THE ORDER OF ENTRY OFFICERS WERE AS FOLLOWED: F. RODRIGUEZ#<sup>Redacted</sup>/ E. MEDRANO #<sup>Redacted</sup> / G. GOINES #<sup>Redacted</sup> / C. OLIVAREZ #<sup>Redacted</sup>/ SGT. DAVIS#<sup>Redacted</sup> / S. MORTON #115796 / AND S. BRYANT#<sup>Redacted</sup> ALL OF THE ABOVE OFFICERS WERE WEARING DEPARTMENTAL ISSUED VESTS WITH THE WORDING "HOUSTON POLICE" PLAINLY VISIBLE AND POLICE RAID GEAR.
AS I, OFFICER G. GOINES, ENTERED THE RESIDENCE, I OBSERVED AN ELDERY MALE AND FEMALE SITTING IN THE LIVING ROOM AREA ALONG THE LEFT WALL. I ALSO OBSERVED A MALE RUNNING TOWARDS THE REAR OF THE HOUSE. I HEARD A "POLICE ANNOUNCEMENT" AGAIN. I DID OBSERVE THE UNKNOWN MALE, TURN (LEFT) TOWARD OFFICER RODRIGUEZ AS JUST INSIDE THE REAR ROOM. I HEARD ONE GUN SHOT. AT NO TIME, DID I FIRE MY DUTY WEAPON, NOR WAS MY DUTY WEAPON DISCHARGED. I WENT TO THE REAR ROOM, WHERE THE UNKNOWN MALE HAD FLED AND OBSERVED THIS SAME MALE LAYING ON THE GROUND, HOLDING HIS STOMACH. THE UNKNOWN MALE WAS ORDERED TO PLACE HIS HANDS WHERE OFFICERS COULD SEE THEM. THE UNKNOWN MALE STATED THAT HE HAD BEEN HIT (SHOT) AND DIDN'T WANT TO DIE. THE ROOM WAS CLEARED AND MADE SAFE. I NOTIFIED MY SERGEANT THAT A MALE HAD BEEN SHOT AND TO CALL H.F.D. FOR ASSISTANCE. I STARTED TO RENDER FIRST AID TO THE UNKNOWN MALE. DURING THAT TIME, I OBSERVED WHAT APPEARED TO BE A HANDGUN WEAPON IN THE REAR ROOM WHERE THE SUSPECT WAS LAYING ON THE FLOOR. I CANNOT RECALL IF I MOVED THE HANDGUN FROM OFF THE FLOOR OUT OF THE UNKNOWN MALE'S REACH, OR IF THE HANDGUN WAS ON THE TABLE AND WAS JUST PUSHED BACK AWAY FROM THE UNKNOWN MALE'S REACH. WE PROVIDED FIRST AID TO THE SUSEPCT UNTIL HFD ARRIVED ON THE SCENE AND TOOK OVER PROVIDING CARE.

I REMAINED ON THE SCENE UNTIL I REPORTED TO THE HOMICIDE DIVISION TO PROVIDE THIS STATEMENT.

END OF STATEMENT.

OFFICER C. OLIVARES:
*********************
HPD NARCOTICS SQUAD 13
PAYROLL. <sup>Redacted</sup>
PH # 713-731-5432

THE FOLLOWING IS OFFICER OLIVARES' WRITTEN STATEMENT.

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

WITNESS STATEMENT

INCIDENT NUMBER: 33958813

Confidential - Subject to Protective Order

COH00053734



COUNTY OF HARRIS

STATE OF TEXAS
DATE: 3/20/2013

TIME: 1:56 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED CIRO
OLIVARES, JR., A SENIOR POLICE OFFICER BELIEVED BY ME TO BE A CREDIBLE PERSON,
WHO AFTER BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:
MY NAME IS CIRO OLIVARES, JR. MY PAYROLL NUMBER IS) Redacted AND MY BADGE NUMBER
IS 4890. I AM A SENIOR POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS
DIVISION ON THE DAY SHIFT. MY OFFICE TELEPHONE NUMBER IS (713)731-5432. MY
DUTY WEAPON IS A GLOCK 22, SERIAL NUMBER CZH370. MY DUTY WEAPON DID NOT
DISCHARGE.

ON TUESDAY 03-19-2013 AT APPROXIMATELY 2025 HRS. I WAS INVOLVED IN THE
EXECUTION OF A NARCOTICS SEARCH WARRANT AT THE RESIDENCE LOCATED A Redacted
Redacted DR., HOUSTON, HARRIS COUNTY, TEXAS. MY ASSIGNMENT ON THE ENTRY TEAM
WAS TO CARRY A PRY BAR TO USE IF NEEDED TO BREACH THE DOOR TO THE RESIDENCE. AS
THE RAID TEAM APPROACHED THE FRONT DOOR, OFFICER MEDRANO FOUND THE STORM DOOR
TO BE UNLOCKED MAKING THE USE OF THE PRY BAR UNNECESSARY. I PUT THE PRY BAR
DOWN AND DREW MY WEAPON (GLOCK 22). OFFICER BRYANT BREACHED THE FRONT DOOR AND
THE RAID TEAM ENTERED THE RESIDENCE, STATING OUR OFFICE AND PURPOSE TO EXECUTE
A SEARCH WARRANT. I WAS THE FOURTH OFFICER IN THE LINE AND COULD HEAR OFFICER
RODRIGUEZ, WHO WAS THE POINT MAN, YELLING ABOUT A "RUNNER" OR ORDERING SOMEONE
TO STOP RUNNING.

AS I ENTERED THE LIVING ROOM I OBSERVED A MALE AND A FEMALE SITTING IN CHAIRS
TO MY LEFT. I CHECKED OFF ON THEM AFTER SEEING THAT THEY HAD THEIR HANDS IN THE
AIR AND WERE NOT POSING A THREAT. I CONTINUED FURTHER INTO THE LIVING ROOM AND
NOTICED AN OPEN DOOR TO MY RIGHT THAT LED TO A HALLWAY. AT THIS TIME, I HEARD
ONE GUNSHOT FROM THE KITCHEN AREA BUT, I DID NOT LOOK IN THAT DIRECTION AS I
WAS DISTRACTED BY A FEMALE THAT RAN OUT OF A BEDROOM AND INTO THE BATHROOM. I
CHASED THE FEMALE BUT, SHE WAS ABLE TO SLAM THE DOOR BEFORE I COULD CATCH UP TO
HER. I BEGAN KICKING THE DOOR UNTIL IT OPENED. I OBSERVED THE FEMALE IN MIDDLE
OF THE BATHROOM WITH HER HANDS IN THE AIR. I ORDERED THE FEMALE TO THE FLOOR
AND SHE COMPLIED. I COVERED DOWN ON THE FEMALE AND CHECKED THE BEHIND THE
SHOWER CURTAIN. NO OTHER PERSONS WERE FOUND IN THE BATHROOM AND I HELD MY
POSITION UNTIL OFFICER MORTON COULD PUT HANDCUFFS ON THE FEMALE.
AT THIS TIME, ALL THE OCCUPANTS OF THE RESIDENCE WERE TAKEN OUTSIDE AND PLACED
IN THE CUSTODY OF THE UNIFORMED OFFICERS. I THEN WALKED TO THE KITCHEN AND
OBSERVED A MALE ON THE FLOOR THAT HAD BEEN SHOT. I CONDUCTED A SECONDARY SEARCH
OF THE BACK OF THE RESIDENCE BUT, DID NOT LOCATE ANY OTHER PERSONS. I WENT BACK
TO THE KITCHEN AND ASSISTED OFFICERS BRYANT AND MEDRANO IN PROVIDING FIRST AID
TO THE MALE. I REMAINED ON THE SCENE UNTIL DIRECTED TO REPORT TO THE HOMICIDE
DIVISION TO PROVIDE THIS STATEMENT.

END OF STATEMENT.

SERGEANT W.J. DAVIS:
*********************
HPD NARCOTICS SQUAD 13
PAYROLL: Redacted
PH # 713-247-8100

THE FOLLOWING IS SERGEANT DAVIS' WRITTEN STATEMENT.

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

W I T N E S S   S T A T E M E N T

INCIDENT NUMBER: 33958813
COUNTY OF HARRIS

STATE OF TEXAS
DATE: 3/20/2013

TIME: 2:30 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED WILLIAM J.
DAVIS, A POLICE SERGEANT BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER

Confidential - Subject to Protective Order

COH00053735

 

BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:

MY NAME IS WILLIAM J. DAVIS. MY PAYROLL NUMBER IS Redacted AND MY BADGE NUMBER IS SGT. I AM A POLICE SERGEANT AND I AM ASSIGNED TO THE NARCOTICS DIVISION ON THE DAYS SHIFT. MY OFFICE TELEPHONE NUMBER IS 713-247-8100. MY DUTY WEAPON IS A GLOCK 23C, .40 CALIBER, SERIAL NUMBER EAX399US. MY DUTY WEAPON DID NOT DISCHARGE.

ON 03-19-2013, MYSELF AND OFFICERS ASSIGNED TO THE HOUSTON POLICE DEPARTMENT NARCOTICS DIVISION SQUAD #13 CONDUCTED AN INVESTIGATION AT Redacted DR. OFFICER GOINES OBTAINED A NO-KNOCK SEARCH AND ARREST WARRANT FOR 7725 SHERWOOD DR. AND A BLACK MALE NAMED DOMINICK BERNARD WAS NAMED IN THE WARRANT. THE SEARCH AND ARREST WARRANT AUTHORIZED OFFICERS TO SEARCH FOR MARIJUANA INSIDE THE LOCATION AND WAS SIGNED BY HARRIS COUNTY HEARING OFFICER ERIC HAGSTETTE.

NARCOTICS OFFICERS ASSIGNED TO SQUAD #13 WERE BRIEFED AT THE SOUTHEAST COMMAND STATION ALONG WITH SOUTHEAST UNIFORMED PATROL OFFICERS. IT WAS DECIDED THAT NARCOTICS WOULD MAKE FORCED ENTRY INTO THE RESIDENCE AND THE UNIFORMED PATROL OFFICERS WOULD SECURE THE OUTER PERIMETER. OFFICERS ARRIVED AT THE LOCATION AT APPROXIMATELY 2025HRS AND APPROACHED THE FRONT OF THE RESIDENCE. OFFICER BRYANT BREACHED THE FRONT DOOR AND OFFICER RODRIGUEZ WAS THE FIRST TO ENTER FOLLOWED BY OFFICER E. MEDRANO, OFFICER G. GOINES, OFFICER C. OLIVARES, SERGEANT W. J. DAVIS, OFFICER S. MORTON, AND OFFICER S. BRYANT. I HEARD OFFICER RODRIGUEZ YELLING, "POLICE! STOP RUNNING! POLICE!" AS HE ENTERED THE HOUSE. SHORTLY THEREAFTER I HEARD A MUFFLED "POP" THAT SOUNDED LIKE A SINGLE GUNSHOT. I WAS OUTSIDE AND DID NOT SEE OFFICER RODRIGUEZ DISCHARGE HIS WEAPON. I WENT INSIDE THE HOUSE AND OBSERVED AN ELDERLY BLACK MALE AND ELDERLY BLACK FEMALE SITTING IN THE LIVING ROOM ALONG THE WALL TO MY LEFT. I YELLED, "POLICE!" AS I ENTERED THE RESIDENCE. I TOLD THE ELDERLY COUPLE NOT TO MOVE AND TO KEEP THEIR HANDS IN THE AIR. I CHECKED THE TWO ROOMS LOCATED ON THE SOUTH SIDE OF THE RESIDENCE, OFF THE HALLWAY, BUT DID NOT LOCATE ANY OCCUPANTS. OFFICER OLIVARES WAS DETAINING A FEMALE IN THE BATHROOM NEAR THE TWO ROOMS I CHECKED. I RAN TO THE BACK OF THE RESIDENCE AND OBSERVED A SILVER COLORED PISTOL ON THE FLOOR NEAR A SMALL PIECE OF CARPET. I SAW A BLACK MALE LYING ON HIS BACK NEAR THE PISTOL. THIS MALE WAS HOLDING HIS ABDOMEN AND HAD APPARENTLY BEEN SHOT BY OFFICER RODRIGUEZ. OFFICER RODRIGUEZ, OFFICER BRYANT AND OFFICER GOINES WERE ATTEMPTING TO RENDER AID TO THE MALE. I IMMEDIATELY WENT OUTSIDE AND TOLD THE PATROL OFFICERS TO CALL FOR AN AMBULANCE. I ALSO ASKED ONE OF THE PATROL OFFICERS TO TAKE A FIRST AID KIT TO OFFICERS RODRIGUEZ AND OFFICER GOINES. OFFICER G. MAXWELL ALSO PROVIDED FIRST AID SUPPLIES. ONCE I ASSURED THAT FIRST AID WAS BEING RENDERED TO THE SUSPECT AND THAT AN AMBULANCE WAS ENROUTE, I TOLD PATROL OFFICERS TO SEPARATE AND SECURE THE THREE WITNESSES FOUND INSIDE THE HOUSE. I INSTRUCTED PATROL OFFICERS TO SECURE THE CRIME SCENE BEFORE I MADE NOTIFICATIONS TO MY SUPERVISOR AND THE COMMAND CENTER.

I REMAINED ON THE SCENE UNTIL DIRECTED TO REPORT TO THE HOMICIDE DIVISION TO PROVIDE THIS STATEMENT.

END OF STATEMENT

OFFICER S. MORTON:
********************
HPD NARCOTICS SQUAD 13
PAYROLL: Redacted
PH # 713-308-3300

THE FOLLOWING IS OFFICER MORTON'S WRITTEN STATEMENT.

HOUSTON POLICE DEPARTMENT

HOMICIDE DIVISION

WITNESS STATEMENT

INCIDENT NUMBER: 33958813-P
COUNTY OF HARRIS

STATE OF TEXAS

DATE: 3/20/2013

TIME: 2:53 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED SHANTA L. MORTON, A BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO AFTER BEING SWORN UPON

Confidential - Subject to Protective Order     COH00053736

 

HIS OATH, DID DEPOSE AND SAY:
MY NAME IS SHANTA L. MORTON. MY PAYROLL NUMBER IS<sup>Redacted</sup> AND MY BADGE NUMBER IS
7645. I AM A POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS DIVISION ON THE
DAY SHIFT. MY OFFICE TELEPHONE NUMBER IS7133083300. MY DUTY WEAPON IS A GLOCK
22, .40 CALIBER, SERIAL NUMBER GZB558. MY DUTY WEAPON DID NOT DISCHARGE.

ON MARCH 19, 2013, AT APPROXIMATELY2025 HOURS, OFFICER MORTON AND OFFICERS
WITH THE SOUTH GENERAL ENFORCEMENT, SQUAD# 13, EXECUTED A NARCOTICS SEARCH
WARRANT AT<sup>Redacted</sup> SHERWOOD. OFFICER GOINES CONTACTED OFFICERS FOR A BRIEFING
PRIOR TO EXECUTING THE SEARCH WARRANT.

OFFICERS PROCEEDED DIRECTLY TO THE TARGET LOCATION IN THE RAID VAN. ONCE AT
THE LOCATION, THE OFFICERS EXITED THE RAID VAN AND MADE ENTRY INTO THE
LOCATION. ONCE OFFICER S. BRYANT MOBIED THE ENTRY DOOR, ALL NARCOTICS OFFICERS
ENTERED AND CLEARED THE RESIDENCE. I HEARD OFFICERS YELLING, "RUNNER" AS I
ENTERED THE RESIDENCE.

I ENTERED THE LOCATION BEHIND SERGEANT W. DAVIS AND OBSERVED AN ELDERLY MALE
AND FEMALE SITTING IN THE LIVING AREA ALONG THE LEFT WALL. AS I WALKED TO THE
SOUTH SIDE OF THE RESIDENCE, I HEARD ONE GUNSHOT BUT CONTINUED ON AND CLEARED A
NEARBY BEDROOM. I OBSERVED OFFICER C. OLIVARES IN THE BATHROOM WITH A DETAINED
FEMALE. I TOOK CONTROL OF THE FEMALE AND PLACED HER IN HANDCUFFS. I HEARD
SERGEANT DAVIS SAY, "GET EVERYONE OUT OF THE RESIDENCE". I COMPLIED WITH HIS
ORDER AND ESCORTED THE FEMALE OUTSIDE AND HANDED HER OFF TO A WAITING PATROL
OFFICER.

I DID NOT SEE THE ACTUAL SHOOTING HOWEVER AS OFFICERS RENDERED FIRST AID, THEY
REQUESTED GLOVES. I RAN TO THE RAID VAN AND GRABBED A BOX OF GLOVES. I WENT
BACK INSIDE THE LOCATION AND PASSED THEM OFF TO THE OFFICERS AND EXITED THE
LOCATION. I REMAINED ON THE SCENE UNTIL DIRECTED TO REPORT TO HOMICIDE TO
PROVIDE THIS STATEMENT.

END OF STATEMENT.

OFFICER S. BRYANT:
*******************
HPD NARCOTICS SQUAD 13
PAYROLL.<sup>Redacted</sup>
PH # 713-731-5091
THE FOLLOWING IS OFFICER BRYANT'S WRITTEN STATEMENT.

HOUSTON POLICE DEPARTMENT
HOMICIDE DIVISION

WITNESS STATEMENT

INCIDENT NUMBER: 33958813-P

COUNTY OF HARRIS

STATE OF TEXAS
DATE: 3/20/2013

TIME: 2:24 AM

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY, PERSONALLY APPEARED STEVEN O.
BRYANT, A SENIOR POLICE OFFICER BELIEVED BY ME TO BE A CREDIBLE PERSON, WHO
AFTER BEING SWORN UPON HIS OATH, DID DEPOSE AND SAY:

MY NAME IS STEVEN O. BRYANT. MY PAYROLL NUMBER IS<sup>Redacted</sup> AND MY BADGE NUMBER IS
6370. I AM A SENIOR POLICE OFFICER AND I AM ASSIGNED TO THE NARCOTICS DIVISION
ON THE DAYS SHIFT. MY OFFICE TELEPHONE NUMBER IS713-731-5091. MY DUTY WEAPON
IS A GLOCK MODEL#22 .40 CALIBER, SERIAL NUMBER LRY236. MY DUTY WEAPON DID NOT
DISCHARGE.

I AM CURRENTLY ASSIGNED TO THE NARCOTICS DIVISION SQUAD#13. I WAS CONTACTED
BY OFFICER GOINES TO MEET AT THE SOUTHEAST NARCOTICS OFFICE FOR A BRIEFING
PRIOR TO THE EXECUTION OF A NARCOTICS SEARCH WARRANT. OFFICERS GOINES BRIEFED
MEMBERS OF SQUAD #13 AND THE MARKED PATROL UNITS FOR THE WARRANT TO BE EXECUTED
AT<sup>Redacted</sup>SHERWOOD. MY ASSIGNMENT WAS TO BREACH THE ENTRY DOOR FOR MEMBERS OF THE
ENTRY TEAM.

MEMBERS OF THE RAID ENTRY TEAM TRAVELED IN THE RAID VAN TO THE TARGET LOCATION.
I EXITED THE VAN AND FOLLOWED OFFICER RODRIGUEZ AND MEDRANO TO THE FRONT DOOR
OF THE LOCATION. OFFICER MEDRANO OPENED THE GLASS STORM DOOR AND I STEPPED UP

Confidential - Subject to Protective Order

COH00053737



ON THE ENTRY WALKWAY. I BREACHED THE DOOR WITH A MOBY DEVICE TO LET MEMBERS OF THE ENTRY TEAM ENTER THE LOCATION. WHEN THE DOOR OPENED I OBSERVED AN OLDER MALE AND FEMALE SITTING INSIDE THE LIVING ROOM ON THE NORTH SIDE (LEFT SIDE) OF THE ROOM. I STEPPED BACK AND HELD THE GLASS STORM DOOR FOR MEMBERS OF THE ENTRY TEAM TO ENTER THE LOCATION. MEMBERS OF THE ENTRY TEAM WERE YELLING "POLICE SEARCH WARRANT" I OBSERVED THE ENTRY TEAM ENTER THE LOCATION AND HEARD OFFICER RODRIGUEZ TELL THE SUSPECT TO "STOP" A COUPLE OF SECONDS LATER I HEARD ONE GUN SHOT FROM INSIDE THE LOCATION. I ENTERED THE LOCATION AND CLEARED A BEDROOM ON THE SOUTH SIDE OF THE RESIDENCE I THEN ASSISTED OFFICER MEDRANO IN THE REAR OF THE RESIDENCE TO CLEAR A ROOM ON THE SOUTH SIDE OF THE KITCHEN.

AFTER THE LOCATION WAS SECURE I OBSERVED THE SUSPECT WAS INJURED. OFFICER MEDRANO IMMEDIATELY INSTRUCTED THE MARKED PATROL UNITS TO CONTACT HFD FOR AN AMBULANCE. I THEN USED MY HOUSTON POLICE DEPARTMENT ISSUED MEDICAL KIT TO PROVIDE FIRST AID TO THE INJURED SUSPECT UNTIL THE BEING RELIEVED BY THE HOUSTON FIRE DEPARTMENT PERSONNEL. I REMAINED ON THE SCENE UNTIL DIRECTED TO REPORT TO THE HOMICIDE DIVISION TO PROVIDE THIS STATEMENT.

END OF STATEMENT.

GONSOULIN, ELIZABETH ANN: - SUSPECT'S MOTHER
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
:...... **Redacted** ......:
HOUSTON, TEXAS 77021
DOB:
TDL: **Redacted**
PH #

ELIZABETH GONSOULIN WAS TRANSPORTED TO THE HOMICIDE DIVISION LOCATED AT 200 TRAVIS, AND HER STATEMENT WAS RECORDED IN AUDIO AND VIDEO USING THE HOMICIDE DIVISION INTERVIEW ROOMS. THE FULL STATEMENT WILL BE KEPT WITH THE CASE FILE THE FOLLOWING IS A SUMMARY OF HER STATEMENT.

I DON'T REALLY KNOW WHAT HAPPENED TONIGHT. MY GRANDDAUGHTER, ANESHAI WAS IN THE BACK ROOM AND THE REST OF US WERE IN THE LIVING ROOM. IT WAS MY HUSBAND, ELTON, MY SON, GEORGE, AND I. WE WERE WATCHING THE TELEVISION WHEN ALL OF A SUDDEN THE DOOR GOT KNOCKED IN. OFFICERS CAME INSIDE AND THEY HAD THEIR GUNS OUT. ONCE THE PEOPLE WERE INSIDE THEY TOLD ME TO BE QUIET AND SIT DOWN. GEORGE DOESN'T LIKE THE POLICE AND TOOK OFF RUNNING. I DON'T REMEMBER WHAT THEY WERE SAYING, BUT I KNEW THEY WERE THE POLICE

THE ONLY GUNS IN THE HOUSE ARE A SHOTGUN AND A PELLET GUN WE KEEP IN THE BACK ROOM. I DID NOT KNOW WHAT WAS GOING ON, BUT GEORGE RAN TO THE BACK. THE NEXT THING I KNOW I HEARD A GUNSHOT. I BELIEVE I HEARD ONE SHOT. AFTER THE SHOT I HEARD OFFICERS SAYING TO CALL AN AMBULANCE. I DID NOT SEE WHAT HAPPENED WHEN THE OFFICER SHOT. I WAS TOLD TO SIT DOWN SO I COULDN'T SEE WHAT HAPPENED. I DID NOT HEAR GEORGE SAY ANYTHING PRIOR TO THE SHOOTING.

MY SON GEORGE SPENT A YEAR IN JAIL FOR A POSSESSION CASE AND I KNOW HE DID NOT WANT TO GO BACK TO JAIL. GEORGE STAYS AT THE HOUSE( Redacte SHERWOOD), BUT DOESN'T HAVE A ROOM. HE USUALLY SLEEPS ON THE COUCH. HE HAS BEEN STAYING WITH US FOR A FEW MONTHS. I DON'T BELIEVE GEORGE WAS SELLING DRUGS. GEORGE IS SCARED AROUND POLICE AND DOESN'T LIKE TO BE AROUND THE POLICE. I AM STILL TRYING TO FIGURE OUT WHAT HAPPENED, BECAUSE EVERYTHING HAPPENED REALLY QUICKLY. WE KEEP A PELLET GUN IN THE HOUSE TO SHOOT THE POSSUMS THAT GET IN THE HOUSE. WE ALL USE TO PLAY AROUND WITH THE PELLET GUN. THE PELLET GUN IS ALWAYS AROUND IN THE BACK. END OF STATEMENT.

GONSOULIN, ELTON JAMES: - SUSPECT'S STEP FATHER
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
:...... **Redacted** ......:
HOUSTON, TEXAS 77021
DOB:
PH # **Redacted**

ELTON GONSOULIN WAS TRANSPORTED TO THE HOMICIDE DIVISION LOCATED AT 200 TRAVIS, AND HIS STATEMENT WAS RECORDED IN AUDIO AND VIDEO USING THE HOMICIDE DIVISION INTERVIEW ROOMS. THE FULL STATEMENT WILL BE KEPT WITH THE CASE FILE. THE FOLLOWING IS A SUMMARY OF HIS STATEMENT.
OFFICER'S NOTE:

ELTON GONSOULIN HAS DEMENTIA AND WAS VERY CONFUSED ABOUT WHAT HAPPENED. AFTER INTERVIEWING MR. GONSOULIN IT APPEARED THAT HE DID NOT REMEMBER WHAT OCCURRED OR WHY HE WAS AT THE HOMICIDE DIVISION.

Confidential - Subject to Protective Order

COH00053738

 

I DON'T KNOW WHAT HAPPENED THIS AFTERNOON. I AM LOST AT THE SITUATION. I THINK SOME TYPE OF MISUNDERSTANDING OR A DISTURBANCE TOOK PLACE. I DON'T KNOW IF IT WAS CONCERNING HER GRANDKID OR SOMEONE ELSE. I THINK MY WIFE, ELIZABETH, AND ANESHAI WERE AT THE HOUSE TODAY. I DON'T REMEMBER IF GEORGE WAS AT THE HOUSE TODAY. I REMEMBER SEEING THE POLICE AT THE HOUSE, BUT I WASN'T INSIDE. I AM NOT GEORGE'S DAD BUT I RAISED HIM LIKE HE WAS MY SON. I DON'T KNOW IF GEORGE WAS DOING BAD THINGS. I JUST DON'T KNOW. GEORGE WOULD STAY AT THE HOUSE OFTEN. END OF STATEMENT.

NEAL, ANESHAI JANAI:
**********************
Redacted
HOUSTON, TEXAS 77021
DOB:
PH # Redacted

ANESHAI NEAL WAS INTERVIEWED AT THE SCENE USING MY SONY I/C DIGITAL AUDIO RECORDER. THE FULL STATEMENT WILL BE KEPT WITH THE CASE FILE. THE FOLLOWING IS A SUMMARY OF HER STATEMENT.

I LIVE HERE AT Redacted SHERWOOD. I LEFT TO GET SOMETHING TO EAT. I CAME HOME AND WAS TALKING TO MY UNCLE, GEORGE, MY GRANDMOTHER, ELIZABETH, AND MY GRANDFATHER, ELTON. THEY WERE ALL IN THE LIVING ROOM AND TALKING TO EACH OTHER. I THEN WENT INTO THE BACK ROOM AND WAS LOOKING AT INSTAGRAM. ALL OF A SUDDEN I HEARD LOUD BOOMS AND PEOPLE YELLING. I GOT SCARED AND STARTED WALKING OUT TO THE LIVING ROOM. BEFORE I GOT TO THE LIVING ROOM I HEARD A GUNSHOT. I ONLY HEARD ONE GUNSHOT. WHEN I HEARD THE SHOT I GOT SCARED AND RAN INTO THE BATHROOM AND SHUT THE DOOR. THEN POLICE CAME IN THE BATHROOM AND PUT ME IN HANDCUFFS. I COULD TELL THE PEOPLE IN THE HOUSE WERE POLICE OFFICERS. I DIDN'T HEAR GEORGE SAY ANYTHING WHEN THE OFFICERS WERE IN THE HOUSE.

THE OFFICERS THEN WALKED US ALL OUT OF THE HOUSE AND PUT US PATROL CARS. WHEN I WAS IN MY ROOM THE DOOR WAS SHUT AND I DID NOT SEE THE ACTUAL SHOOTING. I DIDN'T SEE THE SHOOTING, BUT I THINK THE SHOOTING HAPPENED NEAR THE KITCHEN. I FIGURED THEY CAME TO THE HOUSE FOR MY UNCLE. I HAVE ALWAYS LIVED AT THIS HOUSE. MY UNCLE GEORGE GETS MAIL HERE AT THE HOUSE. HE LIVES HERE, BUT COMES AND GOES EVERY FEW DAYS.

THIS IS NOT MY BIOLOGICAL FAMILY. HOWEVER I HAVE BEEN RAISED BY ALL OF THEM LIKE FAMILY. I DIDN'T WANT TO BELIEVE THAT GEORGE WAS DOING BAD THINGS. MY GRANDMOTHER DOESN'T WANT TO BELIEVE IT EITHER. HOWEVER, I KNOW GEORGE WAS DOING THINGS HE SHOULDN'T BE DOING. I NEVER SAW HIM ACTUALLY SELLING DRUGS, BUT I WOULD SEE HIM MEETING WITH PEOPLE. HE WOULDN'T SELL DRUGS INSIDE THE HOUSE. GEORGE WOULD SIT OUTSIDE OR PEOPLE WOULD CALL HIM AND HE WOULD SELL THEM DRUGS OUTSIDE THE HOUSE. WHEN HE WOULD MEET WITH THE PEOPLE HE WOULD ALWAYS GO AROUND THE HOUSE. HE KEEPS HIS DRUGS ON THE SIDE OF THE HOUSE. I HAVE NEVER SEEN WHERE HE KEEPS THEM BUT I KNOW HE KEEPS THE DRUGS OUTSIDE. I DON'T KNOW WHAT TYPE OF DRUGS HE SELLS, BUT I KNOW IT STINKS AND SMELLS FUNNY. I COULD ALWAYS SMELL IT ON HIM. I DO KNOW GEORGE HAS CARRIED GUNS ON HIM IN THE PAST. GEORGE USUALLY SLEEPS ON THE COUCH WHEN HE STAYS OVER.

END OF STATEMENT.

INTERROGATION OF SUSPECT:
***************************

AT THE TIME OF THIS REPORT (03-27-2013) GEORGE BENARD IS STILL IN THE HOSPITAL RECOVERING FROM HIS GUNSHOT WOUND. HE HAS NOT BEEN INTERVIEWED DUE TO HIS HEALTH ISSUES.

BENARD, GEORGE RALPH
********************
Redacted
HOUSTON, TEXAS 77021
DOB: Redacted
FBI # 63266FB3
SID #
TDL: Redacted

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX05971430
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.

NAME(S)
BENARD,GEORGE RALPH
BENARD,GEORGE(AKA)

Confidential - Subject to Protective Order     COH00053739



BENARD,GEORGE RALPH JR(AKA)
LITTLE-GEORGE,NICKNAME(AKA)

FBI NUMBER     DPS NUMBER

632666FB3     TX [ Redacted ]

SOCIAL SECURITY   DRIVERS LICENSE   ID NUMBER
[ **Redacted** ]

SEX      RACE      SKIN TONE
M        B         MBR

HEIGHT     WEIGHT      DATE OF BIRTH
503        160       [ **Redacted** ]

HAIR COLOR     EYE COLOR     FINGERPRINT PATTERN
BLK           BRO

AFIS FINGERPRINT   RIDGE COUNT     PRIMARY CLASS
WSRWRWWLWL

PLACE OF BIRTH   CITIZEN     III CODE
TX              US          SINGLE-STATE

DNA
03/27/13   22:23:09   DPS RESPONSE   PAGE 03
Y
DATE OF REPORT     ORIGINATION DATE   DATE OF LAST UPDATE
03-27-2013         12-17-1997         02-10-2013

TOTAL ARRESTS    5

---

MOST RECENT OCCURRENCE     OFFENSE SUMMARY
08-15-2005     2 MAN/DEL CS PG 1 >= 4G < 200G
11-04-1997     1 POSS CS PG 4 < 28G
02-10-2013     1 LIQUOR VIOLATION CLASS C
02-16-1999     1 UNLAWFUL CARRYING WEAPON
LAST ARRESTING AGENCY     TXHPD0003 - HOUSTON POLICE DEPT-CLASS C ARREST
                          SUBMISSIONS

---

COURT SUMMARY (CONVICTIONS/ADJUDICATIONS)
  2 MAN/DEL CS PG 1 >= 4G < 200G
  1 POSS CS PG 4 < 28G

---

LAST CUSTODY SUMMARY
03/27/13   22:23:09   DPS RESPONSE   PAGE 04
AGENCY          TX227015G - PARDON AND PAROLE BOARD AUSTIN
STATUS DESCRIPTION  PAROLED
STATUS START DATE 02-08-2007
EXPIRATION DATE   08-15-2010
UNTIL DATE        08-15-2010
RECEIVING AGENCY   101 - HARRIS

THIS IS SUMMARY DATA ONLY. USE (QR) TO REQUEST A FULL RAP.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD

PERSON WANTED:
**************

THERE IS NO PERSON WANTED AT THIS TIME.

DISPOSITION:
************

GEORGE BENARD HAS BEEN CHARGED WITH POSSESSION OF A CONTROLLED SUBSTANCE WITH
INTENT TO DISTRIBUTE. WHEN HE IS RELEASED FROM THE HOSPITAL HE WILL BE BOOKED
INTO JAIL.

BENARD, GEORGE RALPH:
**********************

CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE.

Confidential - Subject to Protective Order                                                        COH00053740





180TH HARRIS COUNTY DISTRICT COURT
BOND: $30,000
CAUSE # 1381452

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER8.00-A
****************************************************************
* ENTRY DEVICE: 308810 308810 HB2 *
* ENTRY FROM DATE032713 TIME-2234 TO DATE032713 TIME-2246 *
* TRANSFER DEVICE: 308810 308810 HB2 WINXP VER 8.00-A*
* TRANSFER DATE032713 TIME-2246 LOAD DATE-032713 TIME-2244 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14 DIST-14 *
****************************************************************
EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

| Supplement | Supplement Number | 00003 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/26/2013 | HOMICIDE | 00 | | | | 00000 |

| Officer1 | D FONTENOT 126893 | Shift | 2 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | Shift | | TB | Redacted | 3/27/2013 | 3/19/2013 |

Caller: | Caller Phone: 00000000000000 | Damage AMT: 0

Complainant (s): Last Name: STATE OF TEXAS | First Name: | Middle Name:
Last Name2: | First Name2: | Middle Name2:

Veh/Bot Color: | Veh Burned: | Veh Damaged: | License No.: | State: | Year:
Veh Top Color: | Veh Make: | Veh Model: | Yeard:
Veh Release Tow To: | Towed By: | Towed By Phone: 0000000000 | Stripped:
Veh VIN: | Towe UcrCd: 0 | Wrecked?:

Supplement narrative

*** SYSTEM GENERATED DATA - LAST UPDATE03/26/13 17:16 ***
****************************
HOSPITAL INVESTIGATION
****************************

ON 3-19-2013 AT2130 HOURS I OFFICER FONTENOT AND SGT TORRES OF THE HOMICIDE DIVISION WERE ADVISED THAT INVESTIGATORS DOMINGUEZ AND RICHARDSON WERE RESPONDING TO AN OFFICER INVOLVED SHOOTING AT Redacted SHERWOOD. SGT TORRES AND I WERE DIRECTED TO BEN TAUB HOSPITAL WHERE THE SUSPECT WAS CURRENTLY BEING TREATED. WE ARRIVED TO BEN TAUB AT 2150 HOURS AND SPOKE TO THE FORENSIC NURSE ELLA BUCHANA. SHE ADVISED US THAT THE SUSPECT WAS IN SURGERY AND SUFFERED A SINGLE GUN SHOT WOUND TO THE ABDOMEN THAT EXITED HIS BACK. THE HOSPITAL DID NOT HAVE HIS NAME AND DATE OF BIRTH AT THE TIME AND HAD HIM LISTED AS E2012902 UNDER MRN 074307850. WHILE THERE WE MET WITH PATROL OFFICER ALDRETE (PR# Redacted AND MATTHEWS (PR# Redacted RIDING UNIT 14D17E. I ADVISED THEM THAT THE SUSPECT WAS IN CUSTODY AND FOR THEM TO STAY AT THE HOSPITAL UNTIL THEY WERE ABLE TO GET A RELIEF UNIT. WE DID NOT OBSERVE OR INTERVIEW THE SUSPECT AND THERE WERE NO FAMILY MEMBERS PRESENT AT THE HOSPITAL.

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER8.00-A
****************************************************************
* ENTRY DEVICE: HP8530 0016EA8F423C N_0 *
* ENTRY FROM DATE032613 TIME-1704 TO DATE032613 TIME-1716 *
* TRANSFER DEVICE: HP 8530 0016EA8F423C N_0 WINXP VER 8.00-A*
* TRANSFER DATE032613 TIME-1718 LOAD DATE-032613 TIME-1731 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14 DIST-14 *
****************************************************************
EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

| Supplement | Supplement Number | 00004 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/28/2013 | | 00 | | | | 00000 |

Confidential - Subject to Protective Order COH00053741

| Officer1 | JAVIER, J D | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | HURD | | Redacted | 4/11/2013 | 3/19/2013 |
| Caller | | | Caller Phone | 00000000000000 | | Damage AMT | 0 | | | |

| Complaintant (s) | Last Name | STATE OF TEXAS | | First Name | | | | Middle Name | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name2 | | | First Name2 | | | | Middle Name2 | | |
| Veh/Bot Color | | | Veh Burned | | Veh Damaged | | License No. | | State | Year |
| Veh Top Color | | | Veh Make | | | | Veh Model | | | Yeard |
| Veh Release Tow To | | | | Towed By | | | Towed By Phone | 0000000000 | | Stripped |
| Veh VIN | | | | Towe UcrCd | 0 | | Wrecked? | | | |

Supplement narrative

*** SYSTEM GENERATED DATA - LAST UPDATE3/28/2013 02:53 ***
INTRODUCTION:

ON MARCH 19, 2013 AT APPROXIMATELY2245 HOURS, I OFFICER J. JAVIER CSU-I5 RECEIVED A CALL FROM SGT. BRIDGES WHO WAS WORKING THE HOMICIDE HOLD DESK IN REGARDS TO AN OFFICER INVOLVED SHOOTING AT <sup>Redacted</sup> SHERWOOD DR. I LEFT THE CSU OFFICE, AT APPROXIMATELY2300 HOURS. MYSELF AND OFFICER J. PENA CSU-19 ARRIVED ON SCENE AT2315 HOURS.

WHEN I ARRIVED I OBSERVED THAT THE6700 BLOCK OF SHERWOOD DR. WAS ILLUMINATED BY STREET LAMPS. I OBSERVED THAT THE SCENE HAD BEEN SECURED WITH THE USE OF YELLOW CRIME SCENE TAPE AND PATROL VEHICLES, AND UNIFORMED OFFICERS. I OBSERVED THAT THE ACTUAL SCENE WAS CONTAINED WITHIN Redacted SHERWOOD DR, A PRIVATE RESIDENTIAL HOME ON THE EAST SIDE OF THE Redacte BLOCK OF SHERWOOD DR.

I MET WITH HOMICIDE INVESTIGATORS J. DOMINGUEZ AND SGT T. RICHARDSON, THEY INFORMED ME THAT A HOUSTON POLICE DEPARTMENT'S NARCOTIC DIVISION WAS SERVING AN SEARCH WARRANT. DURING THE PROCESS OF SERVING THE SEARCH WARRANT, OFFICER F. RODRIGUEZ HAD DISCHARGED HIS WEAPON AND STRUCK THE SUSPECT WHO WAS TRANSPORTED TO BEN TAUB HOSPITAL, AND TWO WITNESSES THAT WERE IN THE HOUSE HAD BEEN TRANSPORTED TO 1200 TRAVIS. I TOURED THE SCENE WITH THE HOMICIDE INVESTIGATORS AND MADE NOTE OF THE LOCATION OF THE EVIDENCE, AND BEGAN MY INVESTIGATION.

SCENE DESCRIPTION:

THE LOCATION OF THE SCENE WAS6725 SHERWOOD DRIVE, WHICH IS A PRIVATE RESIDENTIAL HOUSE LOCATED IN THE CITY OF HOUSTON AND IS WITHIN HARRIS COUNTY. Redacted SHERWOOD DRIVE IS LOCATED ON THE EAST SIDE OF THE6700 BLOCK OF SHERWOOD DRIVE. THE 6700 BLOCK OF SHERWOOD DRIVE, IS LOCATED IN BETWEEN THE3900 BLOCK OF YELLOWSTONE AND WARD ST. THE H.P.D DISTRICT AND BEAT OF Redacted SHERWOOD DRIVE IS 14D20 AND THE KEY MAP LOCATION FOR THIS SCENE IS533Q.

**Redacted** DRIVE:

**Redacted** DRIVE IS A ONE STORY, THREE BEDROOM, ONE BATHROOM, PRIVATE RESIDENTIAL HOME, WITH WHITE SIDING. THE FRONT OF THE HOUSE FACES WEST. THERE WAS A GREEN MERCURY GRAND MARQUIS WITH TEXAS LICENSE PLATE BC0297 AND A SILVER MERCURY MOUNTAINEER WHICH HAD A TEXAS LICENSE PLATE OF74VRF3, BOTH VEHICLES WERE PARKED FACING EAST, IN THE CONCRETE DRIVEWAY, WHICH IS WEST OF THE FRONT DOOR.

THERE WAS A SINGLE LIGHTED LAMP MOUNTED ON THE SIDING, IN-BETWEEN THE FRONT DOOR AND A GLASS PANED WINDOW, THAT LIGHT PROVIDED LIGHT FOR THE FRONT DOOR AND THE FRONT PORCH OF THE RESIDENCE. THE FRONT ENTRANCE DOOR HAD WHITE FRAMED GLASS DOOR WHICH OPENED OUTWARDS AND A WHITE STEEL DOOR THAT OPENED EAST TOWARDS THE LIVING ROOM. THERE WAS NO SIGNS OF EXTENSIVE DAMAGE ON THE WOODEN DOOR FRAME OR THE WHITE STEEL DOOR FROM THE IMPACT OF THE BATTERING RAM, WHICH WAS USED TO MAKE ENTRY INTO THE HOME.

THE RESIDENCE HAD THREE BEDROOMS AND ONE BATHROOM. THE MAJORITY OF THE INTERIOR WALLS WERE PAINTED WHITE. TWO OF THE BEDROOMS AND THE BATHROOM WERE LOCATED ON THE SOUTH SIDE OF THE HOUSE. THE THIRD BEDROOM WAS LOCATED ON EAST SIDE OF THE HOUSE SOUTH OF THE KITCHEN. THE RESIDENCE HAD WORKING ELECTRICITY AND RUNNING WATER THROUGH OUT THE HOME.

LIVING ROOM:

THE LIVING ROOM HAD A MAROON AND BROWN COLORED CARPET, VAULTED CEILINGS, AND THE WALLS WERE PAINTED WHITE. ALONG THE WEST WALL OF THE LIVING ROOM WAS THE

Confidential - Subject to Protective Order

COH00053742



FRONT ENTRANCE DOOR AND WINDOW, WHICH HAD BROWN AND SATIN COLORED CURTAINS THERE WAS A BLACK FLAT SCREEN TV ON TOP OF A GLASS-SHELVED ENTERTAINMENT CENTER. THE FLAT SCREEN TV WAS NORTH OF THE WINDOW. THERE WAS TWO BLACK FREE-STANDING SHELVES WHICH WERE FILLED WITH DVD MOVIES. ALONG THE SOUTH WALL OF THE LIVING ROOM THERE WAS A BROWN COUCH WHICH HAD DECORATIVE PILLOWS AND A CIRCULAR COFFEE TABLE WHICH HAD DECORATIVE ITEMS AND A LAMP ON TOP OF IT. THERE WAS DECORATIVE ART WORK MOUNTED ON THE WALL ABOVE THE COUCH. NORTH OF THE COUCH THERE WAS A CIRCULAR GLASS COFFEE TABLE. ON TOP OF THE GLASS TABLE THERE WAS A DECORATIVE VASE, MAIL LEAFLETS AND A ZIP LOCK BAG WITH NINE PRESCRIPTION MEDICINE BOTTLES INSIDE OF IT. THE MEDICINE BOTTLES HAD CVS PHARMACY LABELS AND ALL HAD THE NAME OF ELIZABETH GONSOULIN. THERE WAS A WHITE ENVELOPE MADE OUT TO DIRECT TV BILL AND ON THE RETURN ADDRESS THE NAME DARREL ODOM.

ALONG THE NORTH WALL THE LIVING ROOM THERE WAS A WOODEN ARMOIRE WITH GLASS DOORS TWO CHAIRS WHICH HAD SEAT COVERS, CIRCULAR END TABLE WITH A GLASS TABLE TOP, AND BLACK SHELVES WITH DVD MOVIES IN THEM. WITHIN THE ARMOIRE THERE ARE SHELVES THAT CONTAINED PICTURES AND VHS TAPES. THE CHAIR WEST OF THE CIRCULAR END TABLE HAD A PINK COLORED PURSE ON TOP OF THE SEAT CUSHION. THERE WAS A RED CLUTCH PURSE ON TOP OF THE SEAT CUSHION ON THE CHAIR THAT WAS EAST OF THE CIRCULAR END TABLE. ABOVE THE CHAIRS THERE WAS DECORATIVE PICTURES MOUNTED ON THE WALL.

DINING ROOM/UTILTIY ROOM:

THE DINING ROOM I LOCATED EAST OF THE LIVING ROOM. THE WALLS OF THE DINING ROOM ARE PAINTED WHITE. THERE IS WOODEN KITCHEN BUFFET ALONG THE NORTH WALL OF THE DINING ROOM AND AN OPEN DOOR WAY THAT LEADS INTO THE UTILITY ROOM. INSIDE OF THE KITCHEN BUFFET THERE WERE PLATES AND GLASSES. ALONG THE EAST WALL OF THE DINING ROOM IS THE ENTRANCE WAY INTO THE KITCHEN. THERE IS ALSO A BLACK DESKTOP COMPUTER MONITOR AND TOWER, ON TOP OF A BLACK COMPUTER DESK.

ON THE SOUTH WALL OF THE DINING ROOM THERE WAS AN OVAL SHAPED TABLE WHICH HAD A WHITE LACED TABLE CLOTH ON TOP OF IT. THERE WERE FOUR PLACE SETTINGS ON THE TABLE, AND EACH PLACE SETTING HAD A SQUARE PLATE, A WHITE DECORATIVE NAPKIN. THERE WAS ALSO VASE THAT CONTAINED FAUX FLOWERS INSIDE OF THEM. THERE IS A BRASS AND GLASS CHANDELIERS HANGING FROM THE CEILING, WHICH PROVIDES LIGHT FOR THE ROOM
ON THE EAST SIDE OF THE OVAL DINNER TABLE THERE WAS BRASS COLORED SHELL CASING. THAT SHELL CASING WAS MARKED AS EVIDENCE MARKER NUMBER1.

ON THE NORTH WALL OF THE DINING ROOM, WEST OF THE WOODEN KITCHEN BUFFET WAS OPENING THAT LED TO THE UTILITY ROOM. THE UTILITY ROOM WAS PAINTED BLUE AND HAD YELLOW CABINETS. THERE WAS A DOOR ON THE NORTH WALL AND A WHITE WASHER AND DRYER SET ON THE WEST WALL OF THE ROOM. THE ROOM WAS UN-ORGINZED AND CLUTTERED, PASSAGE THROUGH THE UTILITY ROOM WAS HINDERED BY THE LAUNDRY AND A PORTABLE RED COLORED DOG KENNEL.
KITCHEN/EAST BEDROOM:

THE KITCHEN WAS LOCATED EAST OF THE DINING ROOM. THE KITCHEN HAD BROWN TILE FLOORS AND A WINDOW ABOVE THE SINK. THE KITCHEN AND BREAKFAST AREA WAS UN-KEPT AND APPEARED TO BE UNDER CONSTRUCTION. THE KITCHEN HAD BROWN CABINETS, TWO WHITE REFRIGERATORS, GREEN COUNTER TOPS; A GREEN RANGE STOVE TOP OVEN, AND A TURQUOIS SINK. ALONG THE COUNTER TOPS THERE WERE POTS AND PANS THAT WERE NOT CLEAN, AS WELL AS MULTIPLE KITCHEN TOOLS AND UTENSILS. NORTH OF THE KITCHEN THERE WAS AN OPEN AREA THAT CONTAINED LARGE SHEETS OF DRY WALL SHEET ROCK AS WELL AS BUILDING MATERIALS. ON THE WEST WALL OF THE KITCHEN THERE WAS A SILVER FLAT SCREEN TV THAT FACED WEST. THE TV WAS ON TOP OF A WOODEN BOX TV, WHICH WAS COVERED BY A MAROON SHEET.
SOUTH OF THE TV, THERE WAS A SILVER AND BLACK GUN WHICH WAS IDENTIFIED AS A DAISY BB GUN. THE BB GUN WAS MARKED AS EVIDENCE MARKER NUMBER2.

THE DAISY BB GUN HAD A BLACK SLIDE AND A SILVER FRAME WITH TEXTURED BLACK HAND GRIPS. ONE OF THE HAND GRIP COVERS WAS MISSING AND EXPOSED THE $CO_2$ CARTRIDGE. THE MISSING HAND GRIP WAS FOUND ON THE KITCHEN FLOOR IN-BETWEEN A SILVER TV AND A SQUARE END TABLE, EAST OF THE WEST WALL OF THE KITCHEN.

ON THE FLOOR WEST OF THE WEST WALL, THERE WERE BLOOD STAINS ON THE WOOD FLOOR THAT HAD BEEN EXPOSED FROM UNDERNEATH THE BROWN TILE. BLOOD STAINS COULD ALSO BE SEEN ON THE BROWN TILE NORTH OF THE EXPOSED WOOD FLOOR IN FRONT OF THE TV. THERE WAS BLOOD STAINED WHITE GAUZE ON THE WOOD FLOOR. WEST OF THE BLOOD STAINED GAUZE, THERE WERE U.S DOLLAR BILLS THAT WERE AT THE BASE SOUTH SIDE OF THE WOODEN BOX TV, SEE CSU ACTIONS FOR ACTUAL DENOMINATIONS OF THE CURRENCY.

THE BEDROOM SOUTH OF THE KITCHEN HAD WOOD PANNELED WALLS AND THERE WAS A WINDOW ON THE EAST WALL OF THE ROOM AND IT WAS COVERED BY A CURTAIN. THE ROOM DID NOT HAVE ANY SOURCES OF LIGHT AND THERE WAS A LARGE AMOUNT OF CLOTHES STACKED ON

Confidential - Subject to Protective Order        COH00053743

THE BED AND ON THE FLOOR OF THE ROOM. THE CEILING OF THE ROOM HAD HEAVY DAMAGE EXPOSING THE PINK INSULATION, WHICH WAS HANGING ROM THE CEILING.

SOUTH BEDROOMS/BATHROOM:

SOUTH OF THE LIVING ROOM THERE ARE TWO BEDROOMS AND ONE SINGLE BATHROOM WHICH ARE ON THE SOUTH SIDE OF THE RESIDENCE. THE ROOMS AND THE BATHROOM SHARE ONE SINGLE HALLWAY WHICH RUNS EAST AND WEST. THE ENTRANCE TO THE HALLWAY IS CONTROLED BY A WOODEN DOOR THAT OPEN TOWARDS THE NORTH, THE DOOR IS LOCATED IN THE SOUTHEAST CORNER OF THE LIVING ROOM.

THE BATHROOM WHICH IS LOCATED ON THE EAST SIDE OF THE HALLWAY, HAD A WHITE TOILET AND A WHITE FREE STANDING SINK ALONG THE NORTH WALL OF THE BATHROOM, AND A SINGLE BASIN TUB ON THE EAST WALL OF THE BATHROOM. THE BATHROOM HAD LARGE BROWN SQUARE TILES ON THE FLOOR AS WELL AS SMALLER SQUARE BROWN SQUARE TILES ALONG THE WALLS.
THERE WAS A BEDROOM WHICH WAS SOUTH OF THE BATHROOM. THE BEDROOMS DOOR OPENED IN-WARDS TOWARDS THE SOUTH. THE ROOM WITH THE PINK WALLS HAD ONE WINDOW ALONG THE SOUTH WALL AND WOODEN FLOORS THROUGH-OUT THE ROOM. THE BEDROOM APPEARED TO BE INHABITABLE AND IN GOOD ORDER. THERE WERE TWO CLOSETS ON THE EAST AND WEST WALLS OF THE ROOM. THERE WAS QUEEN SIZE BED ON THE NORTH WALL OF BEDROOM AND A WOODEN DRESSER DRAWER WITH AN ATTACHED MIRROR ON THE WEST WALL.

THERE WAS A BEDROOM ON THE WEST END OF THE HALL WAY. THE BEDROOMS DOOR OPENED IN-WARDS TOWARDS THE WEST. THE BEDROOM HAD WHITE WALLS AND BROWN CARPETING THROUGH-OUT THE ROOM. THERE ARE TWO WINDOWS IN THE ROOM, ONE WINDOW WAS ON THE SOUTH AND THERE WAS ANOTHER WINDOW ON THE WEST WALL. THE ROOM IS FURNISHED WITH A BED, THAT IS AGAINST THE WEST WALL AND IT APPEARED TO BE BROKEN. THERE IS A WOODEN DRESSER IN THE SOUTHWEST CORNER OF THE ROOM. THERE WAS A WOODEN ENTERTAINMENT ON THE EAST WALL OF THE BEDROOM. THE ROOM WAS UN-ORGANIZED AND CLUTTERED.

CSU ACTIONS:

I MET WITH OFFICER F. RODRIGUEZ WHOSE PAYROLL IS Redacted AND HIS UNIT NUMBER IS Redacted OFFICER F. RODRIGUEZ IS CURRENTLY ASSIGNED TO THE HOUSTON POLICE DEPARTMENT NARCOTICS DIVISION. I CONDUCTED A SEARCH OF THE SCENE MARKING AND IDENTIFYING EVIDENCE TO BE DOCUMENTED AND RECOVERED.

I PHOTOGRAPHED THE SCENE USING A CANNON EOS REBEL XT AND TOOK241 DIGITAL PHOTOGRAPHS OF THE SCENE WHICH ALSO INCLUDED DIGITAL PHOTOGRAPHS OF EVIDENCE RECOVERED; WITH THE USE OF THE FLASH, AS WELL AS THE AVAILABLE LIGHT TECHNIQUE.

I USED A CANNON VIXIA HAND-HELD DIGITAL VIDEO RECORDER WITH AN ATTACHED LIGHT SOURCE TO RECORD A SCENE VIDEO.

I CHARTED OFFICER F. RODRIGUEZ'S CARBINE RIFLE AND HAND GUN IN THE PRESENCE OF HARRIS COUNTY DISTRICT ATTORNEY INVESTIGATOR K. BONSAL AND H.P.D HOMICIDE INVESTIGATOR SGT T. RICHARDSON.

THE FOLLOWING FIREARMS AND AMMUNITION WAS CARRIED BY OFFICER F. RODRIGUEZ.
CARBINE RIFLE
MODEL/MAKE: ROCK RIVER ARMS AR-15
SERIAL NUMBER: KT1030803
AMMUNITION: FEDERAL 55 GRAIN .223 CAL
MAGAZINES CARRIED: 3 MAX CAPACITY 30 ROUNDS
MAGAZINE # 1 (LOADED) 27 FEDERAL .223 CAL
MAGAZINE # 2 (MAGAZINE POUCH) 28 FEDERAL .223 CAL
MAGAZINE # 3 (MAGAZINE POUCH) 28 FEDERAL .223 CAL

PISTOL (PRIMARY)

MODEL/MAKE: GLOCK 22C
SERIAL NUMBER: FCD695
AMMUNITION: SPEER .40 CAL
MAGAZINES CARRIED: 3 MAX CAPACITY 15 ROUNDS
MAGAZINE # 1 (LOADED) 16 SPEER .40 CAL (15 IN MAGAZINE AND 1 CHAMBERED)
MAGAZINE # 2 (MAGAZINE POUCH) 15 SPEER .40 CAL
MAGAZINE # 3 (MAGAZINE POUCH) 15 SPEER .40 CAL
PISTOL (SECONDARY)
MODEL/MAKE: GLOCK 27
SERIAL NUMBER: DGD631
AMMUNITION: SPEER .40 CAL
MAGAZINES CARRIED: 1 MAX CAPACITY 10 ROUNDS
MAGAZINE # 1 (LOADED) 11 SPEER .40 CAL (10 IN MAGAZINE AND 1 CHAMBERED)

Confidential - Subject to Protective Order

COH00053744

 

DURING THE INVESTIGATION I WAS INFORMED BY HOMICIDE INVESTIGATOR J. DOMINGUEZ, THAT ONE OF THE WITNESSES THAT HAD BEEN TRANSPORTED TO1200 TRAVIS WAS REQUESTING THE MONEY FROM HER PURSE WHICH WAS IN A PINK PURSE IN THE LIVING ROOM. THE PURSE WAS LOCATED ON A CHAIR ON THE NORTH WALL OF THE LIVING ROOM. OFFICER A. BARR CSU 21 REMOVED THE MONEY FROM THE PURSE AND COUNTED IT IN THE PRESENCE OF MYSELF AND HOMICIDE INVESTIGATORS J. DOMINGUEZ AND SGT T. RICHARDSON. OFFICER A. BARR COUNTED OUT A TOTAL OF$1,801 U.S DOLLARS.

| DOLLAR AMOUNT | NUMBER OF BILLS |
|---|---|
| $100.00 | 11 |
| $20.00 | 31 |
| $10.00 | 3 |
| $5.00 | 6 |
| $1.00 | 21 |
| TOTAL: $1801.00 | |

THE TOTAL AMOUNT WAS CONFIRMED BY BOTH HOMICIDE INVESTIGATORS. HOMICIDE INVESTIGATOR J. DOMINGUEZ THEN TOOK CUSTODY OF THE MONEY.
AFTER COMPLETING THE ROUGH SKETCH OF THE INTERIOR OF THE RESIDENCE, I OBTAINED THE MEASUREMENT OF THE EVIDENCE AND THE SCENE, WITH THE USE OF A DEWALT MEASURING TAPE AND A CALIBRATED RYOBI IR/SONIC MEASURER.
THE FOLLOWING MEASUREMENTS FOR EVIDENCE MARKER NUMBER 1, WAS BASED OF THE SOUTHEAST CORNER OF THE DINING ROOM.

EVIDENCE:

| | SOUTH/NORTH | EAST/WEST |
|---|---|---|
| EM1 (BRASS COLORED FIRED CASING) | 10" | 4' |

THE FOLLOWING MEASUREMENTS FOR EVIDENCE MARKER NUMBER 2, WAS BASED OF THE NORTHWEST CORNER OF THE KITCHEN.

EVIDENCE:

| | NORTH/SOUTH | WEST/EAST |
|---|---|---|
| EM2 (BLACK AND SILVER BB GUN) | 12'7" | 2' |

I COLLECTED SIXTY US DOLLARS WHICH WAS FOUND ON KITCHEN FLOOR WHICH WAS TAGGED FOR SAFE KEEPING. THE MONEY WAS COUNTED IN THE PRESENCE OF HOMICIDE INVESTIGATOR J. DOMINGUEZ.

| DOLLAR AMOUNT | NUMBER OF BILLS |
|---|---|
| $1.00 | 15 |
| $10.00 | 1 |
| $5.00 | 7 |
| TOTAL: $60.00 | |

AT THE CONCLUSION OF MY INVESTIGATION OF THE SCENE I COLLECTED THE FOLLOWING ITEMS FROM THE SCENE. I MAINTAINED CARE, CUSTODY, AND CONTROL OF THESE ITEMS UNTIL THEY WERE TAGGED INTO THE H.P.D PROPERTY ROOM.

  1 BRASS COLORED FIRED CASING
  1 BLACK AND SILVER DAISEY POWERLINE MODEL93 CO2 BB GUN.
  $60.00 U.S DOLLARS

I THEN TURNED THE SCENE OVER TO HPD NARCOTICS SGT J. YENCHA'S SQUAD. SEE HPD NARCOTICS DIVISION SUPPLEMENT FOR ITEMS THEY RECOVERED FROM THE RESIDENCE. AT THE CONCLUSION OF NARCOTICS DIVISION SEARCH OF THE PRIVATE RESIDENCE, I USED CANNON REBEL XT, AND TOOK DIGITAL PHOTOGRAPHS PRIOR TO OUR DEPARTURE FROM THE SCENE.

I CLEARED THE SCENE AT0350 AND RETURNED TO THE CRIME SCENE OFFICE, WERE I UPLOADED THE 241 DIGITAL PHOTOGRAPHS INTO THE DATA WORKS SYSTEM, AND TRANSFERRED THE SCENE VIDEO ONTO A DVD DISK.

I TAGGED THE 1 FIRED BRASS COLORED SHELL CASINGS, THE BLACK AND SILVER DAISY POWERLINE MODEL 93 CO2 BB GUN, AND THE SIXTY U.S DOLLARS, INTO THE H.P.D PROPERTY ROOM WHICH IS LOCATED AT1202 WASHINGTON AVENUE ON03/21/2013 AT0054.

EVIDENCE RECOVERY/DISPOSITION:

THE FOLLOWING ITEMS WERE TAGGED INTO THE H.P.D PROPERTY ROOM AT1202 WASHINGTON AVENUE:

Confidential - Subject to Protective Order     COH00053745


(1) BRASS COLORED FIRED CASING
(1) BLACK AND SILVER DAISY POWERLINE MODEL 93 CO2 BB GUN
(1) EMPTY SILVER CO2 CARTRIDGE
(1) 1 PLASTIC BAG CONTAINING 10 SILVER BB'S
$60.00 US DOLLARS

PHOTOGRAPHY/VIDEO:

241 DIGITAL PHOTOS, UPLOADED INTO THE H.P.D DATA WORKS SYSTEM ON THE 0TH FLOOR
OF 1200 TRAVIS WHICH IS THE CRIME SCENE OFFICE, WITHOUT ALTERATIONS OR
DELETIONS.
1 DVD WHICH CONTAINED THE SCENE VIDEO, WHICH WAS TURNED OVER TO HOMICIDE
INVESTIGATORS SGT T. RICHARDSON AND J. DOMINGUEZ

END OF SUPPLEMENT


SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
*****************************************************************
* ENTRY DEVICE: 10.210.8.140                          *
* ENTRY FROM DATE-032713 TIME-0155  TO  DATE-032813 TIME-0253   *
* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD       VER.9.0  *
* TRANSFER DATE-032813 TIME-0253  LOAD DATE-032813 TIME-0252   *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14  *
*****************************************************************
EVIDENCE WAS TAGGED-Y    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N



| Supplement | Supplement Number | 00005 | Offense Type | INVESTIGATION (HOMICIDE) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Entered By** | **Entered Date** | **Station** | **Recv. Beat** | **Notified** | **Recv. Disp** | **Recv. Date** | **Recovery Street** | | |
| Redacted | 3/20/2013 | NARCOTICS | | | | | 00000 | | |

| | | | | Shift | 1 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Officer1** | G. GOINES | Redacted | | **Shift** | 1 | **Reviewed By** | **Reviewed ID** | **Reviewed Date** | **Offense Date** |
| **Officer2** | 000000 | | | **Shift** | | TB | Redacted | 3/27/2013 | 3/19/2013 |

| **Caller** | | | **Caller Phone** | 00000000000000 | **Damage AMT** | 0 | |
|---|---|---|---|---|---|---|---|

| **Complaintant (s)** | **Last Name** | STATE OF TEXAS | **First Name** | | **Middle Name** | |
|---|---|---|---|---|---|---|
| | **Last Name2** | | **First Name2** | | **Middle Name2** | |

| **Veh/Bot Color** | | **Veh Burned** | | **Veh Damaged** | | **License No.** | | **State** | | **Year** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Veh Top Color** | | **Veh Make** | | | | **Veh Model** | | | | **Yeard** | |
| **Veh Release Tow To** | | | **Towed By** | | | **Towed By Phone** | 0000000000 | **Stripped** | | | |
| **Veh VIN** | | | **Towe UcrCd** | 0 | | **Wrecked?** | | | | | |

Confidential - Subject to Protective Order                                                        COH00053746



Supplement narrative

INTRO:
ON 03/19/2013, OFFICERS FROM THE SOUTH NARCOTIC DIVISION MET AT
THE SOUTH COMMAND STATION TO BRIEF A WARRANT WHICH WAS TO BE EXECUTED
AT THE LOCATION OF [ Redacted ] DR". THIS WARRANT WAS SIGNED BY
JUDGE ERIC HAGSTETTE, OF THE HARRIS COUNTY PROBABLE CAUSE COURT
ON THE 19TH OF MARCH, 2013. BASED ON INFORMATION PRIOR ON THIS
RESIDENCE, OFFICERS WOULD ALSO BE ASSISTED BY ANIMAL CONTROL OFFICER
L. ESTRADA #Redacted (UNIT #223). THIS INCIDENT WOULD INVOLVED A
PLACE OF RESIDENCE WHERE TWO SUSPECTS WERE SELLING NARCOTICS FROM.
TWO ELDERLY PEOPLE HAD BEEN OBSERVED RESIDING AT THE LOCATION ON PRIOR
OCCASIONS.

OFFICERS ON THE ENTRY TEAM OF THIS WARRANT WOULD CONSIST OF THE FOLLOWING:
F. RODRIGUEZ #Redacted / E. MEDRANO #Redacted / G. GOINES #Redacted
C. OLIVAREZ #Redacted / SGT. DAVIS #Redacted / S. MORTON #Redacted /
AND S. BRYANT #Redacted. ALL OF THE ABOVE ENTRY TEAM OFFICERS
WERE WEARING DEPARTMENTAL ISSUED VESTS WITH THE WORDING "HOUSTON
POLICE" PLAINLY VISIBLE AND POLICE RAID GEAR.

OFFICERS WERE ALSO ASSISTED BY A NARCOTIC CANINE AND OFFICER
(G. MAXWELL). THE SURVEILLANCE OFFICER ON THIS LOCATION WAS
H. ARMSTRONG /Redacted

OFFICERS ALSO HAD MARKED PATROL UNITS (14D29) PRESENT TO ASSIST IN ANY
ARREST (S) NECESSARY.

SCENE:
THE INCIDENT TOOK PLACE AT [ Redacted ] DRIVE. THE LOCATION IS
LOCATED IN HOUSTON, HARRIS COUNTY, TEXAS. THE RESIDENCE IS A
ONE STORY RESIDENCE, WHICH IS TAN IN COLOR WITH YELLOW WOOD TRIM.
THE RESIDENCE IS LOCATED ON THE EAST SIDE OF SHERWOOD. THE FRONT
DOOR FACES WEST. THE INTERSECTING STREETS ARE YELLOWSTONE BLVD
AND WARD. THE NUMBERS [Redacted] ARE PLAINLY DISPLAYED ON THE
RESIDENCE. THE RESIDENCE IS LOCATED IN THE 6700 BLOCK OF SHERWOOD
DRIVE.

THE WEATHER ON THIS DAY WAS WARM. THE LIGHT CONDITION WAS NIGHT TIME
WITH ADEQUATE LIGHTS IN THE AREA.

DETAILS:
THE ABOVE OFFICERS ARRIVED AT THE LOCATION OF ( Redacted ) DR".
THE FRONT DOOR WAS FOUND OPEN WITH THE SCREEN DOOR CLOSED. THE SCREEN
DOOR WAS OPENED BY OFFICER BRYANT. OFFICERS THEN ENTERED THE RESIDENCE AS
STATED ABOVE. UPON ENTERING THE RESIDENCE, OFFICERS FOUND TWO ELDERLY
PEOPLE IN THE LIVING ROOM AREA ALONG WITH TWO OTHER PEOPLE.

A YOUNG FEMALE AND MALE WOULD FLEE FROM THE LIVING ROOM AREA.
THE FEMALE FLED TO A BATHROOM, LOCATED SOUTH OF THE RESIDENCE.
THE YOUNG MALE FLED STRAIGHT BACK RUNNING EAST.

A INCIDENT TOOK PLACE INVOLVING A "POLICE OFFICER'S SHOOTING",
SEE HOMICIDE DETAILS.

A SECONDARY NARCOTIC UNIT WAS CALLED TO THE SCENE TO CONTINUE THIS
INVESTIGATION AND COLLECT ANY EVIDENCE WHICH NEEDED TO BE TAGGED.

EVIDENCE:
SEE OFFICER ZAPATA'S SUPPLEMENT
OFFICE INVESTIGATION:
THE PERSON NAMED AND DESCRIBED IN THE NARCOTIC SEARCH
AND ARREST WARRANT WAS "DOMINICK BENARD". THE MALE FOUND IN THE RESIDENCE
WAS THE BROTHER OF THE SUSPECT NAMED AND DESCRIBED. THE NARCOTIC SEARCH
AND ARREST WARRANT ALSO INFORMED OFFICERS TO MAKE ARREST OF ANY OTHER
PERSON OR PERSONS NOT NAMED IN THE WARRANT BUT FOUND TO BE OCCUPANTS
OF SAID PREMISED AND IN CONTROL OF ILLEGAL NARCOTICS.
THE MALE ARRESTED IN THIS INCIDENT WAS IDENTIFIED AS "GEORGE RALPH
BENARD". BM/ [ Redacted ] SSN #[ Redacted ]
THIS MALE WAS FOUND TO HAVE PRIOR ARRESTS OF NARCOTICS / UNLAWFUL.
CARRYING A WEAPON / AND LIQUOR VIOLATIONS.
THIS MALE HAS A HPD NUMBER OF #Redacted / STATE ID #[ Redacted ] /
AND FBI NUMBER #632666FB3.
NARCOTIC CHARGES ARE PENDING ON THE MALE SUSPECT (GEORGE R. BENARD)

Confidential - Subject to Protective Order     COH00053747



**HPD ARCHIVED OLO INCIDENT REPORT** 033958813



| Supplement | Supplement Number | 00006 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | NARC | 00 | | | | 00000 |

| Officer1 | M ZAPATA Redacted | | | Shift | 1 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name |
|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE03/20/13 15:35 ***
                    INTRODUCTION
OFFICERS ASSIGNED TO HOUSTON POLICE DEPARTMENT NARCOTICS GENERAL ENFORCEMENT
SQUAD #15 TOOK CARE, CUSTODY, AND CONTROL OF SCENE WHERE A OFFICER INVOLVED
SHOOTING TOOK PLACE. OFFICERS TOOK CONTROL OF THE SCENE AND PROCESSED THE SCENE
ONCE ALLOWED ACCESS. AS A RESULT OF THIS INVESTIGATION OFFICERS SEIZED
APPROXIMATELY122.42 GRAMS OF PCP, 1.02 GRAMS OF MARIJUANA, ONE SHOT GUN, AND
ONE HAND GUN.

                    SCENE SUMMARY
THE SCENE OF THE INVESTIGATION TOOK PLACE AT [Redacted] SHERWOOD DR WHICH IS LOCATED
INSIDE THE CITY LIMITS OF HOUSTON, HARRIS COUNTY, TEXAS. THE INVESTIGATION TOOK
PLACE DURING NIGHT TIME HOURS THEREFORE THE LIGHTING WAS PROVIDED BY STREET
LIGHTS. THE WEATHER WAS WARM AND CLEAR.

                    DETAILS OF THE OFFENSE
ON 3/19/2013 OFFICERS WITH HPD NARC SQUAD #15 ARRIVED ON A SCENE WHERE A
OFFICER INVOLVED SHOOTING TOOK PLACE. OFFICERS PROCESSED THE SCENE.

CASE AGENT/UC OFFICER
M ZAPATA
N ASHRAFT
C PENA

NARC K9 OFFICER
B KING

SUPERVISOR
SGT YENCHA

 OFFICER ZAPATA WAS CONTACTED BY SGT YENCHA WHO ADVISED HIM TO HEAD TO LOCATION
WHERE A NARCOTIC OFFICER WAS INVOLVED IN A SHOOTING. SGT YENCHA ADVISED OFFICER
ZAPATA THAT THE LISTED OFFICERS ABOVE WOULD PROCESS THE SCENE ONCE ALLOWED
ACCESS. OFFICER ZAPATA MET WITH OFFICER GOINES WHO WAS THE CASE AGENT ON THE
SEARCH WARRANT. OFFICER ZAPATA OBTAINED ALL NECESSARY INFORMATION FROM OFFICER
GOINES.

OFFICER KING RAN HIS NARCOTIC K9 "DEE" ON THE EXTERIOR AND INTERIOR OF THE
RESIDENCE. OFFICER KING'S K9 DID NOT ALERT ON ANY ODOR AT THE RESIDENCE.
OFFICERS SEARCHED THE REAR OF THE RESIDENCE. SGT YENCHA FOUND A WHITE PLASTIC
GROCERY BAG LOCATED IN FRONT OF A SHED IN THE BACK YARD. THE BAG WAS LOCATED
UNDER A LOOSE CEMENT STEP. IN THE BAG WAS THREE BROWN VIAL'S WHICH CONTAINED
PCP WEIGHING APPROXIMATELY86.89 GRAMS.

INSIDE THE RESIDENCE OFFICER PENA AND OFFICER ZAPATA SEARCHED THE LAUNDRY
ROOM. OFFICER PENA OBSERVED A BLACK BACKPACK THAT WAS SITTING ON A SHELF ABOVE
THE WASHER. OFFICER PENA SMELLED STRONG ODOR COMING FROM THE BAG. OFFICER PENA
OPENED THE BACK PACK AND OBSERVED15 BROWN VIAL'S THAT CONTAINED PCP RESIDUE
WEIGHING APPROX .01 GRAMS. IN THE SAME BACK PACK WAS A ALCOHOL BOTTLE THAT ALSO
CONTAINED PCP LIQUID WEIGHING APPROXIMATELY35.53 GRAMS. IN THE CORNER OF THE
LAUNDRY ROOM OFFICER ZAPATA OBSERVED A BROWN SHOE BOX. IN THE SHOE BOX WAS A
DIGITAL SCALE AND LOOSE MARIJUANA WEIGHING APPROXIMATELY1.02 GRAMS. OFFICERS
CONTINUED TO SEARCH IN THE LAUNDRY ROOM OBSERVING A SHOTGUN THAT WAS LOCATED
BEHIND THE DOOR.

Confidential - Subject to Protective Order                    COH00053748



SGT YECHA SEARCHED THE HALL CLOSET FINDING ONE BROWN AND ONE WHITE VIAL CONTAINING PCP RESIDUE LOCATED IN A MENS YELLOW JACKET. THE BOTTLES WERE IN THE POCKET ON THE JACKET WEIGHING .01 GRAMS. SGT YENCHA OBSERVED A SMALL SAFE LAYING ON THE FLOOR IN THE HALL CLOSET. SGT YENCHA OPENED THE SAFE AND OBSERVED TWO MORE BROWN VIAL'S THAT CONTAINED PCP RESIDUE WEIGHING 01 GRAMS.

OFFICERS CONTINUED TO SEARCH THE RESIDENCE. SGT YENCHA FOUND A SMALL PISTOL LOCATED IN A SHOE BOX, IN THE CLOSET IN THE BACK BEDROOM. THE BEDROOM BELONGED TO A YOUNG GIRL. THE ROOM WAS PINK IN COLOR.

OFFICER ASHRAFT TOOK PICTURES OF ALL CONTRABAND FOUND ON THE SCENE. OFFICER ZAPATA OBTAINED CARE, CUSTODY, AND CONTROL OF ALL CONTRABAND FOUND ON SCENE UNTIL TAGGED INTO THE NARC LOCK BOX LOCATED AT1200 TRAVIS. OFFICER PENA TAGGED THE FIRE ARMS AND OTHER ITEMS INTO THE HPD PROPERTY ROOM.

OFFICE INVESTIGATION

OFFICERS TAGGED CONTRABAND, COMPLETED PAPER WORK, AND COMPLETED THIS SUPPLEMENT.

REAL EVIDENCE

ARTICLE #1

DESCRIPTION    BROWN VIAL'S CONTAINING PCP APPROX 86.69 GRAMS IN WHITE GROCERY BAG  (BACK YARD)

DATE    3/20/2013

LOCATION    [Redacted] DR

RECOVERED BY    SGT YENCHA

DISPOSITION    TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #2

DESCRIPTION    ONE ALCOHOL BOTTLE CONTAINING PCP APPROX 35.53 GRAMS (LAUNDRY ROOM BACK PACK)

DATE    3/20/2013

LOCATION    [Redacted] DR

RECOVERED BY    OFFICER PENA

DISPOSITION    TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #3

DESCRIPTION    15 BROWN VIAL'S CONTAINING PCP RESIDUE .01 GRAMS (LAUNDRY ROOM BACK PACK)

DATE    3/20/2013

LOCATION    [Redacted] DR

RECOVERED BY    OFFICER PENA

DISPOSITION    TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #4

DESCRIPTION    2 BROWN VIAL'S CONTAINING PCP RESIDUE 01 GRAMS (HALL CLOSET IN SAFE)

DATE    3/20/2013

LOCATION    [Redacted] DR

RECOVERED BY    SGT YENCHA

DISPOSITION    TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #5

DESCRIPTION    1 BROWN AND 1 CLEAR VIAL CONTAINING PCP RESIDUE APPROX .01 GRAMS (HALL CLOSET JACKET)

DATE    3/20/2013

Confidential - Subject to Protective Order    COH00053749



LOCATION     **Redacted** DR

RECOVERED BY     SGT YENCHA

DISPOSITION     TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

ARTICLE #6
    DESCRIPTION     MARIJUANA WEIGHING APPROX 1.02 GRAMS
       (LAUNDRY ROOM)

    DATE     3/20/2013

    LOCATION     **Redacted** DR
    RECOVERED BY     OFFICER ZAPATA

    DISPOSITION     TAGGED INTO THE HPD NARC LOCK BOX LOCATED AT 1200 TRAVIS BY OFFICER ZAPATA

CASE CLOSED..........................................

GUNS
GUN SUPPL#-01 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
MAKE-KEL-TEC     TYPE-PISTOL, SEMIAUTOMATIC
    MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-HG042     CALIBER-380 CAL     VALUE-
MODEL-P3AT     HCIC MISC-
RECOVERY DATE03/20/2013     RECOVERY VALUE-
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
    BB GUNS ENTRY IS IN ARTICLE SCREEN

-------------------------------------------------

GUNS
GUN SUPPL#-02 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
MAKE-REMINGTON ARMS CO INC     TYPE-SHOTGUN, PUMP ACTION
    MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-113974V     CALIBER-12 GAUGE     VALUE-
MODEL-870 WINGMAS     HCIC MISC-
RECOVERY DATE03/20/2013     RECOVERY VALUE-
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
    BB GUNS ENTRY IS IN ARTICLE SCREEN.

-------------------------------------------------

GUNS
GUN SUPPL#-03 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
MAKE-PMC CARTRIDGES     TYPE-AMMUNITION
    MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-     CALIBER-380     VALUE-
MODEL-     HCIC MISC- 50 UNFIRED ROUNDS
RECOVERY DATE03/20/2013     RECOVERY VALUE-
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
    BB GUNS ENTRY IS IN ARTICLE SCREEN.

-------------------------------------------------

GUNS
GUN SUPPL#-04 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
MAKE-WINCHESTER SUPER X     TYPE-AMMUNITION
    MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED.
SERIAL NO-     CALIBER-.22     VALUE-
MODEL-     HCIC MISC-12 UNFIRED ROUNDS
RECOVERY DATE03/20/2013     RECOVERY VALUE-
NOTE: ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN THIS SCREEN
    BB GUNS ENTRY IS IN ARTICLE SCREEN.

-------------------------------------------------

ARTICLES
ARTICLE SUPPL#-01 DISPOSITION-EVIDENCE OF CRIME     COMPLAINANT NO-
ITEM TYPE:NARCOTICS     BRAND-PCP
    MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
    (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)

Confidential - Subject to Protective Order     COH00053750



DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-3 BROWN VIALS CONTAINING PCP APPROX86.89 GRAMS WRAPPED IN WHITE
PLASTIC BAG.
RECOVERY DATE03/20/2013          RECOVERY VALUE-          .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
  HIT 'F2' TO SEE THE EXCLUSIVE LIST.
  ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN
              ARTICLES
ARTICLE SUPPL#-02  DISPOSITION-EVIDENCE OF CRIME          COMPLAINANT NO-
ITEM TYPE:NARCOTICS          BRAND-PCP
  MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
  (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-ONE ALCOHOL BOTTLE CONTAINING PCP APPROX35.53 GRAMS
RECOVERY DATE03/20/2013          RECOVERY VALUE-          .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
  HIT 'F2' TO SEE THE EXCLUSIVE LIST.
  ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

              ARTICLES
ARTICLE SUPPL#-03  DISPOSITION-EVIDENCE OF CRIME          COMPLAINANT NO-
ITEM TYPE:NARCOTICS          BRAND-PCP
  MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
  (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-15 BROWN VIALS CONTAINING PCP RESIDUE APPROX 01 GRAMS
RECOVERY DATE03/20/2013          RECOVERY VALUE-
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
  HIT 'F2' TO SEE THE EXCLUSIVE LIST.
  ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

              ARTICLES
ARTICLE SUPPL#-04  DISPOSITION-EVIDENCE OF CRIME          COMPLAINANT NO-
ITEM TYPE:NARCOTICS          BRAND-PCP
  MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
  (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-2 BROWN VIALS CONTAINING PCP RESIDUE .01 GRAMS
RECOVERY DATE03/20/2013          RECOVERY VALUE-
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
  HIT 'F2' TO SEE THE EXCLUSIVE LIST.
  ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

              ARTICLES
ARTICLE SUPPL#-05  DISPOSITION-EVIDENCE OF CRIME          COMPLAINANT NO-
ITEM TYPE:NARCOTICS          BRAND-PCP
  MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
  (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-1 BROWN AND 1 CLEAR VIAL CONTAINING PCP RESIDUE 01 GRAMS
RECOVERY DATE03/20/2013          RECOVERY VALUE-          .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
  HIT 'F2' TO SEE THE EXCLUSIVE LIST.
  ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

              ARTICLES
ARTICLE SUPPL#-06  DISPOSITION-EVIDENCE OF CRIME          COMPLAINANT NO-
ITEM TYPE:NARCOTICS          BRAND-MARIJUANA
  MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
  (PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
  (INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
  ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-LOOSE MARIJUANA APPROX 1.02 GRAMS
RECOVERY DATE03/20/2013          RECOVERY VALUE-          .
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.

Confidential - Subject to Protective Order          COH00053751

HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES
ARTICLE SUPPL#07 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
ITEM TYPE:DIGITAL SCALE     BRAND-TANITA
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
MODEL-1140     SERIAL SUPPL#-
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-ONE SCALE
RECOVERY DATE:03/20/2013     RECOVERY VALUE-
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES
ARTICLE SUPPL#08 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
ITEM TYPE:MAIL     BRAND-NO BRAND/UNKNOW
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-YELLOW PIECE OF PAPER WITH SUSPECTS NAME ON IT FOUND IN RESIDENCE
RECOVERY DATE:03/20/2013     RECOVERY VALUE-
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

ARTICLES
ARTICLE SUPPL#09 DISPOSITION-RECOVERED & TAGGED     COMPLAINANT NO-
ITEM TYPE:BACK PACK     BRAND-NO BRAND/UNKNOW
MODEL REQUIRED FOR ITEM WITH SERIAL SUPPL# ENTERED
(PUT 'NONE' OR 'UNKNOWN' IN MODEL FOR CREDENTIALS)
DESCRIPTIVE INFORMATION ABOUT ARTICLE FOLLOWS:
(INCLUDE UNIQUE IDENTIFIER SUCH AS: YEAR, SCHOOL NAME, INSCRIPTION OR INITIALS
ON GRADUATION RING, OR INSCRIPTIONS ON WATCH, BRACELET, PENDANT ETC...)
DESCRIPTION-BLACK BACK PACK WITH HOUSTON ASTROS LOGO ON IT
RECOVERY DATE:03/20/2013     RECOVERY VALUE-
NOTE: DO NOT ENTER VEHICLE, GUN, BOAT OR SECURITY ITEMS IN THIS SCREEN.
HIT 'F2' TO SEE THE EXCLUSIVE LIST.
ENTER AMMUNITION (FIRED OR NOT FIRED, WITH OR WITHOUT GUN) IN GUN SCREEN

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER8.00-A
************************************************************
*   ENTRY DEVICE: HP 6005 323358   *
* ENTRY FROM DATE:032013 TIME-1342 TO DATE:032013 TIME-1535 *
* TRANSFER DEVICE: HP 6005 323358 3BL WINT   VER. 8.00-A *
* TRANSFER DATE:032013 TIME-1538   LOAD DATE:032013 TIME-1537 *
*   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14   DIST-14 *
************************************************************
EVIDENCE WAS TAGGED-Y     LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N



**HPD ARCHIVED OLO INCIDENT REPORT 0339358813**

Confidential - Subject to Protective Order          COH00053752

 

| Supplement | Supplement Number | 00007 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/22/2013 | NARC. K-9 | 00 | | | | 00000 |

| Officer1 | R.Q. KING | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | TB | Redacted | | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | | | Stripped |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | | |

**Supplement narrative**

\*\*\* SYSTEM GENERATED DATA - LAST UPDATE 03/22/13 03:15 \*\*\*
I AM OFFICER R.Q. KING OF THE HOUSTON POLICE NARCOTICS DIVISION. I HAVE BEEN WITH HPD FOR APPROXIMATELY 27 YEARS. I HAVE BEEN A K9 HANDLER SINCE 3-5-2010. MY K-9 PARTNER DEE IS A TWO YEAR OLD BELGIAN MALINOIS. DEE AND I ARE CERTIFIED BY THE NATIONAL NARCOTICS DETECTION DOG ASSOCIATION IN THE DETECTION OF MARIJUANA, COCAINE, HEROIN, METHAMPHETAMINE AND MDMA (ECSTASY). WE LAST CERTIFIED ON 01-04-2013. OUR CERTIFICATION NUMBER IS 40851. WE HAVE RECEIVED NUMEROUS HOURS OF SPECIALIZED TRAINING IN NARCOTICS ODOR DETECTION. DEE HAS FOUND NARCOTICS SUBSTANCES ON NUMEROUS PREVIOUS OCCASIONS.

ON 03-19-2013 I RECEIVED A CALL FROM OFFICER G. MAXWELL OF THE NARCOTICS DIVISION SQUAD #15. OFFICER MAXWELL REQUESTED I MEET HIM AND SEVERAL MEMBERS OF THE NARCOTICS DIVISION AT [Redacted] DR. I DROVE TO [Redacted] DR AND MET OFFICER MAXWELL AND THE OTHER OFFICERS. I WAS ADVISED THAT AN OFFICER INVOLVED SHOOTING HAD OCCURRED AT THIS LOCATION. IT WAS REQUESTED THAT I HAVE DEE SEARCH THE EXTERIOR OF THE HOUSE ALONG WITH SEVERAL VEHICLES PARKED AT THIS LOCATION.

I REMOVED DEE FROM MY TRUCK AND TOOK HER AROUND THE EXTERIOR OF THE HOUSE WITH NO ALERTS DETECTED. I THEN MOVED TO THE FRONT OF THE RESIDENCE AND SEARCH TWO VEHICLES PARKED IN THE DRIVEWAY WITH NO ALERTS DETECTED. I ALSO HAD DEE SEARCH THE EXTERIOR OF A VEHICLE PARKED ON THE STREET AT THIS LOCATION WITH NO ALERTS DETECTED.

WE THEN WAITED FOR THE RESIDENCE TO BE PROCESSED BY HOMICIDE AND THE CRIME SCENE UNIT. SGT. YENCHA THEN REQUESTED I HAVE DEE SEARCH THE INTERIOR OF THE RESIDENCE FOR POSSIBLE NARCOTICS. I TOOK DEE INTO THE RESIDENCE AND BEGAN OUR SEARCH. DURING THE SEARCH OF THE RESIDENCE NO ALERTS FOR THE ODOR OF NARCOTICS WAS DETECTED. IT SHOULD BE NOTED THAT THE INTERIOR OF THE RESIDENCE WAS EXTREMELY MESSY. LARGE PILES OF CLOTHES AND MISCELLANEOUS DEBRIS WAS SCATTERED THROUGH OUT THE RESIDENCE. THIS MADE IT VERY DIFFICULT TO SEARCH ALL AREAS OF THE RESIDENCE. I THEN RETURNED DEE TO MY TRUCK.

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER VER 7.00-C
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* ENTRY DEVICE: HP DC5750 300918 *
* ENTRY FROM DATE 032213 TIME-0307 TO DATE 032213 TIME-0315 *
* TRANSFER DEVICE: HP 6005 325390 NDD WIN7 VER. 8.00-A*
* TRANSFER DATE-032213 TIME-0413 LOAD DATE-032213 TIME-0413 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 14 DIST-14 *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N

| Supplement | Supplement Number | 00008 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | | 00 | | | | 00000 |

| Officer1 | BARR, A W | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | REVIEWCOP | Redacted | | 3/21/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

Confidential - Subject to Protective Order     COH00053753



| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | | |
|---|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | | |
| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | | State | Year |
| Veh Top Color | | Veh Make | | Veh Model | | | Yeard |
| Veh Release Tow To | | Towed By | | Towed By Phone | 0000000000 | Stripped | |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 05:05 ***
Case Number: 033958813-P
Date: 03-19-13
Introduction:
I, Officer A. W. Barr (CSU21) Assigned to the Houston Police Department's
Identification Division/ Crime Scene Unit, was notified from the Homicide hold
desk on 3-20-13 in regards to charting weapons from officers involved in a
shooting on **Redacted** Drive at 1930 hours.
Charting of Weapons:
Officer E. Medrano (employee number Redacted)
AR 15 Rock River Arms
SN: KT1030805
Loaded with 1 LC .223 unfired cartridge
Magizine loaded with 21 LC .223 unfired cartridges
Primary Weapon:
Glock 22 .40 caliber
SN: HXK802
Loaded with 1 .40 caliber Speer unfired cartridge
14 in magazine 14 Speer unfired cartridges
2 Extra magazines
1 extra magazine with 14 unfired cartridges all Speer .40 cal
1 extra magazine with 15 unfired cartridges all Speer .40 cal
C. Olivares (employee number 92552)
Glock 22 .40 cal
SN: CZH370
One unfired cartridge (Federal .40)
15 unfired (Federal .40cal) cartridges in magazine
4 spare magazines loaded with 15 unfired Federal .40 cartridges
W. J. Davis (employee number 106534)
Glock 23c
SN: EAX399
Loaded with 1 unfired speer .40 cartridge
One magazine containing 13 unfired .40 speer cartridges
Two spare magazines containing 14 unfired .40 speer cartridges
G. Goines (employee number 82651)
Glock 20 10 mm
SN: AZ202
Loaded with one 10mm Winchester unfired cartridge.
Magazine 5 R.P unfired cartridge 1: FC unfired cartridges 7: Winchester
unfired cartridges.
2 extra magazines:
1 extra magazine loaded with 15 Winchester unfired cartridges
1 extra magazine loaded with 5 Winchester unfired cartridges and 10 RP unfired
cartridges.
Rock River Arms AR-15
SN: KT1030804
Loaded with 1 LC .223 unfired cartridge
One magazine loaded with 28 LC .223 cartridges
S. Bryant (employee number 106620)
Glock 22 .40
SN: LRY236
Loaded with 1 Speer .40 unfired cartridge
14 .40 Speer unfired cartridges in loaded magazine
Three spare magazines all loaded with Speer .40 unfired cartridges each

S. Morton (employee number 115796)
Glock 22
SN: GZB558
Loaded with 1 unfired Winchester cartridge
One Magazine with 15 unfired cartridges 8 Winchester 7 Federal
Two Spare magazines one with 12 unfired cartridges 10 Federal and 2 Winchester

One with 15 unfired cartridges 11 federal cartridges and 4 Winchester
SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT

Confidential - Subject to Protective Order     COH00053754



```
*****************************************************
* ENTRY DEVICE: 10.210.8.77                        *
* ENTRY FROM DATE032013 TIME-0504 TO DATE-032013 TIME-0505 *
* TRANSFER DEVICE, POLICE INCIDENTREPORT.HPD       VER.9.0 *
* TRANSFER DATE-032013 TIME-0505 LOAD DATE-032013 TIME-0508 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14   DIST-14 *
*****************************************************
```

EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

| Supplement | Supplement Number | 00009 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | | 00 | | | | 00000 |

| Officer1 | BARR, A W | | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | | Shift | | REVIEWCOP | | Redacted | 3/21/2013 | 3/19/2013 |

| Caller | | | Caller Phone | 00000000000000 | Damage AMT | 0 | |
|---|---|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | State | Year |
|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | Veh Model | | Yeard | |
| Veh Release Tow To | | Towed By | Towed By Phone | 0000000000 | Stripped | |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE3/20/2013 05:14 ***
Case Number: 033958813-P
Date: 03-19-13
Introduction:
I, Officer A. W. Barr (CSU21) Assigned to the Houston Police Department's
Identification Division/ Crime Scene Unit, was notified from the Homicide hold
desk on 3-20-13 in regards to charting weapons from officers involved in a
shooting on[ Redacted ]Drive at 1930 hours.
Charting of Weapons:
Officer E. Medrano (employee number 107330)
AR 15 Rock River Arms
SN: KT1030805
Loaded with 1 LC .223 unfired cartridge
Magizine loaded with 21 LC .223 unfired cartridges
Primary Weapon:
Glock 22 .40 caliber
SN: HXK802
Loaded with 1 .40 caliber Speer unfired cartridge
14 in magazine 14 Speer unfired cartridges
2 Extra magazines
1 extra magazine with 14 unfired cartridges all Speer .40 cal
1 extra magazine with 15 unfired cartridges all Speer .40 cal
C. Olivares (employee number 92552)
Glock 22 .40 cal
SN: CZH370
One unfired cartridge (Federal .40)
15 unfired (Federal .40cal) cartridges in magazine
4 spare magazines loaded with 15 unfired Federal .40 cartridges
W. J. Davis (employee number 106534)
Glock 23c
SN: EAX399
Loaded with 1 unfired speer .40 cartridge
One magazine containing 13 unfired .40 speer cartridges
Two spare magazines containing 14 unfired .40 speer cartridges
G. Goines (employee number 82651)
Glock 20 10 mm
SN: AZ202
Loaded with one 10mm Winchester unfired cartridge.
Magazine 5:R.P unfired cartridge 1: FC unfired cartridges 7: Winchester
unfired cartridges,
2 extra magazines:
1 extra magazine loaded with 15 Winchester unfired cartridges.

Confidential - Subject to Protective Order                                    COH00053755

1 extra magazine loaded with 5 Winchester unfired cartridges and 10 RP unfired
cartridges.
Rock River Arms AR-15
SN: KT1030804
Loaded with 1 LC .223 unfired cartridge
One magazine loaded with 28 LC .223 cartridges
S. Bryant (employee number 106620)
Glock 22 .40
SN: LRY236
Loaded with 1 Speer .40 unfired cartridge
14 .40 Speer unfired cartridges in loaded magazine
Three spare magazines all loaded with Speer .40 unfired cartridges each.

S. Morton (employee number 115796)
Glock 22
SN: GZB558
Loaded with 1 unfired Winchester cartridge
One Magazine with 15 unfired cartridges 8 Winchester 7 Federal
Two Spare magazines one with 12 unfired cartridges 10 Federal and 2 Winchester

One with 15 unfired cartridges 11 federal cartridges and 4 Winchester
Photography:
I, A. W. Barr photographed the charting of the weapons in this report and down
loaded all 67 photographs into the Dataworks plus database.

```
    SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
    ***********************************************************************
    * ENTRY DEVICE: 10.210.8.77                      *
    * ENTRY FROM DATE-032013 TIME-0513  TO  DATE-032013 TIME-0514  *
    * TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD        VER.9.0  *
    * TRANSFER DATE-032013 TIME-0513  LOAD DATE-032013 TIME-0512  *
    * LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14 *
    ***********************************************************************
    EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
    STOLEN METAL-N
```

Confidential - Subject to Protective Order                                      COH00053756



# HPD ARCHIVED OLO INCIDENT REPORT 033958813

| Supplement | Supplement Number | 00010 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | | 00 | | | | 00000 |

| Officer1 | STEVENS, M D | Redacted | | Shift | 2 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | MYRICK, C A | Redacted | | Shift | 2 | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | State | Year |
|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | Veh Model | | Yeard |
| Veh Release Tow To | | Towed By | | Towed By Phone | 0000000000 | Stripped |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 00:13 ***
I OFFICER M STEVENS ALONG WITH OFFICER C MYRICK RIDING UNIT 14D29E ON 3-19-13 CHECKED BY WITH THE SOUTHEAST NARCOTICS DIVISION AT THE SOUTHEAST STATION IN REGARDS TO SERVING A WARRANT AT LISTED LOCATION [Redacted] HOUSTON, TX.

OFFICERS THEN FOLLOWED THE NARCOTICS UNIT TO THE LISTED LOCATION. OFFICER UPON ARRIVAL EXITED THE PATROL CAR AND HELD THE PERIMETER OUTSIDE OF THE RESIDENCE WHILE NARCOTICS MADE ENTRY.

OFFICER MYRICK WAS THEN ADVISED BY A NARCOTICS OFFICER WHO EXITED THE RESIDENCE TO RADIO THE DISPATCHER FOR AN AMBULANCE FOR A MALE CONSCIOUS AND BREATHING WHO SUFFERED A GUNSHOT WOUND AND MORE PATROL UNITS. OFFICER MYRICK WAS ALSO ADVISED BY THE NARCOTICS OFFICER TO BRING A FIRST AID KIT IF ONE WAS AVAILABLE. OFFICER MYRICK ENTERED THE RESIDENCE AND GAVE A NARCOTICS OFFICER THE FIRST AID KIT AND EXITED THE RESIDENCE.

OFFICER WERE THEN ADVISED BY NARCOTICS OFFICERS TO PLACE WITNESS, ELIZABETH GONSOULIN, IN THE BACKSEAT OF THE PATROL CAR.

I OFFICER STEVENS WAS THEN ADVISED TO STAY INSIDE THE RESIDENCE TO SECURE THE SCENE. OFFICER MYRICK STAYED WITH THE WITNESS AT THE PATROL CAR.

OFFICERS THEN RELEASED THE WITNESS TO UNIT 14D51N WHO TRANSPORTED THE WITNESS TO HOMICIDE DIVISION AT 1200 TRAVIS.

OFFICERS WERE THEN RELEASED FROM THE SCENE AND I OFFICER STEVENS COMPLETED THIS SUPPLEMENT.
SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
**********************************************************************
* ENTRY DEVICE: 10.10.145.194 *
* ENTRY FROM DATE-031913 TIME-2325 TO DATE-032013 TIME-0013 *
* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD VER.9.0 *
* TRANSFER DATE-032013 TIME-0013 LOAD DATE-032013 TIME-0605 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14 DIST-14 *
**********************************************************************
EVIDENCE WAS TAGGED-N LATENT PRINTS WERE LIFTED AT A SCENE-N STOLEN METAL-N

Confidential - Subject to Protective Order                                        COH00053757



| Supplement | Supplement Number | 00011 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | SOUTHEAST | 00 | | | | 00000 |

| Officer1 | CABRERA, E | Redacted | | Shift | 2 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | RYLANDER, M L | Redacted | | Shift | 2 | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000 | Damage AMT | 0 | | |
|---|---|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name |
|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | Year |
|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | |

**Supplement narrative**

```
*** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 00:04 ***
SUPPLEMENT NARRATIVE:
***********************
```

I, OFFICER E CABRERA, ALONG WITH OFFICER M RYLANDER, WAS RIDING UNIT 13D27E ON 03-19-2013 WHEN WE CHECKED BY WITH THE NARCOTICS DIVISION TO SERVE A WARRANT AT [Redacted] IN 14D10'S BEAT AT 1939 HRS. OUR FUNCTION WAS TO SECURE THE PERIMETER AROUND THE TARGET LOCATION. OFFICER RYLANDER AND MYSELF MADE OUR WAY TO THE BACK YARD UPON ARRIVAL TO THE LISTED TARGET LOCATION. WE SECURED THE BACKYARD IN ORDER TO PREVENT THE ESCAPE OF ANY SUBJECTS THAT WERE INSIDE OF THE HOUSE. A SHORT TIME AFTER ENTRY WAS MADE, WE HEARD OVER THE RADIO THAT AN AMBULANCE WOULD NEED TO BE CALLED FOR A MALE WITH A GUNSHOT WOUND. OFFICER MYRICK, RIDING 14D29E, THEN NOTIFIED DISPATCH OF THE SITUATION.

WE THEN PLACED MR. ELTON GONSOULIN IN THE BACK SEAT OF OUR PATROL CAR TO KEEP HIM SEPARATE FOR THE HOMICIDE DIVISION. WE WAITED AT THE SCENE UNTIL A RELIEF UNIT WAS SENT TO US. UNIT #14D36J TOOK MR. ELTON GONSOULIN FROM US, AND WE RETURNED TO THE STATION TO COMPLETE THIS SUPPLEMENT REPORT

```
    SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
    **************************************************************
    * ENTRY DEVICE: 10.10.144.240                    *
    * ENTRY FROM DATE-031913 TIME-2349  TO  DATE-032013 TIME-0004  *
    * TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD        VER-9.0  *
    * TRANSFER DATE-032013 TIME-0004  LOAD DATE-032013 TIME-0603  *
    * LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14 *
    **************************************************************
    EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
    STOLEN METAL-N
```

Confidential - Subject to Protective Order     COH00053758



| Supplement | Supplement Number | 00012 | Offense Type | INVESTIGATION (HOMICIDE) | | | |
|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | | 00 | | | | 00000 |

| | | | Shift | | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|
| Officer1 | GUNTER, M D | Redacted | 3 | | | Redacted | | |
| Officer2 | LAIRD, J A | Redacted | 3 | | REVIEWCOP | | 3/21/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 | | |
|---|---|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | | Stripped | |
| Veh VIN | | Towe UcrCd | 0 | | Wrecked? | | | | | |

**Supplement narrative**

```
*** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 05:11 ***
INTRODUCTION
************************
  I, OFFICER M D GUNTER PR# 127969, AND OFFICER J. LAIRD, PR# 130263, RIDING
14D36J RECEIVED A MESSAGE FROM 80D03 DIRECTING US TO CHECK BY ON A SERVING
WARRANT CALL AT APPROX2350 HRS ON 03/19/2013 AT[ Redacted ]HOUSTON, TX
77021 TO RELIEVE SOME EVENING SHIFT OFFICERS.
  WE ARRIVED AT APPROX2352 HRS AND MET WITH 14D29E ON SCENE.

OFFICERS ACTIONS
*******************************
  WE ARRIVED AT THE LOCATION AND MET WITH14D29E. WE OBSERVED THAT HOMICIDE ON
SCENE NEEDED ELTON GONSAOULIN (DOB Redacted TRANSPORTED TO HOMICIDE TO BE
INTERVIEWED. WE THEN ESCORTED MR. GONSAUOLIN OUT OF 13D27E'S SHOP AND PUT HIM
IN OUR SHOP. WE THEN TRANSPORTED MR. GONSAUOLIN TO HOMICIDE DIVISION AT1200
TRAVIS. WE THEN WAITED WITH MR. GONSAUOLIN UNTIL WE WERE RELIEVED BY A
HOMICIDE INVESTIGATOR FROM THE SCENE. WE THEN COMPLETED THIS SUPPLEMENT TO
DOCUMENT OUR INVOLVEMENT IN THIS INCIDENT.

     SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
    ***********************************************************
   * ENTRY DEVICE: 10.10.145 209             *
   * ENTRY FROM DATE032013 TIME-0506 TO DATE032013 TIME-0511  *
   * TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD      VER.9.0  *
   * TRANSFER DATE-032013 TIME-0511 LOAD DATE-032013 TIME-0512  *
   * LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14 *
    ***********************************************************
   EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
   STOLEN METAL-N
```

Confidential - Subject to Protective Order — COH00053759



| Supplement | Supplement Number | 00013 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | SE PAT | 00 | | | | 00000 |

| | | | | | Shift | | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Officer1 | NGUYEN, C T | Redacted | | | 2 | | | | | | |
| Officer2 | MARTINS, R F | Redacted | | Shift | 2 | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | State | Year |
|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | Veh Model | | Yeard |
| Veh Release Tow To | | Towed By | | Towed By Phone | 0000000000 | Stripped |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | |

**Supplement narrative**

```
          *** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 00:23 ***
                     SUPPLEMENT

I, OFFICER C.NGUYEN AND OFFICER R.MARTINS RIDING UNIT 14D51E ON 3-19-13 WHEN WE
WERE DISPATCHED TO A CALL AT 2032 HOURS REGARDING A WARRANT CALL AT [Redacted]
   [Redacted]   WE ARRIVED AT 2037 HOURS AND ASSISTED OTHER OFFICERS BY PUTTING UP
CRIME SCENE TAPE. WE THEN PLACED A WITNESS INTO OUR SHOP FROM 14D17E SHOP WHILE
THEY WENT TO THE HOSPITAL TO CHECK ON THE PERSON THAT GOT SHOT. THE WITNESS,
ANESHAI NEAL DOB [Redacted] WAS THEN PLACED IN 14D17N SHOP AND WE WERE RELIEVED
AND I ENTERED THIS SUPPLEMENT.

          SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
          **********************************************************
          * ENTRY DEVICE: 10.10.145.97                 *
          * ENTRY FROM DATE 031913 TIME-2259  TO  DATE 032013 TIME-0023   *
          * TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD       VER.9.0   *
          * TRANSFER DATE-032013 TIME-0022   LOAD DATE-032013 TIME-0609   *
          * LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 14    DIST-14  *
          **********************************************************
          EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
          STOLEN METAL-N
```

Confidential - Subject to Protective Order                                                    COH00053760



| Supplement | Supplement Number | 00014 | Offense Type | INVESTIGATION (HOMICIDE) | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | | 00 | | | | 00000 |

| Officer1 | NEWBERRY, J D | Redacted | | Shift | 2 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | TB | Redacted | | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

```
*** SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 00:32 ***
I OFFICER NEWBERRY, RIDING 14D16E. I HEARD 14D29E BUMP OVER THE RADIO THAT THEY
NEEDED SOME MORE PATROL UNITS. AND AN AMBULANCE WHERE THEY WERE SERVING THE
WARRANT    Redacted    DR. I WAS JUST DOWN THE STREET AND WAS ON A CALL AT ALICE
@ BEECHWOOD. I THEN ARRIVED AND BEGAN TO HELP PUT UP CRIME SCENE TAPE. I THEN
LEFT MY PATROL CAR AT THE NORTH END OF THE CRIME SCENE TO BLOCK THE STREET ON
SHERWOOD. I THEN HELPED TO SECRUE THE PRIMITER OF THE CRIME SCENE WHERE I HAD
HELP SET UP THE CRIME SCENE TAPE.

I WAS RELIEVED ON THE SCENE BY 14D17N. I THEN COMPLETED THIS SUPPLEMENT.

    SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
    *************************************************************
    * ENTRY DEVICE: 10.10.145.126                    *
    * ENTRY FROM DATE 031913 TIME-2228  TO  DATE 032013 TIME-0032   *
    * TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD        VER.9.0  *
    * TRANSFER DATE-032013 TIME-0032   LOAD DATE-032013 TIME-0610   *
    * LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14  *
    *************************************************************
    EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
    STOLEN METAL-N
```

Confidential - Subject to Protective Order     COH00053761



| Supplement | Supplement Number | 00015 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | SE PAT/3 | 00 | | | | 00000 |

| | Officer1 G SALCIDO | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Officer2 000000 | | | Shift | | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | | | | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE03/20/13 04:37 ***
OFFICER SALCIDO RIDING UNIT 14D20N WHILE AT BEN TAUB HOSPITAL SITTING UP ON A
SUSPECT THAT WAS SHOT DURING A NARCOTICS WARRANT WAS ADVISED BY CSU5 OFFICER
JAVIER THAT A BULLET FRAGMENT WAS FOUND ON THE OPERATING TABLE AFTER THE
SUSPECT WAS OUT OF SURGERY THAT NEEDED TO BE TAKEN TO CSU OFFICER AT200
TRAVIS FOR EVIDENCE.
OFFICER WAS RELIEVED AT0305 HRS AND WENT TO SECURITY OFFICE AT BEN TAUB AND
SPOKE WITH B.JOHNSON WHO IS HEAD OF SECURITY AT LOCATION AND OFFICER WAS HANDED
A PLASTIC BAG CONTAINING A BULLET THAT WAS RECOVERED BY HIM.
OFFICER SIGNED OUT THE EVIDENCE FROM BEN TAUB SECURITY AND TRANSPORTED EVIDENCE
TO 1200 TRAVIS AND HANDED IT OVER TO CSU15 OFFICER JAVIER.
OFFICER THEN SUPPLEMENTED THE ORIGINAL REPORT.THE EVIDENCE WAS RECOVERED BY
OFFICER FROM BEN TAUB SECURITY AT0315 HRS..

SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER8.00-A
*******************************************************************
* ENTRY DEVICE: HP 6005 HPD325545                            *
* ENTRY FROM DATE-032013 TIME-0426  TO  DATE-032013 TIME-0437  *
* TRANSFER DEVICE: HP 6005 HPD325545 SE3 WIN7       VER. 8.00-A*
* TRANSFER DATE-032013 TIME-0438  LOAD DATE-032013 TIME-0620  *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14 *
*******************************************************************
EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Confidential - Subject to Protective Order                                        COH00053762



| Supplement | Supplement Number | 00016 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | SE PATROLIII | 00 | | | | 00000 |

| Officer1 | FLUITT, S J | Redacted | | Shift | 3 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

\*\*\* SYSTEM GENERATED DATA - LAST UPDATE 3/20/2013 06:07 \*\*\*
SUPPLEMENT INTRODUCTION:

I, OFFICER S. FLUITT, RIDING 14D17N, ASSISTED IN TRANSPORTING A WITNESS FROM A
HOMICIDE INVESTIGATION SCENE, ON A WEDNESDAY MARCH 19, 2013 AT APPROX. 2310
HOURS FOR | Redacted | DRIVE.

I, OFFICER FLUITT, ARRIVED AT THE SCENE AT APPROX 2327 HOURS AND PLACED
WITNESS ANESHAI J. NEAL OUT OF UNIT 14D51E PATROL VEHICLE TO THE BACK OF MY
PATROL VEHICLE.

OFFICER'S ACTION:

I, OFFICER FLUITT, ADVISED DISPATCH WHILE TRANSPORTING WITNESS A. NEAL TO 1200
TRAVIS THE 6TH FLOOR TO THE HOMICIDE DIVISION TO BE INTERVIEWED. AFTER THE
INTERVIEW, A. NEAL AND HER GRANDPARENTS WERE TRANSPORTED BACK TO | Redacted |
DRIVE. THIS SUPPLEMENT IS COMPLETE.

SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* ENTRY DEVICE: 10.10.144.169                           \*
\* ENTRY FROM DATE-032013 TIME-0526  TO  DATE-032013 TIME-0607  \*
\* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD       VER.9.0  \*
\* TRANSFER DATE-032013 TIME-0607  LOAD DATE-032013 TIME-0623  \*
\* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14    DIST-14 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Confidential - Subject to Protective Order                                           COH00053763



| Supplement | Supplement Number | 00017 | Offense Type | INVESTIGATION (HOMICIDE) | | |
|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/20/2013 | PATROL | 00 | | | | 00000 |

| | | | Shift | | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|
| Officer1 | ALDRETE, C E | Redacted | Shift | 2 | Reviewed By | Redacted | | |
| Officer2 | MATTHEWS, L R | Redacted | Shift | 2 | TB | | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | State | Year |
|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | Veh Model | | Yeard |
| Veh Release Tow To | | Towed By | | Towed By Phone | 0000000000 | Stripped |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | |

**Supplement narrative**

*** SYSTEM GENERATED DATA - LAST UPDATE3/20/2013 18:50 ***
INTRODUCTION:
****************

   I, OFFICER C.E ALDRETE AND OFFICER L. MATTHEW ASSIGNED TO RIDE UNIT#14D17E ON 03-19-2013 AT2030 HOURS RECIEVED A CALL IN REGARDS TO ASSISTING IN A WARRANT EXECUTION AT[Redacted] ADVISED BY 14D29E. OFFICER'S WERE IN THE AREA AND VOLUNTEERED TO ASSIST IN THE WARRANT.14D29E THEN ADVISED OVER THE AIR OF A MALE BEING SHOT AND REQUESTING HFD TO THE LOCATION.

   WE ARRIVED AT2030 HOURS AND OBSERVED THE INDIVIDUALS AT THE SCENE TO BE SEPERATED AND OBSERVED PATROL UNIT TO BE ON SCENE. I WAS THEN ADVISED BY A NARCOTICS SGT STATING IF WE HAD ANY MEDICAL KITS TO ASSIST IN TREATING THE MALE WHO WAS SHOT AT THE LOCATION. I OFFICER ALDRETE LOOKED IN THE BACK OF THE PATROL VEHICLE AND LOCATED SOME MEDICAL SUPPLIES AND GAVE THE SUPPLIES TO THE NARCOTICS OFFICER'S ON SCENE. MY PARTNER MATTHEWS TOOK A POSSIBLE FEMALE SUSPECT AND DETAINED HER IN THE BACK OF OUR PATROL VEHICLE. OFFICER THEN STARTED TO SET A PERIMETER USING YELLOW POLICE TAPE AROUND THE PERIMETER. OFFICER ALDRETE WAS ADVISED BY THE NARCOTIC SGT TO FOLLOW HFD A025 AND FOLLOW TO BEN TAUB TO CHECK THE WELFARE OF THE SUSPECT INVOLVED IN THE SHOOTING. OFFICER'S THEN TOOK THE FEMALE OUT OF OUR SHOP AND PLACED THE FEMALE INTO 14D51E PATROL VEHICLE. WE THEN FOLLOWED HFD A025 TO BEN TAUB AND ARRIVED AT THE HOSPITAL. WE THEN WAITED FOR THE OUTCOME OF THE WELFARE OF THE POSSIBLE SUSPECT WHERE WE DID NOT GET A PROGNOSIS AT THAT TIME. WE WERE THEN RELIEVED BY14D20N WHO ASSUMED THE WATCH.

   SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
*****************************************************************
* ENTRY DEVICE: 10.10.145.61      *
* ENTRY FROM DATE032013 TIME-1548 TO DATE-032013 TIME-1850 *
* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD    VER.9.0 *
* TRANSFER DATE-032013 TIME-1850 LOAD DATE-032013 TIME-1852 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14   DIST-14 *
*****************************************************************
EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Confidential - Subject to Protective Order           COH00053764



| Supplement | Supplement Number | 00018 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/21/2013 | Property RM | 00 | | | | 00000 |

| Officer1 | Darius L. Franklin | Redacted | Shift | 1 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | Shift | | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | | |

**Supplement narrative**

```
*** THIS IS SUBMITTED BY EMS ON 03/20/13 09:47 ***
On 3/20/2013 9:47:00 AM, Darius L. Franklin, From Lab
ITEM INFO:
ITEM NUM - 004        ITEM TYPE - AMMUNITION/AMMO
DESCRIPTION - (15) Unfired 223 Remington Cartridges
SN#
```

| Supplement | Supplement Number | 00019 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 3/25/2013 | Property RM | 00 | | | | 00000 |

| Officer1 | Owilber J. Sanchez-G | Redacted | Shift | 1 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | Shift | | TB | | Redacted | 3/27/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | | |

**Supplement narrative**

```
*** THIS IS SUBMITTED BY EMS ON 03/25/13 09:35 ***
On 3/25/2013 9:35:00 AM Owilber J. Sanchez-Garay, To Lab
SIGNED BY: Darius L. Franklin - 137403
ITEM INFO:
ITEM NUM - 005        ITEM TYPE - PISTOL, SEMIAUTOMATIC
DESCRIPTION - 1-380 KEL TEC MODEL # P3AT BLACK SEMI AUTO PISTOL S/N HG042
SN# HG042/ /
ITEM NUM - 005.01        ITEM TYPE - FIREARMS MAGAZINE (PISTOL / LONG GUN)
DESCRIPTION - 1-MAGAZINE FOR KEL-TEC
SN#
ITEM NUM - 006        ITEM TYPE - AMMUNITION/AMMO
DESCRIPTION - 50-UNFIRED 380 PMC CARTRIDGES IN BOX
SN#
ITEM NUM - 007        ITEM TYPE - AMMUNITION/AMMO
DESCRIPTION - 12-UNFIRED 22 WINCHESTER SUPER X CARTRIDGES IN BOX
SN#
```

Confidential - Subject to Protective Order     COH00053765



| Supplement | Supplement Number | 00020 | Offense Type | INVESTIGATION (HOMICIDE) |

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 4/1/2013 | LIMS | 00 | | | | 00000 |

| Officer1 | LIMSCOP | Redacted | | Shift | 1 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | HURD | | Redacted | 4/11/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | | |

**Supplement narrative**

*** THIS IS SUBMITTED BY LIMS Brittany Smith ON <04/01/2013 14:44:> ***
THE CONTROLLED SUBSTANCES LABORATORY REPORT FOR THIS CASE IS COMPLETE AND AVAIL
ABLE IN LIMS VIA WEBPRELOG. Item #12.1.1: . Item #12.2.1: .

---

| Supplement | Supplement Number | 00021 | Offense Type | INVESTIGATION (HOMICIDE) |

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 4/15/2013 | LIMS | 00 | | | | 00000 |

| Officer1 | LIMSCOP | Redacted | | Shift | 1 | Reviewed By | | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | JZAKIKHANI | | Redacted | 4/22/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | | Towe UcrCd | 0 | | Wrecked? | | | | |

**Supplement narrative**

*** THIS IS SUBMITTED BY LIMS Donna B Eudaley ON <04/15/2013 09:19:> ***
LABORATORY TESTING HAS BEEN COMPLETED IN ASSOCIATION WITH A REQUEST FOR Firearm
s ANALYSIS. PLEASE CONTACT THE LAB OR DOWNLOAD THE REPORT THROUGH WEB PRELOG UND
ER INCIDENT NUMBER 033958813

---

Confidential - Subject to Protective Order                    COH00053766



| Supplement | Supplement Number | 00022 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 4/18/2013 | Property RM | 00 | | | | 00000 |

| Officer1 | Darius L. Franklin   Redacted | | | Shift | 1 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | JZAKIKHANI | Redacted | 4/22/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 | | |
|---|---|---|---|---|---|---|---|

| Complaintant(s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | Towed By | | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | | | | | |

Supplement narrative

```
*** THIS IS SUBMITTED BY EMS ON 04/18/13 09:52 ***
On 4/18/2013 9:52:00 AM Darius L. Franklin,From Lab
SIGNED BY: Richard W. Noftsier -135069
ITEM INFO:
ITEM NUM - 005        ITEM TYPE - PISTOL, SEMIAUTOMATIC
DESCRIPTION - 1-380 KEL TEC MODEL # P3AT BLACK SEMI AUTO PISTOL S/N HG042
SN# HG042/ /
ITEM NUM - 005.01        ITEM TYPE - FIREARMS MAGAZINE (PISTOL / LONG GUN)
DESCRIPTION - 1-MAGAZINE FOR KEL-TEC
SN#
ITEM NUM - 006        ITEM TYPE - AMMUNITION/AMMO
DESCRIPTION - 50-UNFIRED 380 PMC CARTRIDGES IN BOX
SN#
ITEM NUM - 007        ITEM TYPE - AMMUNITION/AMMO
DESCRIPTION - 12-UNFIRED 22 WINCHESTER SUPER X CARTRIDGES IN BOX
SN#
```

| Supplement | Supplement Number | 00023 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 4/26/2013 | LIMS | 00 | | | | 00000 |

| Officer1 | LIMSCOP   Redacted | | | Shift | 1 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | | Shift | | TB | Redacted | 5/3/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 | | |
|---|---|---|---|---|---|---|---|

| Complaintant(s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | Towed By | | | | Towed By Phone | 0000000000 | Stripped | | |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | | | | | |

Supplement narrative

```
*** THIS IS SUBMITTED BY LIMS Jennifer Bourgeois ON <04/26/2013 08:36:> ***
LABORATORY TESTING HAS BEEN COMPLETED IN ASSOCIATION WITH A REQUEST FOR IBIS AN
ALYSIS. PLEASE CONTACT THE LAB OR DOWNLOAD THE REPORT THROUGH WEB PRELOG UNDER I
NCIDENT NUMBER 033958813
```

| Supplement | Supplement Number | 00024 | Offense Type | INVESTIGATION (HOMICIDE) | | | | |
|---|---|---|---|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 7/10/2013 | HOMICIDE | 00 | | | | 00000 |

| Officer1 | RICHARDSON, T M   094149 | | | Shift | 2 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|---|

Confidential - Subject to Protective Order                                        COH00053767



| Officer2 | 000000 | | Shift | | RC BENSON | Redacted | 8/9/2013 | 3/19/2013 |
|---|---|---|---|---|---|---|---|---|

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name |
|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 |

| Veh/Bot Color | | Veh Burned | Veh Damaged | License No. | State | Year |
|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | Veh Model | | Yeard |
| Veh Release Tow To | | Towed By | | Towed By Phone | 0000000000 | Stripped |
| Veh VIN | | Towe UcrCd | 0 | Wrecked? | | |

Confidential - Subject to Protective Order     COH00053768

Supplement narrative

*** SYSTEM GENERATED DATA - LAST UPDATE7/10/2013 20:27 ***
*************************
Follow up Investigation
*************************

The Follow-up Investigation in reference to Inc. #033958813. Officer Dominguez has changed days off and the interview of the suspect in this case has fallen to Sgt. Richardson. It was determined on Monday June, 10, 2013 that the suspect is still hospitalized from his wounds.

On, Tuesday, June 11, 2013 at approximately 1830 hrs. Sgt. Richardson went to Ben Taub General Hospital in an attempt to interview the suspect who is still hospitalized from the gunshot wound. The suspect was found on the 4th floor, in room 4B01, bed 1. Suspect's mother, Elizabeth Gonsoulin was present in the room.

I spoke with both the suspect and his mother. She stated that she was not sure their attorney would want them to speak with the police without the attorney present. I explained to Mrs. Gonsoulin that my questions of the suspect were in regards to the shooting by the police officer and had nothing to do with the drug case that had brought the police to the residence on the night in question. She asked the suspect if he wanted to talk and he said for her to try and contact the attorney. I stepped into the hallway and waited about 20-25 minutes for her to contact the attorney to find out if it would be okay to speak with the suspect regarding the shooting. When I returned to the room, Mrs. Gonsoulin said she had been unable to reach the attorney and he had not called her back. She then declined to allow the suspect to speak with me. The suspect would only look at his mother and did not direct any comments towards me. I gave Mrs. Gonsoulin my business card and asked that she contact me in the next day of so if the attorney called her back and would allow me to interview the suspect.

*************************
Investigator's Notes:
*************************

During prior visits to the Hospital the suspect has been unable to speak due to being sedated. Today, June 11, 2013 the suspect was clearly able to speak but simply chose not to. Either because he did not want to talk to the investigator about the shooting or as his mother has previously stated, "George does not like the police".

This investigator feels confident that the suspect does not want to talk to the police about the shooting because he believes that the investigation is not really about the shooting but about the reason Narcotics Officers were at his residence on 3/19/2013, because of his alleged drug dealing.

At this point, due to past time constraints of waiting for the suspect to be awake and "physically well" enough to talk with the investigators about the shooting. And the suspect exhibiting that even if "physically well" enough to discuss the shooting, he chooses not to speak with the investigator, I have no choice but to conclude any further attempts to speak with the suspect about the shooting and close this investigation.

*************************
This concludes this supplement

SYSTEM ADVISORY: REPORT ENTERED USING HOUSTON POLICE WEB REPORT
*************************************************************
* ENTRY DEVICE: 10.210.28.59                               *
* ENTRY FROM DATE-071013 TIME-2002 TO DATE-071013 TIME-2027 *
* TRANSFER DEVICE: POLICE.INCIDENTREPORT.HPD     VER 9.0   *
* TRANSFER DATE-071013 TIME-2027 LOAD DATE-071013 TIME-2004 *
* LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT14   DIST-14 *
*************************************************************
EVIDENCE WAS TAGGED-N    LATENT PRINTS WERE LIFTED AT A SCENE-N
STOLEN METAL-N

Confidential - Subject to Protective Order       COH00053769

 

| Supplement | Supplement Number | 00025 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 9/13/2013 | HOM | | | | | 00000 |

| Officer1 | CHOSKIN Redacted | | Shift | 1 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | Shift | | CALEXANDER | Redacted | 9/29/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | | Stripped | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

On 9/13/2013 the entire original Homicide Division case file was given to Officer Terry Bratton as requested.

---

| Supplement | Supplement Number | 00026 | Offense Type | INVESTIGATION (HOMICIDE) |
|---|---|---|---|---|

| Entered By | Entered Date | Station | Recv. Beat | Notified | Recv. Disp | Recv. Date | Recovery Street |
|---|---|---|---|---|---|---|---|
| Redacted | 9/18/2013 | HOM | | | | | 00000 |

| Officer1 | CHOSKIN Redacted | | Shift | 1 | Reviewed By | Reviewed ID | Reviewed Date | Offense Date |
|---|---|---|---|---|---|---|---|---|
| Officer2 | 000000 | | Shift | | ALEXANDER | Redacted | 10/3/2013 | 3/19/2013 |

| Caller | | Caller Phone | 00000000000000 | Damage AMT | 0 |
|---|---|---|---|---|---|

| Complaintant (s) | Last Name | STATE OF TEXAS | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| | Last Name2 | | First Name2 | | Middle Name2 | |

| Veh/Bot Color | | Veh Burned | | Veh Damaged | | License No. | | State | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| Veh Top Color | | Veh Make | | | | Veh Model | | | | Yeard |
| Veh Release Tow To | | | Towed By | | | Towed By Phone | 0000000000 | | Stripped | |
| Veh VIN | | | Towe UcrCd | 0 | Wrecked? | | | | | |

**Supplement narrative**

On 9/17/2013 entire original case file was returned to Admin. Associate Amparo Jones.

Confidential - Subject to Protective Order     COH00053770