# PLAINTIFFS' EXHIBIT AC - Submitted as USB Video