# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*July 24, 2026*

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**

July 24, 2026

Lyle W. Cayce
Clerk

No. 25-20132

CLIFFORD F. TUTTLE, JR., *as Representative of* THE ESTATE OF DENNIS W. TUTTLE, *Deceased*; ROBERT TUTTLE; RYAN TUTTLE; JO ANN NICHOLAS; JOHN NICHOLAS,

*Plaintiffs—Appellees,*

*versus*

FELIPE GALLEGOS,

*Defendant—Appellant,*

JO ANN NICHOLAS, *individually and as an heir of the Estate of Rhogena Nicholas*; JOHN NICHOLAS, *as temporary administrator of* THE ESTATE OF RHOGENA NICHOLAS,

*Plaintiffs—Appellees,*

*versus*

FELIPE GALLEGOS,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-270

No. 25-20132

USDC No. 4:21-CV-272

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT